UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY RYAN FENTON,

    Plaintiff,

v.

VIRGINIA LEE STORY, et al.,

    Defendants.
_____/

Case No. 1:23–cv–01097–PLM–RSK

District Judge Paul L. Maloney

### NOTICE REGARDING REASSIGNMENT OF CASE

    NOTICE is hereby given that this case has been reassigned to District Judge Paul L. Maloney for all further proceedings pursuant to Order (3). Judge Jane M. Beckering is no longer assigned to the case.

                              CLERK OF COURT

Dated:  October 18, 2023      By:  /s/ E. Siskind_____
                                            Deputy Clerk