Name: JEFFREY RYAN FENTON
Address: 17195 SILVER PKWY #150
FENTON, MI 48430-3426
Phone Number: (810) 735-7456   E-mail Address: jeff.fenton@live.com

FILED - LN
October 18, 2023 11:01 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: EOD   SCANNED BY: GD /10|18

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

JEFFREY RYAN FENTON
PLAINTIFF(S)

v.

VIRGINIA LEE STORY, et al.
DEFENDANT(S)

CASE NUMBER: 1:23-CV-1097

**PRO SE APPLICATION FOR ELECTRONIC FILING AND SERVICE**

As the (Plaintiff/Defendant) __Plaintiff__ in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing (e-filing) and electronic service in this case. I hereby affirm that:

1. I have reviewed Western District of Michigan Local Civil Rule 5.7 and the instructions available at the Pro Se E-Filing web page located on the Court's website.
2. I understand that if my application is approved, I hereby consent to receive electronic service of all electronically filed documents, and waive the right to receive documents in paper form. This means I will receive all documents by e-mail in this case and not by U.S. mail.
3. I understand that if my use of the Case Management/Electronic Filing (CM/ECF) system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file and serve documents in paper.
4. I understand that I may not e-file on behalf of any other person in this or any other case.
5. I consent to Federal Rule of Civil Procedure 11 sanctions for any misconduct or misuse of electronic filing.
6. I have obtained a Public Access to Court Electronic Records (PACER) account.
7. I have regular access to the technical requirements necessary to successfully e-file:
   Check all that apply:

   [X] A computer with Internet access.

   [X] An e-mail account to receive notifications from the Court and notices from the e-filing system, that I am able to access on a daily basis.

   [X] A scanner to convert documents that are only in paper format into electronic files.

   [X] A printer or copier to create required paper copies such as chambers copies.

   [X] A word processing program to create documents; and

   [X] A PDF reader and a PDF writer to convert word processing documents into PDF format, the only format in which documents can be e-filed.

Date: 10/16/2023   Signature: _____

Jeff Fenton
17195 Silver Parkway, #150
Fenton, MI 48430

METROPLEX MI 480
16 OCT 2023 PM 7 L

United States District Court
Western District of Michigan
113 Federal Bldg
315 W Allegan St
Lansing, MI 48933

48933-151438