# 1

# APPENDIX-15

Rev. 1/16/24

**THE FRAUDULENT DEFAULT 6-YEAR "ORDER OF PROTECTION" to violently BIND, RESTRAIN, and SILENCE me, while they carelessly TOOK everything, which I loved most in my life** _____ 1

2020-09-24 RETALIATION: "ORDER OF PROTECTION" 5-YEAR EXTENTION (out of jurisdiction, without motion, notice, or hearing) _____ 1

My Raccoon Buddy: Kind Communications with my ex-wife, just 3-DAYS before their Secret Bankruptcy SCAM; Orchestrated by Story/Binkley/Ausbrooks/Etc... _____ 7

Ex-wife's UNSIGNED Personal Statement about her "fear for (her) safety", included with her " Petition for an Order of Protection" at R.v1(pages 15-16) _____ 8

Federal Rules of Civil Procedure - RULE 11 (Personal Statements with NO SIGNATURE are TRASH!) _____ 10

EMERGENCY: I CAN NOT WORK FROM HOME WITH FRAUDULENT "ORDER OF PROTECTION" (Can't work outside the home because of my mother's immunity disorder!) _____ 12

A 30-Page Letter I wrote to my ex-wife on 2/9/2005, before we even got married. Proving I've always been "long-winded", she knew that before marraige, and there certainly is no "Crime" or "Abuse" in exercising my 1st Amendment Right (even if I exercise it more than most) _____ 13

PLEASE STRIKE & EXPUNGE THE "DEFAULT ORDER OF PROTECTION" & 5-Year Extension thereafter, without notice. This is no more than an illegal "Prior Restraint", which Judge Binkley is becoming famous for, due to his fear of public exposure of his misconduct, including the criminal activities of he and his friends _____ 15

CONSTITUTION ANNOTATED: Amdt5.4.4.2.1 Deprivations of Liberty _____ 16

My Ex-wife is a Highly-Trained FIREARMS EXPERT! She is a Tennessee and NRA Licensed Handgun Instructor, with daily carry of a Glock .40 Caliber handgun and Pepper Spray. She is also certified by the NRA to teach their "Refuse to be a Victim" program, emphasizing situational awareness, basic self-defense, and the defensive deployment of Pepper Spray. She has trained with both the Mt. Juliet and the Davidson County Police Departments. She has an extensive arsenal, with two fully-loaded military grade assault rifles, an FN FAL & an AR-15, both with extensive desert training as a "Family First"

Lifetime Member, at Frontsight Firearms Training Institute, in Pahrump, Nevada. She owns approximately a half-dozen handguns, and last I knew, had about _____ 17

Ex-wife's "Self-Defense Handgun Instructor" Resume (Training superior to that received by most Law Enforcement Officers) _____ 18

Ex-wife's AR-15 with Combat Harness, Collapsable Stock, and High-End VCOG Optic _____ 20

Ex-wife graduated from the Davidon Co. Citizen's Police Academy (Photo with Major Dean) _____ 21

Ex-wife's FN-FAL 7.62 x 51mm NATO, Assault Rifle, Modified. Her same high-end VCOG Optic mounts on both of her Rifles. (This is a BIG GUN) _____ 22

Ex-wife's AMMO Inventory (over 5,000 rounds) _____ 23

Ex-wife's ammo cans, when she moved-out of our Marital Residence (5,000 Rounds Inventoried) _____ 25

Front-Sight Firearms Institute in Pahrump Nevada (Where Ex-wife and her brother have Legacy "First Family" Lifetime Memberships) _____ 26

Ex-wife Training with her FN-FAL Assault Rifle at Front Sight Firearms Institute _____ 27

Ex-wife Training with her AR-15 Assault Rifle at Front Sight Firearms Institute (Iron Sights before we purchased the VCOG Scope for her.) _____ 28

Ex-wife and her brother "Mark" (a Marine Veteran who introduced her to shooting, after her first divorce), at Front Sight Firearms Institute in Nevada _____ 29

Ex-wife taking a "Defensive Handgun" class, with her .40 Caliber Glock, at Front Sight Firearms Institute in Nevada _____ 30

Ex-wife's State Certified HANDGUN INSTRUCTOR Instructor Certificate (Tennessee) _____ 31

Ex-wife working at Front Sight Firearms Training Institute as a "Line Coach" for their " Defensive Handgun" program. Shown with her brother (Mark), and their Father (Eddie). Shooting is a family affair! _____ 32

Ex-wife's Glock Model 23, .40 Caliber Pistol (her daily carry handgun) _____ 33

Ex-wife's NRA Certified "Pistol Instructor" Credentials _____ 34

Ex-wife's Glock Model 17, 9mm Training Pistol (she uses when training new shooters) _____ 35

Ex-wife's National Rifle Association - Life Membership Certificate _____ 36

Ex-wife's Ruger SP101 .357/.38 Caliber Stainless Steel Revolver _____ 37

2018-04-22 Ex-wife Abandonded our Marital Residence with a completely unnecessary 4-

Deputy Escort. Her first attempt to falsly justify an "Order of Protection" (for purely a strategic advantage in court) with her first Attorney, W. Edward Porter IV. Fortunately Mr. Porter refused, saying it was unethical since we had no history, priors, domestics, nor physical threats of any sort. This was over a year before Attorney Story & Judge Binkley got involved.

Deputy Escort. Her first attempt to falsly justify an "Order of Protection" (for purely a strategic advantage in court) with her first Attorney, W. Edward Porter IV. Fortunately Mr. Porter refused, saying it was unethical since we had no history, priors, domestics, nor physical threats of any sort. This was over a year before Attorney Story & Judge Binkley got involved._____38

Ex-wife's "Dog-Walking-Gun", a North America Arms .22 Magnum Minature Revolver (small enough to wear as a necklace, put in a wallet, or carry in your pocket without detection_____39

**WIFE DESIGNED CUSTOM No Trespassing Signs - Using CAD and Microstation at her Work**_____40

Invoice for Custom No Trespassing Signs (The Sign Center)_____40

PROOF: Custom No Trespassing Sign_____41

INSTALLED: Custom No Trespassing Signs at Sunnyside_____42

2017-07-23 Deer Graphics for Sign Selected by Wife_____43

2017-07-23 Wife Emails Links to Purchase Deer Graphic she Likes_____44

2017-08-02 Wife Emails Sign Legal Citations_____45

2017-08-02 Wife Emails FINAL Sign Template_____47

2017-07-31 Wife Designed 35.25" x 18" Sign Template_____48

2017-07-31 Wife Emails CAD Master Files_____49

2017-08-02 Wife Designed 36.5" x 18.5" Sign Template_____50

2017-07-28 Wife: Wee.... AutoCAD Finally Came Up! (Wife sends CAD and Microstation Masters to Keep)_____51

Wife Designed 36" x 18" Sign Template_____52

2017-07-26 Wife Corresponded with Zach Geiser the Mid-Atlantic A&E Business Development Manager at Hikvision (Researching Our Surveillance Cameras)_____53

TN Supreme majority: Police can ignore 'notrespassing' signs (Humphrey on the Hill)_____56

STATE OF TENNESSEE V. JAMES ROBERT CHRISTENSEN, JR. (Sharon G. Lee)_____58

**2020-09-11 COA: Motion for Extention and Counsel (Informed Court about Foul-Play by Binkley & Story during 8/29/2019 Hearing - Asked Court to Compare 8/1 & 8/29 Transcripts, while Fact Checking Claims of LAW, and Consistency with the Record (COA: No Response about Foul-Play)**_____66

2020-09-15 COA ORDER: Denied Counsel (30-Day Extention Granted)_____69

**The "ORDER of PROTECTION" was purely a TOOL to help BIND, SILENCE, and**

**DISCARD me** 70

No one shall be subjected to torture or cruel, inhuman, degrading treatment or punishment 70

Change.org: Petition by a Tennessee lady to, "Stop False Allegations to get Order of Protections in Tennessee (commonly referred to as "the Nuclear Bomb of Divorce Litigation") and Hold False Accusers Accountable" 71

Tenn. Code § 39-16-403 (Official Oppression) Using an Illegal, Unjustified, Unheard, Out of Jurisdiction, "Order of Protection", based upon a highly Fraudulent Affidavit the JUDGE ordered the Counsel to write 74

18 U.S.C. § 1951 (Hobbs Act) EXTORTION UNDER COLOR OF OFFICIAL RIGHT 75

42 U.S.C. § 12202 NO State Immunity for ADA Violations, §12203 Prohibition Against Retaliation and Coercion, Interference, Coercion, or Intimidation 76

## Order of Protection

☒ **Amended Order**

☐ Petitioner is under 18

Case # *(the clerk fills this in):*

4 8 4 1 9 B

2020 SEP 24 AM 10: 09

In the _Chancery_ Court of _Williamson_ County, TN, 9-24-20

FILED FOR ENTRY

**Petitioner** *(person needing protection)*

_Fawn_        _Fenton_
first       middle       last

### Petitioner's Children under 18 Protected by this Order:

Name, Age, Relationship to Respondent      Name, Age, Relationship to Respondent

1. _____  3. _____

2. _____  4. _____

---

**Respondent's Information** *(person you want to be protected from):*

_Jeffrey_     _Ryan_     _Fenton_     _10/5/69_
first      middle      last      date of birth *(MM/DD/YYYY)*

_____  _____  _TN_
street address       city       state    zip

Respondent's Employer: _None_
Employer's name       Employer's phone #

### Describe Respondent:

| Sex | Race | Hair | Eyes | Height – Weight – SSN – Other | | |
|-----|------|------|------|------------------|---|---|
| ☒ Male | ☒ White | ☒ Black | ☒ Brown | Height | 5, 9 | Weight | 2 4 0 |
| ☐ Female | ☐ Asian | ☐ Grey | ☐ Hazel | Social Sec. # (If known) | (Provided to Clerk's office if known) **Do not list it here. XXXXX** | |
| | ☐ Black | ☐ Blond | ☐ Blue | | | |
| | ☐ Hispanic | ☐ Bald | | Scars/Special Features | | |
| | ☐ Other: | ☐ Brown | ☐ Green | | | |
| | | ☐ Other: | ☐ Grey | Phone Number | | |
| | | | ☐ Other: | | | |

---

**Petitioner's relationship to the Respondent** *(Check all that apply):*

☒ We are married or used to be married.     ☐ We live together or used to live together.

☐ We have a child together.     ☐ We are dating, used to date, or have had sex.

☐ We are relatives, related by adoption, or are/were in-laws. *(Specify):* _____

☐ We are the children of a person whose relationship is described above *(Specify):* _____

☒ The Respondent has stalked me.     ☐ The Respondent has sexually assaulted me.

☐ Other: _____

---

**This is a Court Order.**

07/01/19
Form #OP2018-7

**Findings About Abuse:**

1. The Court has jurisdiction over the parties and this case. The Respondent was given reasonable notice of the hearing and an opportunity to be heard.

*Warning!*
☐ Weapon involved
☐ Has or owns a weapon

2. Based on the information in the *Petition,* and the hearing held, the court finds that the Respondent:

☑ Did the things listed in the Petition and the court adopts these as facts and incorporates them by reference, AND/OR

☐ Did the following things:

_____

_____

_____

AND there is credible evidence that Respondent is a threat to the safety of the Petitioner and ☐ Petitioner's Minor Children.

3. Respondent has specifically: *(check all that apply):*

☑ Abused/Threatened to Abuse

☐ Sexually Assaulted
☐ Stalked
the ☑ Petitioner AND ☐

**FALSE: I NEVER ABUSED OR STALKED MY EX-WIFE!** THIS IS **ADA RETALIATION & INTERFERENCE** WITH **HOBB'S ACT EXTORTION OF MY SILENCE** ABOUT THE MISCONDUCT AND CRIMES COMMITTED BY THE COURT & COUNSEL!

**Findings about the minor children of the parties:** *(check one):*

n/a ☑ The Court has jurisdiction over custody for the child(ren) of the parties because his/her/their home state is Tennessee.

☐ The Court has temporary emergency jurisdiction over custody for the children of the parties listed above because they are in Tennessee now, and they (or the Petitioner) were at risk. (If another state has jurisdiction over child custody under UCCJEA, this Court's temporary jurisdiction will end on _____ or when the other state's Court makes an order.)

**Findings About Firearms:**

**The Respondent** *(check all that apply):*

☐ Has no firearms

☑ Has firearms that he/she must give to someone else who is allowed to have them (TCA § 36-3-625).

☐ Has firearms that are registered under the National Firearms Act and must be either transferred to a responsible third party, or locked in a safe or other secure container to which the Respondent does not have access. A state or federal agency must give its approval before the firearms are turned in.

☐ Has a federal firearms license (FFL) or is a responsible party under an FFL, and has firearms under that FFL that qualify as business inventory, and *(check one):*

☐ There is no responsible party listed on the FFL other than the Respondent in this case. The Respondent must turn in or transfer all firearms inventory under his/her control to a separate FFL holder who is legally allowed to have firearms.

☐ There is another responsible party listed on the FFL other than the Respondent in this case. This Order does not require the Respondent to turn in or transfer the firearms inventory.

Case 3:24-cv-01282    Document 17-1    Filed 01/19/24    Page 7 of 81 PageID #: 2342
https://rico.jefffenton.com/evidence/2019-10-21_order-of-protection-as-illegal-prior-restraint.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

**PERSPECTIVE:** FOR THOSE UNFAMILIAR WITH THIS CASE, THIS WAS A "DIVORCE" WITH NO CHILDREN. JUDGE MICHAEL W. BINKLEY AND HIS UNDISCLOSED "CLOSE FAMILY FRIEND", ATTORNEY VIRGINIA LEE STORY, ONLY SPENT TWO 30-MINUTE "HEARINGS" TO FORCEFULLY STEAL MY BRENTWOOD HOME (WORTH $900K CURRENTLY, WITH MORTGAGES OF ONLY $300K), WITHOUT A PENNY TO MYSELF OR MY EX-WIFE. WHILE THERE WERE NO ARRESTS, NO ASSAULTS, NO DOMESTICS, NO PHYSICAL THREATS, NO STALKING, NO SUPPORTING HISTORY, NO REASONABLE THREAT OF DANGER OF ANY SORT, WHILE THE OPPOSING PARTY IS THE ONE WHO COMMITTED MULTIPLE GROSS FELONIES AGAINST ME, WITH THE CRIMINAL GUIDANCE AND ASSISTANCE OF AT LEAST TWO JUDGES, AND A HALF-DOZEN ATTORNEYS, WITH AT LEAST AS MANY COMPROMISED AND CORRUPT POWERFUL MEMBERS OF THE COURT WHO HAVE HELPED TO COVER-THIS-UP, AND DENY ME ANY ASSISTANCE SINCE. KNOWING THAT I CAN'T EVEN WORK TO SUPPORT MYSELF TO SIMPLY TRY TO SURVIVE, IN THE CONDITION WHICH THE STATE OF TENNESSEE LITERALLY DISCARDED ME IN!

### *The Court orders Respondent to:*
☑ Obey all orders on this form.
☑ Not abuse or threaten to abuse Petitioner or Petitioner's minor children.
☑ Not stalk or threaten to stalk Petitioner or Petitioner's minor children.

### Other Orders to the Respondent *(Check all that apply):*

#### ☐ No Contact
You must not come about the Petitioner (including coming by or to a shared residence) for any purpose and must not contact ☐ Petitioner AND ☐ Petitioner's children, either directly or indirectly, by phone, email, messages, text messages, mail or any other type of communication or contact.

#### ☑ Stay Away
You must stay away from the ☐ Petitioner's home  ☐ Petitioner's workplace  ☐ Children's home and workplace.

#### ☑ Personal Conduct –
☑ You must not cause intentional damage to the Petitioner's (or Petitioner's children's) property or interfere with the utilities at their home(s).

☑ You must not hurt or threaten to hurt any animals owned or kept by the Petitioner/Petitioner's children.

#### ☑ Counseling/Substance Abuse Programs
You must go to the following program(s) and give the court proof that you have gone, participated and have made progress in this program *(contact information):* _____

My ex-wife wanted this fraudulent "Order of Protection" to help her gain possession of our HOME, and to have me forcefully REMOVED from it, so that she could LIQUIDATE it and DISBURSE the funds without a single penny to ME.

That was the PERFECT CRIME that Attorney Virginia Lee Story orchestrated and led her through, and my ex-wife got away with it. I completely forgave my ex-wife four-years ago, because I know what a desperate and vulnerable place she was in emotionally and physically, at that time. Rather than providing an ethical guiding hand to my ex-wife, through one of the toughest seasons of her life, Attorney Virginia Lee Story and a several of her "friends" instead exploited my ex-wife's desperation and vulnerability to steal the sum wealth of BOTH of our lives.

This "Order of Protection" isn't to protect my Ex-wife as it states (it endangers my ex-wife with potential Federal criminal charges, because of my need to constantly seek Federal assistance to get FREE.) This fraudulent "Order of Protection" is SOLELY to protect Judge Michael W. Binkley & Attorney Virginia Lee Story from being EXPOSED IN THE MEDIA for their crimes against me and my family!

**This is a Court Order.**

☐ **Child Support** $ _____ / each _____ (month/week, etc) beginning _____ (date).

    ☐ This is the guideline amount. See the attached DHS *Child Support Worksheet*.

    ☐ This is **not** the guideline amount and is a deviation from the guideline amount. The Court has considered the best interest of each child in this case, and finds that guideline support would be unjust or inappropriate in this case.

    ☐ Other: _____

**Payment method:**

    ☐ Pay the Petitioner directly by the _____ day of each month. (the court finds that this does not endanger the Petitioner or the Petitioner's minor children and it is not a violation to send payment only with no notes or comments to the Petitioner)

    ☐ Take payment to this Court Clerk's Office. You will also have to pay a clerk fee of _____% on

Since "they" KNOW that in the past, I have very successfully exposed professional negligence and fraud against our family on the Internet, they also know that EXPOSING the TRUTH on the Internet is the ONLY "threat" that I am to anybody! But that specific threat happens to be their greatest fear!

