3

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| In re: | § | Case No. 3:19-BK-02693 |
|---|---|---|
| FAWN ███ FENTON | § § § § § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

John C. McLemore, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1,250.00 | Assets Exempt: | $11,000.00 |
| Total Distributions to Claimants: | $3,028.98 | Claims Discharged Without Payment: | $55,593.59 |
| Total Expenses of Administration: | $1,371.02 | ATTORNEY STORY: — (SEE PAGE-4) | $11,514.50 $44,079.09 |

3)   Total gross receipts of $4,400.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $4,400.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

Case 3:19-bk-02693   Doc 136   Filed 01/26/21   Entered 01/26/21 17:46:21   Desc Main
Document   Page 1 of 8

https://rico.jefffenton.com/evidence/2021-01-26_trustees-final-account-and-distribution-report.pdf   Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)
Case 3:24-cv-01282   Document 18-3   Filed 01/19/24   Page 2 of 9 PageID #: 2496

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $11,672.82 | $308,190.92 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,371.02 | $1,371.02 | $1,371.02 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $59,845.46 | $37,324.85 | $35,314.85 | $3,028.98 |
| **Total Disbursements** | $71,518.28 | $346,886.79 | $36,685.87 | $4,400.00 |

4). This case was originally filed under chapter 0 on 04/26/2019. The case was converted to one under Chapter 7 on 12/06/2019. The case was pending for 13 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/09/2021        By: /s/ John C. McLemore
                                                  Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)
Case 3:19-bk-02693  Doc 136  Filed 01/26/21  Entered 01/26/21 17:46:21  Desc Main Document  Page 2 of 8

https://rico.jefffenton.com/evidence/2021-01-26_trustees-final-account-and-distribution-report.pdf  Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)
Case 3:24-cv-01282  Document 18-3  Filed 01/19/24  Page 3 of 9 PageID #: 2497

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2017 Toyota Prius Mileage: 30,000 Other Information: VIN: ▮ | 1129-000 | $4,400.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,400.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | BancorpSouth Bank | 4110-000 | $0.00 | $54,863.54 | $0.00 | $0.00 |
| 7 | Toyota Motor Credit Corporation | 4210-000 | $11,672.82 | $12,600.00 | $0.00 | $0.00 |
| 8 | Specialized Loan Servicing LLC | 4110-000 | $0.00 | $240,727.38 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$11,672.82** | **$308,190.92** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| John C. McLemore, Trustee | 2100-000 | NA | $1,100.00 | $1,100.00 | $1,100.00 |
| John C. McLemore, Trustee | 2200-000 | NA | $83.69 | $83.69 | $83.69 |
| Pinnacle Bank | 2600-000 | NA | $6.33 | $6.33 | $6.33 |
| U.S. Bankruptcy Court Clerk | 2700-000 | NA | $181.00 | $181.00 | $181.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$1,371.02** | **$1,371.02** | **$1,371.02** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM | CLAIMANT | UNIFORM | CLAIMS | CLAIMS | CLAIMS | CLAIMS |
|---|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010)

| NUMBER | | TRAN. CODE | SCHEDULED | ASSERTED | ALLOWED | PAID |
|---|---|---|---|---|---|---|
| 1 | IRS Insolvency | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Ascend Federal Credit Union | 7100-000 | $12,900.65 | $12,900.65 | $12,900.65 | $1,106.50 |
| 3 | Ascend Federal Credit Union | 7100-000 | $4,212.89 | $5,000.00 | $2,990.00 | $256.45 |
| 4 | American Express National Bank | 7100-000 | $9,518.02 | $9,518.02 | $9,518.02 | $816.37 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | $9,906.18 | $9,906.18 | $9,906.18 | $849.66 |
| | BanCorp South | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Bank of America | 7100-000 | $11,793.22 | $0.00 | $0.00 | $0.00 |
| | Chase Card | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Specialized Loan Servicing, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Virginia Lee Story | 7100-000 | $11,514.50 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $59,845.46 | $37,324.85 | $35,314.85 | $3,028.98 |

UST Form 101-7-TDR (10/1/2010)
Case 3:19-bk-02693  Doc 136  Filed 01/26/21  Entered 01/26/21 17:46:21  Desc Main Document  Page 4 of 8

https://rico.jefffenton.com/evidence/2021-01-26_trustees-final-account-and-distribution-report.pdf  Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)
Case 3:24-cv-01282 — Document 18-3  Filed 01/19/24  Page 5 of 9 PageID #: 2499

