# 1

**RETIREMENT/PROPERTY INVESTMENT VALUE APPRECIATION AS OF 5/31/2023**
Will Easily Reach $1,000,000 VALUE within the Next Decade as Planned, while without Interference
It would have been completely PAID-OFF within that period, with less WORK than I'm doing NOW!
CAPITAL GAINS TAX does NOT apply for a PRIMARY RESIDENCE, this would have been TAX FREE!



Now with a Court Judgment, the recovery will be subject to an estimated 37% Tax Rate, placing this at roughly a 1.5 Million Dollar Lifetime Property Loss & Claim. In addition to damages, incidental, consequential, compensatory, loss of consortium, liquidated, loss of use, loss of enjoyment, loss of life, liberty, property & the pursuit of happiness. Plus legal fees, pain & suffering (compounding daily), litigious TORTURE of an ADA Party, since 9/3/2019, until a cure is obtained.



| | | |
|---|---|---|
| Residential | MLS No. **1220084** | |
| Status **Closed** | Area **10** | List Price **$360,000** |
| Type **Site Built** | Er/Ea **Exc. Right to Sell** | Media |
| Address **1986 Sunnyside Dr** | City **Brentwood** | Zip **37027** |
| County **Williamson** | Sub/Dev **Sunny Side** | MLS Map |
| Lot Number | Tax ID **013J A 035.00** | Deed Book/Page **4743/715** |

Directions **FROM NASHVILLE*SOUTH ON HILLSBORO RD, LEFT ON SUNNYSIDE DR, 1986 IS ON THE RIGHT**

### General Information

| | | |
|---|---|---|
| Style **Ranch** | Stories **1.00** | Year Built **1977 / Approximate** |
| Acres **1.470** | Acreage Source | Completion |
| Total Rooms **9** | Size **150.0 x 434.0** | Assoc Fee **$ /mo** |
| Constr **All Brick / Wood** | Lot **Wooded** | Basement **Partial / Unfinished** |
| Driveway **Aggregate** | Floors **Carpet / Finished Wood / Tile /** | Garage **2 / Attached - SIDE** |
| Community Amenities | Waterfront / | Roof **Composition Shingle** |

### Rooms and Dimension Information

| | | |
|---|---|---|
| Liv **15X13 / Formal** | Rec **25X33 / Over Garage** | Bed 1 **15X13 / Full Bath** |
| Din **13X12 / Formal** | Hobby / | Bed 2 **12X11 /** |
| Kit **15X12 / Eat-In** | Other / | Bed 3 **13X13 /** |
| Den **19X13 / Fireplace** | Other / | Bed 4 **12X11 /** |

| | Bedrooms | Full Baths | Half Baths | Finished Square Feet (est) | | |
|---|---|---|---|---|---|---|
| Main | 4 | 2 | 1 | Main | **2579** | Est. SqFt. Source |
| Other | 0 | 0 | 0 | Second | | **Tax Record** |
| | | | | Third | | |
| Total | 4 | 2 | 1 | Basement | Total | **2579** |

### Office and Showing Information

Show **Call Showing Center**  Owner Name  Open House
Agent **John Taylor** (Ph: 615-794-0833 ext 6035)  CoList Agent (Ph: )
Listing Office **Zeitlin & Co., Realtors** (Ph: (615) 794-0833)  CoList Office (Ph: )
Appt Phone **(615) 327-0101**  Subagency **0**  Buyer Broker **3**  Facilitator **3**
Remarks: **ALL BRICK RANCH*CUL-DE-SAC LOCATION*HUGE BEDROOMS & BONUS ROOM*9FT CEILINGS & CROWN MOLDING IN LIVING RM, DINING RM, & FOYER*HEATED FLR IN GUEST BATH*PRIVATE WOODED LOT*CONVENIENT TO NASHVILLE, BRENTWOOD & FRANKLIN**

### Schools and Utilities

| | | | |
|---|---|---|---|
| Elem1 **Grassland Elementary** | Elem2 | Middle/JR **Grassland Middle School** | High **Franklin High School** |
| Water **City Water** | Sewer **Septic Tank** | Cool **Electric / Central** | Heat **Gas / Central** |

