10

# Jeff Fenton

**From:** Tommy Anderson <tom@tommyanderson.us>
**Sent:** Wednesday, October 2, 2019 3:01 PM
**To:** Jeff Fenton; Fawn Fenton; Virginia Story
**Subject:** 1986 Sunny Side

Jeff,

Curious if you are in Tennessee gathering your personal property this week.
Sincerely,

Tommy Anderson

***Tommy Anderson, Broker/Realtor/Auctioneer***
***HND Realty***
***www.HNDREALTY.COM***
***(615) 969-5819***

1

# Jeff Fenton

**From:** Virginia Story <virginia@tnlaw.org>
**Sent:** Friday, October 4, 2019 2:14 PM
**To:** Jeff Fenton
**Cc:** Heidi Macy; Kathryn Yarbrough; Tommy Anderson
**Subject:** RE: Fenton v. Fenton

**Categories:** 5-Email: Present to Court

Jeff,

Please make sure that you have vacated the property by 10/5/19 at 12 noon with only the belongings that you listed to remove.

Thanks,
Virginia



*Virginia Lee Story*
*Attorney at Law*
*136 Fourth Avenue South*
*Franklin, TN 37064*
*(615) 790-1778*
*(615) 790-7468 fax*
*Virginia@tnlaw.org*

\*\*Note\*\* This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the specific individual or entity named above. If you or your employer is not the intended recipient of this e-mail, or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any unauthorized dissemination or copying of this e-mail or the information contained in it is strictly prohibited. If you have received this e-mail in error, please immediately notify the person named above at once by telephone. Thank you.

**From:** Jeff Fenton
**Sent:** Saturday, September 28, 2019 1:52 PM
**To:** Virginia Story <virginia@tnlaw.org>; elaine.beeler@tncourts.gov
**Cc:** Heidi Macy <Heidi@tnlaw.org>; Kathryn Yarbrough <kyarbrough@tnlaw.org>
**Subject:** RE: Fenton v. Fenton
**Importance:** High

Hello Ms. Story,

**YES!**

# Jeff Fenton

**From:** Tommy Anderson <tom@tommyanderson.us>
**Sent:** Saturday, October 5, 2019 5:15 PM
**To:** Virginia Story
**Cc:** Jeff Fenton; Heidi Macy; Kathryn Yarbrough
**Subject:** Re: Fenton v. Fenton

Jeff,

Checking in to see if you will be vacated 1986 Sunny Side by 5pm today Saturday October 5, 2019.
Sincerely,

Tommy Anderson


On Friday, October 4, 2019, Virginia Story <virginia@tnlaw.org> wrote:

Jeff,

Please make sure that you have vacated the property by 10/5/19 at 12 noon with only the belongings that you listed to remove.

Thanks,

Virginia

Story
Abernathy
& Campbell
PLLP AN ASSOCIATION OF ATTORNEYS

*Virginia Lee Story*

*Attorney at Law*

<u>136 Fourth Avenue South</u>

<u>Franklin, TN 37064</u>

*(615) 790-1778*

1

# Jeff Fenton

**From:** Tommy Anderson <tom@tommyanderson.us>
**Sent:** Sunday, October 6, 2019 12:24 PM
**To:** Virginia Story
**Cc:** Jeff Fenton; Heidi Macy; Kathryn Yarbrough
**Subject:** Re: Fenton v. Fenton

Jeff my friend,

I will be coming by today after my son's bball game. I hope to see you gone by then, or other measures, not to your liking will be enforced. Time to move on.

Tommy Anderson

On Friday, October 4, 2019, Virginia Story <virginia@tnlaw.org> wrote:

Jeff,

Please make sure that you have vacated the property by 10/5/19 at 12 noon with only the belongings that you listed to remove.

Thanks,

Virginia

Story Abernathy & Campbell
PLLP AN ASSOCIATION OF ATTORNEYS

# Jeff Fenton

**From:** Tommy Anderson <tom@tommyanderson.us>
**Sent:** Sunday, October 6, 2019 1:54 PM
**To:** Virginia Story
**Cc:** Jeff Fenton; Heidi Macy; Kathryn Yarbrough
**Subject:** Re: Fenton v. Fenton

**Categories:** 5-Email: Present to Court

Jeff will be out by tonight. I just went by & met him & his mother at Sunny Side.

Tommy

On Sunday, October 6, 2019, Tommy Anderson <tom@tommyanderson.us> wrote:

Jeff my friend,

I will be coming by today after my son's bball game. I hope to see you gone by then, or other measures, not to your liking will be enforced. Time to move on.

Tommy Anderson

1
Case 3:24-cv-01282   Document 19-10   Filed 01/19/24   Page 6 of 7 PageID #: 2689

# Jeff Fenton

**From:** Tommy Anderson <tom@tommyanderson.us>
**Sent:** Sunday, October 6, 2019 6:35 PM
**To:** Virginia Story
**Cc:** Jeff Fenton; Heidi Macy; Kathryn Yarbrough
**Subject:** Re: Fenton v. Fenton

Thank you Jeff for leaving with your possesions today. We drove by & you were headed out the driveway.

Sincerely,
Tommy Anderson

> THE CLOSING FOR OUR HOME WASN'T FOR THREE MORE WEEKS, ON 10/29/2019, SO WHY WERE WE BULLIED SO MUCH? ATTORNEY STORY HAD NO LEGAL AUTHORITY! THEY HAD MONTHS WITH THE HOUSE BY THEMSELVES (WHILE MY STUFF WAS STOLEN)! WHY WAS I ONLY ALLOWED 5-DAYS WITH MY ELDERLY MOTHER TO BOTH PACK AND MOVE MY 2,500 SQFT HOME? WHO MADE STORY GOD? AND THE AUCTIONEER HER ENFORCER, I PAID? A GANG OF LAWLESS THIEVES & THUGS!

