3



EXHIBIT #2

2020 FEB 19 PM 1:10

FILED FOR ENTRY

# FAWN ▓▓▓ FENTON

vs

# JEFFREY RYAN FENTON

Hearing

August 29, 2019

# H
HARPETH
COURT REPORTERS

(615) 933-6786
www.harpethcourtreporters.com

495