4

