# 2



# Williamson County Property Tax Notice

**Karen Paris** . Williamson County Trustee
1320 W Main St. Franklin TN 37064
615-790-5709

**2019**

| Tax Receipt # | Total Due |
|---|---|
| 0028996 | $0.00 |

Taxes are due by 02/28/2020

**Property Address**
Sunnyside Dr 1986

| DIST | MAP | GP | C-MAP | PARCEL | SP-INT | CO | CI |
|---|---|---|---|---|---|---|---|
| 07 | 013J | A | 013J | 03500 | 000 | 094 | 000 |

OR CURRENT RESIDENT

☐ INDICATE ADDRESS CHANGE ON REVERSE SIDE

Fenton Jeffrey R Fenton Fawn
1986 Sunnyside Dr
Brentwood, TN 370270000

**Karen Paris, TRUSTEE**
1320 W Main St. Suite 203
FRANKLIN TN 37064

---

# Williamson County Property Tax Notice

Karen Paris Williamson County Trustee 1320 W Main St. Suite. Franklin TN 37064 615-790-5709

**2019**

| DIST | MAP | GP | C-MAP | PARCEL | SP-INT | CO | CI |
|---|---|---|---|---|---|---|---|
| 07 | 013J | A | 013J | 03500 | 000 | 094 | 000 |

| Tax Receipt # | Total Due |
|---|---|
| 0028996 | $0.00 |

**Property Address**: Sunnyside Dr 1986
**Classification**: Real Property
**Subdivision**: Sunnyside Est Sec 3

| Lot | Acres | EQ Factor |
|---|---|---|
| 0029 | 0.00 | 0.0000 |

**Additional Description**

*Please return the top portion with your payment in the enclosed reply envelope.*

To pay your property taxes make checks payable to:
**WILLIAMSON COUNTY TRUSTEE**
(Your cancelled check serves as your receipt)

**Your payment options are:**

- At our office: 1320 W. Main St. Suite 203; Franklin, TN
- At participating local banks
- On-line with credit card of electronic check* at **our website**
  www.WilliamsonPropertyTax.com

*The vendor charges the following processing fees: $2.00 per transaction for e-check payments, and a 2.5% plus $0.30 per transaction for credit/debit card payments.

Scan to pay!



**To avoid interest, taxes must be paid by February 28, 2020.**

**Beginning March 1, 2020 interest will be added to delinquent taxes at the rate of 1.5% per month.**

| | |
|---|---|
| Appraised value | $386,900 |
| Assessment | 25% |
| Assessed value | $96,725 |
| Interest | $0.00 |
| County taxes | $2,147.00 |
| 9th FSSD taxes | $0.00 |
| City taxes | $0.00 |
| Total due | $0.00 |

Williamson County Trustee
1320 W Main St Suite 203
Franklin, TN 37064
(615) 790-5709

Office Hours:
Monday thru Friday
8:00 am- 4:30 pm



|  | STATE OF TENNESSEE |
| --- | --- |
| **WARRANTY DEED** | COUNTY OF WILLIAMSON |
|  | THE ACTUAL CONSIDERATION OR VALUE, WHICHEVER IS GREATER, FOR THIS TRANSFER IS $350,000.00 |
|  | _____ Affiant |
|  | Subscribed and sworn to before me, this 29th day of April, 2011. |
|  | _____ Notary Public |
|  | MY COMMISSION EXPIRES: (AFFIX SEAL) |

THIS INSTRUMENT WAS PREPARED BY:
Southland Title & Escrow Co., Inc.
7101 Executive Center Drive, Suite 151
Brentwood, TN 37027

| ADDRESS NEW OWNERS AS FOLLOWS: | SEND TAX BILLS TO: | MAP-PARCEL NUMBERS |
| --- | --- | --- |
| Fawn Fenton | Renasant Bank | 013 J-A |
| (NAME) | (NAME) | (MAP) |
| 1986 Sunnyside Drive | 2001 Park Place North, Suite 650 | 035.00 |
| (ADDRESS) | (ADDRESS) | (PARCEL) |
| Brentwood, TN 37027 | Birmingham, AL 35203 |  |
| (CITY) (STATE) (ZIP) | (CITY) (STATE) (ZIP) |  |

For and in consideration of the sum of TEN DOLLARS, cash in hand, paid by the hereinafter named Grantee(s), and other good and valuable consideration, the receipt of which is hereby acknowledged, I/we, **Mangel Jerome Terrell and wife, Colette Keyser**, hereinafter called the Grantor(s), have bargained and sold, and by these presents do hereby transfer and convey unto **Jeffrey R. Fenton and wife, Fawn Fenton**, hereinafter called Grantee(s), their heirs and assigns, that certain tract or parcel of land in Williamson County, TENNESSEE, described as follows, to-wit:

LAND in Williamson County, TN, BEING Lot No. 29, on the Plan of Section 3, Sunny Side Estates, of record in Plat Book 5, page 67 as amended in Book 330, page 844, Register's Office for Williamson County, TN, to which plan reference is hereby made for a complete description thereof.

