**FILED - LN**
January 19, 2024 5:05 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: jlg / SCANNED BY: /

JEFFREY RYAN FENTON
Plaintiff,

v.

VIRGINIA LEE STORY ET AL
Defendant(s)

Hon. PAUL L. MALONEY

Case No. 1:23-CV-1097



AUDIO VIDEO FILES
1:23 CV 1097 FENTON
Disc ①

1:23 CV 1097 FENTON