UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

FILED - LN
January 19, 2024 5:05 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ilo / SCANNED BY: JLS 1/22/24

JEFFREY RYAN FENTON
Plaintiff,

v.

VIRGINIA LEE STORY ET AL
Defendant(s)

Hon. PAUL L. MALONEY
Case No. 1:23-CV-1097



AUDIO VIDEO FILES

1:23-CV-1097 FENTON ②

1:23-CV-1097 FENTON AUDIO VIDEO FILES