# 2009 Form 1099-R
**Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.**

# Vanguard®

P.O. BOX 2600 · VALLEY FORGE, PA  19482-2600

**PAGE 1 of 1**

1-888-285-4563


RETURN

FAWN ███████ FENTON
PO BOX 111777
NASHVILLE TN 37222-1777

**PAYER'S name**
Vanguard Fiduciary Trust Company

**PAYER'S federal Identification number**
23-2640992

**RECIPIENT'S identification number**
███████ -20█

This information is being furnished to the Internal Revenue Service.
Department of the Treasury—Internal Revenue Service

**Plan Name**

**Fund Name**

Account number

| Box 1: Gross distribution | Box 2a: Taxable amount | Box 2b: Taxable amount not determined | Box 4: Federal income tax withheld | Box 7: Distribution code(s) | IRA/ SEP/ SIMPLE | Box 10: State tax withheld | Box 11: State / Payer's state no. | Box 12: State distribution |
|---|---|---|---|---|---|---|---|---|
| ROTH IRA | | | | | | | | |
| REIT INDEX FUND INV | | | 88016994559 | | | | | |
| 2,984.96 | | X | 0.00 | J | | | | |
| TARGET RETIREMENT 2035 | | | 88016994559 | | | | | |
| 5,235.30 | | X | 0.00 | J | | | | |
| DIVERSIFIED EQUITY INV | | | 88016994559 | | | | | |
| 3,924.17 | | X | 0.00 | J | | | | |

**FAWN'S TOTAL RETIREMENT DISTRIBUTION**
**(After 2007–2008 Financial Crisis)**
**DEPOSITED IN ASCEND JOINT**
HOUSE INVESTMENT FUND
on 10/23/2009

**$12,144.43**


**PLAINTIFF'S EXHIBIT**
**L**

**Copy B** Report this income on
your federal tax return. If this
form shows federal income
tax withheld in box 4, attach
this copy to your return.



**Ascend**
Federal Credit Union

550 William Northern Blvd., P.O. Box 1210
Tullahoma, Tennessee 37388
(931)455-5441


RETURN

| ACCOUNT NUMBER | PAGE |
|---|---|
| 2576580 | 1 |

| | 01OCT09 | 31OCT09 |
|---|---|---|
| SOCIAL SECURITY NUMBER | FROM | TO |
| | | STATEMENT PERIOD |

KN   E-STMT

FAWN FENTON
JEFFREY R FENTON
P.O. BOX 111777
NASHVILLE TN 37222

**\*\*REQUIRED CARD ACT NOTIFICATION\*\***
Please note that your loan payment
will not be considered late until
the 24th of the month. \*This applies
only to loans under an open end
plan. \*This does not apply to closed
end Real Estate, Indirect Auto and
Credit Card loans or loans currently
delinquent.   \*This does not apply
to loans with payments that are due
after the 24th of month.

NOTICE: See reverse side for important information

| | |
|---|---|
| SHARE Suffix 0 **OUR JOINT REAL ESTATE INVESTMENT HOLDING FUND FOR OUR MARITAL RESIDENCE AT: 1986 SUNNYSIDE DR, BRENTWOOD, TN 37027 Purchase Closed on 4/29/2011** | Your balance at the beginning of the period.................$   620.58<br>05OCT  WITHDRAWAL E-Branch                    -600.00 =     20.58<br>  Transfer "STD" 600.00 to share 7<br>20OCT  DEPOSIT                                453.02 =    473.60<br>  DBO Deposit Funds Transfer From 064005203<br>20OCT  WITHDRAWAL                            -453.02 =     20.58<br>  DBO Withdraw Funds For Credit Distribution<br>23OCT  DEPOSIT          **Fawn's Premarital Retirement Funds** 10797.02 =  10817.60<br>31OCT  DIVIDEND through 31OCT2009 **(After the 2008 Market Crisis)** 3.16 =  10820.76<br>  ANNUAL PERCENTAGE YIELD EARNED:   1.16% FOR A 31 DAY PERIOD<br>  Average Daily Balance:        3232.62<br>Your new balance on 31OCT09...............................$  10820.76<br>Dividends Paid To You In 2009 On Suffix 0       $     42.41 |
| **AUTO Loan** 1 **Prius Paid Off from Fawn's Vanguard Retirement** **Remainder Deposited for Marital Residence** | Your balance at the beginning of the period.................$   1793.13<br>  4.75% \*\*\*ANNUAL PERCENTAGE RATE\*\*\*<br>  .013014% Daily Periodic Rate<br>                          \*\*FINANCE\*\*<br>                    (PAYMENT)\*\*CHARGE\*\*PRINCIPAL<br>20OCT  PAYMENT          (453.02)    6.77    446.25 =   1346.88<br>  DBO distribution $453.02 from account \*\*\*580...064005203<br>23OCT  PAYMENT          (1347.41)   0.53  1346.88 =      0.00<br>Your new balance on 31OCT09...............................$      0.00<br>FINANCE CHARGES PAID IN 2009 ON LOAN 1         $     65.53 |
| SHARE DRAFT Suffix 7 | No. 1002576580.  Balance at the beginning of the period.....$   10.26<br>Additions and miscellaneous withdrawals:<br>05OCT  DEPOSIT E-Branch                       600.00<br>  Transfer "STD" 600.00 from share 0<br>31OCT  DIVIDEND through 31OCT2009               0.23<br>  ANNUAL PERCENTAGE YIELD EARNED:   0.51% FOR A 31 DAY PERIOD<br>  Average Daily Balance:        532.84<br><br>0 Withdrawals = 0.00  2 Deposits = 600.23  0 Drafts Cleared<br>Your new balance on 31OCT09...............................$    610.49<br>Dividends Paid To You In 2009 On Suffix 7       $    0.48<br><br>  To report a lost or stolen Freedom (Visa Check) Card<br>  after Credit Union Business Hours, call 1-800-250-9655. |
| Your Financial Summary | Your total Draft balances....................................$    610.49<br>Your total Share balances....................................$ 10,820.76<br>Your total Loan balances.....................................$      0.00 |
| YTD Tax Summary | YEAR<br>Tota<br>(May<br>Tota |

