UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN

FILED- LN
June 26, 2024 11:48 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: eod scanned by: 800/ 6/26

**JEFFREY RYAN FENTON,**

PLAINTIFF

v.

**VIRGINIA LEE STORY** ET AL.,

DEFENDANTS

CASE NO. 1:23-CV-1097

**DIGITAL MEDIA EXHIBITS REPLACING ECF-29, PageID.3289 & ECF-30, PageID.3290**

I, Jeffrey Ryan Fenton, declare as follows:

1. My name is Jeffrey Ryan Fenton.

2. I am the Plaintiff in this federal lawsuit (CASE NO. 1:23-CV-1097).

3. Please file the digital media exhibits in this booklet for reference in my complaint. Each page is to be scanned separately (as usual), so that I will be able to cite each video with a unique PageID.

4. To prevent confusion, I only burned one video on each CD/DVD this time, while including a unique "Evidence Title" and a web URL for each video/disc, where I have the exact same files hosted on the Internet[1]. If the court or any party has difficulty accessing or playing the files on these discs, please download and use the exact same files available online at the URLs listed.

5. I did not understand how the court indexes and files digital media when I previously

---

[1] https://rico.jefffenton.com/discovery/5_tn-videos/
https://rico.jefffenton.com/discovery/6_phone-calls/

Initials: _JRF_

filed my CD/DVDs in this lawsuit, in ECF No. 29, PageID.3289, and in ECF No. 30, Page ID.3290. Because of this, I do not have any means of referencing or citing the individual files burned on those two CD/DVDs.

6. With the filing of the digital media exhibits included herein, the court and all parties can completely disregard ECF No. 29, PageID.3289, and in ECF No. 30, Page ID.3290.

7. I noticed a few minor typographic errors, on a few of my disc labels, which due to time constraints, I'm not going to fix at this time, but instead I will explain below:

8. There are a few instances where, while using disc labeling software, I accidentally substituted the number "1" with the letters "i" or "L". I'm only seeing this error in the date syntax of a few **disc labels**, so hopefully it goes without saying that this was an accident, and the date was meant to be comprised of all numbers, on every disc.

9. I do not see any errors in the text printed on the individual pages, so in any conflicts between the "Evidence Title" or URL shown on the *disc labels* versus on the *printed pages*, the printed pages should control. Furthermore, the date syntax in every case should be the same, starting with a four-digit year, a hyphen then a two-digit month, a hyphen then a two-digit day[2].

10. Thank you.

Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

Executed 5/19/2024

*[signature]*

JEFFREY RYAN FENTON
17195 SILVER PARKWAY, #150
FENTON, MI, 48430-3426
JEFF.FENTON@LIVE.COM
(P) 615.837.1300

---

[2] Example: "2019-08-29" (August 29th, 2019)

From:
Jeff Fenton
17195 Silver PKWY, #150
Fenton, MI 48430-3426

FROM:

JEFF FENTON
17195 SILVER PKWY, #150
FENTON, MI 48430-3426

TO:

Utility Mailer
10 1/2" x 16"

Jeff Fenton



CERTIFIED MAIL
7020 2450 0000 3671 5815



.S. DISTRICT COURT
ESTERN DISTRICT OF MICHIGAN
3 FEDERAL BUILDING
S W. ALLEGAN ST.
NSING, MI 48933

**United States District Court**
**Western District of Michigan**
113 Federal Bldg
315 W. Allegan St
Lansing, MI 48933

Retail
U.S. POSTAGE PAID
PM
LINDEN, MI 48451
JUN 24, 2024
48933   $0.00
RDC 03   R2304E105878-35

Screened By
USMS

ReadyPost