FILED - LN
July 12, 2024 12:53 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: pjw /     SCANNED BY: /s/ 7/15/24

JEFFREY RYAN FENTON,

         PLAINTIFF

V.

VIRGINIA LEE STORY ET AL.,

         DEFENDANTS

CASE NO. 1:23-CV-01097

## MISSING PAGES FROM SMALL INDIVIDUAL EXHIBITS WITH WEB URLS FOR QUICK & EASY REFERENCE (ECF 42-52 FILED ON 3/25/2024)

I, Jeffrey Ryan Fenton, declare under oath as follows:

1. I am the Plaintiff in this federal lawsuit (CASE NO. 1:23-CV-01097).

2. I am a citizen of the United States of America, domiciled in Genesee County, MI.

3. My mailing address is 17195 Silver Parkway, #150, Fenton, MI 48430-3426.

4. My phone number is (615) 837-1300. My email address is contact@jefffenton.com.

5. Please file these pages in my lawsuit, so that I can incorporate them and reference them with the intended exhibits in ECF 42-52, in my amended complaint.

6. Thank you.

Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed 7/9/2024

*Jeffrey Ryan Fenton*

JEFFREY RYAN FENTON

17195 SILVER PARKWAY, #150
FENTON, MI, 48430-3426
CONTACT@JEFFFENTON.COM
(P) 615.837.1300

**From:**

Jeff Fenton
17195 Silver PKWY, #150
Fenton, MI 48430-3426

**TO:**

United States District Court
Western District of Michigan
113 Federal Bldg
315 W. Allegan St
Lansing, MI 48933

PS00011000000

FRB1 July 2022
ID: 11 x 8.5 x 5.5
OD: 11.25 x 8.75 x 6
ODCUFT: 0.341

**TO:**

United States District Court
Western District of Michigan
113 Federal Bldg
315 W. Allegan St
Lansing, MI 48933

USPS.COM/PICKUP

To schedule free Package Pickup,
scan the QR code.

MEDIUM FLAT RATE BOX
FOR DOMESTIC AND INTERNATIONAL

PS00011000000

FRB1 July 2022
ID: 11 x 8.5 x 5.5
OD: 11.25 x 8.75 x 6
ODCUFT: 0.341

Case 3:24-cv-01282    Document 56    Filed 07/12/24    Page 2 of 2 PageID #: 4386