



# STOP false allegations to get Order of Protections in Tennessee & hold false accusers accountable!

Started                 September 18, 2014
Petition to             US Senate - Tennessee Bob Corker and **5 others**

## 🔒 Petition Closed

This petition had 1,836 supporters

---

**Share this petition**

---

https://www.change.org/p/us-senate-tennessee-bob-corker-stop-false-allegations-to-get-order-of-protections-in-tennessee-hold-false-accusers-accountable-f-breaking-f...
https://rico.jefffenton.com/evidence/2014-08-18_tn-stop-false-allegations-for-protective-orders.pdf

# Why this petition matters

 Started by **B K**

I hope of bringing to your attention a dire misjustice that is occurring in our state as well as many others across the US. Laws enacted to protect the victims of the vile crime of domestic violence are being misused by both citizens as well as law enforcement, and in this process innocent men & women's lives are being destroyed. In Tennessee, the burden of proof is being thrown out and the simple word of the accuser is being taken without question, **without the accused even being allowed to speak**. True victims of domestic violence find this to be deplorable. Not only can a woman or man falsely accuse a person of domestic violence without fear of consequence, but the accused person has no voice against the accuser. The accuser can be a mentally disturbed individual using such laws to enact her/his revenge against a man or woman who simply does not want to be in a relationship anymore, and the *accuser's word is automatically taken, even when no evidence is in place*. The man or woman in such cases is automatically arrested, forced to leave their own home, injunctions are automatically set in place, and even if he or she is able to prove their innocence in court they have lost months of their life due to the fact that the accuser cried wolf. Worse yet are the cases of these innocent people who are poor and have no means to hire private attorneys. Their public defenders assume they are guilty and therefore do only the bare necessities to be their legal voice. We are *not in any way asking for a revocation of the laws that protect true victims of domestic violence.* Our wish is that these laws be revisited and indications made to to allow for criminal and civil prosecution when someone, whether male or female, has misused these laws in a vindictive and cunning way. We also would ask that law enforcement officers, public attorneys, and judges be forced to recognize the precept that the accused is innocent until proven guilty.

*IT'S TIME FOR THIS TO STOP AND MAKE THE FALSE ACCUSERS PAY FOR THEIR ACTIONS!*

---

 Share this petition in person or use the QR code for your own material.

**Download QR Code**

⚐ Report a policy violation

## Decision Makers



**Dale Carr**
TN State Representative

**Bill Lee**
Governor of Tennessee

**Bob Corker**
US Senate - Tennessee

**Doug Overbey**
State Senator

**James Dunn**
District Attorney General

**See all**

Change.org  ›  tennessee  ›
**STOP false allegations to get Order of Protections in Tennessee & hold false accusers accountable!**

 

## STOP false allegations to get Order of Protections in Tennessee & hold false accusers accountable!

Petition details    Comments

# Reasons for signing

See why other supporters are signing, why this petition is important to them, and share your reason for signing (this will mean a lot to the starter of the petition).


**Priyanshu Abhinav**
6 years ago

Yes it should be implemented, equal rights for both,  equal punishments for both.

♡ 3                                                                                    Report


**DON STEPHENS**
6 years ago

I too have been falsely accused by my wife to obtain an order of protection by a judge who has a conflict of interest.

♡ 1                                                                                    Report


**robert howell**
7 years ago

I am going through this the police have no common sense and women are never held accountable for false accusations.

♡ 5                                                                                    Report


**joy goodwin**
7 years ago

My grandson asked me to.  And it is just wrong to falsey accuse someone.

♡ 2                                                                 Report



**Richard Puncsak**
7 years ago

Betty. Please contact me. I want to use your list to date in an upcoming showdown. Have not found you yet? Just IM me or write. Thank you. Time is of the essence. Rich

♡ 2                                                                 Report



**Grant Jones**
7 years ago

No one should go to jail when there innocent

♡ 5                                                                 Report



**David Barnes**
7 years ago

I would be satisfied if accusers at least had to prove their cases using actual evidence and following standards of proof required in criminal court, because the consequences of these orders resemble criminal penalties (loss of constitutional rights, partial loss of

♡ 5                                                                 Report



**David Barnes**
7 years ago

I would be satisfied if accusers at least had to prove their cases using actual evidence and following standards of proof required in criminal court, because the consequences of these orders resemble criminal penalties (loss of constitutional rights, partial loss of

♡ 4                                                                 Report


**Mark Wieland**
7 years ago

It happened to me

♡ 2                                                                    Report


**Paul M**
7 years ago

As a victim of absurd false accusation myself conducted within the purview of New Hampshire's abused Protective Order system, I enthusiastically contribute my signature to your petition and strongly affirm your wholesome desire that justice be brought to the

♡ 3                                                                    Report


**Larry Cool**
7 years ago

There are good laws in place if domestic violence happens. Though they are not strict enough, and more importantly, those that lie should be held accountable.

♡ 1                                                                    Report


**Jamison C.**
7 years ago

I am signing because I too was falsely accused and had an order of protection. All so my wife could gain access to home and all assets and carry on her affair and so she could gain an upper hand in custody case. Of course she didn't file for divorce until she made

♡ 2                                                                    Report


**Bernie Beaumont**
7 years ago

It is so wrong on so many levels what that teen did watching the man die and making it out to be a joke is unforgivable. Listening to the sister of the man that died I praise her totally, she showed such courage.  As soon as she asked people to sign this petition I

♡ 1                                                                    Report

Case 3:24-cv-01282    Document 58-1    Filed 07/12/24    Page 6 of 54 PageID #: 4578
https://rico.jefffenton.com/evidence/2014-08-18_tn-stop-false-allegations-for-protective-orders.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



**Tanya Speights**
7 years ago

My 25 year old daughter is falsely accusing her dad and me of this. Treated in court like a common criminal. It was so degrading and she has to prove nothing. We are the ones that have to hire a lawyer and prove we are not what she says we are. But even so she

♡ 1                                                                    Report



**Mike Lund**
7 years ago

I've been falsy accused and going through the divorce process now

♡ 1                                                                    Report



**James Hatcher**
7 years ago

I've been faulsy accuesed

♡ 2                                                                    Report



**Steve Postlethwait**
7 years ago

Because I'm a father who was falsy accused of molesting my daughter was held never charged never went to court was placed on a PTO and have not seen my kids for 15 years although I played child support I was unable to afford an art and know one would help.

♡ 1                                                                    Report



**Sean Carter**
7 years ago

Falsely accused by daughter's mother so she could keep daughter away from me.

♡ 0                                                                    Report



**ROBERT BOGGS**
7 years ago

4 of 51

I was falsely accused of domestic violence by my 3 years now ex-wife of 23 years. I was wrongfully jailed by her as well, for false charges of "communicating a threat." Women lie with impunity! This needs to change!

♡ 3                                                                    Report



**Sarah Henderson**
7 years ago

It is wrong to ruin innocent peoples lives.

