# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MICHIGAN

**JEFFREY RYAN FENTON,**

    PLAINTIFF

v.

**VIRGINIA LEE STORY ET AL.,**

    DEFENDANTS

CASE NO. 1:23-CV-01097

**FILED - LN**
August 19, 2024 1:07 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: piw /    SCANNED BY: /

## EXHIBITS: AUCTION WARRANTY DEED & ADA REQUEST FOR MODIFICATION

I, Jeffrey Ryan Fenton, declare under oath as follows:

1. I am the plaintiff in this federal lawsuit (Case No. 1:23-CV-01097).
2. I am a citizen of the United States of America.
3. I was born in Washington State during 1969.
4. I am domiciled in Genesee County, Michigan.
5. My mailing address is 17195 Silver Parkway, #150, Fenton, MI 48430-3426.
6. My phone number is (615) 837-1300. My email address is contact@jefffenton.com.
7. Please file these exhibits in my lawsuit, so that I can reference them as needed in my amended complaint and supporting documents.

Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed 8/17/2024

*[signature]*

**JEFFREY RYAN FENTON**
17195 SILVER PARKWAY, #150
FENTON, MI, 48430-3426
CONTACT@JEFFFENTON.COM
(P) 615.837.1300