# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

| |
|---|
| JEFFREY RYAN FENTON,<br><br>        PLAINTIFF<br>v.<br><br>VIRGINIA LEE STORY ET AL.,<br><br>        DEFENDANTS |

CASE NO. 1:23-CV-01097

**FILED - LN**
August 19, 2024 1:07 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: pmv /_____ SCANNED BY: /____

## DIGITAL MEDIA EXHIBIT: SLAM THE GAVEL PODCAST VIDEO
### (MP4 on DVD, Season 5, Episode 145)

I, Jeffrey Ryan Fenton, declare under oath as follows:

1. I am the plaintiff in this federal lawsuit (Case No. 1:23-CV-01097).

2. I am a citizen of the United States of America.

3. I was born in Washington State during 1969.

4. I am domiciled in Genesee County, Michigan.

5. My mailing address is 17195 Silver Parkway, #150, Fenton, MI 48430-3426.

6. My phone number is (615) 837-1300. My email address is contact@jefffenton.com.

7. Please file this exhibit in my lawsuit, so that I can reference it in my amended complaints.

Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed 8/15/2024

**JEFFREY RYAN FENTON**
17195 SILVER PARKWAY, #150
FENTON, MI, 48430-3426
CONTACT@JEFFFENTON.COM
(P) 615.837.1300