# 1

**This video is not my property.**
Source: DismantlingFamilyCourtCorruption.com
URL: https://www.youtube.com/watch?v=plg5eEEnVuU

This video is evidence in a federal civil rights, conspiracy, fraud, and racketeering lawsuit, filed by Jeff Fenton.

THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN
Lawsuit Filed on 10/23/2023
Case No. 1:23-cv-01097

Evidence Title: 2024-08-03_slam-the-gavel-podcast-season-5-episode-145.mp4
URL: https://rico.jefffenton.com/evidence/2024-08-03_slam-the-gavel-podcast-season-5-episode-145.mp4

The defendants in this case will be named at the end of this video.

