5

# United States District Court
## Western District of Michigan (Southern Division (1))
## CIVIL DOCKET FOR CASE #: 1:23-cv-01097-PLM-RSK

Fenton v. Story et al
Assigned to: District Judge Paul L. Maloney
Referred to: Magistrate Judge Ray Kent
Cause: 42:1983 Other Civil Rights

Date Filed: 10/13/2023
Jury Demand: Plaintiff
Nature of Suit: 370 Other Fraud
Jurisdiction: Federal Question

**plaintiff**

**Jeffrey Ryan Fenton**

represented by **Jeffrey Ryan Fenton**
17195 Silver Parkway #150
Fenton, MI 48430
(810) 428-6500
PRO SE

V.

**defendant**

**Virginia Lee Story**
*individually and in their official capacities*

**defendant**

**Michael Weimar Binkley**
*individually and in their official capacities*

**defendant**

**Kathryn Lynn Yarbrough**
*individually and in their official capacities*

**defendant**

**Elaine Beaty Beeler**
*individually and in their official capacities*

**defendant**

**Sara B. McKinney**
*individually and in their official capacities*

**defendant**

**Mary Elizabeth Maney Ausbrooks**
*individually and in their official capacities*

**defendant**

**Alexander Sergey Koval**
*individually and in their official capacities*

defendant

**Henry Edward Hildebrand, III**
*individually and in their official capacities*

defendant

**Charles M. Walker**
*individually and in their official capacities*

defendant

**Roy Patrick Marlin**
*individually and in their official capacities*

defendant

**Thomas E. Anderson**
*individually and in their official capacities*

defendant

**Samuel Forrest Anderson**
*individually and in their official capacities*

defendant

**Frank Goad Clement, Jr.**
*individually and in their official capacities*

defendant

**Andy Dwane Bennett**
*individually and in their official capacities*

defendant

**William Neal McBrayer**
*individually and in their official capacities*

defendant

**James Michael Hivner**
*individually and in their official capacities*

defendant

**John Brandon Coke**
*individually and in their official capacities*

defendant

**Sandra Jane Leach Garrett**
*individually and in their official capacities*

defendant

**Story Abernathy Campbell Ashworth McGill Walters An Association of Attorneys**

defendant

**Rothschild & Ausbrooks PLLC**

**defendant**

Bank of America, N.A.

**defendant**

Spragins, Barnett & Cobb PLC
*also named as Spragins, Bartnett & Cobb, PLCNS in complaint*

