UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JEFFREY RYAN FENTON, ) | |
| Plaintiff, ) | |
| ) | No. 1:23-cv-1097 |
| -v- ) | |
| ) | Honorable Paul L. Maloney |
| VIRGINIA LEE STORY, *et al.*, ) | |
| Defendants. ) | |
| ) | |

## ORDER VACATING ORDER OF REFERRAL AND DISMISSING MOTION FOR RECUSAL

Shortly after Plaintiff Fenton filed this lawsuit, the Court issued an order referring the action to Magistrate Judge Kent (ECF No. 6). Magistrate Judge Kent has since issued a report and recommendation (ECF No. 8) and a number of other orders resolving nondispositive motions.

Plaintiff disagreed with the manner in which Magistrate Judge Kent has proceeded and filed a motion for recusal (ECF No. 60) in which he accuses the Magistrate Judge of a lack of impartiality.

Without any consideration of the merits of the pending motion for recusal, the Court **VACATES** the order of referral (ECF No. 6). And, because the Court vacates the order of referral, the Court **DISMISSES** Plaintiff's motion for recusal as moot (ECF No. 60). **IT IS SO ORDERED.**

Date:   September 12, 2024                                           /s/ Paul L. Maloney
                                                                                    Paul L. Maloney
                                                                          United States District Judge