UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JEFFREY RYAN FENTON,

    Plaintiff,

vs.

VIRGINIA LEE STORY, et al.,

    Defendants.

Case No. 1:23-CV-1097

HON: PAUL L. MALONEY

MAG: RAY KENT

| | |
|---|---|
| Jeffrey Ryan Fenton<br>17195 Silver Parkway #150<br>Fenton, MI 48430<br>(615) 837-1300<br>Plaintiff<br>*PRO SE* | Brian J. Gallagher (P72712)<br>LENNON MILLER PLC<br>Attorneys for Defendants Beeler; Bennett; Binkley; Board of Professional Responsibility of the Supreme Court of TN; Chancery Court for Williamson County, TN; Clement; Coke; Garrett; Hivner; McBrayer; State of TN; Supreme Court of the State of TN; TN Admin Office of the Courts; TN Court of Appeals Middle Division; Williamson County; Williamson County Sheriff's Office ("The Tennessee Defendants")<br>151 South Rose Street, Suite 900<br>Kalamazoo, MI 49007<br>(269) 488-5188 / (269) 381-8822 – Fax<br>bgallagher@lennonmiller.com |
| Valerie Henning Mock (P55572)<br>Wilson Elser Moskowitz Edelman & Dicker LLP (Livonia)<br>Attorneys for Defendants Story and Story and Abernathy, PLLC<br>17197 N Laurel Park Dr., Ste. 201<br>Livonia, MI 48152<br>(313) 327-3100<br>valerie.mock@wilsonelser.com | Sandra J. Densham (P69397)<br>Plunkett Cooney (Grand Rapids)<br>Attorneys for Defendants Marlin and McCarthur Sanders Real Estate<br>333 Bridge St., NW, Ste. 530<br>Grand Rapids, MI 49504<br>(616) 752-4627<br>sdensham@plunkettcooney.com |

    **NOW COME** Elaine Beaty Beeler; Andy Dwane Bennett; Michael Weimar Binkley; Board of Professional Responsibility of the Supreme Court of Tennessee; Chancery Court for

Williamson County Tennessee; Frank Goad Clement, Jr.; John Brandon Coke; Sandra Jane Leach Garrett; James Michael Hivner; William Neal McBrayer; Supreme Court of the State of Tennessee; Tennessee Administrative Office of the Courts; Tennessee Court of Appeals Middle Division; State of Tennessee; Williamson County; Williamson County Sheriff's Office (hereinafter known as "the Tennessee Defendants") by and through their attorneys, Lennon Miller, PLC, and for their Certification of Compliance state that:

1. Pursuant to W.D. Mich. Local Civil Rule 7.2(b)(ii), the Tennessee Defendants' Brief in Support of their Motion to Dismiss contains 9 pages and 2750 words, as defined by W.D. Mich. LCivR 7.2(b)(i).

2. The Tennessee Defendants' Motion to Dismiss and Brief in Support of its Motion to Dismiss were drafted using Microsoft® Word for Microsoft 365 MSO (Version 2408, Build 17928.20156); 32-bit.

WHEREFORE, the Tennessee Defendants state that this Certification of Compliance satisfies the requirements of W.D. Mich. Local Rule 7.2(b)(ii).

/s/ Brian J. Gallagher

Dated: September 20, 2024

Brian J. Gallagher (P72712)
Attorneys for Defendants Beeler; Bennett; Binkley; Board of Professional Responsibility of the Supreme Court of TN; Chancery Court for Williamson County, TN; Clement; Coke; Garrett; Hivner; McBrayer; State of TN; Supreme Court of the State of TN; TN Admin Office of the Courts; TN Court of Appeals Middle Division; Williamson County; Williamson County Sheriff's Office
151 South Rose Street, Suite 900

Page 2 of 3

Case 3:24-cv-01282   Document 81   Filed 09/20/24   Page 2 of 3 PageID #: 5098

Kalamazoo, MI 49007
(269) 488-3027
bgallagher@lennonmiller.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2024 I electronically filed the foregoing papers with the Clerk of the Court using the ECF/CM, which will send the instant filing and notification of same to all counsel electronically and served the Plaintiff the same document by mail.

Dated: September 20, 2024

*/s/ Brian J. Gallagher*
_____
Brian J. Gallagher (P72712)
Attorneys for Defendants Beeler; Bennett; Binkley; Board of Professional Responsibility of the Supreme Court of TN; Chancery Court for Williamson County, TN; Clement; Coke; Garrett; Hivner; McBrayer; State of TN; Supreme Court of the State of TN; TN Admin Office of the Courts; TN Court of Appeals Middle Division; Williamson County; Williamson County Sheriff's Office
151 South Rose Street, Suite 900
Kalamazoo, MI 49007
(269) 488-3027
bgallagher@lennonmiller.com