UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JEFFREY RYAN FENTON,

    Plaintiff,

v.

CADENCE BANK, et. al.,

    Defendants.

Case No: 1:23-cv-01097-PLM-RSK

Hon. Paul L. Maloney

___

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT CADENCE BANK

Defendant Cadence Bank ("Cadence"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 7.1, files its Corporate Disclosure Statement as follows:

Defendant Cadence Bank discloses that it is a publicly traded company with no corporate parent. The Vanguard Group, Inc. owns 10% or more of Cadence Bank's stock.

Respectfully submitted,

Dated: September 24, 2024

/s/ Michael L. Gutierrez
Michael L. Gutierrez (P79440)
BUTZEL LONG, P.C.
Attorneys for Defendant Cadence Bank
300 Ottawa Avenue, NW, Suite 620
Grand Rapids, MI 49503
(616) 988-5600
gutierrez@butzel.com