DEFENDANT: THOMAS ANDERSON

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-1097

FILED - LN
September 25, 2024 11:08 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: pjw / _____ SCANNED BY: /s/

RECEIVED SERVICE: 8/26/2024

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __THOMAS ANDERSON__

was received by me on *(date)* __8/21/2024__ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:

Pursuant to F.R.Civ.P. 4(e)(1) and Mich. Ct. R. 2.105, defendant THOMAS ANDERSON was served via certified U.S. mail with restricted delivery, using tracking number 70203160000230014896 on 08/26/2024. See attached receipt copies from the USPS.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __9/15/24__

*Marsha Ann Fenton*
Server's signature

Marsha Ann Fenton
Printed name and title

17195 Silver Pkwy, #150, Fenton, MI 48430-3426
Server's address

Additional information regarding attempted service, etc:

Partial Identity Mix-up: The <u>middle name</u> and <u>address</u> in this lawsuit for Auctioneer THOMAS ANDERSON are incorrect. The correct THOMAS ANDERSON was served at the real estate firm he works for, ADARO Realty LLC, located at 1187 OLD HICKORY BLVD STE 125, BRENTWOOD, TN, 37027-4248. (Please see the attached declaration for details.)

RICO SERVICE: SHIPPED via USPS on 08/23/2024 at 4:29 PM

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan ▼

| | |
|---|---|
| JEFFREY RYAN FENTON<br><br>*Plaintiff(s)*<br><br>v.<br><br>VIRGINIA LEE STORY et al.,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:23-cv-1097<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Thomas ~~Earl Eugene~~ Anderson
~~947 Russell Street~~
~~Nashville, TN 37206~~

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

AUG 1 9 2024

Date: ~~5/23/2024~~　　　　　　　　　　　　　　_____Paula J. Wood_____
　　　　　　　　　　　　　　　　　　　　　　　　Signature of Clerk or Deputy Clerk

Case 3:24-cv-01282　Document 88　Filed 09/25/24　Page 2 of 7 PageID #: 5120

RICO SERVICE: SHIPPED via USPS on 08/23/2024 at 4:29 PM　　Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: THOMAS ANDERSON        RECEIVED SERVICE: 8/26/2024







Case 3:24-cv-01282   Document 88   Filed 09/25/24   Page 3 of 7 PageID #: 5121

RICO SERVICE: SHIPPED via USPS on 08/23/2024 at 4:29 PM   Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

ALERT: TROPICAL STORM FRANCINE, FLOODING, AND SEVERE WEATHER IN THE SOUTHERN U.S. M...

# USPS Tracking®

FAQs >

**COMPLETED**

Remove ✕

Tracking Number:

**70203160000230014896**

Copy   Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 2:16 pm on August 26, 2024 in BRENTWOOD, TN 37027.

### Get More Out of USPS Tracking:
USPS Tracking Plus®

### Delivered
Delivered, Front Desk/Reception/Mail Room
BRENTWOOD, TN 37027
August 26, 2024, 2:16 pm

### Out for Delivery
BRENTWOOD, TN 37027
August 26, 2024, 6:23 am

### Arrived at Post Office
BRENTWOOD, TN 37027
August 26, 2024, 6:12 am

### In Transit to Next Facility
August 25, 2024

### Arrived at USPS Regional Destination Facility
NASHVILLE TN DISTRIBUTION CENTER
August 24, 2024, 6:17 pm

### Arrived at USPS Regional Origin Facility
DETROIT MI DISTRIBUTION CENTER
August 24, 2024, 1:15 am

**Arrived at USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
August 23, 2024, 11:19 pm

**Departed USPS Facility**
LINDEN, MI 48451
August 23, 2024, 5:04 pm

**Departed Post Office**
LINDEN, MI 48451
August 23, 2024, 5:02 pm

**USPS in possession of item**
LINDEN, MI 48451
August 23, 2024, 4:20 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌃

| Postal Product: | Features: | See tracking for related item: |
|---|---|---|
| Priority Mail® | Certified Mail Restricted Delivery | 9590940286273244068206 (/go/TrackConfirmAction?tLabels=9590940286273244068206) |
| | Up to $100 insurance included. Restrictions Apply ⓘ | |

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

# Need More Help?

Contact USPS Tracking support for further assistance.

Retail

U.S. POSTAGE PAID
PM
LINDEN, MI 48451
SEP 23, 2024

48933

$14.70

RDC 03

S2324P501528-15

FROM:

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

TO:

Screened By USMS

**USDC WESTERN DISTRICT OF MICHIGAN**

**113 FEDERAL BLDG**
**315 W ALLEGAN ST RM 113**
**LANSING, MI            48933-1514**

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL**

**PRESS FIRMLY TO SEAL**

7020 3160 0002 3001 7361


**UNITED STATES POSTAL SERVICE**®  |  **PRIOR MAI**

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many internation
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see th
Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**

To schedule free
scan the

PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2


USPS.CO

This package is made from post-consumer waste. Please recycle - again.