# License Search and Verification

We are upgrading verifty.tn.gov to Public Search. Please visit us here: https://search.cloud.commerce.tn.gov/

For best results, please limit the number of search fields. Only exact matches will be displayed. You may need to try different variations of search terms. e.g., "Smith and Smith Construction" and "Smith & Smith Construction." If any name has an apostrophe in it, please replace the apostrophe with a percent sign, entering "Smith's Auto Shop" as "Smith%s Auto Shop."

After you submit the search form, your results will appear below the form in this window (the form will remain for your reuse)...if you cannot see the results below, please scroll further down the search form.

For self-insured workers' compensation, or other reports, please submit to the Public Record Request form.

| Field | Value | Field | Value |
|---|---|---|---|
| Firm or Last Name | Anderson | License # | |
| First Name | Thomas | Profession | Real Estate Broker/Affil/TS |
| Middle Name | | | |
| City | | | |
| State | TN | | |
| Zip | | | |



CORRECT Thomas Anderson

| Details | License # | Status | Expiry Date | Rank | Name | ATTN | Original Date |
|---|---|---|---|---|---|---|---|
| | 254363 | Active | Jun 24 2025 | Real Estate Broker | ANDERSON, THOMAS "TOMMY" E. \ | ADARO REALTY, INC | May 13 1994 |
| | 327116 | Active | Jun 19 2025 | Affiliate Broker | ANDERSON, THOMAS EARL \ | Nancy Malone | Jun 20 2013 |
| | 230351 | Expired | Nov 15 2021 | Affiliate Broker | ANDERSON, THOMAS J \ | | Nov 22 1986 |
| | 306146 | Expired | Jun 20 2020 | Affiliate Broker | ANDERSON, THOMAS Q \ | | Jun 21 2006 |

WRONG Thomas Anderson



PLAINTIFF'S EXHIBIT A