

PLAINTIFF'S EXHIBIT C-2

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    **THOMAS ANDERSON**

was received by me on *(date)*    8/21/2024 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:

Pursuant to F.R.Civ.P. 4(e)(1) and Mich. Ct. R. 2.105, defendant THOMAS ANDERSON was served via certified U.S. mail with restricted delivery, using tracking number 70203160000230014896 on 08/26/2024. See attached receipt copies from the USPS.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00 .

I declare under penalty of perjury that this information is true.

Date: **9/15/24**

*Marsha Ann Fenton*
Server's signature

Marsha Ann Fenton
*Printed name and title*

17195 Silver Pkwy, #150, Fenton, MI 48430-3426
*Server's address*

Additional information regarding attempted service, etc:

Partial Identity Mix-up: The <u>middle name</u> and <u>address</u> in this lawsuit for Auctioneer THOMAS ANDERSON are incorrect. The correct THOMAS ANDERSON was served at the real estate firm he works for, ADARO Realty LLC, located at 1187 OLD HICKORY BLVD STE 125, BRENTWOOD, TN, 37027-4248. (Please see the attached declaration for details.)