DEFENDANT: THOMAS ANDERSON    RECEIVED SERVICE: 8/26/2024



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/23/2024                                04:29 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $14.25 |
| Brentwood, TN 37027 | | | |
| Weight: 3 lb 10.60 oz | | | |
| Expected Delivery Date | | | |
| Mon 08/26/2024 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Restricted Del | | | $12.75 |
| Recipient name | | | |
| THOMAS ANDERSON | | | |
| Tracking #: | | | |
| 70203160000230014896 | | | |
| Return Receipt | | | $4.10 |
| Tracking #: | | | |
| 9590 9402 8627 3244 0682 06 | | | |
| Total | | | $31.10 |

Grand Total:                              $62.20

Credit Card Remit                         $62.20
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 513292
  Transaction #: 665
  AID: A0000000031010        Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-1-5522121-2
Clerk: 6

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Brentwood, TN 37027

7020 3160 0002 3001 4896

| Certified Mail Fee | $4.10 |
|---|---|
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☒ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $12.75 |
| ☒ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | |
| Postage | $14.25 |
| Total Postage and Fees | $31.10 |

Postmark: LINDEN, MI 48451 0451 6 AUG 23 2024 / 08/23/2024 USPS

**THOMAS ANDERSON**
**1187 OLD HICKORY BLVD STE 125**
**BRENTWOOD TN 37027-4248**

---

**USPS TRACKING #**
NASHVILLE TN 370

9590 9402 8627 3244 0682 06

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

* Sender: Please print your name, address, and ZIP+4® in this box*

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**THOMAS ANDERSON**
**1187 OLD HICKORY BLVD STE 125**
**BRENTWOOD TN 37027-4248**



9590 9402 8627 3244 0682 06

2. Article Number (Transfer from service label)
7020 3160 0002 3001 4896

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Thomas Anderson*        ☐ Agent
                            ☒ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Thomas Anderson                 Aug 26, 24

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☒ No

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                    ☐ Registered Mail Restricted Delivery
☒ Certified Mail Restricted Delivery ☐ Signature Confirmation™
☐ Collect on Delivery                ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

Domestic Return Receipt

---

**PLAINTIFF'S EXHIBIT C-3**