# UNITED STATES DISTRICT COURT
for the
Western District of Michigan ▼

JEFFREY RYAN FENTON

*Plaintiff(s)*

v.

Civil Action No. 1:23-cv-1097

VIRGINIA LEE STORY et al.,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bank of America Corporation
100 North Tryon Street
Charlotte, NC 28202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SEP 0 6 2024

Date: ~~1/2/2024~~

CLERK OF COURT

*Paula G. Wood*
Signature of Clerk or Deputy Clerk

**PLAINTIFF'S EXHIBIT E**