

# Williamson County
## Property Tax Notice
**Karen Paris** . Williamson County Trustee
1320 W Main St. Franklin TN 37064
615-790-5709

**2018**

| Tax Receipt # | Total Due |
|---|---|
| 0028129 | $0.00 |

Taxes are due by 02/28/2019

**Property Address**

Sunnyside Dr 1986

| DIST | MAP | GP | C-MAP | PARCEL | SP-INT | CO | CI |
|---|---|---|---|---|---|---|---|
| 07 | 013J | A | 013J | 03500 | 000 | 094 | 000 |

OR CURRENT RESIDENT

☐ INDICATE ADDRESS CHANGE ON REVERSE SIDE

Fenton Jeffrey R Fenton Fawn T
1986 Sunnyside Dr

**Karen Paris, TRUSTEE**
1320 W Main St. Suite 203
FRANKLIN TN 37064

Brentwood, TN 370270000

## Williamson County Property Tax Notice

Karen Paris Williamson County Trustee 1320 W Main St. Suite. Franklin TN 37064 615-790-5709

**2018**

| DIST | MAP | GP | C-MAP | PARCEL | SP-INT | CO | CI |
|---|---|---|---|---|---|---|---|
| 07 | 013J | A | 013J | 03500 | 000 | 094 | 000 |

| Tax Receipt # | Total Due |
|---|---|
| 0028129 | $0.00 |

**Property Address**: Sunnyside Dr 1986

**Classification**: Real Property

**Subdivision**: Sunnyside Est Sec 3

| Lot | Acres | EQ Factor |
|---|---|---|
| 0029 | 0.00 | 0.0000 |

**Additional Description**

*Please return the top portion with your payment in the enclosed reply envelope.*

To pay your property taxes make checks payable to :
**WILLIAMSON COUNTY TRUSTEE**
(Your cancelled check serves as your receipt)

### Your payment options are:
- At our office: 1320 W. Main St. Suite 203; Franklin, TN
- At participating local banks
- On-line with credit card of electronic check* at **our website**
  www.WilliamsonPropertyTax.com

*The vendor charges the following processing fees: $2.00 per transaction for e-check payments, and a 2.5% plus $0.30 per transaction for credit/debit card payments.

Scan to pay!

**To avoid interest, taxes must be paid by February 28, 2019.**

**Beginning March 1, 2019 interest will be added to delinquent taxes at the rate of 1.5% per month.**

| | |
|---|---|
| Appraised value | $386,900 |
| Assessment | 25% |
| Assessed value | $96,725 |
| Interest | $0.00 |
| County taxes | $2,080.00 |
| 9th FSSD taxes | $0.00 |
| City taxes | $0.00 |
| Total due | $0.00 |

PLAINTIFF'S EXHIBIT F-5

...iamson County Trustee
) W Main St Suite 203
klin, TN 37064
) 790-5709

Office Hours:
Monday thru Friday
8:00 am- 4:30 pm