## 2017 STATEMENT SUMMARY

Any amount which is displayed in brackets () in this section, is a negative amount.

| | | | |
|---|---|---|---|
| Total Interest Paid in **2017** | $12,237.80 | Ending Interest Bearing Principal Balance | $248,006.48 |
| Real Estate Taxes Paid in **2017** | $2,080.00 | Ending Non-Interest Bearing Principal Balance | $0.00 |
| Beginning Escrow Balance | $541.69 | Ending Gross Unpaid Principal Balance | $248,006.48 |
| Ending Escrow Balance | $968.13 | FHA/VA Case Number | Not Applicable |
| | | Loan Was a Refinance in **2017** | No |

## IMPORTANT TAX NOTICE – ACTION IS REQUIRED

**YOU SHOULD CONSULT WITH THE IRS OR YOUR TAX ADVISOR IF YOU HAVE ANY QUESTIONS.
BANK OF AMERICA, N.A. DOES NOT OFFER TAX ADVICE.**

Please verify that we have the correct Taxpayer Identification Number (TIN) for the primary borrower of this loan. If the TIN is not correct, please provide us with the correct number immediately by writing to us at the address below or calling us at 800-669-6607. If you fail to provide us your correct TIN, you may be subject to a fifty dollar penalty imposed by the IRS and backup withholding of interest paid to you. <u>Note</u>: Please include your name and account number on all communications to us.

**BANK OF AMERICA, N.A.
CUSTOMER SERVICE
PO BOX 31785
TAMPA, FL 33631-3785**



PLAINTIFF'S
EXHIBIT
**F-7**