**STATE OF TENNESSEE**
**COUNTY OF WILLIAMSON**

Before me, the undersigned authority, a Notary Public within and for the State and County, appeared Mangel Jerome Terrell; Colette Keyser with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence) and who upon their oath(s) acknowledged themselves to be the within named bargainor(s), and that they executed the foregoing instrument of their own free will for the purposes therein set forth.

Witness my hand and official seal at office at Brentwood, Tennessee, on this the 29th day of April, 2011.

Notary Public

My Commission Expires:  9/3/2012

This document was e-recorded in Book 5313, Page 452, Williamson Co. ROD on 5/12/11.

**PLAINTIFF'S EXHIBIT**
**G-2**