Book 5313 Page 454

**Certificate of Authenticity**

```
BK/PG:5313/452-454
       11015616
3 PGS : DEED
KAREN OWENS    214724 - 11015616
05/12/2011 - 02:16 PM
VALUE                    350000.00
MORTGAGE TAX                  0.00
TRANSFER TAX              1295.00
RECORDING FEE               15.00
DP FEE                       2.00
REGISTER'S FEE               1.00
TOTAL AMOUNT              1313.00
STATE of TENNESSEE, WILLIAMSON COUNTY
           SADIE WADE
        REGISTER OF DEEDS
```

I, __Kimberly Hollingshead__, do hereby make oath that I am a licensed attorney and/or the custodian of the electronic version of the attached document tendered for registration herewith and that this is a true and correct copy of the original document executed and authenticated according to law.

_____
Signature

State of __Tennessee__
County of __Williamson__

Personally appeared before me, __the Undersigned__, a notary public for this county and state, __Kim Hollingshead__ who acknowledges that this certification of an electronic document is true and correct and whose signature I have witnessed.

_____
Notary's Signature

My Commission Expires: __1/9/12__

(Seal: THOMAS L. SEALY, NOTARY PUBLIC AT LARGE, DAVIDSON COUNTY, TENNESSEE)

**PLAINTIFF'S EXHIBIT G-5**