IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | | |
| Fawn ▮▮▮ Fenton | ) | CHAPTER | 13 |
| | ) | CASE NO: | 19-02693 |
| Brentwood, TN 37027 | ) | JUDGE | WALKER |
| SSN: XXX-XX-2065 | ) | | |
| | ) | | |
| Debtor | | | |

### CERTIFICATE OF SERVICE

I certify that on this 26TH day of April, 2019, I served a copy of the foregoing Chapter 13 Plan in the following manner:

***Email by Electronic Case Noticing to:***

Asst. U.S. Trustee
Henry E. Hildebrand, III, Chapter 13 Trustee

***By U.S. Postal Service, Certified Mail to:***


***By U.S. Postal Service, postage prepaid to:***

BanCorp South
Attn: Officer Manager or Agent
914 Murfreesboro Road
Franklin TN 37067-0000

Bank of America, NA
Attn: Officer Manager or Agent
4909 Savarese Circle
Tampa FL 33634-0000

Toyota Motor Credit Co.
Attn Officer Manager or Agent
5005 N River Blvd. NE
Cedar Rapids IA 52411-6634



PLAINTIFF'S EXHIBIT H

Case 3:19-bk-02693   Doc 8   Filed 04/26/19   Entered 04/26/19 13:57:12   Page 1 of 2
Case 3:24-cv-01282   Document 90-20   Filed 06/25/24   Page 13 of 57   PageID #: 5188
Document   Page 1 of 2