UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JEFFREY RYAN FENTON,

    Plaintiff,

v

VIRGINIA LEE STORY, et al.,

    Defendants.

Case No. 1:23-CV-01097

Hon. Paul L. Maloney

**Proof of Service**

---

The undersigned certifies and states that she served a copy of the Motion of Defendants Roy Patrick Marlin and McArthur Sanders Real Estate for Dismissal (ECF No. 92) and Certificate of Word Count (ECF No. 93) upon Plaintiff Jeffrey Ryan Fenton via email at his email address of jeff.fenton@live.com and via first-class mail at his address of 17195 Silver Parkway #150, Fenton, MI 48430 on September 30, 2024.

                                               /s/ Angie Brown
                                               Angie Brown

Open.14500.42980.35205338-1