# EXHIBIT -A



PLAINTIFF'S
EXHIBIT

A



```
UNITED STATES
POSTAL SERVICE.

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/23/2024                        02:51 PM
--------------------------------------------
Product          Qty    Unit      Price
                        Price
--------------------------------------------
Priority Mail®    1               $14.25
   Franklin, TN 37069
   Weight: 3 lb 10.60 oz
   Expected Delivery Date
   Mon 08/26/2024
   Insurance                      $0.00
      Up to $100.00 included
   Restricted Del                 $12.75
      Recipient name
         MICHAEL W BINKLEY
      Tracking #:
         70203160000230014711
   Return Receipt                 $4.10
      Tracking #:
         9590 9402 8627 3244 0685 03
Total                             $31.10
--------------------------------------------
Grand Total:                      $31.10
--------------------------------------------
Credit Card Remit                 $31.10
   Card Name: VISA
   Account #: XXXXXXXXXXXX8359
   Approval #: 313215
   Transaction #: 660
   AID: A0000000031010        Chip
   AL: VISA CREDIT
   PIN: Not Required
--------------------------------------------
UFN: 255460-0451
Receipt #: 840-54930036-1-5521667-2
Clerk: 6
```

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Franklin, TN 37069

Certified Mail Fee $4.10
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $0.00
☒ Return Receipt (electronic) $12.75
☒ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $
Postage $14.25
Total Postage and Fees $31.10

LINDEN, MI 48451
0451
6
Postmark Here
AUG 4 2024
08/23/2024
USPS

**MICHAEL W. BINKLEY
1109 SNEED GLEN DR
FRANKLIN, TN 37069-7057**

7020 3160 0002 3001 4711

See Reverse for Instructions

---

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**MICHAEL W. BINKLEY
1109 SNEED GLEN DR
FRANKLIN, TN 37069-7057**

*This USPS Return Receipt Mysteriously Disappeared, Was Never Returned Even After Successful Delivery.*

9590 9402 8627 3244 0685 03

2. Article Number *(Transfer from service label)*
7020 3160 0002 3001 4711

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024                              11:25 AM

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|

Priority Mail®         1                    $14.25
  Franklin, TN 37064
  Weight: 3 lb 10.80 oz
  Expected Delivery Date
    Mon 08/26/2024
  Insurance                                  $0.00
    Up to $100.00 included
  Restricted Del                            $12.75
    Recipient name
      ELAINE B BEELER
    Tracking #:
    ➜ 70203160000230014704
  Return Receipt                             $4.10
    Tracking #:
      9590 9402 8627 3244 0684 97
Total                                       $31.10
----------------------------------------
Grand Total:                               $147.60
----------------------------------------
Credit Card Remit                          $147.60
  Card Name: VISA
  Account #: XXXXXXXXXXXXX8359
  Approval #: 014252
  Transaction #: 185
  AID: A0000000031010          Chip
  AL: VISA CREDIT
  PIN: Not Required


UFN: 255460-0451
Receipt #: 840-54930036-3-6753461-2
Clerk: 06



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Franklin, TN 37064          OFFICIAL USE

| Certified Mail Fee | $4.10 | 0451 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☒ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $12.__ | Postmark |
| ☒ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $14.25 | LINDEN, MI 48451 |
| Total Postage and Fees | $31.10 | AUG 24 2024  08/24/2024 |

Sent To   **ELAINE B. BEELER**
Street and Apt. No.  **437 BATTLE AVE**
City, State, ZIP+4  **FRANKLIN, TN 37064-3709**

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7020 3160 0002 3001 4704

---

USPS TRACKING #

NASHVILLE TN 370
26 AUG 2024 PM 2 L

9590 9402 8627 3244 0684 97

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**ELAINE B. BEELER**
**437 BATTLE AVE**
**FRANKLIN, TN 37064-3709**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 8627 3244 0684 97

2. Article Number *(Transfer from service label)*
7020 3160 0002 3001 4704

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:         ☐ No

**This USPS Return Receipt Was Mysteriously Missing A Signature and Any Information About Delivery**

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☒ Certified Mail®                    ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery ☐ Signature Confirmation™
☐ Collect on Delivery                ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

Domestic Return Receipt

 Case 3:24-cv-01282   Document 96-1   Filed 10/04/24   Page 3 of 21 PageID #: 5267

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:25 AM          Case 1:23-cv-01097-PLM-RSK (FENTON V. STORY et al.)

**DEFENDANT: VIRGINIA LEE STORY**

RECEIVED SERVICE: 8/26/2024



## UNITED STATES POSTAL SERVICE.

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024                    11:25 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|

Priority Mail®    1                $14.25
  Franklin, TN 37064
  Weight: 3 lb 10.60 oz
  Expected Delivery Date
    Mon 08/26/2024
  Insurance                        $0.00
    Up to $100.00 included
  Restricted Del                  $12.75
  Recipient name
    VIRGINIA L STORY
  Tracking #:
    70203160000230014919
  Return Receipt                   $4.10
  Tracking #:
    9590 9402 8627 3244 0682 20
Total                             $31.10

Grand Total:                     $147.60

Credit Card Remit                $147.60
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 014252
  Transaction #: 185
  AID: A0000000031010       Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6753461-2
Clerk: 06



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Franklin, TN 37064

| | |
|---|---|
| Certified Mail Fee | $4.10 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☑ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ |
| ☑ Certified Mail Restricted Delivery | $10.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $14.25 |
| Total Postage and Fees | $31.10 |

