# EXHIBIT -A





### U.S. Postal Service™
### CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

Franklin, TN 37069

Certified Mail Fee
$ **$4.10**

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $ **$0.00**
☑ Return Receipt (electronic) $ **$12.75**
☑ Certified Mail Restricted Delivery $ **$0.00**
☐ Adult Signature Required $ **$0.00**
☐ Adult Signature Restricted Delivery $

Postage **$14.25**

Total Postage and Fees **$31.10**

LINDEN, MI 48451
0451
— 6
AUG Postmark 2024 Here
08/23/2024
USPS

**MICHAEL W. BINKLEY**
**1109 SNEED GLEN DR**
**FRANKLIN, TN 37069-7057**

See Reverse for Instructions

---

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

**This USPS Return Receipt Mysteriously Disappeared, Was Never Returned Even After Successful Delivery.**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**MICHAEL W. BINKLEY**
**1109 SNEED GLEN DR**
**FRANKLIN, TN 37069-7057**

9590 9402 8627 3244 0685 03

2. Article Number *(Transfer from service label)*
7020 3160 0002 3001 4711

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

RICO SERVICE: SHIPPED via USPS on 8/23/2024 at 2:51 PM
Case 3:24-cv-01282    Document 100-1    Filed 10/10/24    Page 2 of 21 PageID #: 5355
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024                    11:25 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $14.25 |

Franklin, TN 37064
Weight: 3 lb 10.80 oz
Expected Delivery Date
Mon 08/26/2024

| Insurance | $0.00 |
|---|---|

Up to $100.00 included

| Restricted Del | $12.75 |
|---|---|

Recipient name
ELAINE B BEELER
Tracking #:
→ 70203160000230014704 ✔

| Return Receipt | $4.10 |
|---|---|

Tracking #:
9590 9402 8627 3244 0684 97

| Total | $31.10 |
|---|---|

---

| Grand Total: | $147.60 |
|---|---|

---

| Credit Card Remit | $147.60 |
|---|---|

Card Name: VISA
Account #: XXXXXXXXXXXX8359
Approval #: 014252
Transaction #: 185
AID: A0000000031010        Chip
AL: VISA CREDIT
PIN: Not Required

---

UFN: 255460-0451
Receipt #: 840-54930036-3-6753461-2
Clerk: 06

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Franklin, TN 37064    OFFICIAL USE

| Certified Mail Fee | | 0451 |
|---|---|---|
| $ | $4.10 | 06 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☒ Return Receipt (hardcopy) | $ $1.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☒ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | | |
| Postage | $14.25 | |
| $ | | |
| Total Postage and Fees | | |
| $ $31.10 | | |

LINDEN, MI 48451
AUG 24 2024
08/24/2024

Sent To
ELAINE B. BEELER
Street 437 BATTLE AVE
City FRANKLIN, TN 37064-3709

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

USPS TRACKING #
NASHVILLE TN 370
24 AUG 2024 PM 2 L

9590 9402 8627 3244 0684 97

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**ELAINE B. BEELER**
**437 BATTLE AVE**
**FRANKLIN, TN 37064-3709**

9590 9402 8627 3244 0684 97

2. Article Number (Transfer from service label)

7020 3160 0002 3001 4704

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                    ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

**This USPS Return Receipt Was Mysteriously Missing A Signature and Any Information About Delivery**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt





**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024                    11:25 AM

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|

Priority Mail®        1                    $14.25
  Franklin, TN 37064
  Weight: 3 lb 10.60 oz
  Expected Delivery Date
    Mon 08/26/2024
  Insurance                                 $0.00
    Up to $100.00 included
  Restricted Del                           $12.75
    Recipient name
      VIRGINIA L STORY
    Tracking #:
      70203160000230014919
  Return Receipt                            $4.10
    Tracking #:
      9590 9402 8627 3244 0682 20
Total                                      $31.10

- - - - - - - - - - - - - - - - - - - - - -
Grand Total:                              $147.60

Credit Card Remit                         $147.60
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 014252
  Transaction #: 185
  AID: A0000000031010          Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6753461-2
Clerk: 06



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Franklin, TN 37064

| Certified Mail Fee | $4.10 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☒ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $2.75 |
| ☒ Certified Mail Restricted Delivery | $10.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | |
| Postage | $14.25 |
| Total Postage and Fees | $31.10 |

Postmark Here

AUG 24 2024
USPS
08/24/2024

**VIRGINIA LEE STORY**
**136 4TH AVE S**
**FRANKLIN, TN 37064-2622**

PS Form 3800, April 2015        See Reverse for Instructions

9419 7106 1300 2000 3416 0202



USPS TRACKING #

9590 9402 8627 3244 0682 20

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---

"Restricted Delivery" but <u>not</u> signed by
DEFENDANT as required.

**SENDER: COMPLETE THIS SECTION**

☒ Complete items 1, 2, and 3.
☐ Print your name and address on the reverse so that we can return the card to you.
☐ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**VIRGINIA LEE STORY**
**136 4TH AVE S**
**FRANKLIN, TN    37064-2622**

9590 9402 8627 3244 0682 20

2. Article Number (Transfer from service label)
7020 3160 0002 3001 4919

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Kim Rydel        ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 8/26/24

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

RESTRICTED DELIVERY

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800) 275-8777

09/04/2024                              01:45 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $14.25 |

Thompsons Station, TN 37179
Weight: 3 lb 12.00 oz
Expected Delivery Date
Fri 09/06/2024
Insurance                                        $0.00
    Up to $100.00 included
Restricted Del                                  $12.75
    Recipient name
        KATHRYN L YARBROUGH
    Tracking #:
    → 70203160000230014698
Return Receipt                                   $4.10
    Tracking #:
    9590 9402 8627 3244 0684 80
Total                                            $31.10

Grand Total:                                     $85.40

Credit Card Remit                                $85.40
    Card Name: VISA
    Account #: XXXXXXXXXXXX8359
    Approval #: 214054
    Transaction #: 241
    AID: A0000000031010          Chip
    AL: VISA CREDIT
    PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6764826-2
Clerk: 06



