

**Story Abernathy & Campbell**
PLLP | AN ASSOCIATION OF ATTORNEYS

Virginia Lee Story
virginia@tnlaw.org

Joanie L. Abernathy
joanie@tnlaw.org

Neil Campbell
neil@tnlaw.org

Kathryn L. Yarbrough
kyarbrough@tnlaw.org

Of Counsel:
James E. Story,*
Attorney at Law

Marissa L. Walters
Paralegal/Associate Attorney
marissa@tnlaw.org

HISTORIC DOWNTOWN
FRANKLIN, TENNESSEE
136 Fourth Avenue South
Franklin, TN 37064

OFFICE (615) 790-1778
FAX (615) 790-7468

*Licensed in Kentucky

September 16, 2019

<u>Via Email</u>
Mr. Jeffrey Fenton
Email: Jeff@meticulous.tech

<u>Via First Class Mail</u>
Ms. Marsha Fenton

Re: **Fawn ▓▓▓▓ Fenton vs. Jeffrey Ryan Fenton**
**Williamson County Chancery Court No. 48419B**

Dear Mr. Fenton:

My client was at the house over the weekend and has indicated that you left the house in a mess despite you having known since August 1, 2019 that the property would be auctioned. The costs for cleaning out the house and moving the items that you have tagged per the Court Order to storage will be in excess of $2,000. Please send a check payable to Fawn Fenton noted for moving and clean up to my office address. I will provide you with each invoice so you have an accounting of actual costs.

If I do not receive a check from you in the amount of $2,000 by <u>**Friday, September 20, 2019**</u>, we will have to sell the remaining items in the house and then dispose of the items that cannot be sold. Any proceeds from items sold will be deposited into the Clerk's office for distribution after payment of the costs.

As for the items you have tagged and for which you will send the $2,000 advance by <u>**Friday, September 20, 2019**</u> for the movers and clean up, please make the arrangements for a storage unit. This will need to be done by <u>**Thursday, September 26, 2019**</u>. Send me the name of the storage location and unit number with verification that the amount has been paid in advance so that when the movers arrive there are no snags.

Finally, we did not locate any guns in the house. Please advise where they are located with the contact information or whether you have taken them with you to Michigan. If you have any guns in your possession, please provide an itemized list of all types, manufacturers, and models.

Sincerely,

Virginia Lee Story
Attorney at Law

cc: Ms. Fawn Fenton

williamsoncountyattorneys.com

**PLAINTIFF'S EXHIBIT A**

A4-5

https://rico.jefffenton.com/evidence/1-23-cv-01097_fenton-vs-story-first-amended-complaint.pdf   Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)
Case 3:24-cv-01282   Document 101-1   Filed 10/10/24   Page 1 of 2 PageID #: 5385
https://rico.jefffenton.com/evidence/2024-10-08_counter-affidavit-correcting-storys-false-claims.pdf   Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



**Story Abernathy & Campbell**
PLLP | AN ASSOCIATION OF ATTORNEYS

**Virginia Lee Story** *
virginia@tnlaw.org

**Joanie L. Abernathy**
joanie@tnlaw.org

**Neil Campbell** *
neil@tnlaw.org

**Kathryn L. Yarbrough**
kyarbrough@tnlaw.org

Of Counsel:
**James E. Story,** *
Attorney at Law

**Marissa L. Walters**
Paralegal/Associate Attorney
marissa@tnlaw.org

HISTORIC DOWNTOWN
FRANKLIN, TENNESSEE
136 Fourth Avenue South
Franklin, TN 37064

OFFICE (615) 790-1778
FAX (615) 790-7468

*Licensed in Kentucky

September 16, 2019

<u>Via Email</u>
Mr. Jeffrey Fenton
Email: Jeff@meticulous.tech

<u>Via First Class Mail</u>
Ms. Marsha Fenton
███████████
Linden, MI 48451

Re: <u>Fawn ███ Fenton vs. Jeffrey Ryan Fenton</u>
<u>Williamson County Chancery Court No. 48419B</u>

Dear Mr. Fenton:

My client was at the house over the weekend and has indicated that you left the house in a mess despite you having known since August 1, 2019 that the property would be auctioned. The costs for cleaning out the house and moving the items that you have tagged per the Court Order to storage will be in excess of $2,000. Please send a check payable to Fawn Fenton noted for moving and clean up to my office address. I will provide you with each invoice so you have an accounting of actual costs.

If I do not receive a check from you in the amount of $2,000 by **Friday, September 20, 2019**, we will have to sell the remaining items in the house and then dispose of the items that cannot be sold. Any proceeds from items sold will be deposited into the Clerk's office for distribution after payment of the costs.

As for the items you have tagged and for which you will send the $2,000 advance by **Friday, September 20, 2019** for the movers and clean up, please make the arrangements for a storage unit. This will need to be done by **Thursday, September 26, 2019**. Send me the name of the storage location and unit number with verification that the amount has been paid in advance so that when the movers arrive there are no snags.

Finally, we did not locate any guns in the house. Please advise where they are located with the contact information or whether you have taken them with you to Michigan. If you have any guns in your possession, please provide an itemized list of all types, manufacturers, and models.

Sincerely,

*/s/ Virginia Lee Story/*

Virginia Lee Story
Attorney at Law

cc: Ms. Fawn Fenton

**PLAINTIFF'S EXHIBIT A-2**

williamsoncountyattorneys.com

+ *Rule 31 Family Law Mediator*