AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan ▼

)
)
)
JEFFREY RYAN FENTON )
)
_____ )
*Plaintiff(s)* )
v. ) Civil Action No. 1:23-cv-1097
)
)
)
VIRGINIA LEE STORY et al., )
)
_____ )
*Defendant(s)* )

**FILED - LN**
October 17, 2024 10:40 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: jlg /____ SCANNED BY:____ /____

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* State of Tennessee
425 5th Avenue North
Nashville, TN 37243

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

AUG 1 9 2024

CLERK OF COURT

Date: _____5/23/2024_____     _____Paula J. Woods_____
*Signature of Clerk or Deputy Clerk*

RICO SERVICE: SHIPPED via USPS on 08/28/2024 at 4:09 PM
Case 3:24-cv-01282   Document 103   Filed 10/17/24   Page 1 of 8 PageID #: 5469
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

Civil Action No. 1:23-cv-1097

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    STATE OF TENNESSEE

was received by me on *(date)*    8/21/2024

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:

Pursuant to F.R.Civ.P. 4(j)(2)(B) and Mich. Ct. R. 2.105, defendant STATE OF TENNESSEE was served via certified U.S. mail, upon Governor Bill Lee using tracking number 70202450000036715099 on August 29, 2024. Similarly, service was also provided to Attorney General Jonathan Skrmetti via certified U.S. mail with tracking number 70202450000036715853 on September 6th, 2024. See attached receipt copies from the USPS.

I declare under penalty of perjury that this information is true.

Date: 10/13/2024      *Marsha Ann Fenton*
                                   *Server's signature*

                                   Marsha Ann Fenton
                                   *Printed name and title*

                         17195 Silver Pkwy, #150, Fenton, MI 48430-3426
                                   *Server's address*

Additional information regarding attempted service, etc:

Additional officials provided service on behalf of all STATE OF TENNESSEE offices and entities, include: Tennessee's Secretary of State Tre Hargett with tracking number 70202450000036716119 on September 9, 2024. Treasurer David H. Lillard, Jr using tracking number 70203160000230017279 on September 9, 2024. Senator Richard Briggs using tracking number 70203160000230014988 on August 29, 2024. And Justice Sharon G. Lee using tracking number 70202450000036716188 on September 12, 2024. Receipts were not returned for Lillard, Briggs, and S. Lee, though the USPS shows service was successfully delivered. Signed receipts were returned for B. Lee, Skrmetti, and Hargett.

RICO SERVICE: SHIPPED via USPS on 08/28/2024 at 4:09 PM
Case 3:24-cv-01282    Document 103    Filed 10/17/24    Page 2 of 8 PageID #: 5470
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: STATE OF TENNESSEE   GOVERNOR BILL LEE   RECEIVED SERVICE: 8/29/2024



```
           LINDEN
        215 S MAIN ST
     LINDEN, MI 48451-9998
         (800)275-8777
08/28/2024                    04:09 PM
----------------------------------------
Product           Qty    Unit      Price
                         Price
----------------------------------------
Priority Mail®     1               $15.80
   Nashville, TN 37243
   Weight: 5 lb 15.80 oz
   Expected Delivery Date
      Fri 08/30/2024
   Insurance                        $0.00
      Up to $100.00 included
   Certified Mail®                  $4.85
      Tracking #:
         70202450000036715099
   Return Receipt                   $4.10
      Tracking #:
         9590 9402 8627 3244 0683 43
Total                              $24.75

----------------------------------------
Grand Total:                      $303.60
----------------------------------------
Credit Card Remit                 $303.60
   Card Name: VISA
   Account #: XXXXXXXXXXXX8359
   Approval #: 518290
   Transaction #: 717
   AID: A0000000031010          Chip
   AL: VISA CREDIT
   PIN: Not Required
----------------------------------------

UFN: 255460-0451
Receipt #: 840-54930036-1-5531338-2
Clerk: 6
```

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Nashville, TN 37243   OFFICIAL USE

Certified Mail Fee  $4.85
$                                  $4.10
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)     $ $0.00
☐ Return Receipt (electronic)   $ $0.00
☐ Certified Mail Restricted Delivery  $
☒ Adult Signature Required      $
☐ Adult Signature Restricted Delivery $
Postage                         $15.80
$
Total Postage and Fees
$   $24.75

