DEFENDANT: STATE OF TENNESSEE    ATTORNEY GENERAL JONATHAN SKRMETTI    RECEIVED SERVICE: 9/06/2024



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

09/03/2024                           02:20 PM

```
Product            Qty    Unit      Price
                          Price
-----------------------------------------
Priority Mail®      1               $16.55
   Nashville, TN 37202
   Weight: 6 lb 0.50 oz
   Expected Delivery Date
      Thu 09/05/2024
   Insurance                         $0.00
      Up to $100.00 included
   Certified Mail®                   $4.85
      Tracking #:
      70202450000036715853
   Return Receipt                    $4.10
      Tracking #:
      9590 9402 8627 3244 0677 73
Total                               $25.50
```

Grand Total:                        $97.80

Credit Card Remit                   $97.80
   Card Name: VISA
   Account #: XXXXXXXXXXXX8359
   Approval #: 313091
   Transaction #: 753
   AID: A0000000031010       Chip
   AL: VISA CREDIT
   PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-1-5538003-2
Clerk: 6

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee  $4.35
$                   $4.10

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)      $_____
☐ Return Receipt (electronic)    $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☒ Adult Signature Required       $ $0.00
☐ Adult Signature Restricted Delivery $

Postage  $16.55
$
Total Postage and Fees
$ $25.50

Postmark Here  LINDEN, MI 48451  SEP -3 2024  09/03/2024

**JONATHAN SKRMETTI**
**P.O. BOX 20207**
**NASHVILLE, TN 37202-0207**

7020 2450 0000 3671 5853

---

USPS TRACKING #
NASHVILLE TN 370
9 SEP 2024 PM 6 L

9590 9402 8627 3244 0677 73

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**JONATHAN SKRMETTI**
**P.O. BOX 20207**
**NASHVILLE, TN 37202-0207**

9590 9402 8627 3244 0677 73

2. Article Number (Transfer from service label)
7020 2450 0000 3671 5853

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Melvin Gooch_     ☐ Agent
                     ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
Melvin Gooch                      9-6-2024

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

ALERT: TROPICAL STORM FRANCINE, FLOODING, AND SEVERE WEATHER IN THE SOUTHERN U.S. M...

# USPS Tracking®

FAQs >



**COMPLETED**

Remove ✕

**Tracking Number:**

# 70202450000036715853

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item has been delivered and is available at a PO Box at 7:37 am on September 6, 2024 in NASHVILLE, TN 37202.

**Get More Out of USPS Tracking:**

    USPS Tracking Plus®

### Delivered
Delivered, PO Box
NASHVILLE, TN 37202
September 6, 2024, 7:37 am

### Arrived at Post Office
NASHVILLE, TN 37202
September 6, 2024, 5:30 am

### In Transit to Next Facility
September 5, 2024

### Arrived at USPS Regional Destination Facility
NASHVILLE TN DISTRIBUTION CENTER
September 4, 2024, 11:39 pm

### Arrived at USPS Regional Origin Facility
DETROIT MI DISTRIBUTION CENTER
September 4, 2024, 2:51 am

### Arrived at USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER
September 3, 2024, 5:52 pm

**Departed USPS Facility**

LINDEN, MI 48451

September 3, 2024, 2:44 pm

**USPS in possession of item**

LINDEN, MI 48451

September 3, 2024, 2:13 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates

USPS Tracking Plus®

Product Information

| Postal Product: | Features: | See tracking for related item: |
|---|---|---|
| Priority Mail® | Certified Mail™ | 9590940286273244067773 (/go/TrackConfirmAction?tLabels=9590940286273244067773) |
| | Up to $100 insurance included. Restrictions Apply ⓘ | |

See Less ∧

Track Another Package

[Enter tracking or barcode numbers]

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# USPS Tracking

FAQs >



**Tracking Number:**

9590940286273244067773

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

Remove ✕

### Latest Update

Your item was delivered in or at the mailbox at 1:59 pm on September 12, 2024 in FENTON, MI 48430.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
Delivered, In/At Mailbox
FENTON, MI 48430
September 12, 2024, 1:59 pm

### Arrived at USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER
September 11, 2024, 10:35 am

### Arrived at USPS Regional Facility
NASHVILLE TN DISTRIBUTION CENTER
September 9, 2024, 8:23 pm

### Return Receipt Associated
September 3, 2024, 2:13 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)