DEFENDANT: STATE OF TENNESSEE     SECRETARY TRE HARGETT     RECEIVED SERVICE: 9/09/2024











RICO SERVICE: SHIPPED via USPS on 9/05/2024 at 4:25 PM

Case 3:24-cv-01282     Document 103-2     Filed 10/17/24     Page 1 of 4 PageID #: 5481

DEFENDANT: STATE OF TENNESSEE          SECRETARY TRE HARGETT          RECEIVED SERVICE: 9/09/2024

ALERT: TROPICAL STORM FRANCINE, FLOODING, AND SEVERE WEATHER IN THE SOUTHERN U.S. M...

# USPS Tracking®

FAQs >



Remove ✕

**Tracking Number:**

70202450000036716119

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item has been delivered to an agent and left with an individual at the address at 12:40 pm on September 9, 2024 in NASHVILLE, TN 37203.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered to Agent
Delivered to Agent, Left with Individual
NASHVILLE, TN 37203
September 9, 2024, 12:40 pm

### Delivered
NASHVILLE, TN 37227
September 7, 2024, 8:51 am

### Arrived at USPS Regional Facility
NASHVILLE TN DISTRIBUTION CENTER
September 6, 2024, 4:43 pm

### In Transit to Next Facility
September 6, 2024, 2:15 pm

### Departed USPS Regional Facility
DETROIT MI DISTRIBUTION CENTER
September 6, 2024, 6:09 am

### Arrived at USPS Regional Origin Facility
DETROIT MI DISTRIBUTION CENTER
September 6, 2024, 12:53 am

**Arrived at USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
September 5, 2024, 10:32 pm

**In Transit to Next Facility**
September 5, 2024, 10:18 pm

**Departed USPS Facility**
FLINT, MI 48502
September 5, 2024, 9:44 pm

**Departed Post Office**
LINDEN, MI 48451
September 5, 2024, 5:04 pm

**Departed USPS Facility**
LINDEN, MI 48451
September 5, 2024, 4:57 pm

**USPS in possession of item**
LINDEN, MI 48451
September 5, 2024, 4:23 pm

Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

**Text & Email Updates**  ⌄

**USPS Tracking Plus®**  ⌄

**Product Information**  ⌃

| Postal Product: | Features: | See tracking for related item: |
|---|---|---|
| Priority Mail® | Certified Mail™ Up to $100 insurance included. Restrictions Apply ⓘ | 9590940286273244067537 (/go/TrackConfirmAction?tLabels=9590940286273244067537) |

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# USPS Tracking®

FAQs >



**COMPLETED**

Remove ✕

**Tracking Number:**

## 9590940286273244067537

Copy   Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item arrived at our USPS facility in PONTIAC MI DISTRIBUTION CENTER on September 14, 2024 at 11:02 am. The item is currently in transit to the destination.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Moving Through Network
**Arrived at USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
September 14, 2024, 11:02 am

**Departed USPS Regional Facility**
NASHVILLE TN DISTRIBUTION CENTER
September 13, 2024, 8:05 am

**Arrived at USPS Regional Facility**
NASHVILLE TN DISTRIBUTION CENTER
September 12, 2024, 5:56 pm

**Return Receipt Associated**
September 5, 2024, 4:23 pm

Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)