DEFENDANT: STATE OF TENNESSEE    TREASURER DAVID H. LILLARD, JR    RECEIVED SERVICE: 9/9/2024



```
              LINDEN
           215 S MAIN ST
         LINDEN, MI 48451-9998
           (800)275-8777
09/05/2024                        04:25 PM
-----------------------------------------
Product            Qty   Unit     Price
                         Price
Priority Mail®      1              $15.20
   Nashville, TN 37243
   Weight: 4 lb 1.40 oz
   Expected Delivery Date
      Sat 09/07/2024
   Insurance                        $0.00
      Up to $100.00 included
   Certified Mail®                  $4.85
      Tracking #:
         70203160000230017279
   Return Receipt                   $4.10
      Tracking #:
         9590 9402 8627 3244 0675 44
Total                              $24.15

-----------------------------------------
Grand Total:                      $142.05
-----------------------------------------
Credit Card Remit                 $142.05
   Card Name: VISA
   Account #: XXXXXXXXXXXX8359
   Approval #: 515052
   Transaction #: 785
   AID: A0000000031010       Chip
   AL: VISA CREDIT
   PIN: Not Required
-----------------------------------------
UFN: 255460-0451
Receipt #: 840-54930036-1-5542496-2
Clerk: 6
```

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee  $4.85
$
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)      $ _____
☐ Return Receipt (electronic)    $ _____
☐ Certified Mail Restricted Delivery $ _____
☒ Adult Signature Required       $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage  $15.20
Total Postage and Fees  $24.15

LINDEN MI 48451
SEP 5 2024
USPS

TREASURER DAVID H. LILLARD, JR.
TENNESSEE STATE CAPITOL
600 MARTIN LUTHER KING JR. BLVD.
NASHVILLE, TN 37243-0225

7020 3160 0002 3001 7279

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   **TREASURER DAVID H. LILLARD, JR.**
   **TENNESSEE STATE CAPITOL**
   **600 MARTIN LUTHER KING JR. BLVD.**
   **NASHVILLE, TN 37243-0225**

   9590 9402 8627 3244 0675 44

2. 7020 3160 0002 3001 7279

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

3. Service Type
   ☒ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



# USPS Tracking®

FAQs >



**Tracking Number:**

# 70203160000230017279

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

Remove ✕

## Latest Update

Your item has been delivered to an agent and left with an individual at the address at 12:40 pm on September 9, 2024 in NASHVILLE, TN 37203.

### Get More Out of USPS Tracking:
USPS Tracking Plus®

### Delivered to Agent
Delivered to Agent, Left with Individual
NASHVILLE, TN 37203
September 9, 2024, 12:40 pm

### Delivered
NASHVILLE, TN 37227
September 7, 2024, 8:49 am

### Arrived at USPS Regional Destination Facility
NASHVILLE TN DISTRIBUTION CENTER
September 6, 2024, 10:09 pm

### Arrived at USPS Regional Origin Facility
DETROIT MI DISTRIBUTION CENTER
September 6, 2024, 12:56 am

### Arrived at USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER
September 5, 2024, 10:32 pm

### In Transit to Next Facility
September 5, 2024, 10:18 pm



**Departed USPS Facility**
FLINT, MI 48502
September 5, 2024, 9:44 pm

**Departed Post Office**
LINDEN, MI 48451
September 5, 2024, 5:04 pm

**Departed USPS Facility**
LINDEN, MI 48451
September 5, 2024, 4:57 pm

**USPS in possession of item**
LINDEN, MI 48451
September 5, 2024, 4:17 pm

Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates

USPS Tracking Plus®

Product Information

| Postal Product: | Features: | See tracking for related item: |
|---|---|---|
| Priority Mail® | Certified Mail™ | 9590940286273244067544 (/go/TrackConfirmAction?tLabels=9590940286273244067544) |
| | Up to $100 insurance included. Restrictions Apply ⓘ | |

See Less ∧

Track Another Package

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

RICO SERVICE: SHIPPED via USPS on 9/05/2024 at 4:25PM
Case 3:24-cv-01282   Document 103-3   Filed 10/17/24   Page 3 of 4 PageID #: 5487
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

# USPS Tracking®

FAQs >

**MISDIRECTED**

Remove ✕

**Tracking Number:**

## 9590940286273244067544

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered at 2:04 am on September 8, 2024 in NASHVILLE, TN 37227.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered

Delivered

NASHVILLE, TN 37227
September 8, 2024, 2:04 am

**Return Receipt Associated**

September 5, 2024, 4:17 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates    ⌄

USPS Tracking Plus®    ⌄

Product Information    ⌃

| Postal Product: | Features: | See tracking for related item: **70203160000230017279** (/go/TrackConfirmAction?tLabels=70203160000230017279) |
|---|---|---|
|  | Return Receipt |  |

RICO SERVICE: SHIPPED via USPS on 9/05/2024 at 4:25PM