DEFENDANT: STATE OF TENNESSEE  SENATOR RICHARD BRIGGS  RECEIVED SERVICE: 8/29/2024



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Nashville, TN 37243

| Certified Mail Fee | $4.85 | 0451 |
|---|---|---|
| Extra Services & Fees (check box, add fee as appropriate) | $4.10 | 6 |
| ☒ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☒ Adult Signature Required | $0.00 | AUG 28 2024 |
| ☐ Adult Signature Restricted Delivery | | |
| Postage | $14.25 | |
| Total Postage and Fees | $23.20 | 08/28/2024 |

**SENATOR RICHARD BRIGGS**
O/B/O: BOARD OF PROFESSIONAL RESPONSIBILITY
425 REP JOHN LEWIS WAY N STE 774
**NASHVILLE, TN   37243-0001**

PS Form 3800, April 2015  See Reverse for Instructions

**This USPS Return Receipt
Mysteriously Disappeared
It was Never Returned After
The Successful Delivery**

RICO SERVICE: SHIPPED via USPS on 8/28/2024 at 4:09 PM
Case 3:24-cv-01282   Document 103-4   Filed 10/17/24   Page 1 of 4 PageID #: 5489
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

# USPS Tracking®

FAQs >



Remove ✕

**Tracking Number:**

## 70203160000230014988

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered at 11:48 pm on August 29, 2024 in NASHVILLE, TN 37227.

### Get More Out of USPS Tracking:
**USPS Tracking Plus®**

### Delivered
Delivered
NASHVILLE, TN 37227
August 29, 2024, 11:48 pm

### Arrived at USPS Regional Destination Facility
NASHVILLE TN DISTRIBUTION CENTER
August 29, 2024, 5:41 pm

### Arrived at USPS Regional Origin Facility
DETROIT MI DISTRIBUTION CENTER
August 29, 2024, 1:50 am

### Arrived at USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER
August 28, 2024, 8:24 pm

### Departed USPS Facility
FLINT, MI 48502
August 28, 2024, 7:38 pm

### Departed USPS Facility
LINDEN, MI 48451
August 28, 2024, 4:59 pm

### Departed Post Office

RICO SERVICE: SHIPPED via USPS on 8/28/2024 at 4:09 PM

Case 3:24-cv-01282    Document 103-4    Filed 10/17/24    Page 2 of 4 PageID #: 5490    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

LINDEN, MI 48451
August 28, 2024, 4:03 pm

**USPS in possession of item**
LINDEN, MI 48451
August 28, 2024, 3:41 pm

Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates

USPS Tracking Plus®

Product Information

| | | |
|---|---|---|
| **Postal Product:** Priority Mail® | **Features:** Certified Mail™<br>Up to $100 insurance included. Restrictions Apply. ⓘ | **See tracking for related item:**<br>9590940286273244068169 (/go/TrackConfirmAction?tLabels=9590940286273244068169) |

See Less ∧

Track Another Package

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

RICO SERVICE: SHIPPED via USPS on 8/28/2024 at 4:09 PM
Case 3:24-cv-01282   Document 103-4   Filed 10/17/24   Page 3 of 4 PageID #: 5491
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

# USPS Tracking®

FAQs >

> **This is the tracking for the Return Receipt. This shows that the Return Receipt was purchased, but it was never mailed back from Tennessee.**

Remove ✕

**Tracking Number:**

## 9590940286273244068169

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

The U.S. Postal Service has received electronic notification on August 28, 2024 at 3:41 pm that you have associated a return receipt to your item.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Pre-Shipment**
**Return Receipt Associated**
August 28, 2024, 3:41 pm

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates   ⌄

USPS Tracking Plus®   ⌄

Product Information   ⌃

| Postal Product: | Features: | See tracking for related item: 70203160000230014988 (/go/ |
|---|---|---|
| USPS Ground Advantage™ | Return Receipt USPS Tracking® | TrackConfirmAction?tLabels=70203160000230014988) |