DEFENDANT: STATE OF TENNESSEE          JUSTICE SHARON G. LEE          RECEIVED SERVICE: 9/12/2024


UNITED STATES POSTAL SERVICE.

```
              LINDEN
           215 S MAIN ST
        LINDEN, MI 48451-9998
           (800)275-8777
09/10/2024                          02:07 PM
---------------------------------------------
Product              Qty    Unit       Price
                            Price
---------------------------------------------
Priority Mail®        1                $18.85
   Knoxville, TN 37919
   Weight: 9 lb 2.2 oz
   Expected Delivery Date
      Thu 09/12/2024
   Insurance                            $0.00
      Up to $100.00 included
   Restricted Del                      $12.75
      Recipient name
      SHARRON G LEE
   Tracking #:
      70202450000036716188
   Return Receipt                       $4.10
   Tracking #:
      9590 9402 8418 3156 9888 87
Total                                  $35.70

---------------------------------------------
Grand Total:                           $35.70
---------------------------------------------
Credit Card Remit                      $35.70
   Card Name: VISA
   Account #: XXXXXXXXXXXX8359
   Approval #: 310170
   Transaction #: 818
   AID: A0000000031010      Chip
   AL: VISA CREDIT
   PIN: Not Required
---------------------------------------------

UFN: 255460-0451
Receipt #: 840-54930036-1-5548566-2
Clerk: 6
```

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee  $ 11.10
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)       $
☐ Return Receipt (electronic)     $
☒ Certified Mail Restricted Delivery $
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery $
Postage  $18.35
Total Postage and Fees  $

7020 2450 0000 3671 6188

SHARON GAIL LEE
727 CHEROKEE BLVD
KNOXVILLE, TN 37919-6619

LINDEN, MI 48451
Postmark Here
SEP 10 2024
09/10/2024

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**SHARON GAIL LEE**
**727 CHEROKEE BLVD**
**KNOXVILLE, TN 37919-6619**

|||||||||||||||||||||||||||
9590 9402 8418 3156 9888 87

2. Article Number (Transfer from service label)
7020 2450 0000 3671 6188

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                               ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt



DEFENDANT: STATE OF TENNESSEE        JUSTICE SHARON G. LEE        RECEIVED SERVICE: 9/12/2024

ALERT: HURRICANE HELENE, FLOODING, AND SEVERE WEATHER IN THE SOUTHEASTER...

# USPS Tracking® 

FAQs >

**COMPLETED**

Remove ✕

**Tracking Number:**

## 70202450000036716188

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 2:41 pm on September 12, 2024 in KNOXVILLE, TN 37919.

### Get More Out of USPS Tracking:
USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
KNOXVILLE, TN 37919
September 12, 2024, 2:41 pm

### Out for Delivery
KNOXVILLE, TN 37919
September 12, 2024, 6:10 am

### Arrived at Post Office
KNOXVILLE, TN 37919
September 12, 2024, 5:28 am

### Departed USPS Regional Facility
KNOXVILLE TN DISTRIBUTION CENTER
September 11, 2024, 11:23 pm

### Arrived at USPS Regional Destination Facility
KNOXVILLE TN DISTRIBUTION CENTER

September 11, 2024, 7:34 pm

**In Transit to Next Facility**

September 11, 2024

**Arrived at USPS Regional Origin Facility**

DETROIT MI DISTRIBUTION CENTER

September 10, 2024, 7:31 pm

**Departed USPS Facility**

LINDEN, MI 48451

September 10, 2024, 3:04 pm

**USPS in possession of item**

LINDEN, MI 48451

September 10, 2024, 2:05 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

| Postal Product: | Features: | See tracking for related item: |
|---|---|---|
| Priority Mail® | Certified Mail Restricted Delivery<br>Up to $100 insurance included. Restrictions Apply ⓘ | 9590940284183156988887 (/go/TrackConfirmAction?tLabels=9590940284183156988887) |

See Less ∧

Track Another Package

[ Enter tracking or barcode numbers ]

# USPS Tracking®

FAQs >

**This is the tracking for the Return Receipt. This shows that the Return Receipt was purchased, but it was never mailed back from Tennessee.**

Remove ✕

**Tracking Number:**

## 9590940284183156988887

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

The U.S. Postal Service has received electronic notification on September 10, 2024 at 2:05 pm that you have associated a return receipt to your item.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Pre-Shipment**
**Return Receipt Associated**
September 10, 2024, 2:05 pm

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                                  ⌄

USPS Tracking Plus®                                                   ⌄

Product Information                                                   ⌃

| Postal Product: | Features: | See tracking for related item: **70202450000036716188** (/go/ |
| USPS Ground Advantage™ | **Return Receipt** USPS Tracking® | TrackConfirmAction?tLabels=70202450000036716188) |