AO 440 (Rev. 06/12) Summons in a Civil Action

FILED - LN
October 17, 2024 10:40 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY ___ / ___ SCANNED BY ___

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan

JEFFREY RYAN FENTON
*Plaintiff(s)*

v.

VIRGINIA LEE STORY et al.,
*Defendant(s)*

Civil Action No. 1:23-cv-1097

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Tennessee Court of Appeals Middle Division
401 7th Avenue North
Nashville, TN 37219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

AUG 1 9 2024

Date: ~~5/23/2024~~

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:23-cv-1097

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* TENNESSEE COURT OF APPEALS MIDDLE DIVISION (aka Tennessee Supreme Court)
was received by me on *(date)* 8/21/2024 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

☐ I returned the summons unexecuted because ______ ; or

☒ Other *(specify)*:

Pursuant to F.R.Civ.P. 4(j)(2)(B) and Mich. Ct. R. 2.105, defendant TENNESSEE COURT OF APPEALS MIDDLE DIVISION was served via certified U.S. mail, upon Clerk James Hivner using tracking #70202450000036716157 on September 7, 2024. Service was also provided to Governor Bill Lee with tracking #70202450000036715099 on August 29, 2024. Attorney General Jonathan Skrmetti was served with tracking #70202450000036715853 on September 6th, 2024. See attached USPS receipts.

I declare under penalty of perjury that this information is true.

Date: 10/13/2024 Marsha Ann Fenton
*Server's signature*

Marsha Ann Fenton
*Printed name and title*

17195 Silver Pkwy, #150, Fenton, MI 48430-3426
*Server's address*

Additional information regarding attempted service, etc:

Additional officials provided service on behalf of all STATE OF TENNESSEE offices and entities, include: Tennessee's Secretary of State Tre Hargett with tracking number 70202450000036716119 on September 9, 2024. Treasurer David H. Lillard, Jr using tracking number 70203160000230017279 on September 9, 2024. Senator Richard Briggs using tracking number 70203160000230014988 on August 29, 2024. And Justice Sharon G. Lee using tracking number 70202450000036716188 on September 12, 2024. Receipts were not returned for Lillard, Briggs, and S. Lee, though the USPS shows service was successfully delivered. Signed receipts were returned for Hivner, B. Lee, Skrmetti, and Hargett.

DEFENDANT: TENNESSEE COURT OF APPEALS MIDDLE DIVISION

RECEIVED SERVICE: 9/07/2024

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

09/05/2024 04:25 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $15.20 |
| Nashville, TN 37219 | | | |
| Weight: 4 lb 1.40 oz | | | |
| Expected Delivery Date | | | |
| Sat 09/07/2024 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $4.85 |
| Tracking #: 70202450000036716157 | | | |
| Return Receipt | | | $4.10 |
| Tracking #: 9590 9402 8418 3156 9889 17 | | | |
| Total | | | $24.15 |

Grand Total: $142.05

Credit Card Remit $142.05
Card Name: VISA
Account #: XXXXXXXXXXXX8359
Approval #: 515052
Transaction #: 785
AID: A0000000031010 Chip
AL: VISA CREDIT
PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-1-5542496-2
Clerk: 6

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com

OFFICIAL USE

7020 2450 0000 3671 6157

Certified Mail Fee $

Extra Services & Fees (check box, add fee as appropriate)
- [x] Return Receipt (hardcopy) $
- [ ] Return Receipt (electronic) $
- [ ] Certified Mail Restricted Delivery $
- [x] Adult Signature Required $
- [ ] Adult Signature Restricted Delivery $

Postage $15.20 $

Total Postage and Fees $

LINDEN, MI 48451
Postmark Here
SEP - 5 2024
09/05/2024

TENNESSEE COURT OF APPEALS NASHVILLE
JAMES MICHAEL HIVNER (CLERK)
401 7TH AVE N
NASHVILLE, TN 37219-1400

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

USPS TRACKING #
NASHVILLE TN 370
9 SEP 2024 PM 4 L

9590 9402 8418 3156 9889 17

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

17195 SILVER PKWY
PMB #150
FENTON, MI 48430-3426

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TENNESSEE COURT OF APPEALS NASHVILLE
JAMES MICHAEL HIVNER (CLERK)
401 7TH AVE N
NASHVILLE, TN 37219-1400

