# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

FILED - LN
October 21, 2024 4:17 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: pjw / SCANNED BY: /

JEFFREY RYAN FENTON

*Plaintiff(s)*

v.   Civil Action No. 1:23-cv-1097

VIRGINIA LEE STORY et al.,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Elaine Beaty Beeler
437 Battle Avenue
Franklin, TN 37064

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: AUG 1 9 2024
~~5/23/2024~~

*Paula J. Wood*
Signature of Clerk or Deputy Clerk

Civil Action No. 1:23-cv-1097

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     ELAINE BEATY BEELER

was received by me on *(date)*    August 21, 2024 .

☐ Other *(specify)*:

    Service of defendant ELAINE BEATY BEELER was initiated pursuant to F.R.Civ.P. 4(e)(1) and Mich. Ct. R. 2.105(A) by delivering to her the *lawsuit service package* as itemized in ECF 69 and 69-1 of this lawsuit, via certified U.S. mail with tracking number 70203160000230014704, return receipt requested, with *delivery restricted* to the addressee. This package was successfully delivered to defendant Beeler's residence on August 26, 2024, at 2:30 PM. See the attached receipt copies from the USPS.

    Despite executing service with *restricted delivery* exactly as outlined in Mich. Ct. R. 2.105(A), somehow *every* individual bar defendant in this lawsuit managed to defeat, or persuade their mail carrier(s) to help defeat, the successful *confirmation of service* as intended in this rule, by either interfering with return of the *"return receipt requested"*, returning it blank and unsigned devoid of any delivery information, or returning it signed by someone other than the named defendant to whom the lawsuit service was clearly *addressed*, despite delivery being restricted to that specific individual.

    In this instance, the return receipt was mailed back from Tennessee, but there was no signature confirmation or delivery information provided.

    Additionally *nineteen days later,* after being reported by the USPS as having been successfully delivered, with the return receipt already returned to Michigan through the mail, this parcel appears to have been injected back into the mail stream on September 14 in the Nashville Distribution Center, marked as "REFUSED", "RETURN TO SENDER". At which point it began its journey back to Michigan, returning on August 30, *thirty-seven days* after originally being sent.

    Brian Joseph Gallagher of Lennon Miller PLC made an appearance in this matter on behalf of defendant Beeler on <u>September 17, 2024</u>, with that then becoming the *deemed date of service* for defendant Beeler.

    "(3) An action shall not be dismissed for improper service of process unless the service failed to *inform* the defendant of the action within the time provided in these rules for service." Rule 2.105(K)(3) - Process; Manner of Service, Mich. Ct. R. 2.105(K)(3).

    In the spirit of Mich. Ct. R. 2.105(K)(3) above, the objective here was to err on the side of caution while completing service, since clearly the defendant must have been *informed* about this action prior to the date of *first appearance* of her counsel evidenced in the record.

I declare under penalty of perjury that this information is true.

Date: 10/20/2024             *Marsha Ann Fenton*
                                                       Server's signature

                                                     Marsha Ann Fenton
                                                      Printed name and title

                               17195 Silver Pkwy, #150, Fenton, MI 48430-3426
                                                              Server's address

# UNITED STATES POSTAL SERVICE

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024            11:25 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|

Priority Mail®    1                $14.25
    Franklin, TN 37064
    Weight: 3 lb 10.80 oz
    Expected Delivery Date
      Mon 08/26/2024
    Insurance                    $0.00
      Up to $100.00 included
    Restricted Del            $12.75
      Recipient name
      **ELAINE B BEELER**
      Tracking #:
      → 70203160000230014704
    Return Receipt           $4.10
      Tracking #:
      9590 9402 8627 3244 0684 97
Total                              $31.10

Grand Total:                 $147.60

Credit Card Remit        $147.60
    Card Name: VISA
    Account #: XXXXXXXXXXXX8359
    Approval #: 014252
    Transaction #: 185
    AID: A0000000031010      Chip
    AL: VISA CREDIT
    PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6753461-2
Clerk: 06



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Franklin, TN 37064    OFFICIAL USE

Certified Mail Fee    $4.10    0451 06
Extra Services & Fees (check box, add fee as appropriate)
[X] Return Receipt (hardcopy)    $0.00
[ ] Return Receipt (electronic)    $12.75    Postmark Here
[X] Certified Mail Restricted Delivery   $0.00
[ ] Adult Signature Required    $0.00
[ ] Adult Signature Restricted Delivery $
Postage    $14.25
Total Postage and Fees    $31.10

