# UNITED STATES DISTRICT COURT

for the

Western District of Michigan  ☐▾

<table>
<tr><td>

JEFFREY RYAN FENTON

_____
*Plaintiff(s)*

v.



VIRGINIA LEE STORY et al.,

_____
*Defendant(s)*

</td><td>

)  ᵔ
)
)
)
)
)
)
)
)
)
)
)
)

</td><td>

**FILED - LN**
October 21, 2024 4:17 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: __pjw /___    SCANNED BY ___ 10/21/24

Civil Action No. **1:23-cv-1097**

</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  John Brandon Coke
4324 Barnes Cove Drive
Nashville, TN 37211

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:  Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

AUG 1 9 2024

Date: _____~5/23/2024~_____          _____*Paula J. Wood*_____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:23-cv-1097

# PROOF OF SERVICE
## *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*           JOHN BRANDON COKE

was received by me on *(date)*          August 21, 2024          .

☒ Other *(specify):*

Service of defendant JOHN BRANDON COKE was initiated pursuant to F.R.Civ.P. 4(e)(1) and Mich. Ct. R. 2.105(A) by delivering to him the lawsuit service package as itemized in ECF 69 and 69-1 of this lawsuit, via certified U.S. mail with tracking number 70202450000036715181, return receipt requested, with delivery restricted to the addressee.

On August 26 the USPS reported, "No Access to Delivery Location". The following day on August 27th, the USPS reported, "Notice Left (No Authorized Recipient Available)", after which no one claimed the package. On September 1, 2024, the USPS reported sending defendant Coke a reminder about the package, urging him to contact them to reschedule delivery, though ultimately defendant Coke failed or refused to do so. That package was returned to us in Michigan on October 5th, 2024.

On September 4, 2024, a second lawsuit service package as itemized in ECF 69 and 69-1 of this lawsuit, was sent to defendant JOHN BRANDON COKE, this time at his place of employment, via certified U.S. mail with tracking number 70202450000036715846, return receipt requested.

Since defendant Coke is employed by a government entity, *restricted delivery* was not used this time, because it is unknown whether or not the mail carrier would have direct access to him. This package was delivered on September 7th, 2024, at 12:35 PM and signed for using some sort of employee identification number or other codified descriptor by which to maintain internal controls while concealing the personal identity of the individual who received the mail.

Brian Joseph Gallagher of Lennon Miller PLC made an appearance in this matter on behalf of defendant Coke on September 17. Since I am unable to determine the precise date and time defendant Coke received service from whomever received the mail at his office, defendant Coke is deemed served as of the *date of first appearance* in this matter, that being on September 17, 2024, though he likely received service weeks earlier.

"(3) An action shall not be dismissed for improper service of process unless the service failed to *inform* the defendant of the action within the time provided in these rules for service." Rule 2.105(K)(3) - Process; Manner of Service, Mich. Ct. R. 2.105(K)(3).

In the spirit of Mich. Ct. R. 2.105(K)(3) above, the objective here was to err on the side of caution while completing service, since clearly the defendant must have been *informed* about this action prior to the date of *first appearance* of his counsel evidenced in the record.

I declare under penalty of perjury that this information is true.

Date: 10/19/2024                          *Marsha Ann Fenton*
                                          Server's signature

                                          Marsha Ann Fenton
                                          Printed name and title

                                          17195 Silver Pkwy, #150, Fenton, MI 48430-3426
                                          Server's address



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

09/04/2024                    10:06 AM

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|

Priority Mail®          1                    $14.25
   Nashville, TN 37219
   Weight: 3 lb 12.00 oz
   Expected Delivery Date
      Fri 09/06/2024
   Insurance                              $0.00
      Up to $100.00 included
   Certified Mail®                        $4.85
      Tracking #:
   ✓ ➔ 70202450000036715846
   Return Receipt                         $4.10
      Tracking #:
      9590 9402 8627 3244 0677 66
Total                                     $23.20

Grand Total:                              $72.30

Credit Card Remit                         $72.30
   Card Name: VISA
   Account #: XXXXXXXXXXXX8359
   Approval #: 904060
   Transaction #: 237
   AID: A0000000031010          Chip
   AL: VISA CREDIT
   PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6764485-2
Clerk: 06



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Nashville, TN 37219

| Certified Mail Fee | $4.85 | | 0451 |
| $ | $4.10 | | 06 |

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)      $ $10.00
☐ Return Receipt (electronic)    $ $10.00
☐ Certified Mail Restricted Delivery $ $0.00       Postmark
☒ Adult Signature Required       $ $0.00          Here
☐ Adult Signature Restricted Delivery $
Postage          $14.25                    SEP 04 2024
Total Postage and Fees
$23.20                                     09/04/2024
                                           LINDEN, MI 48451

