# UNITED STATES DISTRICT COURT
## for the
### Western District of Michigan

**FILED - LN**
October 21, 2024 4:17 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: __pjw /_____ SCANNED BY: _____

JEFFREY RYAN FENTON )
)
)
)
)
_____ )
Plaintiff(s) )
v. )  Civil Action No.  1:23-cv-1097
)
VIRGINIA LEE STORY et al., )
)
)
_____ )
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

STORY AND ABERNATHY, PLLP
136 4TH AVE S,
FRANKLIN, TN 37064-2622

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

AUG 2 1 2024

Date: ___05/23/2024___

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-1097

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*      STORY AND ABERNATHY, PLLP

was received by me on *(date)*      August 21, 2024      .

☒ **Other** *(specify):*

    Service of defendant STORY AND ABERNATHY, PLLP was initiated pursuant to F.R.Civ.P. 4(e)(1) and Mich. Ct. R. 2.105(C) by delivering the *lawsuit service package* as itemized in ECF 69 and 69-1 of this lawsuit, via certified U.S. mail with tracking number 70203160000230011758, return receipt requested, to the *registered agent* address as listed by the Tennessee Secretary of State, Division of Business Services, for SOS Control #000706581. This package was successfully delivered to defendant STORY AND ABERNATHY, PLLP on August 26, 2024, at 11:09 AM, as evidenced by the return receipt signed by "Kim Rydell". See the attached receipt copies from the USPS.

    Mich. Ct. R. 2.105(C) requires: "Process may be served on a partnership or limited partnership by: (1) serving a summons and a copy of the complaint on any general partner, or (2) serving a summons and a copy of the complaint on the person in charge of a partnership office or business establishment and sending a summons and a copy of the complaint by registered mail, addressed to a general partner at his or her usual residence or last known address."

    Due to the high number of defendants in this case, production of the *lawsuit service packages* was both costly and very time and resource intensive to produce. As such there were only enough lawsuit service packages prepared to provide *one* per defendant to start. As service progressed, additional lawsuit service packages continued to be produced and sent out to defendants requiring additional service attempts.

    Per Mich. Ct. R. 2.105(K)(3), "(3) An action shall not be dismissed for improper service of process unless the service failed to *inform* the defendant of the action within the time provided in these rules for service." Rule 2.105(K)(3) - Process; Manner of Service.

    In the spirit of Mich. Ct. R. 2.105(K)(3) above, service was *deemed satisfied* either upon full completion of service as outlined in Mich. Ct. R. 2.105, per the entity type, or upon first appearance in this matter by counsel, since they obviously were *informed* about this action prior to the *date of first appearance* by their counsel as evidenced in the record.

    Especially in situations where the registered agent address and the principal address for the business are the same, or where the registered agent and the known business owner are the same person, it is cost prohibitive, inefficient, and largely illogical, to redundantly serve the same individual.

    Valerie Henning Mock of Wilson Elser Moskowitz Edelman & Dicker LLP made an *appearance* in this matter on behalf of defendant STORY AND ABERNATHY, PLLP on September 16. Since service was only sent to STORY AND ABERNATHY, PLLP at their business address, not at the personal residence of any of the partners, service is deemed completed as of the date of first appearance in this matter, that being on September 16, 2024, though first notice of the action was delivered weeks earlier.

I declare under penalty of perjury that this information is true.

Date: 10/20/2024

                *Marsha Ann Fenton*
                      *Server's signature*

                   Marsha Ann Fenton
                   *Printed name and title*

       17195 Silver Pkwy, #150, Fenton, MI 48430-3426
                   *Server's address*

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:25 AM        Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



**Tre Hargett**
Secretary of State

# Division of Business Services
## Department of State
### State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

## Filing Information

Name:      Story and Abernathy, PLLP

### General Information

| | | | |
|---|---|---|---|
| SOS Control # | 000706581 | Formation Locale: | TENNESSEE |
| Filing Type: | Limited Liability Partnership - Domestic | Date Formed: | 01/18/2013 |
| | 01/18/2013 10:08 AM | Fiscal Year Close | 12 |
| Status: | Active | Partner Count: | 2 |
| Duration Term: | Perpetual | | |

