# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| JEFFREY RYAN FENTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:23-cv-01097-PLM-RSK |
| VIRGINIA LEE STORY, et al, | ) ) ) |
| Defendants. | ) |

## STIPULATION TO EXTEND TIME FOR DEFENDANT BANK OF AMERICA, N.A. TO RESPOND TO AMENDED COMPLAINT

Plaintiff Jeffrey Ryan Fenton ("Plaintiff") and Defendant Bank of America, N.A. ("BofA") (collectively, "Parties") agree as follows:

1. BofA was served via United States Mail on or about October 2.

2. BofA's responsive pleading is currently due October 22, 2024.

3. BofA is granted an extension of twenty-one (21) days, up to and including November 13, 2024, to respond to Plaintiff's Amended Complaint.

**IT IS THEREFORE ORDERED**, **ADJUDGED, AND DECREED** as follows: BoA is granted an extension of twenty-one (21) days, up to and including November 13, 2024 to respond to Plaintiff's Amended Complaint.

**IT IS SO ORDERED.**

1

**DATED:** _____
                              **JUDGE PAUL L. MALONEY**

**SUBMITTED AND APPROVED BY:**

| | |
|---|---|
| JEFFREY RYAN FENTON | DYKEMA GOSSETT PLLC |
| By: /s/ Jeffrey Ryan Fenton (with Permission) | By: /s/ Laura C. Baucus |
|    Jeffrey Ryan Fenton, pro se |    Laura C. Baucus (P56932) |
|    17195 Silver Parkway #150 |    Attorney for Defendant Bank of America, N.A. |
|    Fenton, MI 84830 |    39577 Woodward Avenue, Suite 300 |
|    Telephone: (615) 837-1300 |    Bloomfield Hills, MI 48304 |
|    E-Mail: contact@jeffenton.com |    (248) 203-0796 |
|    *Plaintiff* |    lbaucus@dykema.com |