UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JEFFREY RYAN FENTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:23-cv-01097-PLM-RSK |
| | ) |
| VIRGINIA LEE STORY, et al, | ) |
| | ) |
| Defendants. | ) |

**CORRECTED**
**STIPULATION TO EXTEND TIME FOR DEFENDANT BANK OF AMERICA, N.A.**
**TO RESPOND TO AMENDED COMPLAINT**

Plaintiff Jeffrey Ryan Fenton ("Plaintiff") and Defendant Bank of America, N.A. ("BofA")[1] (collectively, "Parties") agree as follows:

1. BofA received the Summons and Complaint in this case via United States Mail on or about October 2, 2024.

2. The Amended Complaint includes approximately 2000 pages. As such, BofA respectfully requests time to investigate Plaintiff's allegations. Rule 6(b)(1) provides that a court may, for good cause shown, extend the time for an act to be done if a party makes such request before the original time expires. Good cause exists to grant an extension to provide BofA with time to investigate and evaluate the allegations in the Complaint.

3. Plaintiff agrees to provide BofA an extension of twenty-one (21) days, up to and including November 13, 2024, to respond to Plaintiff's Amended Complaint.

---

[1] It appears from the summons and the motion filed by Plaintiff, that Plaintiff intended to name "Bank of America, N.A." as the defendant in this lawsuit, despite "Bank of America Corporation" being named in the caption. As such, we are filing on behalf of Bank of America, N.A.

1

**THE PARTIES THEREFORE AGREE** as follows: BoA is granted an extension of twenty-one (21) days, up to and including November 13, 2024 to respond to Plaintiff's Amended Complaint.

**STIPULATIONS**

JEFFREY RYAN FENTON

By: _____
    Jeffrey Ryan Fenton, pro se
    Plaintiff  10/24/2024
    17195 Silver Parkway #150
    Fenton, MI 84830
    Telephone: (615) 837-1300
    E-Mail: contact@jeffenton.com

DYKEMA GOSSETT PLLC

By: /s/ Laura C. Baucus
    Laura C. Baucus (P56932)
    Attorney for Defendant Bank of America, N.A.
    39577 Woodward Avenue, Suite 300
    Bloomfield Hills, MI 48304
    (248) 203-0796
    lbaucus@dykema.com