UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JEFFREY RYAN FENTON, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:23-cv-01097-PLM-RSK |
| | ) |
| VIRGINIA LEE STORY, et al, | ) |
| | ) |
|       Defendants. | ) |

## ORDER EXTENDING TIME FOR BANK OF AMERICA, N.A. TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Upon consideration of Plaintiff Jeffrey Ryan Fenton ("Plaintiff") and Defendant Bank of America, N.A. ("BofA") (collectively, "Parties") stipulation to extend BofA time to respond to the Amended Complaint, the Court finds that good cause exists under Rule 6(b)(1) to extend the time for Defendant BofA to answer or otherwise respond to Plaintiff's Amended Complaint

The Court hereby orders that the time for Defendant BoA is granted an extension of twenty-one (21) days, up to and including November 13, 2024 to respond to Plaintiff's Amended Complaint.

**DATED:**                                               _____
                                                          **JUDGE PAUL L. MALONEY**