# United States District Court
# Western District of Michigan (Southern Division (1))
# CIVIL DOCKET FOR CASE #: 1:23–cv–01097–PLM–RSK

Fenton v. Story et al
Assigned to: District Judge Paul L. Maloney
Referred to: Magistrate Judge Ray Kent &nbsp(events as ordered)
Cause: 42:1983 Other Civil Rights

Date Filed: 10/13/2023
Jury Demand: Plaintiff
Nature of Suit: 370 Other Fraud
Jurisdiction: Federal Question

**plaintiff**

**Jeffrey Ryan Fenton**　　　　　represented by　**Jeffrey Ryan Fenton**
17195 Silver Parkway #150
Fenton, MI 48430
(615) 837–1300
*PRO SE*

V.

**defendant**

**Virginia Lee Story**　　　　　represented by　**Valerie Henning Mock**
*individually and in their official capacities*
Wilson Elser Moskowitz Edelman & Dicker LLP (Livonia)
17197 N Laurel Park Dr., Ste. 201
Livonia, MI 48152
(313) 327–3100
Email: valerie.mock@wilsonelser.com
*ATTORNEY TO BE NOTICED*

**defendant**

**Michael Weimar Binkley**　　　represented by　**Brian Joseph Gallagher**
*individually and in their official capacities*
Lennon Miller PLC
151 S Rose St., Ste. 900
Kalamazoo, MI 49007
(269) 381–8844
Email: bgallagher@lennonmiller.com
*ATTORNEY TO BE NOTICED*

**defendant**

**Kathryn Lynn Yarbrough**
*individually and in their official capacities*

**defendant**

**Elaine Beaty Beeler**　　　　　represented by　**Brian Joseph Gallagher**
*individually and in their official capacities*
(See above for address)
*ATTORNEY TO BE NOTICED*

**defendant**

**Sara B. McKinney**
*individually and in their official capacities*
*TERMINATED: 08/21/2024*

**defendant**

**Mary Elizabeth Maney Ausbrooks**
*individually and in their official capacities*

**defendant**

**Alexander Sergey Koval**
*individually and in their official capacities*

**defendant**

**Henry Edward Hildebrand, III**
*individually and in their official capacities*

**defendant**

**Charles M. Walker**  represented by  **Ryan D. Cobb**
*individually and in their official capacities*  U.S. Attorney (Grand Rapids)
 The Law Bldg.
 330 Ionia Ave., NW
 Grand Rapids, MI 49501−0208
 (616) 456−2404
 Email: Ryan.Cobb@usdoj.gov
 *ATTORNEY TO BE NOTICED*

**defendant**

**Roy Patrick Marlin**  represented by  **Sandra J. Densham**
*individually and in their official capacities*  Plunkett Cooney (Grand Rapids)
 333 Bridge St., NW, Ste. 530
 Grand Rapids, MI 49504
 (616) 752−4627
 Email: sdensham@plunkettcooney.com
 *ATTORNEY TO BE NOTICED*

**defendant**

**Thomas E. Anderson**  represented by  **Thomas E. Anderson**
*individually and in their official capacities*  1187 Old Hickory Blvd., Ste. 125
 Brentwood, TN 37027
 (615) 969−5819
 PRO SE

**defendant**

**Samuel Forrest Anderson**
*individually and in their official capacities*

**defendant**

**Frank Goad Clement, Jr.**  represented by  **Brian Joseph Gallagher**
*individually and in their official capacities*  (See above for address)

**defendant**

**Andy Dwane Bennett**  represented by  **Brian Joseph Gallagher**
*individually and in their official capacities*  (See above for address)
*ATTORNEY TO BE NOTICED*

**defendant**

**William Neal McBrayer**  represented by  **Brian Joseph Gallagher**
*individually and in their official capacities*  (See above for address)
*ATTORNEY TO BE NOTICED*

**defendant**

**James Michael Hivner**  represented by  **Brian Joseph Gallagher**
*individually and in their official capacities*  (See above for address)
*ATTORNEY TO BE NOTICED*

**defendant**

**John Brandon Coke**  represented by  **Brian Joseph Gallagher**
*individually and in their official capacities*  (See above for address)
*ATTORNEY TO BE NOTICED*

**defendant**

**Sandra Jane Leach Garrett**  represented by  **Brian Joseph Gallagher**
*individually and in their official capacities*  (See above for address)
*ATTORNEY TO BE NOTICED*

**defendant**

**Story Abernathy Campbell Ashworth McGill Walters An Association of Attorneys**
*TERMINATED: 08/21/2024*

**defendant**

**Rothschild & Ausbrooks PLLC**

**defendant**

**Bank of America, N.A.**  represented by  **Laura C. Baucus**
*TERMINATED: 08/21/2024*  Dykema Gossett PLLC (Bloomfield Hills)
39577 Woodward Ave., Ste. 300
Bloomfield Hills, MI 48304
(248) 203−0796
Email: lbaucus@dykema.com
*ATTORNEY TO BE NOTICED*

**defendant**

**Spragins, Barnett & Cobb PLC**
*also named as Spragins, Bartnett & Cobb, PLCNS in complaint*

**defendant**

**BancorpSouth Bank**
*TERMINATED: 08/21/2024*

**defendant**

| | | |
|---|---|---|
| **Rubin Lublin TN, PLLC** | represented by | **Bret Chaness** |

Rubin Lublin, LLC
3145 Avalon Ridge Place., Ste 100
Peachtree Corners, GA 30071
(678) 281–2730
Fax: (404) 921–9016
Email: bchaness@rlselaw.com
*ATTORNEY TO BE NOTICED*

**defendant**

| | | |
|---|---|---|
| **Tennessee, State of** | represented by | **Brian Joseph Gallagher** |

(See above for address)
*ATTORNEY TO BE NOTICED*

**defendant**

| | | |
|---|---|---|
| **Williamson, County of**<br>*Tennessee* | represented by | **Brian Joseph Gallagher** |

(See above for address)
*ATTORNEY TO BE NOTICED*

**defendant**

| | | |
|---|---|---|
| **Tennessee Administrative Office of the Courts** | represented by | **Brian Joseph Gallagher** |

(See above for address)
*ATTORNEY TO BE NOTICED*

**defendant**

| | | |
|---|---|---|
| **Tennessee Court of Appeals Middle Division** | represented by | **Brian Joseph Gallagher** |

(See above for address)
*ATTORNEY TO BE NOTICED*

**defendant**

| | | |
|---|---|---|
| **Chancery Court for Williamson County Tennessee** | represented by | **Brian Joseph Gallagher** |

(See above for address)
*ATTORNEY TO BE NOTICED*

**defendant**

| | | |
|---|---|---|
| **Story and Abernathy, PLLC** | represented by | **Valerie Henning Mock** |

(See above for address)
*ATTORNEY TO BE NOTICED*

**defendant**

**Bankers Title & Escrow Corporation**

**defendant**

**Hostettler, Neuhoff & Davis, LLC**

**defendant**

McArthur Sanders Real Estate     represented by     **Sandra J. Densham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**defendant**

