UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JEFFREY RYAN FENTON, | ) |
| | ) |
| Plaintiff, | ) CASE NO. 3:24-CV-01282 |
| vs. | ) JUDGE CAMPBELL |
| | ) |
| VIRGINIA LEE STORY, ET AL., | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |

**DEFENDANT HOSTETTLER, NEUHOFF & DAVIS, LLC'S MOTION TO DISMISS**

Defendant Hostettler, Neuhoff & Davis, LLC ("HND"), pursuant to Fed. R. Civ. P. 12(b)(5) and (6), files this Motion to Dismiss Plaintiff's claims against it with prejudice. For the reasons stated within the accompanying Memorandum of Law, which is incorporated herein, Plaintiff has not properly served HND and fails to state a plausible claim against HND for which relief can be granted. As such, Plaintiff's claims against HND should be dismissed.

Respectfully submitted,

/s/ Benjamin E. Goldammer
Benjamin E. Goldammer (#26328)
Danica G. Suedekum (#36031)
KAY GRIFFIN EVANS, PLLC
222 Second Ave. North, Suite 340-M
Nashville, TN 37201
(615) 742-4800 (phone)
(615) 742-4801 (fax)
bg@kaygriffin.com
dgrosko@kaygriffin.com
*Attorneys for HND*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically via the Court's ECF system. Notice of this filing will be sent to all parties listed below by US Mail, and the Court's electronic filing system for those registered, on this the 29th day of October, 2024.

Jeffrey Ryan Fenton
17195 Silver Parkway #150
Fenton, MI 48430

Brian Joseph Gallagher
Lennon Miller PLC
151 S Rose St., Ste. 900
Kalamazoo, MI 49007

Peako Andrea Jenkins
TN Attorney General's Office
PO Box 20207
Nashville, TN 37202
*Attorneys for Michael Weimar Binkley, Elaine Beaty Beeler, Frank Goad Clement, Jr., Andy Dwane Bennett, William Neal McBrayer, James Michael Hivner, John Brandon Coke, Sandra Jane Leach Garrett, State of Tennessee, Williamson County Tennessee, Tennessee Administrative Office of the Courts, Tennessee Court of Appeals Middle Division, Chancery Court for Williamson County Tennessee, Williamson County Sheriff's Office, Supreme Court of Tennessee and Board of Professional Responsibility of the Supreme Court of Tennessee*

Valerie Henning Mock
Wilson Elser Moskowitz Edelman & Dicker, LLP
17197 N. Laurel Park Drive, Ste. 201
Livonia, MI 48152
*Attorney for Virginia Lee Story, Story and Abernathy, PLLC*

Ryan D. Cobb
U.S. Attorney
The Law Bldg.
330 Ionia Ave., NW
Grand Rapids, MI 49501
*Attorney for Charles M. Walker*

Sandra J. Densham
Plunkett Cooney
333 Bridge St., NW, Ste. 530
Grand Rapids, MI 49504
*Attorney for Roy Patrick Marlin and McArthur Sanders Real Estate*

Bret Chaness
Rubin Lublin, LLC
3145 Avalon Ridge Place, St. 100
Peachtree Corners, GA 30071
*Attorney for Rubin Lublin TN, PLLC*

2

| | |
|---|---|
| Michael L. Gutierrez<br>Tyler A. Burk<br>Butzel Long PC<br>300 Ottawa Ave., NW, Ste. 620<br>Grand Rapids, MI 49503<br>*Attorneys for Cadence Bank, N.A.* | Dawn Nicole Williams<br>Dykema Gossett PLLC<br>Capitol View Bldg.<br>201 Townsend St., Ste. 900<br>Lansing, MI 48933<br><br>Laura C. Baucus<br>Dykema Gossett PLLC<br>39577 Woodward Ave., Ste. 300<br>Bloomfield Hills, MI 48304<br>*Attorneys for Bank of America N.A. and Bank of America Corporation* |
| Thomas E. Anderson<br>1187 Old Hickory Blvd., Ste. 125<br>Brentwood, TN 37027 | Kathryn Lynn Yarbrough<br>1707 Stoney Hill Ln.<br>Spring Hill, TN 37174 |
| Mary Elizabeth Maney Ausbrooks<br>120 Meadows Rd.<br>White House, TN 37188 | Alexander Sergey Koval<br>5928 Stone Brook Dr.<br>Brentwood, TN 37027 |
| Henry E. Hildebrand, III<br>217 Lauderdale Rd.<br>Nashville, TN 37205 | Samuel Forrest Anderson<br>4509 Beacon Dr.<br>Nashville, TN 37215 |
| Rothschild & Ausbrooks, PLLC<br>c/o RA: Mary Beth Ausbrooks<br>110 Glancy St., Ste. 109<br>Goodlettsville, TN 37072 | Spragins, Barnett & Cobb, PLC<br>c/o RA: Alan Rheney<br>312 E. Lafayette St.<br>Jackson, TN 38301 |
| Bankers Title & Escrow Corporation<br>c/o RA: R L Moore<br>3310 West End Ave., Ste. 540<br>Nashville, TN 37203 | |

/s/ Benjamin E. Goldammer

3

Case 3:24-cv-01282    Document 133    Filed 10/29/24    Page 3 of 3 PageID #: 23