Exhibit 1

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **JEFFREY RYAN FENTON,** )<br>)<br>    Plaintiff,  ) **CASE NO. 3:24-CV-01282**<br>vs.    ) **JUDGE CAMPBELL**<br>   )<br>**VIRGINIA LEE STORY, ET AL.,** ) **JURY TRIAL DEMANDED**<br>   )<br>   Defendants.  ) | |

## DECLARATION OF CARL A. NEUHOFF, JR.

I, Carl A. Neuhoff, Jr., under penalty of perjury, do hereby declare that the following facts are true and correct:

1. I am an adult resident of the State of Tennessee, am competent to provide the testimony stated herein and make this declaration based on personal knowledge.

2. I am a member and the registered agent of Hostettler, Neuhoff & Davis, LLC ("HND").

3. Jody Derrick is the name and signature reflected on the return receipt produced by Plaintiff for the mailed summons and Amended Complaint sent to "Hostettler, Neuhoff & Davis, LLC", and attached hereto as Exhibit A.

4. Jody Derrick works for HND as a realtor and principal broker.

5. Jody Derrick is not, and has never been, a managing member, a non-managing member, officer, managing or general agent, or other agent authorized to receive service on behalf of HND. Mr. Derrick is not authorized to accept service on behalf of HND.

Signed this  28   day of October, 2024.

_Carl A. Neuhoff, Jr._
Carl A. Neuhoff, Jr.

DEFENDANT: HOSTETTLER, NEUHOFF & DAVIS, LLC                         RECEIVED SERVICE: 8/26/2024

Exhibit A



RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 2:06 PM

Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

Doc ID: 3ad43896f447b3e974c47cddb14f411b8c0f1e6f



Audit trail

| | |
|---|---|
| Title | 2024.10.28 Declaration of C. Neuhoff.pdf |
| File name | 2024.10.28%20Decl...0C.%20Neuhoff.pdf |
| Document ID | 3ad43896f447b3e974c47cddb14f411b8c0f1e6f |
| Audit trail date format | MM / DD / YYYY |
| Status | • Signed |

This document was requested from app.clio.com

## Document History

**SENT** — **10 / 28 / 2024** 17:52:57 UTC
Sent for signature to Carl Neuhoff (c.neuhoff@hndllc.com) from staylor@kaygriffin.com
IP: 209.235.190.35

**VIEWED** — **10 / 28 / 2024** 18:21:49 UTC
Viewed by Carl Neuhoff (c.neuhoff@hndllc.com)
IP: 96.87.201.65

**SIGNED** — **10 / 28 / 2024** 18:22:31 UTC
Signed by Carl Neuhoff (c.neuhoff@hndllc.com)
IP: 96.87.201.65

**COMPLETED** — **10 / 28 / 2024** 18:22:31 UTC
The document has been completed.

Powered by Dropbox Sign