# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JEFFREY RYAN FENTON, | ) |
| | ) |
| Plaintiff, | ) CASE NO. 3:24-CV-01282 |
| vs. | ) JUDGE CAMPBELL |
| | ) |
| VIRGINIA LEE STORY, ET AL., | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

In addition to Benjamin E. Goldammer and the law firm of Kay Griffin Evans, PLLC, Danica G. Suedekum hereby gives notice that she will represent Defendant Hostettler, Neuhoff & Davis, LLC.

/s/ Danica G. Suedekum
BENJAMIN E. GOLDAMMER (#026328)
DANICA G. SUEDEKUM (#036031)
Kay Griffin Evans, PLLC
222 Second Avenue North, Suite 340M
Nashville, Tennessee 37201
615-742-4800
ben.goldammer@kaygriffin.com
dgrosko@kaygriffin.com
*Attorneys for HND*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically via the Court's ECF system. Notice of this filing will be sent to all parties listed below by US Mail, and the Court's electronic filing system for those registered, on this the 29th day of October, 2024.

Jeffrey Ryan Fenton
17195 Silver Parkway #150
Fenton, MI 48430

Brian Joseph Gallagher
Lennon Miller PLC
151 S Rose St., Ste. 900
Kalamazoo, MI 49007

Peako Andrea Jenkins
TN Attorney General's Office
PO Box 20207
Nashville, TN 37202
*Attorneys for Michael Weimar Binkley, Elaine Beaty Beeler, Frank Goad Clement, Jr., Andy Dwane Bennett, William Neal McBrayer, James Michael Hivner, John Brandon Coke, Sandra Jane Leach Garrett, State of Tennessee, Williamson County Tennessee, Tennessee Administrative Office of the Courts, Tennessee Court of Appeals Middle Division, Chancery Court for Williamson County Tennessee, Williamson County Sheriff's Office, Supreme Court of Tennessee and Board of Professional Responsibility of the Supreme Court of Tennessee*

Valerie Henning Mock
Wilson Elser Moskowitz Edelman & Dicker, LLP
17197 N. Laurel Park Drive, Ste. 201
Livonia, MI 48152
*Attorney for Virginia Lee Story, Story and Abernathy, PLLC*

Ryan D. Cobb
U.S. Attorney
The Law Bldg.
330 Ionia Ave., NW
Grand Rapids, MI 49501
*Attorney for Charles M. Walker*

Sandra J. Densham
Plunkett Cooney
333 Bridge St., NW, Ste. 530
Grand Rapids, MI 49504
*Attorney for Roy Patrick Marlin and McArthur Sanders Real Estate*

Bret Chaness
Rubin Lublin, LLC
3145 Avalon Ridge Place, St. 100
Peachtree Corners, GA 30071
*Attorney for Rubin Lublin TN, PLLC*

Michael L. Gutierrez
Tyler A. Burk
Butzel Long PC
300 Ottawa Ave., NW, Ste. 620
Grand Rapids, MI 49503
*Attorneys for Cadence Bank, N.A.*

Dawn Nicole Williams
Dykema Gossett PLLC
Capitol View Bldg.
201 Townsend St., Ste. 900
Lansing, MI 48933

Laura C. Baucus
Dykema Gossett PLLC
39577 Woodward Ave., Ste. 300
Bloomfield Hills, MI 48304
*Attorneys for Bank of America N.A. and Bank of America Corporation*

Thomas E. Anderson
1187 Old Hickory Blvd., Ste. 125
Brentwood, TN 37027

Kathryn Lynn Yarbrough
1707 Stoney Hill Ln.
Spring Hill, TN 37174

Mary Elizabeth Maney Ausbrooks
120 Meadows Rd.
White House, TN 37188

Alexander Sergey Koval
5928 Stone Brook Dr.
Brentwood, TN 37027

Henry E. Hildebrand, III
217 Lauderdale Rd.
Nashville, TN 37205

Samuel Forrest Anderson
4509 Beacon Dr.
Nashville, TN 37215

Rothschild & Ausbrooks, PLLC
c/o RA: Mary Beth Ausbrooks
110 Glancy St., Ste. 109
Goodlettsville, TN 37072

Spragins, Barnett & Cobb, PLC
c/o RA: Alan Rheney
312 E. Lafayette St.
Jackson, TN 38301

Bankers Title & Escrow Corporation
c/o RA: R L Moore
3310 West End Ave., Ste. 540
Nashville, TN 37203

/s/ Danica G. Suedekum

3

Case 3:24-cv-01282   Document 135   Filed 10/29/24   Page 3 of 3 PageID #: 52