United States District Court
Middle District of Tennessee
Office of the Clerk
719 Church Street
Fred D. Thompson United States Courthouse
Nashville, Tennessee    37203
(615) 736–5498

## <u>NOTICE REGARDING BUSINESS ENTITY DISCLOSURE STATEMENT</u>

Pursuant to Local Rule 7.02 of the United States District Court for the Middle District of Tennessee, any **non–governmental business entity party** shall file a Business Entity Disclosure Statement, using the form located on the Court's website.

A party shall file the Business Entity Disclosure Statement as a separate document with its initial pleading, or other initial Court filing, and shall supplement the Business Entity Disclosure Statement within a reasonable time of any change in the information.

https://www.tnmd.uscourts.gov/forms/business–entity–disclosure–form/