# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JEFFREY RYAN FENTON, | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:24-cv-01282 |
| VIRGINIA LEE STORY, et al., | ) JUDGE CAMPBELL |
| Defendants. | ) |

## ORDER

On October 13, 2023, Plaintiff Jeffrey Ryan Fenton, proceeding pro se, filed this civil action against a host of defendants in the Western District of Michigan and paid the civil filing fee. On October 25, 2024, the Western District of Michigan determined that the case had been improperly filed in that venue and transferred the case to this District pursuant to 28 U.S.C. §§ 1391 and 1406. (Doc. No. 127.)

This action is **REFERRED** to the Magistrate Judge to enter a scheduling order for the management of the case, to dispose or recommend disposition of any pretrial motions under 28 U.S.C. §§ 636(b)(1)(A) and (B), and to conduct further proceedings, if necessary, under Rule 72(b) of the Federal Rules of Civil Procedure and the Local Rules of Court.

Plaintiff must keep the Court and opposing parties informed of a current mailing address and other contact information at all times, or face dismissal for want of prosecution. Fed. R. Civ. P. 41(b); M.D. Tenn. L.R. 41.01(b). Additional resources for pro se litigants, including forms, handbooks, and information sheets, are available on the Court's website. *See* https://www.tnmd.uscourts.gov/representing-yourself-federal-court.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE