> **ORDER:** The motion (Doc. No. 136) is GRANTED.
>
> */s/ William L. Campbell, Jr.*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEFFREY RYAN FENTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 3:24-cv-01282 |
| | ) JUDGE CAMPBELL |
| VIRGINIA LEE STORY, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR SUBSTITUTION OF COUNSEL

Defendant, the Honorable Charles M. Walker ("Judge Walker"), by and through the United States Attorney for the Middle District of Tennessee and the undersigned Assistant United States Attorney, pursuant to Local Rule 83.01(h), hereby moves this Court to allow substitution of counsel. Judge Walker states that Anica C. Jones should now be listed as counsel of record in this matter, and respectfully requests that Ryan D. Cobb be terminated as counsel of record in this matter.

Respectfully submitted,

THOMAS J. JAWORSKI
Acting United States Attorney
Middle District of Tennessee

s/ Anica C. Jones
ANICA C. JONES, B.P.R. #025325
Assistant United States Attorney
United States Attorney's Office
719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: (615) 736-5151
anica.jones@usdoj.gov