# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JEFFREY RYAN FENTON, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) Case No. 3:24-cv-01282 |
| | ) |
| VIRGINIA LEE STORY, et al., | ) |
| | ) JUDGE CAMPBELL |
| Defendants, | ) |
| | ) |

## NOTICE OF APPEARANCE

Please take notice that Heather Wright and Erik Halvorson of the law firm of Bradley Arant Boult Cummings LLP, ONE 22 ONE, 1221 Broadway, Suite 2400, Nashville, Tennessee 37203, hereby file their Notice of Appearance as counsel for Bank of America, N.A. All inquiries, pleadings and court documents should be filed and served upon the undersigned.

Respectfully submitted,

*/s/ Erik Halvorson*
Heather Howell Wright, Esq. (BPR 030649)
Erik Halvorson, Esq. (BPR 040260)
Bradley Arant Boult Cummings, LLP
ONE 22 ONE
1221 Broadway, Suite 2400
Nashville, Tennessee 37203
Telephone: (615) 252-2342
Facsimile: (615) 252-6342
hwright@bradley.com
ehalvorson@bradley.com

*Attorneys for Defendant Bank of America, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will serve the parties to this litigation.

*/s/ Erik Halvorson*
Erik Halvorson