IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEFFREY RYAN FENTON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:24-cv-01282 |
| | ) JUDGE WILLIAM L. CAMPBELL, JR. |
| | ) Magistrate Judge Barbara D. Holmes |
| VIRGINIA LEE STORY, *et al.*, | ) |
| | ) JURY DEMAND |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Kimberly M. Ingram-Hogan of Bradley Arant Boult Cummings LLP hereby enters her appearance as counsel of record for Defendant Cadence Bank and requests service of all pleadings, orders, and other filings in this case.

Respectfully submitted,

*/s/ Kimberly M. Ingram-Hogan*
George H. Cate, III (BPR #12595)
Kimberly M. Ingram-Hogan (BPR #35191)
BRADLEY ARANT BOULT CUMMINGS LLP
1221 Broadway
Suite 2400
Nashville, TN 37203
Telephone: (615) 244-2582
Facsimile: (615) 252-6380
gcate@bradley.com
kingram@bradley.com

*Attorneys for Defendant Cadence Bank*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Notice of Appearance was served on the following via the Court's CM/ECF system on November 4, 2024:

Jeffrey Ryan Fenton
17195 Silver Parkway #150
Fenton, MI 48430

*Pro Se Plaintiff*

Valerie Henning Mock (P55572)
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
17197 N Laurel Park Dr., Ste. 201
Livonia, MI 48152
valerie.mock@wilsonelser.com

*Counsel for Defendants Story, Story and Abernathy, PLLC*

Brian J. Gallagher (P72712)
LENNON MILLER PLC
151 South Rose Street, Suite 900
Kalamazoo, MI 49007
bgallagher@lennonmiller.com

*Counsel for Defendants Beeler; Bennett; Binkley; Board of Professional Responsibility of the Supreme Court of TN; Chancery Court for Williamson County, TN; Clement; Coke; Garrett; Hivner; McBrayer; State of TN; Supreme Court of the State of TN; TN Admin Office of the Courts; TN Court of Appeals Middle Division; Williamson County; Williamson County Sheriff's Office ("The Tennessee Defendants")*

Sandra J. Densham (P69397)
PLUNKETT COONEY
333 Bridge St., NW, Ste. 530
Grand Rapids, MI 49504
sdensham@plunkettcooney.com

*Counsel for Defendants Marlin, McCarthur Sanders Real Estate*

Bret J. Chaness (720572)
RUBIN LUBLIN, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
bchaness@rlselaw.com

*Counsel for Rubin Lublin TN, PLLC*

Thomas E. Anderson
1187 Old Hickory Blvd., Ste. 125
Brentwood, TN 37027

*Pro Se Defendant*

                                          */s/ Kimberly M. Ingram-Hogan*
                                          Kimberly M. Ingram-Hogan