IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

_Jeffrey Ryan Fenton_,
    Plaintiff(s),

v.    Case No. _3:24-cv-01282_

_Virginia Lee Story, et al._,
    Defendant(s).

**BUSINESS ENTITY DISCLOSURE**
**(Disclosure of corporate affiliations, business entity citizenship, and financial interests)**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, _Hostettler, Neuhoff & Davis, LLC_ makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. Attach separate pages as necessary to fully provide required information.**

☐ This party is an individual, who resides in _____.

☐ This party is a publicly held corporation or other publicly held entity, incorporated in _____ and with a principal place of business in _____.

☐ This party is a privately held corporation, incorporated in _____ and with a principal place of business in _____.

☐ This party has parent corporations

    If yes, identify **on attached page(s)** all parent corporations, including grandparent and great- grandparent corporations.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify **on attached page(s)** all such owners.

| [X] | This party is a limited liability company or limited liability partnership. |

> If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

| [ ] | This party is an unincorporated association or entity. |

> If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

| [ ] | This party is trust. |

> If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

| [ ] | Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation. |

> If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

**Any additional pertinent information should also be provided on attached page(s).**

Date: 11/05/2024

Signature: /s/ Danica G. Suedekum

Printed Name: Danica G. Suedekum

Title: Attorney

**CERTIFICATE OF SERVICE**
**[Include certificate of service pursuant to LR 5.01.**
**Attach as separate page if necessary due to space constraints.]**

In support of Hostettler, Neuhoff & Davis, LLC's ("HND") Business Entity Disclosure Statement, HND States:

1. HND is a Tennessee limited liability company.

2. The members of HND are William Hostettler, Sr., a citizen and resident of Tennessee, and Carl A. Neuhoff, Jr., a citizen and resident of Tennessee.

Respectfully submitted,

/s/ Danica G. Suedekum
BENJAMIN E. GOLDAMMER (#026328)
DANICA G. SUEDEKUM (#036031)
Kay Griffin Evans, PLLC
222 Second Avenue North, Suite 340M
Nashville, Tennessee 37201
615-742-4800
ben.goldammer@kaygriffin.com
dgrosko@kaygriffin.com
*Attorneys for HND*

# **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was filed electronically via the Court's ECF system. Notice of this filing will be sent to all parties by the Court's electronic filing system, or by U.S. mail for those not registered, on this the 5th day of November, 2024.

| | |
|---|---|
| Jeffrey Ryan Fenton<br>17195 Silver Parkway #150<br>Fenton, MI 48430 | Peako Andrea Jenkins<br>TN Attorney General's Office<br>PO Box 20207<br>Nashville, TN 37202<br>Peako.jenkins@ag.tn.gov<br>*Attorneys for Michael Weimar Binkley, Frank Goad Clement, Jr., Andy Dwane Bennett, William Neal McBrayer, James Michael Hivner, John Brandon Coke, Sandra Jane Leach Garrett, State of Tennessee, Williamson County Tennessee, Tennessee Administrative Office of the Courts, Tennessee Court of Appeals Middle Division, Chancery Court for Williamson County Tennessee, Supreme Court of Tennessee and Board of Professional Responsibility of the Supreme Court of Tennessee* |
| Megan R. Calme<br>Sarah M. Mathews<br>Wilson Elser Moskowitz Edelman & Dicker, LLP<br>3102 West End Avenue, Suite 400<br>Nashville, TN 37203<br>Megan.calme@wilsonelser.com<br>Sarah.mathews@wilsonelser.com<br><br>Valerie Henning Mock<br>Wilson Elser Moskowitz Edelman & Dicker, LLP<br>17197 N. Laurel Park Drive, Ste. 201<br>Livonia, MI 48152<br>Valerie.mock@wilsonelser.com<br>*Attorney for Virginia Lee Story, Story and Abernathy, PLLC* | Anica Clarissa Jones<br>U.S. Attorney's Office (Nashville)<br>719 Church Street, Suite 3300<br>Nashville, TN 37203<br>Anica.jones@usdoj.gov<br>*Attorney for Charles M. Walker* |
| | |

| | |
|---|---|
| Sandra J. Densham<br>Plunkett Cooney<br>333 Bridge St., NW, Ste. 530<br>Grand Rapids, MI 49504<br>sdensham@plunkettcooney.com<br>*Attorney for Roy Patrick Marlin and McArthur Sanders Real Estate* | Bret Chaness<br>Rubin Lublin, LLC<br>3145 Avalon Ridge Place, St. 100<br>Peachtree Corners, GA 30071<br>bchaness@rlselaw.com<br>*Attorney for Rubin Lublin TN, PLLC* |
| George H. Cate, III<br>Kimberly Michelle Ingram-Hogan<br>Bradley Arant Boult Cummings, LLP<br>1221 Broadway, Suite 2400<br>Nashville, TN 37203<br>gcate@bradley.com<br>kingram@bradley.com<br><br>Michael L. Gutierrez<br>Tyler A. Burk<br>Butzel Long PC<br>300 Ottawa Ave., NW, Ste. 620<br>Grand Rapids, MI 49503<br>gutierrez@butzel.com<br>burkt@butzel.com<br>*Attorneys for Cadence Bank, N.A.* | Erik Halvorson<br>Bradley Arant Boult Cummings, LLP<br>1221 Broadway, Suite 2400<br>Nashville, TN 37203<br>ehalvorson@bradley.com<br><br>Dawn Nicole Williams<br>Dykema Gossett PLLC<br>Capitol View Bldg.<br>201 Townsend St., Ste. 900<br>Lansing, MI 48933<br>dwilliams@dykema.com<br><br>Laura C. Baucus<br>Dykema Gossett PLLC<br>39577 Woodward Ave., Ste. 300<br>Bloomfield Hills, MI 48304<br>lbaucus@dykema.com<br>*Attorneys for Bank of America N.A. and Bank of America Corporation* |
| Lisa M. Carson<br>Buerger, Moseley & Carson, PLC<br>4068 Rural Plains Circle, Suite 100<br>Franklin, TN 37064<br>lcarson@buergerlaw.com<br>*Attorney for Elaine Beaty Beeler, Williamson County Sheriff's Office* | |
| Thomas E. Anderson<br>1187 Old Hickory Blvd., Ste. 125<br>Brentwood, TN 37027 | Kathryn Lynn Yarbrough<br>1707 Stoney Hill Ln.<br>Spring Hill, TN 37174 |
| Mary Elizabeth Maney Ausbrooks<br>120 Meadows Rd.<br>White House, TN 37188 | Alexander Sergey Koval<br>5928 Stone Brook Dr.<br>Brentwood, TN 37027 |

| Henry E. Hildebrand, III<br>217 Lauderdale Rd.<br>Nashville, TN 37205 | Samuel Forrest Anderson<br>4509 Beacon Dr.<br>Nashville, TN 37215 |
|---|---|
| Rothschild & Ausbrooks, PLLC<br>c/o RA: Mary Beth Ausbrooks<br>110 Glancy St., Ste. 109<br>Goodlettsville, TN 37072 | Spragins, Barnett & Cobb, PLC<br>c/o RA: Alan Rheney<br>312 E. Lafayette St.<br>Jackson, TN 38301 |
| Bankers Title & Escrow Corporation<br>c/o RA: R L Moore<br>3310 West End Ave., Ste. 540<br>Nashville, TN 37203 | |

/s/ Danica G. Suedekum