UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEFFREY RYAN FENTON, | ) |
| PLAINTIFF, | ) ) ) |
| v. | ) Case No. 3:24-cv-01282 ) |
| VIRGINIA LEE STORY, et al., | ) ) JUDGE CAMPBELL |
| Defendants, | ) ) ) |

## STIPULATION TO EXTEND TIME FOR BANK OF AMERICA, N.A. TO RESPOND TO AMENDED COMPLAINT

Plaintiff Jeffrey Ryan Fenton ("Plaintiff") and Defendant Bank of America, N.A. ("BANA") (collectively, "Parties") agree as follows:

1. BANA received the summons and Complaint in this case via United States Mail on or about October 2, 2024.

2. The Parties negotiated a joint stipulation extending the time for BANA to respond to Plaintiff's Amended Complaint. Doc. 125.

3. On October 25, 2024, the District Court for the Western District of Michigan transferred this case to this Court. Doc. 127.

4. As a result of the transfer, the District Court for the Western District of Michigan did not enter an order memorializing the Parties' stipulation. *See* Doc. 125-1.

5. On or around October 30, 2024, BANA retained counsel in Tennessee.

**THE PARTIES THEREFORE AGREE** as follows: BANA is granted an extension until November 20, 2024, to respond to Plaintiff's Amended Complaint.

| | |
|---|---|
| JEFFREY RYAN FENTON | BRADLEY ARANT BOULT CUMMINGS LLP |
| By: *(signature)*<br>Jeffrey Ryan Fenton, pro se<br>Plaintiff<br>17195 Silver Parkway #150<br>Fenton, MI 84830<br>Telephone: (615)-837-1300<br>Email: contact@jefffenton.com | By: /s/ Erik Halvorson<br>Heather Howell Wright, Esq. (BPR 030649)<br>Erik Halvorson, Esq. (BPR 040260)<br>Attorneys for Bank of America, N.A.<br>ONE 22 ONE<br>Telephone: (615) 252-2342<br>Facsimile: (615) 252-6342<br>hwright@bradley.com<br>ehalvorson@bradley.com |