UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEFFREY RYAN FENTON, | ) |
| PLAINTIFF, | ) |
| v. | ) Case No. 3:24-cv-01282 |
| VIRGINIA LEE STORY, et al., | ) JUDGE CAMPBELL |
| Defendants, | ) |

## ORDER EXTENDING TIME FOR BANK OF AMERICA, N.A. TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Upon consideration of Plaintiff Jeffrey Ryan Fenton ("Plaintiff") and Defendant Bank of America, N.A. ("BANA") (collectively, "Parties") stipulation to extend BANA's time to respond to the Amended Complaint, the Court finds that good cause exists under Rule 6(b)(1)(a) to extend the time for Defendant BANA to answer or otherwise respond to Plaintiff's Amended Complaint.

The Court hereby orders that Defendant BANA is granted an extension until November 20, 2024, to respond to Plaintiff's Amended Complaint.

It is so **ORDERED:**

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE