UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEFFREY RYAN FENTON, | ) |
| PLAINTIFF, | ) |
| v. | ) Case No. 3:24-cv-01282 |
| VIRGINIA LEE STORY, et al., | ) |
| | ) JUDGE CAMPBELL |
| Defendants, | ) Magistrate Judge Holmes |

## MOTION FOR SUBSTITUTION OF COUNSEL

Defendant Bank of America, N.A. ("BANA"), by and through undersigned counsel, hereby moves this Court to substitute Heather Howell Wright and Erik Halvorson of Bradley Arant Boult Cummings LLP (collectively "Bradley") as counsel for BANA in place of Laura C. Baucus of Dykema Gossett PLLC (collectively "Dykema") in light of the transfer of this case from the United States District Court for the Western District of Michigan to this Court. Doc. 127. Upon the transfer of this case to this Court, BANA retained Bradley to serve as its counsel in Tennessee, as evidenced by the Notice of Appearance filed on November 1, 2024. Doc. 150.

WHEREFORE, BANA respectfully requests that this Court enter the Proposed Order attached as **Exhibit A** to this Motion substituting Bradley as counsel for BANA in place of Dykema and permitting Dykema to withdraw as counsel of record.

1

Respectfully submitted,

*/s/ Erik Halvorson*
Heather Howell Wright, Esq. (BPR 030649)
Erik Halvorson, Esq. (BPR 040260)
Bradley Arant Boult Cummings, LLP
ONE 22 ONE
1221 Broadway, Suite 2400
Nashville, Tennessee 37203
Telephone: (615) 252-2342
Facsimile: (615) 252-6342
hwright@bradley.com
ehalvorson@bradley.com

*Attorneys for Defendant Bank of America, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will serve the parties to this litigation.

*/s/ Erik Halvorson*
Erik Halvorson