UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JEFFREY RYAN FENTON, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | Case No. 3:24-cv-01282 |
| | ) | |
| VIRGINIA LEE STORY, et al., | ) | |
| | ) | JUDGE CAMPBELL |
| Defendants, | ) | Magistrate Judge Holmes |
| | ) | |

## [PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL

Pursuant to the Motion for Substitution of Counsel by Defendant Bank of America, N.A. and for good cause shown, it is hereby ORDERED that Heather Howell Wright and Erik Halvorson of Bradley Arant Boult Cummings LLP are hereby substituted as counsel for Bank of America, N.A. in place of Laura C. Baucus of Dykema Gossett PLLC. Laura C. Bauca and Dykema Gossett PLLC are hereby withdrawn as counsel of record in this action.

Entered this _____ day of _____, 2024.


It is so **ORDERED:**

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE