IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JEFFREY RYAN FENTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 3:24-cv-01282 |
| | ) | JUDGE CAMPBELL |
| VIRGINIA LEE STORY, et al., | ) | MAGISTRATE JUDGE HOLMES |
| | ) | |
| Defendants. | ) | |

**EMERGENCY MOTION
TO REDACT OR SEAL PORTIONS OF FILED DOCUMENTS**

Pursuant to Local Rule 5.03, Defendant Honorable Charles Walker (Judge Walker) requests that portions of filed documents be redacted or sealed, stating as follows:

1. Judge Walker is a federal bankruptcy judge. He has expressed privacy and safety concerns relating to his private address being publicly disclosed in filings in this action.

2. There is good cause to remove judge Walker's address from the filings in this action. Judge Walker's privacy and security interests outweigh the public's interest in this private information, and the details of his address are not relevant to the merits in this action. *See In re Knoxville News-Sentinel Co., Inc.*, 723 F.2d 470, 474 (6th Cir. 1983); *Malhan v. Grewal*, Civil Action No. 16-8495 (CCC), 2020 WL 6689753, at *2 (D. N.J. Nov. 13, 2020); *Scheffler v. City of New Hope*, Case No. 18-cv-1690 (SRN/LIB) 2018 WL 6012181, at *2 (D. Minn. Nov. 16, 2018) (recognizing that "Judges, in particular, have a critical need to maintain their privacy because of the possible threat posed by dissatisfied litigants. . . ."); *Concerned Pastors for Social Action v. Khouri,* Case No. 16-10277, 2016 WL 8261002, at *1 (E.D. Mich. Oct. 25, 2016) (finding that witnesses' home addresses were irrelevant to the merits of the action and ordering redactions).

3. Accordingly, Defendant asks that the Clerk of Court redact from the ECF in this case any filings that include Judge Walker's private address or, alternatively, seal the specific pages containing the information. These filings include ECF No. 16-1, PageID.2293; ECF No. 66, PageID.4874; and ECF No. 95-1, PageID.5252, 5254.

4. Defendant further asks the Court to order Plaintiff to refrain from including Judge Walker's unredacted address in any future filings in this action.

5. Pursuant to Local Rule 7.01, Defendant's counsel made attempts to consult with Plaintiff regarding this motion. Defendant's counsel left Plaintiff a voicemail on October 31. Emails were exchanged between Plaintiff and Defendant's counsel on November 1, 4, and 5. Defendant's counsel left Plaintiff another voicemail on November 5. At the time of this filing, Defendant's counsel has not secured Plaintiff's assent to filing this motion jointly.

For the reasons discussed above, Defendant's motion should be granted.

Respectfully submitted,

THOMAS J. JAWORSKI
Acting United States Attorney
Middle District of Tennessee

s/ Anica C. Jones
ANICA C. JONES, B.P.R. #025325
Assistant United States Attorney
United States Attorney's Office
719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: (615) 736-5151
anica.jones@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following, if registered, by operation of the Court's electronic filing system. If not registered, notice was sent by First Class, United States mail, postage prepaid, to the following:

| | |
|---|---|
| Jeffrey Ryan Fenton<br>17195 Silver Parkway #150<br>Fenton, MI 48430 | Valerie Henning Mock<br>Wilson Elser Moskowitz Edelman & Dicker LLP (Livonia)<br>17197 N Laurel Park Drive, Ste. 201<br>Livonia, MI 48152 |
| Brian Joseph Gallagher<br>Lennon Miller PLC<br>151 S Rose Street, Ste. 900<br>Kalamazoo, MI 49007 | Peako Andrea Jenkins<br>Tennessee Attorney General's Office<br>P.O. Box 20207<br>Nashville, TN 37202-0207 |
| Sandra J. Densham<br>Plunkett Cooney (Grand Rapids)<br>333 Bridge Street, NW, Ste. 530<br>Grand Rapids, MI 49504 | Thomas E. Anderson<br>1187 Old Hickory Blvd., Ste. 125<br>Brentwood, TN 37027 |
| Laura C. Baucus<br>Dykema Gossett PLLC (Bloomfield Hills)<br>39577 Woodward Avenue, Ste. 300<br>Bloomfield Hills, MI 48304 | Bret Chaness<br>Rubin Lublin, LLC<br>3145 Avalon Ridge Place, Ste 100<br>Peachtree Corners, GA 30071 |
| Benjamin E. Goldammer<br>Danica G Suedekum<br>Kay Griffin, PLLC<br>222 Second Avenue North, Suite 340-M<br>Nashville, TN 37201 | Michael L. Gutierrez<br>Tyler A. Burk<br>Butzel Long PC (GR)<br>300 Ottawa Avenue, NW, Ste. 620<br>Grand Rapids, MI 49503 |
| Dawn Nicole Williams<br>Dykema Gossett PLLC (Lansing)<br>Capitol View Bldg.<br>201 Townsend Street, Ste. 900<br>Lansing, MI 48933 | |

        s/ Anica C. Jones
        ANICA C. JONES
        Assistant United States Attorney