> **ORDER:** The motion (Doc. No. 153) is GRANTED.
>
> /s/ William L. Campbell, Jr.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **JEFFREY RYAN FENTON,** | ) |
| Plaintiff, | ) |
| | ) Case No. 3:24-cv-01282 |
| v. | ) JUDGE WILLIAM L. CAMPBELL, JR. |
| | ) Magistrate Judge Barbara D. Holmes |
| **VIRGINIA LEE STORY,** *et al.*, | ) |
| | ) JURY DEMAND |
| Defendants. | ) |

## MOTION FOR SUBSTITUTION OF COUNSEL
## FOR DEFENDANT CADENCE BANK

Defendant Cadence Bank, through undersigned counsel, hereby move this Court to substitute George H. Cate, III and Kimberly M. Ingram-Hogan of Bradley Arant Boult Cummings LLP (collectively "Bradley") as counsel for Defendant in place of Michael L. Gutierrez and Tyler A. Burk of Butzel Long PC (hereinafter "Butzel"). As grounds for this Motion, Defendant Cadence Bank states that Butzel was retained as Cadence Bank's counsel when this case was pending in the United States District Court for the Western District of Michigan. By Order entered October 25, 2024 (Dkt. #127), this case was transferred to this Court pursuant to 28 U.S.C. § 1406(a). Now that this case has been transferred to the Middle District of Tennessee, Cadence Bank has retained Bradley to serve as its counsel, as reflected by Notices of Appearance filed on November 4, 2024. The purpose of this Motion is to substitute Bradley as counsel for Defendant in place of Butzel and to allow Butzel to withdraw.

Accordingly, Defendant requests that this Motion be granted. A proposed Order has been submitted.