ORDER: The motion (Doc. No. 154) is GRANTED.

*/s/ William L. Campbell Jr.*

# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| JEFFREY RYAN FENTON | ) | |
| | ) | **CASE NO.3:24-cv-01282** |
| Plaintiff, | ) | |
| | ) | **JUDGE CAMPELL** |
| vs. | ) | |
| | ) | |
| VIRGINIA LEE STORY, et al | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS' MOTION TO SUBSTITUTE COUNSEL

COME NOW Defendants, Virginia Lee Story and Story and Abernathy, PLLP (collectively, "Defendants"), and file this Motion to Substitute Counsel, and in support thereof would show the Court the following:

In connection herewith, Defendants respectfully request that Megan R. Calme (SBN: 038145) and Sarah M. Mathews (SBN: 030246) of Wilson Elser Moskowitz Edelman & Dicker, LLP, 3102 West End Ave, Suite 400, Nashville, Tennessee 37203, be substituted as counsel of record for Defendants, and that Valerie H. Mock (SBN: P55572), and Nicole Gettler (SBN: P76130) be withdrawn as counsel of record for Defendants.

This substitution will not cause any delay in the progress of this suit. By copy hereof, notice of this designation is being provided to all other parties as required by the Tennessee Rules of Civil Procedure.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully pray that this honorable Court grant their Motion to Substitute Counsel, and further grant Defendants any and all relief to which they may show themselves to be justly entitled.