In support of Hostettler, Neuhoff & Davis, LLC's ("HND") Business Entity Disclosure Statement, HND States:

1. HND is a Tennessee limited liability company.

2. The members of HND are William Hostettler, Sr., a citizen and resident of Tennessee, and Carl A. Neuhoff, Jr., a citizen and resident of Tennessee.

Respectfully submitted,

/s/ Danica G. Suedekum
BENJAMIN E. GOLDAMMER (#026328)
DANICA G. SUEDEKUM (#036031)
Kay Griffin Evans, PLLC
222 Second Avenue North, Suite 340M
Nashville, Tennessee 37201
615-742-4800
ben.goldammer@kaygriffin.com
dgrosko@kaygriffin.com
*Attorneys for HND*