IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Jeffrey Ryan Fenton
_____ ,
            Plaintiff(s),

v.                                                    Case No. 3:24-cv-01282 _____

Virginia Lee Story, et al.
_____ ,
            Defendant(s).

## BUSINESS ENTITY DISCLOSURE
### (Disclosure of corporate affiliations, business entity citizenship, and financial interests)

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, _____Cadence Bank_____ makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. <u>Attach separate pages as necessary to fully provide required information</u>.**

☐   This party is an individual, who resides in _____.

☒   This party is a publicly held corporation or other publicly held entity, incorporated in ____Mississippi____ and with a principal place of business in ____Mississippi____.

☐   This party is a privately held corporation, incorporated in _____ and with a principal place of business in _____.

☐   This party has parent corporations

    If yes, identify **on attached page(s)** all parent corporations, including grandparent and great- grandparent corporations.

☒   Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify **on attached page(s)** all such owners.

☐ This party is a limited liability company or limited liability partnership.

   If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

☐ This party is an unincorporated association or entity.

   If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is trust.

   If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

   If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

**Any additional pertinent information should also be provided on attached page(s).**

Date: 11/7/2024          Signature: /s/ George H. Cate, III

                         Printed Name: George H. Cate, III

                         Title: Attorney for Cadence Bank

**CERTIFICATE OF SERVICE**
**[Include certificate of service pursuant to LR 5.01.**
**Attach as separate page if necessary due to space constraints.]**

## ATTACHMENT TO CORPORATE DISCLOSURE FORM

Pursuant to Federal Rules of Civil Procedure 7.1 and Middle District of Tennessee Local Rule 7.02, Cadence Bank discloses that it is a publicly traded company with no corporate parent. The Vanguard Group, Inc. owns 10% or more of Cadence Bank's stock.

Respectfully submitted,

/s/ George H. Cate, III
George H. Cate, III (BPR #12595)
Kimberly M. Ingram-Hogan (BPR #35191)
BRADLEY ARANT BOULT CUMMINGS LLP
1221 Broadway
Suite 2400
Nashville, TN 37203
Telephone: (615) 244-2582
Facsimile: (615) 252-6380
gcate@bradley.com
kingram@bradley.com

*Attorneys for Defendant Cadence Bank*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was served on the following via the Court's CM/ECF system on November 7, 2024:

Jeffrey Ryan Fenton
17195 Silver Parkway #150
Fenton, MI 48430

*Pro se Plaintiff*

Valerie Henning Mock (P55572)
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
17197 N Laurel Park Dr., Ste. 201
Livonia, MI 48152
valerie.mock@wilsonelser.com

*Counsel for Defendants Story; Story and Abernathy, PLLC*

Brian J. Gallagher (P72712)
LENNON MILLER PLC
151 South Rose Street, Suite 900
Kalamazoo, MI 49007
bgallagher@lennonmiller.com

*Counsel for Defendants Beeler; Bennett; Binkley; Board of Professional Responsibility of the Supreme Court of TN; Chancery Court for Williamson County, TN; Clement; Coke; Garrett; Hivner; McBrayer; State of TN; Supreme Court of the State of TN; TN Admin*

*Office of the Courts; TN Court of Appeals Middle Division; Williamson County; Williamson County Sheriff's Office ("The Tennessee Defendants")*

Sandra J. Densham (P69397)
PLUNKETT COONEY
333 Bridge St., NW, Ste. 530
Grand Rapids, MI 49504
sdensham@plunkettcooney.com

*Counsel for Defendants Marlin; McCarthur Sanders Real Estate*

Bret J. Chaness (720572)
RUBIN LUBLIN, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
bchaness@rlselaw.com

*Counsel for Rubin Lublin TN, PLLC*

Thomas E. Anderson
1187 Old Hickory Blvd., Ste. 125
Brentwood, TN 37027

*Pro se Defendant*


                                        */s/ George H. Cate, III*