IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEFFREY RYAN FENTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:24-cv-01282 |
| ) | |
| ) | JUDGE CAMPBELL |
| VIRGINIA LEE STORY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

I hereby recuse myself in this case. As all District and Magistrate Judges of the Middle District of Tennessee have recused in this matter, a District Judge from outside the District will be designated by the Sixth Circuit Court of Appeals. When the designation is made, the case will be reassigned.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE