IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEFFREY RYAN FENTON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:24-cv-01282 |
| VIRGINIA LEE STORY, ET AL., | ) |
| Defendants. | ) |

### MOTION TO DISMISS OF WILLIAMSON COUNTY, TENNESSEE AND WILLIAMSON COUNTY SHERIFF'S OFFICE

Come Defendants Williamson County and Williamson County Sheriff's Office (the "County Defendants"),[1] by and through counsel, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, move the Court to dismiss[2] the claims raised against them in the Amended Complaint.

For cause, the County Defendants would show that, as to each of the Counts of the Amended Complaint, all claims arising more than a year prior to October 13, 2023,

---

[1] Williamson County Sheriff's Office is not a separate legal entity from Williamson County, Tennessee, but is named separately in the Amended Complaint. Accordingly, Williamson County moves on its own behalf and on behalf of its Sheriff's Department for dismissal. A third Defendant represented by counsel herein, Chancery Clerk and Master Elaine Beeler, has not been served with process and will file an appropriate responsive pleading at a future time.

[2] These Defendants filed a limited appearance in the Western District of Michigan for purposes of challenging venue and jurisdiction in that Court. In light of the Court's transfer of the claim to the appropriate venue, Defendants now challenge the Amended Complaint on the basis of Plaintiff's failure to state a claim upon which relief can be granted.

the date of filing of the initial Complaint, are barred by the statute of limitations.[3] Further, even if not barred by the statute of limitations, the claims outlined in the Amended Complaint should be dismissed where Plaintiff fails to plead facts sufficient to state a claim upon which relief can be granted as to any of the claims against these Defendants. Finally, Plaintiff's state law tort claims are barred by the Tennessee Governmental Tort Liability Act. For the foregoing reasons and as more specifically outlined in the Memorandum of Law filed herewith, Defendants Williamson County and Williamson County Sheriff's Office respectfully request that the claims against them be dismissed.

Respectfully submitted,

/s/Lisa M. Carson
Lisa M. Carson, BPR# 14782
**BUERGER, MOSELEY & CARSON, PLC**
*Attorney for Defendants Williamson County, Tennessee and Williamson County Sheriff's Office*
4068 Rural Plains Circle, Suite 100
Franklin, TN 37064
Telephone: (615) 794-8850
Facsimile: (615) 790-8861
Email: lcarson@buergerlaw.com

---

[3] Williamson County Sheriff's Office was not named in the initial Complaint, but only in the Amended Complaint. Accordingly, if it were a separate entity from Williamson County, which it is not, the statute of limitations would bar any action arising more than a year prior to August 21, 2024, a year prior to the filing of the Amended Complaint.

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been filed and delivered via U.S. mail on November 18, 2024, to the following:

Jeffrey Ryan Fenton
17198 Silver Parkway, #150
Fenton, MI 48430-3426

I certify that a true and exact copy of the foregoing has been forwarded via the Court's electronic filing system on November 18, 2024, to the following:

Megan R. Calme
Wilson Elser Moskowitz Edelman & Dicker, LLP
3102 West End Avenue
Suite 400
Nashville, TN 37203

Sarah M. Mathews
Wilson Elser Moskowitz Edelman & Dicker, LLP
3102 West End Avenue
Suite 400
Nashville, TN 37203

Anica Clarissa Jones
U.S. Attorney's Office
719 Church Street
Suite 3300
Nashville, TN 37203

Sandra J. Densham
Plunkett Cooney
333 Bridge Street, NW, Suite 530
Grand Rapids, MI 49504

Thomas Anderson
1187 Old Hickory Boulevard, Suite 125
Brentwood, TN 37027

Laura C. Baucus
Dykema Gossett PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304

Bret Chaness
Rublin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071

Dawn Nicole Williams
Dykema Gossett PLLC
Capitol View Building
201 Townsend Street, Suite 900
Lansing, MI 48933

Peako Jenkins
Assistant Attorney General
P.O. Box 20207
Nashville, TN 37202-0207

Benjamin E. Goldammer
Danica G. Suedekum
Kay Griffin, PLLC
222 Second Avenue North
Suite 340-M
Nashville, TN 37201

George H. Cate, III
Bradley Arant Boult Cummings, LLP
(Nashville, TN Office)
1221 Broadway
Suite 2400
Nashville, TN 37203

Kimberly Michelle Ingram-Hogan
Bradley Arant Boult Cummings, LLP
(Nashville, TN Office)
1221 Broadway
Suite 2400
Nashville, TN 37203

Erik Halvorson
Bradley Arant Boult Cummings, LLP
(Nashville, TN Office)
1221 Broadway
Suite 2400
Nashville, TN 37203

*/s/Lisa M. Carson*