UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **JEFFREY RYAN FENTON,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**VIRGINIA LEE STORY, MICHAEL** )<br>**WEIMAR BINKLEY, KATHRYN LENN** )<br>**YARBROUGH, ELAINE BEATY BEELER,** )<br>**MARY ELIZABETH MANEY AUSBROOKS,** )<br>**ALEXANDER SERGEY KOVAL, HENRY** )<br>**EDWARD HILDEBRAND III, CHARLES M.** )<br>**WALKER, THOMAS EARL EUGENE** )<br>**ANDERSON, ROY PATRICK MARLIN,** )<br>**SAMUEL FORREST ANDERSON, JAMES** )<br>**MICHAEL HIVNER, JOHN BRANDON** )<br>**COKE, SANDRA JANE LEACH GARRETT,** )<br>**Individually and in their official capacities,** )<br>**FRANK GOAD CLEMENT JR., ANDY** )<br>**DWANE BENNETT, WILLIAM NEAL** )<br>**MCBRAYER, In their official capacities,** )<br>**STORY, BARNETT, & COBB, PLC, RUBIN** )<br>**LUBLIN TN, PLLC, BANK OF AMERICA** )<br>**CORPORATION, CADENCCE BANK,** )<br>**STATE OF TENNESSEE, COUNTY OF** )<br>**WILLIAMSON TENNESSEE, WILLIAMSON** )<br>**COUNTY SHERIFF'S OFFICE, CHANCERY** )<br>**COURT FOR WILLIAMSON COUNTY** )<br>**TENNESSEE, TENNESSEE COURT OF** )<br>**APPEALS MIDLLE DIVISION, SUPREME** )<br>**COURT OF THE STATE OF TENNESSE,** )<br>**BOARD OF PROFESSIONAL** )<br>**RESPONSIBILITY OF THE SUPREME** )<br>**COURT OF TN, TENNESSEE** )<br>**ADMINISTRATIVE OFFICE OF THE** )<br>**COURTS,** )<br>)<br>**Defendants.** ) | No. 3:24-cv-01282 |

## NOTICE OF ENTRY OF APPEARANCE

Comes the firm Leitner, Williams, Dooley & Napolitan, PLLC, and hereby gives notice of its

entry of appearance as counsel of record for Defendant, Henry Edward Hildebrand, III, without

waiving any available defenses.

Respectfully submitted,

**LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC**

By: */s/ Anthony M. Noel*
**Anthony M. Noel**
BPRN 018828
**Laura Bassett**
BPRN 035936
750 Old Hickory Boulevard
Building One, Suite 200
Brentwood, Tennessee 37027
(615) 255-7722
tony.noel@leitnerfirm.com
laura.bassett@leitnerfirm.com

*Attorneys for Defendant*
*Henry Edward Hildebrand, III*

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record:

> Jeffrey Ryan Fenton
> 17195 Silver Parkway, #150
> Fenton, Michigan 48430-3426
> contact@jefffenton.com
>
> *Pro Se Plaintiff*

This the 19th day of November, 2024.

By: */s/ Anthony M. Noel*
**Anthony M. Noel**
