Civil Action No. 1:23-cv-1097
**3:24-CV-01282**

## AMENDED PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    HOSTETTLER, NEUHOFF & DAVIS, LLC,

was received by me on *(date)*    August 21, 2024

**RECEIVED**
NOV 2 5 2024
U.S. District Court
Middle District of TN

☒ Other *(specify)*:

    Proof of Service for defendant HOSTETTLER, NEUHOFF & DAVIS, LLC, was filed in this lawsuit in ECF 95-1, PID.5247-5251. However, due to concerns related to the delay of several outstanding defendants making an appearance in this matter, including defendant HOSTETTLER, NEUHOFF & DAVIS, LLC, out of an abundance of caution, service of defendant HOSTETTLER, NEUHOFF & DAVIS, LLC, was initiated for a *second* time, this time using *registered* mail for added security, while requesting an *electronic* return receipt instead of the traditional green card, to prevent it from potentially getting detached and lost in the mail.

    Despite executing service with *restricted delivery* exactly as outlined in Mich. Ct. R. 2.105(A), somehow *every* individual bar defendant in this lawsuit managed to defeat, or persuade their mail carrier(s) to help defeat, the successful *confirmation of service* as intended in this rule, by either interfering with return of the *"return receipt requested"*, returning it blank and unsigned devoid of any delivery information, or returning it signed by someone other than the named defendant to whom the lawsuit service was clearly *addressed*, despite delivery being *restricted* to that specific individual. (See 'Exhibit-A' filed in ECF 96-1, PID.5265-5285.)

    On October 28, 2024 at 11:52 AM service of defendant HOSTETTLER, NEUHOFF & DAVIS, LLC was initiated for the *second* time pursuant to F.R.Civ.P. 4(h)(1)(A) and Mich. Ct. R. 2.105 by delivering the *lawsuit service package* as itemized in ECF 69 and 69-1 of this lawsuit, via *registered* U.S. mail with tracking number RF753202383US, return receipt requested, to the registered agent address listed with the Tennessee Secretary of State, Division of Business Services, for SOS Control #000349938. Delivery was *restricted* to the Registered Agent, Carl A. Neuhoff, JR. This package was successfully delivered and signed for by Carl A. Neuhoff, JR. on November 4, 2024, at 3:03 PM. (See attached USPS receipts.)

    "(3) An action shall not be *dismissed* for improper service of process unless the service failed to *inform* the defendant of the action within the time provided in these rules for service." Rule 2.105(K)(3) - Process; Manner of Service, Mich. Ct. R. 2.105(K)(3).

    In the spirit of Mich. Ct. R. 2.105(K)(3) above, I recommend changing the date in which defendant HOSTETTLER, NEUHOFF & DAVIS, LLC is *"deemed served"* by the court, from August 26, 2024, the date which I originally filed in ECF 95-1, PID.5248, to the date of their most recent service on November 4, 2024, at 3:03 PM. My efforts in this matter have been to err on the side of *caution*, for the benefit of the defendants, while successfully *completing service* with the highest degree of reliability I know how, at this price point.

I declare under penalty of perjury that this information is true.

Date:   11/10/2024

*Marsha Ann Fenton*
*Server's signature*

Marsha Ann Fenton
*Printed name and title*

17195 Silver Pkwy, #150, Fenton, MI 48430-3426
*Server's address*

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| | |
|---|---|
| JEFFREY RYAN FENTON <br><br> _Plaintiff(s)_ <br> v. <br> VIRGINIA LEE STORY et al., <br><br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) ) **3:24-CV-01282** <br><br> Civil Action No. 1:23-cv-1097 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
　　　　　　HOSTETTLER, NEUHOFF & DAVIS, LLC
　　　　　　421 East Iris Drive, Suite 300
　　　　　　Nashville, TN 37204-3140

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
　　　　　　Jeffrey Fenton
　　　　　　17195 Silver Parkway #150
　　　　　　Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

Date: __AUG 2 1 2024__
　　　　~~05/23/2024~~
　　　　　　　　　　　　　　　　　　　　　　　　　　　_Signature of Clerk or Deputy Clerk_



Tre Hargett
Secretary of State

**Division of Business Services**
**Department of State**
**State of Tennessee**
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

