Civil Action No. 1:23-cv-1097
**3:24-CV-01282**

AMENDED PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    CHARLES M. WALKER

was received by me on *(date)*    August 21, 2024  .

**RECEIVED**
**NOV 25 2024**
U.S. District Court
Middle District of TN

☒ Other *(specify):*

    Proof of Service for defendant Charles M. Walker was filed in this lawsuit in ECF 95-1, PID.5252-5256. However, due to concerns related to the delay of several outstanding defendants making an appearance in this matter, including defendant Walker, out of an abundance of caution, service of defendant Walker was initiated for a *second time*, this time using *registered mail* for added security, while requesting an *electronic* return receipt instead of the traditional green card, to prevent it from potentially getting detached and lost in the mail.

    Despite executing service with *restricted delivery* exactly as outlined in Mich. Ct. R. 2.105(A), somehow *every* individual bar defendant in this lawsuit managed to defeat, or persuade their mail carrier(s) to help defeat, the successful *confirmation of service* as intended in this rule, by either interfering with return of the *"return receipt requested"*, returning it blank and unsigned devoid of any delivery information, or returning it signed by someone other than the named defendant to whom the lawsuit service was clearly *addressed*, despite delivery being *restricted* to that specific individual. (See 'Exhibit-A' filed in ECF 96-1, PID.5265-5285.)

    October 21, 2024 at 10:41 AM service of defendant Charles M. Walker was initiated pursuant to F.R.Civ.P. 4(e)(1) and Mich. Ct. R. 2.105(A) by delivering to him the lawsuit service package as itemized in ECF 69 and 69-1 of this lawsuit, via *registered* U.S. mail with tracking number RF753202349US, electronic return receipt requested, with delivery restricted to the addressee. This package was successfully delivered and signed for *personally* by defendant Walker on October 28, 2024, 9:15 AM. (See the attached receipt copies from the USPS.)

    "(3) An action shall not be *dismissed* for improper service of process unless the service failed to *inform* the defendant of the action within the time provided in these rules for service." Rule 2.105(K)(3) - Process; Manner of Service, Mich. Ct. R. 2.105(K)(3).

    In the spirit of Mich. Ct. R. 2.105(K)(3) above, I recommend changing the date in which defendant Charles M. Walker is *"deemed served"* by the court, from August 26, 2024, the date which I originally filed in ECF 95-1, PID.5253, to the date of his most recent service, where he clearly and *without doubt* received and signed for service himself, on October 28, 2024, at 9:15 AM. My efforts in this matter have been to err on the side of caution, for the benefit of the defendants, while successfully completing service with the highest degree of reliability I know how, at this price point.

I declare under penalty of perjury that this information is true.

Date: __11/5/2024__          *Marsha Ann Fenton*
                                                      *Server's signature*

                                                       Marsha Ann Fenton
                                                       *Printed name and title*

                                    17195 Silver Pkwy, #150, Fenton, MI 48430-3426
                                                         *Server's address*

# UNITED STATES DISTRICT COURT
for the

Western District of Michigan ▼

| | |
|---|---|
| JEFFREY RYAN FENTON <br> *Plaintiff(s)* <br> v. <br> VIRGINIA LEE STORY et al., <br> *Defendant(s)* | 3:24-CV-01282 <br><br> Civil Action No. 1:23-cv-1097 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Charles M. Walker
▮▮▮▮▮▮▮▮▮▮▮▮
Nashville, TN 37215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

AUG 1 9 2024

Date: ~~5/23/2024~~

*Signature of Clerk or Deputy Clerk* — /s/ Paula J. Wood





> Out of respect for defendant Walker's privacy concerns, his street address has been redacted from these delivery receipts, while the original unredacted documents are available upon request by the court or another party to this lawsuit.


**UNITED STATES POSTAL SERVICE**

November 16, 2024

Dear Marsha Fenton:

The following is in response to your request for proof of delivery on your item with the tracking number: **RF75 3202 349U S**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | October 28, 2024, 9:15 am |
| **Location:** | NASHVILLE, TN 37215 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Registered Mail Restricted Delivery |
| | Return Receipt Electronic |
| **Recipient Name:** | CHARLES M WALKER |

| Shipment Details | |
|---|---|
| **Weight:** | 4lb, 0.0oz |

| Destination Delivery Address | |
|---|---|
| **Street Address:** | ▮▮▮▮ |
| **City, State ZIP Code:** | NASHVILLE, TN 37215-▮ |

**Recipient Signature**

Signature of Recipient: *[signature]*

Address of Recipient: *1925 [illegible] Dr, Nashville TN 37215*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

RICO SERVICE: SHIPPED via USPS on 10/21/2024 @ 10:41 AM
Case 3:24-cv-01282 Document 179 Filed 11/25/24 Page 4 of 13 PageID #: 271
M.D. Tenn. Case 3:23-cv-01062 (DENTON v. STORY et al.)

