Civil Action No. 1:23-cv-1097
3:24-CV-01282

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

RECEIVED
NOV 25 2024
U.S. District Court
Middle District of TN

This summons for *(name of individual and title, if any)*  BANK OF AMERICA, N.A.
was received by me on *(date)*  September 12, 2024 .

☒ **Other** *(specify)*:

Service of defendant BANK OF AMERICA, N.A. was initiated pursuant to F.R.Civ.P. 4(h)(1)(A) and Mich. Ct. R. 2.105 by delivering the *lawsuit service package* as itemized in ECF 69 and 69-1 of this lawsuit, via certified U.S. mail with tracking number 70202450000036716195, return receipt requested. This package was successfully delivered on September 23, 2024 at 10:43 AM.

Despite serving this with the *return receipt requested*, per court guidelines, the return receipt mysteriously disappeared, which was the case in *many* of the lawsuit service packages sent. Postmaster Danielle Weisenstein, from the Linden Michigan Post Office, researched the delivery of this parcel and confirmed that it was successfully delivered, while providing the U.S. Postal Service's internal delivery confirmation with "signature image" from the mail carrier's electronic keypad, signed by the recipient at the time of the delivery. See the attached receipt copies from the USPS.

Due to concerns related to the delay in several *outstanding defendants* making an appearance in this matter, out of an abundance of caution, Bank of America corporate was contacted, speaking with a man by the name of Nathan Barth at (312) 964-2220, with an email address of nathan.barth@bofa.com. Mr. Nathan Barth looked into the matter of service and emailed Jeff advising him to serve Bank of America, N.A. via CT Corporation at 40600 Ann Arbor Rd. East, Suite 201, Plymouth, MI 48170-4675.

On 10/17/2024 at 11:55 AM service for defendant BANK OF AMERICA, N.A. was sent to CT Corporation as instructed by Mr. Nathan Barth, this time using USPS Registered Mail for additional security, with tracking number RF753202321US, with an *electronic return receipt* requested to prevent the receipt from becoming detached and getting lost in the mail. Service was successfully accepted by CT Corporation on October 21, 2024, at 9:57 AM, as is confirmed in the attached receipt copies from the USPS.

Per Mich. Ct. R. 2.105(K)(3), "(3) An action shall not be *dismissed* for improper service of process unless the service failed to *inform* the defendant of the action within the time provided in these rules for service." Rule 2.105(K)(3) - Process; Manner of Service.

Laura C. Baucus of Dykema Gossett PLLC made an appearance in this matter on behalf of defendant Bank of America, N.A. on October 24, 2024. It is believed that Attorney Baucus received this lawsuit service package prior to October 21st, when the *second* lawsuit service package was successfully delivered to CT Corporation in Plymouth Michigan; likely meaning that she received the *first* lawsuit service package which was delivered to Bank of America, N.A. on September 23, 2024. Regardless, Bank of America, N.A. is *deemed fully served* without doubt by October 21st, 2024.

I declare under penalty of perjury that this information is true.

Date: 10/24/2024

_____
Server's signature

Marsha Ann Fenton
_____
*Printed name and title*

17195 Silver Pkwy, #150, Fenton, MI 48430-3426
_____
*Server's address*

RICO SERVICE: SHIPPED via USPS on 10/17/2024 at 11:55 AM    3:24-CV-01282    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

Case 3:24-cv-01282   Document 181   Filed 11/25/24   Page 1 of 16 PageID #: 297

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan ▼

| | |
|---|---|
| JEFFREY RYAN FENTON<br><br>*Plaintiff(s)*<br>v.<br><br>VIRGINIA LEE STORY et al.,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:23-cv-1097<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bank of America ~~Corporation~~ *N.A.*
100 North Tryon Street
Charlotte, NC 28202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

AUG 1 9 2024

Date: ~~5-23-~~2024

*Paula J. Ward*
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Western District of Michigan ▼

JEFFREY RYAN FENTON

*Plaintiff(s)*

v.

Civil Action No. 1:23-cv-1097

VIRGINIA LEE STORY et al.,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bank of America Corporation
100 North Tryon Street
Charlotte, NC 28202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

SEP 0 6 2024

Date: ~~1/2/2024~~

*Signature of Clerk or Deputy Clerk*

DEFENDANT: BANK OF AMERICA, N.A.　　SECOND SERVICE ATTEMPT　　RECEIVED SERVICE: 10/21/2024 at 9:57 AM




RICO SERVICE: SHIPPED via USPS on 10/17/2024 at 11:55 AM　　3:24-CV-01282　　Case 1:23-cv-01037-PLM-RSK (FENTON v. STORY et al.)



