Civil Action No. 1:23-cv-1097
**3:24-CV-01282**

PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

**RECEIVED**
**NOV 2 5 2024**
U.S. District Court
Middle District of TN

This summons for *(name of individual and title, if any)* **SAMUEL FORREST ANDERSON**
was received by me on *(date)* **August 21, 2024**.

☒ Other *(specify)*:

Service of defendant Samuel Forrest Anderson was initiated the *first* time pursuant to F.R.Civ.P. 4(e)(1) and Mich. Ct. R. 2.105(A) by delivering to him the *lawsuit service package* as itemized in ECF 69 and 69-1 of this lawsuit, via certified U.S. mail with tracking number 70203160000230014759, return receipt requested, with delivery restricted to the addressee. This package was successfully delivered to defendant Anderson's home on August 26, 2024, at 11:40 AM. See the attached receipt copies from the USPS.

Despite executing service with *restricted delivery* exactly as outlined in Mich. Ct. R. 2.105(A), somehow *every* individual bar defendant in this lawsuit managed to defeat, or persuade their mail carrier(s) to help defeat, the successful *confirmation of service* as intended in this rule, by either interfering with return of the *"return receipt requested"*, returning it blank and unsigned devoid of any delivery information, or returning it signed by someone other than the named defendant to whom the lawsuit service was clearly *addressed*, despite delivery being *restricted* to that specific individual.

In this instance the return receipt mysteriously disappeared. The USPS records show that the package was successfully delivered, but the return receipt never entered the mail stream, to be returned to Michigan from Tennessee. After an investigation by the Linden Michigan Postmaster, Danielle Weisenstein, the USPS's internal delivery confirmation, including the "signature image" from the mail carrier's electronic keypad, signed by the recipient at the time of delivery, was provided and is attached, though the signature is illegible, as was the case with nearly every defendant in this lawsuit.

Due to concerns related to the delay of several outstanding defendants making an appearance in this matter, including defendant Anderson, out of an abundance of caution, on October 17, 2024 at 11:55 AM, I initiated service of defendant Samuel Forrest Anderson for a *second* time. This time I sent service to defendant Anderson's *work* address instead of to his home, while using *registered* mail for increased chain-of-custody control, using tracking number RF753230985US, with *delivery restricted* to the addressee. Finally, I elected to use an *electronic* return receipt this time, instead of the traditional green card, to prevent it from potentially getting detached and lost in the mail. This package was successfully delivered and signed for personally by defendant Anderson on October 23, 2024, 11:00 AM. (See the attached receipt copies from the USPS.)

"(3) An action shall not be dismissed for improper service of process unless the service failed to inform the defendant of the action within the time provided in these rules for service." Rule 2.105(K)(3) - Process; Manner of Service, Mich. Ct. R. 2.105(K)(3).

In the spirit of Mich. Ct. R. 2.105(K)(3) above, defendant Samuel Forrest Anderson is "deemed served" as of October 23, 2024, upon the successful completion of my *second* attempt to serve him. Likely, he was served roughly two months earlier, but due to circumstances beyond my control, I'm not able to guarantee that. My efforts in this matter have been to err on the side of *caution*, for the benefit of the defendants, while successfully *completing service* with the highest degree of reliability I know how, at this price point.

I declare under penalty of perjury that this information is true.

Date: **10/24/2024**

*Marsha Ann Fenton*
Server's signature

Marsha Ann Fenton
*Printed name and title*

17195 Silver Pkwy, #150, Fenton, MI 48430-3426
*Server's address*

# UNITED STATES DISTRICT COURT
for the

Western District of Michigan ▼

| | |
|---|---|
| JEFFREY RYAN FENTON <br> _____ <br> *Plaintiff(s)* <br> v. <br> <br> VIRGINIA LEE STORY et al., <br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> **3:24-CV-01282** <br><br> Civil Action No. 1:23-cv-1097 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Samuel Forrest Anderson
4509 Beacon Drive
Nashville, TN 37215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

