# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

JEFFREY RYAN FENTON,     )
                                     )

      Plaintiff,         )
                                     )

v.                        )     No. 3:24-cv-01282
                                     )

VIRGINIA LEE STORY, MICHAEL
WEIMAR BINKLEY, KATHRYN LENN
YARBROUGH, ELAINE BEATY
BEELER, MARY ELIZABETH MANEY
AUSBROOKS, ALEXANDER SERGEY
KOVAL, HENRY EDWARD
HILDEBRAND III, CHARLES M.
WALKER, THOMAS EARL EUGENE
ANDERSON, ROY PATRICK MARLIN,
SAMUEL FORREST ANDERSON,
JAMES MICHAEL HIVNER, JOHN
BRANDON COKE, SANDRA JANE
LEACH GARRETT, Individually and in
their official capacities, FRANK GOAD
CLEMENT JR., ANDY DWANE
BENNETT, WILLIAM NEAL
MCBRAYER, In their official capacities,
STORY, BARNETT, & COBB, PLC,
RUBIN LUBLIN TN, PLLC, BANK OF
AMERICA CORPORATION,
CADENCCE BANK, STATE OF
TENNESSEE, COUNTY OF
WILLIAMSON TENNESSEE,
WILLIAMSON COUNTY SHERIFF'S
OFFICE, CHANCERY COURT FOR
WILLIAMSON COUNTY TENNESSEE,
TENNESSEE COURT OF APPEALS
MIDLLE DIVISION, SUPREME COURT
OF THE STATE OF TENNESSE, BOARD
OF PROFESSIONAL RESPONSIBILITY
OF THE SUPREME COURT OF TN,
TENNESSEE ADMINISTRATIVE
OFFICE OF THE COURTS,

      Defendants.

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for Mary Beth Ausbrooks.

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP

_s/ Marcus Shute, Jr._
Marcus Shute, Jr. BPR 034032
4031 Aspen Drive, Suite 290
Franklin, TN 37067
Phone: (615) 640-0976
Facsimile: (615) 970-7490
Email: mshute@grsm.com
_Attorneys for Defendant Mary Beth Ausbrooks_

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record, as well as sending a copy to the following address via USPS and/or electronic mail:

**Jeffrey Ryan Fenton**
17195 Silver Parkway, #150
Fenton, Michigan 48430-3426
contact@jefffenton.com
_Pro Se Plaintiff_

**Megan R. Calme**
Wilson Elser Moskowitz Edelman & Dicker, LLP
3102 West End Avenue
Suite 400
Nashville, Tennessee 37203

**Sarah M. Mathews**
Wilson Elser Moskowitz Edelman & Dicker, LLP
3102 West End Avenue
Suite 400
Nashville, Tennessee 37203

**Peako Jenkins**
Tennessee Attorney General's Office

P.O. Box 20207
Nashville, Tennessee 37202-0207

**Anica Clarissa Jones**
U.S. Attorney's Office
719 Church Street
Suite 3300
Nashville, Tennessee 37203

**Sandra J. Densham**
Plunkett Cooney
333 Bridge Street, NW, Suite 530
Grand Rapids, Michigan 49504

**Kimberly Michelle Ingram-Hogan**
**George H. Cate, III**
**Erik Halvorson**
Bradley Arant Boult Cummings, LLP
(Nashville, TN Office)
1221 Broadway
Suite 2400
Nashville, Tennessee 37203

**Laura C. Baucus**
Dykema Gossett PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304

**Bret Chaness**
Rublin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, Georgia 30071

**Benjamin E. Goldammer**
**Danica G. Suedekum**
Kay Griffin, PLLC
222 Second Avenue North
Suite 340-M
Nashville, Tennessee 37201

**Dawn Nicole Williams**
Dykema Gossett PLLC
Capitol View Building
201 Townsend Street, Suite 900
Lansing, Michigan 48933

**Lisa M. Carson**
Buerger, Moseley & Carson, PLC
4068 Rural Plains Circle
Suite 100
Franklin, TN 37064
615-794-8850
Fax: 615-790-8861
Email: lcarson@buergerlaw.com

**Laura Ellen Bassett**
Leitner, Williams, Dooley & Napolitan, PLLC
750 Old Hickory Blvd
Building One
Ste 200
Brentwood, TN 37027
(615) 324-2733
Fax: (615) 780-2210
Email: laura.bassett@leitnerfirm.com

**Thomas E. Anderson**
1187 Old Hickory Blvd., Ste. 125
Brentwood, TN 37027
(615) 969-5819
PRO SE

**Laura C. Baucus**
Dykema Gossett PLLC (Bloomfield Hills)
39577 Woodward Ave., Ste. 300
Bloomfield Hills, MI 48304
(248) 203-0796
Email: lbaucus@dykema.com

*s/ Marcus Shute, Jr.*
Marcus Shute, Jr.