UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JEFFREY RYAN FENTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:24-cv-01282 |
| | ) Jury Demanded |
| VIRGINIA LEE STORY, ET AL., | ) ) |
| Defendants. | ) |

STATE DEFENDANTS' MOTION TO DISMISS

The State of Tennessee, the Tennessee Administrative Office of the Courts (AOC), the Tennessee Court of Appeals Middle Division, the Chancery Court for Williamson County, the Supreme Court of Tennessee, the Board of Professional Responsibility, Jude Frank Clement, Jude Andy Bennett, Judge William Neal McBrayer, Chancellor Michael Binkley, Appellate Court Clerk James Hivner, AOC General Counsel John Coke, and AOC Chief Disciplinary Officer Sandra Garrett ("State Defendants") move to dismiss under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.

Eleventh Amendment immunity bars suits against the State, state agencies, and state officials in their official capacity. Absolute judicial immunity shields Chancellor Binkley from suit in his individual capacity. And the claims against Mr. Hivner, Mr. Coke, and Ms. Garrett in their individual capacities should be dismissed because a criminal statute does not create a private right of action and the statute of limitations bars the remaining civil claims. For these reasons, the State Defendants request that the Court grant their motion to dismiss.

1

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

s/ Peako Jenkins
PEAKO JENKINS, BPR #32190
Assistant Attorney General
Law Enforcement and Special
Prosecutions Division
P.O. Box 20207
Nashville, Tennessee 37202-0207
Office: 615-741-8059
Fax: 615-532-2541
Email: peako.jenkins@ag.tn.gov

2

**CERTIFICATE OF SERVICE**

I certify a true and exact copy of the foregoing has been sent via U.S. Mail on **December 20, 2024**, to the following:

Jeffrey Ryan Fenton
17198 Silver Parkway, #150
Fenton, MI 48430-3426
615-837-1300
contact@jefffenton.com

I certify a true and exact copy of the foregoing has been forwarded via the Court's electronic filing system on **December 20, 2024**, to the following:

Lisa M. Parsons
4068 Rural Plains Circle, Suite 100
Franklin, TN 37064

Sarah M. Mathews
Megan R. Calme
Wilson Elser
Moskowitz Edelman & Dicker, LLP
3102 West End Avenue, Suite 400
Nashville, TN 37203

Anica Clarissa Jones
U.S. Attorney's Office
719 Church Street, Suite 3300
Nashville, TN 37203

Sandra J. Densham
Plunkett Cooney
333 Bridge Street, NW, Suite 530
Grand Rapids, MI 49504

Thomas Anderson
1187 Old Hickory Boulevard, Suite 125
Brentwood, TN 37027

Laura C. Baucus
Dykema Gossett PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304

Bret Chaness
Rublin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071

Dawn Nicole Williams
Dykema Gossett PLLC
Capitol View Building
201 Townsend Street, Suite 900
Lansing, MI 48933

Benjamin E. Goldammer
Danica G. Suedekum
Kay Griffin, PLLC
222 Second Avenue North, Suite 340-M
Nashville, TN 37201

George H. Cate, III
Kimberly Michelle Ingram-Hogan
Erik Halvorson
Bradley Arant Boult Cummings, LLP
1221 Broadway, Suite 2400
Nashville, TN 37203

    /s/ Peako Jenkins
    PEAKO JENKINS
    Assistant Attorney General

4