Civil Action No. ~~1:23-cv-1097~~
*CH 3:24-cv-1282*    **PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*      ALEXANDER SERGEY KOVAL

was received by me on *(date)*    August 21, 2024    ·    RECEIVED

JAN 02 2025

☒ **Other** *(specify):*

On August 24, 2024 at 10:59 am service of defendant Alexander Sergey Koval was initiated for the *first time* (see attached "FIRST SERVICE ATTEMPT") pursuant to F.R.Civ.P. 4(e)(1) and Mich. Ct. R. 2.105(A) by delivering to him the *lawsuit service package* as itemized in ECF 69 and 69-1 of this lawsuit, via *certified* U.S. mail with tracking number 70203160000230014728, return receipt requested, with *delivery restricted* to the addressee. This package was successfully delivered on **August 26, 2024**, at 11:29 am. (See the attached receipt copies and proofs from the U.S.P.S.)

MCR 2.105(A) Individuals: "Process may be served on a resident or nonresident individual by: (1) delivering a summons and a copy of the complaint to the defendant personally, or (2) sending a summons and a copy of the complaint by registered or certified mail, return receipt requested, and delivery restricted to the addressee."

Despite serving this lawsuit with the return receipt requested, per court guidelines, the return receipt *mysteriously disappeared,* which was the case in many of the lawsuit service packages sent. In fact, *every* individual bar defendant in this lawsuit managed to defeat, or persuade their mail carrier(s) to help defeat, the successful *confirmation of service* as intended in this rule, by either interfering with return of the *"return receipt requested"*, returning it blank and unsigned devoid of any delivery information, or returning it signed by someone other than the named defendant to whom the lawsuit service was clearly addressed, despite delivery being *restricted* to that specific individual. (See 'Exhibit-A' filed in ECF 96-1, PID.5265-5285.)

Postmaster Danielle Weisenstein, from the Linden Michigan Post Office, researched the delivery of this parcel and confirmed that it was successfully delivered, while providing the U.S. Postal Service's internal delivery confirmation with 'signature image' from the mail carrier's electronic keypad, marked by the recipient at the time of delivery. Unfortunately, the recipient of this package drew two horizontal lines through the signature field on the keypad, instead of signing for the package, in what looks to have been an intentional effort to further obfuscate the confirmation of service. (See the attached receipt copies and proofs from the U.S.P.S.)

As a layer of redundancy to ensure that every defendant in this lawsuit was provided as much notice as possible, *alternative service* was executed via *email* using Streak Email Tracking Software, as explained in the MOTION FOR ALTERNATIVE SERVICE, filed in ECF 177 and 177-1. The attached screenshots show that defendant Koval was provided email notice at akoval@cw13.com on **September 25, 2024**, which was successfully received and viewed at least eleven times that same day. Furthermore, in a preliminary email seeking to confirm that akoval@cw13.com was an active email address used by defendant Koval, he replied to an inquiry with his professional signature block shown below (to the right), claiming to be the "Managing Attorney" for the Nashville division of Clark & Washington PC, while confirming both his identity as well as which law firm he is currently employed with. This information was cross-referenced and verified further by matching the address for Clark & Washington PC (in Nashville) with the address on file for "Koval, Alexander Sergey" as listed by the Board of Professional Responsibility of the Supreme Court of Tennessee, for BPR Number: 029541. As shown in the attached screenshots, after being served/notified by email, defendant Koval responded on September 26, 2024, at 7:42 am, by stating, "Do not contact me or my office under any circumstances." Obviously, he had received notice.

> Alex Koval
> Managing Attorney, Nashville Division
> Clark & Washington, PC
> 1321 Murfreesboro Pike, Suite 320
> Nashville, TN 37217
> (615) 251-9782
>
> **C. W**
> CLARK & WASHINGTON P.L.

*maℲ*

**CONTINUED ON NEXT PAGE**

Civil Action No. 1:23-cv-1097

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*      ALEXANDER SERGEY KOVAL

was received by me on *(date)*    August 21, 2024   .

☒ Other *(specify)*:    | CONTINUED FROM PREVIOUS PAGE |

In an updated attached screenshot from December 13, 2024, of the email service provided to defendant Koval, he along with others on his behalf or to whom he may have forwarded that email have viewed it a total of *two hundred and eleven times*, while having clicked on the link in that email to Plaintiff's *lawsuit service package* (service.jefffenton.com), at least *three times*. At the provided link/url the entire lawsuit service package can be quickly and easily downloaded for free. For information about Streak Email Tracking Software please see https://www.streak.com. A video demonstration of this software can be viewed online at https://www.youtube.com/watch?v=dMKtSYU-rd8.

Due to concerns related to the delay of several outstanding defendants making an appearance in this matter, including defendant Koval, out of an abundance of caution, service of defendant Koval was initiated *three more times*, between the law firm where he is known to work and what is believed to be his personal residence, using registered and certified mail.

Mich. Ct. R. 2.105(K)(3) Process; Manner of Service, states: "An action shall *not* be dismissed for improper service of process unless the service failed to *inform* the defendant of the action within the time provided in these rules for service."

On October 21, 2024, at 10:41 am service of defendant Koval was initiated by U.S. Mail for the *second time* (see attached "SECOND SERVICE ATTEMPT"); this time at Clark & Washington PC, where he works. The *lawsuit service package* as itemized in ECF 69 and 69-1 of this lawsuit was sent to defendant Koval using *registered* U.S. mail, for more precise handling and controls, with tracking number RF753202406US, with delivery restricted to the addressee again, while requesting an *electronic* return receipt this time rather than the traditional green card, to prevent it from potentially becoming detached and getting lost in the mail. U.S.P.S. tracking records show that delivery was attempted on October 26 at 10:23 am, but *no authorized recipient* was available, so a *notice* was left. Followed by another delivery attempt and *reminder* from the U.S.P.S. on October 31. To date, defendant Koval has failed or refused to reschedule delivery or claim this item.

