Civil Action No. ~~1:23-cv-1097~~
3:24-cv-1282

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  HENRY EDWARD HILDEBRAND III
was received by me on *(date)*  August 21, 2024 .

**RECEIVED JAN 02 2025 US DISTRICT COURT MID DIST TENN**

☒ **Other** *(specify):*

On August 24, 2024 at 10:59 AM service of defendant HENRY EDWARD HILDEBRAND III was initiated the *first time* (see attached "FIRST SERVICE ATTEMPT") pursuant to F.R.Civ.P. 4(e)(1) and Mich. Ct. R. 2.105(A) by delivering to him the lawsuit service package as itemized in ECF 69 and 69-1 of this lawsuit, via *certified* U.S. mail with tracking number 70203160000230014803, return receipt requested, with *delivery restricted* to the addressee. This package was successfully delivered on **August 26, 2024**, at 2:59 PM. (See the attached receipt copies and proofs from the U.S.P.S.)

Despite executing service with *restricted delivery* exactly as outlined in Mich. Ct. R. 2.105(A), somehow *every* individual bar defendant in this lawsuit managed to defeat, or persuade their mail carrier(s) to help defeat, the successful *confirmation of service* as intended in this rule, by either interfering with return of the *"return receipt requested"*, returning it blank and unsigned devoid of any delivery information, or returning it signed by someone other than the named defendant to whom the lawsuit service was clearly *addressed*, despite delivery being *restricted* to that specific individual.

Therefore, out of an abundance of caution, on October 21, 2024, at 10:41 AM service of defendant Hildebrand was initiated for the *second time* (see attached "SECOND SERVICE ATTEMPT"), at the post office box he uses for business as a chapter-13 bankruptcy trustee. This time the lawsuit service package was sent using *registered* U.S. mail, for more precise handling and controls, with tracking number RF753202352US, with *delivery restricted* to the addressee again, while requesting an electronic *return receipt* this time rather than the traditional green card, to prevent it from potentially becoming detached and getting lost in the mail. This package was successfully delivered and signed for on **October 28, 2024**, at 9:12 AM. (See the attached receipt copies and proofs from the U.S.P.S.)

Since it was not known whether the second service attempt at the post office box would be successful or not, while needing to complete service as quickly as possible to comply with court rules, on October 29, 2024, at 12:25 PM service of defendant Hildebrand was initiated for the *third time* (see attached "THIRD SERVICE ATTEMPT"), at the address where he is believed to reside. This service was also initiated using *registered* U.S. mail for more precise handling and controls. This time the lawsuit service package was sent with tracking number RF753231067US, again with *delivery restricted* to the addressee, while requesting an electronic *return receipt* to prevent it from potentially becoming detached and getting lost in the mail. This package was successfully delivered and signed for on **November 15, 2024**, at 10:48 AM. (See the attached receipt copies and proofs from the U.S.P.S.)

My efforts in this matter have been to err on the side of caution, for the benefit of the defendants, while successfully completing service with the highest degree of reliability I know how, for this price point.

I declare under penalty of perjury that this information is true.

Date: 12/23/2024

*Marsha Ann Fenton*
Server's signature

Marsha Ann Fenton
Printed name and title

17195 Silver Pkwy, #150, Fenton, MI  48430-3426
Server's address

# UNITED STATES DISTRICT COURT
## for the
### Western District of Michigan ▼

| | |
|---|---|
| JEFFREY RYAN FENTON<br>*Plaintiff(s)*<br>v.<br>VIRGINIA LEE STORY et al.,<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:23-cv-1097<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Henry Edward Hildebrand III
217 Lauderdale Road
Nashville, TN 37205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ~~5/23/2024~~ AUG 1 9 2024

*Paula J. Ward*
*Signature of Clerk or Deputy Clerk*



```
                LINDEN
             215 S MAIN ST
          LINDEN, MI 48451-9998
              (800)275-8777
08/24/2024                        10:59 AM
-------------------------------------------
Product            Qty    Unit      Price
                          Price
-------------------------------------------
Priority Mail®      1              $14.25
   Nashville, TN 37205
   Weight: 3 lb 10.40 oz
   Expected Delivery Date
      Mon 08/26/2024
   Insurance                        $0.00
      Up to $100.00 included
   Restricted Del                  $12.75
      Recipient name
         HENRY E HILDEBRAND
      Tracking #:
         70203160000230014803
   Return Receipt                   $4.10
      Tracking #:
         9590 9402 8627 3244 0683 98
Total                              $31.10

Grand Total:                      $120.30

Credit Card Remit                 $120.30
   Card Name: VISA
   Account #: XXXXXXXXXXXX8359
   Approval #: 904295
   Transaction #: 184
   AID: A0000000031010        Chip
   AL: VISA CREDIT
   PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6753228-2
Clerk: 06
```

