Civil Action No. ~~1:23-cv-1097~~
3:24-cv-1282

## SUPPLEMENTAL PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

RECEIVED JAN 02 2025
US DISTRICT COURT
MID DIST TENN

This summons for *(name of individual and title, if any)*     CHARLES M. WALKER

was received by me on *(date)*     August 21, 2024     .

☒ Other *(specify):*

    The original Proof of Service for defendant Walker was filed in this lawsuit in the United States District Court for the Western District of Michigan, case # 1:23-cv-01097 on September 30, 2024, in ECF 95-1, PID.5252-5256. An Amended Proof of Service for defendant Walker was filed in this lawsuit in the United States District Court for the Middle District of Tennessee, case # 3:24-cv-01282 on 11/25/2024, in DOC 179, PID.268-280. This document is a supplement to that amended proof of service.

    Both the original and amended proofs of service covered personal service of defendant Walker pursuant to F.R.Civ.P. 4(e)(1) and Mich. Ct. R. 2.105. However, since defendant Walker is an "Officer or Employee" of the United States, being "sued in an individual capacity for an act or omission occurring in connection with duties performed on the United States' behalf," service also needed to be provided to the United States pursuant to F.R.Civ.P. 4(i)(3). This has now been successfully completed.

    F.R.Civ.P. 4(i)(4) "Extending Time. The court must allow a party a reasonable time to cure its failure to: (B) serve the United States under Rule 4(i)(3), if the party has served the United States officer or employee." Since defendant Walker had already been successfully served, the court was required to allow the Plaintiff "a reasonable time to cure its failure to serve the United States."

    On December 12, 2024, at 3:55 PM, service of the United States Attorney General was initiated pursuant to F.R.Civ.P. 4(i)(3) regarding defendant Walker. This service was executed by delivering the *lawsuit service package* as itemized in ECF 69 and 69-1 of this lawsuit, via *registered* U.S. mail with tracking number RF753231084US, while requesting an electronic *return receipt*, instead of the traditional green card, to prevent it from potentially becoming detached and getting lost in the mail. This package was successfully delivered and signed for on **December 17, 2024**, at 5:31 AM. (See the attached receipt copies and proofs from the U.S.P.S.)

    Similarly, on December 12, 2024, at 3:55 PM, service of the Civil-Process Clerk for the United States Attorney's Office for the Middle District of Tennessee was also initiated pursuant to F.R.Civ.P. 4(i)(3) in regards to defendant Walker. This service was executed by delivering the *lawsuit service package* as itemized in ECF 69 and 69-1 of this lawsuit, via *registered* U.S. mail with tracking number RF753231075US, while requesting an electronic *return receipt*, instead of the traditional green card, to prevent it from potentially becoming detached and getting lost in the mail. This package was successfully delivered and signed for on **December 13, 2024**, at 1:18 PM. (See the attached receipt copies and proofs from the U.S.P.S.)

    Also not mentioned in the prior proofs of service, as a layer of redundancy to ensure that every defendant in this lawsuit was provided as much notice as possible, *alternative service* was executed via *email* using Streak Email Tracking Software, as explained in the MOTION FOR ALTERNATIVE SERVICE, filed in DOC 177 and 177-1. The attached screenshots show that defendant Walker was provided email notice at charles_walker@tnmb.uscourts.gov on **September 24, 2024**, at 2:48 PM. The attached screenshots further show that email was viewed by defendant Walker and possibly others he may have forwarded this email to, *fifty-eight times* as of October 1, 2024. (See the attached screenshots from 10/1 & 12/13/2024.)

    Even more impressively, as of December 13, 2024, defendant Walker and others on his behalf or to whom he may have forwarded this email, had viewed this email a total of *three hundred and thirty-six times*, while having at least once clicked on the link in this email to Plaintiff's website (service.jefffenton.com), where the entire *lawsuit service package* can be quickly and easily downloaded for free. For information about Streak Email Tracking Software please see https://www.streak.com. A video demonstration of this software can be viewed online at https://www.youtube.com/watch?v=dMKtSYU-rd8.

I declare under penalty of perjury that this information is true.

Date: 12/22/2024     *Marsha Ann Fenton*
                                                   Server's signature

                                           Marsha Ann Fenton
                                           Printed name and title

               17195 Silver Pkwy, #150, Fenton, MI 48430-3426
                                            Server's address

# UNITED STATES DISTRICT COURT
## for the
### Western District of Michigan ▼

|  |  |
|---|---|
| JEFFREY RYAN FENTON<br>_Plaintiff(s)_<br>v.<br>VIRGINIA LEE STORY et al.,<br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:23-cv-1097<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Charles M. Walker
▅▅▅▅▅▅▅▅▅▅▅▅▅▅
Nashville, TN 37215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
　　Jeffrey Fenton
　　17195 Silver Parkway #150
　　Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

AUG 1 9 2024

Date: ~~5/23/2024~~　　　　　　　　　　　　　　　　　_/s/ Paula J. Wood_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_Signature of Clerk or Deputy Clerk_

RICO SERVICE: SHIPPED via USPS on 12/09/2024 at 3:55 PM
Case 3:24-cv-01282　Document 194　Filed 01/02/25　Page 2 of 13 PageID #: 429
M.D. Tenn. Case 3:24-cv-01282 (FENTON v. STORY et al.)