By labeling my Ex-wife a "victim" of domestic abuse (which is untried, unheard, and false), by Fraudulent "DEFAULT" Judgments, there are strict laws protecting "victims" from having their court documents published online. (These same documents could easily expose this entire RICO scam!)

On 3/21/2021 the KnoxNews ran a story with a video clip of Judge Michael W. Binkley chastising and threatening attorneys, the press, and the people, stating, "What people are doing to judges, making up stuff, putting it in the media when it's totally false..." Further stating, "If your client is part of that kind of stuff, turn them in. Don't be part of the problem... don't be a chicken, because that's all it is... you're part of the problem if you don't do something about it." Indicating that there would be pre-emptive consequences for those who might speak-up.

That is EXACTLY what this outrageous, out of jurisdiction, bad-faith, untried, unheard, "DEFAULT" Order of Protection is, without MOTION or NOTICE where I could even ATTEMPT to DEFEND myself. While this was allegedly for LONG but NON-THREATENING emails and text messages, which Attorney Story decided that my Ex-wife is no longer CONSENSUAL to receiving, the day after I learned about the AMBUSH the Chancery and Bankruptcy Courts had conspired together against me.

Judge Michael W. Binkley and Attorney Virginia Lee Story are literally using my Ex-wife as a HUMAN SHIELD, to protect THEMSELVES from being exposed for an absurd amount of Attorney and Judicial Misconduct, including their roles in Bankruptcy Fraud, Deprivation of Rights and Property under Color of Law, Hobb's Act Extortion, ADA Coercion, Retaliation, Interference, Official Oppression, Etc!

All which I reported to the Court of Appeals as I cried-out for HELP, but instead they helped Binkley and Story to COVER-IT-UP, and denied me any assistance! This has unfortunately been the position of EVERY SINGLE DIVISION of the Tennessee Courts and Supervisory Boards, to date.

---

**☑ Orders to the Respondent about Firearms:**

- You must not have, or attempt to have, receive or attempt to receive or in any other way get any firearm while this or any later protective order is in effect.

**This is a Court Order.**

- You must transfer all firearms in your possession within 48 hours to any person who is legally allowed to have them.
- You must fill out and file a *Firearms Declaration* within 1 business day of transferring your firearms. You may take more than 1 business day to file this form **only** if the Court gave you a later deadline. (You can get the *Firearms Declaration* form from the Court Clerk's Office or at *www.tncourts.gov.)*
- If a state or federal agency approves it, your weapons that are registered under the National Firearms Act must be either transferred to a responsible third party, or placed in a locked safe or other secure container to which you do not have access.
- If your *Firearms Declaration* shows that you have a federal firearms license (FFL), and that you are the **only** responsible party listed on that FFL, you must transfer all firearms inventory under your control to a separate FFL holder or another responsible party.

☑ **Costs, fees and litigation taxes**

THIS FRAUDULENT "ORDER OF PROTECTION" IS THE ONLY WAY WHICH A CORRUPT JUDGE COULD KEEP A NOOSE AROUND MY NECK FROM 600-MILES AWAY, WITHOUT DUE PROCESS! THREATENING MY LIFE, MY SAFETY, AND MY FREEDOM FOR AN OUTRAGEOUS SIX-YEARS. WHERE I CAN BE ARRESTED WITHOUT WARRANT OR NOTICE 24/7/365, ANYWHERE WITHIN THE UNITED STATES OF AMERICA. REQUIRING LESS FOUL-PLAY THAN I HAVE ALREADY EXPERIENCED BY JUDGE MICHAEL W. BINKLEY AND ATTORNEY STORY. ALL WITHOUT HEARING, MOTION, OR NOTICE! ABSURD, INHUMANE, ADA INTERFERENCE AND UNCONSTITUTIONAL Retaliation & Extortion!

THIS IS THE EQUIVALENT OF JUDGE MICHAEL W. BINKLEY HOLDING A GUN UP TO MY HEAD, AND WHISPERING INTO MY EAR, "GO AHEAD, TELL ON ME!" I DEMAND A FULL CRIMINAL INVESTIGATION!

**THIS ORDER TAKES EFFECT IMMEDIATELY UPON SIGNING.**

This Order starts today, *(date):* 9-24-20 . This Order ends *(date):* 9-24-2025

☐ In 1 year. (The Petitioner may ask to extend the Order) ☑ In 5 years (1st violation of current PO)
☐ In 10 years (2nd or more violation of current PO)

Date: 9/24 Time: 10:08 ☐ a.m. ☐ p.m.   Signature of Judge or Chancellor

| Certificate of Service – Respondent *(check one):* | Certificate of Service – Petitioner *(check one):* |
|---|---|
| ☐ Signed by Respondent: _____ | ☐ Signed by Petitioner: _____ |
| ☐ Signed by Respondent's counsel: _____ | ☐ Signed by Petitioner's counsel: _____ |
| ☐ Hand delivered to Respondent. | ☒ Hand delivered to Petitioner. |
| ☐ Hand delivered to Respondent's counsel. | ☐ Hand delivered to Petitioner's counsel. |
| ☒ U.S. mail, prepaid postage to Respondent's last known address | ☐ U.S. mail, prepaid postage to Petitioner's last known address. |
| ☐ U.S. mail, prepaid postage to Respondent's counsel's last known address | ☐ U.S. mail, prepaid postage to Petitioner's counsel's last known address. |
| ☐ Reasonable attempts to find the Respondent's address were made, but there is no known address at this time. | ☐ Reasonable attempts to find the Petitioner's address were made, but there is no known address at this time. |
| Signature of Server: Debra Stevens | Signature of Server: Debra Stevens |
| Server's title *(check one):* ☐ Clerk ☒ Deputy Clerk  9-24-20 ☐ Authorized Officer ☐ Attorney | Server's title *(check one):* ☐ Clerk ☒ Deputy Clerk ☐ Authorized Officer ☐ Attorney |
| Service was made on: Date: . Time: _____ ☐ a.m. ☐ p.m. | Service was made on: Date: 9-24-20 . Time: 10:08 ☒ a.m ☐ p.m. |

☐ The Clerk certifies a copy of this Order was forwarded to 911, local law enforcement, and any court in which the respondent and petitioner are parties to an action.

**This is a Court Order.**

07/01/19
Form #OP2018-7

Order of Protection

page 5 OF 6

Case 3:24-cv-01282   Document 17-1   Filed 01/19/24   Page 10 of 81 PageID #: 2345
https://rico.jefffenton.com/evidence/2019-10-21_order-of-protection-as-illegal-prior-restraint.pdf   Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

## Warnings to Respondent:

### This Order is valid everywhere in the U.S.

If you travel to another state, territory or tribal land, with the intention of disobeying this Order, you can be charged with a federal crime. The courts of any U.S. state, the District of Columbia, all tribal lands, and U.S. territories, must enforce this Order, even if the Order is not registered. (18 U.S.C. §§ 2262, 2265)

### No Guns, Firearms

You must not have any firearm while this Order is in effect. You cannot own, possess, have, buy or try to buy, receive or try to receive, or in any other way get any firearm or ammunition.

You must legally transfer, sell, or turn in any firearm that you have within 48 hours. Transfers are only legal if the person you transfer to is allowed to have firearms. You may get your firearms back when the Order of protection ends.

### You will face separate charges if you disobey this Order

You may face separate, criminal contempt charges and/or civil penalties if:

- You disobey this Order on purpose (TCA § 36-3-610).
  The penalty for each violation is **up to 10 days in jail and a $10 or $50 fine** (TCA § 29-9-103).
- You may also have to pay a civil penalty of up to $50 for each violation (TCA § 36-3-610).

You may face separate, Class A misdemeanor charges if:

- You violate this Order (Public Chapter No. 422, effective July 1, 2019).
  A violation is punishable by **up to 11 months and 29 days in jail and a fine of not less than $100 nor more than $2500 for each violation.**
- You do not transfer your firearm(s) legally by the deadline (TCA § 36-3-625).
- You have a firearm while the Order is in effect (TCA § 39-13-113(h)(1)).
  The penalty for each violation is **up to 11 months and 29 days in jail and a fine of up to $2,500** (TCA § 40-35-111(e)(1)). There may be other charges if domestic violence is involved.
- You do not transfer, sell, or turn in any firearm. You may face Class A misdemeanor charges <u>and</u> you may also be charged with a federal crime. (TCA §§ 39-13-113(h)(1), 39-17-1307; 18 U.S.C. § 922(g)(8)).

You may face separate, Class C felony charges if:

- You hurt or try to hurt anyone while this Order, probation, or diversion is in effect; you may face charges for aggravated assault (TCA §§ 36-3-610, 39-13-102(c)).
  The penalty for each violation is **not less than 3 years nor more than 15 years and a fine of up to $10,000** (TCA § 40-35-111(b)(3)).

### Only the Court can change this Order:

Neither you nor the Petitioner can agree to change this Order. Even if the Petitioner attempts to contact you or agrees to have contact with you, you must obey this Order. If you do not, you can be jailed for **up to 11 months and 29 days and fined up to $2,500**.

---

### To the Petitioner:

You may ask any government agency or utility provider to keep private any information that could be used to locate you, such as addresses, phone numbers, and/or social security number. To do so, give a copy of this Protective Order to the Records Department of the agency or utility.(TCA § 10-7-504(a)(15-16))

---

**This is a Court Order.**



Then "THEY" later converted the "Ex Parte" into a FULL **"ORDER OF PROTECTION"**, though still posing absolutely **NO threat to WIFE!** Carelessly destroying my ability to pass preemployment background checks, while needing a JOB more than ever, to simply SURVIVE their CRUEL and INHUMANE ORDERS!

All via a FRAUDULENT AFFIDAVIT and "DEFAULT JUDGMENTS", while DEPRIVING me of ALL RIGHTS to participate in MY HEARINGS!

Further followed by an outrageous, crippling, **FIVE-YEAR EXTENSION**, without even mailing me a NOTICE or a MOTION! (Still to DATE!)

There is NOTHING "LEGAL" about this! It is ALL about POWER, BIAS, DISCRIMINATION, COLLUSION, CONTROL, DOMINANCE & ABUSE!

**I thought that "Lady Justice" held SCALES while wearing a BLINDFOLD?**

**Apparently not in Williamson County Tennessee!**

**I LOVED MIDDLE TENNESSEE!** I was a hard working, honest, tax paying resident for **25-YEARS!** Until the day that I first met **Judge Michael W. Binkley** and his close personal friend, **Attorney Virginia Lee Story!**

Regretfully now, I hope to NEVER step on Tennessee soil again, ever!

**3-DAYS BEFORE** Wife secretly filed for **Ch-13 BANKRUPTCY** (requesting to voluntarily forfeit/auction **OUR HOME**), without even mentioning a WORD to me!

I accidentally discovered this (from her attorney) on 6/14/2019. FIVE DAYS LATER, Wife applied for a FRAUDULENT "OP" under FALSE TESTIMONY!

I have NEVER threatened to harm her, or laid a single finger on her in anger! EVER! (While I have ZERO Arrests, Complaints, Priors, NOTHING!)

**Even though WIFE is a HIGHLY TRAINED and HEAVILY EQUIPPED firearms and self-defense EXPERT!**

She is a Licensed TN HANDGUN INSTRUCTOR, with serious military assault rifles, and over 5,000 Rnds. of ammo when she left!

Yet somehow she obtained an OP "Ex Parte" from **Judge Michael W. Binkley**, who just "happens" to be CLOSE PERSONAL FRIENDS with Wife's divorce attorney, **Virginia Lee Story**.

Welcome back to the OLD SOUTH! Let's all practice saying **"YES MASTER"!**

I held out good for my raccoon buddy in my hand tonight, and he touched both his cold little nose and his paw to my hand.

https://1drv.ms/v/s!AlWyAYYGDEXasH4MLLYxg0ct2nKs

I DID IT!!!

Apr 23. 2019 

 **F** OMG! raccoon!!! 😃

Fawn Fenton (mobile) Apr 23. 2019 

Was that not COOL AS HECK? I did like you told me... Trying to keep the door barely split so he didn't come inside, while taking a video with one hand, holding out the food in the other hand, trying to focus, call to him..... And you say that I can't multi-task!

I've interacted with him a ton through the glass, and a little outdoors, but that was the first time that we touched each other. He was super gentle, with his warm soft little tongue eating out of my hand, with never the slightest nip!

Apr 23. 2019 

**F** Love little raccoon!! 😃

 Fawn Fenton (mobile) • Apr 23. 2019 

1   My name is Fawn Fenton and I have been married to Jeff Fenton for 13 years. Jeff and
2   I have been separated since April 22, 2018 and I have not seen him since sometime in
3   April when we met to file our taxes. ~~Prior to that I had not seen him since December~~
4   ~~2018.~~ I filed for divorce on June 4, 2019.

5   I am in fear for my safety based on the ~~repeated harassment that has continued to occur.~~
6   ~~Over the last several weeks Jeff has sent me numerous text messages and lengthy e-~~
7   ~~mails talking about his intentions on ruining my life, causing me issues with my employer~~
8   ~~and clients at work, ruining my credit and financially ruining me. As a result of Jeff's~~
9   ~~continued verbal and emotional abuse and deliberate non-cooperation, I have filed for~~
10  ~~bankruptcy to preserve my finances. Upon finding out about the bankruptcy petition, Jeff~~
11  ~~became enraged and his incessant texts and e-mails have been upsetting and vindictive.~~
12  Just as an example, from June 12 through June 16, Jeff sent me 12 e-mails all of
13  substantial length, ~~describing how he plans on ruining my life.~~ I am attaching just a
14  snapshot of my email account showing the number of e-mails sent from June 12-16. The
15  length of the emails would be too long to attach; however, I have saved them all. In
16  addition, Jeff continues to send me numerous text messages, some very lengthy, ~~in some~~
17  ~~of the texts he uses derogatory language, calling me a "bitch."~~ On June 14, 2019 he
18  sent me 8 text messages within in less than 40 minutes. The next day, June 15, 2019
19  he sent me 16 text messages over the course of 4 hours, several of which were extremely
20  lenthy. ~~I have asked Jeff on several occasions to stop e-mailing and texting me, however,~~
21  ~~he continues to repeatedly harass me.~~ At this point all of his communication to me is not
22  consensual ~~and I have relayed this to Jeff multiple times.~~ On June 15, 2019 Jeff left me
23  a voicemail on my cell phone stating that if I did not call him back or respond to his emails
24  or text messages that he was going to "show up at my work or apartment to try to get
25  some information out of me." I am fearful that he will actually show up at my work, ~~as he~~
26  ~~has done so in the past and has sabotaged my work e-mails.~~ Jeff has been employed in
27  IT and is very tech savvy. In the past he was able to remotely log into my work computer
28  and delete all e-mails that had his name in them. ~~My company has already spent a~~
29  ~~considerable amount of money hiring a new IT support team to try and close loopholes~~
30  ~~and delete Jeffs access to our system, but we are still finding settings that reference Jeffs~~
31  ~~settings or route to his e-mails. Jeff has also threatened to post derogatory comments~~
32  ~~anonymously on the internet about both myself and my company. This cyber stalking~~
33  ~~could potentially cost me my job and career. I am fearful for what he may try to do now~~
34  ~~that I have filed for divorce and am not responding to his threats.~~

35  On June 16th, 2019 in one of his lengthy e-mails he stated, "I wish we would have had
36  an asteroid fall on our home and kill us (or at least me"), the day before I discovered your
37  plans to divorce me." Jeff is a licensed gun carrier and has many weapons, and I am in
38  fear of what he may to do me if this continues. **Jeff refers to himself as a part of the**
39  **"extraction team" and lives a very paranoid life**. He installed extensive home
40  monitoring at our marital residence including surveillance videos and ~~audio-recording~~
41  ~~systems.~~

15

42  ~~The harassment has caused me undue emotional stress and anxiety. I am unable to~~
43  ~~sleep well, and his harassment is causing trouble in my day to day life~~. The continued
44  texting and e-mailing are interfering with my ability to perform my job and I fear that if
45  these things continue that I will reach a point of an emotional breakdown.

1 6

(e) JUDGMENT. In pleading a judgment or decision of a domestic or foreign court, a judicial or quasi-judicial tribunal, or a board or officer, it suffices to plead the judgment or decision without showing jurisdiction to render it.

(f) TIME AND PLACE. An allegation of time or place is material when testing the sufficiency of a pleading.

(g) SPECIAL DAMAGES. If an item of special damage is claimed, it must be specifically stated.

(h) ADMIRALTY OR MARITIME CLAIM.

(1) *How Designated.* If a claim for relief is within the admiralty or maritime jurisdiction and also within the court's subject-matter jurisdiction on some other ground, the pleading may designate the claim as an admiralty or maritime claim for purposes of Rules 14(c), 38(e), and 82 and the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A claim cognizable only in the admiralty or maritime jurisdiction is an admiralty or maritime claim for those purposes, whether or not so designated.

(2) *Designation for Appeal.* A case that includes an admiralty or maritime claim within this subdivision (h) is an admiralty case within 28 U.S.C. §1292(a)(3).

(As amended Feb. 28, 1966, eff. July 1, 1966; Dec. 4, 1967, eff. July 1, 1968; Mar. 30, 1970, eff. July 1, 1970; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 11, 1997, eff. Dec. 1, 1997; Apr. 12, 2006, eff. Dec. 1, 2006; Apr. 30, 2007, eff. Dec. 1, 2007.)