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1      Exhibit 8

| Case No.: | 19-02693-CW3-7 | | | Trustee Name: | John C. McLemore |
| Case Name: | FENTON, FAWN | | | Date Filed (f) or Converted (c): | 12/06/2019 (c) |
| For the Period Ending: | 1/9/2021 | | | §341(a) Meeting Date: | 01/06/2020 |
| | | | | Claims Bar Date: | 05/04/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | 2017 Toyota Prius Mileage: 30,000 Other Information: VIN: | $14,500.00 | $6,188.16 | | $4,400.00 | FA |
| 2 | Sofa, Rugs, End Table, Coffee Table, Bedroom Suite, Bookshelves, Gun Safe, Table & Chairs, Toaster, Pots & Pans, Misc. Household items | $1,420.00 | $0.00 | | $0.00 | FA |
| 3 | TV, Tablet | $575.00 | $0.00 | | $0.00 | FA |
| 4 | Breyer Horses | $450.00 | $0.00 | | $0.00 | FA |
| 5 | AR15, FN-FAL, Glock 23, Rugger SP101 | $2,750.00 | $50.00 | | $0.00 | FA |
| 6 | Clothing/Shoes/Purse | $500.00 | $0.00 | | $0.00 | FA |
| 7 | Wedding Ring $1500 and Costume jewelry | $1,200.00 | $300.00 | | $0.00 | FA |
| Asset Notes: | Jeweler said worth $300. Burdensome Asset. | | | | | |
| 8 | Dog, 2 Bunnies, Fish | $0.00 | $0.00 | | $0.00 | FA |
| 9 | Items in storage Books, Luggage, Pet Supplies, Christmas Decorations | $435.00 | $0.00 | | $0.00 | FA |
| 10 | 2 Aquarium located at | $425.00 | $0.00 | | $0.00 | FA |
| 11 | Cash | $200.00 | $0.00 | | $0.00 | FA |
| 12 | Checking First Farmers & Merchants | $1,349.36 | $0.00 | | $0.00 | FA |
| 13 | Checking Ascend Federal CU | $0.00 | $0.00 | | $0.00 | FA |
| 14 | Savings First Farmers & Merchants | $1,350.65 | $0.00 | | $0.00 | FA |
| 15 | Savings Ascend Federal CU | $272.60 | $0.00 | | $0.00 | FA |
| 16 | Checking MIT FCU (u) | $255.00 | $0.00 | | $0.00 | FA |
| 17 | Savings MIT FCU (u) | $200.55 | $0.00 | | $0.00 | FA |
| 18 | Cellphone, Laptop (u) | $550.00 | $0.00 | | $0.00 | FA |

TOTALS (Excluding unknown value)

| | | $26,433.16 | $6,538.16 | | $4,400.00 | Gross Value of Remaining Assets $0.00 |

Major Activities affecting case closing:
07/21/2020    Filed Amended Claims Recommendation.

https://rico.jefffenton.com/evidence/2021-01-26_trustees-final-account-and-distribution-report.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2  Exhibit 8

| Case No.: | 19-02693-CW3-7 | Trustee Name: | John C. McLemore |
|---|---|---|---|
| Case Name: | FENTON, FAWN | Date Filed (f) or Converted (c): | 12/06/2019 (c) |
| For the Period Ending: | 1/9/2021 | §341(a) Meeting Date: | 01/06/2020 |
| | | Claims Bar Date: | 05/04/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Date | Description |
|---|---|
| 07/07/2020 | PC with Virginia Story 615-790-1778 who represents the Debtor in her Williamson County Divorce (Judge Binkley) |
| 07/02/2020 | PC from Jeff Fenton?? Debtor's former husband talked with him for more than 30 minutes. |
| 05/27/2020 | Filed Mt to Allow/Disallow Claims. |
| 05/13/2020 | Email to Jodie Thresher re: claims. |
| 04/15/2020 | Fawn Fenton picked up her ring. |
| 04/01/2020 | Email to Jody Thresher and Mary Beth Ausbrooks about Debtor's ring |
| 03/19/2020 | Filed Report of Sale. |
| 03/19/2020 | Jeweler said diamond ring and wedding band was worth $300. Burdensome asset. Will return ring to Debtor. |
| 02/19/2020 | Gave diamond ring and wedding band to Bobby Colson who will get a valuation. |
| 02/10/2020 | Filed Mt to Sell Equity in Vehicle to Debtor for $4,400. |
| 02/03/2020 | Claims bar 5/4/2020. |
| 01/30/2020 | Debtor wants to buy equity in vehicle |
| 01/30/2020 | Email to Jodie Thresher about wedding ring. |
| 01/28/2020 | Calculation of value of equity in 2017 Toyota Prius |
| 01/20/2020 | PC with Paul Spina counsel for Toyota Motor Credit. |
| 01/08/2020 | Email from Jodie Thresher, Debtor's attorney - Just wanted to give you a heads up that we will be filing an Amended Schedule A/B and C on this case. |
| 01/07/2020 | Email to Mary Beth - John told Ms. Fenton yesterday that he would like an independent valuation of her 2017 Toyota Prius. See attached instructions to forward to your client. |