### Features

| Appliances | Interior Features | Exterior Features | Miscellaneous |
|---|---|---|---|
| Range **Cooktop / Electric** | Firepl **1** | Fence | Handicap |
| Oven **Double Oven / Electric** | Drapes | Patio/Deck **Deck** | Energy **Storm Doors / Storm Windows /** |
| | Master Bath **Sep. Shower/Tub / Ceramic** | Pool | Green Cert |
| Other **Dishwasher** | Other **Ceiling Fan / Extra Closets / Utility Connection /** | Other **Garage Door Opener** | Other **Cable TV** |

### Financing and Taxes

Acceptable Buyer Financing **FHA / Other / VA /**  Taxes **$1,461**

### MLS Information

Photo **None**  List Date **Sep 27 2010**  Poss Date of Deed
Realtor Remarks: **BUYER OR BUYER AGENT TO VERIFY SCHOOL ZONING AND ANY OTHER PERTINENT INFORMATION**

### Comparable Information

| | | |
|---|---|---|
| Sales Agent **Jeff Fenton** | Co-Sales Agent | Days On Mkt **205** |
| Sales Office **Benchmark Realty, LLC** | Co-Sales Office | Presale **No** |
| Seller Participation **4000** | Closing Date **4/29/2011** | Orig. List Price **$360,000** |
| Terms **Conventional** | Pending Date **4/20/2011** | Sales Price **$350,000** |

---

Requested by: **Jeff Fenton**  *Information believed to be accurate but not guaranteed. Buyers should independently verify all information prior to submitting any offer to purchase.*  **RealTracs Solutions** ®
Report Date: **4/29/2011**

# Jeff Fenton

**From:** Kim Hollingshead [Kim@TouchstoneTitleTN.com]
**Sent:** Wednesday, September 24, 2014 3:42 PM
**To:** Jeff Fenton
**Cc:** Fawn Fenton
**Subject:** RE: Fenton Purchase | 1986 Sunnuyside Drive, Brentwood | Tenancy by the Entirety?

==And wife==

---

**From:** Jeff Fenton
**Sent:** Wednesday, September 24, 2014 3:41 PM
**To:** Kim Hollingshead
**Cc:** Fawn Fenton
**Subject:** RE: Fenton Purchase | 1986 Sunnuyside Drive, Brentwood | Tenancy by the Entirety?

Thanks for the lightening fast response with the Deed Kim!

Can you please explain to me how "Tenancy by the Entirety" is specified/differentiated on this document?

Thanks again!

## Jeff Fenton
**Meticulous Marketing LLC**
(615) 837-1300  Office
(615) 837-1301  Mobile
(615) 837-1302  Fax

**When it's worth doing RIGHT the first time!**

Submit or respond to a support ticket here.

---

**From:** Kim Hollingshead [mailto:Kim@TouchstoneTitleTN.com]
**Sent:** Wednesday, September 24, 2014 3:31 PM
**To:** Jeff Fenton
**Cc:** Fawn Fenton
**Subject:** RE: Fenton Purchase | 1986 Sunnuyside Drive, Brentwood | Tenancy by the Entirety?

==Jeff, please see attached. Title is currently vested as Tenancy by the Entirety.==

*==Kimberly K. Hollingshead, Esq.==*
President
Touchstone Title & Escrow, LLC
318 Seaboard Lane, Suite 114
Franklin, TN 37067

Office: (615) 371-2299
Email: Kim@TouchstoneTitleTN.com
Website: www.TouchstoneTitleTN.com
*********************************************************

*Our number one goal is to ensure that you are satisfied with our services. If you have any questions or concerns on this closing, or have suggestions on how we can make your next interaction with us even better, please e-mail me.*

**NOTICE:** YOU ARE NOT AUTHORIZED TO FORWARD THIS EMAIL TO ANYONE. This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. It is not our intention to waive the attorney-client privilege, the attorney work-product doctrine, or any proprietary rights in the information contained on the following pages. If you have received this message in error, please notify the sender immediately by telephone (615-371-2299) or by electronic mail (kim@touchstonetitletn.com), and delete this message and all copies and backups thereof. Thank you.