Being the same property conveyed to Jerome Terrell and spouse, Collette Keyser, by deed dated July 8, 2005, from Melner R. Bond III and spouse, Kimala K. Bond, of record in Book 3615, page 152, and further conveyed to Mangel Jerome Terrell and wife, Colette Keyser, by Quitclaim Deed dated February 20, 2009, from Jerome Terrell and wife, Colette Keyser, of record in Book 4743, page 715, Register's Office for Williamson County, TN.

This conveyance is subject to the taxes for the current year and subsequent years; any and all easements and/or restrictions of record; and all matters shown on the plan of record; all in the said Register's Office.

This is ( ) unimproved (X) improved property, know as: 1986 Sunnyside Drive, Brentwood, Tennessee 37027

TO HAVE AND TO HOLD the said tract or parcel of land, with the appurtenances, estate, title and interest thereto belonging to the said GRANTEES, their heirs and assigns forever; and we do covenant with the said GRANTEES that we are lawfully seized and possessed of said land in fee simple, have a good right to convey it and the same is unencumbered, unless otherwise herein set out; and we do further covenant and bind ourselves, our heirs and representatives, to warrant and forever defend the title to the said land to the said GRANTEES, their heirs and assigns, against the lawful claims of all persons whomsoever. Wherever used, the singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

Witness my/our hand(s) this 29th day of April, 2011.

_____  _____
Mangel Jerome Terrell             Colette Keyser

STATE OF TENNESSEE
COUNTY OF WILLIAMSON

    Before me, the undersigned authority, a Notary Public within and for the State and County, appeared Mangel Jerome Terrell; Colette Keyser with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence) and who upon their oath(s) acknowledged themselves to be the within named bargainor(s), and that they executed the foregoing instrument of their own free will for the purposes therein set forth.

    Witness my hand and official seal at office at Brentwood, Tennessee, on this the 29th day of April, 2011.

_____
Notary Public

My Commission Expires: 9/3/2012

[Notary Seal: JUDY S. WELLS, STATE OF TENNESSEE NOTARY PUBLIC, DAVIDSON COUNTY, TENN]

This document was e-recorded in Book 5313, Page 452, Williamson Co. ROD on 5/12/11.

| WARRANTY DEED  | STATE OF TENNESSEE<br>COUNTY OF WILLIAMSON<br>THE ACTUAL CONSIDERATION OR VALUE, WHICHEVER IS<br>GREATER, FOR THIS TRANSFER IS $350,000.00<br><br>_____<br>Affiant<br><br>Subscribed and sworn to before me, this 29th day of April 2011.<br><br>_____<br>Notary Public<br><br>MY COMMISSION EXPIRES:<br>(AFFIX SEAL) |

THIS INSTRUMENT WAS PREPARED BY:
Southland Title & Escrow Co., Inc.
7101 Executive Center Drive, Suite 151
Brentwood, TN 37027

| ADDRESS NEW OWNERS AS FOLLOWS: | SEND TAX BILLS TO: | MAP-PARCEL NUMBERS |
|---|---|---|
| Fawn Fenton | Renasant Bank | 013 J-A |
| (NAME) | (NAME) | (MAP) |
| 1986 Sunnyside Drive | 2001 Park Place North, Suite 650 | 035.00 |
| (ADDRESS) | (ADDRESS) | (PARCEL) |
| Brentwood, TN  37027 | Birmingham, AL  35203 | |
| (CITY)    (STATE)    (ZIP) | (CITY)    (STATE)    (ZIP) | |

For and in consideration of the sum of TEN DOLLARS, cash in hand, paid by the hereinafter named Grantee(s), and other good and valuable consideration, the receipt of which is hereby acknowledged, I/we, **Mangel Jerome Terrell and wife, Colette Keyser**, hereinafter called the Grantor(s), have bargained and sold, and by these presents do hereby transfer and convey unto **Jeffrey R. Fenton and wife,** Fawn Fenton, hereinafter called Grantee(s), their heirs and assigns, that certain tract or parcel of land in Williamson County, TENNESSEE, described as follows, to-wit:

LAND in Williamson County, TN, BEING Lot No. 29, on the Plan of Section 3, Sunny Side Estates, of record in Plat Book 5, page 67 as amended in Book 330, page 844, Register's Office for Williamson County, TN, to which plan reference is hereby made for a complete description thereof.

Being the same property conveyed to Jerome Terrell and spouse, Collette Keyser, by deed dated July 8, 2005, from Melner R. Bond III and spouse, Kimala K. Bond, of record in Book 3615, page 152, and further conveyed to Mangel Jerome Terrell and wife, Colette Keyser, by Quitclaim Deed dated February 20, 2009, from Jerome Terrell and wife, Colette Keyser, of record in Book 4743, page 715, Register's Office for Williamson County, TN.