**PLAINTIFF'S EXHIBIT**

**L-1**

**We lived under the SPIRITUAL PRINCIPAL of the "TWO becoming ONE at MARRIAGE". Throughout the ENTIRE DURATION of OUR MARRIAGE.** Until after my ex-wife unnecessarily, prematurely, and irresponsibly ABANDONED our Marital Residence. (It was 2,500 SqFt, and NOT a hostile environment.)

**ALL of our ASSETS and DEBTS were ALWAYS Held as ONE "Tenancy by Entirety".** Regardless of whose NAME either were technically in. **Those choices were strategically for the BENEFIT of BOTH of US!** (Whether for preferential interest rates, risk mitigation, etc... which was EQUALLY for BOTH OUR BENEFIT!) **It was a matter of "OUR LEFT POCKET" vs "OUR RIGHT POCKET". NEVER "HERS" or "MINE".**

# 2010 Form 1099-R

**Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.**

1-800-662-2739

PAGE 2 OF 3

# Vanguard

P.O. BOX 2600 · VALLEY FORGE, PA 19482-2600



**PAYER'S name**
Vanguard Fiduciary Trust Company

JEFFREY RYAN FENTON
PO BOX 111777
NASHVILLE TN 37222-1777

**PAYER'S federal identification number**

23-2640992

**RECIPIENT'S identification number**

XXX-XX-5069

This information is being furnished to the Internal Revenue Service.
Department of the Treasury - Internal Revenue Service

| Plan Name | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Fund Name | | | Account number | | | | | |
| Box 1: Gross distribution | Box 2a: Taxable amount | Box 2b: Taxable amount not determined | Box 4: Federal income tax withheld | Box 7: Distribution code(s) | IRA/ SEP/ SIMPLE | Box 10: State tax withheld | Box 11: State/Payer's state no. | Box 12: State distribution |
| ROTH IRA STRATEGIC EQUITY FUND 8,023.32 REIT INDEX FUND INV 9,758.76 | X X | | 09984339759 0.00 09984339759 0.00 | J J | | | | |

**JEFF'S TOTAL RETIREMENT DISTRIBUTION**
(After 2007–2008 Financial Crisis)
**DEPOSITED IN ASCEND JOINT**
HOUSE INVESTMENT FUND
on 4/25/2010

**$17,782.08**

Form 1099-R
OMB No. 1545-0119

**Copy B** Report this income on your federal tax return. If this form shows federal income tax withheld in box 4, attach this copy to your return.
2-3

PLAINTIFF'S EXHIBIT
L-2

01035809





---

# Confirmation



 **Confirmation number W206391261**
Thank you. You can print this page for your records.

Vanguard received your transaction on 04/24/2010, at 4:02 a.m., Eastern time.

**Redemption requests received before 4 p.m., Eastern time, are processed the same business day, and your money should be delivered to your bank in two business days. Requests received after 4 p.m., Eastern time, are processed the next business day, and your money should be delivered to your bank in three business days.**

Your Vanguard account will reflect the redemption the day after it is processed.

You'll receive confirmation of this transaction electronically, with an e-mail notification sent at the end of the day on which your request is processed.

Notice of your confirmation will be sent to the Web-registered address below. You can change your e-mail address at any time.

| | |
|---|---|
| E-mail address | Business@FentonMail.com |

## Fund information

| | |
|---|---|
| Account | Jeffrey Ryan Fenton—Roth IRA |
| Fund name | Strategic Equity Fund (VSEQX) |
| Fund & account | 0114-09984339759 |

## Method and amount

| | |
|---|---|
| Sale amount | 100% |
| Redemption method | Electronic Bank Transfer |

## Restrictions

| | |
|---|---|
| Restricted until | 06/25/2010 |

Information on Vanguard's frequent-trading policy is available in each fund's prospectus. You can review our redemption policies. 06/25/2010.