♡ 3                                                                    Report



**claire go**
7 years ago

A couple of friends of mine had been falsely accused, put through the wringer while the accusers blasted them on social media, for almost two years. Only to win all cases brought to them with final verdict of Not Guilty. It's horrendous what they went through;

♡ 2                                                                    Report



**Raven O'Neal**
7 years ago

This already should have been a law!! I don't see how false reports are ever ok??

♡ 4                                                                    Report



**Bill Watson**
7 years ago

I was a victim of this exact thing. Fortunately I could afford an attorney and he got it dismissed but the trama of such accusations is real and life altering.... and not to mention the fact that the person who falsely accused me got away with it without any

♡ 3                                                                    Report



**mark hilliard**
7 years ago

Case 3:24-cv-01282    Document 58-1    Filed 07/12/24    Page 8 of 54 PageID #: 4580
https://rico.jefffenton.com/evidence/2014-08-18_tn-stop-false-allegations-for-protective-orders.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

https://www.gofundme.com/injustice-in-american-law

♡ 3                                                                                    Report

---



**Yujen Hsia**
7 years ago

A true accusation deserves full investigation and confirmation.
A  false accusation also should require verification to protect the innocent.

♡ 8                                                                                    Report

---



**JOSHUA MACK**
7 years ago

I too have been faced with falsely accused charges for the past three years regrettably
for taking in my ex. Have two kids with her one that is a boy in her care presently. I have
raised and helped get her own child back. Yet my award is a loss of a 3 year job. My

♡ 2                                                                                    Report

---



**David Merren**
7 years ago

I have been a victim of a false restraining order

♡ 2                                                                                    Report

---



**Joe Garcia**
7 years ago

My sister, Martha Garcia is the planner. Her daughter, Melissa ybarra wozniak filed the
R.O. just to have me evicted from my father's guesthouse. My father is an idiot for
allowing them to file

♡ 2                                                                                    Report

---



**Ozzy Cantu**
7 years ago

Ive been falsley accused and have PROOF that it is a false accusation but i still have to

wait to present it to a judge and they keep extending the court date.

♡ 1                                                                    Report

---

 **Chris Echelbarger**
7 years ago

Criminal Sexual assault was filed against me by my wife who said I took advantage of her will she was on Ambien. I did not know she took the pill. She was fully conversational with me before and during sex. The next day she said she did not remember anything.

♡ 3                                                                    Report

---

 **Nicolas Brown**
7 years ago

I've been falsely victimized and have a record due to a lie my x-girlfriend gave the police

♡ 2                                                                    Report

---

 **Georgette Hohl**
7 years ago

My friend Kevin Kaufman has been in jail OVER a year on false charges his vindictive ex-wife filed and no one wants to listen that he is INNOCENT and everyone just believes her without a proper investigation. She was banking on the fact that the charges are so

♡ 2                                                                    Report

---

 **Steve McClendon**
7 years ago

I was a victim by a woman last year claimed I dragged her 245 lbs body to my front door and slammed the front door on her index finger. The police report doesn't make sense. I received an ASSAULT 4TH DEGREE DV. She said Washington State I'd a woman's state and

♡ 3                                                                    Report

---

 **LaMonte McNeese**
7 years ago

Its a ham shame whats going on today!

♡ 2                                                                                              Report


**Randy Patton**
7 years ago

Randy Patton

♡ 1                                                                                              Report


**Raghu Prasad**
7 years ago

I have been falsely accused in the state of Indiana and would like to show my support to those who suffer

♡ 3                                                                                              Report


**Ryan Wagner**
7 years ago

I'm signing because both my parents have been falsely accused for things that were later proven innocent. The people who were the accusers had zero repercussions.

♡ 2                                                                                              Report


**Alice Wagner**
7 years ago

There should be some accountability for accuser in order that they stop and think before coming forward.  Too many False Allegation in our County. We must help they younger generation.

♡ 2                                                                                              Report


**Leonor Arango**
8 years ago

If this occurs that much  that often, it can ruin someone. It would be
Wise if not already on paperwork an addendum it could cause probation and if it

happens again jail

♡ 2                                                                     Report

---



**Dianna Walker**
8 years ago

I'm a person who believes if one lie to get another person tied up in court, and the judges believe those lies. Whoever filed the lies sho be placed in jail and fined.

♡ 1                                                                     Report

---



**No Name Displayed**
8 years ago

TO START I'M A SCIENTIST WITH SEVERAL DEGREES (NOT THAT THIS MAKES ME BETTER) BUT IT DOES SEPARATE ME FROM THE VAST MAJORITY OF SOCIETY IN THAT I DEAL WITH PURE FACTS, DATA, LOGIC, ANALYTICAL THOUGHT PROCESSES, OBSERVATION....ETC.

♡ 2                                                                     Report

---



**Cynthia S**
8 years ago

My life has been destroyed by false accusations by my ex, which got him an Ex Parte issued against me. I was homeless. I'm 59 yrs old and disabled, forced to sleep in a tent, a vacant apartment on the floor, admitted myself to psych ward twice for shelter, and for

♡ 1                                                                     Report

---



**Mario Hernandez**
8 years ago

People who do this to someone, male or female, need to rot in jail. There needs to be some kind of registry to keep track of who is making these false reports. I'm betting they get away with it once and then they do it multiple times.

♡ 1                                                                     Report

---



**Chris W**
8 years ago

THIS IS WRONG!  Why isn't perjury treated like the crime that it is. You have the perpetrator's lies in their own writing with their signature saying these lies are true. What more proof is needed to prosecute. C'mon people. This is rediculous and needs to stop

♡ 1                                                                                           Report



**liz luiz**
8 years ago

False accusations are serious and should been seen as just that...

♡ 1                                                                                           Report



**Hope Marilyn Bowe**
8 years ago

False allegations of domestic violence is being used to defame, control & bully.  When allegations are dropped/cleared, the false-accusers must be legally held accountable for misusing this serious law.

♡ 2                                                                                           Report



**Denise Keene**
8 years ago

Because I know....After 40 is when they think they are better than their ex-wives, so they walk away from their wife AND kids. Don't look back and don't support the kids. Try to kid themselves into thinking they are some thoughtful, attentive, generous catch for a 20-

♡ 2                                                                                           Report



**Rob Luttrell**
8 years ago

A horrible lie, told by the woman I loved with all my heart, has destroyed my life as I knew it forever.

♡ 2                                                                                           Report



**Rob Hopkins**

Case 3:24-cv-01282    Document 58-1    Filed 07/12/24    Page 13 of 54 PageID #: 4585
https://rico.jefffenton.com/evidence/2014-08-18_tn-stop-false-allegations-for-protective-orders.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)


8 years ago

I am a victim of restraining order abuse currently. My ex wife has filed one in an attempt to manipulate custody. I am devastated and haven't seen my children for weeks. When I do see them, I can't shake the idea that they think I am someone to be feared. This has

♡ 1                                                                                                      Report


**Raymond James**
8 years ago

I am signing because I am a victim of false allegations of domestic abuse.