**defendant**

BancorpSouth Bank

**defendant**

Rubin Lublin TN, PLLC

**defendant**

Tennessee, State of

**defendant**

Williamson, County of
*Tennessee*

**defendant**

Tennessee Administrative Office of the Courts

**defendant**

Tennessee Court of Appeals Middle Division

**defendant**

Chancery Court for Williamson County Tennessee

| Date Filed | # | Docket Text |
|---|---|---|
| 10/13/2023 | 1 | COMPLAINT with jury demand against Samuel Forrest Anderson, Thomas E. Anderson, Mary Elizabeth Maney Ausbrooks, BancorpSouth Bank, Bank of America, N.A., Elaine Beaty Beeler, Andy Dwane Bennett, Michael Weimar Binkley, Chancery Court for Williamson County Tennessee, Frank Goad Clement, Jr, John Brandon Coke, Sandra Jane Leach Garrett, Henry Edward Hildebrand, III, James Michael Hivner, Alexander Sergey Koval, Roy Patrick Marlin, William Neal McBrayer, Sara B. McKinney, Rothschild & Ausbrooks PLLC, Rubin Lublin TN, PLLC, Spragins, Barnett & Cobb PLC, Virginia Lee Story, Story Abernathy Campbell Ashworth McGill Walters An Association of Attorneys, Tennessee Administrative Office of the Courts, Tennessee Court of Appeals Middle Division, Tennessee, State of, Charles M. Walker, Williamson, County of, Kathryn Lynn Yarbrough filed by Jeffrey Ryan Fenton (Attachments: # 1 Affidavit, # 2 Affidavit of Mom, # 3 Appendix 1, # 4 Appendix 2, # 5 Appendix 3, # 6 Appendix 4, # 7 Appendix 5, # 8 Appendix 10-1, # 9 Appendix 10-2 - Part 1 of 3, # 10 Appendix 10-2 - Part 2 of 3, # 11 Appendix 10-2 - Part 3 of 3, # 12 Appendix 11 - Part 1 of 2, # 13 Appendix 11 - Part 2 of 2, # 14 Appendix 12 - Part 1 of 3, # 15 Appendix 12 - Part 2 of 3, # 16 Appendix 12 - Part 3 of 3, # 17 Appendix 13-1 - Part 1 of 2, # 18 Appendix 13-1 - Part 2 of 2, # 19 Appendix 13-2 - Part 1 of 2, # 20 Appendix 13-2 - Part 2 of 2, # 21 Appendix 13-3 - Part 1 of 3, # 22 |

| | | |
|---|---|---|
| | | Appendix 13-3 - Part 2 of 3, # 23 Appendix 13-3 - Part 3 of 3, # 24 Appendix 13-4 - Part 1 of 2, # 25 Appendix 13-4 - Part 2 of 2, # 26 Appendix 13-5, # 27 Appendix 14-1 - Part 1 of 2, # 28 Appendix 14-1 - Part 2 of 2, # 29 Appendix 14-2 - Part 1 of 2, # 30 Appendix 14-2 - Part 2 of 2, # 31 Appendix 15 - Part 1 of 3, # 32 Appendix 15 - Part 2 of 3, # 33 Appendix 15 - Part 3 of 3, # 34 Appendix 16, # 35 Appendix 17 - Part 1 of 2, # 36 Appendix 17 - Part 2 of 2, # 37 Appendix 18, # 38 Appendix 19, # 39 Appendix 20, # 40 Appendix 21) (ems) (Entered: 10/17/2023) |
| 10/13/2023 | | RECEIPT: in the amount of $402.00, receipt number 500000088; for civil case filing fee (ems) (Entered: 10/17/2023) |