Postmark Here
AUG 24 2024
USPS
08/24/2024

**VIRGINIA LEE STORY**
**136 4TH AVE S**
**FRANKLIN, TN     37064-2622**

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

USPS TRACKING #



9590 9402 8627 3244 0682 20

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**VIRGINIA LEE STORY**
**136 4TH AVE S**
**FRANKLIN, TN     37064-2622**



9590 9402 8627 3244 0682 20

2. Article Number (Transfer from service label)
7020 3160 0002 3001 4919

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Kim Rudel
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
8/26/86

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

RESTRICTED DELIVERY

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**"Restricted Delivery" but not signed by DEFENDANT as required.**



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

09/04/2024                          01:45 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|

Priority Mail®          1                    $14.25
  Thompsons Station, TN 37179
  Weight: 3 lb 12.00 oz
  Expected Delivery Date
    Fri 09/06/2024
  Insurance                          $0.00
    Up to $100.00 included
  Restricted Del                    $12.75
    Recipient name
    KATHRYN L. YARBROUGH
    Tracking #:
    70203160000230014698
  Return Receipt                      $4.10
    Tracking #:
    9590 9402 8627 3244 0684 80
Total                                    $31.10

Grand Total:                            $85.40

Credit Card Remit                       $85.40
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 214054
  Transaction #: 241
  AID: A0000000031010          Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6764826-2
Clerk: 06



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Thompsons Station, TN 37179

OFFICIAL USE

Certified Mail Fee          $4.10

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)          $12.75
☐ Return Receipt (electronic)        $0.00
☒ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postage          $14.25

Total Postage and Fees          $31.10

Postmark Here
SEP 04 2024
09/04/2024

**KATHRYN YARBROUGH**
**408 PREAKNESS DR**
THOMPSONS STATION, TN 37179-5238

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

---

USPS TRACKING #

9590 9402 8627 3244 0684 80

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI     48430-3426**

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>**KATHRYN YARBROUGH**<br>**408 PREAKNESS DR**<br>THOMPSONS STATION, TN 37179-5238<br><br>9590 9402 8627 3244 0684 80 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>RESTRICTED DELIVERY<br><br>3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☒ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500)<br>  ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7020 3160 0002 3001 4698 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024    11:25 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|

Priority Mail®    1    $14.25
Goodlettsville, TN 37072
Weight: 3 lb 10.30 oz
Expected Delivery Date
Mon 08/26/2024
Insurance    $0.00
Up to $100.00 included
Restricted Del    $12.75
Recipient name
MARY B AUSBROOKS
Tracking #:
➡ 70202450000036715204
Return Receipt    $4.10
Tracking #:
9590 9402 8627 3244 0678 10
Total    $31.10

Grand Total:    $147.60

Credit Card Remit    $147.60
Card Name: VISA
Account #: XXXXXXXXXXXX8359
Approval #: 014252
Transaction #: 185
AID: A0000000031010    Chip
AL: VISA CREDIT
PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6753461-2
Clerk: 06



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Goodlettsville, TN 37072    OFFICIAL USE

Certified Mail Fee    $4.10

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $
☐ Return Receipt (electronic)    $
☒ Certified Mail Restricted Delivery    $0.00
☐ Adult Signature Required    $0.00
☐ Adult Signature Restricted Delivery $

Postage    $14.25

Total Postage and Fees
$

Postmark
AUG 24
08/24/2024
USPS

**MARY BETH AUSBROOKS**
**110 GLANCY ST, STE 109**
**GOODLETTSVILLE, TN 37072-2314**

---

| USPS TRACKING # | First-Class Mail |
|---|---|
| NASHVILLE TN 370 | Postage & Fees Paid |
| 9590 9402 8627 3244 0678 10 | USPS Permit No. G-10 |

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
Print your name and address on the reverse
so that we can return the card to you.
Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

**MARY BETH AUSBROOKS**
**110 GLANCY ST, STE 109**
**GOODLETTSVILLE, TN 37072-2314**

9590 9402 8627 3244 0678 10

7020 2450 0000 3671 5204

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Judy Dobbins_    ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
_Judy DOBBINS_

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

**RESTRICTED DELIVERY**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

**"Restricted Delivery" but not signed by DEFENDANT as required.**





**This USPS Return Receipt
Mysteriously Disappeared
It was Never Returned After
The Successful Delivery**

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 10:59 AM
Case 3:24-cv-01282    Document 96-1    Filed 10/04/24    Page 7 of 21 PageID #: 5271
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)





**This USPS Return Receipt
Mysteriously Disappeared
It was Never Returned After
The Successful Delivery**

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 10:59 AM

Case 3:24-cv-01282    Document 96-1    Filed 10/04/24    Page 8 of 21 PageID #: 5272
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



**UNITED STATES POSTAL SERVICE.**

FENTON
210 S LEROY ST
FENTON, MI 48430-9998
(800)275-8777

08/24/2024                02:06 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $14.25 |

  Nashville, TN 37215
  Weight: 3 lb 10.90 oz
  Expected Delivery Date
    Mon 08/26/2024
  Insurance                  $0.00
    Up to $100.00 included
  Restricted Del         $12.75
    Recipient name
      CHARLES M WALKER
    Tracking #:
      70203160000230014889
  Return Receipt        $4.10
    Tracking #:
      9590 9402 8627 3244 0681 83
Total                   $31.10

Grand Total:             $200.20

Credit Card Remit         $200.20
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 314260
  Transaction #: 188
  AID: A0000000031010     Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 253200-0431
Receipt #: 840-54930020-3-6269723-1
Clerk: 05

---

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Nashville TN 37215   OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.10 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☒ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $12.75 |
| ☒ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | |
| Postage | $14.25 |
| Total Postage and Fees | $31.10 |