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Thompsons Station, TN 37179

Certified Mail Fee                               $4.10

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)        $12.75
☐ Return Receipt (electronic)       $0.00
☒ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required          $0.00
☐ Adult Signature Restricted Delivery $

Postage                                          $14.25

Total Postage and Fees                           $31.10

**KATHRYN YARBROUGH**
**408 PREAKNESS DR**
**THOMPSONS STATION, TN 37179-5238**

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

Postmark Here
SEP 04 2024
09/04/2024

7020 3160 0002 3001 4698

**USPS TRACKING #**



9590 9402 8627 3244 0684 80

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

**KATHRYN YARBROUGH**
**408 PREAKNESS DR**
**THOMPSONS STATION, TN 37179-5238**



9590 9402 8627 3244 0684 80

2. Article Number (Transfer from service label)
7020 3160 0002 3001 4698

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

RESTRICTED
DELIVERY

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Case 3:24-cv-01282    Document 100-1    Filed 10/10/24    Page 5 of 21 PageID #: 5358
RICO SERVICE: SHIPPED via USPS on 09/04/2024 at 1:45 PM
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024                    11:25 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|

Priority Mail®          1                  $14.25
  Goodlettsville, TN 37072
  Weight: 3 lb 10.30 oz
  Expected Delivery Date
    Mon 08/26/2024
  Insurance                                 $0.00
    Up to $100.00 included
  Restricted Del                            $12.75
    Recipient name
      MARY B AUSBROOKS
    Tracking #:
    → 70202450000036715204
  Return Receipt                            $4.10
    Tracking #:
      9590 9402 8627 3244 0678 10
Total                                       $31.10

Grand Total:                                $147.60

Credit Card Remit                           $147.60
  Card Name: VISA
  Account #: XXXXXXXXXXXXX8359
  Approval #: 014252
  Transaction #: 185
  AID: A0000000031010              Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6753461-2
Clerk: 06

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

GOODLETTSVILLE, TN 37072

Certified Mail Fee                    $4.10
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $_____
☐ Return Receipt (electronic)      $_____
☒ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required         $0.00
☐ Adult Signature Restricted Delivery $

Postage                               $14.25
$

Total Postage and Fees
$

OFFICIAL USE

AUG 24 2024

08/24/2024

USPS

**MARY BETH AUSBROOKS**
**110 GLANCY ST, STE 109**
**GOODLETTSVILLE, TN 37072-2314**

7020 2450 0000 3671 5204

---

USPS TRACKING #

NASHVILLE TN 370
23 AUG 2024 PM 4 L

9590 9402 8627 3244 0678 10

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

* Sender: Please print your name, address, and ZIP+4® in this box*

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---

**SENDER: COMPLETE THIS SECTION**

■ Complete Items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**MARY BETH AUSBROOKS**
**110 GLANCY ST, STE 109**
**GOODLETTSVILLE, TN 37072-2314**

9590 9402 8627 3244 0678 10

7020 2450 0000 3671 5204

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Judy Dobbins*          ☐ Agent
                          ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
*Judy DOBBINS*

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

RESTRICTED
DELIVERY

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

**"Restricted Delivery" but <u>not</u> signed by DEFENDANT as required.**

Case 3:24-cv-01282   Document 100-1   Filed 10/10/24   Page 6 of 21 PageID #: 5359
RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:25 AM
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024                     10:59 AM

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|

Priority Mail® 1                            $14.25
  Nashville, TN 37211
  Weight: 3 lb 10.80 oz
  Expected Delivery Date
    Mon 08/26/2024
  Insurance                                  $0.00
    Up to $100.00 included
  Restricted Del                            $12.75
    Recipient name
      ALEXANDER S KOVAL
    Tracking #:
      70203160000230014728
Total                                       $27.00

Grand Total:                              $120.30

Credit Card Remit                         $120.30
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 904295
  Transaction #: 184
  AID: A0000000031010        Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6753228-2
Clerk: 06

---

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Nashville, TN 37211

**OFFICIAL USE**

| Certified Mail Fee | $0.00 | 06 |
|---|---|---|

Extra Services & Fees *(check box, add fee as appropriate)*
☒ Return Receipt (hardcopy)          $12.75
☐ Return Receipt (electronic)        $0.00
☒ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery $

Postage    $11.25

Total Postage and Fees
$

Postmark Here

AUG 24 2024
08/24/2024

USPS

7020 3160 0002 3001 4728

**ALEXANDER KOVAL**
**281 PARAGON MILLS RD**
**NASHVILLE, TN 37211-4034**

See reverse for Instructions

---

**This USPS Return Receipt**
**Mysteriously Disappeared**
**It was Never Returned After**
**The Successful Delivery**



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024                                    10:59 AM

--------------------------------------------------

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|

--------------------------------------------------

Priority Mail®        1                        $14.25
   Nashville, TN 37205
   Weight: 3 lb 10.40 oz
   Expected Delivery Date
   Mon 08/26/2024
Insurance                                       $0.00
   Up to $100.00 included
Restricted Del                                 $12.75
   Recipient name
      HENRY E HILDEBRAND
   Tracking #:
      70203160000230014803
Return Receipt                                  $4.10
   Tracking #:
      9590 9402 8627 3244 0683 98
Total                                          $31.10

--------------------------------------------------

Grand Total:                                  $120.30

--------------------------------------------------

Credit Card Remit                             $120.30
   Card Name: VISA
   Account #: XXXXXXXXXXXXX8359
   Approval #: 904295
   Transaction #: 184
   AID: A0000000031010         Chip
   AL: VISA CREDIT
   PIN: Not Required

--------------------------------------------------

UFN: 255460-0451
Receipt #: 840-54930036-3-6753228-2
Clerk: 06

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Nashville, TN 37205

| Certified Mail Fee | | |
|---|---|---|
| $ | $4.10 | |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ | |
| ☐ Return Receipt (electronic) | $ | Postmark |
| ☐ Certified Mail Restricted Delivery | $ | Here |
| ☐ Adult Signature Required | $ | |
| ☐ Adult Signature Restricted Delivery | $ | AUG 24 2024 |
| Postage | $14.25 | |
| | | 08/24/2024 |
| Total Postage and Fees | | |
| $ | | |