LINDEN, MI 48451
Postmark Here
AUG 28 2024

STATE OF TENNESSEE
GOVERNOR BILL LEE
600 DR MARTIN L KING JR BLVD
NASHVILLE, TN    37243-9100

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

7020 2450 0000 3671 5099

USPS TRACKING #



9590 9402 8627 3244 0683 43

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI     48430-3426**

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   **STATE OF TENNESSEE**
   **GOVERNOR BILL LEE**
   **600 DR MARTIN L KING JR BLVD**
   **NASHVILLE, TN     37243-9100**


9590 9402 8627 3244 0683 43

2. Article Number (Transfer from service label)
   7020 2450 0000 3671 5099

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
                   ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
   H. Mosley                    9-4-24
D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☒ Adult Signature            ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery  ☐ Registered Mail™
☒ Certified Mail®            ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery   ☐ Signature Confirmation™
☐ Collect on Delivery        ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

Domestic Return Receipt

RICO SERVICE: SHIPPED via USPS on 08/28/2024 at 4:09 PM           Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

# USPS Tracking®

FAQs >



**Tracking Number:**

70202450000036715099

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

Remove ✕

## Latest Update

Your item was delivered at 11:48 pm on August 29, 2024 in NASHVILLE, TN 37227.

### Get More Out of USPS Tracking:
USPS Tracking Plus®

### Delivered
Delivered
NASHVILLE, TN 37227
August 29, 2024, 11:48 pm

### Arrived at USPS Regional Destination Facility
NASHVILLE TN DISTRIBUTION CENTER
August 29, 2024, 5:41 pm

### Arrived at USPS Regional Origin Facility
DETROIT MI DISTRIBUTION CENTER
August 29, 2024, 1:49 am

### Arrived at USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER
August 28, 2024, 8:24 pm

### Departed USPS Facility
FLINT, MI 48502
August 28, 2024, 7:38 pm

### Departed USPS Facility
LINDEN, MI 48451
August 28, 2024, 4:59 pm

### Departed Post Office

LINDEN, MI 48451
August 28, 2024, 4:03 pm

**USPS in possession of item**
LINDEN, MI 48451
August 28, 2024, 3:44 pm

Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates

USPS Tracking Plus®

Product Information

Postal Product: Priority Mail®

Features:
Certified Mail™
Up to $100 insurance included. Restrictions Apply ⓘ

See tracking for related item:
9590940286273244068343 (/go/TrackConfirmAction?tLabels=9590940286273244068343)

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# USPS Tracking®

FAQs >



**Tracking Number:**

## 9590940286273244068343

Remove ✕

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 1:34 pm on September 11, 2024 in FENTON, MI 48430.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
FENTON, MI 48430
September 11, 2024, 1:34 pm

### Out for Delivery
LINDEN, MI 48451
September 11, 2024, 6:53 am

### Arrived at Post Office
FENTON, MI 48430
September 11, 2024, 6:42 am

### Return Receipt Associated
August 28, 2024, 3:44 pm

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

RICO SERVICE: SHIPPED via USPS on 08/28/2024 at 4:09 PM

Case 3:24-cv-01282   Document 103   Filed 10/17/24   Page 6 of 8 PageID #: 5474
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

FROM:
17195 SILVER PKWY
PMB #150
FENTON, MI    48430-3426

TO:
USDC WESTERN DISTRICT OF MICHIGAN
113 FEDERAL BLDG
315 W ALLEGAN ST RM 113
LANSING, MI            48933-1514

PRESS FIRMLY TO SEAL   PRESS FIRM



- Expected delive
- Domestic shipm
- USPS Tracking®
- Limited internati
- When used inter

*Insurance does not c
Domestic Mail Manual
** See International Ma

**FLAT RA**
ONE RATE ■ A

**TRACKE**


PS00001

 Retail

**P** US POSTAGE PAID
$10.45
Origin: 48451
10/15/24
2554600451-6

**PRIORITY MAIL®**

1 Lb 11.00 Oz
**RDC 03**

EXPECTED DELIVERY DAY: 10/17/24

C002

SHIP TO:

RM 113
315 W ALLEGAN ST
LANSING MI 48933-1514

**USPS TRACKING® #**


9505 5107 4346 4289 7352 54