9590 9402 8418 3156 9889 17

2. 7020 2450 0000 3671 6157

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ZC19 ☐ Agent ☐ Addressee

B. Received by (Printed Name) C1901
C. Date of Delivery 9-7-24

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- [x] Adult Signature
- [ ] Adult Signature Restricted Delivery
- [x] Certified Mail®
- [ ] Certified Mail Restricted Delivery
- [ ] Collect on Delivery
- [ ] Collect on Delivery Restricted Delivery
- [ ] Insured Mail
- [ ] Insured Mail Restricted Delivery (over $500)
- [ ] Priority Mail Express®
- [ ] Registered Mail™
- [ ] Registered Mail Restricted Delivery
- [ ] Signature Confirmation™
- [ ] Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

RICO SERVICE: SHIPPED via USPS on 9/05/2024 at 4:25 PM

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)    

**ALERT: TROPICAL STORM FRANCINE, FLOODING, AND SEVERE WEATHER IN THE SOUTHERN U.S. M...**

# USPS Tracking®

FAQs >

COMPLETED

Remove X

**Tracking Number:**

**70202450000036716157**

Copy Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 10:49 am on September 7, 2024 in NASHVILLE, TN 37219.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

**Delivered**

**Delivered, Front Desk/Reception/Mail Room**

NASHVILLE, TN 37219
September 7, 2024, 10:49 am

Feedback

**Out for Delivery**

NASHVILLE, TN 37219
September 7, 2024, 7:51 am

**Arrived at Post Office**

NASHVILLE, TN 37202
September 7, 2024, 7:40 am

**Arrived at USPS Regional Destination Facility**

NASHVILLE TN DISTRIBUTION CENTER
September 6, 2024, 10:05 pm

**Arrived at USPS Regional Origin Facility**

DETROIT MI DISTRIBUTION CENTER
September 6, 2024, 12:52 am

**Arrived at USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
September 5, 2024, 10:32 pm

**In Transit to Next Facility**
September 5, 2024, 10:18 pm

**Departed USPS Facility**
FLINT, MI 48502
September 5, 2024, 9:44 pm

**Departed Post Office**
LINDEN, MI 48451
September 5, 2024, 5:04 pm

**Departed USPS Facility**
LINDEN, MI 48451
September 5, 2024, 4:57 pm

**USPS in possession of item**
LINDEN, MI 48451
September 5, 2024, 4:21 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**Postal Product:**
Priority Mail®

**Features:**
Certified Mail™
Up to $100 insurance included. Restrictions Apply ⓘ

**See tracking for related item:**
**9590940284183156988917 (/go/TrackConfirmAction?tLabels=9590940284183156988917)**

**See Less**

Track Another Package

Enter tracking or barcode numbers

DEFENDANT: TENNESSEE COURT OF APPEALS MIDDLE DIVISION

RECEIVED SERVICE: 9/07/2024

USPS.com® - USPS Tracking® Results

9/29/2024, 3:55 PM

# USPS Tracking®

FAQs ›

COMPLETED

Remove ✕

**Tracking Number:**

**9590940284183156988917**

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered in or at the mailbox at 1:59 pm on September 12, 2024 in FENTON, MI 48430.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

## Delivered

**Delivered, In/At Mailbox**

FENTON, MI 48430
September 12, 2024, 1:59 pm

**Arrived at USPS Regional Facility**

PONTIAC MI DISTRIBUTION CENTER
September 11, 2024, 10:35 am

**Arrived at USPS Regional Facility**

NASHVILLE TN DISTRIBUTION CENTER
September 9, 2024, 8:24 pm

**Return Receipt Associated**

September 5, 2024, 4:21 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

RICO SERVICE: SHIPPED via USPS on 9/05/2024 at 4:25 PM

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

TY®

FROM:

17195 SILVER PKWY
PMB #150
FENTON, MI 48430-3426

estinations.

SW
Screened By

rage.

TO:

USDC WESTERN DISTRICT OF MICHIGAN
113 FEDERAL BLDG
315 W ALLEGAN ST RM 113
LANSING, MI 48933-1514

Pick

P

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.
Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; July 2022; All rights reserved.





PRESS FIRMLY TO SEAL

PRESS FIRM

Retail

P

US POSTAGE PAID

$10.45

Origin: 48451
10/15/24
2554600451-6

PRIORITY MAIL®

1 Lb 11.00 Oz

RDC 03

EXPECTED DELIVERY DAY: 10/17/24

C002

SHIP
TO:

RM 113
315 W ALLEGAN ST
LANSING MI 48933-1514

USPS TRACKING® #

9505 5107 4346 4289 7352 54

- Expected delive
- Domestic shipm
- USPS Tracking®
- Limited internati
- When used inte

*Insurance does not c
Domestic Mail Manual
** See International Ma

FLAT RA

ONE RATE ■ A

TRACKE

PS00001

This package is made from post-consumer waste. Please recycle - again.