LINDEN, MI 48451    AUG 24 2024    08/24/2024

Sent To: **ELAINE B. BEELER**
Street: **437 BATTLE AVE**
City: **FRANKLIN, TN 37064-3709**

7020 3160 0002 3001 4704

---

USPS TRACKING #
NASHVILLE TN 370
26 AUG 2024 PM 2 L

9590 9402 8627 3244 0684 97

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box •

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**ELAINE B. BEELER**
**437 BATTLE AVE**
**FRANKLIN, TN 37064-3709**

9590 9402 8627 3244 0684 97

2. Article Number (Transfer from service label)

7020 3160 0002 3001 4704

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
     ☐ Agent
     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
    If YES, enter delivery address below: ☐ No

**This USPS Return Receipt**
**Was Mysteriously Missing**
**A Signature and Any**
**Information About Delivery**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
[X] Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



# USPS Tracking®

FAQs >



**Tracking Number:**

Remove ✕

**70203160000230014704**

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 2:30 pm on August 26, 2024 in FRANKLIN, TN 37064.

**Get More Out of USPS Tracking:**

  USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
FRANKLIN, TN 37064
August 26, 2024, 2:30 pm

### Out for Delivery
FRANKLIN, TN 37064
August 26, 2024, 6:10 am

### Arrived at Post Office
FRANKLIN, TN 37064
August 26, 2024, 5:51 am

### Arrived at USPS Regional Destination Facility
NASHVILLE TN DISTRIBUTION CENTER
August 26, 2024, 12:04 am

### In Transit to Next Facility
August 25, 2024

### Arrived at USPS Regional Origin Facility
DETROIT MI DISTRIBUTION CENTER
August 24, 2024, 10:46 pm

### Arrived at USPS Regional Facility

PONTIAC MI DISTRIBUTION CENTER
August 24, 2024, 6:21 pm

**Departed USPS Facility**
LINDEN, MI 48451
August 24, 2024, 12:02 pm

**Departed Post Office**
LINDEN, MI 48451
August 24, 2024, 12:01 pm

**USPS in possession of item**
LINDEN, MI 48451
August 24, 2024, 11:23 am

Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌃

| | | |
|---|---|---|
| **Postal Product:** Priority Mail® | **Features:** Certified Mail Restricted Delivery  Up to $100 insurance included. Restrictions Apply ⓘ | See tracking for related item: **9590940286273244068497** (/go/TrackConfirmAction?tLabels=9590940286273244068497) |

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

# Need More Help?

Contact USPS Tracking support for further assistance.

# USPS Tracking®

FAQs >



**Tracking Number:**

Remove ✕

## 9590940286273244068497

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered in or at the mailbox at 1:17 pm on August 31, 2024 in FENTON, MI 48430.

**Get More Out of USPS Tracking:**

  USPS Tracking Plus®

### Delivered
Delivered, In/At Mailbox
FENTON, MI 48430
August 31, 2024, 1:17 pm

**Arrived at USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
August 30, 2024, 7:26 am

**Arrived at USPS Regional Facility**
CHARLESTON WV PROCESSING CENTER
August 28, 2024, 9:37 am

**Departed USPS Regional Facility**
NASHVILLE TN DISTRIBUTION CENTER
August 27, 2024, 7:38 am

**Arrived at USPS Regional Facility**
NASHVILLE TN DISTRIBUTION CENTER
August 26, 2024, 10:41 pm

**Processing at USPS Facility**
FRANKLIN, TN 37064
August 26, 2024, 5:38 pm

**Return Receipt Associated**
August 24, 2024, 11:23 am



# UNITED STATES POSTAL SERVICE.

```
            LINDEN
        215 S MAIN ST
      LINDEN, MI 48451-9998
        (800)275-8777
08/24/2024                    11:25 AM

Product              Qty   Unit    Price
                           Price

Priority Mail®        1            $14.25
   Franklin, TN 37064
   Weight: 3 lb 10.80 oz
   Expected Delivery Date
     Mon 08/26/2024
   Insurance                        $0.00
      Up to $100.00 included
   Restricted Del                  $12.75
      Recipient name
         ELAINE B BEELER
      Tracking #:
         70203160000230014704
   Return Receipt                   $4.10
      Tracking #:
         9590 9402 8627 3244 0684 97
Total                              $31.10

Grand Total:                      $147.60

Credit Card Remit                 $147.60
   Card Name: VISA
   Account #: XXXXXXXXXXXX8359
   Approval #: 014252
   Transaction #: 185
   AID: A0000000031010          Chip
   AL: VISA CREDIT
   PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6753461-2
Clerk: 06
```