ADMINISTRATIVE OFFICE OF THE COURTS
GENERAL COUNSEL JOHN COKE
511 UNION STREET, SUITE 600
NASHVILLE, TN        37219-1768

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions



USPS TRACKING #

NASHVILLE TN 370

9590 9402 8627 3244 0677 66

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI        48430-3426**

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**ADMINISTRATIVE OFFICE OF THE COURTS**
**GENERAL COUNSEL JOHN COKE**
**511 UNION STREET, SUITE 600**
**NASHVILLE, TN        37219-1768**

9590 9402 8627 3244 0677 66

7020 2450 0000 3671 5846

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X   C C19                          ☐ Agent
                                   ☐ Addressee
B. Received by (Printed Name)      C. Date of Delivery
   C W 901                         9-7-24
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☒ Adult Signature                  ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☒ Certified Mail®                  ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery ☐ Signature Confirmation™
☐ Collect on Delivery              ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

RICO SERVICE: SHIPPED via USPS on 9/04/2024 at 10:06 AM          Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: JOHN BRANDON COKE                    SECOND ATTEMPT— LAWSUIT DELIVERED: 9/07/2024 (DEEMED SERVED: 9/17/2024)

ALERT: TROPICAL STORM FRANCINE, FLOODING, AND SEVERE WEATHER IN THE SOUTHERN U.S. M...

# USPS Tracking®

FAQs >



Remove ✕

**Tracking Number:**

# 70202450000036715846

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:35 pm on September 7, 2024 in NASHVILLE, TN 37219.

_____

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
**Delivered, Front Desk/Reception/Mail Room**

NASHVILLE, TN 37219
September 7, 2024, 12:35 pm

**Out for Delivery**

NASHVILLE, TN 37219
September 7, 2024, 7:51 am

**Arrived at Post Office**

NASHVILLE, TN 37202
September 7, 2024, 7:40 am

**Arrived at USPS Regional Destination Facility**

NASHVILLE TN DISTRIBUTION CENTER
September 6, 2024, 10:04 pm

**In Transit to Next Facility**

September 6, 2024

**Arrived at USPS Regional Origin Facility**

DETROIT MI DISTRIBUTION CENTER
September 5, 2024, 12:21 pm

Feedback

RICO SERVICE: SHIPPED via USPS on 9/04/2024 at 10:06 AM                    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

**Departed Post Office**

LINDEN, MI 48451
September 4, 2024, 4:02 pm

**USPS in possession of item**

LINDEN, MI 48451
September 4, 2024, 10:05 am

Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**                                            ⌄

**USPS Tracking Plus®**                                            ⌄

**Product Information**                                            ⌃

| | | |
|---|---|---|
| **Postal Product:** Priority Mail® | **Features:** Certified Mail™ Up to $100 insurance included. Restrictions Apply ⓘ | See tracking for related item: 9590940286273244067766 (/go/ TrackConfirmAction? tLabels=9590940286273244067766) |

Feedback

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

RICO SERVICE: SHIPPED via USPS on 9/04/2024 at 10:06 AM                Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

# USPS Tracking®

FAQs >



Remove ✕

**Tracking Number:**

# 9590940286273244067766

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered in or at the mailbox at 1:59 pm on September 12, 2024 in FENTON, MI 48430.