Registered Agent Address
VIRGINIA L STORY
136 4TH AVE S
FRANKLIN, TN 37064-2622

Principal Address
136 4TH AVE S
FRANKLIN, TN 37064-2622

The following document(s) was/were filed in this office on the date(s) indicated below:

| Date Filed | Filing Description | Image # |
|---|---|---|
| 05/02/2024 | 2023 Annual Report | B1557-5824 |
| Member Count Changed From: 3 To: 2 | | |
| 02/26/2024 | Articles of Amendment | B1511-4908 |
| Filing Name Changed From: Story, Abernathy and Campbell, PLLP To: Story and Abernathy, PLLP | | |
| 08/14/2023 | Application for Reinstatement | B1441-5102 |
| Filing Status Changed From: Inactive - Dissolved (Administrative) To: ACTIVE | | |
| Inactive Date Changed From: 08/08/2023 To: No Value | | |
| 08/14/2023 | 2022 Annual Report | B1441-5083 |
| 08/08/2023 | Dissolution/Revocation - Administrative | B1433-5264 |
| Filing Status Changed From: Active To: Inactive - Dissolved (Administrative) | | |
| Inactive Date Changed From: No Value To: 08/08/2023 | | |
| 06/02/2023 | Notice of Determination | B1402-4346 |
| 03/30/2022 | 2021 Annual Report | B1191-1280 |
| 03/30/2021 | 2020 Annual Report | B1008-8539 |
| 03/31/2020 | 2019 Annual Report | B0850-3978 |
| Member Count Changed From: 1 To: 3 | | |
| 02/15/2019 | 2018 Annual Report | B0654-2169 |
| Member Count Changed From: 3 To: 1 | | |

8/20/2024 7:02:19 PM                                                              Page 1 of 2

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:25 AM                    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

# Filing Information

## Name:    Story and Abernathy, PLLP

| | | |
|---|---|---|
| 03/22/2018  2017 Annual Report | | B0520-3602 |
| Member Count Changed  From: 2  To: 3 | | |
| 03/21/2017  2016 Annual Report | | B0366-0413 |
| Member Count Changed  From: 3  To: 2 | | |
| 01/21/2016  2015 Annual Report | | B0187-3796 |
| 12/29/2014  2014 Annual Report | | B0001-7718 |
| Member Count Changed  From: 2  To: 3 | | |
| 07/09/2014  Articles of Amendment | | 7360-2003 |
| Filing Name Changed  From: Story and Abernathy, PLLP  To: Story, Abernathy and Campbell, PLLP | | |
| 12/28/2013  2013 Annual Report | | A0206-1187 |
| 01/18/2013  Initial Filing | | 7134-1551 |

| Active Assumed Names (if any) | Date | Expires |
|---|---|---|

Case 3:24-cv-01282    Document 120    Filed 10/21/24    Page 4 of 8 PageID #: 5681
RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:25 AM          Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

```
          UNITED STATES
          POSTAL SERVICE.

              LINDEN
           215 S MAIN ST
        LINDEN, MI 48451-9998
          (800)275-8777
08/24/2024                    11:25 AM
------------------------------------------
Product        Qty    Unit      Price
                      Price
------------------------------------------
Priority Mail®   1              $14.25
   Franklin, TN 37064
   Weight: 3 lb 10.80 oz
   Expected Delivery Date
      Mon 08/26/2024
   Insurance                    $0.00
      Up to $100.00 included
   Certified Mail®              $4.85
      Tracking #:
      7020316000023001758
   Return Receipt               $4.10
      Tracking #:
      9590 9402 8627 3244 0682 44
Total                          $23.20
------------------------------------------
Grand Total:                  $147.60
------------------------------------------
Credit Card Remit             $147.60
   Card Name: VISA
   Account #: XXXXXXXXXXXX8359
   Approval #: 014252
   Transaction #: 185
   AID: A0000000031010       Chip
   AL: VISA CREDIT
   PIN: Not Required
------------------------------------------

UFN: 255460-0451
Receipt #: 840-54930036-3-6753461-2
Clerk: 06
```