**Bank of America Corporation**

**defendant**

Cadence Bank     represented by     **Michael L. Gutierrez**
Butzel Long PC (GR)
300 Ottawa Ave., NW, Ste. 620
Grand Rapids, MI 49503
(616) 988−5600
Email: Gutierrez@butzel.com
*ATTORNEY TO BE NOTICED*

**Tyler A. Burk**
Butzel Long PC (GR)
300 Ottawa Ave., NW, Ste. 620
Grand Rapids, MI 49503
(616) 988−5600
Email: burkt@butzel.com
*ATTORNEY TO BE NOTICED*

**defendant**

Williamson County Sheriff's Office     represented by     **Brian Joseph Gallagher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**defendant**

Supreme Court of the State of Tennessee     represented by     **Brian Joseph Gallagher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**defendant**

Board of Professional Responsibility of the Supreme Court of TN     represented by     **Brian Joseph Gallagher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**defendant**

Bank of America, N.A.     represented by     **Dawn Nicole Williams**
Dykema Gossett PLLC (Lansing)
Capitol View Bldg.
201 Townsend St., Ste. 900
Lansing, MI 48933
(616) 776−7518
Email: dwilliams@dykema.com

| Date Filed | # | Docket Text |
|---|---|---|
| 10/13/2023 | Ï 1 | COMPLAINT with jury demand against Samuel Forrest Anderson, Thomas E. Anderson, Mary Elizabeth Maney Ausbrooks, BancorpSouth Bank, Bank of America, N.A., Elaine Beaty Beeler, Andy Dwane Bennett, Michael Weimar Binkley, Chancery Court for Williamson County Tennessee, Frank Goad Clement, Jr, John Brandon Coke, Sandra Jane Leach Garrett, Henry Edward Hildebrand, III, James Michael Hivner, Alexander Sergey Koval, Roy Patrick Marlin, William Neal McBrayer, Sara B. McKinney, Rothschild & Ausbrooks PLLC, Rubin Lublin TN, PLLC, Spragins, Barnett & Cobb PLC, Virginia Lee Story, Story Abernathy Campbell Ashworth McGill Walters An Association of Attorneys, Tennessee Administrative Office of the Courts, Tennessee Court of Appeals Middle Division, Tennessee, State of, Charles M. Walker, Williamson, County of, Kathryn Lynn Yarbrough filed by Jeffrey Ryan Fenton (Attachments: # 1 Affidavit, # 2 Affidavit of Mom, # 3 Appendix 1, # 4 Appendix 2, # 5 Appendix 3, # 6 Appendix 4, # 7 Appendix 5, # 8 Appendix 10–1, # 9 Appendix 10–2 – Part 1 of 3, # 10 Appendix 10–2 – Part 2 of 3, # 11 Appendix 10–2 – Part 3 of 3, # 12 Appendix 11 – Part 1 of 2, # 13 Appendix 11 – Part 2 of 2, # 14 Appendix 12 – Part 1 of 3, # 15 Appendix 12 – Part 2 of 3, # 16 Appendix 12 – Part 3 of 3, # 17 Appendix 13–1 – Part 1 of 2, # 18 Appendix 13–1 – Part 2 of 2, # 19 Appendix 13–2 – Part 1 of 2, # 20 Appendix 13–2 – Part 2 of 2, # 21 Appendix 13–3 – Part 1 of 3, # 22 Appendix 13–3 – Part 2 of 3, # 23 Appendix 13–3 – Part 3 of 3, # 24 Appendix 13–4 – Part 1 of 2, # 25 Appendix 13–4 – Part 2 of 2, # 26 Appendix 13–5, # 27 Appendix 14–1 – Part 1 of 2, # 28 Appendix 14–1 – Part 2 of 2, # 29 Appendix 14–2 – Part 1 of 2, # 30 Appendix 14–2 – Part 2 of 2, # 31 Appendix 15 – Part 1 of 3, # 32 Appendix 15 – Part 2 of 3, # 33 Appendix 15 – Part 3 of 3, # 34 Appendix 16, # 35 Appendix 17 – Part 1 of 2, # 36 Appendix 17 – Part 2 of 2, # 37 Appendix 18, # 38 Appendix 19, # 39 Appendix 20, # 40 Appendix 21) (ems) (Entered: 10/17/2023) |
| 10/13/2023 | Ï | RECEIPT: in the amount of $402.00, receipt number 500000088; for civil case filing fee (ems) (Entered: 10/17/2023) |
| 10/13/2023 | Ï | SUMMONS NOT ISSUED as to defendants Samuel Forrest Anderson, Thomas E. Anderson, Mary Elizabeth Maney Ausbrooks, BancorpSouth Bank, Bank of America, N.A., Elaine Beaty Beeler, Andy Dwane Bennett, Michael Weimar Binkley, Chancery Court for Williamson County Tennessee, Frank Goad Clement, Jr, John Brandon Coke, Sandra Jane Leach Garrett, Henry Edward Hildebrand, III, James Michael Hivner, Alexander Sergey Koval, Roy Patrick Marlin, William Neal McBrayer, Sara B. McKinney, Rothschild & Ausbrooks PLLC, Rubin Lublin TN, PLLC, Spragins, Barnett & Cobb PLC, Virginia Lee Story, Story Abernathy Campbell Ashworth McGill Walters An Association of Attorneys, Tennessee Administrative Office of the Courts, Tennessee Court of Appeals Middle Division, Tennessee, State of, Charles M. Walker, Williamson, County of, Kathryn Lynn Yarbrough *(summonses not provided at time of filing by plaintiff as he stated he had them at home and would present them at a later date)* (ems) (Entered: 10/17/2023) |
| 10/17/2023 | Ï 2 | NOTICE of receipt of case (ems) (Entered: 10/17/2023) |
| 10/17/2023 | Ï | Copy of Receipt of Case Notice 2 sent via U.S. Mail to Jeffrey Ryan Fenton (ems) (Entered: 10/17/2023) |
| 10/18/2023 | Ï 3 | ORDER OF RECUSAL: District Judge Jane M. Beckering recused from this case; case to be reassigned; signed by District Judge Jane M. Beckering (rmw) (Entered: 10/18/2023) |