# Filing Information

**Name:** HOSTETTLER, NEUHOFF & DAVIS, LLC

## General Information

| | | | |
|---|---|---|---|
| SOS Control # | 000349938 | Formation Locale: | TENNESSEE |
| Filing Type: | Limited Liability Company - Domestic 04/29/1998 1:34 PM | Date Formed: | 04/29/1998 |
| | | Fiscal Year Close | 12 |
| Status: | Active | Member Count: | 2 |
| Duration Term: | Perpetual | | |
| Managed By: | Member Managed | | |

**Registered Agent Address**
CARL A NEUHOFF JR
STE 300
421 E IRIS DR
NASHVILLE, TN  37204-3140

**Principal Address**
CARL A NEUHOFF ,JR.
STE 300
421 E IRIS DR
NASHVILLE, TN  37204-3140

The following document(s) was/were filed in this office on the date(s) indicated below:

| Date Filed | Filing Description | Image # |
|---|---|---|
| 01/30/2024 | 2023 Annual Report | B1502-1162 |
| 01/25/2023 | 2022 Annual Report | B1327-0246 |
| 03/28/2022 | 2021 Annual Report | B1182-3655 |
| | Principal Address 3 Changed  From: No value  To: CARL A NEUHOFF ,JR. | |
| 07/27/2021 | Assumed Name Renewal | B1068-2467 |
| | Assumed Name Changed  From: HND Realty LLC  To: HND Realty LLC | |
| | Expiration Date Changed  From: 09/23/2021  To: 07/27/2026 | |
| 07/27/2021 | Assumed Name Renewal | B1068-2470 |
| | Assumed Name Changed  From: HND Management  To: HND Management | |
| | Expiration Date Changed  From: 09/23/2021  To: 07/27/2026 | |
| 03/16/2021 | 2020 Annual Report | B0995-4907 |
| 05/22/2020 | Articles of Amendment | B0866-3352 |
| 01/30/2020 | 2019 Annual Report | B0806-5938 |
| 01/30/2019 | 2018 Annual Report | B0637-2138 |
| 04/04/2018 | 2017 Annual Report | B0530-3697 |
| 03/27/2017 | 2016 Annual Report | B0365-9257 |

8/20/2024 6:19:48 PM                                                                                                                Page 1 of 3

RICO SERVICE: SHEPARD v. USPS on 10/28/2024 at 11:52 AM     Case 3:24-cv-01282  Document 178  Filed 11/25/24  Page 3 of 17 PageID #: 2153  M.D. Tenn. Case 3:24-cv-01262 (DENTON v. STORY et al.)

# Filing Information

**Name:** HOSTETTLER, NEUHOFF & DAVIS, LLC

| Date | Filing | Reference |
|---|---|---|
| 09/23/2016 | Assumed Name Renewal | B0299-1355 |

Assumed Name Changed  From: HND Management  To: HND Management
Expiration Date Changed  From: 11/03/2016  To: 09/23/2021

| 09/23/2016 | Assumed Name Renewal | B0299-1356 |

Assumed Name Changed  From: HND Realty LLC  To: HND Realty LLC
Expiration Date Changed  From: 11/03/2016  To: 09/23/2021

| 03/24/2016 | 2015 Annual Report | B0218-8721 |
| 04/08/2015 | 2014 Annual Report | B0085-8174 |
| 04/01/2014 | 2013 Annual Report | 7323-0263 |
| 03/28/2013 | 2012 Annual Report | 7178-2141 |
| 04/04/2012 | 2011 Annual Report | 7036-0791 |

Principal Address 1 Changed  From: 421 EAST IRIS DR  To: 421 E IRIS DR
Principal Postal Code Changed  From: 37204-3107  To: 37204-3140
Principal County Changed  From: No value  To: DAVIDSON COUNTY

| 11/03/2011 | Assumed Name | 6954-2267 |

New Assumed Name Changed  From: No Value  To: HND Management

| 11/03/2011 | Assumed Name | 6954-2269 |

New Assumed Name Changed  From: No Value  To: HND Realty LLC

| 04/05/2011 | 2010 Annual Report | 6870-1421 |
| 08/30/2010 | 2009 Annual Report | 6764-0539 |
| 08/30/2010 | Application for Reinstatement | 6764-0540 |