# USPS Tracking®

FAQs >



**COMPLETED**

Remove ✕

Tracking Number:

## RF753202349US

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at the post office at 9:15 am on October 28, 2024 in NASHVILLE, TN 37215.

### Delivered
**Delivered, Individual Picked Up at Post Office**
NASHVILLE, TN 37215
October 28, 2024, 9:15 am

### Notice Left (No Authorized Recipient Available)
NASHVILLE, TN 37215
October 26, 2024, 1:19 pm

### Out for Delivery
NASHVILLE, TN 37215
October 26, 2024, 8:35 am

### Arrived at Post Office
NASHVILLE, TN 37215
October 26, 2024, 8:24 am

### Processing at USPS Facility
NASHVILLE, TN 37230
October 26, 2024, 3:48 am

### Processing at USPS Facility
NASHVILLE, TN 37230
October 26, 2024, 1:50 am

### Processing at USPS Facility
NASHVILLE, TN 37230
October 26, 2024, 1:49 am

### Processing at USPS Facility
DETROIT, MI 48233
October 23, 2024, 11:58 pm

Feedback

**Processing at USPS Facility**
DETROIT, MI 48233
October 23, 2024, 11:52 pm

**Arrived at USPS Regional Origin Facility**
DETROIT MI DISTRIBUTION CENTER
October 23, 2024, 3:50 am

**Processing at USPS Facility**
PONTIAC, MI 48340
October 22, 2024, 4:29 pm

**Arrived at USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
October 21, 2024, 7:52 pm

**Departed USPS Facility**
LINDEN, MI 48451
October 21, 2024, 3:07 pm

**USPS in possession of item**
LINDEN, MI 48451
October 21, 2024, 10:35 am

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

## Text & Email Updates

## Return Receipt Electronic

✓ Confirmation
Your Proof of Delivery record is complete and will be processed shortly.

Your confirmation will be sent to the following:

contact@jefffenton.com

## Product Information

**Postal Product:**
Priority Mail®

**Features:**
Registered Mail Restricted Delivery
Return Receipt Electronic

See Less ∧

## contact@jefffenton.com

| | |
|---|---|
| **From:** | auto-reply@usps.com |
| **Sent:** | Saturday, November 16, 2024 7:31 PM |
| **To:** | contact@jefffenton.com |
| **Subject:** | USPS Return Receipt (Electronic) Info for RF753202349US |
| **Attachments:** | RF753202349US.pdf |



Tracking #: **RF753202349US**

Hello Marsha Fenton,

**Thank you for using USPS.com® to request a Return Receipt (Electronic) letter for your shipment.**

Tracking #:   RF753202349US

Service Type:   Priority Mail®

Attachment:   Return Receipt (Electronic) letter (PDF) provided by the U.S. Postal Service®.

Your Return Receipt (Electronic) letter is in the attached PDF. You will need Adobe Acrobat Reader installed on your device to open the PDF. Download Adobe Acrobat Reader for free.

If you need help or have questions about USPS Tracking® services and features, visit USPS Tracking FAQs.

### Want to Track on the Go?

Track packages with USPS Text Tracking® service. Simply text your tracking number to 28777 (2USPS) or select the Text Update option on the USPS Tracking site. Standard Message and Data Rates may apply. For more information, visit USPS Text Tracking.

1

RICO SERVICE RESPONSE via USPS on 10/21/2024 @ 10:41 AM.   Case 3:24-cv-01282  Document 179   Filed 11/25/24   Page 7 of 13 PageID #: 274  M.D. Tenn. Case 3:23-cv-01532 (FENTON v. STORY et al.)

DEFENDANT: CHARLES M. WALKER                                                                RECEIVED SERVICE: 8/26/2024

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan ▼

**FILED- LN**
September 30, 2024 11:54 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: eod  scanned by: COO/9|30

JEFFREY RYAN FENTON

*Plaintiff(s)*
v.