October 22, 2024

Dear Marsha Fenton:

The following is in response to your request for proof of delivery on your item with the tracking number: **RF75 3202 321U S**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | October 21, 2024, 9:57 am |
| Location: | PLYMOUTH, MI 48170 |
| Postal Product: | Priority Mail® |
| Extra Services: | Registered Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 4lb, 3.0oz |

| Destination Delivery Address | |
|---|---|
| Street Address: | 40600 ANN ARBOR RD E STE 201 |
| City, State ZIP Code: | PLYMOUTH, MI 48170-4675 |

### Recipient Signature

| | |
|---|---|
| Signature of Recipient: | *[handwritten signature]* |
| Address of Recipient: | *[handwritten address: 40600 ... Suite 201]* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# USPS Tracking®

FAQs >

**COMPLETED**

Tracking Number:

**RF753202321US**

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

Remove ✕

## Latest Update

Your item was delivered to an individual at the address at 9:57 am on October 21, 2024 in PLYMOUTH, MI 48170.

### Delivered
**Delivered, Left with Individual**
PLYMOUTH, MI 48170
October 21, 2024, 9:57 am

### Out for Delivery
PLYMOUTH, MI 48170
October 21, 2024, 9:35 am

### Arrived at Post Office
PLYMOUTH, MI 48170
October 21, 2024, 9:33 am

### Processing at USPS Facility
DETROIT, MI 48233
October 20, 2024, 7:49 pm

### In Transit to Next Facility
October 20, 2024

### Arrived at USPS Regional Facility
DETROIT MI DISTRIBUTION CENTER
October 19, 2024, 4:01 am

### Processing at USPS Facility

- PONTIAC, MI 48340
  October 18, 2024, 4:01 pm

- **Arrived at USPS Regional Facility**
  PONTIAC MI DISTRIBUTION CENTER
  October 17, 2024, 7:16 pm

- **Departed USPS Facility**
  LINDEN, MI 48451
  October 17, 2024, 2:51 pm

- **USPS in possession of item**
  LINDEN, MI 48451
  October 17, 2024, 11:48 am

Hide Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates** ⌄

---

**Return Receipt Electronic** ⌄

---

**Product Information** ⌃

**Postal Product:**
Priority Mail®

**Features:**
Registered Mail™
Return Receipt Electronic

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

**contact@jefffenton.com**

| | |
|---|---|
| **From:** | auto-reply@usps.com |
| **Sent:** | Tuesday, October 22, 2024 9:07 PM |
| **To:** | contact@jefffenton.com |
| **Subject:** | USPS Return Receipt (Electronic) Info for RF753202321US |
| **Attachments:** | RF753202321US.pdf |



Tracking #: **RF753202321US**

Hello Marsha Fenton,

**Thank you for using USPS.com® to request a Return Receipt (Electronic) letter for your shipment.**

Tracking #:  RF753202321US

Service Type:  Priority Mail®

Attachment:  Return Receipt (Electronic) letter (PDF) provided by the U.S. Postal Service®.

Your Return Receipt (Electronic) letter is in the attached PDF. You will need Adobe Acrobat Reader installed on your device to open the PDF. Download Adobe Acrobat Reader for free.

If you need help or have questions about USPS Tracking® services and features, visit USPS Tracking FAQs.

## Want to Track on the Go?

Track packages with USPS Text Tracking® service. Simply text your tracking number to 28777 (2USPS) or select the Text Update option on the USPS Tracking site. Standard Message and Data Rates may apply. For more information, visit USPS Text Tracking.

# Jeff Fenton

**From:** Barth, Nathan -Legal <nathan.barth@bofa.com>
**Sent:** Tuesday, October 15, 2024 4:10 PM
**To:** Jeff Fenton
**Subject:** RE: FENTON LAWSUIT (from the call you just took)

Hi Jeff – Please use the below address:

CT Corp:

40600 Ann Arbor Rd #201, Plymouth, MI 48170

Thanks,
Nathan

**From:** Jeff Fenton
**Sent:** Tuesday, October 15, 2024 1:59 PM
**To:** Barth, Nathan -Legal <nathan.barth@bofa.com>
**Subject:** RE: FENTON LAWSUIT (from the call you just took)

I forgot to attach the summonses... please find attached.

Thanks!
Jeff Fenton

**From:** Jeff Fenton
**Sent:** Tuesday, October 15, 2024 2:51 PM
**To:** nathan.barth@bofa.com
**Subject:** FENTON LAWSUIT (from the call you just took)
**Importance:** High

Mr. Barth,

The complete lawsuit package is available on my website: https://jefffenton.com/digital-service-package-for-lawsuit/

BOA account specific information is included in the attached name and address correction.

Please let me know if you have any questions.

I look forward to hearing back from you as to the correct address, service agent, etc.. for me to send Bank of America N.A. service to.

Thanks for your help with this.