AUG 1 9 2024

Date: ~~5/23/2024~~

CLERK OF COURT

*Paula J. Wood*
Signature of Clerk or Deputy Clerk

**SAMUEL FORREST ANDERSON**
**5107 MARYLAND WAY STE 115**
**BRENTWOOD, TN     37027-7555**





DEFENDANT: SAMUEL FORREST ANDERSON          SECOND SERVICE ATTEMPT          RECEIVED SERVICE: 10/23/2024 at 11:00 AM


**UNITED STATES POSTAL SERVICE**

October 27, 2024

Dear Marsha Fenton:

The following is in response to your request for proof of delivery on your item with the tracking number: **RF75 3230 985U S**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | October 23, 2024, 11:00 am |
| **Location:** | BRENTWOOD, TN 37027 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Registered Mail Restricted Delivery |
| | Return Receipt Electronic |
| **Recipient Name:** | SAMUEL F ANDERSON |

## Shipment Details

| | |
|---|---|
| **Weight:** | 3lb, 13.0oz |

## Destination Delivery Address

| | |
|---|---|
| **Street Address:** | 5107 MARYLAND WAY STE 115 |
| **City, State ZIP Code:** | BRENTWOOD, TN 37027-7555 |

## Recipient Signature

Signature of Recipient: *[signature]*

Address of Recipient: 5107 MARYLAND WAY STE 115, BRENTWOOD, TN 37027

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# USPS Tracking®

FAQs >



Remove ✕

**Tracking Number:**

# RF753230985US

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:00 am on October 23, 2024 in BRENTWOOD, TN 37027.

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
BRENTWOOD, TN 37027
October 23, 2024, 11:00 am

● **Out for Delivery**
BRENTWOOD, TN 37027
October 23, 2024, 9:44 am

● **Arrived at Post Office**
BRENTWOOD, TN 37027
October 23, 2024, 9:33 am

● **Processing at USPS Facility**
NASHVILLE, TN 37230
October 23, 2024, 5:31 am

● **Processing at USPS Facility**
NASHVILLE, TN 37230
October 23, 2024, 2:07 am

● **Processing at USPS Facility**
NASHVILLE, TN 37230
October 22, 2024, 11:04 pm

Feedback

**Processing at USPS Facility**
DETROIT, MI 48233
October 21, 2024, 12:04 am

**Processing at USPS Facility**
DETROIT, MI 48233
October 21, 2024, 12:02 am

**In Transit to Next Facility**
October 20, 2024

**Arrived at USPS Regional Origin Facility**
DETROIT MI DISTRIBUTION CENTER
October 19, 2024, 4:01 am

**Processing at USPS Facility**
PONTIAC, MI 48340
October 18, 2024, 4:01 pm

**Arrived at USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
October 17, 2024, 7:16 pm

**Departed USPS Facility**
LINDEN, MI 48451
October 17, 2024, 2:51 pm

**USPS in possession of item**
LINDEN, MI 48451
October 17, 2024, 11:38 am

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ∨

**Return Receipt Electronic** ∧

✓ Confirmation
Your Proof of Delivery record is complete and will be processed shortly.

2 of 3	10/27/2024, 12:13 AM

RICO SERVICE: SHIPPED via USPS on 10/17/2024 at 11:53 AM	Case 3:24-cv-01282 Document 182 Filed 01/28/24 Page 6 of 14 PageID #: 318	Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

Your confirmation will be sent to the following:

contact@jefffenton.com

## Product Information

**Postal Product:**
Priority Mail®

**Features:**
Registered Mail Restricted Delivery
Return Receipt Electronic

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

3 of 3                                                                                                    10/27/2024, 12:13 AM

RICO SERVICE: SHIPPED via USPS on 10/17/2024 at 11:55 AM   Case 3:24-cv-01282   Document 182   Filed 11/25/24   Page 7 of 14 PageID #: 319   Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)   3:24-CV-01282

**contact@jefffenton.com**

| | |
|---|---|
| **From:** | auto-reply@usps.com |
| **Sent:** | Sunday, October 27, 2024 1:06 AM |
| **To:** | contact@jefffenton.com |
| **Subject:** | USPS Return Receipt (Electronic) Info for RF753230985US |
| **Attachments:** | RF753230985US.pdf |



Tracking #: RF753230985US

Hello Marsha Fenton,

**Thank you for using USPS.com® to request a Return Receipt (Electronic) letter for your shipment.**

Tracking #:   RF753230985US

Service Type:   Priority Mail®

Attachment:   Return Receipt (Electronic) letter (PDF) provided by the U.S. Postal Service®.