On October 28, 2024, at 3:46 pm service of defendant Koval was initiated for the *third time* (see attached "THIRD SERVICE ATTEMPT"); this time at the Paragon Mills address believed to be his personal residence, where he initially received service on August 26, 2024. In this instance, the *lawsuit service package* as itemized in ECF 69 and 69-1 of this lawsuit was sent to defendant Koval using *registered* mail with tracking number RF708196470US, while restricting delivery to defendant Koval, with an electronic return receipt requested in hopes of preventing any interference with the successful return of the *confirmation of service* as required by the court's rules. U.S.P.S. tracking records show that delivery was attempted on November 4, 2024 at 12:19 pm, but *no authorized recipient* was available, so a *notice* was left. Followed by another delivery attempt and reminder from the U.S.P.S. on November 9, 2024. To date, defendant Koval has failed or refused to reschedule delivery or claim this item.

| CONTINUED ON NEXT PAGE |

*ma J*

Civil Action No. 1:23-cv-1097

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     ALEXANDER SERGEY KOVAL

was received by me on *(date)*     August 21, 2024   .

☒ Other *(specify)*:     CONTINUED FROM PREVIOUS PAGE

On October 29, 2024 at 12:25 pm service of defendant Koval was initiated for the *fourth time* (see attached "FOURTH SERVICE ATTEMPT"); this time at Clark & Washington PC again in Nashville, where he works. Service was sent by *certified* mail with tracking number 70203160000230013585 to ensure that it was successfully delivered, but specifically *without* restricting delivery or requiring him to sign a return receipt, in hopes of bypassing the screening criteria he was believed to be using, to *dodge* service and deprive the successful *confirmation of service* as required by the court's rules.

By this point, it was known that defendant Koval was refusing to personally accept and sign for the lawsuit service package sent to his office by *registered* mail on October 21, during the *second attempt* to serve him, at the exact same address. It made no sense to try to simultaneously serve him two separate lawsuit service packages with the exact same address, restrictions, and proofs required, which he was actively refusing to allow delivery of and sign for.

Therefore, for the fourth and final service attempt of defendant Koval by United States Mail, the restrictions and proofs were dropped in an attempt to ensure that the lawsuit service package had the best chance of reaching him. This was to provide defendant Koval with as much notice as he would realistically allow under the circumstances, without unreasonably multiplying the costs of service to hire someone to chase after and attempt to further corner defendant Koval, when he clearly had already received notice and has knowledge about this lawsuit.

On **October 31, 2024**, at 10:36 am the U.S.P.S. tracking records show that lawsuit service package was successfully delivered to Clark & Washington PC, at 1321 Murfreesboro Pike, Suit 320, Nashville, TN 37217-2858. (See the attached receipt copies and proofs from the U.S.P.S.)

Service of this lawsuit was executed pursuant to F.R.Civ.P. 4(e)(1) and Mich. Ct. R. 2.105(A), since this lawsuit was originally filed in the United States District Court for the Western District of Michigan. That being the same court who executed the summonses to serve with this lawsuit, which were first received from the court in Lansing, Michigan by Plaintiff and myself on August 21, 2024.

Mich. Ct. R. 2.105(K)(3) Process; Manner of Service, states: "An action shall *not* be dismissed for improper service of process unless the service failed to *inform* the defendant of the action within the time provided in these rules for service."

My efforts in this matter have been to err on the side of caution, for the benefit of the defendants, while successfully completing service with the highest degree of reliability I know how, for this price point. I have done so honestly and honorably, with tremendous diligence through steadfast work, regardless of the challenges experienced to stymie or thwart my efforts.

I declare under penalty of perjury that this information is true.

Date: 12/27/2024        *Marsha Ann Fenton*

                                      *Server's signature*

                                      Marsha Ann Fenton

                                      *Printed name and title*

                          17195 Silver Pkwy, #150, Fenton, MI 48430-3426

                                      *Server's address*

RICO SERVICE: SHIPPED via USPS on 8/24, 10/21, 10/28, and 10/29/2024

Case 3:24-cv-01282   Document 192   Filed 01/02/25   Page 3 of 30 PageID #: 381

M.D. Tenn. Case 3:24-cv-01282 (FENTON v. STORY et al.)

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Western District of Michigan ▾

|  |  |
|---|---|
| JEFFREY RYAN FENTON <br><br> *Plaintiff(s)* <br><br> v. <br><br> VIRGINIA LEE STORY et al., <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:23-cv-1097 <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Alexander Sergey Koval
281 Paragon Mills Road
Nashville, TN 37211

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

AUG 1 9 2024

Date:  _____ 5/23/2024 _____

*CLERK OF COURT*

*Paula G. Wade*
*Signature of Clerk or Deputy Clerk*

RICO SERVICE: SHIPPED via USPS on 8/24, 10/27, 10/28, and 10/29/2024    M.D. Tenn. Case 3:24-cv-01282 (FENTON v. STORY et al.)