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com

Nashville TN 37205

Certified Mail Fee  $4.10
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $____
☐ Return Receipt (electronic)  $1.00
☐ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required  $____
☐ Adult Signature Restricted Delivery $____
Postage  $14.25
Total Postage and Fees  $31.10

Postmark Here  AUG 24 2024  08/24/2024
LINDEN, MI 48451

**HENRY HILDEBRAND III**
**217 LAUDERDALE RD**
**NASHVILLE, TN 37205-1821**

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**This USPS Return Receipt
Mysteriously Disappeared
It was Never Returned After
The Successful Delivery**

Case 3:24-cv-01282　Document 193　Filed 01/02/25　Page 3 of 19 PageID #: 411

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 10:59 AM　　　M.D. Tenn. Case 3:24-cv-01282 (FENTON v. STORY et al.)



Help

# Product Tracking & Reporting

UNITED STATES POSTAL SERVICE

Home　　Search　　Reports　　Manual Entry　　Rates/Commitments　　PTR / EDW　　Customer Information　　October 18, 2024

## USPS Tracking Intranet

### Delivery Signature and Address

Tracking Number: 7020 3160 0002 3001 4803

This item was delivered on 08/26/2024 at 14:59:00

< Return to Tracking Number View

Enter up to 35 items separated by commas.

Select Search Type:　　Quick Search ▾　　Submit

Product Tracking & Reporting, All Rights Reserved
Version: 24.4.3-de6c5246

This page is the U.S. Postal Service's
internal delivery confirmation with "signature image"
from the mail carrier's electronic keypad,
signed by the recipient at the time of delivery.

This page was provided by Postmaster Danielle Weisenstein,
from the Linden Post Office in Genessee County Michigan,
who researched this parcel and provided this confirmation.

https://pts-2.usps.gov/pts2-web/tcIntranetTrackingNumResponse/deliverySignatureAndAddress?deliveryDate=1724702340000&signatureLabelId=52D...　　1/1

ALERT: TROPICAL STORM FRANCINE, FLOODING, AND SEVERE WEATHER IN THE SOUTHERN U.S. M...

# USPS Tracking®



FAQs >

**COMPLETED**

Remove ✕

**Tracking Number:**

70203160000230014803

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 2:59 pm on August 26, 2024 in NASHVILLE, TN 37205.

### Get More Out of USPS Tracking:
**USPS Tracking Plus®**

### Delivered
**Delivered, Left with Individual**
NASHVILLE, TN 37205
August 26, 2024, 2:59 pm

### Arrived at USPS Regional Destination Facility
NASHVILLE TN DISTRIBUTION CENTER
August 26, 2024, 12:04 am

### In Transit to Next Facility
August 25, 2024

### Arrived at USPS Regional Origin Facility
DETROIT MI DISTRIBUTION CENTER
August 24, 2024, 10:46 pm

### Arrived at USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER
August 24, 2024, 6:21 pm

### Departed USPS Facility
LINDEN, MI 48451
August 24, 2024, 12:02 pm

### Departed Post Office

- LINDEN, MI 48451
  August 24, 2024, 12:01 pm

- **USPS in possession of item**
  LINDEN, MI 48451
  August 24, 2024, 10:56 am

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌃

| | | |
|---|---|---|
| **Postal Product:** Priority Mail® | **Features:** Certified Mail Restricted Delivery  Up to $100 insurance included. Restrictions Apply ⓘ | **See tracking for related item:** 9590940286273244068398 (/go/TrackConfirmAction?tLabels=9590940286273244068398) |

Feedback

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

USPS.com® - USPS Tracking® Results

9/29/2024, 3:04 PM

# USPS Tracking®

FAQs >



Remove ✕

**Tracking Number:**

9590940286273244068398

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 7:03 pm on August 26, 2024 in NASHVILLE, TN 37205.