> F.R.Civ.P. 4(i)(4)(B)            https://www.law.cornell.edu/rules/frcp/rule_4
>
> (4) Extending Time. The court must allow a party a reasonable time to cure its failure to:
>
> (B) serve the United States under Rule 4(i)(3), if the party has served the United States officer or employee.


**UNITED STATES POSTAL SERVICE**

December 19, 2024

Dear Marsha Fenton:

The following is in response to your request for proof of delivery on your item with the tracking number: **RF75 3231 084U S**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | December 17, 2024, 5:31 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Registered Mail™ |
| | Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 3lb, 15.0oz |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | X [signature] Karl Jernigan |
| Address of Recipient: | Justice 20530 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

RICO SERVICE: SHIPPED via USPS on 12/09/2024 at 3:55 PM
Case 3:24-cv-01282   Document 194   Filed 01/02/25   Page 5 of 13 PageID #: 432
M.D. Tenn. Case 3:24-cv-01282 (FENTON v. STORY et al.)

**ALERT: EFFECTIVE NOVEMBER 29, 2024, INTERNATIONAL MAIL SERVICE TO CANADA IS T...**

# USPS Tracking®

FAQs >



Tracking Number:

## RF753231084US

Remove ✕

Copy   Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 5:31 am on December 17, 2024 in WASHINGTON, DC 20530.

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
December 17, 2024, 5:31 am

### Redelivery Scheduled for Next Business Day
WASHINGTON, DC 20530
December 16, 2024, 10:30 am

### Arrived at Post Office
WASHINGTON, DC 20066
December 14, 2024, 2:57 am

### Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER
December 13, 2024, 1:47 am

### Processing at USPS Facility
PONTIAC, MI 48340
December 10, 2024, 9:20 pm

Feedback

1 of 2                                                                                                                12/19/2024, 11:56 PM

Case 3:24-cv-01282   Document 194   Filed 01/02/25   Page 6 of 13 PageID #: 433

RICO SERVICE: SHIPPED via USPS on 12/09/2024 at 3:55 PM                    M.D. Tenn. Case 3:24-cv-01282 (FENTON v. STORY et al.)

**In Transit to Next Facility**
December 10, 2024

**Departed Post Office**
LINDEN, MI 48451
December 9, 2024, 4:04 pm

**USPS in possession of item**
LINDEN, MI 48451
December 9, 2024, 3:53 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

## Text & Email Updates

## Return Receipt Electronic

✓ Confirmation

Your Proof of Delivery record is complete and will be processed shortly.

Your confirmation will be sent to the following:

contact@jefffenton.com

## Product Information

**Postal Product:**
Priority Mail®

**Features:**
Registered Mail™
Return Receipt Electronic

See Less ∧

Track Another Package

Enter tracking or barcode numbers

2 of 2                                                                                      12/19/2024, 11:56 PM

RICO SERVICE: SHIPPED via USPS on 12/09/2024 at 3:55 PM   Case 3:24-cv-01282   Document 194   Filed 01/02/25   Page 7 of 13 PageID #: 434
M.D. Tenn. Case 3:24-cv-01282 (FENTON v. STORY et al.)

# contact@jefffenton.com

| | |
|---|---|
| **From:** | auto-reply@usps.com |
| **Sent:** | Thursday, December 19, 2024 11:58 PM |
| **To:** | contact@jefffenton.com |
| **Subject:** | USPS Return Receipt (Electronic) Info for RF753231084US |
| **Attachments:** | RF753231084US.pdf |



Tracking #: **RF753231084US**

Hello Marsha Fenton,

**Thank you for using USPS.com® to request a Return Receipt (Electronic) letter for your shipment.**

Tracking #:   RF753231084US

Service Type:   Priority Mail®

Attachment:   Return Receipt (Electronic) letter (PDF) provided by the U.S. Postal Service®.

Your Return Receipt (Electronic) letter is in the attached PDF. You will need Adobe Acrobat Reader installed on your device to open the PDF. Download Adobe Acrobat Reader for free.

If you need help or have questions about USPS Tracking® services and features, visit USPS Tracking FAQs.

## Want to Track on the Go?

Track packages with USPS Text Tracking® service. Simply text your tracking number to 28777 (2USPS) or select the Text Update option on the USPS Tracking site. Standard Message and Data Rates may apply. For more information, visit USPS Text Tracking.

1

**CIVIL-PROCESS CLERK**
U.S. ATTORNEY'S OFFICE - M.D. TENN.
719 CHURCH ST STE 3300
NASHVILLE, TN          37203-7155





F.R.Civ.P. 4(i)(4)(B)          https://www.law.cornell.edu/rules/frcp/rule_4

(4) Extending Time. The court must allow a party a reasonable time to cure its failure to:

(B) serve the United States under Rule 4(i)(3), if the party has served the United States officer or employee.