### Rule 10. Form of Pleadings

(a) CAPTION; NAMES OF PARTIES. Every pleading must have a caption with the court's name, a title, a file number, and a Rule 7(a) designation. The title of the complaint must name all the parties; the title of other pleadings, after naming the first party on each side, may refer generally to other parties.

(b) PARAGRAPHS; SEPARATE STATEMENTS. A party must state its claims or defenses in numbered paragraphs, each limited as far as practicable to a single set of circumstances. A later pleading may refer by number to a paragraph in an earlier pleading. If doing so would promote clarity, each claim founded on a separate transaction or occurrence—and each defense other than a denial—must be stated in a separate count or defense.

(c) ADOPTION BY REFERENCE; EXHIBITS. A statement in a pleading may be adopted by reference elsewhere in the same pleading or in any other pleading or motion. A copy of a written instrument that is an exhibit to a pleading is a part of the pleading for all purposes.

(As amended Apr. 30, 2007, eff. Dec. 1, 2007.)

### Rule 11. Signing Pleadings, Motions, and Other Papers; Representations to the Court; Sanctions

(a) SIGNATURE. Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented. The paper must state the signer's address, e-mail address, and telephone number. Unless a rule or statute specifically states otherwise, a pleading need not be verified or accompanied by an affidavit. The court must strike an unsigned paper unless the omission

---

**THE "UNSIGNED PERSONAL STATEMENT" MUST BE STRUCK FROM THE RECORD.**

This should have never been allowed in the first place, had anyone cared about the truth, evidence, hearing both parties, allowing cross examination, equal and due process, and the rule of law. The Chancery Court had 250+/- pages of sworn testimony along with clear and convincing evidence on record that this was ALL fraud. (Including most of these pictures, which I believed spoke for themselves).

Obviously Ms. Fenton hasn't been in any DANGER from an angry (but non-threatening) text message or email. Unfortunately, this case was "fixed" by Michael Binkley & Virginia Story, and there was nothing they showed less care about than the TRUTH!

is promptly corrected after being called to the attorney's or party's attention.

(b) REPRESENTATIONS TO THE COURT. By presenting to the court a pleading, written motion, or other paper—whether by signing, filing, submitting, or later advocating it—an attorney or unrepresented party certifies that to the best of the person's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances:

(1) it is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

(2) the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law;

(3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and

(4) the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or a lack of information.

(c) SANCTIONS.

(1) *In General.* If, after notice and a reasonable opportunity to respond, the court determines that Rule 11(b) has been violated, the court may impose an appropriate sanction on any attorney, law firm, or party that violated the rule or is responsible for the violation. Absent exceptional circumstances, a law firm must be held jointly responsible for a violation committed by its partner, associate, or employee.

(2) *Motion for Sanctions.* A motion for sanctions must be made separately from any other motion and must describe the specific conduct that allegedly violates Rule 11(b). The motion must be served under Rule 5, but it must not be filed or be presented to the court if the challenged paper, claim, defense, contention, or denial is withdrawn or appropriately corrected within 21 days after service or within another time the court sets. If warranted, the court may award to the prevailing party the reasonable expenses, including attorney's fees, incurred for the motion.

(3) *On the Court's Initiative.* On its own, the court may order an attorney, law firm, or party to show cause why conduct specifically described in the order has not violated Rule 11(b).

(4) *Nature of a Sanction.* A sanction imposed under this rule must be limited to what suffices to deter repetition of the conduct or comparable conduct by others similarly situated. The sanction may include nonmonetary directives; an order to pay a penalty into court; or, if imposed on motion and warranted for effective deterrence, an order directing payment to the movant of part or all of the reasonable attorney's fees and other expenses directly resulting from the violation.

(5) *Limitations on Monetary Sanctions.* The court must not impose a monetary sanction:

(A) against a represented party for violating Rule 11(b)(2); or

# DUE TO COVID-19
## I NEED to get a JOB from HOME
## Because of my Mother's Health
## Which I CAN'T DO with this STUPID OP!
## Please have the OP REMOVED and
## EXPUNGED or Start Sending Me
## SUPPORT PLEASE!

---

### ASTHMA, ALLERGY AND IMMUNOLOGY CENTER

S. Anne, M.D.     R. Botta, M.D.     I. Badr, M.D.     R. Mahajan, M.D.     H. Azzam, M.D.

**Patient Name:** Marsha Fenton
**Visit Date:** 7/2/2020

Thank you very much for letting me participate in the management of Marsha Fenton, who was seen by telephone consultation on 07/02/20. Marsha states that her IgA deficiency has been stable. She denies any upper or lower respiratory tract infection. She has been following strict avoidance measures from exposing to the COVID-19 infection. She is wearing the mask. She is staying home. Her son also stays with her, who is not working at this time. She denies any fever, chills, or rigors. She denies any upper or lower respiratory tract infection.

PHYSICAL EXAMINATION: Deferred at this time since this was done by telephone consultation.

IMPRESSION: Ms. Marsha Fenton has:
1. IgA deficiency, and
2. Chronic rhinosinusitis.

RECOMMENDATIONS:
1. Marsha is prone to develop recurrent infections. Therefore, I advised her to follow strict isolation measures from exposure to COVID-19 infection.
2. Since her son stays with Marsha, I strongly recommend that her son should do his work from home since it will reduce significantly the risk of exposure of Ms. Fenton to the COVID-19 virus.
3. A follow-up appointment has been scheduled in one year but I advised her to contact me as soon as the pandemic is over for further evaluation and treatment.

Signed Electronically By Suresh Anne, MD
Signed Date: 7/3/2020 9:16:00 AM

E-Faxed to Ravikumar Peddireddy, MD On 7/3/2020 9:16:00 AM

I've been married three times. **First Wife:** 18-20. **Second Wife:** mid-twenties, lasted 4-years. **Third & Last Wife:** 2005-2019 (WILCO Docket #48419B). For the sake of protecting their anonymity (within this document), I will call my most recent wife by a very fond, private pet name, **"Tootie"**. (It might not sound flattering, but it originated from the greatest fondness, and was never used derogatorily!) I will refer to my second wife here, as **"Previous Wife"** or **"Prior Wife"**.

> *Pastors Jon & Kitty Sterns (Franklin Vineyard), Pastors Jerry & Cindy Bryant (Nashville Vineyard), Dr. Roy Hamley (Woodmont Hills Counseling Center), and* ▇▇ Tootie ▇▇
> *(Girlfriend Extraordinaire):*

## Greetings!

This started off as an introduction letter to the Sterns, as they've succeeded in learning very little about me thus far (which I'll credit to my avoidance) but I've come to a point where I want to move forward, and to be **unknown** has never been my desire. (Did I hear the Bryant's say "AHMEN"? LOL) It requires a certain fondness, or at least a willingness to read, in order to grow very close to me.

The biggest emotional/spiritual problem that I have struggled with this past year, is the **absolute inability to "balance accounts"** from my past. My past relationships with God, the Vineyard (Nashville), and my ▇ Previous Wife ▇ . For that reason I've decided to also use this letter to try to put language to some of those issues, and am hoping that this will be an instrument that will help bring about closure. Jerry & Cindy – I think that there were a lot of things that were unsaid, but understood, yet I feel that I owe you a direct explanation of why I left the church, the nature of my hurts & resentments prior to leaving, the reason that now in coming back to church I have chosen the Franklin Vineyard over Nashville, and to tell you both once again that **I love you very much and truly appreciate the investment that you made into my life.**

I've decided to do this in an open format, copied to all those mentioned above, hoping **not** to cause anyone shame, or expose anyone's nakedness, but rather because I think it is important for all those addressed to understand **My Journey**, what has brought me to this point, decisions I've made and why, and how this all has impacted me thus far. Further I don't wish to speak behind anyone's back (except ▇ Prior Wife ▇ for reasons that shall become obvious later on). I've included Dr. Roy Hamely in the addressing of this letter as he is a Christian Counselor who is currently working with ▇ Tootie ▇ and myself, both individually and as a couple, to help aid us in moving forward. I've also copied this letter to ▇ Tootie ▇, though much of it may be hard for her to read as it pertains to my ex-wife ▇ Prior Wife ▇ I think that it is important that as we move forward together, we both are knowledgeable about what has brought us each to this point, and the struggles that we still face (individually and together) even if those struggles do not directly involve the other.

First off, in regards to the Pastoral oversight, Counseling, and Care, I give you all complete permission to speak freely with each other about me. I am largely an open book. If you have something to say, or a burden on your heart, please don't tip-toe with me, **just say it.** I seem to possess an anointing that at some point causes even the most conservative pastor to swear, in an attempt to get through to me. So I expect this. Please feel free to cuss as you must. LOL

**Please honor my request that you treat this letter with the absolute of confidentiality.** It is intended for those who are named at top and absolutely no one else.

Case 3:24-cv-01282    Document 17-1    Filed 01/19/24    Page 18 of 81 PageID #: 2353
https://rico.jefffenton.com/evidence/2019-10-21_order-of-protection-as-illegal-prior-restraint.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

The only REAL "evidence" in **#48419B** are **MY OWN WORDS**. While they refuse to even allow me to provide the CONTEXT within which they were spoken, the background and history behind them. WHY I said what I said, WHEN I said it. Or what my words were even MEANT to communicate & convey! I'm just accused of texting/emailing **TOO MUCH** (try the **"block"** button), labeling me an **"abusive stalker"**. WORDS MEAN SOMETHING! **I'm NO MORE of a "STALKER", than anyone reading this is a "PEDOPHILE"!** To assassinate my character while REFUSING to HEAR my TESTIMONY & DEFENSE, is an unconscionable ABUSE OF POWER, causing me to suffer "OFFICIAL OPPRESSION" for well over 2 years now!

# Contents:

(It's a bad sign when a letter has a "Table of Contents".)

1    Intro
2    Contents
3    Father – Adolescents – Vegas
4    Meet the Vineyard (Nashville)
5    The Sweat Shop
6    Met Prior Wife
7    Marriage ▮▮▮▮
8    ▮▮▮▮
9    True Love
10   ▮▮▮▮
11   Father vs. Husband
12   Different Journeys
13   ▮▮▮▮
14   Love / Hate Relationship
15   ▮▮▮▮
16   Dear Jeff
17   ▮▮▮▮
18   Purging the Prior Wife Files
19   ▮▮▮▮
20   Divorced  Previous Wife
21   ▮▮▮▮
22   I'm never going to know! – Seeking Counsel
23   The Prophecy
24   Why did I leave the Vineyard (Nashville)?
25   Hurts and Resentments
26   Vineyard Mass Exodus
27   In Steps Tootie
28   Tootie Meets God
29   Walking Through Doors - Conclusion

It may be UNUSUAL to be so verbose, but everyone is different, there is certainly no crime in that! I have been a WRITER who best communicates through writing since my TEENS! **That is my FIRST AMENDMENT RIGHT!** It is how I'm wired! How I personally process life and communicate most effectively. **"Tootie"** knew that when we met, long before we ever got married.

*My writing has by far attracted more women in my life than any other quality about me. Many women find my intense honesty, vulnerability, and sincerity, combined with my ability to articulate it, to be rare and something which they are attracted to, and/or can deeply RELATE with!*

Most of my life writing has been my most applauded strength and "gift". I've helped change policies throughout the State of Tennessee, before with this "gift". I've been thanked by governors, senators, mayors, given a special award... Often (if not USUALLY), Tootie EDITED my writing for grammar, punctuation, spelling, and overall content. Tootie showed little dislike for my writing, until she LEFT me, and it reminded her of the TRUTH, which we had both experienced together. Our promises to each other, while I tried to persuade her onto a healthier path for herself.

NEVER ONCE, in 15-YEARS, had I heard the word "ABUSE" or "Emotional Abuse" from "Tootie", until she secretly met with her first DIVORCE ATTORNEY! We walked very closely with numerous counselors, mentors, pastors, leaders in our lives, we have worked through several of our OWN issues and relational challenges. Yet NEVER ONCE was I remotely accused of "abusing" my beloved "Tootie" in ANY WAY, SHAPE or FORM! (Such claims are no less than litigious terrorism!)

The point of me sharing this document with the Court is not the CONTENT, it is the VERBOSITY, the BULK OF WRITTEN CONTENT, a **THIRTY-PAGE written letter PRIOR to marriage** - where there were no secrets, all the cards were ALWAYS on the table (at least from my end)! This also shows the level of AUTHENTICITY, HONESTY, OPENNESS, TRANSPARENCY, VULNERABILITY, and the level of ACCOUNTABILITY that I've walked in for DECADES! **This is WHO I AM!** Regardless of what those with an agenda pretend or claim!

I have a LIFETIME of EVIDENCE proving MY IDENTITY! I belonged to writers groups at church. I founded **NashvilleChristian.com**, as I met with church leaders throughout the mid-state. Twice I was a guest on local radio programs. While I designed, administered and managed the website and fax service prior, for over a decade. I also served as Tootie's SOUND BOARD. She shared and bounced everything off of me, DAILY, while I helped her and her company in any way that I could! I communicated with Tootie probably **5-25 times per day** on average, via texts, emails and phone calls. We were connected at the hip, and together a force to be reckoned with! (This was as much by HER will as it was by MINE!) **We were a TEAM!**

Unfortunately, our greatest strengths are often our greatest weakness, when our lives enter into a state of trauma. (Hence, I do regret some things that I've said and done.) **Yet REALITY is NOTHING as has been fraudulently claimed, to bind and discard me, without cost or consequence.**

PLEASE STRIKE & EXPUNGE THE "DEFAULT ORDER OF PROTECTION" ORDERED BY WILLIAMSON CHANCERY ON 10/21/2019 AND THEN EXTENDED FOR FIVE-MORE YEARS, WITHOUT NOTICE OF MOTION! I HAVE NEVER EVEN BEEN ALLOWED TO PARTICIPATE IN A HEARING TO DEFEND MYSELF! DESPITE PROMISES ON COURT RECORD 8/29/2019, TO ALLOW ME TO PARTICIPATE BY PHONE, KNOWING CHANCERY HAD FORCEFULLY RENDERED ME HOMELESS AND I NEEDED TO IMMEDIATELY RELOCATE TO MICHIGAN, HAVING NO OTHER PROVISION FOR SHELTER, FOOD, OR SURVIVAL IN TENNESSEE! WHILE ONCE THE FRAUD AND FALSE TESTIMONY USED TO MANIPULATE THE COURT IS REMOVED, THE ONLY REMAINING "GROUNDS" ARE ELECTRONIC COMMUNICATIONS WITH NO PHYSICAL THREATS OR DANGER!



**TEXT MESSAGES FROM WIFE'S INITIAL "DIVORCE ANNOUNCEMENT" TO ME, ON MARCH 13TH, 2018.**



WIFE'S "FEAR" WAS ENTIRELY BASED UPON HER BELIEF ABOUT WHAT WAS "UNDERSTANDABLE" IN HER OPINION! NOT ANYTHING I EVER DID!!!

WHAT WIFE NEEDED WAS MENTAL AND PHYSICAL HELP FOR MENOPAUSE, NARCOLEPSY, AND CHRONIC DEPRESSION. WHAT SHE GOT INSTEAD WAS HELP COMMITTING MULTIPLE COUNTS OF FRAUD, WHICH COMPOUNDED HER STRESS & QUICKLY DETERIORATED HER HEALTH EVEN MORE!

3/13/18, 7:58 PM from Fawn Fenton

I thought you would hate me for this, and you would make me as miserable as possible to get back at me.

3/13/18, 8:19 PM from Fawn Fenton

Ok. Thank you. I was truly afraid you would be blinded by rage and hurt, (understandably so).

**#1**

3/13/18 8:42 PM from Fawn Fenton

I was so convinced you were going to try to destroy me, I was too afraid to ask you for an agreement.

Regardless of what people can "GET AWAY WITH" legally, it is CRUEL, INHUMANE, and down right UN-AMERICAN to DEPRIVE a person of their CONSTITUTIONAL RIGHTS and/or Hinder their most Basic Need and Ability to SUPPORT Themselves and their Family, by ANY legal means available to anyone else.

Based entirely upon someone else's unfounded concerns due to the Damages which THEY SECRETLY PLANNED TO CAUSE, with NO HISTORY of Violence, Arrests, or SERIOUS RISK OF PHYSICAL DANGER, short of charging the individual with a CRIME and providing them with FULL EQUAL AND DUE PROCESS OF LAW!

The DEPRIVATION OF RIGHTS for Convenience and Arbitrary Power is "ABSURD, SLAVISH, AND DESTRUCTIVE OF THE GOOD AND HAPPINESS OF MANKIND." (Article I, Section 2) of the CONSTITUTION OF THE STATE OF TENNESSEE!

THIS WAS A WHOLE YEAR BEFORE ATTORNEY STORY WAS HIRED, WITHOUT A SINGLE "INCIDENT", "THREAT" OR "DANGER" OF ANY SORT! WIFE INVITED ME OVER I BROUGHT HER GIFTS, SHE WANTED TO REMAIN FRIENDS AFTER DIVORCE!

I PRAY THAT THE WILLIAMSON COUNTY CHANCERY COURT OPERATE FAIRLY, WITH THE WELLBEING OF ALL CITIZENS TREATED EQUALLY, AS REQUIRED IN THE CONSTITUTION OF THE GREAT STATE OF TENNESSEE. THAT MY FREEDOM, MY NAME, AND MY REPUTATION, BE RESTORED, HAVING COMMITTED NO CRIME. SO THAT I CAN PASS A BACKGROUND CHECK AND GET A JOB TO SUPPORT MYSELF, AS I DESPERATELY NEED, OR THAT A FULL CRIMINAL INVESTIGATION BE LAUNCHED INTO THE DEPRIVATION OF BOTH MY RIGHTS AND MY PROPERTY!