Initial Projected Date Of Final Report (TFR):   Current Projected Date Of Final Report (TFR):

/s/ JOHN C. MCLEMORE

JOHN C. MCLEMORE

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 19-02693-CW3-7 | Trustee Name: | John C. McLemore |
|---|---|---|---|
| Case Name: | FENTON, FAWN | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***4153 | Checking Acct #: | ******0194 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 4/26/2019 | Blanket bond (per case limit): | $720,000.00 |
| For Period Ending: | 1/9/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/05/2020 | (1) | Diane D. Winters  Ex-wife's MOM Paid To Keep New Prius! | Equity in 2017 Toyota Prius per 2-10-2020 Motion to Sell [Dkt. No. 99] | 1129-000 | $4,400.00 | | $4,400.00 |
| 07/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $77.00 | $4,323.00 |
| 08/03/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | ($77.00) | $4,400.00 |
| 08/03/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $6.33 | $4,393.67 |
| 09/03/2020 | 3001 | U.S. Bankruptcy Court Clerk | Motion to Sell Filing Fee (Docket No. 99) | 2700-000 | | $181.00 | $4,212.67 |
| 12/12/2020 | 3002 | John C. McLemore | Trustee Compensation | 2100-000 | | $1,100.00 | $3,112.67 |
| 12/12/2020 | 3003 | John C. McLemore | Trustee Expenses | 2200-000 | | $83.69 | $3,028.98 |
| 12/12/2020 | 3004 | Ascend Federal Credit Union | Final Distribution | 7100-000 | | $1,106.50 | $1,922.48 |
| 12/12/2020 | 3005 | Ascend Federal Credit Union | Final Distribution | 7100-000 | | $256.45 | $1,666.03 |
| 12/12/2020 | 3006 | American Express National Bank | Final Distribution | 7100-000 | | $816.37 | $849.66 |
| 12/12/2020 | 3007 | Capital One Bank (USA), N.A. | Final Distribution | 7100-000 | | $849.66 | $0.00 |

| | | |
|---|---|---|
| TOTALS: | $4,400.00 | $4,400.00 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $4,400.00 | $4,400.00 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $4,400.00 | $4,400.00 | |

| For the period of 4/26/2019 to 1/9/2021 | | For the entire history of the account between 02/03/2020 to 1/9/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,400.00 | Total Compensable Receipts: | $4,400.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,400.00 | Total Comp/Non Comp Receipts: | $4,400.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $4,400.00 | Total Compensable Disbursements: | $4,400.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,400.00 | Total Comp/Non Comp Disbursements: | $4,400.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 19-02693-CW3-7 | | Trustee Name: | John C. McLemore |
| Case Name: | FENTON, FAWN | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***4153 | | Checking Acct #: | ******0194 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/26/2019 | | Blanket bond (per case limit): | $720,000.00 |
| For Period Ending: | 1/9/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $4,400.00 | $4,400.00 | $0.00 |

For the period of 4/26/2019 to 1/9/2021

| Total Compensable Receipts: | $4,400.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,400.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,400.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,400.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the case between 12/06/2019 to 1/9/2021

| Total Compensable Receipts: | $4,400.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,400.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,400.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,400.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ JOHN C. MCLEMORE

JOHN C. MCLEMORE

Case 3:19-bk-02693 Doc 136 Filed 01/26/21 Entered 01/26/21 17:46:21 Desc Main Document Page 8 of 8

https://rico.jefffenton.com/evidence/2021-01-26_trustees-final-account-and-distribution-report.pdf

Case 3:24-cv-01282 Document 18-3 Filed 01/19/24 Page 9 of 9 PageID #: 2503
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)