---

**From:** Jeff Fenton
**Sent:** Wednesday, September 24, 2014 3:24 PM
**To:** Kim Hollingshead
**Cc:** Fawn Fenton
**Subject:** RE: Fenton Purchase | 1986 Sunnuyside Drive, Brentwood | Tenancy by the Entirety?
**Importance:** High

Hello Kim!

It has been a while!

It has been recommended to Fawn and I, for liability purposes, that we hold title to our home as **"Tenancy by the Entirety"**.

I know very little about this, but here is an explanation that I found online:

> **Tenancy by the Entirety**: a special form of joint tenancy when the joint tenants are husband and wife -- with each owning one-half. Neither spouse can sell the property without the consent of the other. Words in the deed such as "Bill and Mary, husband and wife as tenancy in the entirety" establish title in tenancy by the entireties. This form of ownership is not available in all states. (http://jtlehmanlaw.com/lawyer/Nashville-TN_fq314.htm)

Can you please tell me how our title is held currently at 1986 Sunnyside Drive, Brentwood, 37027? (You facilitated our closing.) I have a copy of our Deed of Trust (attached), but I can't figure out if this is titled as "Tenants in Common", "Joint Tenancy", or "Tenancy by the Entirety".

Is there a document that you can provide me which shows exactly how our property is titled?

Thanks for your help with this!

# Jeff Fenton
**Meticulous Marketing LLC**
(615) 837-1300 Office
(615) 837-1301 Mobile
(615) 837-1302 Fax

**When it's worth doing RIGHT the first time!**

## 31.1 TENANCY BY THE ENTIRETY

When real property is acquired by individuals who are husband and wife at the time of the conveyance, then title is jointly held as an indivisible whole with right of survivorship unless the granting instrument expressly states that title is not to be held as a Tenancy by the Entirety. Upon divorce, a Tenancy by the Entirety is destroyed and absent some decree by the Divorce Court, the interest of the former spouses is converted into a Tenancy in Common with each owning a one-half interest.

## 31.2 TENANTS IN COMMON

When real property is acquired by two or more individuals who are not married at the time of the conveyance, or a Tenancy by the Entirety is destroyed through a divorce, title is held as Tenants in Common. In cases where the property is owned by Tenants in Common, each owner has a certain defined share in the property. Unless the instrument states otherwise, when there are two owners, each will automatically be presumed to own one-half each; if three, a third each, and so on. However, the shares between Tenants in Common do not need to be equal. The parties can decide what share of the property belongs to each owner. For example, if two individuals named Sam and Mark buy a property together, but if Sam contributes more to the purchase price than Mark, this could be reflected in the respective shares each acquires in the property. The deed into these individuals could state that Sam receives 70% interest in the property and Mark is entitled to 30%. The important point is that each of the Tenants in Common owners always owns his or her share of the property, and is only entitled to that same percentage of the sale proceeds. For example, if Sam dies, then his share of the property will be administrated as part of Sam's estate. Mark will continue to own his 30% after Sam's death. Unlike in a Joint Tenancy with a Right of Survivorship, it does not automatically pass to Mark.

When property is held as Tenants in Common, each of the individuals have a right to enter the common estate and take possession of the whole, subject to the equal right of the co-tenants to share in possession of the whole; and one co tenant's occupation or possession of the property can never be deemed adverse to the other co-tenants.



**WARRANTY DEED**

STATE OF TENNESSEE
COUNTY OF WILLIAMSON
THE ACTUAL CONSIDERATION OR VALUE, WHICHEVER IS GREATER, FOR THIS TRANSFER IS **$350,000.00**

_____
Affiant

Subscribed and sworn to before me, this 29th day of April, 2011.