This conveyance is subject to the taxes for the current year and subsequent years; any and all easements and/or restrictions of record; and all matters shown on the plan of record; all in the said Register's Office.

This is ( ) unimproved (X) improved property, know as: 1986 Sunnyside Drive, Brentwood, Tennessee  37027

TO HAVE AND TO HOLD the said tract or parcel of land, with the appurtenances, estate, title and interest thereto belonging to the said GRANTEES, their heirs and assigns forever; and we do covenant with the said GRANTEES that we are lawfully seized and possessed of said land in fee simple, have a good right to convey it and the same is unencumbered, unless otherwise herein set out; and we do further covenant and bind ourselves, our heirs and representatives, to warrant and forever defend the title to the said land to the said GRANTEES, their heirs and assigns, against the lawful claims of all persons whomsoever. Wherever used, the singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

Witness my/our hand(s) this 29th day of April, 2011.

_____           _____
Mangel Jerome Terrell                                          Colette Keyser

STATE OF TENNESSEE
COUNTY OF WILLIAMSON

    Before me, the undersigned authority, a Notary Public within and for the State and County, appeared Mangel Jerome Terrell; Colette Keyser with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence) and who upon their oath(s) acknowledged themselves to be the within named bargainor(s), and that they executed the foregoing instrument of their own free will for the purposes therein set forth.

    Witness my hand and official seal at office at Brentwood, Tennessee, on this the 29th day of April, 2011.

                                                                          Notary Public

My Commission Expires: 9/3/2012

[Notary Seal: JUDY S. WELLS, STATE OF TENNESSEE NOTARY PUBLIC, DAVIDSON COUNTY, TENN.]

Book 5313 Page 454

**Certificate of Authenticity**

```
BK/PG: 5313/452-454
         11015616
3 PGS : DEED
KAREN OWENS    214724 - 11015616
05/12/2011 - 02:16 PM
VALUE                      350000.00
MORTGAGE TAX                    0.00
TRANSFER TAX                 1295.00
RECORDING FEE                  15.00
DP FEE                          2.00
REGISTER'S FEE                  1.00
TOTAL AMOUNT                 1313.00
STATE of TENNESSEE, WILLIAMSON COUNTY
              SADIE WADE
           REGISTER OF DEEDS
```

I, **Kimberly Hollingshead**, do hereby make oath that I am a licensed attorney and/or the custodian of the electronic version of the attached document tendered for registration herewith and that this is a true and correct copy of the original document executed and authenticated according to law.

_____
Signature

State of **Tennessee**
County of **Williamson**

Personally appeared before me, **the Undersigned**, a notary public for this county and state, **Kim Hollingshead** who acknowledges that this certification of an electronic document is true and correct and whose signature I have witnessed.

_____
Notary's Signature

My Commission Expires: **1/9/12**

[Notary Seal: Thomas L. Sealy, Notary Public at Large, Davidson County, Tennessee]



| | | |
|---|---|---|
| Residential | MLS No. **1220084** | |
| Status **Closed** | Area **10** | List Price **$360,000** |
| Type **Site Built** | Er/Ea **Exc. Right to Sell** | Media |
| Address **1986 Sunnyside Dr** | City **Brentwood** | Zip **37027** |
| County **Williamson** | Sub/Dev **Sunny Side** | MLS Map |
| Lot Number | Tax ID **013J A 035.00** | Deed Book/Page **4743/715** |

Directions **FROM NASHVILLE*SOUTH ON HILLSBORO RD, LEFT ON SUNNYSIDE DR, 1986 IS ON THE RIGHT**

### General Information

| | | |
|---|---|---|
| Style **Ranch** | Stories **1.00** | Year Built **1977 / Approximate** |
| Acres **1.470** | Acreage Source | Completion |
| Total Rooms **9** | Size **150.0 x 434.0** | Assoc Fee **$ /mo** |
| Constr **All Brick / Wood** | Lot **Wooded** | Basement **Partial / Unfinished** |
| Driveway **Aggregate** | Floors **Carpet / Finished Wood / Tile /** | Garage **2 / Attached - SIDE** |
| Community Amenities | Waterfront / | Roof **Composition Shingle** |

### Rooms and Dimension Information

| | | |
|---|---|---|
| Liv **15X13 / Formal** | Rec **25X33 / Over Garage** | Bed 1 **15X13 / Full Bath** |
| Din **13X12 / Formal** | Hobby / | Bed 2 **12X11 /** |
| Kit **15X12 / Eat-In** | Other / | Bed 3 **13X13 /** |
| Den **19X13 / Fireplace** | Other / | Bed 4 **12X11 /** |

| | Bedrooms | Full Baths | Half Baths | Finished Square Feet (est) | |
|---|---|---|---|---|---|
| Main | 4 | 2 | 1 | Main **2579** | Est. SqFt. Source |
| Other | 0 | 0 | 0 | Second | **Tax Record** |
| | | | | Third | |
| Total | 4 | 2 | 1 | Basement | Total **2579** |