## Bank instructions

| | |
|---|---|
| Routing number | 264181626 |
| Name of bank | ASCEND FCU |
| account number | ********6580 |
| ank account type | Savings (JOINT HOUSE INVESTMENT FUND) |

**PLAINTIFF'S EXHIBIT L-3**



| Bank account registration | Jeffrey R Fenton |
| | Fawn Fenton |

## Withholding information

| Federal withholding | Do not withhold |

© 1995–2010 The Vanguard Group, Inc. All rights reserved. Vanguard Marketing Corp., Distrib. Terms & conditions of use | Security Center | Obtain prospectus | Careers | Vanguard.mobi | ◄► Feedback | Enhanced Support

**PLAINTIFF'S EXHIBIT**

**L-4**



 **Vanguard**

---

## Confirmation

 **Confirmation number W206391736**
Thank you. You can print this page for your records.

---

Vanguard received your transaction on 04/24/2010, at 3:58 a.m., Eastern time.

**Redemption requests received before 4 p.m., Eastern time, are processed the same business day, and your money should be delivered to your bank in two business days. Requests received after 4 p.m., Eastern time, are processed the next business day, and your money should be delivered to your bank in three business days.**

Your Vanguard account will reflect the redemption the day after it is processed.

You'll receive confirmation of this transaction electronically, with an e-mail notification sent at the end of the day on which your request is processed.

Notice of your confirmation will be sent to the Web-registered address below. You can change your e-mail address at any time.

| E-mail address | Business@FentonMail.com |
|---|---|

### Fund information

| | |
|---|---|
| Account | Jeffrey Ryan Fenton—Roth IRA |
| Fund name | REIT Index Fund Inv (VGSIX) |
| Fund & account | 0123-09984339759 |

### Method and amount

| | |
|---|---|
| Sale amount | 100% |
| Redemption method | Electronic Bank Transfer |

### Fee information

| | |
|---|---|
| Redemption fee | $0.00 |

### Restrictions

| | |
|---|---|
| Restricted until | 06/25/2010 |

Information on Vanguard's frequent-trading policy is available in each fund's prospectus. You can review our redemption policies. 06/25/2010.

| Routing number | 264181626 |
|---|---|

**PLAINTIFF'S EXHIBIT**
**L-5**

Case 3:24-cv-01282    Document 53-12    Filed 03/25/24    Page 6 of 16 PageID #: 4330
https://rico.jefffenton.com/evidence/2011-04-29_1986-sunnyside-premarital-assets-invested.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



| | |
|---|---|
| Name of bank | ASCEND FCU |
| Bank account number | ********6580 |
| Bank account type | Savings    (JOINT HOUSE INVESTMENT FUND) |
| Bank account registration | Jeffrey R Fenton |
| | Fawn Fenton |

## Withholding information

| | |
|---|---|
| Federal withholding | Do not withhold |

© 1995–2010  The Vanguard Group, Inc. All rights reserved. Vanguard Marketing Corp., Distrib. Terms & conditions of use | Security Center | Obtain prospectus | Careers | Vanguard.mobi | [►] Feedback | Enhanced Support

**PLAINTIFF'S EXHIBIT**

**L-6**



Ascend
Federal Credit Union

550 William Northern Blvd., P.O. Box 1210
Tullahoma, Tennessee 37388
(931)455-5441

RETURN

FAWN FENTON
JEFFREY R FENTON
P.O. BOX 111777
NASHVILLE TN 37222

```
              MORTGAGE SPECIAL!

     Now through May 31 or until
   allocated funds are depleted,
    Ascend is offering a great
       mortgage special. Visit
     ascendfcu.org or call
   1-800-342-3086 for details.
```

NOTICE: See reverse side for important information

**SHARE Suffix 0**

**OUR JOINT REAL ESTATE INVESTMENT HOLDING FUND**

**FOR OUR MARITAL RESIDENCE AT:**

**1986 SUNNYSIDE DR, BRENTWOOD, TN 37027**

**Purchase Closed on 4/29/2011**

```
Your balance at the beginning of the period.................$   12049.92
  28APR  DEPOSIT-ACH-A-INVEST         9758.76 =    21808.68
    VGI-REIT IX IN (INVESTMENT)    MY Premarital Retirement Funds
  28APR  DEPOSIT-ACH-INVESTMENT     (After the 2008 Market Crisis)
    VGI-STR EQUITY (INVESTMENT)         8023.32 =    29832.00
  30APR  DIVIDEND through 30APR2010            11.93 =    29843.93
    ANNUAL PERCENTAGE YIELD EARNED:   1.05% FOR A 30 DAY PERIOD
    Average Daily Balance:       13828.13

Your new balance on 30APR10................................$   29843.93
```

| | Total for this period | Total year-to-date |
|---|---|---|
| TOTAL OVERDRAFT ITEM FEES | 0.00 | 0.00 |
| TOTAL RETURNED ITEM FEES | 0.00 | 0.00 |

```
Dividends Paid To You In 2010 On Suffix 0        $    46.01
```