♡ 1                                                                                                      Report


**Amelia Coates**
8 years ago

I am a survivor of domestic
violence. I find it amusing but at the same time disturbing that my ex-husband, a doctor in psychology, also signed this petition. Self defense hardly qualifies as my abusing

♡ 3                                                                                                      Report


**Amelia Coates**
8 years ago

I am a victim of this. My now ex husband/abuser I see also signed this petition. Self defense is NOT abuse.

♡ 2                                                                                                      Report


**David Anderson**
8 years ago

After spending a wonderful lunch and afternoon with my wife with no problems she also took out a false order because her mother didn't like me. Now based on false lies I am forced to defend myself while she gets away with false reports

♡ 1                                                                                                      Report

 **John Chambers**
8 years ago

I have suffered immensely at the hand of a "Bipolar, Schizophrenic" wife, and the "Sadistic D.A., Cyrus R. Vance Jr." He is the "Fumigator of Families and the Creator of Criminals!"

♡ 1                                                                                              Report

 **Tammy Cook**
8 years ago

Too many scorned women use false allegations to punish men.

♡ 1                                                                                              Report

 **LeAnn Sullivan**
8 years ago

I'm signing because my children and I have been victimized twice...which is one time too many. We were first abused my ex-husband (their father) and then again by the family court system. I must say it is LESS like a "system" and more of a "clusterf___". All men

♡ 1                                                                                              Report

 **Laura Kirkland**
8 years ago

This has happened to me twice in my life because of a mentally ill sister who has lived with me on and off most of her adult life. No more. I want my life back and I believe this needs to be changed YESTERDAY.... **Read more**

♡ 1                                                                                              Report

 **Gregory Sharp**
8 years ago

its against federal law to falsely use the services of a program funded by the federal government

♡ 1                                                                                              Report

 **Vanessa Kachadurian**
8 years ago

I am another one of Bennet Kelley's victims.  He is shamelessly using his bar license to harm people in particular those he cannot win a judgment against.  Please tell people like Attorney Bennet Kelley it's not Ok to put fake Restraining Orders on people and that

♡ 2                                                                                         Report

 **Virginya Shafer**
8 years ago

I believe the law allows for false allegations to be filed without due process.

♡ 1                                                                                         Report

 **Charles Ginger**
8 years ago

I am the victim of a false restraining order.  I am currently being abused by her and law enforcement because I  exposed her lies on facebook. the judge ordered me not to post anything about her or her family . She has lots to hide. She assulted me with a deadly

♡ 1                                                                                         Report

 **Peter Wright**
8 years ago

I'm signing this petition for  greater justice in this country.

♡ 1                                                                                         Report

 **Bg Bidding**
8 years ago

Suffered  badly 2 years from malignant nacissist , pathogical lier and blatant thief.
 All this , after 8 very happy years . Tried to make her happy in every way . I thought she was very happy . Total deceit. ... **Read more**

♡ 2                                                                                         Report

 **Khama Anku**
8 years ago

I'm signing because Bennet Kelley in Santa Monica of the "Internet Law Center" and Scott Pummill in Paducah, Kentucky of Chemstation falsely accused me so that I would not write the truth on-line. I prevailed in their legal abuse, but I don't want them abusing

♡ 2       Report

 **Bethany McKenzie**
8 years ago

I hear too many stories about people who have proof they didn't do as they're accused and yet they were still yanked around by someone weaponizing the legal system against them. It drives me crazy on their behalf, to hear how badly their world gets messed with

♡ 2       Report

 **Frank Riese**
8 years ago

I have been a victim of domestic violence, abuse, and fraudulent protection orders.

♡ 1       Report

 **Debra Unruh**
8 years ago

I believe anyone that falsely accuses anyone of a crime, needs to be held accountable and charged With the same crime they falsely accused someone of.

♡ 1       Report

 **Laura C**
8 years ago

Restraining order abuse is process abuse. There have been a few cases where a blantant liar gets thrown in jail, but it requires almost perfect record keeping on your part....
**Read more**

♡ 1       Report

Case 3:24-cv-01282    Document 58-1    Filed 07/12/24    Page 17 of 54 PageID #: 4589
https://rico.jefffenton.com/evidence/2014-08-18_tn-stop-false-allegations-for-protective-orders.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



**Alaaeddine Solimaan**
8 years ago

I been false accused of my ex and I know exactly what the stress I hade and I have from this acused

♡ 1                                                                                      Report



**Beth Miller**
8 years ago

Nephew's baby momma accused him of raping and being her and their little boy up......just bc he has been asking for months to see he's child and she doesn't want him to! So now she has made lots of crap up and she is deaf so ever one feels sorry for her!!!!

♡ 1                                                                                      Report



**Jennifer Bridwell**
8 years ago

Ive been the victim of a false accuser!

♡ 1                                                                                      Report



**Megan Arner**
8 years ago

I live next to a mentally ill druggie woman who thinks its fun to torture me by calling CPS on me

♡ 1                                                                                      Report



**Steven Rogers**
8 years ago

It's time to hold false accusers accountable for their crimes of false allegations! Ex's falsely accuse to keep you away from your children as they hate it that you've left them, but still want to keep being dad to your children. It's instantly changed my life forever.

♡ 1                                                                                      Report



**Leann Rees**
8 years ago

False accusers need to be punished for their lies ruining an innocent persons life. You can't lie just because you can't get your own way! Time for the liars to have consequences for trying to ruin lives.

♡ 1                                                                                                    Report



**kitty Byrne**
8 years ago

I reported suspected sexual abuse on my granddaughter. the police said .people do this all the time in custody battles.I said I HAVE custody!! then,cps said I lied! I DID NOT . the childs family was in law enforcement and denied it of course ( he was court ordered to

♡ 1                                                                                                    Report



**Adam Mills**
8 years ago

False orders of protection can be used to keep good parents away from their children. Accusers use these orders to break court orders and deny visitation and cause harm to children and other family members and friends. False accusers need to be held

♡ 2                                                                                                    Report



**Adam Mills**
8 years ago

I havent seen my baby in a month because of a false OP. These false accusers who harm children in the process need to be reprimanded and sentenced to jail and fined.

♡ 1                                                                                                    Report



**Dave Hunter**
8 years ago

I'm signing because I have been the target of false allegations and accusations and am showing my solidarity. In a rare case, truth and justice prevailed for me and nobody with a grip on the real facts believed the accuser, including courts, police investigators and

♡ 1                                                          Report

 **holly fernandes**
8 years ago

im falsely accused by someone who is abusing me.

♡ 1                                                          Report

 **Cedric Anderson**
8 years ago

I have had this happen to me.