| 10/13/2023 | | SUMMONS NOT ISSUED as to defendants Samuel Forrest Anderson, Thomas E. Anderson, Mary Elizabeth Maney Ausbrooks, BancorpSouth Bank, Bank of America, N.A., Elaine Beaty Beeler, Andy Dwane Bennett, Michael Weimar Binkley, Chancery Court for Williamson County Tennessee, Frank Goad Clement, Jr, John Brandon Coke, Sandra Jane Leach Garrett, Henry Edward Hildebrand, III, James Michael Hivner, Alexander Sergey Koval, Roy Patrick Marlin, William Neal McBrayer, Sara B. McKinney, Rothschild & Ausbrooks PLLC, Rubin Lublin TN, PLLC, Spragins, Barnett & Cobb PLC, Virginia Lee Story, Story Abernathy Campbell Ashworth McGill Walters An Association of Attorneys, Tennessee Administrative Office of the Courts, Tennessee Court of Appeals Middle Division, Tennessee, State of, Charles M. Walker, Williamson, County of, Kathryn Lynn Yarbrough *(summonses not provided at time of filing by plaintiff as he stated he had them at home and would present them at a later date)* (ems) (Entered: 10/17/2023) |
| 10/17/2023 | 2 | NOTICE of receipt of case (ems) (Entered: 10/17/2023) |
| 10/17/2023 | | Copy of Receipt of Case Notice 2 sent via U.S. Mail to Jeffrey Ryan Fenton (ems) (Entered: 10/17/2023) |
| 10/18/2023 | 3 | ORDER OF RECUSAL: District Judge Jane M. Beckering recused from this case; case to be reassigned; signed by District Judge Jane M. Beckering (rmw) (Entered: 10/18/2023) |
| 10/18/2023 | 4 | NOTICE that this case is reassigned to District Judge Paul L. Maloney for all further proceedings pursuant to Order 3 by Judge Jane M. Beckering ; Judge Jane M. Beckering no longer assigned to the case (ems) (Entered: 10/18/2023) |
| 10/18/2023 | | Copy of Order of Recusal 3 , Notice Regarding Reassignment of Case 4 sent via U.S. Mail to Jeffrey Ryan Fenton (ems) (Entered: 10/18/2023) |
| 10/18/2023 | 5 | PRO SE APPLICATION for electronic filing and service by plaintiff Jeffrey Ryan Fenton (ems) (Entered: 10/19/2023) |
| 10/19/2023 | 6 | ORDER REFERRING CASE to Magistrate Judge Ray Kent; signed by District Judge Paul L. Maloney (Judge Paul L. Maloney, acr) (Entered: 10/19/2023) |
| 10/20/2023 | | Copy of Order Referring Case to Magistrate Judge 6 sent via U.S. Mail to Jeffrey Ryan Fenton (ems) (Entered: 10/20/2023) |
| 10/20/2023 | 7 | MOTION for order *to maintain venue* by plaintiff Jeffrey Ryan Fenton; (ems) (Entered: 10/20/2023) |
| 12/13/2023 | 8 | REPORT AND RECOMMENDATION re 1 ; objections to R&R due within 14 days; signed by Magistrate Judge Ray Kent (fhw) (Entered: 12/13/2023) |
| 12/13/2023 | 9 | ORDER denying 5 pro se application for electronic filing and service; signed by Magistrate Judge Ray Kent (fhw) (Entered: 12/13/2023) |
| 12/13/2023 | | Copy of Report and Recommendation 8 , Order on Pro Se Application for Electronic Filing and Service 9 sent via U.S. Mail to Jeffrey Ryan Fenton (slk) (Entered: 12/13/2023) |