Postmark Here

7020 3160 0002 3001 4889

**CHARLES M. WALKER**
**1925B WARFIELD DR**
**NASHVILLE, TN 37215-3422**

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions



---

USPS TRACKING #

NASHVILLE TN 370

9590 9402 8627 3244 0681 83

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

# 17195 SILVER PKWY
## PMB #150
**FENTON, MI    48430-3426**

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

**"Restricted Delivery" but <u>not</u> signed by DEFENDANT as required.**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _Julun Ktel / C_   ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
_Snleena walker_

1. Article Addressed to:

**CHARLES M. WALKER**
**1925B WARFIELD DR**
**NASHVILLE, TN 37215-3422**

9590 9402 8627 3244 0681 83

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7020 3160 0002 3001 4889

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt





**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024                          10:59 AM

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|

Priority Mail®      1                           $14.25
    Nashville, TN 37215
    Weight: 3 lb 10.70 oz
    Expected Delivery Date
       Mon 08/26/2024
    Insurance                                   $0.00
       Up to $100.00 included
    Restricted Del                             $12.75
       Recipient name
          SAMUEL F ANDERSON
       Tracking #:
          70203160000230014759
    Return Receipt                              $4.10
       Tracking #:
          9590 9402 8627 3244 0684 42
Total                                          $31.10

- - - - - - - - - - - - - - - - - - - - - - - -

Grand Total:                                  $120.30

Credit Card Remit                             $120.30
    Card Name: VISA
    Account #: XXXXXXXXXXXXX8359
    Approval #: 904295
    Transaction #: 184
    AID: A0000000031010          Chip
    AL: VISA CREDIT
    PIN: Not Required

- - - - - - - - - - - - - - - - - - - - - - - -

UFN: 255460-0451
Receipt #: 840-54930036-3-6753228-2
Clerk: 06

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Nashville TN 37215

| | |
|---|---|
| Certified Mail Fee | $4.10 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☒ Return Receipt (hardcopy) | $10.00 |
| ☐ Return Receipt (electronic) | $12.75 |
| ☒ Certified Mail Restricted Delivery | $10.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | |
| Postage | $14.25 |
| Total Postage and Fees $31.10 | |

Postmark
AUG 24 2024
08/24/2024

7020 3160 0002 3001 4759

**SAMUEL F. ANDERSON**
**4509 BEACON DR**
**NASHVILLE, TN   37215-4003**

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

---



| COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

| A. Signature | |
|---|---|
| X | ☐ Agent ☐ Addressee |
| B. Received by (Printed Name) | C. Date of Delivery |

1. Article Addressed to:

**SAMUEL F. ANDERSON**
**4509 BEACON DR**
**NASHVILLE, TN   37215-4003**

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 8627 3244 0684 42

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7020 3160 0002 3001 4759

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 10:59 AM
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



**UNITED STATES POSTAL SERVICE.**

FENTON
210 S LEROY ST
FENTON, MI 48430-9998
(800)275-8777

08/24/2024                                    02:06 PM

Product          Qty    Unit      Price
                        Price

Priority Mail®      1              $16.95
  Memphis, TN 38133
  Weight: 3 lb 10.80 oz
  Expected Delivery Date
    Tue 08/27/2024
  Insurance                        $0.00
    Up to $100.00 included
  Restricted Del                   $12.75
    Recipient name
      JAMES M HIVNER
    Tracking #:
      70203160000230014834
  Return Receipt                    $4.10
    Tracking #:
      9590 9402 8627 3244 0683 81
Total                             $33.80

Grand Total:                      $200.20

Credit Card Remit                 $200.20
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 314260
  Transaction #: 188
  AID: A0000000031010      Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 253200-0431
Receipt #: 840-54930020-3-6269723-1
Clerk: 05

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Memphis, TN 38133

OFFICIAL USE

| Certified Mail Fee | | 0431 |
| --- | --- | --- |
| $ | $4.10 | |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☒ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $12.75 | Postmark |
| ☒ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | | |
| Postage | | |
| $ $16.95 | | |
| Total Postage and Fees | | |
| $33.80 | | |

7020 3160 0000 2300 1483 4

JAMES MICHAEL HIVNER
8019 SARA JANE LN
BARTLETT, TN    38133-2814

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

**This USPS Return Receipt
Mysteriously Disappeared
It was Never Returned After
The Successful Delivery**



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/28/2024                          04:09 PM

| Product | Qty | Unit Price | Price |
|---------|-----|-----------|-------|

Priority Mail®        1            $14.25
    Hermitage, TN 37076
    Weight: 3 lb 11.20 oz
    Expected Delivery Date
        Fri 08/30/2024
    Insurance                      $0.00
        Up to $100.00 included
    Restricted Del                $12.75
        Recipient name
            ANDY D BENNETT
        Tracking #:
            70202450000036715150
    Return Receipt                 $4.10
        Tracking #:
            9590 9402 8627 3244 0682 99
Total                             $31.10

Grand Total:                     $303.60

Credit Card Remit                $303.60
    Card Name: VISA
    Account #: XXXXXXXXXXXX8359
    Approval #: 518290
    Transaction #: 717
    AID: A0000000031010     Chip
    AL: VISA CREDIT
    PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-1-5531338-2
Clerk: 6

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| Certified Mail Fee | $4.10 |
|---|---|
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☒ Return Receipt (hardcopy) | $4.10 |
| ☐ Return Receipt (electronic) | $12.75 |
| ☒ Certified Mail Restricted Delivery | $0.60 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | |
| Postage | $14.25 |