**HENRY HILDEBRAND III**
**217 LAUDERDALE RD**
**NASHVILLE, TN 37205-1821**

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**This USPS Return Receipt**
**Mysteriously Disappeared**
**It was Never Returned After**
**The Successful Delivery**



**UNITED STATES POSTAL SERVICE.**

FENTON
210 S LEROY ST
FENTON, MI 48430-9998
(800)275-8777

08/24/2024                    02:06 PM

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|
| Priority Mail® | 1 | | $14.25 |

Nashville, TN 37215
Weight: 3 lb 10.90 oz
Expected Delivery Date
Mon 08/26/2024
Insurance                              $0.00
  Up to $100.00 included
Restricted Del                        $12.75
  Recipient name
    CHARLES M WALKER
  Tracking #:
    70203160000230014889
Return Receipt                         $4.10
  Tracking #:
    9590 9402 8627 3244 0681 83
Total                                 $31.10

Grand Total:                         $200.20

Credit Card Remit                    $200.20
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 314260
  Transaction #: 188
  AID: A0000000031010          Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 253200-0431
Receipt #: 840-54930020-3-6269723-1
Clerk: 05

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Nashville, TN 37215    OFFICIAL USE

Certified Mail Fee  $4.10

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $____
☐ Return Receipt (electronic)       $____
☒ Certified Mail Restricted Delivery $____
☐ Adult Signature Required          $____
☐ Adult Signature Restricted Delivery $____

Postage         $14.25

Total Postage and Fees
$31.10

Sent To   CHARLES M. WALKER
Street and Apt. No.   1925B WARFIELD DR
City, State, ZIP+4®   NASHVILLE, TN 37215-3422

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 3160 0002 3001 4889

Postmark Here

---

USPS TRACKING #

9590 9402 8627 3244 0681 83

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---

**SENDER: COMPLETE THIS SECTION**

☐ Complete items 1, 2, and 3.
☐ Print your name and address on the reverse so that we can return the card to you.
☐ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**CHARLES M. WALKER**
**1925B WARFIELD DR**
**NASHVILLE, TN    37215-3422**

9590 9402 8627 3244 0681 83

2. Article Number (Transfer from service label)
7020 3160 0002 3001 4889

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Suleena Walker_          ☐ Agent
                            ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
_Suleena Walker_

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt

**"Restricted Delivery" but *not* signed by DEFENDANT as required.**



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024                    10:59 AM
-------------------------------------------
Product          Qty   Unit    Price
                       Price
-------------------------------------------

Priority Mail®    1            $14.25
  Nashville, TN 37215
  Weight: 3 lb 10.70 oz
  Expected Delivery Date
    Mon 08/26/2024
  Insurance                    $0.00
    Up to $100.00 included
  Restricted Del               $12.75
    Recipient name
      SAMUEL F ANDERSON
    Tracking #:
      70203160000230014759
  Return Receipt               $4.10
    Tracking #:
      9590 9402 8627 3244 0684 42
Total                          $31.10
-------------------------------------------
Grand Total:                   $120.30
-------------------------------------------
Credit Card Remit              $120.30
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 904295
  Transaction #: 184
  AID: A0000000031010       Chip
  AL: VISA CREDIT
  PIN: Not Required
-------------------------------------------

UFN: 255460-0451
Receipt #: 840-54930036-3-6753228-2
Clerk: 06

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7759 3001 0002 3160 7020

For delivery information, visit our website at *www.usps.com®*.

Nashville TN 37215

Certified Mail Fee
$                                    $4.10
Extra Services & Fees *(check box, add fee as appropriate)*
☑ Return Receipt (hardcopy)      $10.00
☐ Return Receipt (electronic)    $___
☑ Certified Mail Restricted Delivery  $10.00
☐ Adult Signature Required       $8.00
☐ Adult Signature Restricted Delivery $
Postage                          $14.25
Total Postage and Fees
$31.10

Postmark
Here
AUG 24 2024
08/24/2024

**SAMUEL F. ANDERSON**
**4509 BEACON DR**
**NASHVILLE, TN  37215-4003**

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

**SAMUEL F. ANDERSON**
**4509 BEACON DR**
**NASHVILLE, TN   37215-4003**

|||||||||||||||||||||||||||||||||||
9590 9402 8627 3244 0684 42

2. Article Number *(Transfer from service label)*
7020 3160 0002 3001 4759

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____          ☐ Agent
                               ☐ Addressee
B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

**This USPS Return Receipt**
**Mysteriously Disappeared**
**It was Never Returned After**
**The Successful Delivery**

3. Service Type
☐ Adult Signature                        ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery    ☐ Registered Mail™
☐ Certified Mail®                        ☐ Registered Mail Restricted
☒ Certified Mail Restricted Delivery        Delivery
☐ Collect on Delivery                    ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation
☐ Insured Mail                              Restricted Delivery
☐ Insured Mail Restricted Delivery
   (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt



RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 10:59 AM
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



**USPS**
**UNITED STATES POSTAL SERVICE.**

FENTON
210 S LEROY ST
FENTON, MI 48430-9998
(800)275-8777

08/24/2024                                02:06 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail | 1 | | $16.95 |

Memphis, TN 38133
Weight: 3 lb 10.80 oz
Expected Delivery Date
    Tue 08/27/2024
Insurance                                    $0.00
    Up to $100.00 included
Restricted Del                               $12.75
    Recipient name
        JAMES M HIVNER
    Tracking #:
    → 70203160000230014834
Return Receipt                               $4.10
    Tracking #:
    9590 9402 8627 3244 0683 81
Total                                        $33.80

Grand Total:                                $200.20

Credit Card Remit                           $200.20
    Card Name: VISA
    Account #: XXXXXXXXXXXXX8359
    Approval #: 314260
    Transaction #: 188
    AID: A0000000031010        Chip
    AL: VISA CREDIT
    PIN: Not Required