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Franklin, TN 37064           OFFICIAL USE

Certified Mail Fee                     $4.10      0451
                                                   06
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)      $0.00     LINDEN, MI 48451
☐ Return Receipt (electronic)   $12.75     Postmark
☒ Certified Mail Restricted Delivery $0.00    Here
☐ Adult Signature Required      $0.00
☐ Adult Signature Restricted Delivery $
Postage                        $14.25       AUG 24 2024
                                            08/24/2024
Total Postage and Fees
$31.10

Sent To  ELAINE B. BEELER
Street   437 BATTLE AVE
City     FRANKLIN, TN 37064-3709

---

USPS TRACKING #
NASHVILLE TN 370
26 AUG 2024 PM 2 L

9590 9402 8627 3244 0684 97

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box •

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   **ELAINE B. BEELER**
   **437 BATTLE AVE**
   **FRANKLIN, TN 37064-3709**

   9590 9402 8627 3244 0684 97

2. Article Number (Transfer from service label)

   7020 3160 0002 3001 4704

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                              ☐ Agent
                               ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

**This USPS Return Receipt Was Mysteriously Missing A Signature and Any Information About Delivery**

3. Service Type
☐ Adult Signature                 ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                 ☐ Registered Mail Restricted Delivery
☒ Certified Mail Restricted Delivery ☐ Signature Confirmation™
☐ Collect on Delivery             ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

Domestic Return Receipt

Case 3:24-cv-01282   Document 114   Filed 10/21/24   Page 7 of 10 PageID #: 5629
RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:25 AM
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



**Arrived at USPS Regional Facility**
INDIANAPOLIS IN DISTRIBUTION CENTER
September 14, 2024, 5:01 pm

> According to research performed by the Linden Michigan Postmaster, this lawsuit service package appears to have been originally accepted by the defendant (successfully delivered, though the recipient refused to sign the signature confirmation, as did most of the defendants.) Then **nineteen** days later, the recipient/defendant returned this package to the USPS and **refused it**, having it shipped back to Michigan, where it arrived **thirty-seven** days after being shipped.

**Arrived at USPS Facility**
INDIANAPOLIS, IN 46219
September 14, 2024, 12:09 pm

**In Transit to Next Facility**
September 14, 2024, 8:01 am

**Departed USPS Regional Facility**
NASHVILLE TN DISTRIBUTION CENTER
September 14, 2024, 5:27 am

LATER DAYS 19    PREVIOUSLY

**Latest Update**

Your item was delivered to an individual at the address at 2:30 pm on August 26, 2024 in FRANKLIN, TN 37064.

**Out for Delivery**
FRANKLIN, TN 37064
August 26, 2024, 6:10 am

**Delivered**
Delivered, Left with Individual
FRANKLIN, TN 37064
August 26, 2024, 2:30 pm

**Arrived at USPS Regional Destination Facility**
NASHVILLE TN DISTRIBUTION CENTER
August 26, 2024, 12:04 am

**Arrived at USPS Regional Origin Facility**
DETROIT MI DISTRIBUTION CENTER
August 24, 2024, 10:46 pm

**Arrived at USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
August 24, 2024, 6:21 pm

**Departed USPS Facility**
LINDEN, MI 48451
August 24, 2024, 12:02 pm

**Departed Post Office**
LINDEN, MI 48451
August 24, 2024, 12:01 pm

**USPS in possession of item**
LINDEN, MI 48451
August 24, 2024, 11:23 am

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=70203160000230014704%2C     3/4

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:25 AM    Case 3:24-cv-01282    Document 114    Filed 10/21/24    Page 9 of 10 PageID #: 5631    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

- Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

## Text & Email Updates

## Product Information

| | | |
|---|---|---|
| **Postal Product:** Priority Mail® | **Features:** Certified Mail Restricted Delivery  Up to $100 insurance included. Restrictions Apply ⓘ | See tracking for related item: 9590940286273244068497 (/go/TrackConfirmAction?tLabels=9590940286273244068497) |

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

[ **FAQs** ]

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=70203160000230014704%2C                                                                  4/4

Case 3:24-cv-01282   Document 114   Filed 10/21/24   Page 10 of 10 PageID #: 5632

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:25 AM                   Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)