_____

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

## Delivered
**Delivered, In/At Mailbox**

FENTON, MI 48430
September 12, 2024, 1:59 pm

**Arrived at USPS Regional Facility**

PONTIAC MI DISTRIBUTION CENTER
September 11, 2024, 10:35 am

**Arrived at USPS Regional Facility**

NASHVILLE TN DISTRIBUTION CENTER
September 9, 2024, 8:28 pm

**Return Receipt Associated**

September 4, 2024, 10:05 am

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)



```
         UNITED STATES
         POSTAL SERVICE.

              FENTON
           210 S LEROY ST
        FENTON, MI 48430-9998
            (800)275-8777
08/24/2024                    02:06 PM
- - - - - - - - - - - - - - - - - - - -
Product        Qty   Unit     Price
                     Price
- - - - - - - - - - - - - - - - - - - -
Priority Mail®   1             $14.25
   Nashville, TN 37211
   Weight: 3 lb 10.60 oz
   Expected Delivery Date
       Mon 08/26/2024
   Insurance                    $0.00
       Up to $100.00 included
   Restricted Del              $12.75
      Recipient name
      JOHN COKE
      Tracking #:
      ➤ 70202450000036715181
   Return Receipt               $4.10
      Tracking #:
      9590 9402 8627 3244 0682 51
Total                         $31.10
- - - - - - - - - - - - - - - - - - - -
Grand Total:                 $200.20
- - - - - - - - - - - - - - - - - - - -
Credit Card Remit            $200.20
   Card Name: VISA
   Account #: XXXXXXXXXXXX8359
   Approval #: 314260
   Transaction #: 188
   AID: A0000000031010     Chip
   AL: VISA CREDIT
   PIN: Not Required
- - - - - - - - - - - - - - - - - - - -

UFN: 253200-0431
Receipt #: 840-54930020-3-6269723-1
Clerk: 05
```

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.10 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☒ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $12.75 |
| ☒ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | |
| Postage | $14.25 |
| Total Postage and Fees | $ |

Postmark Here

T0202 0450 0000 3671 5181

**JOHN BRANDON COKE**
**4324 BARNES COVE DR**
**NASHVILLE TN    37211-7150**

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions



REFUSED



Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 2:06 PM

**ALERT: HURRICANES HELENE AND MILTON, FLOODING, AND SEVERE WEATHER IN THE SOU...**

# USPS Tracking®

FAQs >

# UNCLAIMED—RETURNED

Remove ✕

**Tracking Number:**

## 70202450000036715181

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 1:20 pm on October 5, 2024 in FENTON, MI 48430.

_____

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

● **Delivered**
**Delivered, Left with Individual**
FENTON, MI 48430
October 5, 2024, 1:20 pm

● **Arrived at USPS Facility**
FENTON, MI 48430
October 5, 2024, 6:28 am

● **Departed USPS Facility**
FLINT, MI 48502
October 5, 2024, 5:31 am

● **Arrived at USPS Facility**
FLINT, MI 48502
October 5, 2024, 3:37 am

● **Departed USPS Regional Facility**
DETROIT MI DISTRIBUTION CENTER
October 5, 2024, 2:08 am

Feedback

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=70202450000036715181%2C

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 2:06 PM          Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

**Arrived at USPS Regional Facility**

DETROIT MI DISTRIBUTION CENTER
October 4, 2024, 4:58 pm

**Departed USPS Facility**

INDIANAPOLIS, IN 46219
October 3, 2024, 3:53 pm

**Arrived at USPS Facility**

INDIANAPOLIS, IN 46219
October 3, 2024, 12:48 pm

**Departed USPS Regional Facility**

NASHVILLE TN DISTRIBUTION CENTER
October 3, 2024, 6:29 am

**Reminder to Schedule Redelivery of your item**

September 1, 2024

**Notice Left (No Authorized Recipient Available)**

NASHVILLE, TN 37211
August 27, 2024, 3:57 pm

**No Access to Delivery Location**

NASHVILLE, TN 37211
August 26, 2024, 5:03 pm

**Out for Delivery**

NASHVILLE, TN 37211
August 26, 2024, 8:30 am

**Arrived at Post Office**

NASHVILLE, TN 37211
August 26, 2024, 8:19 am

**Arrived at USPS Regional Destination Facility**

NASHVILLE TN DISTRIBUTION CENTER
August 26, 2024, 12:03 am

**In Transit to Next Facility**

August 25, 2024

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 2:06 PM                    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

● **Arrived at USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
August 24, 2024, 6:16 pm

● **Departed USPS Facility**
FLINT, MI 48502
August 24, 2024, 5:16 pm

● **Departed USPS Facility**
FENTON, MI 48430
August 24, 2024, 3:20 pm

● **Departed Post Office**
FENTON, MI 48430
August 24, 2024, 3:14 pm

● **USPS in possession of item**
FENTON, MI 48430
August 24, 2024, 1:49 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

---

**Text & Email Updates**                                                        ⌄

---

**USPS Tracking Plus®**                                                          ⌄

---

**Product Information**                                                          ⌃

| | | |
|---|---|---|
| **Postal Product:** | **Features:** | See tracking for related item: |
| Priority Mail® | Certified Mail Restricted Delivery | 9590940286273244068251 |
| | Up to $100 insurance included. Restrictions Apply ⓘ | (/go/TrackConfirmAction? tLabels=9590940286273244068251) |

**See Less** ⌃

https://tools.usps.com/go/TrackConfirmAction?Ref=fullpage&tLc=2&text28777=&tLabels=70202450000367151819%2C

Case 3:24-cv-01282    Document 117    Filed 10/21/24    Page 11 of 11 PageID #: 5657

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 2:06 PM                    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)