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Franklin, TN 37064

OFFICIAL USE

Certified Mail Fee $4.35
$ $4.10
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $    $0.00
☐ Certified Mail Restricted Delivery $  $0.00
☐ Adult Signature Required         $   $0.00
☐ Adult Signature Restricted Delivery $
Postage $14.25
Total Postage and Fees
$ $23.20

Postmark Here
LINDEN, MI 48451
08/24/2024

Sent To   STORY AND ABERNATHY, PLLP
Street    136 4TH AVE S
City, S   FRANKLIN, TN 37064-2622

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

USPS TRACKING #
NASHVILLE TN 370
26 AUG 2024 PM 2

9590 9402 8627 3244 0682 44

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY
PMB #150
FENTON, MI    48430-3426**

48430-342695



SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**STORY AND ABERNATHY, PLLP
136 4TH AVE S
FRANKLIN, TN    37064-2622**

9590 9402 8627 3244 0682 44

2. Article Number (Transfer from service label)
7020 3160 0002 3001 1758

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature]                              ☐ Agent
                                           ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
                                       8/4/24
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt

**ALERT: TROPICAL STORM FRANCINE, FLOODING, AND SEVERE WEATHER IN THE SOUTHERN U.S. M...**

# USPS Tracking®



FAQs >

**COMPLETED**

Remove ✕

Tracking Number:

## 70203160000230011758

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:09 am on August 26, 2024 in FRANKLIN, TN 37064.

_____

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**

FRANKLIN, TN 37064
August 26, 2024, 11:09 am

**Out for Delivery**

FRANKLIN, TN 37064
August 26, 2024, 6:10 am

**Arrived at Post Office**

FRANKLIN, TN 37064
August 26, 2024, 5:51 am

**Arrived at USPS Regional Destination Facility**

NASHVILLE TN DISTRIBUTION CENTER
August 26, 2024, 12:03 am

**In Transit to Next Facility**

August 25, 2024

**Arrived at USPS Regional Origin Facility**

DETROIT MI DISTRIBUTION CENTER
August 24, 2024, 10:44 pm

Feedback

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:25 AM      Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

**Arrived at USPS Regional Facility**

PONTIAC MI DISTRIBUTION CENTER
August 24, 2024, 6:21 pm

**Departed USPS Facility**

LINDEN, MI 48451
August 24, 2024, 12:02 pm

**Departed Post Office**

LINDEN, MI 48451
August 24, 2024, 12:01 pm

**USPS in possession of item**

LINDEN, MI 48451
August 24, 2024, 11:15 am

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌃ |
|---|---|

Feedback

**Postal Product:**
Priority Mail®

**Features:**
Certified Mail™
Up to $100 insurance included. Restrictions Apply ⓘ

**See tracking for related item:**
9590940286273244068244 (/go/
TrackConfirmAction?
tLabels=9590940286273244068244)

**See Less** ⌃

Track Another Package

| Enter tracking or barcode numbers |
|---|

# Need More Help?

Contact USPS Tracking support for further assistance.

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:25 AM    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

# USPS Tracking®

FAQs >



**Remove ✕**

Tracking Number:

## 95909400286273244068244

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered in or at the mailbox at 3:09 pm on August 29, 2024 in FENTON, MI 48430.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

● **Delivered**
**Delivered, In/At Mailbox**
FENTON, MI 48430
August 29, 2024, 3:09 pm

● **Arrived at USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
August 28, 2024, 8:45 am

● **Departed USPS Regional Facility**
NASHVILLE TN DISTRIBUTION CENTER
August 27, 2024, 7:38 am

● **Arrived at USPS Regional Facility**
NASHVILLE TN DISTRIBUTION CENTER
August 26, 2024, 11:10 pm

● **Processing at USPS Facility**
FRANKLIN, TN 37064
August 26, 2024, 3:13 pm

● **Return Receipt Associated**
August 24, 2024, 11:15 am

Feedback

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:25 AM        Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)