| 10/18/2023 | Ï 4 | NOTICE that this case is reassigned to District Judge Paul L. Maloney for all further proceedings pursuant to Order 3 by Judge Jane M. Beckering ; Judge Jane M. Beckering no longer assigned to the case (ems) (Entered: 10/18/2023) |
|---|---|---|
| 10/18/2023 | Ï | Copy of Order of Recusal 3 , Notice Regarding Reassignment of Case 4 sent via U.S. Mail to Jeffrey Ryan Fenton (ems) (Entered: 10/18/2023) |
| 10/18/2023 | Ï 5 | PRO SE APPLICATION for electronic filing and service by plaintiff Jeffrey Ryan Fenton (ems) (Entered: 10/19/2023) |
| 10/19/2023 | Ï 6 | (VACATED) ORDER REFERRING CASE to Magistrate Judge Ray Kent; signed by District Judge Paul L. Maloney (Judge Paul L. Maloney, acr) Modified text on 9/13/2024 per Order 71 (ns). Modified text on 9/18/2024 (ems). (Entered: 10/19/2023) |
| 10/20/2023 | Ï | Copy of Order Referring Case to Magistrate Judge 6 sent via U.S. Mail to Jeffrey Ryan Fenton (ems) (Entered: 10/20/2023) |
| 10/20/2023 | Ï 7 | MOTION for order *to maintain venue* by plaintiff Jeffrey Ryan Fenton; (ems) (Entered: 10/20/2023) |
| 12/13/2023 | Ï 8 | REPORT AND RECOMMENDATION re 1 ; objections to R&R due within 14 days; signed by Magistrate Judge Ray Kent (fhw) (Entered: 12/13/2023) |
| 12/13/2023 | Ï 9 | ORDER denying 5 pro se application for electronic filing and service; signed by Magistrate Judge Ray Kent (fhw) (Entered: 12/13/2023) |
| 12/13/2023 | Ï | Copy of Report and Recommendation 8 , Order on Pro Se Application for Electronic Filing and Service 9 sent via U.S. Mail to Jeffrey Ryan Fenton (slk) (Entered: 12/13/2023) |
| 12/29/2023 | Ï 10 | MOTION for extension of time to file *objection to report and recommendation* by plaintiff Jeffrey Ryan Fenton; (jlg) (Entered: 12/29/2023) |
| 12/29/2023 | Ï 11 | DECLARATION *in support of objection to 12/13/2023 report and recommendation* by plaintiff Jeffrey Ryan Fenton (jlg) (Entered: 12/29/2023) |
| 12/29/2023 | Ï 12 | DECLARATION *of ADA abuse in chancery court* by plaintiff Jeffrey Ryan Fenton (jlg) Modified textnon 1/2/2024 (jjm). (Entered: 12/29/2023) |
| 01/02/2024 | Ï 13 | ORDER granting 10 motion for extension of time to file objections; objections to 8 due 1/10/2024; signed by Magistrate Judge Ray Kent (fhw) (Entered: 01/02/2024) |
| 01/03/2024 | Ï | Copy of Order on Motion for Extension of Time to File 13 sent via U.S. Mail to Jeffrey Ryan Fenton (jjm) (Entered: 01/03/2024) |
| 01/19/2024 | Ï 14 | OBJECTION by plaintiff Jeffrey Ryan Fenton to Report and Recommendation 8 (Attachments: # 1 Exhibit A) (ems) (Entered: 01/22/2024) |
| 01/19/2024 | Ï 15 | DECLARATION re 14 *in support of Objection to Report and Recommendation* by plaintiff Jeffrey Ryan Fenton (ems) (Entered: 01/22/2024) |
| 01/19/2024 | Ï 16 | MOTION for extension of time to *serve parties* by plaintiff Jeffrey Ryan Fenton; (Attachments: # 1 Proposed Summons) (ems) (Entered: 01/22/2024) |
| 01/19/2024 | Ï 17 | MOTION for protective order by plaintiff Jeffrey Ryan Fenton; (Attachments: # 1 Attachment 1) (ems) Modified date filed on 1/22/2024 (ems). (Entered: 01/22/2024) |
| 01/19/2024 | Ï 18 | DECLARATION *of Marsha Ann Felton regarding son Jeffrey Ryan Fenton and Tennessee legal proceedings* by plaintiff Jeffrey Ryan Fenton (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3, # 4 Attachment 4, # 5 Attachment 5, # 6 Attachment 6, # 7 Attachment 7, # 8 |

| | | |
|---|---|---|
| | | Attachment 8, # 9 Attachment 9, # 10 Attachment 10) (ems) (Entered: 01/22/2024) |
| 01/19/2024 | Ï 19 | EXHIBIT *of Tennessee Court Motions in Chronological Order* by plaintiff Jeffrey Ryan Fenton (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3, # 4 Attachment 4, # 5 Attachment 5, # 6 Attachment 6, # 7 Attachment 7, # 8 Attachment 8, # 9 Attachment 9, # 10 Attachment 10, # 11 Attachment 11, # 12 Attachment 12, # 13 Attachment 13, # 14 Attachment 14) (ems) (Entered: 01/22/2024) |
| 01/19/2024 | Ï 20 | EXHIBIT *of Response in Tennessee Chancery Court* by plaintiff Jeffrey Ryan Fenton (ems) (Entered: 01/22/2024) |
| 01/19/2024 | Ï 21 | BRIEF by plaintiff Jeffrey Ryan Fenton *of Memorandum of Law regarding court actions in Tennessee* (Attachments: # 1 Attachment 1) (ems) (Entered: 01/22/2024) |
| 01/19/2024 | Ï 22 | EXHIBIT *of Transcript of Proceedings from August 1, 2019* by plaintiff Jeffrey Ryan Fenton (ems) (Entered: 01/22/2024) |
| 01/19/2024 | Ï 23 | EXHIBIT *of Transcript of Hearing from August 29, 2019* by plaintiff Jeffrey Ryan Fenton (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3, # 4 Attachment 4 – Audio CD) (ems) (Entered: 01/22/2024) |
| 01/19/2024 | Ï 24 | DECLARATION re 23 *certifying the authenticity and accuracy of 8/29/2019 transcript of evidence and audio recordings of hearing* by plaintiff Jeffrey Ryan Fenton (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (ems) (Entered: 01/22/2024) |
| 01/19/2024 | Ï 25 | DECLARATION *of irrefutable proof of a criminal conspiracy spanning State and Federal Courts* by plaintiff Jeffrey Ryan Fenton (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3, # 4 Attachment 4, # 5 Attachment 5, # 6 Attachment 6, # 7 Attachment 7, # 8 Attachment 8, # 9 Attachment 9, # 10 Attachment 10, # 11 Attachment 11, # 12 Attachment 12, # 13 Attachment 13, # 14 Attachment 14, # 15 Attachment 15) (ems) (Entered: 01/22/2024) |
| 01/19/2024 | Ï 26 | EXHIBIT *of recorded phone call* by plaintiff Jeffrey Ryan Fenton (Attachments: # 1 Audio CD) (ems) (Entered: 01/22/2024) |
| 01/19/2024 | Ï 27 | DECLARATION *about Arons & Associates divorce planning* by plaintiff Jeffrey Ryan Fenton (ems) (Entered: 01/22/2024) |
| 01/19/2024 | Ï 28 | DECLARATION *about phone call with Trustee John McLemore* by plaintiff Jeffrey Ryan Fenton (ems) (Entered: 01/22/2024) |
| 01/19/2024 | Ï 29 | *DIGITAL* EXHIBIT *(Disc 1 of Audio/Video Files)* by plaintiff Jeffrey Ryan Fenton (ems) (Entered: 01/22/2024) |
| 01/19/2024 | Ï 30 | *DIGITAL* EXHIBIT *(Disc 2 of Audio/Video Files)* by plaintiff Jeffrey Ryan Fenton (ems) (Entered: 01/22/2024) |
| 01/25/2024 | Ï 31 | ORDER ADOPTING IN PART AND REJECTING IN PART REPORT AND RECOMMENDATION 8 and acting on 7 ; signed by District Judge Paul L. Maloney (Judge Paul L. Maloney, cmc) (Entered: 01/25/2024) |
| 01/25/2024 | Ï | Copy of Order Regarding Report and Recommendation 31 sent via U.S. Mail to Jeffrey Ryan Fenton (ems) (Entered: 01/25/2024) |
| 03/25/2024 | Ï 32 | DECLARATION *about Jeffrey Fenton's Disabilities* by plaintiff Jeffrey Ryan Fenton (jjm) (Entered: 03/26/2024) |
| 03/25/2024 | Ï 33 | DECLARATION *(part 1 of 2) about professional and judicial misconduct during 8/1/2019 hearing in Chancery Court* by plaintiff Jeffrey Ryan Fenton (jjm) Modified text on 3/26/2024 |