Filing Status Changed  From: Inactive - Dissolved (Administrative)  To: Active
Inactive Date Changed  From: 08/08/2010  To: No Value

| 08/08/2010 | Dissolution/Revocation - Administrative | A0039-0905 |

Filing Status Changed  From: Active  To: Inactive - Dissolved (Administrative)
Name Status Changed  From: Active (HND MANAGEMENT)  To: Inactive - Name Cancelled (HND MANAGEMENT)
Name Status Changed  From: Active (HND REALTY LLC)  To: Inactive - Name Cancelled (HND REALTY LLC)

| 06/03/2010 | Notice of Determination | A0022-1574 |
| 07/15/2009 | Assumed Name | 6570-0503 |
| 05/04/2009 | Assumed Name | 6529-1828 |
| 04/07/2009 | 2008 Annual Report | 6512-1617 |

Member Count Changed

| 04/01/2008 | 2007 Annual Report | 6282-0224 |

Principal Address Changed
Registered Agent Physical Address Changed

| 03/29/2007 | 2006 Annual Report | 6008-2219 |

8/20/2024 6:19:48 PM                                                                                           Page 2 of 3

RICO SERVICE - SHIPPED via USPS on 10/28/2024 at 01:52 AM    Case 3:24-cv-01282    Document 178    Filed 11/25/24    Page 4 of 17 PageID #: 254    M.D. Tenn. Case 3:24-cv-01282 (BENTON v. STORY et al.)

## Filing Information

**Name:** HOSTETTLER, NEUHOFF & DAVIS, LLC

| Date | Filing | Reference |
|---|---|---|
| 04/03/2006 | 2005 Annual Report | 5751-2395 |
| | Registered Agent Physical Address Changed | |
| | Registered Agent Changed | |
| 03/16/2005 | 2004 Annual Report | 5392-0093 |
| 03/30/2004 | 2003 Annual Report | 5089-1555 |
| 04/01/2003 | 2002 Annual Report | 4776-2970 |
| 09/02/2002 | Registered Agent Change (by Agent) | 4590-0007 |
| | Registered Agent Physical Address Changed | |
| 04/09/2002 | 2001 Annual Report | 4476-2022 |
| 05/08/2001 | 2000 Annual Report | 4195-1503 |
| | Member Count Changed | |
| 04/05/2000 | 1999 Annual Report | 3875-1525 |
| 05/28/1998 | Administrative Amendment | 3515-1369 |
| | Fiscal Year Close Changed | |
| 04/29/1998 | Conversion | 3506-3370 |

| Active Assumed Names (if any) | Date | Expires |
|---|---|---|
| HND Realty LLC | 11/03/2011 | 07/27/2026 |
| HND Management | 11/03/2011 | 07/27/2026 |

8/20/2024 6:19:48 PM                                                                                           Page 3 of 3

RICO SERVICE: SHIPPED via USPS on 10/28/2024 at 11:52 AM    Case 3:24-cv-01282    Document 178    Filed 11/25/24    Page 5 of 17 PageID #: 255    M.D. Tenn. Case 3:24-cv-01282 (PENTON v. STORY et al.)

# License Search and Verification

We are upgrading verifty.tn.gov to Public Search. Please visit us here: https://search.cloud.commerce.tn.gov/

For best results, please limit the number of search fields. Only exact matches will be displayed. You may need to try different variations of search terms. e.g., "Smith and Smith Construction" and "Smith & Smith Construction." If any name has an apostrophe in it, please replace the apostrophe with a percent sign, entering "Smith's Auto Shop" as "Smith%s Auto Shop."

After you submit the search form, your results will appear below the form in this window (the form will remain for your reuse)...if you cannot see the results below, please scroll further down the search form.

For self-insured workers' compensation, or other reports, please submit to the Public Record Request form.

<< Click Here To Go Back To The Search Page

## License Details

| | |
|---|---|
| License Status | Active - Fully Licensed |
| License # | 255602 |
| License ID | 255602 |
| Expiration Date | Nov 11 2024 |
| Original Date | Apr 16 1997 |
| Profession Code | 2502 |
| Profession Name | Real Estate Firm |
| First Name | \ |
| Middle Name | \ |
| Last Name | HND REALTY LLC |
| City | NASHVILLE |
| State | TN |
| Zip Code | 37204 |
| Rank | Real Estate Firm |
| License Activity Description | Active - Fully Licensed |



```
                LINDEN
             215 S MAIN ST
          LINDEN, MI 48451-9998
             (800)275-8777
10/28/2024                    11:52 AM
----------------------------------------
Product              Qty   Unit    Price
                           Price
----------------------------------------
Priority Mail®        1            $15.75
    Nashville, TN 37204
    Weight: 4 lb 0.20 oz
    Expected Delivery Date
        Wed 10/30/2024
    Insurance                       $0.00
        Up to $100.00 included
    Restricted Del                 $26.30
        Amount: $0.00
    Recipient name
        CARL M NEUHOFF
    Tracking #:
        RF753202383US
    e-Return Receipt                $2.62
Total                              $44.67

Grand Total:                      $137.81

Credit Card Remit                 $137.81
    Card Name: VISA
    Account #: XXXXXXXXXXXX8359
    Approval #: 018225
    Transaction #: 743
    AID: A0000000031010      Chip
    AL: VISA CREDIT
    PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6843966-2
Clerk: 03
```