Civil Action No. 1:23-cv-1097

VIRGINIA LEE STORY et al.,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Charles M. Walker
[redacted]
Nashville, TN 37215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

AUG 1 9 2024

CLERK OF COURT

Date: ~~5/23/2024~~

*Signature of Clerk or Deputy Clerk*

DEFENDANT: CHARLES M. WALKER                                          RECEIVED SERVICE: 8/26/2024

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-1097

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  CHARLES M. WALKER
was received by me on *(date)*  8/21/2024  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:

Pursuant to F.R.Civ.P. 4(e)(1) and Mich. Ct. R. 2.105, defendant CHARLES M. WALKER was served via certified U.S. mail with restricted delivery, using tracking number 70203160000230014889 on 08/26/2024. See attached receipt copies from the USPS.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  9/26/24

*Marsha Ann Fenton*
Server's signature

Marsha Ann Fenton
*Printed name and title*

17195 Silver Pkwy, #150, Fenton, MI  48430-3426
*Server's address*

Additional information regarding attempted service, etc:

Despite being served via U.S. mail with restricted delivery as outlined in Mich. Ct. R. 2.105, service was signed for by another member of their family, whose name on the return receipt looks like "Suleena Walker" or something very similar. See attached return receipt.

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 2:06 PM                    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

Case 3:24-cv-01282   Document 179   Filed 11/25/24   Page 9 of 13 PageID #: 276

DEFENDANT: CHARLES M. WALKER  RECEIVED SERVICE: 8/26/2024



RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 2:06 PM  Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

ALERT: TROPICAL STORM FRANCINE, FLOODING, AND SEVERE WEATHER IN THE SOUTHERN U.S. M...

# USPS Tracking®

FAQs >



**Tracking Number:**

Remove ✕

**70203160000230014889**

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 1:20 pm on August 26, 2024 in NASHVILLE, TN 37215.

**Get More Out of USPS Tracking:**
**USPS Tracking Plus®**

● **Delivered**
**Delivered, Left with Individual**
NASHVILLE, TN 37215
August 26, 2024, 1:20 pm

● **Out for Delivery**
NASHVILLE, TN 37215
August 26, 2024, 6:21 am

● **Arrived at Post Office**
NASHVILLE, TN 37215
August 26, 2024, 6:10 am

● **Arrived at USPS Regional Facility**
NASHVILLE TN DISTRIBUTION CENTER
August 25, 2024, 4:25 pm

● **In Transit to Next Facility**
August 25, 2024, 1:59 pm

● **Departed USPS Regional Facility**
DETROIT MI DISTRIBUTION CENTER
August 25, 2024, 5:32 am

● **Arrived at USPS Regional Origin Facility**

DEFENDANT: CHARLES M. WALKER                                    RECEIVED SERVICE: 8/26/2024

DETROIT MI DISTRIBUTION CENTER
August 24, 2024, 9:20 pm

**Arrived at USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
August 24, 2024, 6:16 pm

**Departed USPS Facility**
FLINT, MI 48502
August 24, 2024, 5:16 pm

**Departed USPS Facility**
FENTON, MI 48430
August 24, 2024, 3:20 pm

**Departed Post Office**
FENTON, MI 48430
August 24, 2024, 3:14 pm

**USPS in possession of item**
FENTON, MI 48430
August 24, 2024, 1:42 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

**Text & Email Updates**  ⌄

**USPS Tracking Plus®**  ⌄

**Product Information**  ⌃

| Postal Product: | Features: |
|---|---|
| Priority Mail® | Certified Mail Restricted Delivery |
| | Up to $100 insurance included. Restrictions Apply ⓘ |

See tracking for related item:
95909402862732440068183 (/go/TrackConfirmAction?tLabels=95909402862732440068183)

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 2:06 PM             Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

CERTIFIED MAIL

7020 3160 0002 3001 3592

Retail

U.S. POSTAGE PAID
PM
LINDEN, MI 48451
NOV 19, 2024

37203
RDC 03

$17.92

S2324P501513-03

PRESS FIRMLY TO SEAL



UNITED STATES POSTAL SERVICE

- Expected delivery date spe
- Domestic shipments includ
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

FROM:

**17195 SILVER PKWY**
**PMB #150**
FENTON, MI    48430-3426

RECEIVED
NOV 2 5 2024
U.S. District Court
Middle District of TN

TO:

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED

PS00001000014
EP14F July 2022
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

UNITED STATES DISTRICT COURT
**ATTN: CLERK OF THE COURT**
**719 CHURCH ST**
**NASHVILLE, TN    37203-6940**