Jeff Fenton

x.com/@tninjustice

17195 SILVER PKWY, #150
FENTON, MI 48430-3426

**3-MIN Video Intro** about my Federal Lawsuit: https://www.youtube.com/watch?v=AaYb-f8ux4o

FENTON v. STORY (1:23-cv-1097) http://rico.jefffenton.com/discovery/
https://casetext.com/case/fenton-v-story
Fraud on the Court by Officers of the Court: Williamson County Chancery Court Docket #48419B

**SLAM the GAVEL Podcast Interview** from 8/4/2024 about my RICO Lawsuit with Authors Brian Vukadinovich and Maryann Petri: https://www.youtube.com/watch?v=plg5eEEnVuU

**Brian Vukadinovich** is the author of MOTION for JUSTICE (I Rest My Case), and Rogues in Black Robes (Destroying Lives and Committing Crimes with No True Accountability).

**Maryann Petri** is the author of RAISED BY THESE WOLVES (How Family and Federal Courts are Failing our Children), Dismantling Family Court Corruption (Why Taking the Kids Was Not Enough). Maryann is also the host of SLAM the GAVEL Podcast, focused on all family court topics, trauma, and healing.

This message, and any attachment(s), is for the intended recipient(s) only, may contain information that is privileged, confidential and/or proprietary and subject to important terms and conditions available at http://www.bankofamerica.com/electronic-disclaimer. If you are not the intended recipient, please delete this message. For more information about how Bank of America protects your privacy, including specific rights that may apply, please visit the following pages: https://business.bofa.com/en-us/content/global-privacy-notices.html (which includes global privacy notices) and https://www.bankofamerica.com/security-center/privacy-overview/ (which includes US State specific privacy notices such as the http://www.bankofamerica.com/ccpa-notice).

| BANK OF AMERICA | FINANCIAL INSTITUTION SERVICE GUIDANCE: |
|---|---|
| Mortgages & Mortgage Securities | https://www.rib.uscourts.gov/service-financial-institutions |
| Nathan Barth (direct): 312-964-2220 | 800-846-2222 |
| 10/15/2024 call recorded | |
| nathan.barth@bofa.com | CT Corporation |
| | 1209 Orange Street |
| Advised to send service to: | Wilmington, Deleware 19801 |
| CT CORP | Bank of America Corporate Center |
| 40600 ANN ARBOR RD E STE 201 | 100 North Tryon Street |
| PLYMOUTH MI 48170-4675 | Charlotte, NC 28255 |



```
          UNITED STATES
         POSTAL SERVICE.
              LINDEN
           215 S MAIN ST
        LINDEN, MI 48451-9998
           (800)275-8777
09/18/2024                    09:10 AM
----------------------------------------
Product          Qty    Unit      Price
                        Price
----------------------------------------
Priority Mail®    1              $22.95
  Tampa, FL 33634
  Weight: 4 lb 1.90 oz
  Expected Delivery Date
    Fri 09/20/2024
  Insurance                       $0.00
    Up to $100.00 included
  Certified Mail®                 $4.85
    Tracking #:
      70202450000036716195
  Return Receipt                  $4.10
    Tracking #:
      9590 9402 8627 3244 0675 75
Total                            $31.90
----------------------------------------
Grand Total:                    $142.60
----------------------------------------
Credit Card Remit               $142.60
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 808101
  Transaction #: 341
  AID: A0000000031010         Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6780830-2
Clerk: 06
```



U.S. Postal Service
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

Certified Mail Fee $4.85
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☒ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $22.95
Total Postage and Fees $31.90
Postmark Here 09/18/2024

BANK OF AMERICA, N.A.
ATTN: OFFICER, MANAGER, OR AGENT
4909 SAVARESE CIR
TAMPA, FL 33634-2413

---

USPS TRACKING #

9590 9402 8627 3244 0675 75

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

* Sender: Please print your name, address, and ZIP+4® in this box*

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI 48430-3426**



---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br>**BANK OF AMERICA, N.A.**<br>**ATTN: OFFICER, MANAGER, OR AGENT**<br>**4909 SAVARESE CIR**<br>**TAMPA, FL 33634-2413** | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>**This USPS Return Receipt**<br>**Was Mysteriously Missing**<br>**A Signature and Any**<br>**Information About Delivery** |
| 9590 9402 8627 3244 0675 75 | 3. Service Type<br>☒ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7020 2450 0000 3671 6195 | | |

PS Form 3811, July 2020 PSN 7530-02-000-9053 — Domestic Return Receipt



# Product Tracking & Reporting

Home　　Search　　Reports　　Manual Entry　　R: Comp

## USPS Tracking Intranet
## Delivery Signature and Address

Tracking Number: 7020 2450 0000 3671 6195

This item was delivered on 09/23/2024 at 10:43:00

< Return to Tracking Number View

This page is the U.S. Postal Service's internal delivery confirmation with "signature image" from the mail carrier's electronic keypad, signed by the recipient at the time of delivery.