Your Return Receipt (Electronic) letter is in the attached PDF. You will need Adobe Acrobat Reader installed on your device to open the PDF. Download Adobe Acrobat Reader for free.

If you need help or have questions about USPS Tracking® services and features, visit USPS Tracking FAQs.

### Want to Track on the Go?

Track packages with USPS Text Tracking® service. Simply text your tracking number to 28777 (2USPS) or select the Text Update option on the USPS Tracking site. Standard Message and Data Rates may apply. For more information, visit USPS Text Tracking.

```
              UNITED STATES
              POSTAL SERVICE.
                  LINDEN
               215 S MAIN ST
             LINDEN, MI 48451-9998
                (800)275-8777
  08/24/2024                    10:59 AM
  ----------------------------------------
  Product              Qty   Unit    Price
                             Price
  ----------------------------------------
  Priority Mail®        1            $14.25
     Nashville, TN 37215
     Weight: 3 lb 10.70 oz
     Expected Delivery Date
        Mon 08/26/2024
     Insurance                       $0.00
        Up to $100.00 included
     Restricted Del                 $12.75
        Recipient name
        SAMUEL F ANDERSON
        Tracking #:
        70203160000230014759
     Return Receipt                  $4.10
        Tracking #:
        9590 9402 8627 3244 0684 42
  Total                             $31.10

  Grand Total:                     $120.30

  Credit Card Remit                $120.30
     Card Name: VISA
     Account #: XXXXXXXXXXXX8359
     Approval #: 904295
     Transaction #: 184
     AID: A0000000031010         Chip
     AL: VISA CREDIT
     PIN: Not Required

  UFN: 255460-0451
  Receipt #: 840-54930036-3-6753228-2
  Clerk: 06
```

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com
Nashville TN 37215

Certified Mail Fee  $4.10
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)     $
☐ Return Receipt (electronic)   $12.75
☒ Certified Mail Restricted Delivery  $10.00
☐ Adult Signature Required      $0.00
☐ Adult Signature Restricted Delivery $

Postage  $14.25
Total Postage and Fees  $31.10

Postmark AUG 24 2024  08/24/2024

**SAMUEL F. ANDERSON**
**4509 BEACON DR**
**NASHVILLE, TN 37215-4003**

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

---

COMPLETE THIS SECTION ON DELIVERY

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

1. Article Addressed to:

**SAMUEL F. ANDERSON**
**4509 BEACON DR**
**NASHVILLE, TN 37215-4003**

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

9590 9402 8627 3244 0684 42

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7020 3160 0002 3001 4759

PS Form 3811, July 2020 PSN 7530-02-000-9053       Domestic Return Receipt



Help

## Product Tracking & Reporting

UNITED STATES POSTAL SERVICE

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | Customer Information |

October 18, 2024

### USPS Tracking Intranet

### Delivery Signature and Address

Tracking Number: 7020 3160 0002 3001 4759

This item was delivered on 08/26/2024 at 11:40:00

< Return to Tracking Number View



Enter up to 35 items separated by commas.

Select Search Type:    Quick Search ▾    [ Submit ]

Product Tracking & Reporting, All Rights Reserved
Version: 24.4.3-de6c5246

This page is the U.S. Postal Service's
internal delivery confirmation with "signature image"
from the mail carrier's electronic keypad,
signed by the recipient at the time of delivery.