Case 3:24-cv-01282   Document 192   Filed 01/02/25   Page 4 of 30 PageID #: 382

Board of Professional Responsibility

ATTORNEY LOGIN 🔒

Board of Professional **Responsibility**
of the Supreme Court of Tennessee

Search

ABOUT THE BOARD     FOR THE PUBLIC     FOR LEGAL PROFESSIONALS     NEWS & PUBLICATIONS

# Attorney Details

**Name:**
Koval, Alexander Sergey

**Address:**
1321 Murfreesboro Pike Ste 320
Nashville, TN 37217-2858

**BPR Number:**
029541

**Status:**
Active

**Office County:**
Davidson

**Licensed in TN Since:**
2010

**Law School:**
Nashville School of Law

## Public Information:

**No Public Information Available**

## Informational Releases for Public Discipline:

**No Public Discipline**

## Names Used:

**Name**

Alexander Sergey Koval

\* Information accurate as of Tuesday, December 03, 2024 11:00 AM UTC

ABOUT THE BOARD

FOR THE PUBLIC

FOR LEGAL PROFESSIONALS

NEWS & PUBLICATIONS

LINKS OF INTERESTS

# Mission Statement

To assist the Court in protecting the public from harm from unethical lawyers by administering the disciplinary process; to assist the public by providing information about the judicial system and the disciplinary system for lawyers; and, to assist lawyers by interpreting and applying the Court's disciplinary rules.

© 2024 Board of Professional Responsibility of the Supreme Court of Tennessee.                    PRIVACY STATEMENT  |  DISCLAIMER

2024-02



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024          10:59 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $14.25 |

Nashville, TN 37211
Weight: 3 lb 10.80 oz
Expected Delivery Date
   Mon 08/26/2024
Insurance               $0.00
   Up to $100.00 included
Restricted Del        $12.75
   Recipient name
    ALEXANDER S KOVAL
   Tracking #:
    70203160000230014728
Total              $27.00

Grand Total:       $120.30

Credit Card Remit    $120.30
   Card Name: VISA
   Account #: XXXXXXXXXXXX8359
   Approval #: 904295
   Transaction #: 184
   AID: A0000000031010    Chip
   AL: VISA CREDIT
   PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6753228-2
Clerk: 06

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usp*

| | |
|---|---|
| Certified Mail Fee | |
| $ | $0.00 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☑ Return Receipt (hardcopy) | $12.75 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☒ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage | $14.25 |
| $ | |
| Total Postage and Fees | |
| $ | |

Postmark Here
AUG 24 2024
08/24/2024

**ALEXANDER KOVAL**
**281 PARAGON MILLS RD**
**NASHVILLE, TN 37211-4034**

7020 3160 0000 2300 1472 8

**This USPS Return Receipt
Mysteriously Disappeared
It was Never Returned After
The Successful Delivery**

Help

**UNITED STATES POSTAL SERVICE**

# Product Tracking & Reporting

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | Customer Information | October 18, 2024 |
|------|--------|---------|--------------|--------------------|-----------|----------------------|-------------------|

## USPS Tracking Intranet

## Delivery Signature and Address

**Tracking Number: 7020 3160 0002 3001 4728**

**This item was delivered on 08/26/2024 at 11:29:00**

< Return to Tracking Number View

| | |
|---|---|
| Signature | |
| Address | # 281 PARAGON MILLS RD, NASHVILLE, TN 37211 |

Enter up to 35 items separated by commas:

Select Search Type:  Quick Search ▾   Submit

Product Tracking & Reporting, All Rights Reserved
Version: 24.4.3-de6c5246

This page is the U.S. Postal Service's
internal delivery confirmation with "signature image"
from the mail carrier's electronic keypad,
signed by the recipient at the time of delivery.

This page was provided by Postmaster Danielle Weisenstein,
from the Linden Post Office in Genessee County Michigan,
who researched this parcel and provided this confirmation.

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 10:59 AM    **3:24-CV-01282**    Case 1.23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

Case 3:24-cv-01282    Document 192    Filed 01/02/25    Page 7 of 30 PageID #: 385

ALERT: HURRICANE HELENE, FLOODING, AND SEVERE WEATHER IN THE SOUTHEASTERN U.S. MAY IMP...

# USPS Tracking®

FAQs >



**Tracking Number:**
**Remove ✕**

# 70203160000230014728

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item has been delivered to an agent and left with an individual at the address at 11:29 am on August 26, 2024 in NASHVILLE, TN 37211.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

### Delivered to Agent
**Delivered to Agent, Left with Individual**
NASHVILLE, TN 37211
August 26, 2024, 11:29 am

Feedback

**Out for Delivery**
NASHVILLE, TN 37211
August 26, 2024, 8:35 am

**Arrived at Post Office**
NASHVILLE, TN 37211
August 26, 2024, 8:24 am

**Arrived at USPS Facility**
NASHVILLE, TN 37211
August 26, 2024, 3:53 am

**Departed USPS Regional Facility**
NASHVILLE TN DISTRIBUTION CENTER
August 26, 2024, 3:30 am

**Arrived at USPS Regional Facility**
NASHVILLE TN DISTRIBUTION CENTER
August 26, 2024, 2:50 am

**Arrived at USPS Regional Destination Facility**
NASHVILLE TN DISTRIBUTION CENTER
August 26, 2024, 12:02 am

**In Transit to Next Facility**
August 25, 2024

**Arrived at USPS Regional Origin Facility**
DETROIT MI DISTRIBUTION CENTER
August 24, 2024, 10:45 pm

**Arrived at USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
August 24, 2024, 6:21 pm

**Departed USPS Facility**
LINDEN, MI 48451
August 24, 2024, 12:02 pm

**Departed Post Office**
LINDEN, MI 48451
August 24, 2024, 12:01 pm

**USPS in possession of item**
LINDEN, MI 48451
August 24, 2024, 10:54 am

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? **(https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ∨ |
|---|---|

| USPS Tracking Plus® | ∨ |
|---|---|

| Product Information | ∧ |
|---|---|

| Postal **Product:** Priority Mail® | **Features:** Certified Mail Restricted Delivery Up to $100 insurance included. Restrictions Apply ⓘ | See tracking for related item: **9590940286273244068473 (/go/ TrackConfirmAction? tLabels=9590940286273244068473)** |
|---|---|---|

**See Less** ∧

Feedback

USPS.com® - USPS Tracking® Results

9/29/2024, 3:00 PM

# USPS Tracking®

> **This is the tracking for the Return Receipt.**
> **This shows that the Return Receipt was purchased,**
> **but it was never mailed back from Tennessee.**

**Remove** ✕

**Tracking Number:**

## 9590940286273244068473

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

The U.S. Postal Service has received electronic notification on August 24, 2024 at 11:30 am that you have associated a return receipt to your item.