### Get More Out of USPS Tracking:

**USPS Tracking Plus®**

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
NASHVILLE, TN 37205
August 26, 2024, 7:03 pm

### Return Receipt Associated
August 24, 2024, 10:56 am

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌃

| Postal Product: | Features: | See tracking for related item: 70203160000230014803 (/go/TrackConfirmAction?tLabels=70203160000230014803) |
| USPS Ground Advantage™ | Return Receipt USPS Tracking® | |

**HENRY EDWARD HILDEBRAND, III**
**OFFICE OF THE CHAPTER 13 TRUSTEE**
**PO BOX 340019**
**NASHVILLE, TN        37203-0019**



```
          UNITED STATES
          POSTAL SERVICE.
              LINDEN
           215 S MAIN ST
         LINDEN, MI 48451-9998
            (800)275-8777
10/21/2024                    10:41 AM
----------------------------------------
Product           Qty   Unit      Price
                        Price
----------------------------------------
Priority Mail®     1              $14.80
  Nashville, TN 37203
  Weight: 3 lb 12.20 oz
  Expected Delivery Date
      Wed 10/23/2024
  Insurance                        $0.00
    Up to $100.00 included
  Restricted Del                  $26.30
    Amount: $0.00
  Recipient name
    HENRY E HILDEBRAND
  Tracking #:
    RF753202352US
  e-Return Receipt                 $2.62
Total                             $43.72

----------------------------------------
Grand Total:                     $131.16
----------------------------------------
Credit Card Remit                $131.16
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 901214
  Transaction #: 101
  AID: A0000000031010        Chip
  AL: VISA CREDIT
  PIN: Not Required
----------------------------------------

UFN: 255460-0451
Receipt #: 840-54930036-1-5598643-2
Clerk: 06
```



PS Form **3806**, Receipt for Registered Mail      Copy 1 - Customer
January 2014 (7530-02-000-9051)              (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

FROM: MARSHA FENTON / 17195 SILVER PKWY / PMB #150 / FENTON, MI 48430-3426
TO: HENRY EDWARD HILDEBRAND, III / OFFICE OF THE CHAPTER 13 TRUSTEE / PO BOX 340019 / NASHVILLE, TN 37203-0019

**CLOSED, CONVERTED, MEANSYES, DISCH(D)**

# U.S. Bankruptcy Court
## MIDDLE DISTRICT OF TENNESSEE (Nashville)
### Bankruptcy Petition #: 3:19-bk-02693

*Assigned to:* Charles M Walker
Chapter 7
Previous chapter 13
Original chapter 13
Voluntary
Asset

*Date filed:* 04/26/2019
*Date converted:* 12/06/2019
*Date terminated:* 03/01/2021
*Debtor discharged:* 04/15/2020
*341 meeting:* 01/06/2020
*Deadline for objecting to discharge:* 03/06/2020
*Deadline for financial mgmt. course:* 07/26/2019

*Debtor disposition:* Standard Discharge

**Debtor**
Fawn Fenton
Brentwood, TN 37027
DAVIDSON-TN
SSN / ITIN: xxx-xx-2065

represented by **MARY ELIZABETH AUSBROOKS**
ROTHSCHILD & AUSBROOKS
1222 16TH AVE SO
STE 12
NASHVILLE, TN 37212-2926
615-242-3996
Email: marybeth@rothschildbklaw.com

**MARY ELIZABETH AUSBROOKS**
(See above for address)

**Alexander S. Koval**
Rothschild & Ausbrooks, PLLC
1222 16th Ave. S.
Suite 12
Nashville, TN 37212
615 242 3996
Fax : 615 242 2003
*TERMINATED: 10/04/2019*

**Trustee**
**HENRY EDWARD HILDEBRAND, III**
OFFICE OF THE CHAPTER 13 TRUSTEE
PO BOX 340019
NASHVILLE, TN 37203-0019
615 244-1101
*TERMINATED: 12/06/2019*

**Trustee**
**JOHN C. MCLEMORE**
LAW OFFICE OF JOHN C. McLEMORE, PLLC
2000 RICHARD JONES RD., STE. 250
NASHVILLE, TN 37215
615 383-9495

represented by **JOHN C. MCLEMORE**
LAW OFFICE OF JOHN C.
McLEMORE, PLLC
2000 RICHARD JONES RD., STE.
250
NASHVILLE, TN 37215
615 383-9495

RICO SERVICE: SHIPPED via USPS on 10/21/2024 at 10:41 AM
Case 3:24-cv-01282    Document 193    Filed 01/02/25    Page 9 of 19 PageID #: 417
M.D. Tenn. Case 3:24-cv-01282 (FENTON v. STORY et al.)