Case 3:24-cv-01282    Document 194    Filed 01/02/25    Page 9 of 13 PageID #: 436

RICO SERVICE: SHIPPED via USPS on 12/09/2024 at 3:55 PM          M.D. Tenn. Case 3:24-cv-01282 (FENTON v. STORY et al.)


UNITED STATES POSTAL SERVICE

December 19, 2024

Dear Marsha Fenton:

The following is in response to your request for proof of delivery on your item with the tracking number: **RF75 3231 075U S**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | December 13, 2024, 1:18 pm |
| **Location:** | NASHVILLE, TN 37203 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Registered Mail™ |
| | Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 4lb, 0.0oz |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | Denise Reid / D. REID |
| Address of Recipient: | 719 CHURCH ST #3300 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

RICO SERVICE: SHIPPED via USPS on 12/09/2024 at 3:55 PM
Case 3:24-cv-01282   Document 194   Filed 01/02/25   Page 10 of 13 PageID #: 437
M.D. Tenn. Case 3:24-cv-01282 (FENTON v. STORY et al.)

**ALERT: EFFECTIVE NOVEMBER 29, 2024, INTERNATIONAL MAIL SERVICE TO CANADA IS T...**

# USPS Tracking®

FAQs >



**Tracking Number:**

## RF753231075US

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

Remove ✕

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:18 pm on December 13, 2024 in NASHVILLE, TN 37203.

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
NASHVILLE, TN 37203
December 13, 2024, 1:18 pm

● **Out for Delivery**
NASHVILLE, TN 37203
December 13, 2024, 7:37 am

● **Arrived at Post Office**
NASHVILLE, TN 37203
December 13, 2024, 7:26 am

● **Processing at USPS Facility**
NASHVILLE, TN 37230
December 12, 2024, 11:26 pm

● **Processing at USPS Facility**
NASHVILLE, TN 37230
December 12, 2024, 10:42 pm

1 of 2                                                                                                          12/19/2024, 11:54 PM

RICO SERVICE: SHIPPED via USPS on 12/09/2024 at 3:55 PM        M.D. Tenn. Case 3:24-cv-01282 (FENTON v. STORY et al.)

Case 3:24-cv-01282    Document 194    Filed 01/02/25    Page 11 of 13 PageID #: 438

**Processing at USPS Facility**
PONTIAC, MI 48340
December 10, 2024, 9:23 pm

**In Transit to Next Facility**
December 10, 2024

**Departed Post Office**
LINDEN, MI 48451
December 9, 2024, 4:04 pm

**USPS in possession of item**
LINDEN, MI 48451
December 9, 2024, 3:54 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**Return Receipt Electronic** ⌃

✓ Confirmation

Your Proof of Delivery record is complete and will be processed shortly.

Your confirmation will be sent to the following:

contact@jefffenton.com

**Product Information** ⌃

**Postal Product:**
Priority Mail®

**Features:**
Registered Mail™
Return Receipt Electronic

See Less ⌃

2 of 2        12/19/2024, 11:54 PM

RICO SERVICE: SHIPPED via USPS on 12/09/2024 at 3:55 PM
Case 3:24-cv-01282    Document 194    Filed 01/02/25    Page 12 of 13 PageID #: 439
M.D. Tenn. Case 3:24-cv-01282 (FENTON v. STORY et al.)

**contact@jefffenton.com**

| | |
|---|---|
| From: | auto-reply@usps.com |
| Sent: | Thursday, December 19, 2024 11:54 PM |
| To: | contact@jefffenton.com |
| Subject: | USPS Return Receipt (Electronic) Info for RF753231075US |
| Attachments: | RF753231075US.pdf |



Tracking #: **RF753231075US**

Hello Marsha Fenton,

**Thank you for using USPS.com® to request a Return Receipt (Electronic) letter for your shipment.**

Tracking #:   RF753231075US

Service Type:   Priority Mail®

Attachment:   Return Receipt (Electronic) letter (PDF) provided by the U.S. Postal Service®.

Your Return Receipt (Electronic) letter is in the attached PDF. You will need Adobe Acrobat Reader installed on your device to open the PDF. Download Adobe Acrobat Reader for free.

If you need help or have questions about USPS Tracking® services and features, visit USPS Tracking FAQs.

**Want to Track on the Go?**

Track packages with USPS Text Tracking® service. Simply text your tracking number to 28777 (2USPS) or select the Text Update option on the USPS Tracking site. Standard Message and Data Rates may apply. For more information, visit USPS Text Tracking.

1

RICO SERVICE: SHIPPED via USPS on 12/09/2024 at 3:35 PM

Case 3:24-cv-01282   Document 194   Filed 01/02/25   Page 13 of 13 PageID #: 440

M.D. Tenn. Case 3:24-cv-01282 (FENTON v. STORY et al.)