# CONSTITUTION ANNOTATED
Analysis and Interpretation of the U.S. Constitution

## Amdt5.4.4.2.1 Deprivations of Liberty

Fifth Amendment:

> *No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.*

With respect to liberty interests, the Court has followed a similarly meandering path. Although the traditional concept of liberty was freedom from physical restraint, the Court has expanded the concept to include various other protected interests, some statutorily created and some not.[1] Thus, in *Ingraham v. Wright*,[2] the Court unanimously agreed that school children had a liberty interest in freedom from wrongfully or excessively administered corporal punishment, whether or not such interest was protected by statute. "The liberty preserved from deprivation without due process included the right 'generally to enjoy those privileges long recognized at common law as essential to the orderly pursuit of happiness by free men.' . . . Among the historic liberties so protected was a right to be free from, and to obtain judicial relief for, unjustified intrusions on personal security."[3]

The Court also appeared to have expanded the notion of "liberty" to include the right to be free of official stigmatization, and found that such threatened stigmatization could in and of itself require due process.[4] Thus, in *Wisconsin v. Constantineau*,[5] the Court invalidated a statutory scheme in which persons could be labeled "excessive drinkers," without any opportunity for a hearing and rebuttal, and could then be barred from places where alcohol was served.



NOT EVERY FEMALE IS FRAIL, WEAK, DEFENSELESS, AND AFRAID; EVEN IF THEY CLAIM TO BE, FOR A STRATEGIC ADVANTAGE DURING A DIVORCE.

# FAWN  FENTON

1986 Sunny Side Drive, Brentwood, Tennessee 37027

Tel: (615) 7377

---

*Self-Defense Handgun Instructor*

## CERTIFICATIONS & AFFILIATIONS

- **NRA Certified Basic Pistol Instructor**
- **Tennessee Department of Safety Concealed Carry Instructor**
- **Front Sight Firearms Training Institute Handgun Instructor, Pahrump, NV**
- **CCWP Instructor at The Range Incorporated, Centerville, TN**
- Nashville Police Department, Citizens Police Academy, Spring 2009
- Mount Juliet Police Department, Citizens Police Academy, Spring 2004
- Member of the NRA since 2004, Life Member since 2012
- Certified Trainer with NRA "Refuse to Be a Victim" Program
- Member of the United States Practical Shooting Association since 2003

---

## TRAINING

- Front Sight Firearms Training Institute, 4-Day Practical Rifle (FN-FAL & AR15), January 2018
- Front Sight Firearms Training Institute, 4-Day Defensive Handgun, March 2013
- Front Sight Firearms Training Institute, 4-Day Armorers Class – AR15, March 2010
- Front Sight Firearms Training Institute, 4-Day Line Coach – Defensive Handgun, March 2010
- Front Sight Firearms Training Institute, 4-Day Instructor Development, February 2009
- Front Sight Firearms Training Institute, 4-Day Practical Rifle (AR-15), February 2008
- Front Sight Firearms Training Institute, Handgun Master Prep, January 2007
- HGR Firearms NRA Basic Pistol Instructor Certification Course, June 2006
- Front Sight Firearms Training Institute, 4-Day Defensive Handgun, January 2006
- Front Sight Firearms Training Institute, 4-Day Practical Rifle (AK-47), January 2005
- Tactical Response, 2-Day Fighting Pistol, May 2004
- Vanderbilt Rape Aggression Defense Systems, December 2003
- The Range Incorporated, Advanced Handgun II, November 2003

- Front Sight Firearms Training Institute, 4-Day Defensive Handgun, October 2003
- The Range Incorporated, Advanced Handgun I, April 2003
- The Range Incorporated, State Concealed Carry Course, February 2003
- Front Sight Firearms Training Institute, 4-Day Defensive Handgun, October 2002

---

## REFERENCES

JOHN HUTCHERSON ■ Owner, The Range Inc. Instructor, DCSO Correctional Officer
T: (615) 662-6815, Nashville, TN   therange@bellsouth.net

RICK MORELLO ■ Front Sight Firearms Operations Manager, Instructor
T: (800) 987-7719, Pahrump, NV   morello@frontsight.com

MARK DAVENPORT ■ Brother, U.S. Marine Veteran
T: (949) ██-6204, Lake Forest, CA

Ms. Fenton's Bushmaster AR-15 M4-A3 NATO 5.56mm x 45mm Assault Rifle
with a telescoping stock, tactical sling, Trijicon VCOG (Variable Combat Optical Gunsight)



https://rico.jefffenton.com/evidence/2019-10-21_order-of-protection-as-illegal-prior-restraint.pdf

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

Ms. Fenton graduating the Davidson County "Citizens Police Academy" (She also graduated from the Mt. Juliet Citizens Police Academy previously.) Award presented by former Nashville Mayor Karl Dean



https://rico.jefffenton.com/evidence/2019-10-21_order-of-protection-as-illegal-prior-restraint.pdf



Ms. Fenton's FN FAL (F.M.A.P. "DM" Rosario) 7.62mm x 51mm
INDUSTRIA ARGENTINA (L.S.R. 308 WIN)

Full Size Assault Rifle - This rifle is almost as tall as she is, it's MASSIVE!

Ms. Fenton and her brother Mark have matching rifles, he purchased when he got out of
the Marines. (Don't tell anyone, but this is illegal in California where he lives.)

# Fawn's Ammunitions: Taken During Separation

**TOTAL ESTIMATED VALUE:** **$1,993.41**



Fawn ▮ Fenton

| Item # | Make / Model | Item / Description | Bullet Weight (Grains) | Muzzle Velocity (FPS) | Bullet Style | Serial Number / ID Number | Date Purchased |
|---|---|---|---|---|---|---|---|
| 1 | Federal American Eagle (XM193) | 5.56 x 45mm | 55 | 3,165 | FMJ | Case UPC: 50029465094602 | 11/7/2016 |
| 2 | Federal American Eagle (AE223) | .223 REM | 55 | 3,240 | FMJ-BT | Box UPC: 029465084820 | 2/4/2005 |
| 3 | PMC Bronze (308B) | 7.62 x 51mm (.308 WIN) | 147 | 2,780 | FMJ-BT | Case UPC: 20741569060282 | 11/8/2016 |
| 4 | Hornady TAP (#80968) | 7.62 x 51mm (.308 WIN) | 168 | 2,700 | TAP FPD | Box UPC: 090255809688 | 11/8/2016 |
| 5 | Federal American Eagle (AE40R3) | .40 S&W Target | 165 | 1,130 | FMJ | Case UPC: 50029465092813 | 11/7/2016 |
| 6 | CCI Blazer Brass (5210) A-08-K-23 | .40 S&W Target | 165 | Unknown | FMJ | Box UPC: 076683052100 | 2/4/2005 |
| 7 | Federal Premium HST LE (P40HST1) | .40 S&W Tactical | 180 | 1,010 | JHP | Box UPC: 029465094454 | 11/8/2016 |
| 8 | Federal American Eagle (AE9AP) | 9mm LUGER | 124 | 1,150 | FMJ | Box UPC: 029465088569 | 2/11/2010 |
| 9 | Federal Premium HST LE (P9HST2) | 9mm LUGER Tactical | 147 | 1,000 | JHP | Box UPC: 029465094447 | 11/8/2016 |
| 10 | Federal Classic HI-SHOK (C38J) | .38 SPECIAL +P | 125 | 950 | JSP | Box UPC: 029465092955 | Unknown |
| 11 | Miscellaneous Ammo Boxes | .40 Federal \| .22 CCI \| .223 Winchester | Misc | Misc | Misc | Misc | Unknown |
| **TOTALS** | **INVENTORY ITEMS: 11** | | | | | | |

**COUNTED, SIGNED-FOR, AND TAKEN BY FAWN ON 5/1/2018**



**INVENTORY DATE:** **5/1/2018**

| Insurance company: | Donegal Insurance Group |
|---|---|
| Insurance company phone: | (800) 877-0600 |
| Policy number: | HOC 8115950 |
| Insurance agent: | Will & Anna Montgomery (Montgomery & Assoc.) |
| Insurance agent phone: | (615) 829-8457 |
| Insurance agent address: | 1730 General George Patton Dr, #212, Brentwood, TN 37027 |

| Where Purchased | Quantity Purchased | Purchase Price | Price per Round | Date | Counted | Quantity Counted | Estimated Current Value | Notes |
|---|---|---|---|---|---|---|---|---|
| SportsmansGuide.com | 1,000 | $372.38 | $0.37 | 5/1/2018 | | 1,000 | $372.38 | 2x 500 Round Cases (25 Boxes of 20 Rounds Each) |
| AmmoMan.com | 1,000 | $219.00 | $0.22 | 5/1/2018 | | 780 | $170.82 | 39 Boxes of 20 Rounds |
| SportsmansGuide.com | 1,000 | $645.98 | $0.65 | 5/1/2018 | | 1,000 | $645.98 | 2x 500 Round Cases (25 Boxes of 20 Rounds Each) |
| SportsmansGuide.com | 100 | $132.95 | $1.33 | 5/1/2018 | | 100 | $132.95 | 5 Boxes of 20 Rounds |
| SportsmansGuide.com | 1,000 | $326.78 | $0.33 | 5/1/2018 | | 300 | $98.03 | 6 Boxes of 50 Rounds Each |
| AmmoMan.com | 1,000 | $179.00 | $0.18 | 5/1/2018 | | 700 | $125.30 | 14 Boxes of 50 Rounds |
| AmmoMan.com | 300 | $234.00 | $0.78 | 5/1/2018 | | 50 | $39.00 | 1 Box of 50 Rounds |
| AmmoMan.com | 1,000 | $289.00 | $0.29 | 5/1/2018 | | 550 | $158.95 | 11 Boxes of 50 Rounds |
| AmmoMan.com | 100 | $90.00 | $0.90 | 5/1/2018 | | 100 | $90.00 | 2 Boxes of 50 Rounds |
| Unknown | 500 | $125.00 | $0.25 | 5/1/2018 | | 380 | $95.00 | 19 Boxes of 20 Rounds (Guessed at Pricing) |
| Unknown | 220 | $65.00 | $0.30 | 5/1/2018 | | 220 | $65.00 | Fed = 50 Rounds \| CCI = 150 Rounds \| Win = 20 Rds |
| | | **$2,679.09** | | | | **5,180** | **$1,993.41** | |

---

**Ms. Fenton counted in over 5,000 rounds of AMMO when she moved out of our marital residence.**

While Judge Michael W. Binkley and Attorney Virginia Lee Story have been pretending that she is **"in danger"** from an angry but non-threatening text message or email, from 600-miles away, in the State of Michigan. (My mom said, "she's an architect, she knows how to block a number.") **You would think.**

**It's called holding my civil rights hostage,** to try to **extort my silence** about the criminal misconduct by Judge Michael W. Binkley and Attorney Virginia Lee Story. It's also called an **"illegal prior restraint"**, which Judge Binkley is well known for, as evident in the KnoxNews video. It's also called **ADA interference and retaliation**. The 5-year extension was added when I reported the misconduct between Judge Binkley and Attorney Story to the Tennessee Court of Appeals. That's called **"OFFICIAL OPPRESSION".** I never received a motion, was never allowed to testify, was never given a "reason" for the 5-year extension, destroying my vocational opportunities from 600-miles away, **for six years**, during COVID. The court never had jurisdiction to harm me in a case predetermined between friends. Beeler & Story both refused to tell me WHY the absurd extension was added, but I know WHY, no matter what their story is. **For extortion!** Not one legal, lawful, ethical, good-faith action took place in docket #48419B.

**QUESTION:** What's more "dangerous" than an angry text message or an email? **ANSWER:** 5,000 ROUNDS OF AMMUNITION! This was Ms. Fenton's personal ammunition supply when she moved out of the marital residence. (Does anybody find this absurd other than me?)



https://rico.jefffenton.com/evidence/2019-10-21_order-of-protection-as-illegal-prior-restraint.pdf

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

# Front Sight's 23 Year Anniversary!

## 2019 Schedule of Courses

### Front Sight Offers You the World's Premier Facility and the Finest Instructional Staff in the Industry for Self Defense Training and Recreation!



This is where Ms. Fenton was trained to shoot. This is where she owns a coveted legacy "First Family Lifetime Membership" This is probably the best civilian firearms training academy in the United States of America. By the way, Ms. Fenton has worked here as a "line coach" too.





*Spend an exciting weekend at Front Sight and leave with the skills to safely protect yourself and your family.*

*Firearms, Edged Weapons, and Empty Hand Defense courses taught by personable, real-world instructors who will dramatically elevate your skills and bring out the best in you... Guaranteed!*

*All courses open to private citizens and law enforcement alike.*



**FRONT SIGHT**
**FIREARMS TRAINING INSTITUTE**

**Las Vegas, Nevada   1.800.987.7719   *www.frontsight.com***

Ms. Fenton shooting her FN FAL 7.62mm x 51mm assault rifle at Front Sight Firearms Training Institute, in Pahrump Nevada.
Does the training look SERIOUS? It is! Highly disciplined and skilled. (I've never seen Ms. Fenton physically afraid of ANYONE in her life.)



https://rico.jefffenton.com/evidence/2019-10-21_order-of-protection-as-illegal-prior-restraint.pdf

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



Nothing to look at... nothing happening here... just a line of assault weapons in the Nevada desert, for the average hobbyist to plink targets. This is Ms. Fenton with her Bushmaster AR-15 5.56mm x 45mm Assault Rifle (They shoot roughly 1,000 rounds of ammo per class!)

https://rico.jefffenton.com/evidence/2019-10-21_order-of-protection-as-illegal-prior-restraint.pdf

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

Ms. Fenton with her Bushmaster AR-15 standing beside her brother Mark, with his matching FN FAL 7.62mm x 51mm assault rifle at Front Sight Firearms Training Institute, in Pahrump Nevada. All kidding aside, this is their family time together, and I'm glad that Ms. Fenton has this confidence. (I just wish I wasn't being deprived of my freedoms based on lies. That's Binkley and Story's fault, it was their conspiracy against my rights & property.)



https://rico.jefffenton.com/evidence/2019-10-21_order-of-protection-as-illegal-prior-restraint.pdf

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



Ms. Fenton shooting her Glock Model-23 .40 Caliber Pistol. She does some competitive shooting also, or at least did at one time. (All the range Master's tell me, **"you better be nice to her"**. Point taken.)

https://rico.jefffenton.com/evidence/2019-10-21_order-of-protection-as-illegal-prior-restraint.pdf

# STATE CERTIFIED
# HANDGUN INSTRUCTOR

Awarded to

*Fawn* ▆ *Fenton*

ID # ___197___ / ___30___ / ___1220___

*Presented by*
**Tennessee Department of Safety**

**Issued** ___5/8/1 2___ **Expires**___8/15/15___

*[signature]*
**Program Director**

*[signature]*
**Commissioner**

SF-1106

Case 3:24-cv-01282     Document 17-1     Filed 01/19/24     Page 36 of 81 PageID #: 2371

https://rico.jefffenton.com/evidence/2019-10-21_order-of-protection-as-illegal-prior-restraint.pdf

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

**Ms. Fenton** with her brother Mark and their father Eddie, at Front Sight Firearms Training Institute in Pahrump Nevada. Shooting is a family affair. **NOTE: Ms. Fenton was employeed by Front Sight as a "Line Coach" during this trip.** (They're pretty picky about who they hire to coach.)



https://rico.jefffenton.com/evidence/2019-10-21_order-of-protection-as-illegal-prior-restraint.pdf



**Ms. Fenton's Glock Model-23 .40 Caliber Pistol with a 13-Round Clip**
This is her "Daily Carry Weapon". She doesn't leave home without it!

https://rico.jefffenton.com/evidence/2019-10-21_order-of-protection-as-illegal-prior-restraint.pdf

## *Thank you for your efforts in promoting the safe and responsible use of firearms*



- Each team instructor gets full credit for the course when you team teach.
- Remember to report your courses within 10 days of completion at nrainstructors.org.

# **National Rifle Association Credentials**
## **FAWN ■ FENTON**

*Instructor*
## **Certified Pistol**

**New ID Card Enclosed**

FAWN ■ FENTON
1986 SUNNY SIDE DR
BRENTWOOD, TN 37027-5404


Edward J. Land, Jr., Secretary

**NRA # 13720■**
**Expires: 8/31/2016**

Not valid for conducting NRA Law Enforcement or NRA Security Officer Training Courses.

Detach card and carry in wallet. This appointment is valid until the date shown. Prior to the expiration date on this card you will be given an opportunity to renew. Be sure to return the renewal application promptly when it comes.