_____
Notary Public

MY COMMISSION EXPIRES:
(AFFIX SEAL)

THIS INSTRUMENT WAS PREPARED BY:
Southland Title & Escrow Co., Inc.
7101 Executive Center Drive, Suite 151
Brentwood, TN 37027

| ADDRESS NEW OWNERS AS FOLLOWS: | SEND TAX BILLS TO: | MAP-PARCEL NUMBERS |
|---|---|---|
| Fawn ▆ Fenton | Renasant Bank | 013 J-A |
| (NAME) | (NAME) | (MAP) |
| 1986 Sunnyside Drive | 2001 Park Place North, Suite 650 | 035.00 |
| (ADDRESS) | (ADDRESS) | (PARCEL) |
| Brentwood, TN 37027 | Birmingham, AL 35203 | |
| (CITY) (STATE) (ZIP) | (CITY) (STATE) (ZIP) | |

For and in consideration of the sum of TEN DOLLARS, cash in hand, paid by the hereinafter named Grantee(s), and other good and valuable consideration, the receipt of which is hereby acknowledged, I/we, **Mangel Jerome Terrell and wife, Colette Keyser**, hereinafter called the Grantor(s), have bargained and sold, and by these presents do hereby transfer and convey unto **Jeffrey R. Fenton and wife, Fawn ▆ Fenton**, hereinafter called Grantee(s), their heirs and assigns, that certain tract or parcel of land in Williamson County, TENNESSEE, described as follows, to-wit:

LAND in Williamson County, TN, BEING Lot No. 29, on the Plan of Section 3, Sunny Side Estates, of record in Plat Book 5, page 67 as amended in Book 330, page 844, Register's Office for Williamson County, TN, to which plan reference is hereby made for a complete description thereof.

Being the same property conveyed to Jerome Terrell and spouse, Collette Keyser, by deed dated July 8, 2005, from Melner R. Bond III and spouse, Kimala K. Bond, of record in Book 3615, page 152, and further conveyed to Mangel Jerome Terrell and wife, Colette Keyser, by Quitclaim Deed dated February 20, 2009, from Jerome Terrell and wife, Colette Keyser, of record in Book 4743, page 715, Register's Office for Williamson County, TN.

This conveyance is subject to the taxes for the current year and subsequent years; any and all easements and/or restrictions of record; and all matters shown on the plan of record; all in the said Register's Office.

This is ( ) unimproved (X) improved property, know as: 1986 Sunnyside Drive, Brentwood, Tennessee 37027

TO HAVE AND TO HOLD the said tract or parcel of land, with the appurtenances, estate, title and interest thereto belonging to the said GRANTEES, their heirs and assigns forever; and we do covenant with the said GRANTEES that we are lawfully seized and possessed of said land in fee simple, have a good right to convey it and the same is unencumbered, unless otherwise herein set out; and we do further covenant and bind ourselves, our heirs and representatives, to warrant and forever defend the title to the said land to the said GRANTEES, their heirs and assigns, against the lawful claims of all persons whomsoever. Wherever used, the singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

Witness my/our hand(s) this 29th day of April, 2011.

_____       _____
Mangel Jerome Terrell                           Colette Keyser

**STATE OF TENNESSEE**
**COUNTY OF WILLIAMSON**

  Before me, the undersigned authority, a Notary Public within and for the State and County, appeared Mangel Jerome Terrell; Colette Keyser with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence) and who upon their oath(s) acknowledged themselves to be the within named bargainor(s), and that they executed the foregoing instrument of their own free will for the purposes therein set forth.

  Witness my hand and official seal at office at Brentwood, Tennessee, <mark>on this the 29th day of April, 2011.</mark>

_____
Notary Public

My Commission Expires: 9/3/2012

[Notary Seal: JUDY S. WELLS, STATE OF TENNESSEE NOTARY PUBLIC, DAVIDSON COUNTY, TENN]

*This document was e-recorded in Book 5313, Page 452, Williamson Co. ROD on 5/12/11.*



**WARRANTY DEED**

STATE OF TENNESSEE
COUNTY OF WILLIAMSON
THE ACTUAL CONSIDERATION OR VALUE, WHICHEVER IS
GREATER, FOR THIS TRANSFER IS **$350,000.00**

_____
Affiant

Subscribed and sworn to before me, this 29th day of April, 2011.