### Office and Showing Information

Show **Call Showing Center**  Owner Name  Open House
Agent **John Taylor** (Ph: 615-794-0833 ext 6035)  CoList Agent (Ph: )
Listing Office **Zeitlin & Co., Realtors** (Ph: (615) 794-0833)  CoList Office (Ph: )
Appt Phone **(615) 327-0101**  Subagency **0**  Buyer Broker **3**  Facilitator **3**
Remarks: ALL BRICK RANCH*CUL-DE-SAC LOCATION*HUGE BEDROOMS & BONUS ROOM*9FT CEILINGS & CROWN MOLDING IN LIVING RM, DINING RM, & FOYER*HEATED FLR IN GUEST BATH*PRIVATE WOODED LOT*CONVENIENT TO NASHVILLE, BRENTWOOD & FRANKLIN

### Schools and Utilities

| | | | |
|---|---|---|---|
| Elem1 **Grassland Elementary** | Elem2 | Middle/JR **Grassland Middle School** | High **Franklin High School** |
| Water **City Water** | Sewer **Septic Tank** | Cool **Electric / Central** | Heat **Gas / Central** |

### Features

| Appliances | Interior Features | Exterior Features | Miscellaneous |
|---|---|---|---|
| Range **Cooktop / Electric** | Firepl **1** | Fence | Handicap |
| Oven **Double Oven / Electric** | Drapes | Patio/Deck **Deck** | Energy **Storm Doors / Storm Windows /** |
| | Master Bath **Sep. Shower/Tub / Ceramic** | Pool | Green Cert |
| Other **Dishwasher** | Other **Ceiling Fan / Extra Closets / Utility Connection /** | Other **Garage Door Opener** | Other **Cable TV** |

### Financing and Taxes

Acceptable Buyer Financing **FHA / Other / VA /**  Taxes **$1,461**

### MLS Information

Photo **None**  List Date **Sep 27 2010**  Poss **Date of Deed**
Realtor Remarks: BUYER OR BUYER AGENT TO VERIFY SCHOOL ZONING AND ANY OTHER PERTINENT INFORMATION

### Comparable Information

Sales Agent **Jeff Fenton**  Co-Sales Agent  Days On Mkt **205**
Sales Office **Benchmark Realty, LLC**  Co-Sales Office  Presale **No**
Seller Participation **4000**  Closing Date **4/29/2011**  Orig. List Price **$360,000**
Terms **Conventional**  Pending Date **4/20/2011**  Sales Price **$350,000**

---

Requested by: **Jeff Fenton**

*Information believed to be accurate but not guaranteed. Buyers should independently verify all information prior to submitting any offer to purchase.*

RealTracs Solutions ®
Report Date: **4/29/2011**

| | |
|---|---|
| **From:** | Kim Hollingshead [Kim@TouchstoneTitleTN.com] |
| **Sent:** | Wednesday, September 24, 2014 3:42 PM |
| **To:** | Jeff Fenton |
| **Cc:** | Fawn Fenton |
| **Subject:** | RE: Fenton Purchase | 1986 Sunnuyside Drive, Brentwood | Tenancy by the Entirety? |

==And wife==

---

**From:** Jeff Fenton
**Sent:** Wednesday, September 24, 2014 3:41 PM
**To:** Kim Hollingshead
**Cc:** Fawn Fenton
**Subject:** RE: Fenton Purchase | 1986 Sunnuyside Drive, Brentwood | Tenancy by the Entirety?

Thanks for the lightening fast response with the Deed Kim!

Can you please explain to me how "Tenancy by the Entirety" is specified/differentiated on this document?

Thanks again!

# Jeff Fenton

**Meticulous Marketing LLC**
(615) 837-1300  Office
(615) 837-1301  Mobile
(615) 837-1302  Fax

**When it's worth doing RIGHT the first time!**

Submit or respond to a support ticket here.

---

**From:** Kim Hollingshead [mailto:Kim@TouchstoneTitleTN.com]
**Sent:** Wednesday, September 24, 2014 3:31 PM
**To:** Jeff Fenton
**Cc:** Fawn Fenton
**Subject:** RE: Fenton Purchase | 1986 Sunnuyside Drive, Brentwood | Tenancy by the Entirety?