**SHARE DRAFT Suffix 7**

```
No. 1002576580.  Balance at the beginning of the period.....$    611.75
Additions and miscellaneous withdrawals:
  30APR  DIVIDEND through 30APR2010             0.20
    ANNUAL PERCENTAGE YIELD EARNED:   0.40% FOR A 30 DAY PERIOD
    Average Daily Balance:       611.75


0 Withdrawals = 0.00  1 Deposits = 0.20  0 Drafts Cleared
Your new balance on 30APR10................................$    611.95
```

| | Total for this period | Total year-to-date |
|---|---|---|
| TOTAL OVERDRAFT ITEM FEES | 0.00 | 0.00 |
| TOTAL RETURNED ITEM FEES | 0.00 | 0.00 |

```
Dividends Paid To You In 2010 On Suffix 7        $     0.95

  To report a lost or stolen Freedom (Visa Check) Card
  after Credit Union Business Hours, call 1-800-250-9655.
```

**Your Financial Summary**

```
Your total Draft balances..................................$    611.95
Your total Share balances..................................$ 29,843.93
```

**YTD Tax Summary**

```
YEAR-TO-DATE INFORMATION FOR TAX PURPOSES:
Total non-IRA dividends earned
(May be reported to IRS as interest for this calendar year)..$    46.96
```

We lived under the SPIRITUAL PRINCIPAL of the "TWO becoming ONE at MARRIAGE". Throughout the ENTIRE DURATION of OUR MARRIAGE. Until after my ex-wife unnecessarily, prematurely, and irresponsibly ABANDONDED our Marital Residence. (It was 2,500 SqFt, and NOT a hostile environment.)

ALL of our ASSETS and DEBTS were ALWAYS Held as ONE "Tenancy by Entirety". Regardless of whose NAME either were technically in. Those choices were strategically for the BENEFIT of BOTH of US! (Whether for preferential interest rates, risk mitigation, etc... which was EQUALLY for BOTH OUR BENEFIT!) It was a matter of "OUR LEFT POCKET" vs "OUR RIGHT POCKET". NEVER "HERS" or "MINE"!

**PLAINTIFF'S EXHIBIT L-7**

 **\*BBAB\*POSO**
**BancorpSouth**
*Member FDIC*



**Account Statement**
| | |
|---|---|
| Statement Closing Date | 02/01/2011 |
| Previous Balance | $20,745.24 |
| Payments | $65.86 |
| Itemized Advances | $9,250.00 |
| Net Adjustments | $0.00 |
| Fees/Late Charges | $0.00 |
| FINANCE CHARGE | $77.27 |
| New Balance | $30,006.65 |
| Minimum Payment Due | $77.27 |
| Payment Due Date | 02/26/2011 |

RETURN

| Account Number | 00161000417291 |
|---|---|
| Credit Limit | $30,000.00 |
| Available Credit | $70.62 |
| Maturity Date | 03/17/2016 |

JEFFREY R FENTON
PO BOX 111777
NASHVILLE TN 37222-1777

# EQUITY CREDIT LINE

### Transactions

| Trans | Post | Description | | | Amount | Ending Principal Balance |
|---|---|---|---|---|---|---|
| 01/21/11 | 01/21/11 | EQUITY CR LINE | CHK# | 1061 | $9,250.00 | $29,929.38 |
| 01/26/11 | 01/26/11 | PAYMENT - THANK YOU | | | $65.86- | $29,929.38 |

> ## HUSBAND'S PREMARITAL RETIREMENT INVESTED IN SUNNYSIDE: $17,782.08
> ## HUSBAND'S EQUITY FROM PREMARITAL DUPLEX INVESTED IN SUNNYSIDE: $9,250
>
> ## HUSBAND'S TOTAL PREMARITAL ASSETS INVESTED IN PURCHASE OF MARITAL RESIDENCE AT 1986 SUNNYSIDE DRIVE, BRENTWOOD, TN 37027
> # $27,032.08

### Finance Charges

| | Daily Periodic Rate | | Periodic Finance Charges | Nominal Annual Percentage Rate |
|---|---|---|---|---|
| Cash | 0.01027397% | | $77.27 | 3.75% |
| **Annual Percentage Rate** | **3.75%** | **Total Periodic Finance Charges** | | **$77.27** |

**IF YOU HAVE QUESTIONS, PLEASE DIAL 1-888-797-7711
FROM 7:00AM - 8:00PM (CT) MONDAY THROUGH FRIDAY AND ON SATURDAY, FROM 7:00AM - 5:00PM (CT).**