♡ 1                                                          Report

 **Christina Collins**
8 years ago

I'm signing because, I may be/ been victim to this

♡ 1                                                          Report

 **brandi ivey**
8 years ago

My daughter and 1 mo old baby girl got a false report by x boyfriend. Stating my daughter did drugs and her baby was rape CPS had to come to the home take photo of my grandbaby virgina and bottom this to me is a violation of my grandbaby especially

♡ 1                                                          Report

 **Roger Wakefield**
8 years ago

WE believe there are too many Innocent Human Beings been sent to Prison 4 Sex Crimes THEY did NOT & Would NOT ever commit.. Asian Women are NOT that way inclined of Committing such Evil Crimes like this. The HIGH Rise Epedeimic of False Allegations must

♡ 1                                                          Report



**Eda-Lea Dar**
8 years ago

Police & Media R Evil-Doers. Who Help & Aid the Innocent Human Beings being sent to Jail 4S-X Crimes THEY did NOT & would NOT ever do.. Now Asian Women are being Wrongly Targeted.. Simple as that.. What happened to Forensic Science & False Memory

♡ 1                                                                                                  Report



**Clinton Parhiala**
8 years ago

We can do better.

♡ 1                                                                                                  Report



**Fritz Koenig**
8 years ago

The civil harassment order laws, born in California of good intentions then molested by power-greedy trial judges far far beyond their original intention now constitute unconstitutional violations of due-process and vehicles for tyranny of the courtroom....

♡ 1                                                                                                  Report



**Barbara Borah**
8 years ago

Legislation is needed to prevent false accusations from permanently ruining the lives of innocent people

♡ 1                                                                                                  Report



**Jacob Wingard**
8 years ago

Because I fear even starting or approaching a member of the opposite sex. It only takes one of them making a claim to ruin the rest of my life.

♡ 1                                                                                                  Report

Case 3:24-cv-01282    Document 58-1    Filed 07/12/24    Page 21 of 54 PageID #: 4593
https://rico.jefffenton.com/evidence/2014-08-18_tn-stop-false-allegations-for-protective-orders.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



**Miguel LETOURNEAUT**
8 years ago

Im signing these because i have expirienced this and after gaining sole custody of my son it blows my mind how she can make something up,  bring up any past which was a lie and dismissed in court and still use this same dissmissed allegation again against me

♡ 1                                                                                                    Report



**Tammy robson**
8 years ago

A family member has been a victim of this, it does not only destroy the accused but the whole family.

♡ 1                                                                                                    Report



**Goldia Robles**
8 years ago

I too was falsely accused of stalking by a grandmother of foster kids I took care of.  My name & picture is all over the busted magazine & people think I'm some kind of criminal. It's a horrifying experience!

♡ 1                                                                                                    Report



**Tiffany Phetteplace**
8 years ago

I have been a victim of false allegations.

♡ 1                                                                                                    Report



**mike byrd**
8 years ago

I was arrested few weeks ago because of my ex lying

♡ 1                                                                                                    Report

 **Mike Malone**
8 years ago

I've had a false PPO taken out on me and an ongoing smear campaign by the woman who was abusive to me ... all based on lies that the judge simply accepted while denying me due process.

♡ 1                                                                                    Report

 **alan pond**
8 years ago

The courts are extremely biased against men!  Its pathetic!

♡ 1                                                                                    Report

 **Joseph Alibrandi**
8 years ago

For two years, my children and I have suffered due to an unsubstantiated false allegation. No evidence, no due process. Somebody's going to pay, and it's going to be her and the courts.

♡ 1                                                                                    Report

 **Timothy Rioux**
8 years ago

I have experienced judicial corruption in New Hampshire.

♡ 1                                                                                    Report

 **Daniel Peirson**
8 years ago

False accusers destroy the lives of innocent people for selfish reasons.  They abuse the law, they abuse their victims, and they abuse every real victim of a real crime.  They should be prosecuted to the fullest extent of the law.

♡ 1                                                                                    Report



**Louis Argo**
8 years ago

Because I know her.

♡ 1                                                                                      Report



**Clayton Donaho**
8 years ago

I'm signing because this has happened to me. only it was a friend of twenty years accused me of pointing of firearm at him .to cover how he had robbed me of about forty thousand worth of tools .I was automatically guilty charged with a felony.the police and

♡ 1                                                                                      Report



**Richard Havlinek**
8 years ago

Falsely accused of DOmestic Assault Jan2016, accuser robbed my house, destroyed 60 years of momentos and photos then moved out, while i was in jailfora couple days....

♡ 1                                                                                      Report



**Jennifer Nepomuceno**
8 years ago

My family is going through the same struggle!

♡ 1                                                                                      Report



**Blake Taylor**
8 years ago

Too much corruption and it needs to change!

♡ 1                                                                                      Report



**Leslie Porter**
8 years ago

Case 3:24-cv-01282      Document 58-1      Filed 07/12/24      Page 24 of 54 PageID #: 4596
https://rico.jefffenton.com/evidence/2014-08-18_tn-stop-false-allegations-for-protective-orders.pdf      Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

I am signing in support of a friend who was not allowed due process, and her accuser was, in fact the egregious offender, and got away with further harming his victims (there was more than one victim and his history with this is long so we should know)

♡ 1                                                                              Report

 **Heidi Halsey**
8 years ago

My ex-husband has been a protected lying 'whistleblower' in WA State- defying restraining orders and having horrible effects on my work, employment and life.

♡ 1                                                                              Report

 **Rehia Harbke**
8 years ago

I am signing because the act of being able to accuse without any evidence is absurd! The accused and/or potential victim is the one who is responsible for defending actions that are often lies and that should never have required the effort of the victim or the one who

♡ 1                                                                              Report

 **Oliver Sample**
8 years ago

My friend asked me to.

♡ 1                                                                              Report

 **Candace Denton**
8 years ago

This should not be happening .

♡ 1                                                                              Report

 **Mark Clemetson**
8 years ago

False accusers should be held accountable foe their lies.

♡ 1                                                                    Report

---


**Darlene pena**
8 years ago

My ex daughter in law who works as a Sheriff dispatcher falsely accussed me of domestic violence.  There was none, and not the two Hearing Officers nor a Judge heard my side of the issue nor my present daughter in law and brother.  There has never been a domestic

♡ 1                                                                    Report

---


**K J**
8 years ago

Accusers are abusers. Abusers are bullies. Stiff penalties needed. It is a crime to ruin a reputation, a life and must be treated as such.

♡ 1                                                                    Report

---


**Judy Magnuson**
8 years ago

We are the victims of a false R.O in CA. False accusers need to be held accountable for damaging a person/family sense of security. R.O Abuse is wrong!