| | | |
|---|---|---|
| 12/29/2023 | 10 | MOTION for extension of time to file *objection to report and recommendation* by plaintiff Jeffrey Ryan Fenton; (jlg) (Entered: 12/29/2023) |
| 12/29/2023 | 11 | DECLARATION *in support of objection to 12/13/2023 report and recommendation* by plaintiff Jeffrey Ryan Fenton (jlg) (Entered: 12/29/2023) |
| 12/29/2023 | 12 | DECLARATION *of ADA abuse in chancery court* by plaintiff Jeffrey Ryan Fenton (jlg) Modified textnon 1/2/2024 (jjm). (Entered: 12/29/2023) |
| 01/02/2024 | 13 | ORDER granting 10 motion for extension of time to file objections; objections to 8 due 1/10/2024; signed by Magistrate Judge Ray Kent (fhw) (Entered: 01/02/2024) |
| 01/03/2024 | | Copy of Order on Motion for Extension of Time to File 13 sent via U.S. Mail to Jeffrey Ryan Fenton (jjm) (Entered: 01/03/2024) |
| 01/19/2024 | 14 | OBJECTION by plaintiff Jeffrey Ryan Fenton to Report and Recommendation 8 (Attachments: # 1 Exhibit A) (ems) (Entered: 01/22/2024) |
| 01/19/2024 | 15 | DECLARATION re 14 *in support of Objection to Report and Recommendation* by plaintiff Jeffrey Ryan Fenton (ems) (Entered: 01/22/2024) |
| 01/19/2024 | 16 | MOTION for extension of time to *serve parties* by plaintiff Jeffrey Ryan Fenton; (Attachments: # 1 Proposed Summons) (ems) (Entered: 01/22/2024) |
| 01/19/2024 | 17 | MOTION for protective order by plaintiff Jeffrey Ryan Fenton; (Attachments: # 1 Attachment 1) (ems) Modified date filed on 1/22/2024 (ems). (Entered: 01/22/2024) |
| 01/19/2024 | 18 | DECLARATION *of Marsha Ann Felton regarding son Jeffrey Ryan Fenton and Tennessee legal proceedings* by plaintiff Jeffrey Ryan Fenton (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3, # 4 Attachment 4, # 5 Attachment 5, # 6 Attachment 6, # 7 Attachment 7, # 8 Attachment 8, # 9 Attachment 9, # 10 Attachment 10) (ems) (Entered: 01/22/2024) |
| 01/19/2024 | 19 | EXHIBIT *of Tennessee Court Motions in Chronological Order* by plaintiff Jeffrey Ryan Fenton (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3, # 4 Attachment 4, # 5 Attachment 5, # 6 Attachment 6, # 7 Attachment 7, # 8 Attachment 8, # 9 Attachment 9, # 10 Attachment 10, # 11 Attachment 11, # 12 Attachment 12, # 13 Attachment 13, # 14 Attachment 14) (ems) (Entered: 01/22/2024) |
| 01/19/2024 | 20 | EXHIBIT *of Response in Tennessee Chancery Court* by plaintiff Jeffrey Ryan Fenton (ems) (Entered: 01/22/2024) |
| 01/19/2024 | 21 | BRIEF by plaintiff Jeffrey Ryan Fenton *of Memorandum of Law regarding court actions in Tennessee* (Attachments: # 1 Attachment 1) (ems) (Entered: 01/22/2024) |
| 01/19/2024 | 22 | EXHIBIT *of Transcript of Proceedings from August 1, 2019* by plaintiff Jeffrey Ryan Fenton (ems) (Entered: 01/22/2024) |
| 01/19/2024 | 23 | EXHIBIT *of Transcript of Hearing from August 29, 2019* by plaintiff Jeffrey Ryan Fenton (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3, # 4 Attachment 4 - Audio CD) (ems) (Entered: 01/22/2024) |
| 01/19/2024 | 24 | DECLARATION re 23 *certifying the authenticity and accuracy of 8/29/2019 transcript of evidence and audio recordings of hearing* by plaintiff Jeffrey Ryan Fenton (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (ems) (Entered: 01/22/2024) |
| 01/19/2024 | 25 | DECLARATION *of irrefutable proof of a criminal conspiracy spanning State and Federal Courts* by plaintiff Jeffrey Ryan Fenton (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3, # 4 Attachment 4, # 5 Attachment 5, # 6 Attachment 6, # 7 Attachment 7, # 8 Attachment 8, # 9 Attachment 9, # 10 Attachment 10, # 11 Attachment 11, # 12 |