Postmark Here
AUG 28 2024
08/28/2024
USPS
LINDEN, MI 48451

Total Postage and Fees
$31.10

**ANDY DWANE BENNETT**
**1116 MISTLETOE CIR**
**HERMITAGE, TN  37076-4712**

---

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                          ☐ Agent
                           ☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

**This USPS Return Receipt
Mysteriously Disappeared
It was Never Returned After
The Successful Delivery**

**COMPLETE THIS SECTION**
■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

**ANDY DWANE BENNETT**
**1116 MISTLETOE CIR**
**HERMITAGE, TN   37076-4712**

9590 9402 8627 3244 0682 99

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                     ☐ Registered Mail Restricted Delivery
☒ Certified Mail Restricted Delivery  ☐ Signature Confirmation™
☐ Collect on Delivery                 ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)

2. Article Number *(Transfer from service label)*
7020 2450 0000 3671 5150

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

Case 3:24-cv-01282    Document 96-1    Filed 10/04/24    Page 12 of 21 PageID #: 5276

RICO SERVICE: SHIPPED via USPS on 8/28/2024 at 4:09PM          Case 1:23-cv-01097-PLM-RSK (FENTON V. STORY et al.)





**UNITED STATES POSTAL SERVICE.**

```
                LINDEN
            215 S MAIN ST
         LINDEN, MI 48451-9998
            (800)275-8777
08/28/2024                    04:09 PM
Product         Qty   Unit    Price
                      Price
```

```
Priority Mail®     1              $14.25
  Nashville, TN 37205
  Weight: 3 lb 11.40 oz
  Expected Delivery Date
    Fri 08/30/2024
Insurance                          $0.00
  Up to $100.00 included
Restricted Del                    $12.75
  Recipient name
    FRANK G CLEMENT
  Tracking #:
    70202450000036715167
Return Receipt                     $4.10
  Tracking #:
    9590 9402 8627 3244 0682 82
Total                             $31.10
```

```
Grand Total:                     $303.60

Credit Card Remit                $303.60
  Card Name: VISA
  Account #: XXXXXXXXXXXXX8359
  Approval #: 518290
  Transaction #: 717
  AID: A0000000031010      Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-1-5531338-2
Clerk: 6
```

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | |
| $ | $4.40 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☒ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $4.25 |
| ☒ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $14.25 |
| Total Postage and Fees | |
| $31.10 | |

Postmark AUG 28 2024 Here

08/28/2024 USPS

**FRANK GOAD CLEMENT JR.**
**220 WILSONIA AVE**
**NASHVILLE, TN  37205-2819**

*See Reverse for Instructions*

7020 2450 0000 3671 5167

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)*  C. Date of Delivery |
| 1. Article Addressed to:<br><br>**FRANK GOAD CLEMENT JR.**<br>**220 WILSONIA AVE**<br>**NASHVILLE, TN  37205-2819** | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery** |
| 9590 9402 8627 3244 0682 82 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☒ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number *(Transfer from service label)*<br>7020 2450 0000 3671 5167 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |



Case 3:24-cv-01282   Document 96-1   Filed 10/04/24   Page 13 of 21 PageID #: 5277

RICO SERVICE: SHIPPED via USPS on 8/28/2024 at 4:09PM   Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/28/2024                          04:09 PM

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|

Priority Mail®        1              $14.25
  Brentwood, TN 37027
  Weight: 3 lb 11.00 oz
  Expected Delivery Date
    Fri 08/30/2024
  Insurance                         $0.00
    Up to $100.00 included
  Restricted Del                   $12.75
    Recipient name
      WILLIAM N MCBRAYER
    Tracking #:
      70202450000036715136
  Return Receipt                    $4.10
    Tracking #:
      9590 9402 8627 3244 0682 75
Total                              $31.10

Grand Total:                       $303.60

Credit Card Remit                  $303.60
  Card Name: VISA
  Account #: XXXXXXXXXXXXX8359
  Approval #: 518290
  Transaction #: 717
  AID: A0000000031010      Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-1-5531338-2
Clerk: 6

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
  ☒ Return Receipt (hardcopy)      $ $12.75
  ☐ Return Receipt (electronic)    $
  ☒ Certified Mail Restricted Delivery $ $0.00
  ☐ Adult Signature Required       $
  ☐ Adult Signature Restricted Delivery $
Postage                            $14.25
Total Postage and Fees             $31.10

Postmark
AUG 28 2024

08/28/2024
USPS

7020 2450 0000 3671 5136

**WILLIAM NEAL MCBRAYER**
**9034 MEADOWLAWN DR**
**BRENTWOOD, TN 37027-5223**

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**WILLIAM NEAL MCBRAYER**
**9034 MEADOWLAWN DR**
**BRENTWOOD, TN  37027-5223**

9590 9402 8627 3244 0682 75

7020 2450 0000 3671 5136

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                          ☐ Agent
                           ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt



## UNITED STATES POSTAL SERVICE.

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

09/10/2024                          02:07 PM
----------------------------------------
Product          Qty   Unit    Price
                       Price
----------------------------------------
Priority Mail®    1            $18.85
   Knoxville, TN 37919
   Weight: 9 lb 2.2 oz
   Expected Delivery Date
      Thu 09/12/2024
Insurance                      $0.00
   Up to $100.00 included
Restricted Del                 $12.75
   Recipient name
      SHARRON G LEE
   Tracking #:
      70202450000036716188
Return Receipt                 $4.10
   Tracking #:
      9590 9402 8418 3156 9888 87
Total                          $35.70