UFN: 253200-0431
Receipt #: 840-54930020-3-6269723-1
Clerk: 05

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Memphis, TN 38133

| Certified Mail Fee | |
|---|---|
| $ | $4.10 |

Extra Services & Fees *(check box, add fee as appropriate)*
☒ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $12.75
☒ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $

Postage        $16.95

Total Postage and Fees
$33.80

Postmark Here    08/24/2024

**JAMES MICHAEL HIVNER**
**8019 SARA JANE LN**
**BARTLETT, TN    38133-2814**

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

**This USPS Return Receipt**
**Mysteriously Disappeared**
**It was Never Returned After**
**The Successful Delivery**

DEFENDANT: ANDY DWANE BENNETT

RECEIVED SERVICE: 9/3/2024

**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/28/2024 04:09 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $14.25 |
| Hermitage, TN 37076 | | | |
| Weight: 3 lb 11.20 oz | | | |
| Expected Delivery Date | | | |
| Fri 08/30/2024 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Restricted Del | | | $12.75 |
| Recipient name | | | |
| ANDY D BENNETT | | | |
| Tracking #: | | | |
| 70202450000036715150 | | | |
| Return Receipt | | | $4.10 |
| Tracking #: | | | |
| 9590 9402 8627 3244 0682 99 | | | |
| Total | | | $31.10 |

Grand Total: $303.60

Credit Card Remit $303.60
Card Name: VISA
Account #: XXXXXXXXXXXX8359
Approval #: 518290
Transaction #: 717
AID: A0000000031010 Chip
AL: VISA CREDIT
PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-1-5531338-2
Clerk: 6

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

7020 2450 0000 3671 5150

Certified Mail Fee $4.10

Extra Services & Fees *(check box, add fee as appropriate)*
- [x] Return Receipt (hardcopy) $
- [ ] Return Receipt (electronic) $
- [x] Certified Mail Restricted Delivery $
- [ ] Adult Signature Required $
- [ ] Adult Signature Restricted Delivery $

Postage $14.25

Total Postage and Fees $31.10

Postmark Here: LINDEN, MI 48451 AUG 28 2024 08/28/2024 USPS

**ANDY DWANE BENNETT**
**1116 MISTLETOE CIR**
**HERMITAGE, TN 37076-4712**

See Reverse for Instructions

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**ANDY DWANE BENNETT**
**1116 MISTLETOE CIR**
**HERMITAGE, TN 37076-4712**

9590 9402 8627 3244 0682 99

2. Article Number (Transfer from service label)

7020 2450 0000 3671 5150

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
- [ ] Agent
- [ ] Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

3. Service Type
- [ ] Adult Signature
- [ ] Adult Signature Restricted Delivery
- [ ] Certified Mail®
- [x] Certified Mail Restricted Delivery
- [ ] Collect on Delivery
- [ ] Collect on Delivery Restricted Delivery
- [ ] Insured Mail
- [ ] Insured Mail Restricted Delivery (over $500)
- [ ] Priority Mail Express®
- [ ] Registered Mail™
- [ ] Registered Mail Restricted Delivery
- [ ] Signature Confirmation™
- [ ] Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

RICO SERVICE: SHIPPED via USPS on 8/28/2024 at 4:09PM

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800) 275-8777

08/28/2024                    04:09 PM

```
Product          Qty   Unit    Price
                       Price
```

```
Priority Mail®    1            $14.25
  Nashville, TN 37205
  Weight: 3 lb 11.40 oz
  Expected Delivery Date
     Fri 08/30/2024
  Insurance                     $0.00
     Up to $100.00 included
  Restricted Del               $12.75
     Recipient name
       FRANK G CLEMENT
     Tracking #:
  →    70202450000036715167
  Return Receipt                $4.10
     Tracking #:
       9590 9402 8627 3244 0682 82
Total                          $31.10
```

```
Grand Total:                  $303.60
```

```
Credit Card Remit             $303.60
  Card Name: VISA
  Account #: XXXXXXXXXXXXX8359
  Approval #: 518290
  Transaction #: 717
  AID: A0000000031010        Chip
  AL: VISA CREDIT
  PIN: Not Required
```

```
UFN: 255460-0451
Receipt #: 840-54930036-1-5531338-2
Clerk: 6
```

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*

OFFICIAL USE

Certified Mail Fee

Extra Services & Fees *(check box, add fee as appropriate)*
☒ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $
☒ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postmark
AUG 28 2024

Postage   $14.25

Total Postage and Fees
$31.10

USPS

7020 2450 0000 3671 5167

**FRANK GOAD CLEMENT JR.**
**220 WILSONIA AVE**
**NASHVILLE, TN   37205-2819**

See Reverse for Instructions

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. | A. Signature |
| ■ Print your name and address on the reverse so that we can return the card to you. | X ☐ Agent ☐ Addressee |
| ■ Attach this card to the back of the mailpiece, or on the front if space permits. | B. Received by *(Printed Name)*   C. Date of Delivery |
| 1. Article Addressed to: | D. Is delivery address different from item 1? ☐ Yes |
| | If YES, enter delivery address below: ☐ No |

1. Article Addressed to:

**FRANK GOAD CLEMENT JR.**
**220 WILSONIA AVE**
**NASHVILLE, TN   37205-2819**

**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

9590 9402 8627 3244 0682 82

2. Article Number *(Transfer from service label)*
7020 2450 0000 3671 5167

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt





```
          UNITED STATES
          POSTAL SERVICE.

                LINDEN
            215 S MAIN ST
         LINDEN, MI 48451-9998
            (800)275-8777

08/28/2024                    04:09 PM
----------------------------------------
Product           Qty   Unit    Price
                        Price
----------------------------------------

Priority Mail®      1           $14.25
  Brentwood, TN 37027
  Weight: 3 lb 11.00 oz
  Expected Delivery Date
    Fri 08/30/2024
  Insurance                     $0.00
    Up to $100.00 included
  Restricted Del                $12.75
    Recipient name
      WILLIAM N MCBRAYER
    Tracking #:
      70202450000036715136
  Return Receipt                 $4.10
    Tracking #:
      9590 9402 8627 3244 0682 75
Total                          $31.10

----------------------------------------
Grand Total:                   $303.60

Credit Card Remit              $303.60
  Card Name: VISA
  Account #: XXXXXXXXXXXXX8359
  Approval #: 518290
  Transaction #: 717
  AID: A0000000031010        Chip
  AL: VISA CREDIT
  PIN: Not Required
----------------------------------------

UFN: 255460-0451
Receipt #: 840-54930036-1-5531338-2
Clerk: 6
```