| | | |
|---|---|---|
| | | (jjm). (Entered: 03/26/2024) |
| 03/25/2024 | Ï 34 | DECLARATION *(part 2 of 2) about professional and judicial misconduct during 8/1/2019 hearing in Chancery Court* by plaintiff Jeffrey Ryan Fenton (jjm) Modified text on 3/26/2024 (jjm). (Entered: 03/26/2024) |
| 03/25/2024 | Ï 35 | DECLARATION *regarding service fees* by plaintiff Jeffrey Ryan Fenton (jjm) (Entered: 03/26/2024) |
| 03/25/2024 | Ï 36 | MOTION for order *named as motion for prepayment of service fees* by plaintiff Jeffrey Ryan Fenton; (Attachments: # 1 Proposed Order) (jjm) (Entered: 03/26/2024) |
| 03/25/2024 | Ï 37 | DECLARATION *about financial and family structure* by plaintiff Jeffrey Ryan Fenton (jjm) (Entered: 03/26/2024) |
| 03/25/2024 | Ï 38 | EXHIBIT *(part 1 of 2) regading conspiracy against rights under color of law* by plaintiff Jeffrey Ryan Fenton (jjm) (Entered: 03/26/2024) |
| 03/25/2024 | Ï 39 | EXHIBIT *(part 2 of 2) regading conspiracy against rights under color of law* by plaintiff Jeffrey Ryan Fenton (jjm) (Entered: 03/26/2024) |
| 03/25/2024 | Ï 40 | EXHIBIT *of Tennessee Petition of Remonstrance* by plaintiff Jeffrey Ryan Fenton (jjm) (Entered: 03/26/2024) |
| 03/25/2024 | Ï 41 | EXHIBIT *of Tennessee Rules of Judicial and Professional Conduct* by plaintiff Jeffrey Ryan Fenton (jjm) (Entered: 03/26/2024) |
| 03/25/2024 | Ï 42 | EXHIBIT *(part 1 of 4a) small individual exhibits with web URLS* by plaintiff Jeffrey Ryan Fenton (jjm) (Entered: 03/26/2024) |
| 03/25/2024 | Ï 43 | EXHIBIT *(part 1 of 4b) small individual exhibits with web URLS* by plaintiff Jeffrey Ryan Fenton (jjm) (Entered: 03/26/2024) |
| 03/25/2024 | Ï 44 | EXHIBIT *(part 1 of 4c) small individual exhibits with web URLS* by plaintiff Jeffrey Ryan Fenton (jjm) (Entered: 03/26/2024) |
| 03/25/2024 | Ï 45 | EXHIBIT *(part 2 of 4a) small individual exhibits with web URLS* by plaintiff Jeffrey Ryan Fenton (jjm) (Entered: 03/26/2024) |
| 03/25/2024 | Ï 46 | EXHIBIT *(part 2 of 4b) small individual exhibits with web URLS* by plaintiff Jeffrey Ryan Fenton (jjm) (Entered: 03/26/2024) |
| 03/25/2024 | Ï 47 | EXHIBIT *(part 3 of 4a) small individual exhibits with web URLS* by plaintiff Jeffrey Ryan Fenton (jjm) (Entered: 03/26/2024) |
| 03/25/2024 | Ï 48 | EXHIBIT *(part 3 of 4b) small individual exhibits with web URLS* by plaintiff Jeffrey Ryan Fenton (jjm) (Entered: 03/26/2024) |
| 03/25/2024 | Ï 49 | EXHIBIT *(part 3 of 4c) small individual exhibits with web URLS* by plaintiff Jeffrey Ryan Fenton (jjm) (Entered: 03/26/2024) |
| 03/25/2024 | Ï 50 | EXHIBIT *(part 3 of 4d) small individual exhibits with web URLS* by plaintiff Jeffrey Ryan Fenton (jjm) (Entered: 03/26/2024) |
| 03/25/2024 | Ï 51 | EXHIBIT *(part 4 of 4a) small individual exhibits with web URLS* by plaintiff Jeffrey Ryan Fenton (jjm) (Entered: 03/26/2024) |
| 03/25/2024 | Ï 52 | EXHIBIT *(part 4 of 4b) small individual exhibits with web URLS* by plaintiff Jeffrey Ryan Fenton (jjm) (Entered: 03/26/2024) |