**CARL A NEUHOFF, JR.**
HOSTETTLER, NEUHOFF & DAVIS, LLC
**421 E IRIS DR, STE 300**
**NASHVILLE, TN         37204-3140**



Registered No. RF753202383US
Reg. Fee $15.75
Handling Charge
Return Receipt
Postage $0.00
Restricted Delivery
Received by $2.62
$26.30   $44.67
Date Stamp: OCT 28 2024 LINDEN, MI 48451 USPS
Customer Must Declare Full Value $0.00
10/28/24
Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

FROM: MARSHAW MI FENTON
17195 SILVER PKWY
PMB #150
FENTON, MI 48430-3426

TO: CARL A NEUHOFF, JR
HOSTETTLER, NEUHOFF + DAVIS, LLC
421 E. IRIS DR, STE 300
NASHVILLE, TN 37204-3140

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
January 2014 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

DEFENDANT: HOSTETTLER, NEUHOFF & DAVIS, LLC      SECOND SERVICE ATTEMPT      RECEIVED SERVICE: 11/04/2024 at 3:03 PM


UNITED STATES
POSTAL SERVICE

November 18, 2024

Dear Marsha Fenton:

The following is in response to your request for proof of delivery on your item with the tracking number: **RF75 3202 383U S**.

## Item Details

| | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | November 4, 2024, 3:03 pm |
| Location: | NASHVILLE, TN 37204 |
| Postal Product: | Priority Mail® |
| Extra Services: | Registered Mail Restricted Delivery |
| | Return Receipt Electronic |
| Recipient Name: | CARL M NEUHOFF |

## Shipment Details

| | |
|---|---|
| Weight: | 4lb, 1.0oz |

## Recipient Signature

Signature of Recipient: *[handwritten signature]*

Address of Recipient: *[handwritten address]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

RICO SERVICE- SHIPPED via USPS on 10/28/2024 at 4:52 AM    Case 3:24-cv-01282  Document 178    Filed 11/25/24    M.D. Tenn. Case 3:24-cv-01262 (FENTON v. STORY et al.)    Page 8 of 17 PageID #: 258

# contact@jefffenton.com

| | |
|---|---|
| **From:** | auto-reply@usps.com |
| **Sent:** | Monday, November 18, 2024 6:18 AM |
| **To:** | contact@jefffenton.com |
| **Subject:** | USPS Return Receipt (Electronic) Info for RF753202383US |
| **Attachments:** | RF753202383US.pdf |

**UNITED STATES POSTAL SERVICE®**

Tracking #: RF753202383US

Hello Marsha Fenton,

**Thank you for using USPS.com® to request a Return Receipt (Electronic) letter for your shipment.**

Tracking #:    RF753202383US

Service Type:    Priority Mail®

Attachment:    Return Receipt (Electronic) letter (PDF) provided by the U.S. Postal Service®.

Your Return Receipt (Electronic) letter is in the attached PDF. You will need Adobe Acrobat Reader installed on your device to open the PDF. Download Adobe Acrobat Reader for free.

If you need help or have questions about USPS Tracking® services and features, visit USPS Tracking FAQs.

## Want to Track on the Go?

Track packages with USPS Text Tracking® service. Simply text your tracking number to 28777 (2USPS) or select the Text Update option on the USPS Tracking site. Standard Message and Data Rates may apply. For more information, visit USPS Text Tracking.

1

# USPS Tracking

FAQs >

**COMPLETED**

Remove ✕

Tracking Number:

**RF753202383US**

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 3:03 pm on November 4, 2024 in NASHVILLE, TN 37204.