This page was provided by Postmaster Danielle Weisenstein, from the Linden Post Office in Genessee County Michigan, who researched this parcel and provided this confirmation.



Signature

Address

Enter up to 35 items separated by commas.

Select Search Type: Quick Search　　Submit

Product Tracking & Reporting, All Rights Reserved
Version: 24.4.3-de6c5246

https://pts-2.usps.gov/pts2-web/tcIntranetTrackingNumResponse/deliverySignatureAndAddress?deliveryDate=1727106180000&signatureLabelId=52C... 1/1

RICO SERVICE: SHIPPED via USPS on 9/18/2024 at 9:10 AM　　Case 3:24-cv-01282　Document 181　Filed 11/25/24　Page 12 of 16 PageID #: 308
3:24-CV-01282　Case 1:23-cv-01097-PLM-RSK (FENTON V. STORY et al.)

**ALERT: HURRICANE HELENE, FLOODING, AND SEVERE WEATHER IN THE SOUTHEASTERN U.S. ...**

# USPS Tracking®

FAQs >

**COMPLETED**

Remove ✕

**Tracking Number:**

**70202450000036716195**

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 10:43 am on September 23, 2024 in TAMPA, FL 33634.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

● **Delivered**
**Delivered, Left with Individual**
TAMPA, FL 33634
September 23, 2024, 10:43 am

● **Redelivery Scheduled for Next Business Day**
TAMPA, FL 33634
September 21, 2024, 10:01 am

● **Out for Delivery**
TAMPA, FL 33634
September 21, 2024, 6:10 am

● **Arrived at Post Office**
TAMPA, FL 33614
September 21, 2024, 3:40 am

● **Arrived at USPS Facility**
TAMPA, FL 33614
September 21, 2024, 1:55 am

● **Departed USPS Regional Facility**

YBOR CITY FL DISTRIBUTION CENTER
September 21, 2024, 1:17 am

**Arrived at USPS Regional Destination Facility**
YBOR CITY FL DISTRIBUTION CENTER
September 20, 2024, 9:27 pm

**In Transit to Next Facility**
September 20, 2024

**Arrived at USPS Regional Origin Facility**
DETROIT MI DISTRIBUTION CENTER
September 18, 2024, 8:16 pm

**Departed Post Office**
LINDEN, MI 48451
September 18, 2024, 4:02 pm

**USPS in possession of item**
LINDEN, MI 48451
September 18, 2024, 9:07 am

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

---

**Text & Email Updates** ⌄

---

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌃

| Postal Product: | Features: | See tracking for related item: |
|---|---|---|
| Priority Mail® | Certified Mail™ | 9590940286273244067575 (/go/TrackConfirmAction?tLabels=9590940286273244067575) |
| | Up to $100 insurance included. Restrictions Apply ⓘ | |

See Less ⌃

Track Another Package

RICO SERVICE: SHIPPED via USPS on 9/18/2024 at 9:10 AM

DEFENDANT: BANK OF AMERICA, N.A.    FIRST SERVICE ATTEMPT    RECEIVED SERVICE: 9/23/2024

ALERT: HURRICANES HELENE AND MILTON, FLOODING, AND SEVERE WEATHER IN THE SOUTH...

# USPS Tracking®

FAQs >

**COMPLETED**

Remove ✕

Tracking Number:

**9590940286273244067575**

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered in or at the mailbox at 2:20 pm on October 7, 2024 in FENTON, MI 48430.

### Get More Out of USPS Tracking:
USPS Tracking Plus®

● **Delivered**
Delivered, In/At Mailbox
FENTON, MI 48430
October 7, 2024, 2:20 pm

● **Arrived at USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
October 5, 2024, 1:47 pm

● **Arrived at USPS Regional Facility**
CHARLOTTE NC DISTRIBUTION CENTER
September 25, 2024, 1:11 pm

● **Return Receipt Associated**
September 18, 2024, 9:07 am

● Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

CERTIFIED MAIL

7020 3160 0002 3001 3592

Retail

U.S. POSTAGE PAID
PM
LINDEN, MI 48451
NOV 19, 2024
$17.92

37203
RDC 03
S2324P501513-03

PRESS FIRMLY TO SEAL


UNITED STATES POSTAL SERVICE

- Expected delivery date spe
- Domestic shipments includ
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

FROM:

**17195 SILVER PKWY
PMB #150
FENTON, MI    48430-3426**

RECEIVED
NOV 25 2024
U.S. District Court
Middle District of TN

TO:

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

## TRACKED ■ INSURED


PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

UNITED STATES DISTRICT COURT
**ATTN: CLERK OF THE COURT
719 CHURCH ST
NASHVILLE, TN    37203-6940**

This package is made from post-consumer waste. Please recycle – again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; July 2022; All rights reserved.