This page was provided by Postmaster Danielle Weisenstein,
from the Linden Post Office in Genessee County Michigan,
who researched this parcel and provided this confirmation.

https://pts-2.usps.gov/pts2-web/tcIntranetTrackingNumResponse/deliverySignatureAndAddress?deliveryDate=1724690400000&signatureLabelId=52D...   1/1

RICO SERVICE: SHIPPED via USPS on 9/24/2024 at 10:09 AM    3:24-CV-01282    Case 3:23-cv-01091-PLM-RSK (FENTON v. STORY et al.)

Case 3:24-cv-01282    Document 182    Filed 11/25/24    Page 10 of 14 PageID #: 322

ALERT: TROPICAL STORM FRANCINE, FLOODING, AND SEVERE WEATHER IN THE SOUTHERN U.S. M...

# USPS Tracking®

FAQs >



COMPLETED

Remove ✕

Tracking Number:

# 70203160000230014759

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 11:40 am on August 26, 2024 in NASHVILLE, TN 37215.

### Get More Out of USPS Tracking:
USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
NASHVILLE, TN 37215
August 26, 2024, 11:40 am

### Out for Delivery
NASHVILLE, TN 37215
August 26, 2024, 6:21 am

### Arrived at Post Office
NASHVILLE, TN 37215
August 26, 2024, 6:10 am

### Arrived at USPS Regional Destination Facility
NASHVILLE TN DISTRIBUTION CENTER
August 26, 2024, 12:02 am

### In Transit to Next Facility
August 25, 2024

### Arrived at USPS Regional Origin Facility
DETROIT MI DISTRIBUTION CENTER
August 24, 2024, 10:45 pm

### Arrived at USPS Regional Facility

RICO SERVICE: SHIPPED via USPS on 9/24/2024 at 10:59 AM
Case 3:24-cv-01282   Document 182   Filed 11/25/24   Page 11 of 14 PageID #: 323
Case 9:23-cv-09097-PLM-RSK (FENTON v. STORY et al.)

PONTIAC MI DISTRIBUTION CENTER
August 24, 2024, 6:21 pm

**Departed USPS Facility**

LINDEN, MI 48451
August 24, 2024, 12:02 pm

**Departed Post Office**

LINDEN, MI 48451
August 24, 2024, 12:01 pm

**USPS in possession of item**

LINDEN, MI 48451
August 24, 2024, 10:58 am

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates

USPS Tracking Plus®

Product Information

| | | |
|---|---|---|
| **Postal Product:** Priority Mail® | **Features:** Certified Mail Restricted Delivery  Up to $100 insurance included. Restrictions Apply ⓘ | See tracking for related item: 9590940286273244068442 (/go/TrackConfirmAction?tLabels=9590940286273244068442) |

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

# USPS Tracking®

FAQs >

**This is the tracking for the Return Receipt. This shows that the Return Receipt was purchased, but it was never mailed back from Tennessee.**

Remove ✕

**Tracking Number:**

# 9590940286273244068442

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

The U.S. Postal Service has received electronic notification on August 24, 2024 at 10:58 am that you have associated a return receipt to your item.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

● **Pre-Shipment**
  **Return Receipt Associated**
  August 24, 2024, 10:58 am

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌃

| Postal Product: | Features: | |
|---|---|---|
| USPS Ground Advantage™ | Return Receipt USPS Tracking® | See tracking for related item: 70203160000230014759 (/go/TrackConfirmAction?tLabels=70203160000230014759) |

CERTIFIED MAIL

7020 3160 0002 3001 3592

Retail 

U.S. POSTAGE PAID
PM
LINDEN, MI 48451
NOV 19, 2024
$17.92

RDC 03
37203
S2324P501513-03

PRESS FIRMLY TO SEAL



UNITED STATES POSTAL SERVICE

- Expected delivery date spe
- Domestic shipments includ
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

FROM:

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI 48430-3426**

RECEIVED
NOV 25 2024
U.S. District Court
Middle District of TN

TO:

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

## TRACKED ■ INSURED


PS00001000014
EP14F July 2022
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.


USPS.COM/PICKUP

**UNITED STATES DISTRICT COURT**
**ATTN: CLERK OF THE COURT**
**719 CHURCH ST**
**NASHVILLE, TN 37203-6940**