**Get More Out of USPS Tracking:**

    USPS Tracking Plus®

**Pre-Shipment**
**Return Receipt Associated**
August 24, 2024, 11:30 am

What **Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌃ |
|---|---|

**Postal Product:**
USPS Ground Advantage™

**Features:**
Return Receipt
USPS Tracking®

See tracking for related item: 70203160000230014728 (/go/TrackConfirmAction?tLabels=70203160000230014728)

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 10:59 AM   **3:24-CV-01282**   Case 1:23-cv-01097-PLM-RSK (FENTON V. STORY et al.)

DEFENDANT: ALEXANDER SERGEY KOVAL     SECOND SERVICE ATTEMPT     REFUSED SERVICE



**ALEXANDER KOVAL**
**CLARK & WASHINGTON, PC**
**1321 MURFREESBORO PIKE STE 320**
**NASHVILLE, TN     37217-2858**

```
        UNITED STATES
        POSTAL SERVICE.

             LINDEN
          215 S MAIN ST
       LINDEN, MI 48451-9998
          (800)275-8777

10/21/2024                  10:41 AM

Product         Qty   Unit    Price
                      Price
-------------------------------------

Priority Mail®    1           $14.80
Nashville, TN 37217
Weight: 3 lb 10.90 oz
Expected Delivery Date
    Wed 10/23/2024
Insurance                     $0.00
    Up to $100.00 included
Restricted Del               $26.30
    Amount: $0.00
    Recipient name
      ALEXANDER KOVAL
    Tracking #:
      RF753202406US
e-Return Receipt              $2.62
Total                        $43.72

-------------------------------------
Grand Total:                $131.16
-------------------------------------
Credit Card Remit           $131.16
    Card Name: VISA
    Account #: XXXXXXXXXXXX8359
    Approval #: 901214
    Transaction #: 101
    AID: A0000000031010      Chip
    AL: VISA CREDIT
    PIN: Not Required
-------------------------------------

UFN: 255460-0451
Receipt #: 840-54930036-1-5598643-2
Clerk: 06
```



RICO SERVICE: SHIPPED via USPS on 10/21/2024 at 10:41 AM     M.D. Tenn. Case 3:24-cv-01282 (FENTON v. STORY et al.)

Case 3:24-cv-01282    Document 192    Filed 01/02/25    Page 11 of 30 PageID #: 389

ATTORNEY LOGIN 🔒

## Board of Professional Responsibility
of the Supreme Court of Tennessee

Search

ABOUT THE BOARD     FOR THE PUBLIC     FOR LEGAL PROFESSIONALS     NEWS & PUBLICATIONS

# Attorney Details

**Name:**
Koval, Alexander Sergey

**Address:**
1321 Murfreesboro Pike Ste 320
Nashville, TN 37217-2858

**BPR Number:**
029541

**Status:**
Active

**Office County:**
Davidson

**Licensed in TN Since:**
2010

**Law School:**
Nashville School of Law

## Public Information:

**No Public Information Available**

## Informational Releases for Public Discipline:

**No Public Discipline**

## Names Used:

**Name**

Alexander Sergey Koval

\* Information accurate as of Tuesday, December 03, 2024 11:00 AM UTC

ABOUT THE BOARD

FOR THE PUBLIC

FOR LEGAL PROFESSIONALS

NEWS & PUBLICATIONS

LINKS OF INTERESTS

# Mission Statement

To assist the Court in protecting the public from harm from unethical lawyers by administering the disciplinary process; to assist the public by providing information about the judicial system and the disciplinary system for lawyers; and, to assist lawyers by interpreting and applying the Court's disciplinary rules.

© 2024 Board of Professional Responsibility of the Supreme Court of Tennessee.

PRIVACY STATEMENT | DISCLAIMER

2024-02

RICO SERVICE: SHIPPED via USPS on 10/21/2024 at 10:41 AM

Case 3:24-cv-01282    Document 192    Filed 01/02/25    Page 12 of 30 PageID #: 390

M.D. Tenn. Case 3:24-cv-01282 (FENTON v. STORY et al.)

USPS.com® - USPS Tracking® Results                    https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=3&...

ALERT: EFFECTIVE NOVEMBER 29, 2024, INTERNATIONAL MAIL SERVICE TO CANADA IS TEMPORARILY SUS...

# USPS Tracking®

FAQs >

## UNCLAIMED—REFUSED

**Tracking Number:**

Remove ✕

## RF753202406US

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

This is a reminder to arrange for redelivery of your item or your item will be returned to sender.

**Delivery Attempt**
**Reminder to Schedule Redelivery of your item**
October 31, 2024

**Notice Left (No Authorized Recipient Available)**
NASHVILLE, TN 37217
October 26, 2024, 10:23 am

**Redelivery Scheduled for Next Business Day**
NASHVILLE, TN 37217
October 26, 2024, 7:32 am

**Arrived at Post Office**
NASHVILLE, TN 37217
October 26, 2024, 7:29 am

**Processing at USPS Facility**
NASHVILLE, TN 37230
October 26, 2024, 3:48 am

**Processing at USPS Facility**
NASHVILLE, TN 37230
October 26, 2024, 1:51 am

**Processing at USPS Facility**
NASHVILLE, TN 37230
October 26, 2024, 1:48 am

**Processing at USPS Facility**
DETROIT, MI 48233
October 23, 2024, 11:58 pm

Feedback

Case 3:24-cv-01282     Document 192     Filed 01/02/25     Page 13 of 30 PageID #: 391
RICO SERVICE: SHIPPED via USPS on 10/21/2024 at 10:41 AM     M.D. Tenn. Case 3:24-cv-01282 (FENTON v. STORY et al.)