**UNITED STATES POSTAL SERVICE**

December 10, 2024

Dear Marsha Fenton:

The following is in response to your request for proof of delivery on your item with the tracking number: **RF75 3202 352U S**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, PO Box |
| **Status Date / Time:** | October 28, 2024, 9:12 am |
| **Location:** | NASHVILLE, TN 37203 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Registered Mail Restricted Delivery |
| | Return Receipt Electronic |
| **Recipient Name:** | HENRY E HILDEBRAND |

## Shipment Details

**Weight:** 3lb, 13.0oz

## Recipient Signature

Signature of Recipient:

Address of Recipient:



Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**ALERT: EFFECTIVE NOVEMBER 29, 2024, INTERNATIONAL MAIL SERVICE TO CANADA IS TEMP...**

# USPS Tracking®

FAQs >



**Tracking Number:**

## RF753202352US

Remove ✕

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item has been delivered and is available at a PO Box at 9:12 am on October 28, 2024 in NASHVILLE, TN 37203.

● **Delivered**
**Delivered, PO Box**
NASHVILLE, TN 37203
October 28, 2024, 9:12 am

● **Processing at USPS Facility**
NASHVILLE, TN 37230
October 26, 2024, 3:48 am

● **Processing at USPS Facility**
NASHVILLE, TN 37230
October 26, 2024, 1:50 am

● **Processing at USPS Facility**
NASHVILLE, TN 37230
October 26, 2024, 1:49 am

● **Processing at USPS Facility**
DETROIT, MI 48233
October 23, 2024, 11:58 pm

● **Processing at USPS Facility**
DETROIT, MI 48233
October 23, 2024, 11:52 pm

● **Arrived at USPS Regional Origin Facility**

1 of 2    12/10/2024, 11:07 AM

Case 3:24-cv-01282    Document 193    Filed 01/02/25    Page 11 of 19 PageID #: 419

RICO SERVICE: SHIPPED via USPS on 10/21/2024 at 10:41 AM    M.D. Tenn. Case 3:24-cv-01282 (FENTON v. STORY et al.)

DETROIT MI DISTRIBUTION CENTER
October 23, 2024, 3:50 am

**Processing at USPS Facility**
PONTIAC, MI 48340
October 22, 2024, 4:29 pm

**Arrived at USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
October 21, 2024, 7:52 pm

**Departed USPS Facility**
LINDEN, MI 48451
October 21, 2024, 3:07 pm

**USPS in possession of item**
LINDEN, MI 48451
October 21, 2024, 10:31 am

Hide Tracking History

What Do **USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

**Text & Email Updates**                                              ⌄

**Return Receipt Electronic**                                          ⌃

✓ Confirmation

Your Proof of Delivery record is complete and will be processed shortly.

Your confirmation will be sent to the following:

contact@jefffenton.com

**Product Information**                                                ⌃

**Postal Product:**                          **Features:**
Priority Mail®                               Registered Mail Restricted Delivery
                                             Return Receipt Electronic

See Less ⌃

2 of 2    12/10/2024, 11:07 AM

RICO SERVICE: SHIPPED via USPS on 10/21/2024 at 10:41 AM    Case 3:24-cv-01282    Document 193    Filed 01/02/25    Page 12 of 19 PageID #: 420    M.D. Tenn. Case 3:24-cv-01282 (FENTON v. STORY et al.)

**contact@jefffenton.com**

| | |
|---|---|
| **From:** | auto-reply@usps.com |
| **Sent:** | Tuesday, December 10, 2024 11:08 AM |
| **To:** | contact@jefffenton.com |
| **Subject:** | USPS Return Receipt (Electronic) Info for RF753202352US |
| **Attachments:** | RF753202352US.pdf |



Tracking #: <u>RF753202352US</u>

Hello Marsha Fenton,

**Thank you for using USPS.com® to request a Return Receipt (Electronic) letter for your shipment.**

Tracking #:   <u>RF753202352US</u>

Service Type:   Priority Mail®

Attachment:   Return Receipt (Electronic) letter (PDF) provided by the U.S. Postal Service®.