8/6/2013 15:12:04

**New ID Card Enclosed**

o

https://rico.jefffenton.com/evidence/2019-10-21_order-of-protection-as-illegal-prior-restraint.pdf

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



Ms. Fenton's Glock Model-17 9mm Pistol with a 17-Round Clip
This is her training gun, to let beginners use. It has less recoil.

https://rico.jefffenton.com/evidence/2019-10-21_order-of-protection-as-illegal-prior-restraint.pdf

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



# National Rifle Association of America

# Certificate of Membership

*This certifies that*

# Fawn Fenton

*has fulfilled the requirements of a*

# Life Member

*as set forth in the bylaws of the Association*

*Date* April 26, 2012 *National Rifle Association*

Executive Vice-President

https://rico.jefffenton.com/evidence/2019-10-21_order-of-protection-as-illegal-prior-restraint.pdf



Ms. Fenton's Ruger SP101 .357 Magnum Revolver (.38 Special)
The hammer is made to not snag on clothing as you pull it out of your pocket.

https://rico.jefffenton.com/evidence/2019-10-21_order-of-protection-as-illegal-prior-restraint.pdf

| 1. AGENCY | 2. PERSON RECEIVING COMPLAINT | 3. DATE/TIME RECEIVED 04/22/2018 | 24 HR. 21:29 CLOCK | 5. TIME ARRIVED 21:38 | 7. CASE NUMBER |
|---|---|---|---|---|---|
| WILLIAMSON COUNTY SHERIFF'S OFFICE | 2265 - Dep. Warren P. Cagle | 4. TIME DISPATCHED 21:29 | | 6. TIME COMPLETED 22:25 | 2018-9643 |

| 8. NATURE OF INCIDENT | DOMESTIC-VERBAL - Event #1804060888 |
|---|---|

| 9. LOCATION OF INCIDENT | 1986 Sunnyside Drive, Brentwood TN.37027 | LOCATION CODE 01 | REPORTING ZONE 1 | DISPATCH ZONE/SECTION 1 |
|---|---|---|---|---|
| | | PATROL ZONE/GRID 1 | | OTHER ZONE/BEAT |

| 10. VICTIM COMPLAINANT ACCUSED VEHICLE | Fenton, Fawn ▮ - 1986 Sunnyside Drive, Brentwood, TN 37027 |
|---|---|

**11. ACTION TAKEN**

On 04/22/2018, at approximately 2138 hours I arrived at 1986 Sunnyside Drive, Brentwood, Tennessee, in reference to a Verbal Domestic call. Once on scene, I made contact with the complainant Mrs. Fawn ▮ Fenton . Mrs. Fenton she had informed her husband, Mr. Jeffery R. Fenton that she wanted a divorce. This led to a verbal dispute between Mr. And Mrs. Fenton. Mrs. Fenton felt unsafe as the argument escalated and contacted law enforcement. I spoke to both parties involved and concluded that the dispute was verbal only. Mrs. Fenton voluntarily elected to gather some belongings and go stay with a friend for a few days.

FAWN CAME BACK TO THE HOUSE THE NEXT DAY, BY HERSELF, TO PICK-UP BUNNY HAY + WOOD CHIPS, PERFECTLY CALM, WHICH SHE COULD HAVE PURCHASED FROM ANY PET SUPPLY STORE FOR $15.00. I CALMLY HELPED HER CARRY IT TO THE CAR, ASSISTING WITH ANYTHING ELSE SHE WANTED TO TAKE. THERE WAS NO FRICTION BETWEEN US, HER MIND WAS OBVIOUSLY MADE UP, I UNDERSTOOD AND ACCEPTED IT. I HELPED FAWN AS MUCH AS POSSIBLE, FOR THE MONTHS TO COME, AS SHE SLOWLY MOVED.

| 12. CLASSIFICATION | | 13. HOW RECEIVED | 14. DISPOSITION | 15. OFFICER ASSIGNED 2265 - Dep. Warren P. Cagle | 17. DATE PRINTED |
|---|---|---|---|---|---|
| ☑ General Police | ☐ Crime | ☐ Phone | ☐ Pending | | MO DAY YR |
| ☐ Traffic | ☐ Special Activity | ☐ On-View | ☑ Complete | 16. OFFICER SIGNATURE | |
| ☐ Emergency | ☐ Technical Service | ☐ Walk-In | ☐ See Inv. Report | | 05 / 02 / 2018 |
| | | ☑ Radio | | | |

https://rico.jefffenton.com/evidence/2019-10-21 order-of-protection-as-illegal-prior-restraint.pdf

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



Ms. Fenton's 22 Mag Mini-Master (Black Widow) This gun will fit in the palm of your hand, and can easily be carried in gym shorts. Ms. Fenton calls this her "dog walking gun".

https://rico.jefffenton.com/evidence/2019-10-21_order-of-protection-as-illegal-prior-restraint.pdf

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

*NO TRESPASSING SIGNS Used by Attorney Virginia Story to Assassinate my Character in Court: DESIGNED primarily by WIFE at WORK!*

# Invoice



**The Sign Center**
7107 Crossroads Blvd., Suite 104
Brentwood, TN 37027
ph.: 615-377-0148
fax:. 615-377-4742
email: Dave@TheSignCenterUSA.com

Since 1987

**Invoice:** **37535**

| | | |
|---|---|---|
| Description: | **custom routed shape Trespassing sign** | |
| Customer: | Jeff Fenton | ph: |
| | **Fenton, Jeff** | |
| Salesperson: | | email: |

| Product | Font | Qty | Sides | Height | Width | Unit Cost | Item Total |
|---|---|---|---|---|---|---|---|
| **1** **ALUM .080 (Pre Cut)** | | **2** | 1 | 36 | 24 | **$217.50** | **$435.00** |
| **Color:** custom on custom | | | | | | | |
| **Description:** Aluminum (.080) Sign | | | | | | | |
| **Text:** | | | | | | | |

Payments Received (thank you)

| Date | Amount | Payment Method | Tracking Number |
|---|---|---|---|
| 8/28/2017 4:44:04PM | $275.24 | Cash | |
| 8/3/2017 3:22:37PM | $200.00 | Cash | |
| **Total Payments:** | **$475.24** | | |

WIFE did the DESIGN Work for these Signs at her Work, using
their CAD Architectural Software. Then I helped her with the
graphics. This was a JOINT PROJECT, Installed around 8/28/2017.
Costing over $500 with Hardware. There was NO PLANS for a
DIVORCE when these Signs were Designed, Purchased, &
installed! These looked NICE! WIFE Moved out on April 22nd 2018,
16 MONTHS LATER. It had NOTHING to do with these signs!

**Other Payments:** _____
Form of Payment / Amount / Initials

**Notes:**

| | | |
|---|---|---|
| Ordered: | 8/3/2017 | 3:16:38PM |
| PickedUp: | 8/28/2017 | 4:34:16PM |
| Printed: | 8/28/2017 | 4:44:45PM |
| Status: | Closed | |

| | |
|---|---|
| Line Item Total: | $435.00 |
| Subtotal: | $435.00 |
| Taxes: | $40.24 |
| Total: | $475.24 |
| Total Payments: | $475.24 |
| Balance Due: | $0.00 |

ATTN: Jeff Fenton
Fenton, Jeff
7101 Executive Center Dr.
Suite 147
Brentwood, TN 37027

Payment due upon completion of order.

**Received/Accepted By:** / /

Almost Professional. Everytime. Guaranteed.

https://rico.jefffenton.com/evidence/2019-10-21 order-of-protection-as-illegal-prior-restraint.pdf        Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

NO TRESPASSING SIGNS Used by Attorney Virginia Story to Assassinate my Character in Court: DESIGNED primarily by WIFE at WORK!



# FENTON RESIDENCE
## 1986 Sunny Side Drive

INVITED FRIENDS & WILDLIFE WELCOME!

~ ALL OTHERS ~

# STOP

# NO TRESPASSING
(U.S. Const. amend. IV / T.C.A. §§ 39-14-405--39-14-407)

**DELIVERIES:** Please Leave at the Garage.

**VISITORS:** Confirmed Appointment Required in Advance.

**EMERGENCIES:** Ambulance & Fire Services Permitted to Protect Life and Property.

# ALL OTHER IMPLIED LICENSE TO ENTER IS HEREBY REVOKED.

## NO ENTRY to LAW ENFORCEMENT
or government representatives, except when responding to an alarm or distress call from within this residence.

### ✧ "Knock-and-Talk" is expressly Forbidden. ✧

�*IIII▶ **Please Don't Proceed Past the Ditch** ◀IIII*
unless invited onto this property by the owners, or meeting the conditions above.

WHY SO VERBOSE? See what TN COURTS have DONE: www.TennesseeTrespassing.com

**Audio & Video Surveillance in Use:**
BY Entering YOU AUTHORIZE the USE of ANY Media Captured of you, for ANY PURPOSE. YOU AGREE to Indemnify and Hold Harmless the Fentons (property owners) of ALL Claims.

✦

Violators will be Held Socially & Legally Accountable, through ANY Media Channel or Publication, both Online and Otherwise, and IF you do NOT AGREE to the Foregoing, Please do NOT ENTER this Property.

NO TRESPASSING SIGNS Used by Attorney Virginia Story to Assassinate my Character in Court: DESIGNED primarily by WIFE at WORK!



NEW Signage Installed



FENTON RESIDENCE
1986 Sunny Side Drive
INVITED FRIENDS & WILDLIFE WELCOME!
~ ALL OTHERS ~

STOP

NO TRESPASSING
(U.S. Const. amend. IV / T.C.A. §§ 39-14-405–39-14-407)

DELIVERIES: Please Leave at the Garage.
VISITORS: Confirmed Appointment Required in Advance.
EMERGENCIES: Ambulance & Fire Services Permitted to Protect Life and Property.

ALL OTHER IMPLIED LICENSE
TO ENTER IS HEREBY REVOKED.

NO ENTRY to LAW ENFORCEMENT
◆ "Knock-and-Talk" is expressly Forbidden. ◆

➡ Please Don't Proceed Past the Ditch ⬅

Audio & Video Surveillance in Use.





NO TRESPASSING SIGNS Used by Attorney Virginia Story to Assassinate my Character in Court: DESIGNED primarily by WIFE at WORK!

ch 📁 Pets 📁 Finance 📁 Weather 📁 Social 📁 Phone 📁 Surveillance 📁 Workflow ✿ Mos: Visited 📁 Reques: a return ⬛ KD991

🌐 International ▾                                                    Not a member yet? **Register** | **Sign In** | Plans and Pricing

## CanStockPhoto

| Search Term(s) | | All Images ▾ | 🔍 |

**Home**    **Getting Started** ▾    **Download Images** ▾    **My Account** ▾    **Free Download**

## Deer Family



Vector black and white illustration of deer family mother feeding cattle.

❤ Add to Favorites    ⬇ Save Comp

### Pricing                                       ⓘ Help Me Choose

| File Size | pixels inches cm | USD |
|---|---|---|
| Small JPEG | 800x664 px - 72 dpi | $2.50 |
| Medium JPEG | 1600x1327 px - 300 dpi | $6.00 |
| Large JPEG | 3000x2488 px - 300 dpi | $7.00 |
| X-Large JPEG | 4000x3318 px - 300 dpi | $8.00 |
| ● EPS Vector | Scalable to any size | $12.00 |

Licensing, Prints & Other Options    ⓘ Learn More

More Options ⌄          **Total: $12.00 USD**

⬇ **Download Now**

No Signup Needed

### Illustration Information

👤 by **Copestello**
Member since July 2, 2007   1,139 images

csp9892059 uploaded on 2012-06-15.

animal   antelope   art   black   cattle   clip
cute   deer   design   doe   element   fawn
group   illustration   isolated   mammal
nature   reindeer   shape   sign   silhouette
white   wildlife   vector   family   feeding
stock illustration   royalty free illustrations
stock clip art icon   stock clipart icons   logo
line art   EPS picture   pictures   graphic
graphics   drawing   drawings   vector image
artwork   EPS vector art

Popularity: 9 Downloads, 622 Views
Report a problem with this image

### Similar Illustrations                                    See All

| | | | | |
|---|---|---|---|---|
| Collection of silhouettes of wil | The deer drawn on a maple leaf | vector illustration of beauty deer family silhouette with sunset | Cartoon illustration of a deer family Fathe | Set of Deer fa vec or , illustra |

## More Information

| License Agreement | About Can Stock Photo |
|---|---|
| Privacy | Sell Your Images / Clips |
| Terms & Conditions | Contact Us |

⭐⭐⭐⭐⭐
4.8 AVERAGE
2261 REVIEWS

Help   Contact Us

International Sites ▾

© Can Stock Photo Inc. 920X HL05

NO TRESPASSING SIGNS Used by Attorney Virginia Story to Assassinate my Character in Court: DESIGNED primarily by WIFE at WORK!

## Jeff Fenton

| | |
|---|---|
| **From:** | Fawn Fenton |
| **Sent:** | Sunday, July 23, 2017 7:51 PM |
| **To:** | Fawn Fenton; Jeff Fenton |
| **Subject:** | deer graphics for sign |

http://www.canstockphoto.com/deer-family-9892059.html

http://www.canstockphoto.com/whitetail-deer-silhouettes-4347808.html

Sent from Mail for Windows 10

**NO TRESPASSING SIGNS Used by Attorney Virginia Story to Assassinate my Character in Court: DESIGNED primarily by WIFE at WORK!**

# Jeff Fenton

**From:** Fawn Fenton <ffenton@    architects.com>
**Sent:** Wednesday, August 2, 2017 11:11 AM
**To:** Jeff Fenton
**Subject:** RE: TN Code (Combining Lines)

Thanks!

**From:** Jeff Fenton
**Sent:** Wednesday, August 02, 2017 9:59 AM
**To:** Fawn Fenton <ffenton@   architects.com>; Fawn Fenton
**Subject:** RE: TN Code (Combining Lines)

http://www.tennesseedefenselitigation.com/BlogEntry.aspx?id=37

T.C.A. §§ 39-14-405--39-14-407

## JEFF FENTON
### METICULOUS.tech
(615) 837-1300 **OFFICE**
(615) 837-1301 **MOBILE**
(615) 837-1302 **FAX**

**TECHNICAL CONSULTING, SERVICES, AND SOLUTIONS,**
**WHEN IT'S WORTH DOING RIGHT THE FIRST TIME!**

SUBMIT OR RESPOND TO A SUPPORT TICKET HERE.

A DIVISION OF METICULOUS MARKETING LLC

**From:** Jeff Fenton
**Sent:** Wednesday, August 02, 2017 9:43 AM
**To:** Fawn Fenton <ffenton@   architects.com>
**Subject:** RE: TN Code (Combining Lines)

Looks like it would be like this: T.C.A. §§ 39-14-405 to 39-14-407

Based on this example: N.D.C.C. §§ 11-01-09, 11-01-11, 11-01-15 to 11-01-19.

From this webpage: https://www.ndcourts.gov/court/citation/III.A.htm

## JEFF FENTON
### METICULOUS.tech

1

NO TRESPASSING SIGNS Used by Attorney Virginia Story to Assassinate my Character in Court: DESIGNED primarily by WIFE at WORK!

(615) 837-1300 **OFFICE**
(615) 837-1301 **MOBILE**
(615) 837-1302 **FAX**

**TECHNICAL CONSULTING, SERVICES, AND SOLUTIONS,**
**WHEN IT'S WORTH DOING RIGHT THE FIRST TIME!**

SUBMIT OR RESPOND TO A SUPPORT TICKET HERE.

A DIVISION OF METICULOUS MARKETING LLC

**From:** Fawn Fenton [mailto:ffenton@ architects.com]
**Sent:** Wednesday, August 02, 2017 9:29 AM
**To:** Jeff Fenton
**Subject:** RE: TN Code (Combining Lines)

I have spent 10-15 minutes searching online, and I still don't know the answer to this... I will have to look at it later this afternoon.
Sorry!

**From:** Jeff Fenton
**Sent:** Wednesday, August 02, 2017 9:07 AM
**To:** Fawn Fenton <ffenton@ architects.com>; Fawn Fenton
**Subject:** TN Code (Combining Lines)

Lovie,

How would this be expressed:

- T.C.A. § 39-14-405
- PLUS
- T.C.A. § 39-14-406

How would that be combined and denoted?

T.C.A. § 39-14-405, 406?

I need the line to be a little longer to justify with all the other lower lines. ☺

Gracias!

**JEFF FENTON**
**METICULOUS.TECH**

(615) 837-1300 **OFFICE**
(615) 837-1301 **MOBILE**
(615) 837-1302 **FAX**

**TECHNICAL CONSULTING, SERVICES, AND SOLUTIONS,**
**WHEN IT'S WORTH DOING RIGHT THE FIRST TIME!**

2

NO TRESPASSING SIGNS Used by Attorney Virginia Story to Assassinate my Character in Court: DESIGNED primarily by WIFE at WORK!

# Jeff Fenton

| | |
|---|---|
| **From:** | Fawn Fenton <ffenton@█████ architects.com> |
| **Sent:** | Wednesday, August 2, 2017 6:13 PM |
| **To:** | Jeff Fenton |
| **Subject:** | RE: Very Minor Change in Dimensional PDF WITH BLEED |
| **Attachments:** | Jeffy Sign_Bleed Dimensions.pdf |

Ok here it is

**From:** Jeff Fenton
**Sent:** Tuesday, August 01, 2017 10:50 PM
**To:** Fawn Fenton <ffenton@█████ architects.com>; Fawn Fenton
**Subject:** Very Minor Change in Dimensional PDF WITH BLEED

Hello Lovie,

Can you please make just one minor change for me of the ONE dimensional PDF, which includes the BLEED?

I'd like to change the LABEL on the bottom of the page:
- FROM: "DIMENSIONS OF PRINT COPY WITH BLEED"
- TO: "DIMENSIONS OF OVERPRINT COPY WITH ¼" BLEED"

Exactly as quoted above please! I know that I gave you the wording last time, but in working on this I've remembered that the term "overprint" is what is commonly referred to as the copy WITH Bleed, and that it would be helpful to specify the exact amount of bleed used throughout.

That is the ONLY change. Please just the highlighted text above (without the highlight), replacing the label at the bottom of the sheet.

Everything else is PERFECT!

THANKS LOVIE!!!

## JEFF FENTON
### METICULOUS.TECH
(615) 837-1300 **OFFICE**
(615) 837-1301 **MOBILE**
(615) 837-1302 **FAX**

**TECHNICAL CONSULTING, SERVICES, AND SOLUTIONS,
WHEN IT'S WORTH DOING RIGHT THE FIRST TIME!**

1



DIMENSIONS OF FINISHED SIGN (METAL PLATE)

NO TRESPASSING SIGNS Used by Attorney Virginia Story to Assassinate my Character in Court: DESIGNED primarily by WIFE at WORK!

NO TRESPASSING SIGNS Used by Attorney Virginia Story to Assassinate my Character in Court: DESIGNED primarily by WIFE at WORK!