_Angela G. Batson_
Notary Public

MY COMMISSION EXPIRES:
(AFFIX SEAL)

THIS INSTRUMENT WAS PREPARED BY:
Southland Title & Escrow Co., Inc.
7101 Executive Center Drive, Suite 151
Brentwood, TN 37027

| ADDRESS NEW OWNERS AS FOLLOWS: | SEND TAX BILLS TO: | MAP-PARCEL NUMBERS |
|---|---|---|
| Fawn ■ Fenton | Renasant Bank | 013 J-A |
| (NAME) | (NAME) | (MAP) |
| 1986 Sunnyside Drive | 2001 Park Place North, Suite 650 | 035.00 |
| (ADDRESS) | (ADDRESS) | (PARCEL) |
| Brentwood, TN 37027 | Birmingham, AL 35203 | |
| (CITY) (STATE) (ZIP) | (CITY) (STATE) (ZIP) | |

For and in consideration of the sum of TEN DOLLARS, cash in hand, paid by the hereinafter named Grantee(s), and other good and valuable consideration, the receipt of which is hereby acknowledged, I/we, **Mangel Jerome Terrell and wife, Colette Keyser**, hereinafter called the Grantor(s), have bargained and sold, and by these presents do hereby transfer and convey unto **Jeffrey R. Fenton and wife, Fawn ■ Fenton**, hereinafter called Grantee(s), their heirs and assigns, that certain tract or parcel of land in Williamson County, TENNESSEE, described as follows, to-wit:

LAND in Williamson County, TN, BEING Lot No. 29, on the Plan of Section 3, Sunny Side Estates, of record in Plat Book 5, page 67 as amended in Book 330, page 844, Register's Office for Williamson County, TN, to which plan reference is hereby made for a complete description thereof.

Being the same property conveyed to Jerome Terrell and spouse, Collette Keyser, by deed dated July 8, 2005, from Melner R. Bond III and spouse, Kimala K. Bond, of record in Book 3615, page 152, and further conveyed to Mangel Jerome Terrell and wife, Colette Keyser, by Quitclaim Deed dated February 20, 2009, from Jerome Terrell and wife, Colette Keyser, of record in Book 4743, page 715, Register's Office for Williamson County, TN.

This conveyance is subject to the taxes for the current year and subsequent years; any and all easements and/or restrictions of record; and all matters shown on the plan of record; all in the said Register's Office.

This is ( ) unimproved (X) improved property, know as: **1986 Sunnyside Drive, Brentwood, Tennessee 37027**

TO HAVE AND TO HOLD the said tract or parcel of land, with the appurtenances, estate, title and interest thereto belonging to the said GRANTEES, their heirs and assigns forever; and we do covenant with the said GRANTEES that we are lawfully seized and possessed of said land in fee simple, have a good right to convey it and the same is unencumbered, unless otherwise herein set out; and we do further covenant and bind ourselves, our heirs and representatives, to warrant and forever defend the title to the said land to the said GRANTEES, their heirs and assigns, against the lawful claims of all persons whomsoever. Wherever used, the singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

Witness my/our hand(s) this 29th day of April, 2011.

_Mangel Jerome Terrell_
Mangel Jerome Terrell

_Colette Keyser_
Colette Keyser

**STATE OF TENNESSEE**
**COUNTY OF WILLIAMSON**

   Before me, the undersigned authority, a Notary Public within and for the State and County, appeared Maugel Jerome Terrell; Colette Keyser with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence) and who upon their oath(s) acknowledged themselves to be the within named bargainor(s), and that they executed the foregoing instrument of their own free will for the purposes therein set forth.

   Witness my hand and official seal at office at Brentwood, Tennessee, on this the 29th day of April, 2011.

                     _____
                      Notary Public

My Commission Expires: 9/3/2012

[Notary Seal: JUDY S. WELLS, STATE OF TENNESSEE NOTARY PUBLIC, DAVIDSON COUNTY, TENN]

Certificate of Authenticity

```
BK/PG:5313/452-454
       11015616
3 PGS : DEED
KAREN OWENS   214724 - 11015616
05/12/2011 - 02:16 PM
VALUE                   350000.00
MORTGAGE TAX                 0.00
TRANSFER TAX              1295.00
RECORDING FEE               15.00
DP FEE                       2.00
REGISTER'S FEE               1.00
TOTAL AMOUNT              1313.00
STATE of TENNESSEE, WILLIAMSON COUNTY
           SADIE WADE
         REGISTER OF DEEDS
```

I, __Kimberly Hollingshead__, do hereby make oath that I am a licensed attorney and/or the custodian of the electronic version of the attached document tendered for registration herewith and that this is a true and correct copy of the original document executed and authenticated according to law.