==Jeff, please see attached.  Title is currently vested as Tenancy by the Entirety.==

==*Kimberly K. Hollingshead, Esq.*==
President
Touchstone Title & Escrow, LLC
318 Seaboard Lane, Suite 114
Franklin, TN 37067

Office: (615) 371-2299
Email: Kim@TouchstoneTitleTN.com
Website: www.TouchstoneTitleTN.com
*******************************************************

Our number one goal is to ensure that you are satisfied with our services. If you have any questions or concerns on this closing, or have suggestions on how we can make your next interaction with us even better, please e-mail me.

NOTICE: YOU ARE NOT AUTHORIZED TO FORWARD THIS EMAIL TO ANYONE. This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. It is not our intention to waive the attorney-client privilege, the attorney work-product doctrine, or any proprietary rights in the information contained on the following pages. If you have received this message in error, please notify the sender immediately by telephone (615-371-2299) or by electronic mail (kim@touchstonetitletn.com), and delete this message and all copies and backups thereof. Thank you.

---

**From:** Jeff Fenton
**Sent:** Wednesday, September 24, 2014 3:24 PM
**To:** Kim Hollingshead
**Cc:** Fawn Fenton
**Subject:** RE: Fenton Purchase | 1986 Sunnuyside Drive, Brentwood | Tenancy by the Entirety?
**Importance:** High


Hello Kim!

It has been a while!

It has been recommended to Fawn and I, for liability purposes, that we hold title to our home as **"Tenancy by the Entirety"**.

I know very little about this, but here is an explanation that I found online:

> **Tenancy by the Entirety**: a special form of joint tenancy when the joint tenants are husband and wife -- with each owning one-half. Neither spouse can sell the property without the consent of the other. Words in the deed such as "Bill and Mary, husband and wife as tenancy in the entirety" establish title in tenancy by the entireties. This form of ownership is not available in all states. (http://jtlehmanlaw.com/lawyer/Nashville-TN_fq314.htm)

Can you please tell me how our title is held currently at 1986 Sunnyside Drive, Brentwood, 37027? (You facilitated our closing.) I have a copy of our Deed of Trust (attached), but I can't figure out if this is titled as "Tenants in Common", "Joint Tenancy", or "Tenancy by the Entirety".

Is there a document that you can provide me which shows exactly how our property is titled?

Thanks for your help with this!

# Jeff Fenton

**Meticulous Marketing LLC**
(615) 837-1300  Office
(615) 837-1301  Mobile
(615) 837-1302  Fax

When it's worth doing RIGHT the first time!

## 31.1 TENANCY BY THE ENTIRETY

When real property is acquired by individuals who are husband and wife at the time of the conveyance, then title is jointly held as an indivisible whole with right of survivorship unless the granting instrument expressly states that title is not to be held as a Tenancy by the Entirety. Upon divorce, a Tenancy by the Entirety is destroyed and absent some decree by the Divorce Court, the interest of the former spouses is converted into a Tenancy in Common with each owning a one-half interest.

## 31.2 TENANTS IN COMMON

When real property is acquired by two or more individuals who are not married at the time of the conveyance, or a Tenancy by the Entirety is destroyed through a divorce, title is held as Tenants in Common. In cases where the property is owned by Tenants in Common, each owner has a certain defined share in the property. Unless the instrument states otherwise, when there are two owners, each will automatically be presumed to own one-half each; if three, a third each, and so on. However, the shares between Tenants in Common do not need to be equal. The parties can decide what share of the property belongs to each owner. For example, if two individuals named Sam and Mark buy a property together, but if Sam contributes more to the purchase price than Mark, this could be reflected in the respective shares each acquires in the property. The deed into these individuals could state that Sam receives 70% interest in the property and Mark is entitled to 30%. The important point is that each of the Tenants in Common owners always owns his or her share of the property, and is only entitled to that same percentage of the sale proceeds. For example, if Sam dies, then his share of the property will be administrated as part of Sam's estate. Mark will continue to own his 30% after Sam's death. Unlike in a Joint Tenancy with a Right of Survivorship, it does not automatically pass to Mark.

When property is held as Tenants in Common, each of the individuals have a right to enter the common estate and take possession of the whole, subject to the equal right of the co-tenants to share in possession of the whole; and one co tenant's occupation or possession of the property can never be deemed adverse to the other co-tenants.



| ACCOUNT NUMBER | PAGE |
|---|---|
| 2576580 | 1 |
| SOCIAL SECURITY NUMBER | 01OCT09 FROM — 31OCT09 TO STATEMENT PERIOD |
| KN E-STMT | |

**Ascend Federal Credit Union**
550 William Northern Blvd., P.O. Box 1210
Tullahoma, Tennessee 37388
(931)455-5441

```
                    **REQUIRED CARD ACT NOTIFICATION**
                    Please note that your loan payment
                    will not be considered late until
                    the 24th of the month. *This applies
                    only to loans under an open end
                    plan. *This does not apply to closed
                    end Real Estate, Indirect Auto and
                    Credit Card loans or loans currently
                    delinquent.  *This does not apply
                    to loans with payments that are due
                    after the 24th of month.
```