PAYMENT WILL BE MADE BY AUTODEBIT FROM ACH ACCOUNT 102196610

BANCORPSOUTH
P O BOX 4360
TUPELO, MS 38803-4360

| Account Number | 00161000417291 |
|---|---|
| New Balance | $30,006.65 |
| Minimum Payment Due | $77.27 |
| Payment Due Date | 02/26/2011 |

Amount enclosed | $

*To ensure proper credit, please return this portion with your payment. Please write your account number on your check made payable to BancorpSouth. All payments must be made in U.S. Funds.*

BANCORPSOUTH
P O BOX 2520
TUPELO MS 38803-2520

**PLAINTIFF'S EXHIBIT L-8**

8"0000: "00161000417291"

**ASCEND FEDERAL CREDIT**
UNIONP.O. BOX 1210
TULLAHOMA, TN 37388

Get Financial Focus!
Paying high interest on revolving
debt? Get a great rate during
Ascend's Easy Equity promotion.
Call 800-342-3086 or visit
ascendfcu.org for details.

FAWN FENTON
JEFFREY R FENTON
P.O. BOX 111777
NASHVILLE TN 37222

---

**SHARE Suffix 0**

Your balance at the beginning of the period..................$   32076.91
20JAN       DEPOSIT       9250.00 =   41326.91
22JAN*       DEPOSIT       750.00 =   42076.91
31JAN   DIVIDEND through 31JAN2011     19.82 =DAY   42096.73
    ANNUAL PERCENTAGE YIELD     0.65% FOR A 31   PERIOD
    EARNED:Average Daily Balance:    35899.49

Your new balance on 31JAN11................................$   42096.73

| | Total for this period | Total year-to-date |
|---|---|---|
| TOTAL OVERDRAFT ITEM | 0.00 | 0.00 |
| TOTAL FEES RETURNED ITEM FEES | 0.00 | 0.00 |

Dividends Paid To You In 2011 On Suffix 0     $    19.82

---

**SHARE DRAFT Suffix 7**

No. 1002576580. Balance at the beginning of the period.....$   609.82
Additions and miscellaneous withdrawals:
31JAN   DIVIDEND through 31JAN2011        0.08
    ANNUAL PERCENTAGE YIELD     0.15% FOR A 31 DAY PERIOD
    EARNED:Average Daily Balance:    609.82

0 Withdrawals = 0.00   1 Deposits = 0.08   0 Drafts Cleared
Your new balance on 31JAN11................................$   609.90

| | Total for this period | Total year-to-date |
|---|---|---|
| TOTAL OVERDRAFT ITEM FEES | 0.00 | 0.00 |
| TOTAL RETURNED ITEM FEES | 0.00 | 0.00 |

Dividends Paid To You In 2011 On Suffix 7     $    0.08

To report a lost or stolen Freedom (Visa Check) Card
after Credit Union Business Hours, call 1-800-250-9655.

---

**Your Financial Summary**

Your total Draft...........................................$   609.90
balances Your total Share..................................$   42,096.73
balances

**YTD Tax Summary**

YEAR-TO-DATE INFORMATION FOR TAX PURPOSES:
Total non-IRA dividends earned
(May be reported to IRS as interest for this calendar year)..$   19.90

**Previous Year Summary**

PRIOR YEAR SUMMARY FOR TAX PURPOSES:
Total non-IRA dividends earned
(May be reported to IRS interest for 2010)...................$   219.95
1099 OID dividends will be reported for 2010.................$    0.00

PLAINTIFF'S EXHIBIT
L-9


**RETURN**


Federal Credit Union

520 Airpark Drive, P.O. Box 1210
Tullahoma, Tennessee 37388
(931)455-5441

| ACCOUNT NUMBER | PAGE |
|---|---|
| 2576580 | 1 |

| | 01MAR11 | 31MAR11 |
|---|---|---|
| SOCIAL SECURITY NUMBER | FROM | TO |
| | STATEMENT PERIOD | |

KN  E-STMT

FAWN FENTON
JEFFREY R FENTON
P.O. BOX 111777
NASHVILLE TN 37222

```
The Best Financing for Your Home!

From April 15 to June 10 or until
allocated funds are depleted,
Ascend is offering a great
mortgage special. Visit
ascendfcu.org or call
800-342-3086 for details.
```

NOTICE: See reverse side for important information

**SHARE**
**Suffix 0**

**OUR JOINT REAL ESTATE INVESTMENT HOLDING FUND FOR OUR MARITAL RESIDENCE AT: 1986 SUNNYSIDE DR, BRENTWOOD, TN 37027 Purchase Closed on 4/29/2011**

```
Your balance at the beginning of the period................$   42117.72
 12MAR* DEPOSIT                                   2885.00 =  45002.72
 31MAR   DIVIDEND through 31MAR2011                 22.41 =  45025.13
   ANNUAL PERCENTAGE YIELD EARNED:   0.60% FOR A 31 DAY PERIOD
   Average Daily Balance:          43979.01
Your new balance on 31MAR11...................................$   45025.13
-----------------------------------------------------------------
                                  |  Total for  |    Total     |
                                  | this period |year-to-date  |
-----------------------------------------------------------------
 TOTAL OVERDRAFT ITEM FEES        |    0.00     |    0.00      |
 TOTAL RETURNED ITEM FEES         |    0.00     |    0.00      |
-----------------------------------------------------------------
Dividends Paid To You In 2011 On Suffix 0        $    63.22
```