♡ 1                                                                    Report

---


**Stephanie Stevens**
8 years ago

I was falsely accused of a petty crime, twice,  put on 2 years probation, and 240 hours community service,  by my toddlers dad which is a LT. @ the local jail.  He had friends of his that work security at stores charge me.  I never got to tell my side.  He was so

♡ 1                                                                    Report

---


**Rick Wilson**
8 years ago

I have lost my two daughters and everything i worked all my life for over false

accusations of abuse. When i could finally confront her to ask why.I was told(I am only doing what my attorney is telling me to do) 23 years of marriage two kids and financially

♡ 1                                                                                         Report

---



**David Merren**
8 years ago

I been a victim

♡ 1                                                                                         Report

---



**comer brascom**
8 years ago

I am a victim to false allegations brought against me by my ex-girlfriend in her injunction petition. The judge threw out her case.

♡ 1                                                                                         Report

---



**Regina Smith**
8 years ago

I'm signing this because my ex-husband falsely accused my twelve year old daughter of abusing their brother's in order to get custody of our two boy's and also put bogus information in my file by lying and saying I put bruises on his arm.

♡ 1                                                                                         Report

---



**Brenda yulke**
8 years ago

my cheating husband used a order to remove me from my home to move his mistresse in, which later has cost me custody of my grandkids

♡ 1                                                                                         Report

---



**Cheryl Petrovich**
8 years ago

I am a victim!

♡ 1                                                                                      Report

 **Carrissa Price**
8 years ago

If you accuse maliciously then you are deliberately wasting the justice systems time &
money. As well as potentially putting others at risk with the resources they take up

♡ 1                                                                                      Report

 **Stephen Malin**
8 years ago

Cuz I want the law to change for the better and give men eqal rites and stop false
accusing.

♡ 1                                                                                      Report

 **Paul Higham**
8 years ago

I've been accused of many false allegations , which have had a massive impact on my
life. This must end

♡ 1                                                                                      Report

 **Tom Moonan**
8 years ago

I was accused of an act I did not do and my daughter is paying the price.

♡ 1                                                                                      Report

 **Dr Robert Coates**
8 years ago

I'm a victim of this.

♡ 1                                                                                      Report

 **christine jacobs**
9 years ago

It is happening to me. Right now.

♡ 1                                                                                                    Report

---

 **Katelyn Blue**
9 years ago

This happened to me recently - I got a protective order against my roommate (covertly/ passive-aggressive behavior, emotional and verbal abuse, my tires were slit, not enough evidence to arrest) and literally two hours later, his girlfriend went and got one against

♡ 1                                                                                                    Report

---

 **CHUCK GINGER**
9 years ago

I agree whole heartedly that men and women filing false statements to get these order of protections need to be prosecuted. I'm all for making the first example out of Ned Lines. He weighs 200+ pounds Betty is a petite 110 pounds, I ask you who's going to

♡ 1                                                                                                    Report

---

 **Dawn H**
9 years ago

This is common practice for women going through divorce. It works, why not go for it.

♡ 1                                                                                                    Report

---

 **Eugene Verdon**
9 years ago

It is the law and moral imperative.

♡ 1                                                                                                    Report

---

 **Katherine Kitowski**
9 years ago

I've seen this.

♡ 1                                                                                    Report

---



**Dametre Macon**
9 years ago

I am a victim of having a convicted sex offender filing an injunction against me a crime free military veteran. The judge granted it without me being present to defend myself. Basically the judge gave a pervert the right to assault me and make it my fault for doing

♡ 2                                                                                    Report

---



**Frank Shipley**
9 years ago

Anyone who does something as low as get authorities involved in family busines is scum of the earth. To get a tpo is lowest of the low. Scummiest of the scums. I hope karma is fast and furious to people like this and they rot in hell. Ned has tried to put a close friend

♡ 3                                                                                    Report

---



**Nick Runyon**
9 years ago

When is this going to stop.  It's so harmful and unfair to be allowed to falsely accuse a person of dv they didn't commit.  It's ridiculous that we have to petition to get this law changed when it never should be allowed to happen in the first place.

♡ 3                                                                                    Report

---



**Curt Jensen**
9 years ago

Justice

♡ 2                                                                                    Report

---



**dale finn**
9 years ago

False accusations ron the lives of those accused, and make it difficult for those who are truly harmed to be believed.

♡ 3    Report



**Jeff R Joyce**
9 years ago

This is a serious problem and it happens too much in tn.

♡ 3    Report



**Heather Bush**
9 years ago

I am a mother of a falsely accused son. Something needs to be done to the people who lie about allegations and try to ruin someone's life.

♡ 2    Report



**jim carroll**
9 years ago

falsely accusations, 2x's, one criminal and now civil. outraged of 100% bias toward a woman, who lies, and then men not found as a credible witnesses by a judge?

♡ 3    Report



**Jordan West**
9 years ago

My mom was falsely accused.

♡ 1    Report



**Sheila Powers**
9 years ago

I was falsely accused by my ex boyfriend who I haven't seen in over two years and haven't had contact with in almost a year. I was not allowed due process by the Hamilton County Circuit Court and his statement was taken as fact without allowing my statement

♡ 4　　　　　　　　　　　　　　　　　　　　　　　　Report

 **Richard Wagemann**
9 years ago

Agreed

♡ 2　　　　　　　　　　　　　　　　　　　　　　　　Report

 **Thomas Quinn**
9 years ago

I have first hand experience of the impact of the bias that surrounds this issue and the devastating impact.of such lies which destroys individuals lives and whole families.

♡ 4　　　　　　　　　　　　　　　　　　　　　　　　Report

 **Phyllis Shannon**
9 years ago

My son was accused unfairly (no violence) as a result of divorce.  In spite of the fact that his wife destroyed financial records, stole money out of joint account, lied to everyone, and trashed his computer he was  arrested for breaking into his own bedroom to get his

♡ 4　　　　　　　　　　　　　　　　　　　　　　　　Report

 **Brandon Christiansen**
9 years ago

I am signing, because I am a victim. I'm searching for ways to make the innocent have a voice. I am signing, for the feeelings I have, the distress, the realization that no one is there for support, and the knowledge of haviung to just hope for the best, is what is

♡ 5　　　　　　　　　　　　　　　　　　　　　　　　Report

Case 3:24-cv-01282　　Document 58-1　　Filed 07/12/24　　Page 32 of 54 PageID #: 4604
https://rico.jefffenton.com/evidence/2014-08-18_tn-stop-false-allegations-for-protective-orders.pdf　　Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



**PARKER SHANNON**
9 years ago

My life has been ruined by a false accusation of domestic violence

♡ 3                                                                 Report



**Christopher earle**
9 years ago

i have been a victim of this on multiple occasions

♡ 4                                                                 Report



**Carl Sharpe**
9 years ago

Yes stop false reports

♡ 3                                                                 Report



**Silvia Kiker**
9 years ago

This shit needs to be stopped ASAP too many innocent people hurt by these bastards.

♡ 5                                                                 Report



**D Vetere**
9 years ago

It's a problem everywhere and needs to be stopped. Why is a woman allowed to do this and ruin a mans life with lies.

♡ 5                                                                 Report



**Paul Bein**
9 years ago

This is a problem in the whole country. It's terrible that women & men are allowed to claim false reports and not receive punishment for it. This needs to end now.