| | | |
|---|---|---|
| | | Attachment 12, # [13](#) Attachment 13, # [14](#) Attachment 14, # [15](#) Attachment 15) (ems) (Entered: 01/22/2024) |
| 01/19/2024 | [26](#) | EXHIBIT *of recorded phone call* by plaintiff Jeffrey Ryan Fenton (Attachments: # [1](#) Audio CD) (ems) (Entered: 01/22/2024) |
| 01/19/2024 | [27](#) | DECLARATION *about Arons & Associates divorce planning* by plaintiff Jeffrey Ryan Fenton (ems) (Entered: 01/22/2024) |
| 01/19/2024 | [28](#) | DECLARATION *about phone call with Trustee John McLemore* by plaintiff Jeffrey Ryan Fenton (ems) (Entered: 01/22/2024) |
| 01/19/2024 | [29](#) | *DIGITAL* EXHIBIT *(Disc 1 of Audio/Video Files)* by plaintiff Jeffrey Ryan Fenton (ems) (Entered: 01/22/2024) |
| 01/19/2024 | [30](#) | *DIGITAL* EXHIBIT *(Disc 2 of Audio/Video Files)* by plaintiff Jeffrey Ryan Fenton (ems) (Entered: 01/22/2024) |
| 01/25/2024 | [31](#) | ORDER ADOPTING IN PART AND REJECTING IN PART REPORT AND RECOMMENDATION [8](#) and acting on [7](#) ; signed by District Judge Paul L. Maloney (Judge Paul L. Maloney, cmc) (Entered: 01/25/2024) |
| 01/25/2024 | | Copy of Order Regarding Report and Recommendation [31](#) sent via U.S. Mail to Jeffrey Ryan Fenton (ems) (Entered: 01/25/2024) |
| 03/25/2024 | [32](#) | DECLARATION *about Jeffrey Fenton's Disabilities* by plaintiff Jeffrey Ryan Fenton (jjm) (Entered: 03/26/2024) |
| 03/25/2024 | [33](#) | DECLARATION *(part 1 of 2) about professional and judicial misconduct during 8/1/2019 hearing in Chancery Court* by plaintiff Jeffrey Ryan Fenton (jjm) Modified text on 3/26/2024 (jjm). (Entered: 03/26/2024) |
| 03/25/2024 | [34](#) | DECLARATION *(part 2 of 2) about professional and judicial misconduct during 8/1/2019 hearing in Chancery Court* by plaintiff Jeffrey Ryan Fenton (jjm) Modified text on 3/26/2024 (jjm). (Entered: 03/26/2024) |
| 03/25/2024 | [35](#) | DECLARATION *regarding service fees* by plaintiff Jeffrey Ryan Fenton (jjm) (Entered: 03/26/2024) |
| 03/25/2024 | [36](#) | MOTION for order *named as motion for prepayment of service fees* by plaintiff Jeffrey Ryan Fenton; (Attachments: # [1](#) Proposed Order) (jjm) (Entered: 03/26/2024) |
| 03/25/2024 | [37](#) | DECLARATION *about financial and family structure* by plaintiff Jeffrey Ryan Fenton (jjm) (Entered: 03/26/2024) |
| 03/25/2024 | [38](#) | EXHIBIT *(part 1 of 2) regading conspiracy against rights under color of law* by plaintiff Jeffrey Ryan Fenton (jjm) (Entered: 03/26/2024) |
| 03/25/2024 | [39](#) | EXHIBIT *(part 2 of 2) regading conspiracy against rights under color of law* by plaintiff Jeffrey Ryan Fenton (jjm) (Entered: 03/26/2024) |
| 03/25/2024 | [40](#) | EXHIBIT *of Tennessee Petition of Remonstrance* by plaintiff Jeffrey Ryan Fenton (jjm) (Entered: 03/26/2024) |
| 03/25/2024 | [41](#) | EXHIBIT *of Tennessee Rules of Judicial and Professional Conduct* by plaintiff Jeffrey Ryan Fenton (jjm) (Entered: 03/26/2024) |
| 03/25/2024 | [42](#) | EXHIBIT *(part 1 of 4a) small individual exhibits with web URLS* by plaintiff Jeffrey Ryan Fenton (jjm) (Entered: 03/26/2024) |