----------------------------------------
Grand Total:                   $35.70
----------------------------------------
Credit Card Remit              $35.70
   Card Name: VISA
   Account #: XXXXXXXXXXXXX8359
   Approval #: 310170
   Transaction #: 818
   AID: A0000000031010    Chip
   AL: VISA CREDIT
   PIN: Not Required
----------------------------------------

UFN: 255460-0451
Receipt #: 840-54930036-1-5548556-2
Clerk: 6

---

## U.S. Postal Service™
### CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $4.10
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☒ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $18.85
Total Postage and Fees $35.70

Postmark Here
SEP 10 2024
LINDEN, MI 48451
09/10/2024

**SHARON GAIL LEE**
**727 CHEROKEE BLVD**
**KNOXVILLE, TN 37919-6619**

7020 2450 0000 3671 6188

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**SHARON GAIL LEE**
**727 CHEROKEE BLVD**
**KNOXVILLE, TN 37919-6619**

9590 9402 8418 3156 9888 87

2. Article Number
7020 2450 0000 3671 6188

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                          ☐ Agent
                           ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

09/18/2024                          09:10 AM

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|

Priority Mail®          1                    $14.25
   Brentwood, TN 37027
   Weight: 3 lb 14.90 oz
   Expected Delivery Date
     Fri 09/20/2024
   Insurance                         $0.00
     Up to $100.00 included
   Restricted Del                    $12.75
     Recipient name
       SANDRA J GARRETT
     Tracking #:
       70202450000036716232
   Return Receipt                     $4.10
     Tracking #:
       9590 9402 8627 3244 0676 12
Total                               $31.10

Grand Total:                        $142.60

Credit Card Remit                   $142.60
   Card Name: VISA
   Account #: XXXXXXXXXXXX8359
   Approval #: 808101
   Transaction #: 341
   AID: A0000000031010          Chip
   AL: VISA CREDIT
   PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6780830-2
Clerk: 06



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee                    $0.51
Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy)          $4.10
☐ Return Receipt (electronic)        $0.00
☑ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery $
Postage                              $14.25
Total Postage and Fees               $31.10
Postmark Here    SEP 18 2024    09/18/2024

**SANDRA GARRETT**
**10 CADILLAC DR STE 220**
**BRENTWOOD, TN 37027-5078**

---

USPS TRACKING #

9590 9402 8627 3244 0676 12

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

* Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI     48430-3426**

---

**SENDER: COMPLETE THIS SECTION**


"Restricted Delivery" but not signed by DEFENDANT as required.

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**SANDRA GARRETT**
**10 CADILLAC DR STE 220**
**BRENTWOOD, TN 37027-5078**

9590 9402 8627 3244 0676 12

2. Article Number *(Transfer from service label)*
7020 2450 0000 3671 6232

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Molly Lewis*          ☐ Agent
                         ☐ Addressee
B. Received by *(Printed Name)*        C. Date of Delivery
*Molly Lewis*

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

Case 3:24-cv-01282    Document 96-1    Filed 10/04/24    Page 16 of 21 PageID #: 5280

RICO SERVICE: SHIPPED via USPS on 9/18/2024 at 9:10 AM                Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



```
        UNITED STATES
        POSTAL SERVICE.

             LINDEN
          215 S MAIN ST
        LINDEN, MI 48451-9998
          (800)275-8777
09/05/2024                    04:25 PM

Product        Qty   Unit    Price
                     Price
-----------------------------------------
Priority Mail®   1            $14.25
   Franklin, TN 37064
   Weight: 3 lb 14.10 oz
   Expected Delivery Date
       Sat 09/07/2024
   Insurance                   $0.00
      Up to $100.00 included
   Certified Mail®             $4.85
      Tracking #:
      70202450000036716126
   Return Receipt              $4.10
      Tracking #:
      9590 9402 8627 3244 0675 13
Total                         $23.20
-----------------------------------------
Grand Total:                 $142.05

Credit Card Remit            $142.05
   Card Name: VISA
   Account #: XXXXXXXXXXXXX8359
   Approval #: 515052
   Transaction #: 785
   AID: A0000000031010        Chip
   AL: VISA CREDIT
   PIN: Not Required
-----------------------------------------
UFN: 255460-0451
Receipt #: 840-54930036-1-5542496-2
Clerk: 6
```



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

| Certified Mail Fee | $4.85 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☒ Return Receipt (hardcopy) | $0. |
| ☐ Return Receipt (electronic) | $0.00 |
| ☒ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $14.25 |
| Total Postage and Fees | $23.20 |

Postmark
SEP - 5 2024
09/05/2024
LINDEN, MI 48451

**D.A. STACEY EDMONSON**
**1441 NEW HIGHWAY 96 W STE 2**
**FRANKLIN, TN    37064-4831**



USPS TRACKING #

NASHVILLE TN 370
SEP 2024 PM 6 L

9590 9402 8627 3244 0675 13

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X    ☐ Agent   ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>**D.A. STACEY EDMONSON**<br>**1441 NEW HIGHWAY 96 W STE 2**<br>**FRANKLIN, TN    37064-4831** | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>**This USPS Return Receipt Was Mysteriously Missing A Signature and Any Information About Delivery** |
| 9590 9402 8627 3244 0675 13 | 3. Service Type<br>☒ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7020 2450 0000 3671 6126 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |

RICO SERVICE: SHIPPED via USPS on 9/05/2024 at 4:25 PM     Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