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®

OFFICIAL USE

| Certified Mail Fee | |
| --- | --- |
| $ | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☑ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ |
| ☒ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $14.25 |
| Total Postage and Fees | |
| $ | |

Postmark
AUG 28 2024
USPS

**WILLIAM NEAL MCBRAYER**
**9034 MEADOWLAWN DR**
**BRENTWOOD, TN 37027-5223**

7020 2450 0000 3671 5135

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**WILLIAM NEAL MCBRAYER**
**9034 MEADOWLAWN DR**
**BRENTWOOD, TN 37027-5223**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 8627 3244 0682 75

7020 2450 0000 3671 5136

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt





## UNITED STATES POSTAL SERVICE.

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

09/10/2024                              02:07 PM

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|
| Priority Mail® | 1 | | $18.85 |

Knoxville, TN 37919
Weight: 9 lb 2.2 oz
Expected Delivery Date
   Thu 09/12/2024
Insurance                               $0.00
   Up to $100.00 included
Restricted Del                          $12.75
   Recipient name
      SHARRON G LEE
   Tracking #:
   70202450000036716188
Return Receipt                          $4.10
   Tracking #:
   9590 9402 8418 3156 9888 87
Total                                   $35.70

Grand Total:                            $35.70

Credit Card Remit                       $35.70
   Card Name: VISA
   Account #: XXXXXXXXXXXXX8359
   Approval #: 310170
   Transaction #: 818
   AID: A0000000031010      Chip
   AL: VISA CREDIT
   PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-1-5548566-2
Clerk: 6

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

**OFFICIAL USE**

Certified Mail Fee
$                                       $5.10
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)        $_____
☐ Return Receipt (electronic)      $_____
☒ Certified Mail Restricted Delivery $_____
☐ Adult Signature Required         $_____
☐ Adult Signature Restricted Delivery $_____
Postage         $18.35
Total Postage and Fees
$

Postmark Here
SEP 10 2024
09/10/2024

**SHARON GAIL LEE**
**727 CHEROKEE BLVD**
**KNOXVILLE, TN 37919-6619**

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**SHARON GAIL LEE**
**727 CHEROKEE BLVD**
**KNOXVILLE, TN 37919-6619**

9590 9402 8418 3156 9888 87

2. Article Number (Transfer from service label)
7020 2450 0000 3671 6188

PS Form **3811**, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                       ☐ Agent
                                        ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

3. Service Type
☐ Adult Signature                  ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery  ☐ Registered Mail™
☐ Certified Mail®                  ☐ Registered Mail Restricted Delivery
☒ Certified Mail Restricted Delivery   ☐ Signature Confirmation™
☐ Collect on Delivery              ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

Domestic Return Receipt





**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

09/18/2024     09:10 AM

| Product | Qty | Unit Price | Price |
|---------|-----|-----------|-------|

Priority Mail®   1     $14.25
    Brentwood, TN 37027
    Weight: 3 lb 14.90 oz
    Expected Delivery Date
     Fri 09/20/2024
    Insurance     $0.00
     Up to $100.00 included
    Restricted Del     $12.75
     Recipient name
       SANDRA J GARRETT
     Tracking #:
       70202450000036716232
    Return Receipt     $4.10
     Tracking #:
       9590 9402 8627 3244 0676 12
Total     $31.10

Grand Total:     $142.60

Credit Card Remit     $142.60
    Card Name: VISA
    Account #: XXXXXXXXXXXX8359
    Approval #: 808101
    Transaction #: 341
    AID: A0000000031010     Chip
    AL: VISA CREDIT
    PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6780830-2
Clerk: 06



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com

OFFICIAL USE

Certified Mail Fee     $1.50     0151

Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy)    $____
☐ Return Receipt (electronic)    $0.00
☑ Certified Mail Restricted Delivery    $0.00
☐ Adult Signature Required    $____
☐ Adult Signature Restricted Delivery    $____

Postage    $14.25

Total Postage and Fees    $____

Postmark Here    SEP 18 2024    09/18/2024

**SANDRA GARRETT**
**10 CADILLAC DR STE 220**
**BRENTWOOD, TN 37027-5078**

7020 2450 0000 3671 6232

---

USPS TRACKING #



9590 9402 8627 3244 0676 12

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---

**SENDER: COMPLETE THIS SECTION**

"Restricted Delivery" but **not** signed by DEFENDANT as required.

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**SANDRA GARRETT**
**10 CADILLAC DR STE 220**
**BRENTWOOD, TN 37027-5078**

9590 9402 8627 3244 0676 12

2. Article Number (Transfer from service label)
7020 2450 0000 3671 6232

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Molly Levis_    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Molly LE(N)

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt





**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800) 275-8777

09/05/2024         04:25 PM

---

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $14.25 |

  Franklin, TN 37064
  Weight: 3 lb 14.10 oz
  Expected Delivery Date
    Sat 09/07/2024

| Insurance | | | $0.00 |
|---|---|---|---|

  Up to $100.00 included

| Certified Mail® | | | $4.85 |
|---|---|---|---|

  Tracking #:
  → 70202450000036716126

| Return Receipt | | | $4.10 |
|---|---|---|---|

  Tracking #:
  9590 9402 8627 3244 0675 13

| Total | | | $23.20 |
|---|---|---|---|

---

Grand Total:            $142.05

---

Credit Card Remit        $142.05
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 515052
  Transaction #: 785
  AID: A0000000031010     Chip
  AL: VISA CREDIT
  PIN: Not Required

---

UFN: 255460-0451
Receipt #: 840-54930036-1-5542496-2
Clerk: 6

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $4.85

Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☑ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postmark
Here
SEP - 5 2024