| | | |
|---|---|---|
| 03/25/2024 | Ï 53 | DECLARATION *of irrefutable proof of a criminal conspiracy spanning state and federal courts* by plaintiff Jeffrey Ryan Fenton (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M) (jjm) (Entered: 03/26/2024) |
| 06/26/2024 | Ï 54 | EXHIBIT re 30 , 29 by plaintiff Jeffrey Ryan Fenton (Attachments: # 1 Digital Exhibits) (eod) (Entered: 06/26/2024) |
| 07/08/2024 | Ï 55 | ORDER REGARDING SERVICE: granting in part and denying in part 16 motion for extension of time; plaintiff shall serve defendants by 8/22/2024; denying 17 motion for protective order; denying 36 motion for prepayment of service fees; signed by Magistrate Judge Ray Kent (fhw) (Entered: 07/08/2024) |
| 07/09/2024 | Ï | Copy of Order on Motion for Prepayment of Service Fees, Order on Motion for Extension of Time, Order on Motion for Protective Order 55 sent via U.S. Mail to Jeffrey Ryan Fenton (jlg) (Entered: 07/09/2024) |
| 07/12/2024 | Ï 56 | SUPPLEMENT re Exhibit 42 , Exhibit 48 , Exhibit 52 , Exhibit 43 , Exhibit 47 , Exhibit 50 , Exhibit 49 , Exhibit 44 , Exhibit 46 , Exhibit 45 , Exhibit 51 by plaintiff Jeffrey Ryan Fenton (Attachments: # 1 Attachment 1) (mg) Modified text on 7/24/2024 (mg). (Entered: 07/16/2024) |
| 07/12/2024 | Ï 57 | EXHIBIT *individual email communication exhibits* by plaintiff Jeffrey Ryan Fenton (Attachments: # 1 Attachment 1) (mg) Modified text on 7/24/2024 (mg). (Entered: 07/16/2024) |
| 07/12/2024 | Ï 58 | EXHIBIT *importan related issues– Tennessee Supreme Court* by plaintiff Jeffrey Ryan Fenton (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3, # 4 Attachment 4, # 5 Attachment 5) (mg) Modified text on 7/24/2024 (mg). (Entered: 07/16/2024) |
| 07/12/2024 | Ï 59 | DECLARATION *certifying testimony in video is accurate and true* by plaintiff Jeffrey Ryan Fenton (mg) Modified text on 7/24/2024 (mg). (Entered: 07/16/2024) |
| 08/19/2024 | Ï | SUMMONS ISSUED as to defendants Samuel Forrest Anderson, Thomas E. Anderson, Mary Elizabeth Maney Ausbrooks, BancorpSouth Bank, Bank of America, N.A., Elaine Beaty Beeler, Andy Dwane Bennett, Michael Weimar Binkley, Chancery Court for Williamson County Tennessee, Frank Goad Clement, Jr, John Brandon Coke, Sandra Jane Leach Garrett, Henry Edward Hildebrand, III, James Michael Hivner, Alexander Sergey Koval, Roy Patrick Marlin, William Neal McBrayer, Rothschild & Ausbrooks PLLC, Rubin Lublin TN, PLLC, Spragins, Barnett & Cobb PLC, Virginia Lee Story, Tennessee Administrative Office of the Courts, Tennessee Court of Appeals Middle Division, Tennessee, State of, Charles M. Walker, Williamson, County of, Kathryn Lynn Yarbrough and returned to plaintiff to pick up 8/20/2024 (pjw) Modified text on 8/19/2024 (pjw) (Entered: 08/19/2024) |
| 08/19/2024 | Ï | SUMMONS NOT ISSUED as to defendants Sara B. McKinney, Story Abernathy Campbell Ashworth McGill Walters An Association of Attorneys *(none provided)* (pjw) (Entered: 08/19/2024) |
| 08/19/2024 | Ï 60 | MOTION for recusal by plaintiff Jeffrey Ryan Fenton; (ems) (Entered: 08/20/2024) |
| 08/19/2024 | Ï 61 | MOTION for extension of time to *complete service* by plaintiff Jeffrey Ryan Fenton; (Attachments: # 1 Attachment 1) (ems) (Entered: 08/20/2024) |
| 08/19/2024 | Ï 62 | OBJECTION re 55 by plaintiff Jeffrey Ryan Fenton (ems) (Entered: 08/20/2024) |
| 08/19/2024 | Ï 63 | EXHIBITS *of Auction Warranty Deed & ADA Request for Modification* by plaintiff Jeffrey Ryan Fenton (Attachments: # 1 Attachment 1, # 2 Attachment 2) (ems) Modified text on 8/20/2024 (ems). (Entered: 08/20/2024) |
| 08/19/2024 | Ï 64 | |

| | | |
|---|---|---|
| | | *DIGITAL MEDIA* EXHIBIT *of DVD of Slam the Gavel Podcast Video* by plaintiff Jeffrey Ryan Fenton (Attachments: # 1 Attachment 1 – DVD) (ems) Modified text on 8/20/2024 (ems). (Entered: 08/20/2024) |
| 08/19/2024 | Ï 65 | *DIGITAL MEDIA* EXHIBIT *of Flash Drive and DVD* by plaintiff Jeffrey Ryan Fenton (Attachments: # 1 Attachment 1 – DVD, # 2 Attachment 2, # 3 Attachment 3, # 4 Attachment 4, # 5 Attachment 5) (ems) Modified text on 8/23/2024 (ems). (Entered: 08/20/2024) |
| 08/21/2024 | Ï 66 | AMENDED COMPLAINT *and JURY DEMAND* against All Defendants filed by Jeffrey Ryan Fenton (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Appendix 1, # 8 Appendix 2, # 9 Appendix 3, # 10 Appendix 4) (pjw) (Entered: 08/26/2024) |
| 08/21/2024 | Ï | SUMMONS ISSUED as to defendants Bankers Title & Escrow Corporation, Board of Professional Responsibility of the Supreme Court of TN, Cadence Bank, Hostettler, Neuhoff & Davis, LLC, McCarthur Sanders Real Estate, Story and Abernathy, PLLC, Supreme Court of the State of Tennessee, Williamson County Sheriff's Office and returned to plaintiff at front counter in Lansing Clerk's Office (pjw) Modified text on 8/26/2024 (pjw) (Entered: 08/26/2024) |
| 08/21/2024 | Ï | SUMMONS NOT ISSUED as to defendant Bank of America Corporation *(none provided)* (pjw) (Entered: 08/26/2024) |
| 08/23/2024 | Ï 67 | LETTER from the Clerk to Plaintiff regarding a clerical error with the amended complaint filed stamp; corrected first page mailed to plaintiff on 8/23/2024 (jlg) (Entered: 08/27/2024) |
| 08/26/2024 | Ï 68 | SUPPLEMENT re Amended Complaint, 66 *(titled Memorandum of Law Regarding Void Tennessee Court Orders)* by plaintiff Jeffrey Ryan Fenton (pjw) (Entered: 08/27/2024) |
| 09/06/2024 | Ï | SUMMONS ISSUED as to defendant Bank of America Corporation and returned to plaintiff via mail per his phone request (proposed summons attached to Doc 16 ) (pjw) Modified text on 9/6/2024 (pjw) (Entered: 09/06/2024) |
| 09/11/2024 | Ï 69 | DECLARATION re 66 *and service* by plaintiff Jeffrey Ryan Fenton (Attachments: # 1 Attachment (submitted as a flash drive)) (ns) (Entered: 09/11/2024) |
| 09/12/2024 | Ï 70 | ORDER denying objection 62 ; signed by District Judge Paul L. Maloney (Judge Paul L. Maloney, cmc) (Entered: 09/12/2024) |
| 09/12/2024 | Ï 71 | ORDER dismissing 60 motion for recusal ; signed by District Judge Paul L. Maloney (Judge Paul L. Maloney, cmc) (Entered: 09/12/2024) |
| 09/12/2024 | Ï 72 | NOTICE of intent to transfer action; brief should be filed before 10/4/2024; (Judge Paul L. Maloney, cmc) (Entered: 09/12/2024) |
| 09/13/2024 | Ï | Copy of Order on Motion for Recusal 71 , Notice (Other) 72 , Order on Objection 70 sent via U.S. Mail to Jeffrey Ryan Fenton (ns) (Entered: 09/13/2024) |
| 09/13/2024 | Ï 73 | MOTION for extension of time to file answer re 66 *Plaintiff's First Amended Complaint* by defendants Roy Patrick Marlin, McCarthur Sanders Real Estate; (Densham, Sandra) (Entered: 09/13/2024) |
| 09/13/2024 | Ï 74 | BRIEF in support of MOTION for extension of time to file answer re 66 *Plaintiff's First Amended Complaint* 73 filed by Roy Patrick Marlin, McCarthur Sanders Real Estate (Densham, Sandra) (Entered: 09/13/2024) |
| 09/13/2024 | Ï 75 | PROPOSED ORDER regarding *Motion for Extension of Time to respond to Plaintiff's First Amended Complaint* by defendants Roy Patrick Marlin, McCarthur Sanders Real Estate (Densham, Sandra) (Entered: 09/13/2024) |