### Delivered
**Delivered, Left with Individual**
NASHVILLE, TN 37204
November 4, 2024, 3:03 pm

### Out for Delivery
NASHVILLE, TN 37204
November 4, 2024, 6:23 am

### Arrived at Post Office
NASHVILLE, TN 37204
November 4, 2024, 6:12 am

### Processing at USPS Facility
NASHVILLE, TN 37230
November 2, 2024, 1:59 am

### Processing at USPS Facility
NASHVILLE, TN 37230
November 2, 2024, 1:58 am

### Processing at USPS Facility
DETROIT, MI 48233
October 31, 2024, 12:02 am

### Processing at USPS Facility
DETROIT, MI 48233

Feedback

- October 30, 2024, 11:52 pm

- **Processing at USPS Facility**
  PONTIAC, MI 48340
  October 29, 2024, 4:35 pm

- **Arrived at USPS Regional Facility**
  PONTIAC MI DISTRIBUTION CENTER
  October 28, 2024, 6:16 pm

- **Departed USPS Facility**
  LINDEN, MI 48451
  October 28, 2024, 2:33 pm

- **USPS in possession of item**
  LINDEN, MI 48451
  October 28, 2024, 11:49 am

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

## Text & Email Updates

## Return Receipt Electronic

✓ Confirmation

Your Proof of Delivery record is complete and will be processed shortly.

Your confirmation will be sent to the following:

contact@jefffenton.com

## Product Information

**Postal Product:**
Priority Mail®

**Features:**
Registered Mail Restricted Delivery
Return Receipt Electronic

See Less ∧

DEFENDANT: HOSTETTLER, NEUHOFF & DAVIS, LLC                                    RECEIVED SERVICE: 8/26/2024

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Western District of Michigan

| | |
|---|---|
| JEFFREY RYAN FENTON )<br>)<br>)<br>)<br>*Plaintiff(s)* )<br>v. )<br>VIRGINIA LEE STORY et al., )<br>)<br>)<br>*Defendant(s)* ) | Civil Action No. 1:23-cv-1097 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    HOSTETTLER, NEUHOFF & DAVIS, LLC
    421 East Iris Drive, Suite 300
    Nashville, TN 37204-3140

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Jeffrey Fenton
    17195 Silver Parkway #150
    Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: AUG 2 1 2024
~~05/23/2024~~

*Signature of Clerk or Deputy Clerk*

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 2:06 PM    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

Case 3:24-cv-01282   Document 178   Filed 11/25/24   Page 12 of 17 PageID #: 262

Civil Action No. 1:23-cv-1097

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  HOSTETTLER, NEUHOFF & DAVIS, LLC,

was received by me on *(date)*   8/21/2024

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
Pursuant to F.R.Civ.P. 4(h)(1)(A) and Mich. Ct. R. 2.105, defendant HOSTETTLER, NEUHOFF & DAVIS, LLC, was served via certified U.S. mail, using tracking number 70203160000230014933 on 08/26/2024. See attached receipt copies from the USPS.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00.

I declare under penalty of perjury that this information is true.

Date: 9/26/2024

*Marsha Ann Fenton*
Server's signature

Marsha Ann Fenton
*Printed name and title*

17195 Silver Pkwy, #150, Fenton, MI 48430-3426
*Server's address*

Additional information regarding attempted service, etc:

See attached return receipt. Signed for as shown:

A. Signature: X [signature]
B. Received by (Printed Name): Josh Derrick
C. D

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 2:06 PM                       Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

Case 3:24-cv-01282    Document 178    Filed 11/25/24    Page 13 of 17 PageID #: 263

DEFENDANT: HOSTETTLER, NEUHOFF & DAVIS, LLC                                   RECEIVED SERVICE: 8/26/2024

```
       UNITED STATES
       POSTAL SERVICE.
              FENTON
           210 S LEROY ST
         FENTON, MI 48430-9998
            (800)275-8777
08/24/2024                          02:06 PM
------------------------------------------------
Product              Qty    Unit      Price
                            Price
------------------------------------------------
Priority Mail®        1                $14.25
   Nashville, TN 37204
   Weight: 3 lb 10.70 oz
   Expected Delivery Date
      Mon 08/26/2024
   Insurance                            $0.00
      Up to $100.00 included
   Certified Mail®                      $4.85
      Tracking #:
         70203160000230014933
   Return Receipt                       $4.10
      Tracking #:
         9590 9402 8627 3244 0681 90
Total                                  $23.20

--------------------------------------
Grand Total:                          $200.20
--------------------------------------
Credit Card Remit                     $200.20
   Card Name: VISA
   Account #: XXXXXXXXXXXX8359
   Approval #: 314260
   Transaction #: 188
   AID: A0000000031010          Chip
   AL: VISA CREDIT
   PIN: Not Required
--------------------------------------
UFN: 253200-0431
Receipt #: 840-54930020-3-6269723-1
Clerk: 05
```