**Processing at USPS Facility**
DETROIT, MI 48233
October 23, 2024, 11:52 pm

**Arrived at USPS Regional Origin Facility**
DETROIT MI DISTRIBUTION CENTER
October 23, 2024, 3:50 am

**Processing at USPS Facility**
PONTIAC, MI 48340
October 22, 2024, 4:28 pm

**Arrived at USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
October 21, 2024, 7:52 pm

**Departed USPS Facility**
LINDEN, MI 48451
October 21, 2024, 3:07 pm

**USPS in possession of item**
LINDEN, MI 48451
October 21, 2024, 10:39 am

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

**Text & Email Updates**                                                        ⌄

**Return Receipt Electronic**                                                   ⌃

✓ Confirmation

We regret there is no record of delivery for your item. This will be indicated in the letter provided.

Your confirmation will be sent to the following:

contact@jefffenton.com

**Product Information**                                                         ⌃

**Postal Product:**                          **Features:**
Priority Mail®                               Registered Mail Restricted Delivery
                                             Return Receipt Electronic

**See Less** ⌃

Case 3:24-cv-01282     Document 192     Filed 01/02/25     Page 14 of 30 PageID #: 392
RICO SERVICE: SHIPPED via USPS on 10/21/2024 at 10:41 AM          M.D. Tenn. Case 3:24-cv-01282 (FENTON v. STORY et al.)


**UNITED STATES**
**POSTAL SERVICE**

December 10, 2024

Dear Marsha Fenton:

The following is in response to your request for proof of delivery on your item with the tracking number:
**RF75 3202 406U S**.

| Item Details | |
|---|---|
| **Status:** | We regret to inform you that we were unable to locate any delivery information in our records for your item. |
| **Status Date / Time:** | N/A |
| **Location:** | N/A |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Registered Mail Restricted Delivery |
| | Return Receipt Electronic |
| **Recipient Name:** | ALEXANDER KOVAL |

| Shipment Details | |
|---|---|
| **Weight:** | 3lb, 11.0oz |

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**contact@jefffenton.com**

| | |
|---|---|
| **From:** | auto-reply@usps.com |
| **Sent:** | Tuesday, December 10, 2024 10:17 AM |
| **To:** | contact@jefffenton.com |
| **Subject:** | USPS Return Receipt (Electronic) Info for RF753202406US |
| **Attachments:** | RF753202406US.pdf |



Tracking #: **RF753202406US**

Hello Marsha Fenton,

**Thank you for using USPS.com® to request a Return Receipt (Electronic) letter for your shipment.**

Tracking #:   RF753202406US

Service Type:   Priority Mail®

Attachment:   Return Receipt (Electronic) letter (PDF) provided by the U.S. Postal Service®.

Your Return Receipt (Electronic) letter is in the attached PDF. You will need Adobe Acrobat Reader installed on your device to open the PDF. Download Adobe Acrobat Reader for free.

If you need help or have questions about USPS Tracking® services and features, visit USPS Tracking FAQs.

## Want to Track on the Go?

Track packages with USPS Text Tracking® service. Simply text your tracking number to 28777 (2USPS) or select the Text Update option on the USPS Tracking site. Standard Message and Data Rates may apply. For more information, visit USPS Text Tracking.

1



**UNITED STATES POSTAL SERVICE.**

FENTON
210 S LEROY ST
FENTON, MI 48430-9998
(800)275-8777

10/28/2024           03:46 PM

----------------------------------------

| Product | Qty | Unit Price | Price |
|---|---|---|---|

----------------------------------------

```
Priority Mail®      1                $15.75
  Nashville, TN 37211
  Weight: 4 lb 4.60 oz
  Expected Delivery Date
    Wed 10/30/2024
  Insurance                          $0.00
    Up to $100.00 included
  Restricted Del                    $26.30
    Amount: $0.00
    Recipient name
      ALEXANDER S KOVAL
    Tracking #:
    RF708196470US
  e-Return Receipt                   $2.62
Total                               $44.67
```

----------------------------------------

```
Grand Total:                        $88.39
```

----------------------------------------

```
Credit Card Remit                   $88.39
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 418254
  Transaction #: 598
  AID: A0000000031010       Chip
  AL: VISA CREDIT
  PIN: Not Required
```

----------------------------------------

```
UFN: 253200-0431
Receipt #: 840-54930020-4-7760418-2
Clerk: 14
```

**ALEXANDER SERGEY KOVAL**

**281 PARAGON MILLS RD**

**NASHVILLE, TN      37211-4034**



| Registered No. | | Date Stamp |
|---|---|---|
| Reg. Fee | | |
| Handling Charge | Return Receipt | |
| Postage | Restricted Delivery | |
| Received by | | |
| Customer Must Declare Full Value $ | Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse) | |

OFFICIAL USE

FROM: MARSHA FENTON
17195 SILVER PARKWAY
PMB #150
FENTON, MI 48430-3426

TO: ALEXANDER SERGEY KOVAL
281 PARAGON MILLS RD
NASHVILLE, TN 37211-4034

PS Form **3806,**  **Receipt for Registered Mail**  *Copy 1 - Customer*
January 2014 (7530-02-000-9051)    *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com®*

USPS.com® - USPS Tracking® Results      https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&...