Your Return Receipt (Electronic) letter is in the attached PDF. You will need Adobe Acrobat Reader installed on your device to open the PDF. <u>Download Adobe Acrobat Reader for free</u>.

If you need help or have questions about USPS Tracking® services and features, visit <u>USPS Tracking FAQs</u>.

## Want to Track on the Go?

Track packages with USPS Text Tracking® service. Simply text your tracking number to 28777 (2USPS) or select the Text Update option on the <u>USPS Tracking</u> site. Standard Message and Data Rates may apply. For more information, visit <u>USPS Text Tracking</u>.

1



```
                UNITED STATES
                POSTAL SERVICE.
                    LINDEN
                 215 S MAIN ST
              LINDEN, MI 48451-9998
                 (800)275-8777
10/29/2024                              12:25 PM
------------------------------------------------
Product              Qty    Unit       Price
                            Price
------------------------------------------------
Priority Mail®        1                $14.80
   Nashville, TN 37205
   Weight: 3 lb 14.80 oz
   Expected Delivery Date
      Thu 10/31/2024
   Insurance                           $0.00
      Up to $100.00 included
   Restricted Del                     $26.30
      Amount: $0.00
   Recipient name
      HENRY E HILDEBRAND
   Tracking #:
      RF753231067US
   e-Return Receipt                    $2.62
Total                                 $43.72

Grand Total:                          $83.02

Credit Card Remit                     $83.02
   Card Name: VISA
   Account #: XXXXXXXXXXXX8359
   Approval #: 119252
   Transaction #: 165
   AID: A0000000031010        Chip
   AL: VISA CREDIT
   PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-1-5608780-2
Clerk: 6
```

**HENRY EDWARD HILDEBRAND III**
**217 LAUDERDALE RD**
**NASHVILLE, TN    37205-1821**



Registered No.     Date Stamp

Reg. Fee

Handling Charge    Return Receipt

Postage    Restricted Delivery    OC 29 2024

Received by

Customer Must Declare Full Value $    Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

FROM: Marsha Fenton
17195 Silver Pkwy
PMB #150
Fenton, MI 48430-3426

TO: Henry Edward Hildebrand III
217 Lauderdale Rd
Nashville, TN 37205-1821

PS Form 3806,    Receipt for Registered Mail    Copy 1 - Customer
January 2014 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®


UNITED STATES POSTAL SERVICE

December 10, 2024

Dear Marsha Fenton:

The following is in response to your request for proof of delivery on your item with the tracking number: **RF75 3231 067U S**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered to Agent, Left with Individual |
| **Status Date / Time:** | November 15, 2024, 10:48 am |
| **Location:** | NASHVILLE, TN 37205 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Registered Mail Restricted Delivery |
| | Return Receipt Electronic |
| **Recipient Name:** | HENRY E HILDEBRAND |

## Shipment Details

| | |
|---|---|
| **Weight:** | 3lb, 15.0oz |

## Recipient Signature

| | |
|---|---|
| **Signature of Recipient:** (Authorized Agent) | JSKWAIL / Jorn Kwak |
| **Address of Recipient:** | 217 Rd Lauderdale |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**ALERT: EFFECTIVE NOVEMBER 29, 2024, INTERNATIONAL MAIL SERVICE TO CANADA IS TEMPORARI…**

# USPS Tracking®

FAQs >



Remove ✕

**Tracking Number:**

## RF753231067US

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item has been delivered to an agent and left with an individual at the address at 10:48 am on November 15, 2024 in NASHVILLE, TN 37205.

### Delivered to Agent
Delivered to Agent, Left with Individual
NASHVILLE, TN 37205
November 15, 2024, 10:48 am

### Out for Delivery
NASHVILLE, TN 37205
November 15, 2024, 8:37 am

### Arrived at Post Office
NASHVILLE, TN 37205
November 15, 2024, 8:26 am

### Processing at USPS Facility
NASHVILLE, TN 37230
November 14, 2024, 10:49 pm

### Processing at USPS Facility
NASHVILLE, TN 37230
November 14, 2024, 10:23 pm

### Processing at USPS Facility
MEMPHIS, TN 38101
November 12, 2024, 10:36 pm

### In Transit to Next Facility
November 10, 2024

1 of 3                                                                                                      12/22/2024, 3:58 PM

RICO SERVICE: SHIPPED via USPS on 10/29/2024 at 12:25 PM    Case 3:24-cv-01282   Document 193   Filed 01/02/25   Page 16 of 19 PageID #: 424
M.D. Tenn. Case 3:24-cv-01282 (FENTON v. STORY et al.)