**Jeff Fenton**

| | |
|---|---|
| **From:** | Fawn Fenton <ffenton@ ███████ architects.com> |
| **Sent:** | Monday, July 31, 2017 9:11 PM |
| **To:** | Jeff Fenton |
| **Subject:** | RE: Sign PDFs |
| **Attachments:** | Jeffy Sign_Master.dgn |

CAD File Master.....


**From:** Fawn Fenton
**Sent:** Monday, July 31, 2017 8:06 PM
**To:** 'Jeff Fenton'
**Subject:** RE: Sign PDFs

Again...


**From:** Fawn Fenton
**Sent:** Monday, July 31, 2017 7:47 PM
**To:** 'Jeff Fenton'
**Subject:** RE: Sign PDFs

Revised again....


**From:** Fawn Fenton
**Sent:** Monday, July 31, 2017 7:41 PM
**To:** 'Jeff Fenton'
**Subject:** Sign PDFs

Revised PDFs....

NO TRESPASSING SIGNS Used by Attorney Virginia Story to Assassinate my Character in Court: DESIGNED primarily by WIFE at WORK!



# DIMENSIONS OF OVERPRINT COPY WITH 1/4" BLEED

https://rico.jefffenton.com/evidence/2019-10-21_order-of-protection-as-illegal-prior-restraint.pdf

NO TRESPASSING SIGNS Used by Attorney Virginia Story to Assassinate my Character in Court: DESIGNED primarily by WIFE at WORK!

**Jeff Fenton**

| | |
|---|---|
| **From:** | Fawn Fenton <ffenton@████████architects.com> |
| **Sent:** | Friday, July 28, 2017 3:30 PM |
| **To:** | Jeff Fenton |
| **Subject:** | RE: Sign! |
| **Attachments:** | Jeffy Sign2.dgn |

Here's the Microstation file, just in case.

**From:** Jeff Fenton
**Sent:** Friday, July 28, 2017 2:24 PM
**To:** Fawn Fenton <ffenton@████████architects.com>
**Subject:** RE: Sign!

Cool! So that is the v2000, right?

Can you send me the microstation master just to have, or have changes been made in the AutoCad version, where it is now the working master?

## Jeff Fenton
### METICULOUS.tech
(615) 837-1300 Office
(615) 837-1301 Mobile
(615) 837-1302 Fax

Technical Consulting, Services, and Solutions,
When it's worth doing RIGHT the first time!

Submit or respond to a support ticket here.

A Division of Meticulous Marketing LLC

**From:** Fawn Fenton [mailto:ffenton@████████architects.com]
**Sent:** Friday, July 28, 2017 2:21 PM
**To:** Jeff Fenton
**Subject:** Sign!

Whee.... Autocad finally came up!
I changed the layer names to be descriptive of exactly what they are. I added a layer for the 1/4" outside bleed lines. Let me know if this isn't what you wanted.

1

NO TRESPASSING SIGNS Used by Attorney Virginia Story to Assassinate my Character in Court: DESIGNED primarily by WIFE at WORK!



NO TRESPASSING SIGNS Used by Attorney Virginia Story to Assassinate my Character in Court: DESIGNED primarily by WIFE at WORK!

## Jeff Fenton

**From:** Fawn Fenton <ffenton@     architects.com>
**Sent:** Wednesday, July 26, 2017 6:48 PM
**To:** Jeff Fenton
**Subject:** FW: Hikvision Video Surveillance | Scheduling a Lunch & Learn

Heh, FYI....

**From:** Zach.Geiser [mailto:Zach.Geiser@hikvision.com]
**Sent:** Wednesday, July 26, 2017 12:27 PM
**To:** Fawn Fenton <ffenton@    architects.com>
**Subject:** RE: Hikvision Video Surveillance | Scheduling a Lunch & Learn

Hi Fawn,

Not a problem and thank you for the information. If the high school would like to look into Hikvision solutions, please feel free to pass my information along. On average we are able to save 30% on cost in comparison to our competitors, which is often key in being able to provide quality systems to education projects as they tend to have tighter budgets. We also have 3-5yr warranties, and have a product failure rate less than 1%.

If I can be of any help on future projects, please do not hesitate to reach out as I am happy to consult with you. I will also be sure to get you're A&E online portal registration approved so that you have access to the resources there.

Have a great day!

Best Regards,

*Zach* Geiser
Business Development Associate
A&E Program, Mid-Atlantic
NJ • PA • MD • DE • DC • VA • WV • TN • KY
☎ 609.235.2624
✉ zach.geiser@hikvision.com

# *HIKVISION* U.S.A

www.hikvision.com
Follow Hikvision USA and Canada on Facebook, Twitter, YouTube, and LinkedIn!

**View and Download the 2017 Spring/Summer PQG**

**Read the cybersecurity interview conducted by SSI Magazine with the President of Hikvision, Jeffery He:**

DISCLAIMER:
This e-mail and its attachments contain confidential information from Hikvision that is intended only for the person or entity whose address is listed above. Any use of the information contained herein in any way (including, but not limited to, total or partial disclosure, reproduction, or dissemination) by persons other than the intended recipient(s) is prohibited. If you receive this e-mail in error, please notify the sender by phone or email immediately and delete it.

1

NO TRESPASSING SIGNS Used by Attorney Virginia Story to Assassinate my Character in Court: DESIGNED primarily by WIFE at WORK!

**From:** Fawn Fenton [mailto:ffenton@   architects.com]
**Sent:** Monday, July 24, 2017 6:04 PM
**To:** Zach.Geiser
**Subject:** RE: Hikvision Video Surveillance | Scheduling a Lunch & Learn

Hi Zack,

Thanks for following up. My apologies for not getting back to you earlier; I am working on a project where the client had decided they wanted a video surveillance system (at a new restroom/concessions/meeting building of a high school track and football field that we are building), and I had started researching possible systems; however, the school decided they will provide the security system under a separate contract themselves, so that is not in my scope of work now. I will certainly let you know if we come across another opportunity in the future; I have always heard good things about HikVision's systems.

We are a small architectural office, and we do not normally entertain lunch-n-learns; myself and Ken Adkisson are the only two licensed architects, and we typically pursue education on separate paths. In any case, I am glad to have your contact information now, and will keep you on file if we can use your services on a future project.

Best wishes,

Fawn Fenton

**Architects, Inc.**
3322 West End Ave., Suite 103
Nashville, Tennessee 37203
(615) 298-9829
*ffenton@   architects.com*

**From:** Zach.Geiser [mailto:Zach.Geiser@hikvision.com]
**Sent:** Monday, July 24, 2017 3:11 PM
**To:** Fawn Fenton <ffenton@   architects.com>
**Subject:** Hikvision Video Surveillance | Scheduling a Lunch & Learn

Hi Fawn,

My name is Zach Geiser, and I am the Mid-Atlantic A&E Business Development Manager at Hikvision – world's largest video surveillance manufacturer.

I will be in the Tennessee region either the last week in August, or 1st week in September, and I am curious if might we be able to arrange a Lunch N' Learn with the electrical engineering, technology integration, or security design team sometime within that timeframe? Our objective would be to introduce Hikvision at a high level, review our latest products and technologies, as well review our recently implemented A&E program / online portal. I would greatly appreciate the opportunity, and would be great to learn how I can best be a resource to Adkisson& Assoc. on projects with a CCTV element moving forward. My goal is to make the design/specification process as easy as possible, as Hikvision would love to be considered as an approved equal manufacturer / the basis of on various projects whenever possible!

Thank you for your time & assistance - I look forward to your feedback and the prospect of meeting you in person! Feel free to let me know any available dates you might have from **August 28th to September 8th,** and I will be happy to pencil in the date and send over a meeting invitation.

Have a great day!

Best Regards,

2

*Zach Geiser*
Business Development Associate
A&E Program, Mid-Atlantic
NJ • PA • MD • DE • DC • VA • WV • TN • KY
☎ 609.235.2624
✉ zach.geiser@hikvision.com

*HIK VISION* U.S.A

www.hikvision.com
Follow Hikvision USA and Canada on Facebook, Twitter, YouTube, and LinkedIn!

**View and Download the 2017 Spring/Summer PQG**

**Read the cybersecurity interview conducted by SSI Magazine with the President of Hikvision, Jeffery He:**

DISCLAIMER:
This e-mail and its attachments contain confidential information from Hikvision that is intended only for the person or entity whose address is listed above. Any use of the information contained herein in any way (including, but not limited to, total or partial disclosure, reproduction, or dissemination) by persons other than the intended recipient(s) is prohibited. If you receive this e-mail in error, please notify the sender by phone or email immediately and delete it.

NO TRESPASSING SIGNS Used by Attorney Virginia Story to Assassinate my Character in Court: DESIGNED primarily by WIFE at WORK!

NO TRESPASSING SIGNS Used by Attorney Virginia Story to Assassinate my Character in Court. DESIGNED primarily by WIFE at WORK!

# TNJ:On the Hill

## The Tennessee Journal's updates on Tennessee government & politics

« More legislator campaign spending: 3 bought passports, 10 paid family
Trump announces Sen. Mark Green as Army Secretary »

## TN Supreme majority: Police can ignore 'no trespassing' signs

**Published April 7, 2017 | By Tom Humphrey**

*News release from Administrative Office of the Courts*

**Nashville, Tenn.** - A majority of the Supreme Court has ruled that, despite the existence of "no trespassing" signs near an unobstructed driveway, police officers' warrantless entry onto the defendant's property was constitutionally permissible.

This matter arose when two investigators went to a different residence after receiving information regarding a pseudoephedrine purchase. One of the individuals at that residence informed the officers that he had given the pills to the defendant who lived next door and who was in the process of using them to produce methamphetamine. The officers then left that residence and drove down the defendant's unobstructed driveway and walked up to his front porch.

Upon smelling the odor of the manufacture of methamphetamine when the defendant opened his door, the officers requested consent to enter the residence. When the defendant denied consent, the officers forced entry and discovered an active methamphetamine lab, several inactive labs, various items commonly associated with methamphetamine manufacture, and several guns.

Prior to trial, the defendant filed a motion to suppress evidence obtained as a result of the warrantless entry onto his property, claiming that, because he had posted "No Trespassing" signs near his driveway, the officers' entry onto the property without a warrant violated both the United States and Tennessee Constitutions.

The trial court denied the defendant's motion to suppress. The defendant then proceeded to trial and was convicted by a jury of resisting arrest, promoting the manufacture of methamphetamine, initiating the manufacture of methamphetamine, and two counts of possession of a firearm during the commission of a dangerous felony.

The Supreme Court granted the defendant's application for permission to appeal from the Court of Criminal Appeal's decision affirming the trial



*Tom Humphrey*

### ABOUT THIS BLOG

Former Knoxville News Sentinel capitol bureau chief Tom Humphrey writes about Tennessee politics, government, and legislative news.

### Subscribe by Email

Enter your email address to subscribe to this blog and receive notifications of new posts by email.

Email*

Subscribe

### Search

### Recent Posts

> In 6th Congressional District, Rose takes big money lead over Matheny with $250K loan and Haslam help

> Boyd camp fires back at Black: 'This is Tennessee, not DC'

> U.S. Senate panel

NO TRESPASSING SIGNS Used by Attorney Virginia Story to Assassinate my Character in Court: DESIGNED primarily by WIFE at WORK!

court judgments in order to consider the legality of the police officers' warrantless entry onto the defendant's property.

In the majority opinion authored by Chief Justice Jeffrey S. Bivins, the Court determined that the defendant "failed to demonstrate that he had a reasonable expectation that ordinary citizens would not occasionally enter his property by walking or driving up his driveway and approaching his front door to talk with him 'for all the many reasons that people knock on front doors.'" Therefore, the Court held, the police officers' warrantless entry did not violate the United States or Tennessee Constitutions.

Justice Sharon G. Lee dissented from the Court's decision. She concluded that the police had no right to ignore the multiple "No Trespassing" signs Mr. Christensen posted at the entrance to his driveway and enter the area around his home without first getting a warrant. As a result, the search of Mr. Christensen's home violated his rights under the United States and Tennessee Constitutions. Justice Lee wrote that citizens should not have to barricade their homes with a fence and a closed gate, perhaps even a locked gate, to protect their constitutional rights. In Justice Lee's view, the ability to prevent the public, including the police, from entering one's home and the land around it should be available to all citizens.

Note: The majority ruling is HERE. Justice Lee's dissenting opinion is HERE.



Home | Copyright/Reprint Policy | Press
Copyright © The Tennessee Journal 2017. All Rights Reserved. 1.800.727.5257

votes to confirm Overbey as U.S. attorney for East TN

> Attorneys General reach $120M settlement with General Motors

> TN unemployment rate falls to lowest level ever recorded (again)

**Archives**

> October 2017
> September 2017
> August 2017
> July 2017
> June 2017
> May 2017
> April 2017
> March 2017
> February 2017
> January 2'017
> December 2016
> November 2016
> October 2016

IN THE SUPREME COURT OF TENNESSEE
AT JACKSON
June 2, 2016 Session Heard at Nashville

## STATE OF TENNESSEE v. JAMES ROBERT CHRISTENSEN, JR.

**Appeal by Permission from the Court of Criminal Appeals
Circuit Court for Tipton County
No. 7799        Joseph H. Walker III, Judge**

---

**No. W2014-00931-SC-R11-CD – Filed April 7, 2017**

---

SHARON G. LEE, J., dissenting.

The maxim, "every man's house is his castle," is deeply rooted in our jurisprudence. *Weeks v. United States*, 232 U.S. 383, 390 (1914). It applies whether the house is a castle or a cottage—a mansion or a mobile home.[1] The right to retreat into the privacy of one's home and be free from governmental intrusion is a basic tenet of the Fourth Amendment to the United States Constitution and Article I, section 7 of the Tennessee Constitution. Our homes and adjoining land are protected spaces; governmental officers must have a warrant, absent special circumstances, to intrude onto this private area.

Today, the Court holds that the posting of multiple "No Trespassing" signs is not enough to protect our constitutional rights against a warrantless search and that it may take "a fence and a closed gate that physically block access to the front door of a house" to revoke the implied license to enter the land around a residence.

I disagree that we must barricade our homes with a fence and a closed gate, and perhaps even a locked gate, to protect our constitutional rights against warrantless searches. This option is rarely convenient, affordable, practical, or even possible. Revocation of implied consent to enter one's property should be available to all—not just to those citizens who can afford to erect a fence and a gate and live in an area where this form of barricade is possible.

---

[1] "The poorest man may in his cottage bid defiance to all the forces of the Crown. It may be frail; its roof may shake; the wind may blow through it; the storm may enter; the rain may enter; but the King of England cannot enter—all his force dares not cross the threshold of the ruined tenement!" *Miller v. United States*, 357 U.S. 301, 307 (1958) (quoting remarks of William Pitt, Earl of Chatham, during 1763 debate in Parliament) (internal quotation marks omitted).

A search occurs when the government obtains information through an actual physical intrusion into a constitutionally protected area[2] or by violating a person's reasonable expectation of privacy.[3] By ignoring the "No Trespassing" signs, the officers physically intruded into Mr. Christensen's constitutionally protected area and violated his reasonable expectation of privacy.

### *Physical Intrusion*

A person's right to retreat into his home and be free from unreasonable government searches and seizures stands at the very core of the Fourth Amendment's protections.[4] "This right would be of little practical value if the State's agents could stand in a home's porch or side garden and trawl for evidence with impunity . . . ." *Jardines*, 133 S. Ct. at 1414. The protections of the Fourth Amendment extend to the curtilage of a home. *Id.* (quoting *Oliver v. United States*, 466 U.S. 170, 180 (1984)).

Visitors have an implied license to enter another person's property and step onto the front porch. The Supreme Court has held that "'the knocker on the front door is treated as an invitation or license to attempt an entry, justifying ingress to the home by solicitors, hawkers and peddlers of all kinds.'" *Id.* at 1415 (quoting *Breard v. Alexandria*, 341 U.S. 622, 626 (1951)).[5] This license also extends to law enforcement. *Id.* at 1416 ("[A] police officer not armed with a warrant may approach a home and knock, precisely because that is 'no more than any private citizen might do.'" (quoting *King*, 563 U.S. at 469)).

A citizen may revoke the public's implied license to enter his property. Police officers may lawfully "knock and talk" at a citizen's front door without having probable cause or reasonable suspicion, but *not* when the citizen has expressly revoked the implied

---

[2] *Florida v. Jardines*, 133 S. Ct. 1409, 1414 (2013) (quoting *United States v. Jones*, 565 U.S. 400, 406 n.3 (2012)).

[3] *Katz v. United States*, 389 U.S. 347, 360 (1967) (Harlan, J., concurring); *see also Jardines*, 133 S. Ct. at 1417.

[4] *Silverman v. United States*, 365 U.S. 505, 511 (1961); *see also Kentucky v. King*, 563 U.S. 452, 474 (2011) (Ginsburg, J., dissenting) ("In no quarter does the Fourth Amendment apply with greater force than in our homes . . . .").

[5] *See also State v. Cothran*, 115 S.W.3d 513, 522 (Tenn. Crim. App. 2003) ("A sidewalk or pathway leading from a public street to the front door of a residence represents an 'implied invitation' to the public to use the pathway in pursuing legitimate business or social interests with those inside the residence." (quoting *State v. Harris*, 919 S.W.2d 619, 623 (Tenn. Crim. App. 1995))).

-2-

NO TRESPASSING SIGNS Used by Attorney Virginia Story to Assassinate my Character in Court: DESIGNED primarily by WIFE at WORK!

license to enter. *State v. Blackwell*, No. E2009-00043-CCA-R3-CD, 2010 WL 454864, at *7 (Tenn. Crim. App. Feb. 10, 2010).[6]

Mr. Christensen sufficiently revoked the public's implied license to enter his property by posting multiple "No Trespassing" and "Private Property" signs near the entrance to his driveway. A person need not have a law degree or an understanding of the various legal nuances of "trespass" discussed by the Court to know that these signs meant visitors were not welcome. Ms. Tammy Atkins, who visited homes in the area to share her faith, understood the meaning of the signs. She testified there were several "No Trespassing" signs near Mr. Christensen's driveway, and she did not go to houses that had "No Trespassing" signs.