_____
Signature

State of __Tennessee__
County of __Williamson__

Personally appeared before me, __the Undersigned__, a notary public for this county and state, __Kim Hollingshead__ who acknowledges that this certification of an electronic document is true and correct and whose signature I have witnessed.

_____
Notary's Signature

My Commission Expires: __1/9/12__

(Seal: THOMAS L. SEALY, NOTARY PUBLIC AT LARGE, DAVIDSON COUNTY, TENNESSEE)



# Williamson County Property Tax Notice

**Karen Paris** . Williamson County Trustee
1320 W Main St. Franklin TN 37064
615-790-5709

**2019**

| DIST | MAP | GP | C-MAP | PARCEL | SP-INT | CO | CI |
|---|---|---|---|---|---|---|---|
| 07 | 013J | A | 013J | 03500 | 000 | 094 | 000 |

| Tax Receipt # | Total Due |
|---|---|
| 0028996 | $0.00 |

Taxes are due by 02/28/2020

**Property Address**
Sunnyside Dr 1986

OR CURRENT RESIDENT

☐ INDICATE ADDRESS CHANGE ON REVERSE SIDE

Fenton Jeffrey R Fenton Fawn ▮
1986 Sunnyside Dr

Brentwood, TN 370270000

**Karen Paris, TRUSTEE**
1320 W Main St. Suite 203
FRANKLIN TN 37064

# Williamson County Property Tax Notice

**Karen Paris** Williamson County Trustee 1320 W Main St. Suite. Franklin TN 37064 615-790-5709

| DIST | MAP | GP | C-MAP | PARCEL | SP-INT | CO | CI |
|---|---|---|---|---|---|---|---|
| 07 | 013J | A | 013J | 03500 | 000 | 094 | 000 |

**2019**

*Please return the top portion with your payment in the enclosed reply envelope.*

To pay your property taxes make checks payable to :
**WILLIAMSON COUNTY TRUSTEE**
(Your cancelled check serves as your receipt)

**Your payment options are:**

- At our office: 1320 W. Main St. Suite 203; Franklin, TN
- At participating local banks
- On-line with credit card of electronic check* at **our website** www.WilliamsonPropertyTax.com

*The vendor charges the following processing fees: $2.00 per transaction for e-check payments, and a 2.5% plus $0.30 per transaction for credit/debit card payments.

Scan to pay!



**To avoid interest, taxes must be paid by February 28, 2020.**

**Beginning March 1, 2020 interest will be added to delinquent taxes at the rate of 1.5% per month.**

| Tax Receipt # | Total Due |
|---|---|
| 0028996 | $0.00 |

**Property Address**
Sunnyside Dr 1986

**Classification**
Real Property

**Subdivision**
Sunnyside Est Sec 3

| Lot | Acres | EQ Factor |
|---|---|---|
| 0029 | 0.00 | 0.0000 |

**Additional Description**

| | |
|---|---|
| Appraised value | $386,900 |
| Assessment | 25% |
| Assessed value | $96,725 |
| Interest | $0.00 |
| County taxes | $2,147.00 |
| 9th FSSD taxes | $0.00 |
| City taxes | $0.00 |
| Total due | $0.00 |

Williamson County Trustee
1320 W Main St Suite 203
Franklin, TN 37064
(615) 790-5709

Office Hours:

Monday thru Friday
8:00 am- 4:30 pm

## INSIDE THE STATE OF TENNESSEE'S LEGISLATURE/COURTS/AOC/TBI, BJC & BPR JURISDICTION:

Arrests, Impeachments, Disbarments, Disciplinary Actions, State Criminal Charges, Corrections, Expungements, Restitution, Damages, Sanctions, Policy Changes To Increase Transparency and Accountability within ALL Tennessee Courts. More Uniform Policies State-Wide to Reduce Discrimination By Local Rules. **Mandatory Disclosures & Recusals of Hearing Cases By "Friends".**