FAWN FENTON
JEFFREY R FENTON
P.O. BOX 111777
NASHVILLE TN 37222

NOTICE: See reverse side for important information

```
SHARE       Your balance at the beginning of the period..............$      620.58
Suffix 0     05OCT   WITHDRAWAL E-Branch                   -600.00 =       20.58
OUR JOINT       Transfer "STD" 600.00 to share 7
REAL ESTATE  20OCT   DEPOSIT                                453.02 =      473.60
INVESTMENT      DBO Deposit Funds Transfer From 064005203
HOLDING FUND 20OCT   WITHDRAWAL                            -453.02 =       20.58
FOR OUR         DBO Withdraw Funds For Credit Distribution
MARITAL      23OCT   DEPOSIT    Fawn's Premarital Retirement Funds 10797.02 = 10817.60
RESIDENCE AT: 31OCT   DIVIDEND through 31OCT2009 (After the 2008 Market Crisis) 3.16 = 10820.76
1986 SUNNYSIDE  ANNUAL PERCENTAGE YIELD EARNED:   1.16% FOR A 31 DAY PERIOD
DR, BRENTWOOD,  Average Daily Balance:        3232.62
TN 37027
Purchase Closed Your new balance on 31OCT09.............................$    10820.76
on 4/29/2011 Dividends Paid To You In 2009 On Suffix 0       $     42.41
============================================================================
AUTO         Your balance at the beginning of the period..............$     1793.13
Loan 1          4.75% ***ANNUAL PERCENTAGE RATE***
Prius Paid Off   .013014% Daily Periodic Rate
from Fawn's                                    **FINANCE**
Vanguard                          (PAYMENT)**CHARGE**PRINCIPAL
Retirement   20OCT   PAYMENT      (453.02)    6.77    446.25 =    1346.88
                DBO distribution $453.02 from account ****580...064005203
Remainder    23OCT   PAYMENT     (1347.41)    0.53   1346.88 =       0.00
Deposited for Your new balance on 31OCT09...............................$       0.00
Marital Residence FINANCE CHARGES PAID IN 2009 ON LOAN 1    $     65.53
============================================================================
SHARE        No. 1002576580.  Balance at the beginning of the period.....$   10.26
DRAFT        Additions and miscellaneous withdrawals:
Suffix 7      05OCT   DEPOSIT E-Branch                            600.00
                Transfer "STD" 600.00 from share 0
              31OCT   DIVIDEND through 31OCT2009                    0.23
                ANNUAL PERCENTAGE YIELD EARNED:   0.51% FOR A 31 DAY PERIOD
                Average Daily Balance:        532.84

              0 Withdrawals = 0.00  2 Deposits = 600.23   0 Drafts Cleared
              Your new balance on 31OCT09..................................$  610.49
              Dividends Paid To You In 2009 On Suffix 7      $    0.48

              To report a lost or stolen Freedom (Visa Check) Card
              after Credit Union Business Hours, call 1-800-250-9655.
============================================================================
Your         Your total Draft balances.................................$     610.49
Financial    Your total Share balances.................................$  10,820.76
Summary      Your total Loan balances..................................$       0.00

YTD Tax      YEAR
Summary      Tota
             (May
             Tota
```

> **We lived under the SPIRITUAL PRINCIPAL of the "TWO becoming ONE at MARRIAGE". Throughout the ENTIRE DURATION of OUR MARRIAGE.** Until after my ex-wife unnecessarily, prematurely, and irresponsibly ABANDONDED our Marital Residence. (It was 2,500 SqFt, and NOT a hostile environment.)
>
> **ALL of our ASSETS and DEBTS were ALWAYS Held as ONE "Tenancy by Entirety".** Regardless of whose NAME either were technically in. **Those choices were strategically for the BENEFIT of BOTH of US!** (Whether for preferential interest rates, risk mitigation, etc... which was EQUALLY for BOTH OUR BENEFIT!) **It was a matter of "OUR LEFT POCKET" vs "OUR RIGHT POCKET". NEVER "HERS" or "MINE"!**

*ASTERISK NEXT T

# 2010 Form 1099-R
**Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.**

1-800-662-2739
PAGE 2 OF 3

# Vanguard
P.O. BOX 2600 · VALLEY FORGE, PA 19482-2600

**PAYER'S name**
Vanguard Fiduciary Trust Company

**PAYER'S federal identification number**
23-2640992

**RECIPIENT'S identification number**
XXX-XX-5069

JEFFREY RYAN FENTON
PO BOX 111777
NASHVILLE TN 37222-1777

This information is being furnished to the Internal Revenue Service.
Department of the Treasury - Internal Revenue Service

| Plan Name | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Fund Name | | | Account number | | | | | | |
| Box 1: Gross distribution | Box 2a: Taxable amount | Box 2b: Taxable amount not determined | Box 4: Federal income tax withheld | Box 7: Distribution code(s) | IRA/SEP/SIMPLE | Box 10: State tax withheld | Box 11: State/Payer's state no. | Box 12: State distribution | |
| ROTH IRA | | | | | | | | | |
| STRATEGIC EQUITY FUND | | | 09984339759 | | | | | | |
| 8,023.32 | | X | 0.00 | J | | | | | |
| REIT INDEX FUND INV | | | 09984339759 | | | | | | |
| 9,758.76 | | X | 0.00 | J | | | | | |