**SHARE**
**DRAFT**
**Suffix 7**

```
No. 1002576580.  Balance at the beginning of the period.....$     609.97
Additions and miscellaneous withdrawals:
 31MAR   DIVIDEND through 31MAR2011                 0.05
   ANNUAL PERCENTAGE YIELD EARNED:   0.10% FOR A 31 DAY PERIOD
   Average Daily Balance:          609.97

0 Withdrawals = 0.00  1 Deposits = 0.05  0 Drafts Cleared
Your new balance on 31MAR11...................................$     610.02
-----------------------------------------------------------------
                                  |  Total for  |    Total     |
                                  | this period |year-to-date  |
-----------------------------------------------------------------
 TOTAL OVERDRAFT ITEM FEES        |    0.00     |    0.00      |
 TOTAL RETURNED ITEM FEES         |    0.00     |    0.00      |
-----------------------------------------------------------------
Dividends Paid To You In 2011 On Suffix 7        $     0.20

 To report a lost or stolen Freedom (Visa Check) Card
 after Credit Union Business Hours, call 1-800-250-9655.
```

**Your**
**Financial**
**Summary**

```
Your total Draft balances...................................$     610.02
Your total Share balances...................................$  45,025.13
```

**YTD Tax**
**Summary**

```
YEAR-TO-DATE INFORMATION FOR TAX PURPOSES:
Total non-IRA dividends earned
(May be reported to IRS as interest for this calendar year)..$     63.42
```

We lived under the SPIRITUAL PRINCIPAL of the "TWO becoming ONE at MARRIAGE". Throughout the ENTIRE DURATION of OUR MARRIAGE. Until after my ex-wife unnecessarily, prematurely, and irresponsibly ABANDONDED our Marital Residence. (It was 2,500 SqFt, and NOT a hostile environment.)

ALL of our ASSETS and DEBTS were ALWAYS Held as ONE "Tenancy by Entirety". Regardless of whose NAME either were technically in. Those choices were strategically for the BENEFIT of BOTH of US! (Whether for preferential interest rates, risk mitigation, etc... which was EQUALLY for BOTH OUR BENEFIT!) It was a matter of "OUR LEFT POCKET" vs "OUR RIGHT POCKET". NEVER "HERS" or "MINE"!

**PLAINTIFF'S EXHIBIT**
**L-10**



**Transaction Result Page**

Apr. 05, 2011 14:09
POST DATE: Apr. 05, 2011 The transfer of 5,000.00 from *0 : HOUSE SAVINGS*
To *7 : TENANT DEPOSITS*
was successful.

**Please refer to the following reference information if you have any questions about this transaction.**

e-branch Apr. 05, 2011 14:09 Ref: 365729

The following information reflects changes to the accounts or loans involved in this transaction

| 0 : HOUSE SAVINGS | | | 7 : TENANT DEPOSITS | |
|---|---|---|---|---|
| Previous Available Balance | 45,020.13 | | Previous Available Balance | 610.02 |
| Previous Balance | 45,025.13 | | Previous Balance | 610.02 |
| New Available Balance | 40,020.13 | | New Available Balance | 5,610.02 |
| New Balance | 40,025.13 | | New Balance | 5,610.02 |



PLAINTIFF'S
EXHIBIT
L-11

https://wwp.ascensecu.org/onlineserv/HB/Transfer.cgi?state=post&key=&sourceRef=D0&destinat... 4/5/2011

https://rico.jefffenton.com/evidence/2011-04-29_1986-sunnyside-premarital-assets-invested.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)





FAWN FENTON CELL 308-4350
JEFFREY R FENTON
P.O. BOX 111777
NASHVILLE, TN 37222

2016
87-8162/2641

APRIL 3, 2011 DATE

PAY TO THE
ORDER OF ___ ZEITLIN & CO REALTORS ___ $ 5000 00

FIVE THOUSAND ——————— ONLY ——— DOLLARS

AEDC FEDERAL
CREDIT UNION
Nashville, Tennessee 37214

FOR 1986 SUNNYSIDE EARNEST MONEY

⑆264181626⑆ ⑈00257658800⑈ 2016

MP

PLAINTIFF'S
EXHIBIT
L-12



RETURN

| DATE | TELLER | TRANSACTION / TYPE | ACCOUNT-SFX | PREV BAL | CHK AMT | END BAL |
|------|--------|--------------------|-------------|----------|---------|---------|
| 28APR11 | 723-176 | Cashier's Check Sal | 2576580-0 | | 34500.00 | |