♡ 5

Report

 **Lydia Hubbell**
9 years ago

I have had no contact with my daughter for 86 days because of an order of protection that was granted based on false allegations. I had not been able at that point to find a lawyer. My daughter is nearly 7 and her father wanted to cut me out of her life. He has,

♡ 4

Report

 **Mike Muir**
9 years ago

My ex-girlfriend filed two false police reports and an order of protection against me. She accused me of vandalism, stalking, and harassment. The police ruled me out as a suspect and at the hearing, she dropped her claim. What's more is that her accusations in the

♡ 4

Report

 **Lindsey Quintennella**
9 years ago

Please don't allow people to do this. It's in humane to treat people like this. Causes so much pain for the victim of this. I've witnessed so many times these crimes caused by a devious ex spouse.

♡ 4

Report

 **David B.**
9 years ago

#1 Jim Geldart  12/07/2011 - 19:03  Ex-husband of Pam Pamela K. Geldart Not long after filing a restraining order against ex-wife (Pamela K. Geldart) she retaliated. Falsely accused of Domestic Battery:  - http://www.mugshots.... **Read more**

♡ 3

Report

 **David B.**
9 years ago

Case 3:24-cv-01282     Document 58-1     Filed 07/12/24     Page 34 of 54 PageID #: 4606
https://rico.jefffenton.com/evidence/2014-08-18_tn-stop-false-allegations-for-protective-orders.pdf     Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

#1 Jim Geldart   12/07/2011 - 19:03   Ex-husband of Pam Pamela K. Geldart Not long after filing a restraining order against ex-wife (Pamela K. Geldart) she retaliated. Falsely accused of Domestic Battery:  - http://www.mugshots.... **Read more**

♡ 1                                                                                              Report


**David B.**
9 years ago

#1 Jim Geldart   12/07/2011 - 19:03   Ex-husband of Pam Pamela K. Geldart Not long after filing a restraining order against ex-wife (Pamela K. Geldart) she retaliated. Falsely accused of Domestic Battery:  - http://www.mugshots.... **Read more**

♡ 1                                                                                              Report


**Shannen Mitchell Magee**
9 years ago

 have been on both sides & experienced the uneven advantage and the perils of being wrongly accused

♡ 4                                                                                              Report


**Natalie Love**
9 years ago

N. Love

♡ 0                                                                                              Report


**Sammi Mesaros**
9 years ago

Im looking to make a change in this as well.

♡ 5                                                                                              Report


**Candace J**
9 years ago

I had an ex boyfriend who I escaped an extremely abusive relationship with file a PFA

against me while I was in another state. The courts granted him a temporary PFA without me being served or having any knowledge of it. Then when I finally returned to the city

♡ 4                                                                          Report

---

 **Candace J**
9 years ago

I had an ex boyfriend who I escaped an extremely abusive relationship with file a PFA against me while I was in another state. The courts granted him a temporary PFA without me being served or having any knowledge of it. Then when I finally returned to the city

♡ 1                                                                          Report

---

 **Mary Shea**
9 years ago

I have a female psychopath playing victim on courts..cops ,,,neighbors ...her record in Florida reflects 11 yrs of this behavior ...no evidence just lies ...given for her to get you arrested,interrogated 24 hrs. a day any time she wants ... They allow ed it on me 4 yrs ...

♡ 3                                                                          Report

---

 **Rumor Youngblood**
9 years ago

I am a victim!

♡ 1                                                                          Report

---

 **Maria Gomez**
9 years ago

MARIA GOMEZ

♡ 1                                                                          Report

---

 **Emily Sallen**
9 years ago

I have been falsely accused of horrible things - made up in revenge

♡ 2                                                                    Report



**Deborah Wiersma**
9 years ago

Husband of William Rickert needs to speak up and stop his wife Heather Hochuli of
Pontoon Beach IL or Heather Rickert of Pontoon Beach IL to stop putting restraining
orders on himself and a friend of his. Heather Hochuli or Heather Rickert of Star Realty

♡ 3                                                                    Report



**CAROLINE MURPHY**
9 years ago

It is far too easy to ruin the lives if innocent men/women and their families by liars who
make false accusations of all kinds but especially the most depraved of crimes RAPE.They
shouldn't be allowed to do this nor should they gain financially from their lies which

♡ 5                                                                    Report



**Theresa Swencki**
9 years ago

This needs to stop.

♡ 3                                                                    Report



**Carol Howard-Silvy**
9 years ago

There needs to be punishment for filing false police reports to try to ruin an innocent
person's life just to get ahead in a divorce.

♡ 3                                                                    Report



**d s**
9 years ago

Betty Krachey   yOu have your contact info on your website but do not answer your
phone.  I am working on a case and need info from you ASAP. Please answer your phone.

♡ 0                                                                        Report

---



**Private ..**
9 years ago

How did we miss this. Ned keeps trying to be intimate with someone we know. We keep telling her there's something fishy about him then stumbled upon Ned on the web. And oh what a web he's weaved.

♡ 12                                                                       Report

---



**Ally W**
9 years ago

Because I know who Ned is and what he does.......

♡ 3                                                                        Report

---



**Deborah Wiersma**
9 years ago

I have a restraining order on me and I am the won receiving death threats and being harassed for over a year. The husband William Rickert will not speak the Truth about his wife. She put a restraining order on him last September 2015 and then dropped it when

♡ 2                                                                        Report

---



**Kathy Camponovo**
9 years ago

My best friend has been the victim of RO abuse for the third time now. Every time her severely mentally ill sister doesn't get her way on some issue she goes to the County Attorney's Office and alleges Norma committed some act of violence against her-all lies.

♡ 1                                                                        Report

---



**J H**
9 years ago

All states should have penalties for perjurers and it should not just be expected and

ignored.

♡ 8                                                                    Report

---



**Rachel Hansen**
9 years ago

I have been falsely accused and has been one of the most destructive experiences of my life. The RO was terminated almost immediately, but caused me and my children serious damage in many ways.

♡ 2                                                                    Report

---



**jana roberts**
9 years ago

Have a restraining order where other party lied

♡ 1                                                                    Report

---



**Jill Berry**
9 years ago

How the hell is it legal to file a false report?

♡ 9                                                                    Report

---



**Romi Johnson**
9 years ago

Happens too much in TN.

♡ 9                                                                    Report

---



**S C**
9 years ago

I'm signing but I'm a habitual offender. TPO's have helped me win 2 divorces. Love them. Neither of them saw it coming  instantly put me in the lead.

♡ 2                                                                    Report



**Meghan Franklin**
9 years ago

Because it's wrong to accuse and ruin a life over a lie.