| Date | # | Description |
|---|---|---|
| 03/25/2024 | 43 | EXHIBIT *(part 1 of 4b) small individual exhibits with web URLS* by plaintiff Jeffrey Ryan Fenton (jjm) (Entered: 03/26/2024) |
| 03/25/2024 | 44 | EXHIBIT *(part 1 of 4c) small individual exhibits with web URLS* by plaintiff Jeffrey Ryan Fenton (jjm) (Entered: 03/26/2024) |
| 03/25/2024 | 45 | EXHIBIT *(part 2 of 4a) small individual exhibits with web URLS* by plaintiff Jeffrey Ryan Fenton (jjm) (Entered: 03/26/2024) |
| 03/25/2024 | 46 | EXHIBIT *(part 2 of 4b) small individual exhibits with web URLS* by plaintiff Jeffrey Ryan Fenton (jjm) (Entered: 03/26/2024) |
| 03/25/2024 | 47 | EXHIBIT *(part 3 of 4a) small individual exhibits with web URLS* by plaintiff Jeffrey Ryan Fenton (jjm) (Entered: 03/26/2024) |
| 03/25/2024 | 48 | EXHIBIT *(part 3 of 4b) small individual exhibits with web URLS* by plaintiff Jeffrey Ryan Fenton (jjm) (Entered: 03/26/2024) |
| 03/25/2024 | 49 | EXHIBIT *(part 3 of 4c) small individual exhibits with web URLS* by plaintiff Jeffrey Ryan Fenton (jjm) (Entered: 03/26/2024) |
| 03/25/2024 | 50 | EXHIBIT *(part 3 of 4d) small individual exhibits with web URLS* by plaintiff Jeffrey Ryan Fenton (jjm) (Entered: 03/26/2024) |
| 03/25/2024 | 51 | EXHIBIT *(part 4 of 4a) small individual exhibits with web URLS* by plaintiff Jeffrey Ryan Fenton (jjm) (Entered: 03/26/2024) |
| 03/25/2024 | 52 | EXHIBIT *(part 4 of 4b) small individual exhibits with web URLS* by plaintiff Jeffrey Ryan Fenton (jjm) (Entered: 03/26/2024) |
| 03/25/2024 | 53 | DECLARATION *of irrefutable proof of a criminal conspiracy spanning state and federal courts* by plaintiff Jeffrey Ryan Fenton (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M) (jjm) (Entered: 03/26/2024) |
| 06/26/2024 | 54 | EXHIBIT re 30 , 29 by plaintiff Jeffrey Ryan Fenton (Attachments: # 1 Digital Exhibits) (eod) (Entered: 06/26/2024) |
| 07/08/2024 | 55 | ORDER REGARDING SERVICE: granting in part and denying in part 16 motion for extension of time; plaintiff shall serve defendants by 8/22/2024; denying 17 motion for protective order; denying 36 motion for prepayment of service fees; signed by Magistrate Judge Ray Kent (fhw) (Entered: 07/08/2024) |
| 07/09/2024 |  | Copy of Order on Motion for Prepayment of Service Fees, Order on Motion for Extension of Time, Order on Motion for Protective Order 55 sent via U.S. Mail to Jeffrey Ryan Fenton (jlg) (Entered: 07/09/2024) |
| 07/12/2024 | 56 | SUPPLEMENT re Exhibit 42 , Exhibit 48 , Exhibit 52 , Exhibit 43 , Exhibit 47 , Exhibit 50 , Exhibit 49 , Exhibit 44 , Exhibit 46 , Exhibit 45 , Exhibit 51 by plaintiff Jeffrey Ryan Fenton (Attachments: # 1 Attachment 1) (mg) Modified text on 7/24/2024 (mg). (Entered: 07/16/2024) |
| 07/12/2024 | 57 | EXHIBIT *individual email communication exhibits* by plaintiff Jeffrey Ryan Fenton (Attachments: # 1 Attachment 1) (mg) Modified text on 7/24/2024 (mg). (Entered: 07/16/2024) |
| 07/12/2024 | 58 | EXHIBIT *importan related issues- Tennessee Supreme Court* by plaintiff Jeffrey Ryan Fenton (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3, # 4 |

|  |  | Attachment 4, # 5 Attachment 5) (mg) Modified text on 7/24/2024 (mg). (Entered: 07/16/2024) |
|---|---|---|
| 07/12/2024 | 59 | DECLARATION *certifying testimony in video is accurate and true* by plaintiff Jeffrey Ryan Fenton (mg) Modified text on 7/24/2024 (mg). (Entered: 07/16/2024) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/14/2024 07:29:51 | | | |
| PACER Login: | | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:23-cv-01097-PLM-RSK |
| Billable Pages: | | Cost: | |