09/05/2024           04:25 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $14.25 |
| Franklin, TN 37064 | | | |
| Weight: 3 lb 14.60 oz | | | |
| Expected Delivery Date | | | |
| Sat 09/07/2024 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $4.85 |
| Tracking #: | | | |
| 70202450000036716133 | | | |
| Return Receipt | | | $4.10 |
| Tracking #: | | | |
| 9590 9402 8418 3156 9889 62 | | | |
| Total | | | $23.20 |

Grand Total:                  $142.05

Credit Card Remit          $142.05
    Card Name: VISA
    Account #: XXXXXXXXXXXX8359
    Approval #: 515052
    Transaction #: 785
    AID: A0000000031010     Chip
    AL: VISA CREDIT
    PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-1-5542496-2
Clerk: 6



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee    $4.85

Extra Services & Fees *(check box, add fee as appropriate)*
☒ Return Receipt (hardcopy)    $4.10
☐ Return Receipt (electronic)    $
☒ Certified Mail Restricted Delivery    $
☐ Adult Signature Required    $
☐ Adult Signature Restricted Delivery $

Postmark Here

Postage    $14.25

Total Postage and Fees
$ 23.20

SEP - 5 2024
09/05/2024
LINDEN, MI 48451

Sent To
**JEFF WHIDBY**
**WILLIAMSON COUNTY CLERK**
**1320 W MAIN ST STE 125**
**FRANKLIN, TN 37064-3700**

7020 2450 0000 3671 6133

---

USPS TRACKING #

9590 9402 8418 3156 9889 62

| First-Class Mail |
| Postage & Fees Paid |
| USPS |
| Permit No. G-10 |

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**JEFF WHIDBY**
**WILLIAMSON COUNTY CLERK**
**1320 W MAIN ST STE 125**
**FRANKLIN, TN 37064-3700**

9590 9402 8418 3156 9889 62

7020 2450 0000 3671 6133

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X      ☐ Agent
        ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

**This USPS Return Receipt**
**Was Mysteriously Missing**
**A Signature and Any**
**Information About Delivery**

3. Service Type
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053      Domestic Return Receipt



# UNITED STATES POSTAL SERVICE.

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

09/05/2024      04:25 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $15.20 |
| Nashville, TN 37243 | | | |
| Weight: 4 lb 1.40 oz | | | |
| Expected Delivery Date | | | |
| Sat 09/07/2024 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $4.85 |
| Tracking #: | | | |
| 70203160000230017279 | | | |
| Return Receipt | | | $4.10 |
| Tracking #: | | | |
| 9590 9402 8627 3244 0675 44 | | | |
| Total | | | $24.15 |

Grand Total:      $142.05

Credit Card Remit      $142.05
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 515052
  Transaction #: 785
  AID: A0000000031010     Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-1-5542496-2
Clerk: 6

---

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
### Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee   $4.85

Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy)   $
☐ Return Receipt (electronic)   $
☐ Certified Mail Restricted Delivery   $
☑ Adult Signature Required   $
☐ Adult Signature Restricted Delivery $

Postage   $15.20

Total Postage and Fees
$24.15

LINDEN, MI 48451
Postmark Here
SEP 5 2024
09/05/2024
USPS

TREASURER DAVID H. LILLARD, JR.
TENNESSEE STATE CAPITOL
600 MARTIN LUTHER KING JR. BLVD.
NASHVILLE, TN 37243-0225

PS Form 3800, April 2015 PSN 7530-02-000-9047   See reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TREASURER DAVID H. LILLARD, JR.
TENNESSEE STATE CAPITOL
600 MARTIN LUTHER KING JR. BLVD.
NASHVILLE, TN 37243-0225

9590 9402 8627 3244 0675 44

2. Article Number (Transfer from service label)
7020 3160 0002 3001 7279

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X     ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