Postage $14.25

Total Postage and Fees
$

USPS

**D.A. STACEY EDMONSON**
**1441 NEW HIGHWAY 96 W STE 2**
**FRANKLIN, TN     37064-4831**

---

USPS TRACKING #

9590 9402 8627 3244 0675 13

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

* Sender: Please print your name, address, and ZIP+4® in this box*

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI     48430-3426**

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X     ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>**D.A. STACEY EDMONSON**<br>**1441 NEW HIGHWAY 96 W STE 2**<br>**FRANKLIN, TN    37064-4831** | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>**This USPS Return Receipt Was Mysteriously Missing A Signature and Any Information About Delivery** |

9590 9402 8627 3244 0675 13

7020 2450 0000 3671 6126

3. Service Type
☑ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053      Domestic Return Receipt





**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800) 275-8777

| 09/05/2024 | | | 04:25 PM |
|---|---|---|---|

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $14.25 |

Franklin, TN 37064
Weight: 3 lb 14.60 oz
Expected Delivery Date
 Sat 09/07/2024

| Insurance | $0.00 |
|---|---|

 Up to $100.00 included

| Certified Mail® | $4.85 |
|---|---|

 Tracking #:
→ 70202450000036716133

| Return Receipt | $4.10 |
|---|---|

 Tracking #:
 9590 9402 8418 3156 9889 62

| Total | $23.20 |
|---|---|

---

| Grand Total: | $142.05 |
|---|---|

| Credit Card Remit | $142.05 |
|---|---|

 Card Name: VISA
 Account #: XXXXXXXXXXXX8359
 Approval #: 515052
 Transaction #: 785
 AID: A0000000031010  Chip
 AL: VISA CREDIT
 PIN: Not Required

---

UFN: 255460-0451
Receipt #: 840-54930036-1-5542496-2
Clerk: 6

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

| Certified Mail Fee | $4.55 | |
|---|---|---|
| | | $4.10 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☒ Return Receipt (hardcopy) | $ | |
| ☐ Return Receipt (electronic) | $ | Postmark |
| ☒ Certified Mail Restricted Delivery | $ | Here |
| ☐ Adult Signature Required | $ | SEP -5 2024 |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $14.25 | 09/05/2024 |
| Total Postage and Fees | | |
| $ | | |

JEFF WHIDBY
WILLIAMSON COUNTY CLERK
1320 W MAIN ST STE 125
FRANKLIN, TN 37064-3700



USPS TRACKING #

9590 9402 8418 3156 9889 62

| United States Postal Service | • Sender: Please print your name, address, and ZIP+4® in this box• |
|---|---|

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI 48430-3426**

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JEFF WHIDBY
WILLIAMSON COUNTY CLERK
1320 W MAIN ST STE 125
FRANKLIN, TN 37064-3700



9590 9402 8418 3156 9889 62

7020 2450 0000 3671 6133

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X   ☐ Agent
    ☐ Addressee

B. Received by *(Printed Name)* C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
 If YES, enter delivery address below: ☐ No

**This USPS Return Receipt**
**Was Mysteriously Missing**
**A Signature and Any**
**Information About Delivery**

3. Service Type
☒ Adult Signature ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☒ Certified Mail® ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053  Domestic Return Receipt



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

09/05/2024                    04:25 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $15.20 |

Nashville, TN 37243
Weight: 4 lb 1.40 oz
Expected Delivery Date
  Sat 09/07/2024

| Insurance | | | $0.00 |
|---|---|---|---|

Up to $100.00 included

| Certified Mail® | | | $4.85 |
|---|---|---|---|

Tracking #:
  70203160000230017279

| Return Receipt | | | $4.10 |
|---|---|---|---|

Tracking #:
  9590 9402 8627 3244 0675 44

| Total | | | $24.15 |
|---|---|---|---|

| Grand Total: | $142.05 |
|---|---|

| Credit Card Remit | $142.05 |
|---|---|

Card Name: VISA
Account #: XXXXXXXXXXXXX8359
Approval #: 515052
Transaction #: 785
AID: A0000000031010        Chip
AL: VISA CREDIT
PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-1-5542496-2
Clerk: 6

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

OFFICIAL USE

Certified Mail Fee   $4.85

Extra Services & Fees *(check box, add fee as appropriate)*
☑ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery  $
☑ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postage    $15.20

Total Postage and Fees
$ $24.15

SEP 2024 Postmark Here
LINDEN MI 48451
USPS

TREASURER DAVID H. LILLARD, JR.
TENNESSEE STATE CAPITOL
600 MARTIN LUTHER KING JR. BLVD.
NASHVILLE, TN 37243-0225

See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**TREASURER DAVID H. LILLARD, JR.**
**TENNESSEE STATE CAPITOL**
**600 MARTIN LUTHER KING JR. BLVD.**
**NASHVILLE, TN 37243-0225**

This USPS Return Receipt
Mysteriously Disappeared
It was Never Returned After
The Successful Delivery

9590 9402 8627 3244 0675 44

2. Article Number *(Transfer from service label)*
7020 3160 0002 3001 7279

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☑ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