| 09/16/2024 | Ï 76 | MOTION to dismiss for lack of jurisdiction *Defendants Virgina Lee Story & Story & Abernathy, PLLP's Motion to Dismiss Pursuant to FED.R.CIV.P.12(b)(1)(2)(3)(4)&(5)* by defendants Virginia Lee Story, Story and Abernathy, PLLC; (Attachments: # 1 Exhibit A – Affidavit of Virgina Lee Story) (Mock, Valerie) (Entered: 09/16/2024) |
|---|---|---|
| 09/17/2024 | Ï | (NON–DOCUMENT) ATTORNEY APPEARANCE of Brian Joseph Gallagher on behalf of defendants Elaine Beaty Beeler, Andy Dwane Bennett, Michael Weimar Binkley, Board of Professional Responsibility of the Supreme Court of TN, Chancery Court for Williamson County Tennessee, Frank Goad Clement, Jr, John Brandon Coke, Sandra Jane Leach Garrett, James Michael Hivner, William Neal McBrayer, Supreme Court of the State of Tennessee, Tennessee Administrative Office of the Courts, Tennessee Court of Appeals Middle Division, Tennessee, State of, Williamson County Sheriff's Office, Williamson, County of (Gallagher, Brian) (Entered: 09/17/2024) |
| 09/18/2024 | Ï 77 | ORDER approving 73 motion for extension of time to answer and accepting 75 ; Due date extended to 10/8/2024; signed by District Judge Paul L. Maloney (Judge Paul L. Maloney, cmc) (Entered: 09/18/2024) |
| 09/19/2024 | Ï | Copy of Order on Motion for Extension of Time to Answer, Order on Proposed Order 77 sent via U.S. Mail to Jeffrey Ryan Fenton (mg) (Entered: 09/19/2024) |
| 09/20/2024 | Ï 78 | MOTION to dismiss with certificate of service by defendants Elaine Beaty Beeler, Andy Dwane Bennett, Michael Weimar Binkley, Board of Professional Responsibility of the Supreme Court of TN, Chancery Court for Williamson County Tennessee, Frank Goad Clement, Jr, John Brandon Coke, Sandra Jane Leach Garrett, James Michael Hivner, William Neal McBrayer, Supreme Court of the State of Tennessee, Tennessee Administrative Office of the Courts, Tennessee Court of Appeals Middle Division, Tennessee, State of, Williamson County Sheriff's Office, Williamson, County of (Gallagher, Brian) Modified text on 9/23/2024 (pjw) (Entered: 09/20/2024) |
| 09/20/2024 | Ï 79 | BRIEF in support of MOTION to dismiss 78 with certificate of service filed by Elaine Beaty Beeler, Andy Dwane Bennett, Michael Weimar Binkley, Board of Professional Responsibility of the Supreme Court of TN, Chancery Court for Williamson County Tennessee, Frank Goad Clement, Jr, John Brandon Coke, Sandra Jane Leach Garrett, James Michael Hivner, William Neal McBrayer, Supreme Court of the State of Tennessee, Tennessee Administrative Office of the Courts, Tennessee Court of Appeals Middle Division, Tennessee, State of, Williamson County Sheriff's Office, Williamson, County of (Gallagher, Brian) Modified text on 9/23/2024 (pjw) (Entered: 09/20/2024) |
| 09/20/2024 | Ï 80 | CERTIFICATE regarding compliance with LCivR 7.1(d) re MOTION to dismiss 78 with certificate of service filed by Elaine Beaty Beeler, Andy Dwane Bennett, Michael Weimar Binkley, Board of Professional Responsibility of the Supreme Court of TN, Chancery Court for Williamson County Tennessee, Frank Goad Clement, Jr, John Brandon Coke, Sandra Jane Leach Garrett, James Michael Hivner, William Neal McBrayer, Supreme Court of the State of Tennessee, Tennessee Administrative Office of the Courts, Tennessee Court of Appeals Middle Division, Tennessee, State of, Williamson County Sheriff's Office, Williamson, County of (Gallagher, Brian) Modified text on 9/23/2024 (pjw) (Entered: 09/20/2024) |
| 09/20/2024 | Ï 81 | CERTIFICATE of compliance re word count for MOTION to dismiss 78 filed by Elaine Beaty Beeler, Andy Dwane Bennett, Michael Weimar Binkley, Board of Professional Responsibility of the Supreme Court of TN, Chancery Court for Williamson County Tennessee, Frank Goad Clement, Jr, John Brandon Coke, Sandra Jane Leach Garrett, James Michael Hivner, William Neal McBrayer, Supreme Court of the State of Tennessee, Tennessee Administrative Office of the Courts, Tennessee Court of Appeals Middle Division, Tennessee, State of, Williamson County Sheriff's Office, Williamson, County of (Gallagher, Brian) (Entered: 09/20/2024) |
| 09/23/2024 | Ï 82 | |