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

Nashville, TN 37204

Certified Mail Fee    $4.85

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)     $10.00
☐ Return Receipt (electronic)   $0.00
☒ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required      $0.00
☐ Adult Signature Restricted Delivery $0.00

Postage  $14.25

Total Postage and Fees  $23.20

Postmark Here  08/24/2024

HOSTETTLER, NEUHOFF & DAVIS, LLC
421 E IRIS DR, STE 300
NASHVILLE, TN   37204-3140

---

USPS TRACKING #

9590 9402 8627 3244 0681 90

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI   48430-3426**

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   HOSTETTLER, NEUHOFF & DAVIS, LLC
   421 E IRIS DR, STE 300
   NASHVILLE, TN   37204-3140

   
   9590 9402 8627 3244 0681 90

2. Article Number (Transfer from service label)
   7020 3160 0002 3001 4933

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Josh Derrick

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Adult Signature              ☐ Priority Mail Express®
   ☐ Adult Signature Restricted Delivery  ☐ Registered Mail™
   ☒ Certified Mail®              ☐ Registered Mail Restricted Delivery
   ☒ Certified Mail Restricted Delivery  ☐ Signature Confirmation™
   ☐ Collect on Delivery          ☐ Signature Confirmation Restricted Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery
      (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 2:06 PM        Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: HOSTETTLER, NEUHOFF & DAVIS, LLC                    RECEIVED SERVICE: 8/26/2024

ALERT: TROPICAL STORM FRANCINE, FLOODING, AND SEVERE WEATHER IN THE SOUTHERN U.S. M...

# USPS Tracking®

FAQs >



Tracking Number:

**70203160000230014933**

Remove ✕

Copy       Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 10:26 am on August 26, 2024 in NASHVILLE, TN 37204.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
NASHVILLE, TN 37204
August 26, 2024, 10:26 am

● **Out for Delivery**
NASHVILLE, TN 37204
August 26, 2024, 6:10 am

● **Arrived at Post Office**
NASHVILLE, TN 37204
August 26, 2024, 5:04 am

● **Arrived at USPS Regional Facility**
NASHVILLE TN DISTRIBUTION CENTER
August 25, 2024, 4:25 pm

● **In Transit to Next Facility**
August 25, 2024, 1:59 pm

● **Departed USPS Regional Facility**
DETROIT MI DISTRIBUTION CENTER
August 25, 2024, 5:32 am

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 2:06 PM                    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

**Arrived at USPS Regional Origin Facility**
DETROIT MI DISTRIBUTION CENTER
August 24, 2024, 9:18 pm

**Arrived at USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
August 24, 2024, 6:16 pm

**Departed USPS Facility**
FLINT, MI 48502
August 24, 2024, 5:16 pm

**Departed USPS Facility**
FENTON, MI 48430
August 24, 2024, 3:20 pm

**Departed Post Office**
FENTON, MI 48430
August 24, 2024, 3:14 pm

**USPS in possession of item**
FENTON, MI 48430
August 24, 2024, 1:47 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

---

**Text & Email Updates** ⌄

---

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌃

| Postal Product: | Features: | See tracking for related item: |
|---|---|---|
| Priority Mail® | Certified Mail™ | 9590940286273244068190 (/go/TrackConfirmAction?tLabels=9590940286273244068190) |
| | Up to $100 insurance included. Restrictions Apply ⓘ | |

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

CERTIFIED MAIL

7020 3160 0002 3001 3592


37203
RDC 03

U.S. POSTAGE PAID
PM
LINDEN, MI 48451
NOV 19, 2024
**$17.92**
S2324P501513-03

Retail



- Expected delivery date spe
- Domestic shipments includ
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

FROM:
**17195 SILVER PKWY
PMB #150
FENTON, MI    48430-3426**

RECEIVED
NOV 25 2024
U.S. District Court
Middle District of TN

TO:

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**


PS00001000014
EP14F July 2022
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

**UNITED STATES DISTRICT COURT
ATTN: CLERK OF THE COURT
719 CHURCH ST
NASHVILLE, TN    37203-6940**

Case 3:24-cv-01282     Document 178     Filed 11/25/24     Page 17 of 17 PageID #: 267