**ALERT: EFFECTIVE NOVEMBER 29, 2024, INTERNATIONAL MAIL SERVICE TO CANADA IS TEMPORARI...**

# USPS Tracking®

**FAQs >**

# *UNCLAIMED—REFUSED*

**Tracking Number:**

# RF708196470US

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

Remove ✕

### Latest Update

This is a reminder to arrange for redelivery of your item or your item will be returned to sender.

**Delivery Attempt**
**Reminder to Schedule Redelivery of your item**
November 9, 2024

**Notice Left (No Authorized Recipient Available)**
NASHVILLE, TN 37211
November 4, 2024, 12:19 pm

**Out for Delivery**
NASHVILLE, TN 37211
November 4, 2024, 6:13 am

**Arrived at Post Office**
NASHVILLE, TN 37211
November 4, 2024, 6:02 am

**Processing at USPS Facility**
NASHVILLE, TN 37230
November 2, 2024, 1:54 am

**Processing at USPS Facility**
NASHVILLE, TN 37230
November 2, 2024, 1:53 am

**Processing at USPS Facility**
DETROIT, MI 48233
October 31, 2024, 12:02 am

**Processing at USPS Facility**

Feedback

RICO SERVICE: SHIPPED via USPS on 10/28/2024 at 3:46 PM

M.D. Tenn. Case 3:24-cv-01282 (FENTON V. STORY et al.)

DETROIT, MI 48233
October 30, 2024, 11:52 pm

**Processing at USPS Facility**
PONTIAC, MI 48340
October 29, 2024, 4:34 pm

**Arrived at USPS Regional Origin Facility**
PONTIAC MI DISTRIBUTION CENTER
October 29, 2024, 4:26 pm

**Departed Post Office**
FENTON, MI 48430
October 28, 2024, 5:23 pm

**USPS in possession of item**
FENTON, MI 48430
October 28, 2024, 3:43 pm

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? **(https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**                                                                    ˅

**Return Receipt Electronic**                                                               ˄

⊘ Confirmation
We regret there is no record of delivery for your item. This will be indicated in the letter provided.

Your confirmation will be sent to the following:

contact@jefffenton.com

**Product Information**                                                                     ˄

**Postal Product:**                                   **Features:**
Priority Mail®                                        Registered Mail Restricted Delivery
                                                      Return Receipt Electronic

See Less ˄

RICO SERVICE: SHIPPED via USPS on 10/28/2024 at 3:46 PM

Case 3:24-cv-01282   Document 192   Filed 01/02/25   Page 19 of 30 PageID #: 397
M.D. Tenn. Case 3:24-cv-01282 (FENTON V. STORY et al.)


**UNITED STATES POSTAL SERVICE**

December 10, 2024

Dear Marsha Fenton:

The following is in response to your request for proof of delivery on your item with the tracking number:
**RF70 8196 470U S.**

## Item Details

| | |
|---|---|
| **Status:** | We regret to inform you that we were unable to locate any delivery information in our records for your item. |
| **Status Date / Time:** | N/A |
| **Location:** | N/A |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Registered Mail Restricted Delivery |
| | Return Receipt Electronic |
| **Recipient Name:** | ALEXANDER S KOVAL |

## Shipment Details

| | |
|---|---|
| **Weight:** | 4lb, 5.0oz |

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

RICO SERVICE: SHIPPED via USPS on 10/28/2024 at 3:46 PM      M.D. Tenn. Case 3:24-cv-01282 (FENTON v. STORY et al.)

## contact@jefffenton.com

| | |
|---|---|
| **From:** | auto-reply@usps.com |
| **Sent:** | Tuesday, December 10, 2024 10:23 AM |
| **To:** | contact@jefffenton.com |
| **Subject:** | USPS Return Receipt (Electronic) Info for RF708196470US |
| **Attachments:** | RF708196470US.pdf |



Tracking #: **RF708196470US**

Hello Marsha Fenton,

**Thank you for using USPS.com® to request a Return Receipt (Electronic) letter for your shipment.**

Tracking #:   RF708196470US

Service Type:   Priority Mail®

Attachment:   Return Receipt (Electronic) letter (PDF) provided by the U.S. Postal Service®.

Your Return Receipt (Electronic) letter is in the attached PDF. You will need Adobe Acrobat Reader installed on your device to open the PDF. Download Adobe Acrobat Reader for free.

If you need help or have questions about USPS Tracking® services and features, visit USPS Tracking FAQs.

## Want to Track on the Go?

Track packages with USPS Text Tracking® service. Simply text your tracking number to 28777 (2USPS) or select the Text Update option on the USPS Tracking site. Standard Message and Data Rates may apply. For more information, visit USPS Text Tracking.

RICO SERVICE: SHIPPED via USPS on 10/28/2024 at 3:46 PM

Case 3:24-cv-01282    Document 192    Filed 01/02/25    Page 21 of 30 PageID #: 399

M.D. Tenn. Case 3:24-cv-01282 (FENTON V. STORY et al.)





Defendant Koval has been believed to be intentionally dodging service for months, while having already received service once previously from the USPS, with Restricted Delivery on 8/26/2024, but the Return Receipt Requested mysteriously disappeared, while even his signature on the Postal Carrier's Electronic Keypad showed two horizontal lines where he was supposed to sign for the package.

This package was sent with minimal restrictions, via Certified Mail, without a signed Return Receipt required. Though this lacks proofs required by the court, this defendant refuses to provide those proofs, so it's a matter of compounding proofs to demonstrate to the court that Plaintiff has met the burden of "reasonable efforts" to serve this defendant, while clearly providing him with sufficient notice to protect his interests via equal and due process, if he elects to do so.