**Arrived at USPS Regional Destination Facility**
MEMPHIS TN DISTRIBUTION CENTER
November 6, 2024, 8:52 pm

**Processing at USPS Facility**
CHICAGO, IL 60699
November 5, 2024, 12:49 pm

**Processing at USPS Facility**
CHICAGO, IL 60699
November 5, 2024, 12:12 pm

**Arrived at USPS Regional Origin Facility**
CHICAGO IL DISTRIBUTION CENTER
November 4, 2024, 1:15 am

**Processing at USPS Facility**
NASHVILLE, TN 37230
November 3, 2024, 1:14 am

**Processing at USPS Facility**
NASHVILLE, TN 37230
November 3, 2024, 1:13 am

**Processing at USPS Facility**
DETROIT, MI 48233
October 31, 2024, 11:46 pm

**Processing at USPS Facility**
DETROIT, MI 48233
October 31, 2024, 11:42 pm

**Arrived at USPS Regional Origin Facility**
DETROIT MI DISTRIBUTION CENTER
October 31, 2024, 11:20 pm

**Processing at USPS Facility**
PONTIAC, MI 48340
October 31, 2024, 4:28 pm

**Arrived at USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
October 29, 2024, 7:38 pm

**Departed USPS Facility**
LINDEN, MI 48451
October 29, 2024, 2:44 pm

Feedback

2 of 3	12/22/2024, 3:58 PM

RICO SERVICE: SHIPPED via USPS on 10/29/2024 at 12:25 PM	Case 3:24-cv-01282    Document 193    Filed 01/02/25    Page 17 of 19 PageID #: 425    M.D. Tenn. Case 3:24-cv-01282 (FENTON v. STORY et al.)

- 
  **USPS in possession of item**
  LINDEN, MI 48451
  October 29, 2024, 12:15 pm

  Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

## Text & Email Updates ⌄

## Return Receipt Electronic ⌃

✓ Confirmation

Your Proof of Delivery record is complete and will be processed shortly.

Your confirmation will be sent to the following:

contact@jefffenton.com

## Product Information ⌃

**Postal Product:**
Priority Mail®

**Features:**
Registered Mail Restricted Delivery
Return Receipt Electronic

See Less ⌃

**Track Another Package**

[ Enter tracking or barcode numbers ]

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

3 of 3                                                                                                12/22/2024, 3:58 PM

RICO SERVICE: SHIPPED via USPS on 10/29/2024 at 12:25 PM    M.D. Tenn. Case 3:24-cv-01282 (FENTON v. STORY et al.)
Case 3:24-cv-01282    Document 193    Filed 01/02/25    Page 18 of 19 PageID #: 426

**contact@jefffenton.com**

| | |
|---|---|
| **From:** | auto-reply@usps.com |
| **Sent:** | Tuesday, December 10, 2024 11:09 AM |
| **To:** | contact@jefffenton.com |
| **Subject:** | USPS Return Receipt (Electronic) Info for RF753231067US |
| **Attachments:** | RF753231067US.pdf |



Tracking #: RF753231067US

Hello Marsha Fenton,

**Thank you for using USPS.com® to request a Return Receipt (Electronic) letter for your shipment.**

Tracking #:   RF753231067US

Service Type:   Priority Mail®

Attachment:   Return Receipt (Electronic) letter (PDF) provided by the U.S. Postal Service®.

Your Return Receipt (Electronic) letter is in the attached PDF. You will need Adobe Acrobat Reader installed on your device to open the PDF. Download Adobe Acrobat Reader for free.

If you need help or have questions about USPS Tracking® services and features, visit USPS Tracking FAQs.

**Want to Track on the Go?**

Track packages with USPS Text Tracking® service. Simply text your tracking number to 28777 (2USPS) or select the Text Update option on the USPS Tracking site. Standard Message and Data Rates may apply. For more information, visit USPS Text Tracking.

1