Courts across the country have taken different approaches when determining whether an individual has revoked the public's implied license for entry onto his property. In Tennessee, the Court of Criminal Appeals has held that "No Trespassing" signs, even without physical barriers such as fences and gates, are sufficient to revoke the public's implied license to enter. *Blackwell*, 2010 WL 454864, at *7 (acknowledging that a "knock and talk" is generally a lawful technique absent express orders against trespass, but the presence of a "No Trespassing" sign evidences a subjective expectation of privacy and a revocation of the implied license to enter the property); *State v. Draper*, No. E2011-01047-CCA-R3-CD, 2012 WL 1895869, at *1, *6 (Tenn. Crim. App. May 24, 2012) (quoting *Blackwell*, 2010 WL 454864, at *7) (ruling a search was illegal where an officer bypassed the front door, entered the backyard, and knew that the owner had posted "No Trespassing" signs, which effectively revoked the implied invitation of the front door); *see also State v. Henry*, No. W2005-02890-CCA-R3-CD, 2007 WL 1094146, at *5 (Tenn. Crim. App. Apr. 11, 2007) (holding a "knock and talk" permissible but noting that if there had been evidence that "No Trespassing" signs were present at the time of the search, the "knock and talk" would have been unacceptable).

---

[6] *See also United States v. Taylor*, 458 F.3d 1201, 1204 (11th Cir. 2006) ("'Absent express orders from the person in possession,' an officer may 'walk up the steps and knock on the front door of any man's "castle," with the honest intent of asking questions of the occupant thereof.'" (quoting *Davis v. United States*, 327 F.2d 301, 303 (9th Cir. 1964))); *United States v. Cormier*, 220 F.3d 1103, 1109 (9th Cir. 2000) (quoting *Davis*, 327 F.2d at 303); *United States v. Taylor*, 90 F.3d 903, 909 (4th Cir. 1996) (quoting *United States v. Hersh*, 464 F.2d 228, 230 (9th Cir. 1972)); *United States v. Holmes*, 143 F. Supp. 3d 1252, 1259 (M.D. Fla. 2015) (holding that a person may revoke the implied license but must do so expressly (quoting *Taylor*, 458 F.3d at 1204)); *State v. Grice*, 767 S.E.2d 312, 319 (N.C. 2015) (finding that the implied license to approach the front doors of homes may be limited or rescinded by clear demonstrations by the homeowners (citing *Jardines*, 133 S. Ct. at 1415–16)), *cert. denied*, 135 S. Ct. 2846 (2015).

-3-

NO TRESPASSING SIGNS Used by Attorney Virginia Story to Assassinate my Character in Court: DESIGNED primarily by WIFE at WORK!

These Tennessee cases are consistent with decisions from other jurisdictions that have also determined that "No Trespassing" signs, without physical barriers, are sufficient for a person to preserve his privacy and revoke the implied license to enter his property. *See Powell v. State*, 120 So. 3d 577, 584 (Fla. Dist. Ct. App. 2013), *on reh'g* (Aug. 1, 2013) (stating that homeowners who post "No Trespassing" or "No Soliciting" signs effectively negate the license to enter the property and conduct a "knock and talk"); *State v. Roubique*, 421 So. 2d 859, 861–62 (La. 1982) (finding a "Private Road, No Trespassing" sign at the entrance to the driveway was ample evidence of the resident's intent to preserve his privacy); *see also State v. Poulos*, 942 P.2d 901, 904 (Or. Ct. App. 1997) (indicating that "No Hunting or Trespassing Under Penalty of Law," "KEEP OUT," "Guard Dog on Duty," and "STOP" signs posted along the driveway were sufficient to communicate the property owner's intent to exclude the public even without a gate or barrier).[7]

In other jurisdictions, courts have held that the expectation of privacy and desire to restrict entry can be effectuated by either physical barriers *or* appropriate signage. *See People v. Scott*, 593 N.E.2d 1328, 1338 (N.Y. 1992) (holding that "where landowners fence or post 'No Trespassing' signs on their private property or, by some other means, indicate unmistakably that entry is not permitted, the expectation that their privacy rights will be respected and that they will be free from unwanted intrusions is reasonable"), *quoted in State v. Bullock*, 901 P.2d 61, 74 (Mont. 1995); *Dixson*, 766 P.2d at 1024 (stating that signs, such as "No Trespassing" signs, fences, or other similar measures indicate the property owner's intent to protect privacy and exclude the public); *Cooksey v. State*, 350 S.W.3d 177, 184 (Tex. Ct. App. 2011) (stating that a homeowner may manifest an expectation of privacy, restrict access to pathways leading to the house, and revoke the implied license by erecting a locked gate or by posting "No Trespassing" signs); *see also State v. Hubbel*, 951 P.2d 971, 977 (Mont. 1997) (holding that the property owner had no reasonable expectation of privacy in the property leading to the front door where the property owner did not erect a fence, place a gate, plant shrubs or

---

[7] Under this approach, signs may be sufficient to revoke the implied license, but they must be appropriately worded and placed. *See Holmes*, 143 F. Supp. 3d at 1262 (noting that other courts have required that the revocation of the implied license be accomplished by clear demonstrations that are unambiguous and obvious to the casual visitor); *State v. Kapelle*, 344 P.3d 901, 905 (Idaho Ct. App. 2014) (noting that where a "No Trespassing" sign is ambiguous and not clearly posted, the implied license is not revoked); *State v. Howard*, 315 P.3d 854, 860 (Idaho Ct. App. 2013) (finding that the implied license had not been revoked because the "No Trespassing" sign was very small and not easily noticed, was not posted over or next to the entrance to the curtilage, and was over a mile from the actual residence); *State v. Dixson*, 766 P.2d 1015, 1024 (Or. 1988) (en banc) (finding that "No Hunting" signs were insufficient to communicate to law enforcement an intent to exclude non-hunting access).

NO TRESPASSING SIGNS Used by Attorney Virginia Story to Assassinate my Character in Court: DESIGNED primarily by WIFE at WORK!

bushes, or post "No Trespassing" or other signs), *as modified on denial of reh'g* (Feb. 3, 1998).

Another approach taken by courts in other jurisdictions is to determine whether the public's implied license to enter has been revoked by considering the totality of the circumstances, with a "No Trespassing" or similar signage a factor to be considered. *See Powell*, 120 So. 3d at 584 (finding that the existence and extent of a license to conduct a "knock and talk" depends on the circumstances); *Jones v. State*, 943 A.2d 1, 12 (Md. Ct. Spec. App. 2008) (finding that "No Trespassing" signs may be considered as part of the totality of the circumstances); *State v. Kuchera*, Nos. 27375-6-II, 27376-4-II, 2002 WL 31439839, at *5 (Wash. Ct. App. Nov. 1, 2002) (holding that the presence of "No Trespassing" signs "is not dispositive of the establishment of privacy, but is a factor to be considered 'in conjunction with other manifestations of privacy'" (quoting *State v. Johnson*, 879 P.2d 984, 992 (Wash. Ct. App. 1994))).

Under any of these approaches and particularly under existing Tennessee law, Mr. Christensen revoked the public's implied license to enter his property. Near the entrance to his driveway, he posted two signs that said "PRIVATE PROPERTY, NO TRESPASSING" and one sign that said "NO TRESPASSING, HUNTING OR FISHING, VIOLATORS PROSECUTED, UNDER PENALTY OF LAW" and listed his phone number. These signs were clearly visible to anyone approaching his driveway from the main road. Even in the absence of a fence or other physical barrier, the signs effectively communicated Mr. Christensen's intent to protect his privacy and exclude others from approaching his home. As the Idaho Supreme Court has said, "[C]itizens, especially those in rural areas, should not have to convert the areas around their homes into the modern equivalent of a medieval fortress in order to prevent uninvited entry by the public, including police officers." *State v. Christensen*, 953 P.2d 583, 587 (Idaho 1998).

The Court appears to adopt the totality of the circumstances approach but then determines that an objectively reasonable person faced with a "No Trespassing" sign would not conclude that entry is barred. I disagree. Common sense tells us that "No Trespassing" signs, depending on the circumstances, can communicate the property owner's desire not to have members of the public on his land.[8] Moreover, a "No

---

[8] *Cf. Madruga v. County of Riverside*, 431 F. Supp. 2d 1049, 1061 (C.D. Cal. 2005) (noting that even if signs do not contain the words "No Trespassing" or "Keep Away" "[c]ommon sense and common experiences teaches us that such 'WARNING Guard Dog' signs are placed to dissuade people, be they intruders, sales representatives, delivery agents, or even police officers, from approaching the home. . . . [A]nyone seeing such a sign would understand that the homeowner seeks to exclude them from entering the area beyond the sign.").

-5-

Trespassing" sign should be of particular significance to law enforcement officers in
communicating that they may need to obtain a warrant before entering the property.

"No Trespassing" signs factor into criminal trespass cases. In Tennessee, it is a
crime to enter or remain on property without the owner's consent. Tenn. Code Ann.
§ 39-14-405(a). A defense to this crime is that the alleged trespasser reasonably believed
that he had the owner's consent to enter the property. *Id.* § 39-14-405(b)(1). However,
this defense is not available if the property owner has posted signs "visible at all major
points of ingress to the property . . . and the signs are reasonably likely to come to the
attention of a person entering the property." *Id.* § 39-14-405(c).

Mr. Christensen did not just post one "No Trespassing" sign—he posted multiple
signs near the entrance to his property that were clear, unambiguous, and obvious to
anyone approaching his driveway. These signs adequately communicated Mr.
Christensen's intent to revoke the implied license to enter his property. Under the facts of
this case, law enforcement officers should have heeded the signs and taken the
appropriate steps to obtain a search warrant.

### Expectation of Privacy

Without a physical intrusion, a search can occur when the government violates a
subjective expectation of privacy that society is prepared to recognize as reasonable.
*Katz*, 389 U.S. at 361 (Harlan, J., concurring).[9] To determine whether a search has
occurred under the *Katz* analysis, courts consider whether the individual had an actual,
subjective expectation of privacy and whether society will view the individual's
subjective expectation of privacy as reasonable and justifiable under the circumstances.
*State v. Talley*, 307 S.W.3d 723, 730 (Tenn. 2010) (quoting *State v. Munn*, 56 S.W.3d
486, 494 (Tenn. 2001)).

In deciding whether Mr. Christensen had an actual, subjective expectation of
privacy, we apply a multi-factor test that inquires into whether the defendant owns the
property seized; has a possessory interest in the thing seized and the place searched; has
the right to exclude others from that place; has shown a subjective expectation that the

---

[9] *See also Jardines*, 133 S. Ct. at 1417 ("The *Katz* reasonable-expectations test 'has been *added
to*, not *substituted for*,' the traditional property-based understanding of the Fourth Amendment, and so is
unnecessary to consider when the government gains evidence by physically intruding on constitutionally
protected areas."); *Jones*, 565 U.S. at 407 ("*Katz* did not erode the principle 'that, when the Government
*does* engage in physical intrusion of a constitutionally protected area in order to obtain information, that
intrusion may constitute a violation of the Fourth Amendment.'" (quoting *United States v. Knotts*, 460
U.S. 276, 286 (1983) (Brennan, J., concurring))).

place would remain free from governmental invasion; took normal precautions to maintain his privacy; and was legitimately on the premises. *State v. Ross*, 49 S.W.3d 833, 841 (Tenn. 2001) (quoting *United States v. Haydel*, 649 F.2d 1152, 1154–55 (5th Cir. 1981)); *see also Talley*, 307 S.W.3d at 730–31.

Under this test, Mr. Christensen had an actual, subjective expectation of privacy in his property. He owned the property, had a possessory interest in the place searched, had the right to exclude others from the property, showed a legitimate interest in keeping others off his property, took precautions to maintain his privacy by posting multiple "No Trespassing" signs, and was legitimately on the premises.

To determine whether society views Mr. Christensen's subjective expectation of privacy as reasonable and justifiable, we consider factors such as the "intention of the Framers of the Fourth Amendment, the uses to which the individual has put a location, and our societal understanding that certain areas deserve the most scrupulous protection from government invasion." *Oliver*, 466 U.S. at 177–78 (citations omitted).

Privacy expectations are heightened in the home and the adjacent area. *See Dow Chem. Co. v. United States*, 476 U.S. 227, 237 n.4 (1986). The Court in *Katz* held that "[w]hat a person knowingly exposes to the public, even in his own home or office, is not a subject of Fourth Amendment protection. But *what he seeks to preserve as private*, even in an area accessible to the public, *may be constitutionally protected*." *Katz*, 389 U.S. at 351 (emphases added) (citations omitted).

Mr. Christensen did not expose his home and the adjoining property to the public; instead, he tried to protect his property by posting multiple signs clearly communicating that visitors were not welcome. If multiple "No Trespassing" signs are not sufficient to convey a property owner's intent to exclude the public from his property, then the constitutional protections against unreasonable searches may be beyond the grasp of ordinary citizens for whom the posting of "No Trespassing" signs is the only feasible option.

Mr. Christensen's expectation of privacy by the posting of multiple "No Trespassing" signs was reasonable and justifiable under the circumstances. Police officers violated Mr. Christensen's reasonable expectation of privacy when they entered his land without a warrant despite the "No Trespassing" signs.

### *Conclusion*

For the reasons stated, law enforcement officers conducted an illegal search of Mr. Christensen's property, and the evidence obtained from the search should be suppressed.

-7-

NO TRESPASSING SIGNS Used by Attorney Virginia Story to Assassinate my Character in Court: DESIGNED primarily by WIFE at WORK!

NO TRESPASSING SIGNS Used by Attorney Virginia Story to Assassinate my Character in Court: DESIGNED primarily by WIFE at WORK!

The Court's decision that multiple "No Trespassing" signs are not sufficient to revoke the implied license for entry denies ordinary citizens the protections of the United States and the Tennessee Constitutions against warrantless searches. The result is that only citizens wealthy enough and situated in an area where they can "convert the areas around their homes into the modern equivalent of a medieval fortress," *Christensen*, 953 P.2d at 587, may protect themselves from governmental intrusion and invasion of privacy.

SHARON G. LEE, JUSTICE

# ATTACHMENT 4 - FORM MOTION FOR EXTENSION

**IN THE** ____**COURT OF APPEALS**____ **COURT FOR THE STATE OF TENNESSEE**

[Insert which appellate court]

____**MIDDLE DIVISION**____ **SECTION AT NASHVILLE**

[Insert which Grand Division] [Insert which city]

JEFFREY RYAN FENTON,
[Insert Name of Party]

Plaintiff/ ___A p p llant___ ,
[Insert Appellant or Appellee]

Appeal No. _M2019-02059-COA-R3-CV_

_____
[Insert Appeal No.]

v.

FAWN████████FENTON,
[Insert Name of Party]

Defendant/_____Appellee_____,
[Insert Appellant or Appellee]

)
)
)
)
)
)
)
)
)
)
)
)

**FILED**

SEP 11 2020

Clerk of the Appellate Courts
Rec'd By _____

## Motion for Extension of Time for Filing Brief

____Appell.ant____ requests _122_ days extension of time within which to file a
[Insert Appellant/Appellee]

brief from the original due date of _7/15/2020_, in this case.

This is Movant's: ___ 1st : _X_ 2nd : ___ (Other) request for extension in this case.

Opposing Counsel:
[check one]

___ **Does Not** object to this motion.

___ **Objects**

___ **Called, unable to reach and left message**

## Reason (Good Cause) for Extension:

I have and continue to exert my honestly most vigorous efforts to be heard by this Court, despite the enormous challenges which it presents me. As with most things in my life, due to my disabilities, I have significantly underestimated the amount of TIME and work which each communication with the Court has and will likely take me.

For the past month, I have steadfastly worked upon writing only FOUR MOTIONS (alternately), ONE Motion to Supplement the Record, and ONE Motion to Correct the Record. Repeatedly, day after day, with each document becoming 20 - 40 pages long every time, while yet remaining unfinished! My goal is to explain briefly (1) why the content wasn't originally included or needs to be corrected, in the Record (2) explain the relevance and importance of the content, (3) and why

the content is "necessary to convey a fair, accurate and complete account of what transpired in the trial court with respect to those issues that are the bases of (my) appeal." In accordance with T.R.A.P. RULE 24(g).

I try DAY AFTER DAY, to start with a blank document, to keep this down to a few pages, but I just cannot do it. I have so much pent-up emotion about how unfairly I believe that I was treated. No matter how many times I re-write this, without professional legal help, I simply have no idea how much "justification" is required, to substantiate my requests. Meanwhile, I'm seriously behind schedule, feeling the urgency and pressure of the upcoming deadlines.

I've been working on this for over 30 hours straight right now, in hopes of getting something of meaning into the court before the weekend, where if I can't confirm an extension first, I'll need to stay awake for most of the weekend, drafting the brief however I can figure to cite it, adding in the necessary content to have any chance at a fair trial, as almost all of Ms. Story's NARRATIVE was falsely presented from the start, I believe to assassinate my character in the eyes of the court, before I ever even entered a court room.

If your Honor would PLEASE simply LISTEN to the attached AUDIO from my 8/29/2019 court hearing (M2019-02059 Transcript of Evidence-2b (audio).mp3) with Chancellor Michael W. Binkley and Ms. Virginia Lee Story, while "FACT CHECKING" what they BOTH SAID, with the "2019-08-29 FACT CHECKING PROOF OF FALSE TESTIMONY IN WILLIAMSON CHANCERY TO HUSBANDS TREMENDOUSLY UNFAIR LOSS (compare with audio).pdf" attached, I'm hopeful that it will be clear that I did NOT receive a FAIR and UNBIASED TRIAL!