## THE "DOMESTIC" DIVORCE CASE

Per Chancery Court Record, Docket #48419B
Williamson County Tennessee

### "THE DOG AND PONY SHOW"
Almost Exclusively Fraud Upon the Court(s), by Officer(s) of Both Court(s)
A Strategically Engineered Emergency Distraction to CIRCUMVENT the FRBP & BK Laws

## OUTSIDE DOJ/FBI JURISDICTION:

Due to the Influence of the "PLAYERS", Nobody within the State of Tennessee Has Shown ANY Interest in Enforcing The "Rule of Law" or Holding the Court and Counsel Accountable To their "Oaths of Office", the Judicial Canons, or the Rules Of Professional Conduct. The Board of Professional Responsibility has Refused To File, Vet and Act Upon My "Serious Complaint" Submitted Well Over Two Years-Ago; Against Attorneys Virginia Lee Story, Mary Beth Ausbrooks, Elaine Beeler, And "Friends".

## INSIDE DOJ/FBI JURISDICTION
### Bankruptcy Case 3:19-BK-02693

FRBP 7001 Adversary Proceedings
FRBP 9011 Attorney Certification
28 USC §§ 1927, 1334, 1335 — Jurisdiction
11 USC §§ 363(b)(1), (e) NOTICE & HEARING
11 USC § 363(h) Sell if Benefit to Estate
11 USC §§ 541, 542, 543 Estate Property/Turnover
18 USC § 241 Conspiracy Against Rights
18 USC § 242 Deprivation (Color of Law)
18 USC §§ 157, 1341 BK Fraud(s) & Swindles
**18 USC § 1503 Obstruction of Justice**
18 USC § 1519 Falsifying BK Records
18 USC § 1951 Hobb's Act Extortion
18 USC § 1957 Unlawful Property Trans.

## IN DOJ/FBI/TBI JURISDICTION
CONSTITUTIONAL, STATE, AND
### — FEDERAL CRIMES —
COMMITTED BY BOTH COURTS AND COUNSEL COLLUSIVELY: CONSPIRACY AGAINST RIGHTS, DEPRIVATION OF PROPERTY AND LIBERTY UNDER COLOR OF LAW, WITHOUT NOTICE/EQUAL or DUE PROCESS. MALICIOUS LITIGATION, ABUSE, CRUELTY, FAILURE TO INTERVENE, NEGLECT TO PREVENT, CIVIL RIGHTS INTIMIDATION, COERCION, THEFT, EXTORTION, UNDER COLOR OF OFFICIAL RIGHT, ADA COERCION THREATS, INTERFERENCE, RETALIATION.

**SYNOPSIS:** Family Court Attorney, **Virginia Lee Story** (in Williamson County Chancery Court) Conspired with Bankruptcy Specialist, Attorney **Mary Elizabeth Maney Ausbrooks** (in U.S. Bankruptcy Court for the Middle District of Tennessee), well over a Month in Advance of my Ex-wife's secret Divorce Filing & Ambush. The Crux of this Conspiracy Conducted by Counsel, with the Fraudulent Assistance by BOTH Courts, **was to CIRCUMVENT the "Federal Rules of Bankruptcy Procedure" (FRBP) and a Multitude of Federal Bankruptcy Laws,** so they could Illegally FORCE the Deprivation of Multiple Property Interests (purchased/owned/held) by MYSELF in **1986 Sunnyside Drive, Brentwood, TN 37027**; as well as by my two Roommates/Tenants State & Federally Protected "Leasehold Property Interests". Each of which Required an **"Adversarial Proceeding"**, including NOTICES & HEARINGS in Federal District Court, or Federal Bankruptcy Court. Under the circumstances, the State Courts were specifically FORBIDDEN from Exercising Jurisdiction. The BK Trustee was REQUIRED to REMOVE the PROPERTY from my Ex-wife's secret "BANKRUPTCY ESTATE", as a "BURDENSOME ASSET", long before I met **Judge Michael W. Binkley.**