**JEFF'S TOTAL RETIREMENT DISTRIBUTION**
(After 2007–2008 Financial Crisis)
**DEPOSITED IN ASCEND JOINT**
HOUSE INVESTMENT FUND
on 4/25/2010

**$17,782.08**

Form 1099-R
OMB No. 1545-0119

Copy B Report this income on your federal tax return. If this form shows federal income tax withheld in box 4, attach this copy to your return.
2-3

01035809


Case 3:24-cv-01282    Document 25-2    Filed 01/19/24    Page 13 of 17 PageID #: 2983



## Confirmation



 **Confirmation number W206391261**
Thank you. You can print this page for your records.

Vanguard received your transaction on 04/24/2010, at 4:02 a.m., Eastern time.

**Redemption requests received before 4 p.m., Eastern time, are processed the same business day, and your money should be delivered to your bank in two business days. Requests received after 4 p.m., Eastern time, are processed the next business day, and your money should be delivered to your bank in three business days.**

Your Vanguard account will reflect the redemption the day after it is processed.

You'll receive confirmation of this transaction electronically, with an e-mail notification sent at the end of the day on which your request is processed.

Notice of your confirmation will be sent to the Web-registered address below. You can change your e-mail address at any time.

| | |
|---|---|
| E-mail address | Business@FentonMail.com |

### Fund information

| | |
|---|---|
| Account | Jeffrey Ryan Fenton—Roth IRA |
| Fund name | Strategic Equity Fund (VSEQX) |
| Fund & account | 0114-09984339759 |

### Method and amount

| | |
|---|---|
| Sale amount | 100% |
| Redemption method | Electronic Bank Transfer |

### Restrictions

| | |
|---|---|
| Restricted until | 06/25/2010 |

Information on Vanguard's frequent-trading policy is available in each fund's prospectus. You can review our redemption policies. 06/25/2010.

### Bank instructions

| | |
|---|---|
| Routing number | 264181626 |
| Name of bank | ASCEND FCU |
| Bank account number | ********6580 |
| Bank account type | Savings   (JOINT HOUSE INVESTMENT FUND) |



| ACCOUNT NUMBER | PAGE |
|---|---|
| 2576580 | 1 |
| 01APR10 | 30APR10 |
| SOCIAL SECURITY NUMBER | FROM STATEMENT PERIOD TO |

KN    E-STMT

**Ascend Federal Credit Union**
550 William Northern Blvd., P.O. Box 1210
Tullahoma, Tennessee 37388
(931)455-5441

MORTGAGE SPECIAL!

Now through May 31 or until allocated funds are depleted, Ascend is offering a great mortgage special. Visit ascendfcu.org or call 1-800-342-3086 for details.

FAWN FENTON
JEFFREY R FENTON
P.O. BOX 111777
NASHVILLE TN 37222

NOTICE: See reverse side for important information

**SHARE Suffix 0**

**OUR JOINT REAL ESTATE INVESTMENT HOLDING FUND**

**FOR OUR MARITAL RESIDENCE AT:**

**1986 SUNNYSIDE DR, BRENTWOOD, TN 37027**

**Purchase Closed on 4/29/2011**

```
Your balance at the beginning of the period................$    12049.92
28APR   DEPOSIT-ACH-A-INVEST                     9758.76 =      21808.68
        VGI-REIT IX IN (INVESTMENT)    MY Premarital Retirement Funds
28APR   DEPOSIT-ACH-INVESTMENT         (After the 2008 Market Crisis)
        VGI-STR EQUITY (INVESTMENT)                  8023.32 =  29832.00
30APR   DIVIDEND through 30APR2010                     11.93 =  29843.93
        ANNUAL PERCENTAGE YIELD EARNED:    1.05% FOR A 30 DAY PERIOD
        Average Daily Balance:          13828.13
Your new balance on 30APR10.................................$  29843.93
-------------------------------------------------------------------------
                              |  Total for   |   Total
                              | this period  | year-to-date
-------------------------------------------------------------------------
 TOTAL OVERDRAFT ITEM FEES    |    0.00      |    0.00
 TOTAL RETURNED ITEM FEES     |    0.00      |    0.00
-------------------------------------------------------------------------
Dividends Paid To You In 2010 On Suffix 0       $      46.01
=========================================================================
```