Payee: TOUCHSTONE TITLE AND ESCROW LLC

```
              S(0)        SD(7)
           5525.13      610.02
           Loan(1)   Loan(85)   Loan(90)
              0.00       0.00       0.00
```

CHECK NO : 219813

TOUCHSTONE TITLE AND ESCROW LLC***



Ascend
**Federal Credit Union**

DETACH THIS PORTION BEFORE DEPOSITING

**WARNING: THIS CHECK IS PROTECTED BY SECURITY FEATURES. DETAILS ON BACK.**

28APR11   87-8162   **CHECK NO : 219813**
2641

**Ascend**
Federal Credit Union
**Raising Possibilities**

520 Airpark Drive P.O. Box 1210
Tullahoma, Tennessee 37388
(931) 455-5441

**AMOUNT**
$ **34500.00

PAY THE
SUM OF

THIRTY FOUR THOUSAND FIVE HUNDRED AND 00/100
DOLLARS

**VOID AFTER 90 DAYS**

PAY TO THE
ORDER OF

TOUCHSTONE TITLE AND ESCROW LLC***

*Caren C. Gehiul*
AUTHORIZED SIGNATURE

*Michael. Conner*
2nd SIGNATURE REQUIRED FOR CHECKS OVER $5,000

Remitter: FAWN FENTON

**CASHIER'S CHECK**

⑈00219813⑈ ⑆264181626⑈ 646226183⑈

## The Brand Promise

Our brand promise is to educate and help you become an effective financial steward.
We deliver this promise by asking you questions and offering our full, undivided attention
to understand your current life situation and future plans before offering solutions.

Our tagline is "Raising Possibilities." All that we do to define and differentiate ourselves
from other financial institutions derives from this. We want to help you recognize and
raise all the possibilities as we assist you with personal financial solutions.

Raising Possibilities



**PLAINTIFF'S EXHIBIT L-13**



**Ascend**
Federal Credit Union

520 Airpark Drive, P.O. Box 1210
Tullahoma, Tennessee 37388
(931)455-5441

| ACCOUNT NUMBER | PAGE |
|---|---|
| 2576580 | 1 |

| | 01APR11 | 30APR11 |
|---|---|---|
| SOCIAL SECURITY NUMBER | FROM | TO |
| | STATEMENT PERIOD | |

KN   E-STMT

FAWN FENTON
JEFFREY R FENTON
P.O. BOX 111777
NASHVILLE TN 37222

```
     The Best Financing for Your Home!

  From April 15 to June 10 or until
    allocated funds are depleted,
       Ascend is offering a great
          mortgage special.  Visit
         ascendfcu.org or call
    800-342-3086 for details.
```

NOTICE: See reverse side for important information

**SHARE**
**Suffix 0**

**OUR JOINT REAL ESTATE INVESTMENT HOLDING FUND FOR OUR MARITAL RESIDENCE AT: 1986 SUNNYSIDE DR, BRENTWOOD, TN 37027**

**Purchase Closed on 4/29/2011**

**After Purchase**

```
Your balance at the beginning of the period................$   45025.13
 05APR  WITHDRAWAL E-Branch           -5000.00 =   40025.13
    Transfer "STD" 5,000.00 to share 7
28APR  WITHDRAWAL                    -34500.00 =    5525.13
30APR  DIVIDEND through 30APR2011        18.37 =    5543.50
    ANNUAL PERCENTAGE YIELD EARNED:  0.60% FOR A 30 DAY PERIOD
    Average Daily Balance:    37241.80
Your new balance on 30APR11...................................$    5543.50
```
```
---------------------------------------------------------------
|                                    | Total for   | Total      |
|                                    |this period  |year-to-date|
---------------------------------------------------------------
|TOTAL OVERDRAFT ITEM FEES           |   0.00      |   0.00     |
|TOTAL RETURNED ITEM FEES            |   0.00      |   0.00     |
---------------------------------------------------------------
Dividends Paid To You In 2011 On Suffix 0       $    81.59
```

**SHARE**
**DRAFT**
**Suffix 7**
```
No. 1002576580.  Balance at the beginning of the period.....$     610.02
Additions and miscellaneous withdrawals:
 05APR  DEPOSIT E-Branch                  5000.00
    Transfer "STD" 5,000.00 from share 0
30APR  DIVIDEND through 30APR2011            0.08
    ANNUAL PERCENTAGE YIELD EARNED:  0.10% FOR A 30 DAY PERIOD
    Average Daily Balance:    943.35
```

**Drafts**
```
    ITEM------AMOUNT----DATE---------ITEM------AMOUNT----DATE
    2016     5000.00    07APR
        (* next to number indicates skipped numbers)

1 Withdrawals = 5000.00  2 Deposits = 5000.08  1 Drafts Cleared
Your new balance on 30APR11...................................$     610.10
```
```
---------------------------------------------------------------
|                                    | Total for   | Total      |
|                                    |this period  |year-to-date|
---------------------------------------------------------------
|TOTAL OVERDRAFT ITEM FEES           |   0.00      |   0.00     |
|TOTAL RETURNED ITEM FEES            |   0.00      |   0.00     |
---------------------------------------------------------------
Dividends Paid To You In 2011 On Suffix 7       $     0.28

    To report a lost or stolen Freedom (Visa Check) Card
    after Credit Union Business Hours, call 1-800-250-9655.
```