♡ 3                                                                                    Report



**Karl kolb**
9 years ago

I went through 6 temporary retraining orders in Pennsylvania and New Jersey. I was. Found innocent of any claims of abuse. Then I had to fight 6 different criminal cases also between Pennsylvania and new jersey and was found innocent oof every thing. I had

♡ 2                                                                                    Report



**Terrie Larson**
9 years ago

This petition is too late to do me justice. I'm in the process of losing my son to a drug addicted gold digging B*$%#. She's made my life a living hell and now she's with a man who is causing my son harm and there is nothing left for me to do because the law lets

♡ 5                                                                                    Report



**Melanie Whitehead**
9 years ago

..

♡ 0                                                                                    Report



**Elaine Mackenzie**
9 years ago

Elaine mackenzie

♡ 0                                                                                    Report



**Donna Stoecker**
9 years ago

Women are being falsely accused as well and there needs to be a change in how ALL domestic violence investigations and prosecutions are handled. I support this petition because I'm a woman who has been a victim of domestic violence so I understand the

♡ 5                                                                         Report



**Aaron Jenkins**
9 years ago

WIFE ACCUSED ME OF SEX ABUSE OF 2.5YO, THATS A CRIME !

♡ 2                                                                         Report



**Amy Widlowski**
9 years ago

A. W.

♡ 0                                                                         Report



**Sheryl Esteban**
9 years ago

This is happening to me

♡ 0                                                                         Report



**amber casey**
9 years ago

i am signing this because my fiance was falsely accused and his ex used this to get out of trouble for fleeing new jersey without persmission with open dyfs case. and she won, with zero evidence, all hear say. it is not fair.

♡ 2                                                                         Report



**Christopher mollema**
9 years ago

I'm going thru the same thing here in nj where my ex girlfriend put a restrainer of domestic violence on me because I would not get back together with her and she took

38 of 51
https://rico.jefffenton.com/evidence/2014-08-18_tn-stop-false-allegations-for-protective-orders.pdf

Case 3:24-cv-01282     Document 58-1     Filed 07/12/24     Page 41 of 54 PageID #: 4613
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

my kids to new Hampshire without my permission and in order for her to slide by

♡ 3

Report

 **Martha Meighan**
9 years ago

I am the victim of a psychotic man who said he was in love with me deeply and turned around and told me to stay away from him the next. I am now up for an appeals and for getting him involuntarily evaluated for being a danger to himself or others..he is a

♡ 1

Report

 **Cynthia Bruce**
9 years ago

I am personally aware of how one person's lie can get another person arrested without speaking to the accused first. The cuffs are put on, money to get out of jail, can't pass criminal background check until charges are cleared, lawyer fees, forced to leave their

♡ 9

Report

 **John Ziadeh**
9 years ago

Im signing,because i have witnessed this very same thing happen to me....Even though it was not domestic violence...All a person has to do is swear out a warrent ,whether you are guilty or INNOCENT can be hauled of to jail...If it is truly a false accusation and it is

♡ 6

Report

 **delzina williams**
9 years ago

I am also a victim of domestic violence,some how my abuser is crying wolk.Got me arrested multiple times.My question is,why not just move on ,instead of ruining someone else life?

♡ 3

Report

39 of 51

https://rico.jefffenton.com/evidence/2014-08-18_tn-stop-false-allegations-for-protective-orders.pdf

Case 3:24-cv-01282    Document 58-1    Filed 07/12/24    Page 42 of 54 PageID #: 4614
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



**Brittany McDaniels**
9 years ago

Brittany M

♡ 0

Report



**T Holliday**
9 years ago

Woman use them as a threat on men when and if they don't get things their way.

♡ 5

Report



**adam miller**
9 years ago

I also feel that it is all to easy to get anyone into serious trouble, with no evidence, based solely on the word of one person. Something needs to be done to either remove anonymity from reports, or to inflict serious penalties on false accusers if no evidence

♡ 6

Report



**Chin Tin**
9 years ago

I am a victim of "order of protection abuser" in New York City.
The NYC Family Court Judge doesn't care less so long as the petitioner is woman, OP will be issued vs. the respondent--man, and will include excluding the man from "HOME". I

♡ 5

Report



**Kelsey Robertson**
9 years ago

women and men who file these false reports should be in jail

♡ 10

Report



**Tina Taylor**
9 years ago

The majority of people do not know how to identify the disorder.  http://spot.geneticpsycho.com

♡ 5                                                                Report

---



**James Cantrell**
9 years ago

I have been dealing with a Narsisists for 14 years.Close to putting an end to it myself.Have have exhausted all legal means with no resolve.Time for some Texas Justice,They call battery an attitude adjustment.I Don't give a fuck if I get 20 in the big

♡ 2                                                                Report

---



**R Davis**
9 years ago

Reba Davis

♡ 0                                                                Report

---



**Theresa oakes**
9 years ago

I was a victim of domestic violence.

♡ 0                                                                Report

---



**Kate M**
9 years ago

my husband was falsely accused by his ex

♡ 1                                                                Report

---



**Rob Cornwell**
9 years ago

Robert Cornwell

♡ 0                                                                Report

---

Case 3:24-cv-01282    Document 58-1    Filed 07/12/24    Page 44 of 54 PageID #: 4616
https://rico.jefffenton.com/evidence/2014-08-18_tn-stop-false-allegations-for-protective-orders.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



**J Moss**
9 years ago

Please start to impose fees and prison sentences for those people who file false domestic charges, including the attorneys.
My charge was issued weeks prior to being served divorce papers. My ex. squatted in ...

♡ 6                                                                                    Report



**Kshitij Peter**
9 years ago

I want zero tolerance for false accusations. Maybe lie-detectors and polygraphs are the way to go.

♡ 7                                                                                    Report



**Brandonio Granger**
9 years ago

Because I have physical evidence that Stephanie Culp is a felony liar ! Ask me the details of my case,and I will easily dismiss all of her diabolical selfset doomsday deathbed, if I can't win,nobody will outlook. If you want a beyond belief story, I have one

♡ 3                                                                                    Report



**Vipin Anand**
9 years ago

I was a victim of being falsely accused in a domestic violence dispute....my housemate was a narcissist who was hell bent on harassing me and when all possibilities failed, she falsely labeled domestic violence charges against me and have me served with a TRO and

♡ 3                                                                                    Report



**Andy Wise**
9 years ago

This is important to me because it happened to me. It's devastating to have someone you once loved do something so cruel an humiliating to you. I know how people this happens to feel, it's life changing. Happened to me 9 years ago and I still haven't got

♡ 2                                                                            Report

---


**Timothy Sowers**
9 years ago

IT'S TIME FOR THIS TO STOP AND MAKE THE FALSE ACCUSERS PAY FOR THEIR ACTIONS!

♡ 5                                                                            Report

---


**Josh Praver**
9 years ago

The use of orders of Protection Orders must be reserved for those cases of the perpetrators true demestic violence, not for those wishing to gain a upper hand in the shared custody of children.