3. Service Type
☑ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

| | DATE MAILED | TRACKING NUMBER | DATE DELIVERED | RETURN RECEIPT TRACKING NUMBER | GREEN CARD RETURNED | GREEN CARD SIGNED | GREEN CARD SIGNED BY NAMED DEFENDANT |
|---|---|---|---|---|---|---|---|
| **STORY AND ABERNATHY, PLLP** | 8/24/2024 at 11:25 AM | 70203160000230011758 | 8/26/2024 at 11:09 AM | 9590940286273244068244 | ☑ | ☑ | ☑ |
| » VIRGINIA LEE STORY | 8/24/2024 at 11:25 AM | 70203160000230014919 | 8/26/2024 at 11:08 AM | 9590940286273244068220 | ☑ | ☑ | ☐ |
| » KATHRYN LYNN YARBROUGH | 8/24/2024 at 11:25 AM | 70203160000230014902 | | 9590940286273244068213 | ☐ | ☐ | ☐ |
| — KATHRYN YARBROUGH (2ND ATTEMPT @ HOME) | 9/04/2024 at 1:45 PM | 70203160000230014698 | 9/06/2024 at 11:28 AM | 9590940286273244068480 | ☑ | ☑ | ☐ |
| **CHANCERY COURT FOR WILLIAMSON COUNTY TN** | 8/28/2024 at 4:09 PM | 70202450000036715105 | 9/03/2024 at 11:13 AM | 9590940286273244068350 | ☑ | ☑ | ☑ |
| » MICHAEL WEIMAR BINKLEY | 8/23/2024 at 2:51 PM | 70203160000230014711 | 8/26/2024 at 12:39 PM | 9590940286273244068503 | ☐ | ☐ | ☐ |
| » ELAINE BEATY BEELER | 8/24/2024 at 11:25 AM | 70203160000230014704 | 8/26/2024 at 2:30 PM | 9590940286273244068497 | ☑ | ☐ | ☐ |
| WILLIAMSON COUNTY SHERIFF'S OFFICE | 8/28/2024 at 4:09 PM | 70202450000036715112 | 8/30/2024 at 10:13 AM | 9590940286273244068367 | ☑ | ☑ | ☑ |
| **ROTHSCHILD & AUSBROOKS, PLLC** | 8/24/2024 at 11:14 AM | 70202450000036715211 | 8/26/2024 at 2:19 PM | 9590940286273244067865 | ☑ | ☑ | ☑ |
| » MARY ELIZABETH MANEY AUSBROOKS | 8/24/2024 at 11:25 AM | 70202450000036715204 | 8/26/2024 at 2:19 PM | 9590940286273244067810 | ☑ | ☑ | ☐ |
| » ALEXANDER SERGEY KOVAL | 8/24/2024 at 10:59 AM | 70203160000230014728 | 8/26/2024 at 11:29 AM | 9590940286273244068473 | ☐ | ☐ | ☐ |
| **HOSTETTLER, NEUHOFF & DAVIS, LLC** | 8/24/2024 at 2:06 PM | 70203160000230014933 | 8/26/2024 at 10:26 AM | 9590940286273244068190 | ☑ | ☑ | ☑ |
| » THOMAS E. ANDERSON | 8/23/2024 at 4:29 PM | 70203160000230014896 | 8/26/2024 at 2:16 PM | 9590940286273244068206 | ☑ | ☑ | ☑ |
| **MCARTHUR SANDERS REAL ESTATE** | 8/24/2024 at 2:06 PM | 70202450000036715198 | 8/26/2024 at 3:25 PM | 9590940286273244068268 | ☐ | ☐ | ☐ |
| » ROY PATRICK MARLIN | 8/24/2024 at 10:59 AM | 70203160000230014780 | 8/26/2024 (unknown) | 9590940286273244068411 | ☑ | ☑ | ☑ |
| — ROY PATRICK MARLIN (2ND ATTEMPT @ WORK) | 9/04/2024 at 1:45 PM | 70203160000230017330 | 9/06/2024 at 10:40 AM | 9590940286273244067551 | ☑ | ☑ | ☑ |
| **BANKERS TITLE & ESCROW CORPORATION** | 8/24/2024 at 2:06 PM | 70202450000036715945 | 8/27/2024 at 1:55 PM | 9590940286273244068374 | ☐ | ☐ | ☐ |
| » SAMUEL FORREST ANDERSON | 8/24/2024 at 10:59 AM | 70203160000230014759 | 8/26/2024 at 11:40 AM | 9590940286273244068442 | ☐ | ☐ | ☐ |
| BK: HENRY EDWARD HILDEBRAND III, | 8/24/2024 at 10:59 AM | 70203160000230014803 | 8/26/2024 at 2:59 PM | 9590940286273244068398 | ☐ | ☐ | ☐ |
| BK: CHARLES M. WALKER | 8/24/2024 at 2:06 PM | 70203160000230014889 | 8/26/2024 at 1:20 PM | 9590940286273244068183 | ☑ | ☑ | ☐ |
| **BANK OF AMERICA N.A.** | 9/18/2024 at 9:10 AM | 70202450000036716195 | 9/23/2024 at 10:43 AM | 9590940286273244067575 | ☐ | ☐ | ☐ |
| » RUBIN LUBLIN TN, PLLC | 9/04/2024 at 10:06 AM | 70203160000230017262 | 9/09/2024 at 4:31 PM | 9590940286273244067742 | ☐ | ☐ | ☐ |
| — RUBIN LUBLIN TN, PLLC (RA: Northwest Reg Agt) | 9/04/2024 at 10:06 AM | 70202450000036715129 | 9/05/2024 at 10:27 AM | 9590940286273244068305 | ☑ | ☑ | ☑ |
| **CADENCE BANK** | 9/03/2024 at 2:20 PM | 70203160000230014957 | 9/06/2024 at 12:58 PM | 9590940286273244067797 | ☑ | ☑ | ☑ |
| » CADENCE BANK (RA: CT Corporation System) | 9/03/2024 at 2:20 PM | 70203160000230014940 | 9/05/2024 at 10:15 AM | 9590940286273244067780 | ☑ | ☑ | ☑ |
| » SPRAGINS, BARNETT, & COBB PLC | 8/28/2024 at 4:09 PM | 70202450000036715143 | 9/03/2024 at 1:21 PM | 9590940286273244068312 | ☑ | ☑ | ☑ |
| **TENNESSEE COURT OF APPEALS MIDDLE DIVISION** | 9/05/2024 at 4:25 PM | 70202450000036716157 | 9/07/2024 at 10:49 AM | 9590940284183156988917 | ☑ | ☑ | ☑ |
| » JAMES MICHAEL HIVNER | 8/24/2024 at 2:06 PM | 70203160000230014834 | 8/27/2024 at 1:43 PM | 9590940286273244068381 | ☐ | ☐ | ☐ |
| » FRANK GOAD CLEMENT JR. | 8/28/2024 at 4:09 PM | 70202450000036715167 | 8/30/2024 at 2:41 PM | 9590940286273244068282 | ☐ | ☐ | ☐ |
| » ANDY DWANE BENNETT | 8/28/2024 at 4:09 PM | 70202450000036715150 | 9/03/2024 at 10:05 AM | 9590940286273244068299 | ☐ | ☐ | ☐ |
| » WILLIAM NEAL MCBRAYER | 8/28/2024 at 4:09 PM | 70202450000036715136 | 8/31/2024 at 12:35 PM | 9590940286273244068275 | ☐ | ☐ | ☐ |
| SUPREME COURT OF THE STATE OF TENNESSEE | 8/28/2024 at 4:09 PM | 70202450000036715082 | 8/30/2024 at 9:25 AM | 9590940286273244067827 | ☑ | ☑ | ☑ |
| **TNSC - ADMINISTRATIVE OFFICE OF THE COURTS** | 8/28/2024 at 4:09 PM | 70202450000036715075 | 8/30/2024 at 12:25 PM | 9590940286273244067834 | ☑ | ☑ | ☑ |
| » JOHN BRANDON COKE | 8/24/2024 at 2:06 PM | 70202450000036715181 | | 9590940286273244068251 | ☐ | ☐ | ☐ |
| — JOHN BRANDON COKE (2ND ATTEMPT @ WORK) | 9/04/2024 at 10:06 AM | 70202450000036715846 | 9/07/2024 at 12:35 PM | 9590940286273244067766 | ☑ | ☑ | ☐ |
| **TNSC - BOARD OF PROFESSIONAL RESPONSIBILITY** | 9/04/2024 at 10:06 AM | 70203160000230017163 | 9/09/2027 at 1:01 PM | 9590940286273244067759 | ☑ | ☑ | ☑ |
| SANDRA JANE LEACH GARRETT | 8/23/2024 at 4:29 PM | 70203160000230014797 | | 9590940286273244068404 | ☐ | ☐ | ☐ |
| — SANDRA GARRETT (2ND ATTEMPT @ WORK) | 9/18/2024 at 9:10 AM | 70202450000036716232 | 9/20/2024 at 11:30 AM | 9590940286273244067612 | ☑ | ☑ | ☐ |