| | DATE MAILED | TRACKING NUMBER | DATE DELIVERED | RETURN RECEIPT TRACKING NUMBER | GREEN CARD RETURNED | GREEN CARD SIGNED | GREEN CARD SIGNED BY NAMED DEFENDANT |
|---|---|---|---|---|---|---|---|
| **STORY AND ABERNATHY, PLLP** | 8/24/2024 at 11:25 AM | 70203160000230011758 | 8/26/2024 at 11:09 AM | 9590940286273244068244 | ☑ | ☑ | ☑ |
| » VIRGINIA LEE STORY | 8/24/2024 at 11:25 AM | 70203160000230014919 | 8/26/2024 at 11:08 AM | 9590940286273244068220 | ☑ | ☑ | ☐ |
| » KATHRYN LYNN YARBROUGH | 8/24/2024 at 11:25 AM | 70203160000230014902 | | 9590940286273244068213 | ☐ | ☐ | ☐ |
| — KATHRYN YARBROUGH (2ND ATTEMPT @ HOME) | 9/04/2024 at 1:45 PM | 70203160000230014698 | 9/06/2024 at 11:28 AM | 9590940286273244068480 | ☑ | ☑ | ☐ |
| **CHANCERY COURT FOR WILLIAMSON COUNTY TN** | 8/28/2024 at 4:09 PM | 70202450000036715105 | 9/03/2024 at 11:13 AM | 9590940286273244068350 | ☑ | ☑ | ☑ |
| » MICHAEL WEIMAR BINKLEY | 8/23/2024 at 2:51 PM | 70203160000230014711 | 8/26/2024 at 12:39 PM | 9590940286273244068503 | ☐ | ☐ | ☐ |
| » ELAINE BEATY BEELER | 8/24/2024 at 11:25 AM | 70203160000230014704 | 8/26/2024 at 2:30 PM | 9590940286273244068497 | ☑ | ☐ | ☐ |
| WILLIAMSON COUNTY SHERIFF'S OFFICE | 8/28/2024 at 4:09 PM | 70202450000036715097 | 8/30/2024 at 10:13 AM | 9590940286273244068367 | ☑ | ☑ | ☑ |
| **ROTHSCHILD & AUSBROOKS, PLLC** | 8/24/2024 at 11:14 AM | 70202450000036715211 | 8/26/2024 at 2:19 PM | 9590940286273244067865 | ☑ | ☑ | ☑ |
| » MARY ELIZABETH MANEY AUSBROOKS | 8/24/2024 at 11:25 AM | 70202450000036715204 | 8/26/2024 at 2:19 PM | 9590940286273244067810 | ☑ | ☑ | ☐ |
| » ALEXANDER SERGEY KOVAL | 8/24/2024 at 10:59 AM | 70203160000230014728 | 8/26/2024 at 11:29 AM | 9590940286273244068473 | ☐ | ☐ | ☐ |
| **HOSTETTLER, NEUHOFF & DAVIS, LLC** | 8/24/2024 at 2:06 PM | 70203160000230014933 | 8/26/2024 at 10:26 AM | 9590940286273244068190 | ☑ | ☑ | ☑ |
| » THOMAS E. ANDERSON | 8/23/2024 at 4:29 PM | 70203160000230014896 | 8/26/2024 at 2:16 PM | 9590940286273244068206 | ☑ | ☑ | ☑ |
| **MCARTHUR SANDERS REAL ESTATE** | 8/24/2024 at 2:06 PM | 70202450000036715198 | 8/26/2024 at 3:25 PM | 9590940286273244068268 | ☐ | ☐ | ☐ |
| » ROY PATRICK MARLIN | 8/24/2024 at 10:59 AM | 70203160000230014780 | 8/26/2024 (unknown) | 9590940286273244068411 | ☑ | ☑ | ☑ |
| — ROY PATRICK MARLIN (2ND ATTEMPT @ WORK) | 9/04/2024 at 1:45 PM | 70203160000230017330 | 9/06/2024 at 10:40 AM | 9590940286273244067551 | ☑ | ☐ | ☐ |
| **BANKERS TITLE & ESCROW CORPORATION** | 8/24/2024 at 2:06 PM | 70202450000036715945 | 8/27/2024 at 1:55 PM | 9590940286273244068374 | ☐ | ☐ | ☐ |
| » SAMUEL FORREST ANDERSON | 8/24/2024 at 10:59 AM | 70203160000230014759 | 8/26/2024 at 11:40 AM | 9590940286273244068442 | ☐ | ☐ | ☐ |
| BK: HENRY EDWARD HILDEBRAND III, | 8/24/2024 at 10:59 AM | 70203160000230014803 | 8/26/2024 at 2:59 PM | 9590940286273244068398 | ☐ | ☐ | ☐ |
| BK: CHARLES M. WALKER | 8/24/2024 at 2:06 PM | 70203160000230014889 | 8/26/2024 at 1:20 PM | 9590940286273244068183 | ☑ | ☑ | ☐ |
| **BANK OF AMERICA N.A.** | 9/18/2024 at 9:10 AM | 70202450000036716195 | 9/23/2024 at 10:43 AM | 9590940286273244067575 | ☐ | ☐ | ☐ |
| » RUBIN LUBLIN TN, PLLC | 9/04/2024 at 10:06 AM | 70203160000230017262 | 9/09/2024 at 4:31 PM | 9590940286273244067742 | ☐ | ☐ | ☐ |
| — RUBIN LUBLIN TN, PLLC (RA: Northwest Reg Agt) | 9/04/2024 at 10:06 AM | 70202450000036715129 | 9/05/2024 at 10:27 AM | 9590940286273244068305 | ☑ | ☑ | ☑ |
| **CADENCE BANK** | 9/03/2024 at 2:20 PM | 70203160000230014957 | 9/06/2024 at 12:58 PM | 9590940286273244067797 | ☑ | ☑ | ☑ |
| » CADENCE BANK (RA: CT Corporation System) | 9/03/2024 at 2:20 PM | 70203160000230014940 | 9/05/2024 at 10:15 AM | 9590940286273244067780 | ☑ | ☑ | ☑ |
| » SPRAGINS, BARNETT, & COBB PLC | 8/28/2024 at 4:09 PM | 70202450000036715143 | 9/03/2024 at 1:21 PM | 9590940286273244068312 | ☑ | ☑ | ☑ |
| **TENNESSEE COURT OF APPEALS MIDDLE DIVISION** | 9/05/2024 at 4:25 PM | 70202450000036716157 | 9/07/2024 at 10:49 AM | 9590940284183156988917 | ☑ | ☑ | ☑ |
| » JAMES MICHAEL HIVNER | 8/24/2024 at 2:06 PM | 70203160000230014834 | 8/27/2024 at 1:43 PM | 9590940286273244068381 | ☐ | ☐ | ☐ |
| » FRANK GOAD CLEMENT JR. | 8/28/2024 at 4:09 PM | 70202450000036715167 | 8/30/2024 at 2:41 PM | 9590940286273244068282 | ☐ | ☐ | ☐ |
| » ANDY DWANE BENNETT | 8/28/2024 at 4:09 PM | 70202450000036715150 | 9/03/2024 at 10:05 AM | 9590940286273244068299 | ☐ | ☐ | ☐ |
| » WILLIAM NEAL MCBRAYER | 8/28/2024 at 4:09 PM | 70202450000036715136 | 8/31/2024 at 12:35 PM | 9590940286273244068275 | ☐ | ☐ | ☐ |
| SUPREME COURT OF THE STATE OF TENNESSEE | 8/28/2024 at 4:09 PM | 70202450000036715082 | 8/30/2024 at 9:25 AM | 9590940286273244067827 | ☑ | ☑ | ☑ |
| **TNSC - ADMINISTRATIVE OFFICE OF THE COURTS** | 8/28/2024 at 4:09 PM | 70202450000036715075 | 8/30/2024 at 12:25 PM | 9590940286273244067834 | ☑ | ☑ | ☑ |
| » JOHN BRANDON COKE | 8/24/2024 at 2:06 PM | 70202450000036715181 | | 9590940286273244068251 | ☐ | ☐ | ☐ |
| — JOHN BRANDON COKE (2ND ATTEMPT @ WORK) | 9/04/2024 at 10:06 AM | 70202450000036715846 | 9/07/2024 at 12:35 PM | 9590940286273244067766 | ☑ | ☑ | ☐ |
| **TNSC - BOARD OF PROFESSIONAL RESPONSIBILITY** | 9/04/2024 at 10:06 AM | 70203160000230017163 | 9/09/2027 at 1:01 PM | 9590940286273244067759 | ☑ | ☑ | ☑ |
| SANDRA JANE LEACH GARRETT | 8/23/2024 at 4:29 PM | 70203160000230014797 | | 9590940286273244068404 | ☐ | ☐ | ☐ |
| — SANDRA GARRETT (2ND ATTEMPT @ WORK) | 9/18/2024 at 9:10 AM | 70202450000036716232 | 9/20/2024 at 11:30 AM | 9590940286273244067612 | ☑ | ☑ | ☐ |