| | | |
|---|---|---|
| | | ACKNOWLEDGMENT OF SERVICE on behalf of Thomas E. Anderson served on 9/16/2024, answer due 10/7/2024 (pjw) (Entered: 09/23/2024) |
| 09/24/2024 | Ï | (NON–DOCUMENT) ATTORNEY APPEARANCE of Michael L. Gutierrez on behalf of defendant Cadence Bank (Gutierrez, Michael) (Entered: 09/24/2024) |
| 09/24/2024 | Ï 83 | CORPORATE DISCLOSURE STATEMENT by Cadence Bank (Gutierrez, Michael) (Entered: 09/24/2024) |
| 09/24/2024 | Ï 84 | STIPULATION and PROPOSED ORDER *to Extend Defendant Cadence Bank's Time to Answer or Otherwise Respond to Plaintiff's Amended Complaint (ECF 66) Pursuant to Rule 6(b)(1)* by defendant Cadence Bank (Attachments: # 1 Proposed Order) (Gutierrez, Michael) (Entered: 09/24/2024) |
| 09/24/2024 | Ï 85 | CERTIFICATE OF SERVICE by defendant Cadence Bank re STIPULATION and PROPOSED ORDER *to Extend Defendant Cadence Bank's Time to Answer or Otherwise Respond to Plaintiff's Amended Complaint (ECF 66) Pursuant to Rule 6(b)(1)* by defendant Cadence Bank 84 , Corporate Disclosure Statement 83 (Gutierrez, Michael) (Entered: 09/24/2024) |
| 09/24/2024 | Ï 86 | MOTION to dismiss for lack of jurisdiction , *improper venue, insufficiency of service of process, and failure to state a claim* with certificate of service by defendant Rubin Lublin TN, PLLC (Chaness, Bret) Modified text on 9/25/2024 (pjw) (Entered: 09/24/2024) |
| 09/24/2024 | Ï 87 | BRIEF in support of MOTION to dismiss for lack of jurisdiction , *improper venue, insufficiency of service of process, and failure to state a claim* 86 with certificate of service filed by Rubin Lublin TN, PLLC (Chaness, Bret) Modified text on 9/25/2024 (pjw) (Entered: 09/24/2024) |
| 09/24/2024 | Ï | (NON–DOCUMENT) ATTORNEY APPEARANCE of Tyler A. Burk on behalf of defendant Cadence Bank (Burk, Tyler) (Entered: 09/24/2024) |
| 09/25/2024 | Ï 88 | SUMMONS returned executed; Thomas E. Anderson served on 8/26/2024, answer due 9/16/2024 (pjw) (Entered: 09/25/2024) |
| 09/25/2024 | Ï 89 | MOTION to amend/correct 66 *(titled Notice, Declaration, and Motion regarding the naming and address of Defendant Thomas Anderson in the Lawsuit) with certificate of service* by plaintiff Jeffrey Ryan Fenton; (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit C–2, # 5 Financial Documents C–3, # 6 Exhibit C–4, # 7 Exhibit C–5, # 8 Exhibit D, # 9 Exhibit E) (pjw) (Entered: 09/25/2024) |
| 09/25/2024 | Ï 90 | MOTION to amend/correct 66 *(titled Notice, Declaration, and Motion regarding the naming and address of Defendant Bank of America in the Lawsuit)* with certificate of service by plaintiff Jeffrey Ryan Fenton; (Attachments: # 1 Exhibit A, # 2 Exhibit A–2, # 3 Exhibit B, # 4 Exhibit B–2, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit F–2, # 10 Exhibit F–3, # 11 Exhibit F–4, # 12 Exhibit F–5, # 13 Exhibit F–6, # 14 Exhibit F–7, # 15 Exhibit G, # 16 Exhibit G–2, # 17 Exhibit G–3, # 18 Exhibit G–4, # 19 Exhibit G–5, # 20 Exhibit H, # 21 Exhibit H–2) (pjw) Modified text on 9/26/2024 (pjw) (Entered: 09/26/2024) |
| 09/27/2024 | Ï 91 | ORDER approving STIPULATION 84 ; deadline for defendant Cadence Bank to answer or otherwise respond to complaint extended until 21 days from the earlier of: (1) an order transferring case, or (2) adjudication of objections to the notice of intent to transfer; signed by District Judge Paul L. Maloney (Judge Paul L. Maloney, acr) (Entered: 09/27/2024) |
| 09/30/2024 | Ï 92 | FIRST MOTION to dismiss, or in the alternative, for summary judgment by defendants Roy Patrick Marlin, McCarthur Sanders Real Estate; (Densham, Sandra) (Entered: 09/30/2024) |
| 09/30/2024 | Ï 93 | CERTIFICATE of compliance re word count for FIRST MOTION to dismiss, or in the alternative, for summary judgment 92 filed by Roy Patrick Marlin, McCarthur Sanders Real Estate (Densham, Sandra) (Entered: 09/30/2024) |

| 09/30/2024 | Ï 94 | PROOF OF SERVICE by defendants Roy Patrick Marlin, McCarthur Sanders Real Estate re FIRST MOTION to dismiss, or in the alternative, for summary judgment 92 , Certificate of Compliance Regarding Word Count 93 *upon Plaintiff Jeffrey Ryan Fenton* (Densham, Sandra) (Entered: 09/30/2024) |
|---|---|---|
| 09/30/2024 | Ï | Copy of Order on Stipulation and Proposed Order, 91 sent via U.S. Mail to Thomas E. Anderson and Jeffrey Ryan Fenton (slk) (Entered: 09/30/2024) |
| 09/30/2024 | Ï 95 | SUMMONS returned executed; Rothschild & Ausbrooks PLLC served on 8/26/2024, answer due 9/16/2024; Kathryn Lynn Yarbrough served on 9/6/2024, answer due 9/27/2024 (Attachments: # 1 Second Summons Returned Executed) (slk) (Entered: 09/30/2024) |
| 09/30/2024 | Ï | SUMMONS returned executed; Mary Elizabeth Maney Ausbrooks served on 8/26/2024, answer due 9/16/2024; Hostettler, Neuhoff & Davis, LLC served on 8/26/2024, answer due 9/16/2024; Charles M. Walker served on 8/26/2024, answer due 9/16/2024 as taken from 95 (slk) Modified text on 10/2/2024 (slk). (Entered: 10/02/2024) |
| 10/04/2024 | Ï 96 | MOTION for order *named as "Motion for all filings to be submitted under penalty of perjury" (expedited consideration requested)* by plaintiff Jeffrey Ryan Fenton; (Attachments: # 1 Exhibit A, # 2 Counter−Affidavit to Affidavit of Virginia Lee Story) (ns) (Entered: 10/07/2024) |
| 10/04/2024 | Ï 97 | MOTION for sanctions by plaintiff Jeffrey Ryan Fenton; (ns) (Entered: 10/07/2024) |
| 10/04/2024 | Ï 98 | RESPONSE TO 72 *NOTICE of intent to transfer action* filed by plaintiff Jeffrey Ryan Fenton (ns) Modified text on 10/8/2024 per Chambers (ns). (Entered: 10/07/2024) |
| 10/10/2024 | Ï 99 | AMENDED MOTION for sanctions by plaintiff Jeffrey Ryan Fenton; (Attachments: # 1 Exhibit A, # 2 Exhibit B) (ns) (Entered: 10/11/2024) |
| 10/10/2024 | Ï 100 | AMENDED MOTION for order *named as Amended motion to require all filings to include a certification (with expedited request)* by plaintiff Jeffrey Ryan Fenton; (Attachments: # 1 Exhibit A) (ns) (Entered: 10/11/2024) |
| 10/10/2024 | Ï 101 | AFFIDAVIT *named as Amended counter−affidavit to affidavit of Virginia Lee Story* by plaintiff Jeffrey Ryan Fenton (Attachments: # 1 Exhibit A, # 2 Exhibit B) (ns) (Entered: 10/11/2024) |
| 10/10/2024 | Ï 102 | RESPONSE TO 72 *named as Amended declaration voicing plaintiff's concerns about transferring this action to Tennessee* filed by plaintiff Jeffrey Ryan Fenton (ns) (Entered: 10/11/2024) |
| 10/17/2024 | Ï 103 | SUMMONS returned executed; Tennessee, State of served on 8/29/2024, answer due 9/19/2024 (Attachments: # 1 Proof of Service on Attorney General Jonathan Skrmetti, # 2 Proof of Service on Secretary Tre Hargett, # 3 Proof of Service on Treasurer David H. Lillard, Jr., # 4 Proof of Service on Senator Richard Briggs, # 5 Proof of Service on Justice Sharon G. Lee) (eod) (Entered: 10/21/2024) |
| 10/17/2024 | Ï 104 | SUMMONS returned executed; Tennessee Court of Appeals Middle Division served on 9/7/2024, answer due 9/30/2024 (eod) (Entered: 10/21/2024) |
| 10/17/2024 | Ï 105 | SUMMONS returned executed; Supreme Court of the State of Tennessee ; Tennessee Administrative Office of the Courts; Williamson County Sheriff's Office; Williamson, County of served on 8/30/2024, answer due 9/20/2024 (eod) Modified text on 10/21/2024 (eod) (Entered: 10/21/2024) |
| 10/17/2024 | Ï 106 | SUMMONS returned executed; Board of Professional Responsibility of the Supreme Court of TN served on 9/9/2024, answer due 9/30/2024 (eod) (Entered: 10/21/2024) |
| 10/17/2024 | Ï 107 | SUMMONS returned executed; Chancery Court for Williamson County Tennessee served on 9/9/2024, answer due 9/30/2024 (eod) (Entered: 10/21/2024) |