Defendant Koval was seperately served via email at akoval@cw13.com (an email address he confirmed is his active account) on September 25, 2024, using email tracking software, which confirmed that he received the email, opened the email many times, forwarded it to others, and even clicked on the link in the email to where Plaintiff has provided his complete Lawsuit Service Package online at https://service.jefffenton.com, where Plaintiff has also provided summonses for each defendant, for alternative service.

Though it has been known that defendant Koval (and other defendants) have long been notified about this lawsuit, he (along with many of the defendants involved in the fraudulent litigation in the United States Bankrupcy Court for the Middle District of Tennessee) have refused to make an appearance in this matter.

Strategicially, the proofs required for service by the court's rules have been lacking (due to the defendants actions to dodge service and deprive confirmation of service). Therefore, out of an abundance of caution, service was resent to defendant Koval (and other defendants) many different ways, using both Registered and Certified Mail, both at his residence as well as at Clark & Washington PC, where he claimed to be the "Managing Attorney", some while Restricting Delivery to the Addressee (Defendant), some without Restricted Delivery. Similarlly, some while requesting the Return Receipt and some without, in an attempt to bypass whatever screening criterreia he has been using to dodge confirmaton of service, to provide the highest probability of delivery, by as many means as are known, fiscally responsible and within reach.

ATTORNEY LOGIN 🔒

# Board of Professional Responsibility
of the Supreme Court of Tennessee

Search

ABOUT THE BOARD    FOR THE PUBLIC    FOR LEGAL PROFESSIONALS    NEWS & PUBLICATIONS

## Attorney Details

**Name:**
Koval, Alexander Sergey

**Address:**
1321 Murfreesboro Pike Ste 320
Nashville, TN 37217-2858

**BPR Number:**
029541

**Status:**
Active

**Office County:**
Davidson

**Licensed in TN Since:**
2010

**Law School:**
Nashville School of Law

## Public Information:

**No Public Information Available**

## Informational Releases for Public Discipline:

**No Public Discipline**

## Names Used:

**Name**

Alexander Sergey Koval

\* Information accurate as of Tuesday, December 03, 2024 11:00 AM UTC

ABOUT THE BOARD

FOR THE PUBLIC

FOR LEGAL PROFESSIONALS

NEWS & PUBLICATIONS

LINKS OF INTERESTS

# Mission Statement

To assist the Court in protecting the public from harm from unethical lawyers by administering the disciplinary process; to assist the public by providing information about the judicial system and the disciplinary system for lawyers; and, to assist lawyers by interpreting and applying the Court's disciplinary rules.

© 2024 Board of Professional Responsibility of the Supreme Court of Tennessee.          PRIVACY STATEMENT  |  DISCLAIMER

2024-02

RICO SERVICE: SHIPPED via USPS on 10/29/2024 at 12:25 PM

Case 3:24-cv-01282    Document 192    Filed 01/02/25    M.D. Tenn. Case 3:24-cv-01282 (FENTON v. STORY et al.)    Page 23 of 30 PageID #: 401

USPS.com® - USPS Tracking® Results                    https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&...

# USPS Tracking®

FAQs >



Tracking Number:

## 70203160000230013585

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

Remove ✕

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 10:36 am on October 31, 2024 in NASHVILLE, TN 37217.

**Get More Out of USPS Tracking:**

　　USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**
NASHVILLE, TN 37217
October 31, 2024, 10:36 am

**Out for Delivery**
NASHVILLE, TN 37217
October 31, 2024, 6:10 am

**Arrived at Post Office**
NASHVILLE, TN 37217
October 31, 2024, 5:34 am

**Arrived at USPS Facility**
NASHVILLE, TN 37217
October 31, 2024, 3:49 am

**Departed USPS Regional Facility**
NASHVILLE TN DISTRIBUTION CENTER
October 31, 2024, 3:28 am

**Arrived at USPS Regional Facility**
NASHVILLE TN DISTRIBUTION CENTER
October 31, 2024, 2:07 am

**In Transit to Next Facility**
October 30, 2024, 3:37 pm

Feedback

RICO SERVICE: SHIPPED via USPS on 10/29/2024 at 12:29 PM

Case 3:24-cv-01282    Document 192    Filed 01/02/25    Page 24 of 30 PageID #: 402

M.D. Tenn. Case 3:24-cv-01282 (FENTON V. STORY et al.)

**Arrived at USPS Regional Facility**
NASHVILLE TN DISTRIBUTION CENTER
October 30, 2024, 2:56 pm

**In Transit to Next Facility**
October 30, 2024, 12:04 pm

**In Transit to Next Facility**
October 30, 2024, 9:04 am

**Departed USPS Regional Facility**
DETROIT MI DISTRIBUTION CENTER
October 30, 2024, 5:37 am

**Arrived at USPS Regional Origin Facility**
DETROIT MI DISTRIBUTION CENTER
October 29, 2024, 11:58 pm

**Arrived at USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
October 29, 2024, 7:38 pm

**Departed USPS Facility**
LINDEN, MI 48451
October 29, 2024, 2:44 pm

**USPS in possession of item**
LINDEN, MI 48451
October 29, 2024, 12:24 pm

**Hide Tracking History**

What **Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌃ |
|---|---|

**Postal Product:**
Priority Mail®

**Features:**
Certified Mail™
Up to $100 insurance included. Restrictions Apply ⓘ

See Less ⌃

Q   in:sent     ✕   ⚏   ▦ Streak Basic   ⑦   ⚙   ⠿   **T**

←   ⊡   ⊙   🗑   ✉   ⊼   ⋮     2 of 15   ‹   ›   ▭ ▾   ▦

## Need an attorney    Inbox ✕     ⊖   ↕   🖨   ◰

**Tim Schell**     👁 Sep 24, 2024, 2:39 PM (1 day ago)   ☆   ☺   ↩   ⋮
to akoval ▾

Hello -
I may need representation in a legal matter. Is this attorney Alexander Sergey Koval?