If you can derive that, then PLEASE provide me with an extension ALONG with COUNSEL so that I will have SOME OPPORTUNITY to obtain some realistic CURE from the parties involved. My ex-wife is destroyed right now, financially, emotionally, bankrupt, unemployed, depressed, hopeless, I fear for her safety from herself, having been suicidal after her previous divorce. I wish NOT to harm her in any way! I further wish to PROTECT her from Ms. Story throwing my ex-wife "under the bus", when the TRUTH comes out about Ms. Story's FALSE testimony in my case.

I try every day, but it is one thing to need to refute a few false claims, while I am up against an entire SYSTEM maliciously twisted by Virginia Lee Story to cause me as MUCH HARM AS IS IMAGINABLY POSSIBLE!

I can keep writing franticly every day... trying to send in more EVIDENCE... I literally have probably a THOUSAND pages... recorded phone calls, all SORTS.. but I am so OVERWHELMED! I can't realistically REACH A CURE without SOME LEGAL HELP, which I believe that the extreme nature of the situation, and the tremendous loss which I suffered, I don't see ANY way for me to prevail against the "bad actors" in my forced sale/default op/default divorce, without some substantial legal HELP!

Even if I do all the FOOT WORK, and I just am awarded TIME and SOMEONE whom I can consistently counsel with over the phone, who can tell me HOW to seek awards against all the parties involved. That would be tremendously helpful!

PLEASE ADD the attached TRANSCRIPTS, both audio and print, from the 2019-08-29 Hearing, as "TRANSCRIPTS OF EVIDENCE" for my Record!

Please also add to my Record the "2019-08-29 FACT CHECKING PROOF OF FALSE TESTIMONY IN WILLIAMSON CHANCERY TO HUSBANDS TREMENDOUSLY UNFAIR

LOSS (compare with audio).pdf", as I believe that is a quick and easy "FACT CHECKER", without which, it sounds like the NARRATIVE in court might actually be ACCURATE, however I don't believe that it is!

Please also add to my Record the "FAWNS NOT A VICTIM.pdf" It merely helps CLEARLY EXPOSE the fact that my OP was never NEEDED to protect my ex-wife! Ms. Fenton is a FIREARMS EXPERT, all the GUNS in the photos are HERS, the 5,000 rounds of ammo are all HERS, the 2 assault rifles are HERS, the photos in the Nevada Desert shooting are of HER! This OP was merely a tactic to TRAP ME while they pounced on me! Even if that hasn't been proven to your satisfaction, please attach this to my Record, that I may better argue this later in my brief.

I don't understand how to fill in the number of days which I'm requesting an additional extension for, since it refers back to the original date. My intent herein, is to REQUEST 60-DAYS MORE PLEASE!

Please don't add my two "UNFINISHED DRAFTS" yet, I plan to finish those first. I just wanted to exhibit that I am TRYING, and they are both factual to my knowledge, just not finished and "polished" yet.

Thank you for any HELP which you can provide!

Jeffrey Ryan Fenton

**Declaration**

I, __JEFFREY RYAN FENTON__, declare under penalty of perjury that the foregoing is true
[Insert Appellant/Appellee or counsel]
and correct to the best of my knowledge.

[Signature of Appellant/Appellee or counsel]

__JEFFREY RYAN FENTON (pro se)__
[Print Name of Appellant/Appellee or counsel]

# IN THE COURT OF APPEALS OF TENNESSEE
## AT NASHVILLE

**FAWN ███████ FENTON v. JEFFREY RYAN FENTON**

**Chancery Court for Williamson County
No. 48419B**

---

**No. M2019-02059-COA-R3-CV**

---

### ORDER

The appellant has moved for an additional sixty day extension of time within which to file his brief. We find good cause to grant the appellant an additional thirty days.

The appellant also requests appointment of counsel. With the exception of a few specific types of proceedings, primarily those involving the termination of parental rights, there is no absolute right to counsel in a civil case. *Bell v. Todd* 206 S.W.3d 86, 92 (Tenn. Ct. App. 2005); *Memphis Bd. of Realtors v. Cohen*, 786 S.W.2d 951, 953 (Tenn. Ct. App. 1989). Unlike indigent defendants in criminal cases, indigent civil litigants have neither the constitutional nor the statutory right to appointed counsel. *Hessmer v. Miranda*, 138 S.W.3d 241, 245 (Tenn. Ct. App. 2003). Thus, we deny the request for appointment of counsel.

It is, therefore, ordered that the time for filing the appellant's brief is extended through October 15, 2020. No further extensions will be granted absent a showing of exigent circumstances. The request for appointment of counsel is denied.

PER CURIAM

*No one shall be subjected to torture or to cruel, inhuman or degrading treatment or punishment.*

UNIVERSAL DECLARATION OF HUMAN RIGHTS (1948, art. 5)
INTERNATIONAL COVENANT ON CIVIL AND POLITICAL RIGHTS (1976, art. 7)

*[T]he term "torture" means any act by which severe pain or suffering, whether physical or mental, is intentionally inflicted on a person for such purposes as obtaining from him or a third person information or a confession, punishing him for an act he or a third person has committed or is suspected of having committed, or intimidating or coercing him or a third person, or for any reason based on discrimination of any kind, when such pain or suffering is inflicted by or at the instigation of or with the consent or acquiescence of a public official or other person acting in an official capacity. It does not include pain or suffering arising only from, inherent in or incidental to lawful sanctions.*

CONVENTION AGAINST TORTURE AND OTHER CRUEL, INHUMAN OR DEGRADING TREATMENT OR PUNISHMENT (1984, art. 1, para.1)

🔒 Petition Closed



# STOP false allegations to get Order of Protections in Tennessee & hold false accusers accountable!

This petition had 1,837 supporters

 **B K started this petition to Senator Bob Corker and 5 others**

I hope of bringing to your attention a dire misjustice that is occurring in our state as well as many others across the US. Laws enacted to protect the victims of the vile crime of domestic violence are being misused by both citizens as well as law enforcement, and in this process innocent men & women's lives are being destroyed. In Tennessee, the burden of proof is being thrown out and the simple word of the accuser is being taken without question, **without the accused even being allowed to speak**. True victims of domestic violence find this to be deplorable. Not only can a woman or man falsely accuse a person of domestic violence without fear of consequence, but the accused person has no voice against the accuser. The accuser can be a mentally disturbed individual using such laws to enact her/his revenge against a man or woman who simply does not want to be in a relationship anymore, and the *accuser's word is automatically taken, even when no evidence is in place*. The man or woman in such cases is automatically arrested, forced to leave their own home, injunctions are automatically set in place, and even if he

or she is able to prove their innocence in court they have lost months of their life due to the fact that the accuser cried wolf. Worse yet are the cases of these innocent people who are poor and have no means to hire private attorneys. Their public defenders assume they are guilty and therefore do only the bare necessities to be their legal voice.We are *not in any way asking for a revocation of the laws that protect true victims of domestic violence.* Our wish is that these laws be revisited and indications made to to allow for criminal and civil prosecution when someone, whether male or female, has misused these laws in a vindictive and cunning way. We also would ask that law enforcement officers, public attorneys, and judges be forced to recognize the precept that the accused is innocent until proven guilty.

### *IT'S TIME FOR THIS TO STOP AND MAKE THE FALSE ACCUSERS PAY FOR THEIR ACTIONS!*

## Reasons for signing



**Renee Roekl** · 7 years ago

I'm appalled at how easy they make these things to get. False accusers need to punished severely.

♡ 241 · Report



**Anonymous Friend** · 7 years ago

I've known Betty, the woman who started this petition, for at least 18 years. We use to work together and even though we don't talk as often as we should we've remained friends through the years. I want everyone to know she has always been a sweet and very kind person. She especially has a soft spot for animals. In all the years I've known her she's been a business owner and hard worker. When she owned The Dam Store and the little market on the Parkway she was always helping people out in the community, including my family. I feel blessed to know Betty, as do many others I've talked to. I also remember her telling me years ago, how she would love to leave Ned and live by herself with her birds. I also know Ned. I work for Sevier County and she told me what was going on the day before all this nonsense happened. When she told me about what was going on I was blown away. Goes to show, no matter how long your married or live with someone, you don't ever really know them. Mr. Crowder and others at the jail knew this

was nonsense but said Ned was very convincing when he swore his statement to the judge and that's why this temporary order was granted. She was at the jail the day before to tell them Ned was getting ready to file an order of protection or restraining order on her. She was asked if she wanted to see the judge and swear out an order against Ned. Against her better judgement she didn't file one first. She told me at the time she felt she had no reason to and didn't want to "just file a report" for nothing.

I agree whole heartedly that men and women filing false statements to get these order of protections need to be prosecuted. I'm all for making the first example out of Ned Lines. He weighs 200+ pounds Betty is a petite 110 pounds, I ask you who's going to cause who "bodily harm".

♡ 199 · Report

---

© 2021, Change.org, PBC Certified B Corporation
This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.



**Decision makers**                                                ✕

**Bob Corker**
Senator

**Dale Carr**
State Representative

**Bill Lee**
Governor

**Doug Overbey**
State Senator

**James Dunn**
District Attorney General

**Robert E. Cooper Jr**
Attorney General

# Tenn. Code § 39-16-403

Section 39-16-403 - Official oppression

**(a)** A public servant acting under color of office or employment commits an offense who:
**(1)** Intentionally subjects another to mistreatment or to arrest, detention, stop, frisk, halt, search, seizure, dispossession, assessment or lien when the public servant knows the conduct is unlawful; or

**(2)** Intentionally denies or impedes another in the exercise or enjoyment of any right, privilege, power or immunity, when the public servant knows the conduct is unlawful.

**(b)** For purposes of this section, a public servant acts under color of office or employment if the public servant acts, or purports to act, in an official capacity or takes advantage of the actual or purported capacity.
**(c)** An offense under this section is a Class E felony.
**(d)** Charges for official oppression may be brought only by indictment, presentment or criminal information; provided, that nothing in this section shall deny a person from pursuing other criminal charges by affidavit of complaint.

*T.C.A. § 39-16-403*

Acts 1989, ch. 591, § 1; 1990, ch. 980, § 11.

 casetext

# 18 U.S.C. § 1951

### Section 1951 - Interference with commerce by threats or violence

**(a)** Whoever in any way or degree obstructs, delays, or affects commerce or the movement of any article or commodity in commerce, by robbery or extortion or attempts or conspires so to do, or commits or threatens physical violence to any person or property in furtherance of a plan or purpose to do anything in violation of this section shall be fined under this title or imprisoned not more than twenty years, or both.

**(b)** As used in this section-

**(1)** The term "robbery" means the unlawful taking or obtaining of personal property from the person or in the presence of another, against his will, by means of actual or threatened force, or violence, or fear of injury, immediate or future, to his person or property, or property in his custody or possession, or the person or property of a relative or member of his family or of anyone in his company at the time of the taking or obtaining.

**(2)** The term "extortion" means the obtaining of property from another, with his consent, induced by wrongful use of actual or threatened force, violence, or fear, or under color of official right.

**(3)** The term "commerce" means commerce within the District of Columbia, or any Territory or Possession of the United States; all commerce between any point in a State, Territory, Possession, or the District of Columbia and any point outside thereof; all commerce between points within the same State through any place outside such State; and all other commerce over which the United States has jurisdiction.

**(c)** This section shall not be construed to repeal, modify or affect section 17 of Title 15, sections 52, 101-115, 151-166 of Title 29 or sections 151-188 of Title 45.

*18 U.S.C. § 1951*

June 25, 1948, ch. 645, 62 Stat. 793; Pub. L. 103-322, title XXXIII, §330016(1)(L), Sept. 13, 1994, 108 Stat. 2147.

*HISTORICAL AND REVISION NOTESBased on title 18, U.S.C., 1940 ed., §§420a-420e-1 (June 18, 1934, ch. 569, §§1-6, 48 Stat. 979, 980; July 3, 1946, ch. 537, 60 Stat. 420).Section consolidates sections 420a to 420e-1 of Title 18, U.S.C., 1940 ed., with changes in phraseology and arrangement necessary to effect consolidation.Provisions designating offense as felony were omitted as unnecessary in view of definitive section 1 of this title. (See reviser's note under section 550 of this title.) Subsection (c) of the revised section is derived from title II of the 1946 amendment. It substitutes references to specific sections of the United States Code, 1940 ed., in place of references to numerous acts of Congress, in conformity to the style of the revision bill. Subsection (c) as rephrased will preclude any construction of implied repeal of the specified acts of Congress codified in the sections enumerated.The words "attempts or conspires so to do" were substituted for sections 3 and 4 of the 1946 act, omitting as unnecessary the words "participates in an attempt" and the words "or acts in concert with another or with others", in view of section 2 of this title which makes any person who participates in an unlawful*


AMENDMENTS

2008—Subsecs. (e) to (h). Pub. L. 110–325 added subsecs. (e) to (h).

EFFECTIVE DATE OF 2008 AMENDMENT

Amendment by Pub. L. 110–325 effective Jan. 1, 2009, see section 8 of Pub. L. 110–325, set out as a note under section 705 of Title 29, Labor.

## § 12202. State immunity

A State shall not be immune under the eleventh amendment to the Constitution of the United States from an action in[1] Federal or State court of competent jurisdiction for a violation of this chapter. In any action against a State for a violation of the requirements of this chapter, remedies (including remedies both at law and in equity) are available for such a violation to the same extent as such remedies are available for such a violation in an action against any public or private entity other than a State.

(Pub. L. 101–336, title V, § 502, July 26, 1990, 104 Stat. 370.)

REFERENCES IN TEXT

This chapter, referred to in text, was in the original "this Act", meaning Pub. L. 101–336, July 26, 1990, 104 Stat. 327, which is classified principally to this chapter. For complete classification of this Act to the Code, see Short Title note set out under section 12101 of this title and Tables.

## § 12203. Prohibition against retaliation and coercion

### (a) Retaliation

No person shall discriminate against any individual because such individual has opposed any act or practice made unlawful by this chapter or because such individual made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under this chapter.

### (b) Interference, coercion, or intimidation

It shall be unlawful to coerce, intimidate, threaten, or interfere with any individual in the exercise or enjoyment of, or on account of his or her having exercised or enjoyed, or on account of his or her having aided or encouraged any other individual in the exercise or enjoyment of, any right granted or protected by this chapter.

### (c) Remedies and procedures

The remedies and procedures available under sections 12117, 12133, and 12188 of this title shall be available to aggrieved persons for violations of subsections (a) and (b), with respect to subchapter I, subchapter II and subchapter III, respectively.

(Pub. L. 101–336, title V, § 503, July 26, 1990, 104 Stat. 370.)

REFERENCES IN TEXT

This chapter, referred to in subsecs. (a) and (b), was in the original "this Act", meaning Pub. L. 101–336, July 26, 1990, 104 Stat. 327, which is classified principally to this chapter. For complete classification of this Act to the Code, see Short Title note set out under section 12101 of this title and Tables.

---

[1] So in original. Probably should be "in a".

CONSTITUTIONALITY

For constitutionality of section 503 of Pub. L. 101–336, see Congressional Research Service, The Constitution of the United States of America: Analysis and Interpretation, Appendix 1, Acts of Congress Held Unconstitutional in Whole or in Part by the Supreme Court of the United States.

## § 12204. Regulations by Architectural and Transportation Barriers Compliance Board

### (a) Issuance of guidelines

Not later than 9 months after July 26, 1990, the Architectural and Transportation Barriers Compliance Board shall issue minimum guidelines that shall supplement the existing Minimum Guidelines and Requirements for Accessible Design for purposes of subchapters II and III of this chapter.

### (b) Contents of guidelines

The supplemental guidelines issued under subsection (a) shall establish additional requirements, consistent with this chapter, to ensure that buildings, facilities, rail passenger cars, and vehicles are accessible, in terms of architecture and design, transportation, and communication, to individuals with disabilities.

### (c) Qualified historic properties

#### (1) In general

The supplemental guidelines issued under subsection (a) shall include procedures and requirements for alterations that will threaten or destroy the historic significance of qualified historic buildings and facilities as defined in 4.1.7(1)(a) of the Uniform Federal Accessibility Standards.

#### (2) Sites eligible for listing in National Register

With respect to alterations of buildings or facilities that are eligible for listing in the National Register of Historic Places under division A of subtitle III of title 54, the guidelines described in paragraph (1) shall, at a minimum, maintain the procedures and requirements established in 4.1.7(1) and (2) of the Uniform Federal Accessibility Standards.

#### (3) Other sites

With respect to alterations of buildings or facilities designated as historic under State or local law, the guidelines described in paragraph (1) shall establish procedures equivalent to those established by 4.1.7(1)(b) and (c) of the Uniform Federal Accessibility Standards, and shall require, at a minimum, compliance with the requirements established in 4.1.7(2) of such standards.

(Pub. L. 101–336, title V, § 504, July 26, 1990, 104 Stat. 370; Pub. L. 113–287, § 5(k)(5), Dec. 19, 2014, 128 Stat. 3270.)

REFERENCES IN TEXT

This chapter, referred to in subsecs. (a) and (b), was in the original "this Act", meaning Pub. L. 101–336, July 26, 1990, 104 Stat. 327, which is classified principally to this chapter. For complete classification of this Act to the Code, see Short Title note set out under section 12101 of this title and Tables.

AMENDMENTS

2014—Subsec. (c)(2). Pub. L. 113–287 substituted "division A of subtitle III of title 54" for "the National Historic Preservation Act (16 U.S.C. 470 et seq.)".