**SHARE DRAFT Suffix 7**

```
No. 1002576580.  Balance at the beginning of the period.....$     611.75
Additions and miscellaneous withdrawals:
30APR   DIVIDEND through 30APR2010                     0.20
        ANNUAL PERCENTAGE YIELD EARNED:    0.40% FOR A 30 DAY PERIOD
        Average Daily Balance:              611.75

0 Withdrawals = 0.00  1 Deposits = 0.20  0 Drafts Cleared
Your new balance on 30APR10.................................$     611.95
-------------------------------------------------------------------------
                              |  Total for   |   Total
                              | this period  | year-to-date
-------------------------------------------------------------------------
 TOTAL OVERDRAFT ITEM FEES    |    0.00      |    0.00
 TOTAL RETURNED ITEM FEES     |    0.00      |    0.00
-------------------------------------------------------------------------
Dividends Paid To You In 2010 On Suffix 7       $       0.95

    To report a lost or stolen Freedom (Visa Check) Card
    after Credit Union Business Hours, call 1-800-250-9655.
=========================================================================
```

**Your Financial Summary**

```
Your total Draft balances...................................$     611.95
Your total Share balances...................................$  29,843.93
```

**YTD Tax Summary**

```
YEAR-TO-DATE INFORMATION FOR TAX PURPOSES:
Total non-IRA dividends earned
(May be reported to IRS as interest for this calendar year)..$     46.96
```

*ASTERISK NEXT TO

**We lived under the SPIRITUAL PRINCIPAL of the "TWO becoming ONE at MARRIAGE". Throughout the ENTIRE DURATION of OUR MARRIAGE.** Until after my ex-wife unnecessarily, prematurely, and irresponsibly ABANDONED our Marital Residence. (It was 2,500 SqFt, and NOT a hostile environment.)

**ALL of our ASSETS and DEBTS were ALWAYS Held as ONE "Tenancy by Entirety".** Regardless of whose NAME either were technically in. **Those choices were strategically for the BENEFIT of BOTH of US!** (Whether for preferential interest rates, risk mitigation, etc... which was EQUALLY for BOTH OUR BENEFIT!) **It was a matter of "OUR LEFT POCKET" vs "OUR RIGHT POCKET". NEVER "HERS" or "MINE"!**

```
FAWN FENTON  CELL 308-4350                                    2016
JEFFREY R FENTON                                          87-8162/2641
P.O. BOX 111777
NASHVILLE, TN 37222              APRIL 3, 2011

PAY TO THE   ZEITLIN & CO REALTORS              $ 5000.00
ORDER OF

   FIVE THOUSAND ———————— ONLY ————————  DOLLARS

   AEDC FEDERAL
   CREDIT UNION
   Nashville, Tennessee 37214

FOR 1986 SUNNYSIDE EARNEST MONEY     [signature: Fawn Fenton]

 ⑆264181626⑆   100257658001⑈  2016
```

| DATE | TELLER | TRANSACTION / TYPE | ACCOUNT-SFX | PREV BAL | CHK AMT | END BAL |
|---|---|---|---|---|---|---|
| 28APR11 | 723-176 | Cashier's Check Sal | 2576580-0 | | 34500.00 | |

Payee: TOUCHSTONE TITLE AND ESCROW LLC

```
         S(0)       SD(7)
       5525.13     610.02
       Loan(1)    Loan(85)    Loan(90)
         0.00       0.00        0.00
```

CHECK NO: 219813

TOUCHSTONE TITLE AND ESCROW LLC***



DETACH THIS PORTION BEFORE DEPOSITING

**WARNING: THIS CHECK IS PROTECTED BY SECURITY FEATURES. DETAILS ON BACK.**

Ascend Federal Credit Union
Raising Possibilities

520 Airpark Drive P.O. Box 1210
Tullahoma, Tennessee 37388
(931) 455-5441

28APR11   87-8162 / 2641   CHECK NO: 219813

AMOUNT
$ **34500.00

PAY THE SUM OF   THIRTY FOUR THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

VOID AFTER 90 DAYS

PAY TO THE ORDER OF   TOUCHSTONE TITLE AND ESCROW LLC***

AUTHORIZED SIGNATURE

2nd SIGNATURE REQUIRED FOR CHECKS OVER $5,000

Remitter: FAWN FENTON

**CASHIER'S CHECK**

⑆00219813⑆ ⑈264181626⑈ 646226183⑈

### The Brand Promise

Our brand promise is to educate and help you become an effective financial steward. We deliver this promise by asking you questions and offering our full, undivided attention to understand your current life situation and future plans before offering solutions.

Our tagline is "Raising Possibilities." All that we do to define and differentiate ourselves from other financial institutions derives from this. We want to help you recognize and raise all the possibilities as we assist you with personal financial solutions.

Raising Possibilities