**Your**
**Financial**
**Summary**
```
===========================================================
Your total Draft balances....................................$     610.10
Your total Share balances....................................$   5,543.50
```

**YTD Tax**
**Summary**

YEAR
Tota
(May

We lived under the SPIRITUAL PRINCIPAL of the "TWO becoming ONE at MARRIAGE". Throughout the ENTIRE DURATION of OUR MARRIAGE. Until after my ex-wife unnecessarily, prematurely, and irresponsibly ABANDONDED our Marital Residence. (It was 2,500 SqFt, and NOT a hostile environment.)

ALL of our ASSETS and DEBTS were ALWAYS Held as ONE "Tenancy by Entirety". Regardless of whose NAME either were technically in. Those choices were strategically for the BENEFIT of BOTH of US! (Whether for preferential interest rates, risk mitigation, etc... which was EQUALLY for BOTH OUR BENEFIT!) It was a matter of "OUR LEFT POCKET" vs "OUR RIGHT POCKET". NEVER "HERS" or "MINE".

**PLAINTIFF'S EXHIBIT**
**L-14**


RETURN


## FIRST TENNESSEE

**JEFFREY R FENTON**
**FAWN ■ FENTON**
PRIORITY CHOICES CHECKING
Account Number: 00000000000102196610          For the Period: 04/08/2011 - 05/06/2011

| | |
|---|---|
| Beginning Balance | $3,005.73 |
| Deposits | + $20,079.18 |
| Withdrawals | - $6,178.71 |
| Ending Balance | = $16,906.20 |

### 5 Deposits Totaling $20,079.18

| Date | Amount | Description |
|---|---|---|
| 4/18/11 | $2,099.59 | DEPOSIT |
| 5/2/11 | $2,099.59 | DEPOSIT |
| 5/2/11 | $10,105.00 | DEPOSIT -Benchmark Realty Commission Fenton Jeff |
| 5/5/11 | $775.00 | DEPOSIT |
| 5/5/11 | $5,000.00 | DEPOSIT |

### 81 Account Transactions Totaling $6,178.71
**Checks**

| Date | Amount | Description |
|---|---|---|
| 4/12/11 | $320.00 | 000001904 |
| 4/14/11 | $85.00 | 000001893 |
| 4/18/11 | $100.00 | 000001895 |
| 4/19/11 | $149.14 | 000001905 |
| 4/19/11 | $131.50 | 000001894 |
| 4/21/11 | $159.01 | 000001906 |
| 5/2/11 | $480.00 | 000001907 |
| 5/3/11 | $85.00 | 000001908 |

**Other Withdrawals**

| Date | Amount | Description | Card # |
|---|---|---|---|
| 4/8/11 | $14.25 | WITHDRAWAL -BK OF AMER VI/MC ONLINE PMT CKF113652653POS | |
| 4/11/11 | $7.86 | PURCHASE - SONIC DRIVE IN FRANKLIN TN DATE 04/07REF 244273310977200396 | 9465 |
| 4/11/11 | $26.43 | WITHDRAWAL -ATT Payment 468900001EPAYR | 9465 |
| 4/11/11 | $44.95 | PURCHASE - WWW.1AND1.COM 877-4612631 PA DATE 04/06REF 244129010977000003 | |
| 4/11/11 | $83.01 | POS DB KROGER 9040 04/08 5713 EDMONDSON P NASHVILLE TN | 4556 |
| | | | 4556 |
| | | | 4556 |

We lived under the SPIRITUAL PRINCIPAL of the "TWO becoming ONE at MARRIAGE". Throughout the ENTIRE DURATION of OUR MARRIAGE. Until after my ex-wife unnecessarily, prematurely, and irresponsibly ABANDONED our Marital Residence. (It was 2,500 SqFt, and NOT a hostile environment.)

ALL of our ASSETS and DEBTS were ALWAYS Held as ONE "Tenancy by Entirety". Regardless of whose NAME either were technically in. Those choices were strategically for the BENEFIT of BOTH OF US! (Whether for preferential interest rates, risk mitigation, etc... which was EQUALLY for BOTH OUR BENEFIT!) It was a matter of "OUR LEFT POCKET" vs "OUR RIGHT POCKET". NEVER "HERS" or "MINE"!


**PLAINTIFF'S EXHIBIT**
**L-15**

Case 3:24-cv-01282     Document 53-12     Filed 03/25/24     Page 16 of 16 PageID #: 4340
https://rico.jeffenton.com/evidence/2011-04-29_1986-sunnyside-premarital-assets-invested.pdf     Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)