♡ 3                                                                            Report

---


**Sarah Silinovich**
9 years ago

I have experienced this same injustice

♡ 2                                                                            Report

---


**David Riddell**
9 years ago

False allegations have become the norm to those who want the play the system. Guilty until proven innocent is backward thinking and is not fair or right to the fathers and children of the sick game nor is it right to exploit those who are truly are victims of DV.

♡ 5                                                                            Report

---


**Jackie Holtz**
9 years ago

I ts happening to me right now

♡ 3                                                                            Report

---

 **vanessa wetherell**
9 years ago

I'm have been dealing with false allegations against my now 12 years old son for almost 2 1/2 years now. It is still continuing as I type this now. All over a controlling mother who wants the father of there children to loose custody to gain in child support and alimony.

♡ 2                                                                                      Report

 **donald thompson**
9 years ago

dct. California has problems

♡ 3                                                                                      Report

 **Mondalayo Lane**
9 years ago

Im a victim of false DCFS allegations. IM a single father with custody of my daughter

♡ 3                                                                                      Report

 **Donna Epson**
9 years ago

Because this should never be allowed to happen to anyone. Punish false accusers to the fullest.

♡ 6                                                                                      Report

 **Camille Wright**
9 years ago

C. Wright

♡ 0                                                                                      Report

 **glen telford**
9 years ago

Case 3:24-cv-01282    Document 58-1    Filed 07/12/24    Page 47 of 54 PageID #: 4619
https://rico.jefffenton.com/evidence/2014-08-18_tn-stop-false-allegations-for-protective-orders.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

i too am a victam of this flawed system

♡ 4                                                                    Report

---



**Elise Gourlay**
9 years ago

i agree

♡ 1                                                                    Report

---



**elio olivero**
9 years ago

i don't want a liar/ evil person to have power to destroy my life or others lives

♡ 9                                                                    Report

---



**Melody burgess**
9 years ago

.

♡ 0                                                                    Report

---



**Ericka Ferguson**
9 years ago

Agree

♡ 0                                                                    Report

---



**Lynda Cabrera**
9 years ago

My Ex and I have broken up when our child was around 2 years old. And i was on my own to figure it out for me and my daughter. He left us behind and never stayed contact or talked or see our daughter. I was taking care of her for 4 years alone. Then i filed for child

♡ 3                                                                    Report



**Ana AfterNarcissisticAbuse**
9 years ago

As a victim of false allegations and perjury in order to obtain a legal injunction, lives are destroyed due to the court system being used by abusers to silence their victims. ...
**Read more**

♡ 6                                                                                   Report



**Paula Cowan**
9 years ago

Agreed

♡ 0                                                                                   Report



**Angel Sanchez**
9 years ago

.

♡ 0                                                                                   Report



**JR Rogers**
9 years ago

I'm a victim of restraining order abuse.

♡ 0                                                                                   Report



**Charles Bernex**
9 years ago

truly believe anyone accused is treated guily until proven innocent.There is no burden of proof on the accuser ,all they have to do is make a accusation .women use this as a tool for revenge and no way for a man to protect himself at all. it is such a unfair system and

♡ 4                                                                                   Report



**Jerry Denithorne**
9 years ago

Case 3:24-cv-01282    Document 58-1    Filed 07/12/24    Page 49 of 54 PageID #: 4621
https://ricco.jefffenton.com/evidence/2014-08-18_tn-stop-false-allegations-for-protective-orders.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

I have been arrested for DV and have PFA on me and I was the one abused. with broken nose and put in Jail

♡ 2                                                                                                        Report



**John Robinson**
9 years ago

I'm signing because to many women abuse the system to get child support, and to keep the child and hurt the father.

♡ 7                                                                                                        Report



**julissa santiago**
9 years ago

I too am a victim...it is truly
disgusting how these restraining orders work anyone can accuse you and run with it i have spent over 8k in defending my postion; while he uses his brother as an attorney.

♡ 7                                                                                                        Report



**Gabriella Gliatta**
9 years ago

I've been falsely accused of domestic violence and am a true victim of narcisstic abuse

♡ 2                                                                                                        Report



**Lauren Comer**
9 years ago

.

♡ 0                                                                                                        Report



**unknown name**
9 years ago

I'm a proud false accuser and I see nothing wrong with making false accusations against people--especially the weak. But I guess some people have to pay the price because

they're terrible at committing crimes :)

♡ 1                                                                                    Report



**karen Gannon**
9 years ago

someone i know was falsely accused

♡ 1                                                                                    Report



**Michelle Mullenhouse**
9 years ago

Please advocate for the women and men that are being falsely accused of domestic
violence and having everything taken away from them for a crime they never committed.
We need to protect these victims as well. You can lose your family, friends, job, finances

♡ 7                                                                                    Report



**Walter Glover**
9 years ago

Amazing how many similar stories are written down here and it shows a clear pattern
that the law enforcement (what a joke) is completely biased to this subject. Prosecutors
vowed one time in their life to represent the People but they are representing individual

♡ 6                                                                                    Report



**Samuel Guinness**
9 years ago

This is a very dire issue which the media and the American public at large have
essentially swept under the rug. Innocent men are being black listed and ruined thanks
to this shameless display of McCarthyism, and almost NO-ONE is willing to talk about it.

♡ 4                                                                                    Report



**Lance Groft**
9 years ago

I am also a victim of false allegations.

♡ 1                                                                    Report

---



**Joy Furguson**
9 years ago

I agree

♡ 1                                                                    Report

---



**lisa mcwhirter**
9 years ago

Every single false accuser needs to held accountable for their actions

♡ 14                                                                   Report

---



**m welz**
9 years ago

a relative was falsely accused when she had to evict an invited guest out of her house... the crazy guest got a temp restraining order against the homeowner so that they could live for free and damage the property!

♡ 2                                                                    Report

---



**Alberto Carvalho**
9 years ago

Because I am currently a victim of this and the law should not protect liars and perjurors for ANY reason.

♡ 3                                                                    Report



**Todd Greene**
9 years ago

To quote a (female) victim of false allegations: "It's just so goddam devastating to the people who are unfairly stigmatized."

♡ 13                                                                        Report



**Richard Matteson**
9 years ago

Its the right thing to do

♡ 2                                                                         Report



**Kami Lawhorn**
9 years ago

Because I agree with this petition!

♡ 2                                                                         Report

**Load more**

## Company

About

Impact

Careers

Team

## Support

Help

Privacy

Terms

## Community

Blog

Press

Community Guidelines

## Connect

Twitter

Facebook

Instagram

Case 3:24-cv-01282      Document 58-1      Filed 07/12/24      Page 53 of 54 PageID #: 4625
https://rico.jefffenton.com/evidence/2014-08-18_tn-stop-false-allegations-for-protective-orders.pdf      Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

Cookies

**Guides**

How To Write A Petition

Do Petitions Work

What is the Right To Petition

How to Start a School Petition



**English (United States)**

© **2024, Change.org, PBC**

This site is protected by reCAPTCHA and the Google <u>Privacy Policy</u> and <u>Terms of Service</u> apply.