| STATE OF TENNESSEE (OFFICIALS SERVED BELOW): | | | | | | | |
|---|---|---|---|---|---|---|---|
| » TN - GOVERNOR BILL LEE | 8/28/2024 at 4:09 PM | 7020245000036715099 | 9/11/2024 at 1:34 PM | 959094028627324408343 | ☑ | ☑ | ☑ |
| — TN - GOVERNOR BILL LEE (ALL TN SUMMONSES) | 9/18/2024 at 9:10 AM | 7020245000036716201 | 9/20/2024 at 3:43 PM | 959094028627324407582 | ☐ | ☐ | ☐ |
| » TN - ATTORNEY GENERAL JONATHAN SKRMETTI | 9/03/2024 at 2:20 PM | 7020245000036715853 | 9/06/2024 at 7:37 AM | 959094028627324407773 | ☑ | ☑ | ☑ |
| — TN - JONATHAN SKRMETTI (ALL TN SUMMONSES) | 9/18/2024 at 9:10 AM | 7020245000036716218 | 9/20/2024 at 7:14 AM | 959094028627324407599 | ☑ | ☑ | ☑ |
| » TN - SECRETARY TRE HARGETT | 9/05/2024 at 4:25 PM | 7020245000036716119 | 9/09/2024 at 12:40 PM | 959094028627324407537 | ☑ | ☑ | ☑ |
| » TN - TREASURER DAVID LILLARD | 9/05/2024 at 4:25 PM | 7020316000230017279 | 9/09/2024 at 12:40 PM | 959094028627324407544 | ☐ | ☐ | ☐ |
| » TN - SENATOR RICHARD BRIGGS | 8/28/2024 at 4:09 PM | 7020316000230014988 | 8/29/2024 at 11:48 PM | 959094028627324408169 | ☐ | ☐ | ☐ |
| » TN - JUSTICE SHARON G. LEE | 9/10/2024 at 2:07 PM | 7020245000036716188 | 9/12/2024 at 2:41 PM | 959094028418315698887 | ☐ | ☐ | ☐ |
| **COUNTY OF WILLIAMSON TENNESSEE (OFF BELOW):** | | | | | ☐ | ☐ | ☐ |
| » WC - ROGERS ANDERSON (MAYOR) | 8/28/2024 at 4:09 PM | 7020316000230014971 | 8/30/2024 at 10:52 AM | 959094028627324407841 | ☑ | ☑ | ☑ |
| — WC - ROGERS ANDERSON (ALL WC SUMMONSES) | 9/18/2024 at 9:10 AM | 7020245000036716225 | 9/20/2024 at 11:47 AM | 959094028627324407605 | ☐ | ☐ | ☐ |
| » WC - JEFF WHIDBY (COUNTY CLERK) | 9/05/2024 at 4:25 PM | 7020245000036716133 | 9/09/2024 at 2:38 PM | 959094028418315698962 | ☑ | ☐ | ☐ |
| » WC - STACEY EDMONSON (DISTRICT ATTORNEY) | 9/05/2024 at 4:25 PM | 7020245000036716126 | 9/07/2024 at 12:01 PM | 959094028627324407513 | ☑ | ☐ | ☐ |
| » WC - SHERRY ANDERSON (REGISTER OF DEEDS) | 9/05/2024 at 4:25 PM | 7020245000036716140 | 9/09/2024 at 2:35 PM | 959094028418315698955 | ☑ | ☑ | ☑ |
| » WC - LISA CARSON (COUNTY ATTORNEY) | 9/18/2024 at 9:10 AM | 7020245000036716249 | 9/20/2024 at 12:28 PM | 959094028627324407629 | ☑ | ☑ | ☑ |

49— LAWSUIT SERVICES PACKAGES PRODUCED & MAILED

For a list of documents & media in each lawsuit service package, please see https://rico.jefffenton.com/evidence/1-23-cv-01097_fenton-vs-story-lawsuit-service-pack-details.pdf