| STATE OF TENNESSEE (OFFICIALS SERVED BELOW): | | | | | | | |
|---|---|---|---|---|---|---|---|
| » TN - GOVERNOR BILL LEE | 8/28/2024 at 4:09 PM | 70202450000036715099 | 9/11/2024 at 1:34 PM | 959094028627324068343 | ☑ | ☑ | ☑ |
| — TN - GOVERNOR BILL LEE (ALL TN SUMMONSES) | 9/18/2024 at 9:10 AM | 70202450000036716201 | 9/20/2024 at 3:43 PM | 959094028627324067582 | ☐ | ☐ | ☐ |
| » TN - ATTORNEY GENERAL JONATHAN SKRMETTI | 9/03/2024 at 2:20 PM | 70202450000036715853 | 9/06/2024 at 7:37 AM | 959094028627324067773 | ☑ | ☑ | ☑ |
| — TN - JONATHAN SKRMETTI (ALL TN SUMMONSES) | 9/18/2024 at 9:10 AM | 70202450000036716218 | 9/20/2024 at 7:14 AM | 959094028627324067599 | ☑ | ☑ | ☑ |
| » TN - SECRETARY TRE HARGETT | 9/05/2024 at 4:25 PM | 70202450000036716119 | 9/09/2024 at 12:40 PM | 959094028627324067537 | ☑ | ☑ | ☑ |
| » TN - TREASURER DAVID LILLARD | 9/05/2024 at 4:25 PM | 70203160000230017279 | 9/09/2024 at 12:40 PM | 959094028627324067544 | ☐ | ☐ | ☐ |
| » TN - SENATOR RICHARD BRIGGS | 8/28/2024 at 4:09 PM | 70203160000230014988 | 8/29/2024 at 11:48 PM | 959094028627324068169 | ☐ | ☐ | ☐ |
| » TN - JUSTICE SHARON G. LEE | 9/10/2024 at 2:07 PM | 70202450000036716188 | 9/12/2024 at 2:41 PM | 959094028418315698887 | ☐ | ☐ | ☐ |
| COUNTY OF WILLIAMSON TENNESSEE (OFF BELOW): | | | | | ☐ | ☐ | ☐ |
| » WC - ROGERS ANDERSON (MAYOR) | 8/28/2024 at 4:09 PM | 70203160000230014971 | 8/30/2024 at 10:52 AM | 959094028627324067841 | ☑ | ☑ | ☑ |
| — WC - ROGERS ANDERSON (ALL WC SUMMONSES) | 9/18/2024 at 9:10 AM | 70202450000036716225 | 9/20/2024 at 11:47 AM | 959094028627324067605 | ☐ | ☐ | ☐ |
| » WC - JEFF WHIDBY (COUNTY CLERK) | 9/05/2024 at 4:25 PM | 70202450000036716133 | 9/09/2024 at 2:38 PM | 959094028418315698962 | ☑ | ☐ | ☐ |
| » WC - STACEY EDMONSON (DISTRICT ATTORNEY) | 9/05/2024 at 4:25 PM | 70202450000036716126 | 9/07/2024 at 12:01 PM | 959094028627324067513 | ☑ | ☐ | ☐ |
| » WC - SHERRY ANDERSON (REGISTER OF DEEDS) | 9/05/2024 at 4:25 PM | 70202450000036716140 | 9/09/2024 at 2:35 PM | 959094028418315698955 | ☑ | ☑ | ☑ |
| » WC - LISA CARSON (COUNTY ATTORNEY) | 9/18/2024 at 9:10 AM | 70202450000036716249 | 9/20/2024 at 12:28 PM | 959094028627324067629 | ☑ | ☑ | ☑ |

49— LAWSUIT SERVICES PACKAGES PRODUCED & MAILED

For a list of documents & media in each lawsuit service package, please see https://rico.jefffenton.com/evidence/1-23-cv-01097_fenton-vs-story-lawsuit-service-pack-details.pdf