| | | |
|---|---|---|
| 10/17/2024 | Ï 108 | SUMMONS returned executed; Cadence Bank served on 9/6/2024, answer due 9/27/2024 (eod) (Entered: 10/21/2024) |
| 10/21/2024 | Ï 109 | MOTION to stay *all dispositive motions with certificate of service* by plaintiff Jeffrey Ryan Fenton; (pjw) (Entered: 10/22/2024) |
| 10/21/2024 | Ï 110 | RESPONSE in opposition to MOTION to dismiss 78 *(titled Objection) with certificate of service* filed by Jeffrey Ryan Fenton (pjw) (Entered: 10/22/2024) |
| 10/21/2024 | Ï 111 | RESPONSE in opposition to MOTION to dismiss for lack of jurisdiction *Defendants Virgina Lee Story & Story & Abernathy, PLLP's Motion to Dismiss Pursuant to FED.R.CIV.P.12(b)(1)(2)(3)(4)&(5)* 76 *(titled Objection) with certificate of service* filed by Jeffrey Ryan Fenton (pjw) (Entered: 10/22/2024) |
| 10/21/2024 | Ï 112 | SUMMONS returned executed; William Neal McBrayer served on 8/31/2024, answer due 9/23/2024 (pjw) (Entered: 10/22/2024) |
| 10/21/2024 | Ï 113 | SUMMONS returned executed; Andy Dwane Bennett served on 9/3/2024, answer due 9/24/2024 (pjw) (Entered: 10/22/2024) |
| 10/21/2024 | Ï 114 | SUMMONS returned executed; Elaine Beaty Beeler served on 8/26/2024, answer due 9/16/2024 (pjw) (Entered: 10/22/2024) |
| 10/21/2024 | Ï 115 | SUMMONS returned executed; Frank Goad Clement, Jr served on 8/30/2024, answer due 9/20/2024 (pjw) (Entered: 10/22/2024) |
| 10/21/2024 | Ï 116 | SUMMONS returned executed; James Michael Hivner served on 8/27/2024, answer due 9/17/2024 (pjw) (Entered: 10/22/2024) |
| 10/21/2024 | Ï 117 | SUMMONS returned executed; John Brandon Coke served on 9/7/2024, answer due 9/30/2024 (pjw) (Entered: 10/22/2024) |
| 10/21/2024 | Ï 118 | SUMMONS returned executed; Michael Weimar Binkley served on 8/26/2024, answer due 9/16/2024 (pjw) (Entered: 10/22/2024) |
| 10/21/2024 | Ï 119 | SUMMONS returned executed; Sandra Jane Leach Garrett served on 9/20/2024, answer due 10/11/2024 (pjw) (Entered: 10/22/2024) |
| 10/21/2024 | Ï 120 | SUMMONS returned executed; Story and Abernathy, PLLC served on 8/26/2024, answer due 9/16/2024 (pjw) (Entered: 10/22/2024) |
| 10/21/2024 | Ï 121 | SUMMONS returned executed; Virginia Lee Story served on 8/26/2024, answer due 9/16/2024 (pjw) (Entered: 10/22/2024) |
| 10/24/2024 | Ï | (NON–DOCUMENT) ATTORNEY APPEARANCE of Laura C. Baucus on behalf of defendant Bank of America, N.A. (Baucus, Laura) (Entered: 10/24/2024) |
| 10/24/2024 | Ï 122 | STIPULATION and PROPOSED ORDER by defendant Bank of America, N.A. [Attorney Laura C. Baucus added to party Bank of America, N.A.(pty:dft)] (Attachments: # 1 Proposed Order) (Baucus, Laura) Modified text on 10/24/2024 (eod) (Entered: 10/24/2024) |
| 10/24/2024 | Ï 123 | NOTICE to attorney Laura C. Baucus regarding recent filing 122 (eod) (Entered: 10/24/2024) |
| 10/24/2024 | Ï 124 | RESPONSE in opposition to AMENDED MOTION for sanctions 99 with certificate of compliance filed by Story and Abernathy, PLLC, Virginia Lee Story (Mock, Valerie) Modified text on 10/25/2024 (pjw) (Entered: 10/24/2024) |
| 10/25/2024 | Ï 125 | CORRECTED STIPULATION and PROPOSED ORDER re extending time to answer amended complaint by defendant Bank of America, N.A. (Attachments: # 1 Exhibit Proposed Order) |

| | | |
|---|---|---|
| | | (Baucus, Laura); this entry replaces 122 Modified text on 10/25/2024 (pjw) (Entered: 10/25/2024) |
| 10/25/2024 | Ï | (NON–DOCUMENT) ATTORNEY APPEARANCE of Dawn Nicole Williams on behalf of defendant Bank of America, N.A. (Williams, Dawn) (Entered: 10/25/2024) |
| 10/25/2024 | Ï 126 | MOTION to dismiss for failure to state a claim , MOTION to dismiss for lack of jurisdiction by defendant Charles M. Walker; (Cobb, Ryan) (Entered: 10/25/2024) |
| 10/25/2024 | Ï 127 | ORDER TRANSFERRING CASE to the Middle District of Tennessee ; signed by District Judge Paul L. Maloney (Judge Paul L. Maloney, cmc) (Entered: 10/25/2024) |
| 10/25/2024 | Ï 128 | BRIEF in support of MOTION to dismiss for failure to state a claim MOTION to dismiss for lack of jurisdiction 126 filed by Charles M. Walker (Cobb, Ryan) (Entered: 10/25/2024) |
| 10/25/2024 | Ï 129 | CERTIFICATE of compliance re word count for Brief in Support of a Motion 128 filed by Charles M. Walker (Cobb, Ryan) (Entered: 10/25/2024) |
| 10/25/2024 | Ï 130 | CERTIFICATE OF SERVICE by defendant Charles M. Walker re Brief in Support of a Motion 128 , MOTION to dismiss for failure to state a claim MOTION to dismiss for lack of jurisdiction 126 , Certificate of Compliance Regarding Word Count 129 (Cobb, Ryan) (Entered: 10/25/2024) |
| 10/25/2024 | Ï | Copy of Order Transferring Case to Other District 127 sent via U.S. Mail to Jeffrey Ryan Fenton and Thomas E. Anderson (pjw) (Entered: 10/25/2024) |