**Tim Schell**     👁 1:34 PM (1 hour ago)   ☆
Attorney Koval - This bankruptcy application and process are quite overwhelming. Will you help me? I a...

**Alexander Koval**     1:42 PM (1 hour ago)   ☆   ☺   ↩   ⋮
to Mary, me ▾

Mr. Schell,

We can schedule a consultation to see if we can help you. Please call our office at 615 251 9782 to schedule a new client consultation.

Sincerely,

**Alex Koval**

**Managing Attorney, Nashville Division**

**Clark & Washington, PC**

**1321 Murfreesboro Pike, Suite 320**

**Nashville, TN 37217**

**(615) 251-9782**

C&W

CLARK & WASHINGTON PC
[illegible subtitle]

RICO SERVICE: EMAIL VIEWED 211 TIMES & LINK OPENED 3 TIMES
Case 3:24-cv-01282   Document 192   Filed 01/02/25   Page 26 of 30 PageID #: 404
M.D. Tenn. Case 3:24-cv-01282 (FENTON V. STORY et al.)

# Board of Professional Responsibility
of the Supreme Court of Tennessee

Search

ABOUT THE BOARD   FOR THE PUBLIC   FOR LEGAL PROFESSIONALS   NEWS & PUBLICATIONS

# Attorney Details

**Name:**
Koval, Alexander Sergey

**Address:**
1321 Murfreesboro Pike Ste 320
Nashville, TN 37217-2858

**BPR Number:**
029541

**Status:**
Active

**Office County:**
Davidson

**Licensed in TN Since:**
2010

**Law School:**
Nashville School of Law

## Public Information:

**No Public Information Available**

## Informational Releases for Public Discipline:

**No Public Discipline**

## Names Used:

**Name**

Alexander Sergey Koval

* Information accurate as of Tuesday, December 03, 2024 11:00 AM UTC

ABOUT THE BOARD

FOR THE PUBLIC

FOR LEGAL PROFESSIONALS

NEWS & PUBLICATIONS

LINKS OF INTERESTS

# Mission Statement

To assist the Court in protecting the public from harm from unethical lawyers by administering the disciplinary process; to assist the public by providing information about the judicial system and the disciplinary system for lawyers; and, to assist lawyers by interpreting and applying the Court's disciplinary rules.

© 2024 Board of Professional Responsibility of the Supreme Court of Tennessee.

PRIVACY STATEMENT   |   DISCLAIMER

2024-02

Case 3:24-cv-01282   Document 192   Filed 01/02/25   Page 27 of 30 PageID #: 405

RICO SERVICE: EMAIL VIEWED 211 TIMES & LINK OPENED 3 TIMES   M.D. Tenn. Case 3:24-cv-01282 (FENTON v. STORY et al.)



Tim Schell — 1:49 PM (1 hour ago) — to Alexander

OK, can I call the office later in the day, perhaps tomorrow?

I have availability usually later in the afternoon.

Or is there a better time I should call?

I also want to inform you that you have been named as a defendant in lawsuit 1:23-cv-01097 in the U.S. District Court for the Western District of Michigan. You should have received service of process by registered/certified mail pursuant to Michigan rule of civil procedure 2.105. Details of served process and the entire case can be found and downloaded here:

**freely downloadable civil action in its entirety**

If you choose not to accept the relevant U.S. mail and/or decline to enter an appearance in the matter, a default judgment against you will be entered since you now have knowledge of the case.



from: Tim Schell
to: Alexander Koval <akoval@cw13.com>
date: Sep 25, 2024, 1:49 PM
subject: Re: Need an attorney
mailed-by: gmail.com

**Tracking**

Viewed 30m ago
1 views of last msg

**11 total views · 0 total clicks** — Learn more

| | | |
|---|---|---|
| Vinings, GA | 2:39 PM |
| Unknown location | 2:17 PM |
| Unknown location | 1:43 PM |
| Vinings, GA | 1:42 PM |
| Vinings, GA | 1:41 PM |
| Unknown location | Sep 24 |
| Chicago, IL | Sep 24 |

Location data can refer to an ISP, IP address used, or an intermediary server, instead of the location of the end user.

Upgrade for more info

track sales, hiring, fundraising and more with the Streak CRM

Start Trial — Learn More

Website URL with Tracking Code

https://9190eeeb.streaklinks.com/CInv66enJ_BZKxEDZQIZ0XVj/https%3A%2F%2Fservice.jefffenton.com

3:01 PM 9/25/2024





RICO SERVICE: EMAIL VIEWED 211 TIMES & LINK OPENED 3 TIMES          M.D. Tenn. Case 3:24-cv-01282 (FENTON v. STORY et al.)

CERTIFIED MAIL

PRESS FIRMLY TO SEAL

7020 3160 0002 3001 3615

Retail

37203

RDC 03

U.S. POSTAGE PAID
PM
LINDEN, MI 48451
DEC 27, 2024

**$17.92**

S2324P501528-8



# UNITED STATES
## POSTAL SERVICE ®

## PRIORITY®
### MAIL

FROM: **17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

RECEIVED
JAN 02 2025
US DISTRICT COURT
MID DIST TENN

TO:

# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

3:24-CV-01282

# TRACKED ■ INSURED

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

**UNITED STATES DISTRICT COURT**
## ATTN: CLERK OF THE COURT
## 719 CHURCH ST
## NASHVILLE, TN   37203-6940


PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

This package is made from post-consumer waste. Please recycle – again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; June 2022; All rights reserved.