IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEFFREY RYAN FENTON, | ) |
| | ) |
| Plaintiff, | ) Case No.:  3:24-cv-01282 |
| | ) District Judge William Campbell |
| v. | ) |
| | ) |
| VIRGINIA LEE STORY, *et al.* | ) |

## NOTICE OF APPEARANCE

Please take notice that Courtney C. Williams of Gordon Rees Scully Mansukhani, LLP hereby enters her appearance as counsel of record for Mary Beth Ausbrooks, and requests service of all pleadings, orders, and other filings in this case. This Notice of Appearance is not intended to constitute a waiver by this Defendant of any objection to personal jurisdiction, inadequate service of process, improper joinder or any other defense or objection in this matter, which defenses and objections are expressly reserved.

Respectfully Submitted,

/s/ *Courtney C. Williams*
Courtney C. Williams (TN Bar No. 037140)
Gordon Rees Scully Mansukhani, LLP
4031 Aspen Grove Drive, Suite 290
Franklin, TN 37067
Tel: 615-772-9021
ccwilliams@grsm.com

*Attorney for Mary Beth Ausbrooks*

## CERTIFICATE OF SERVICE

       This is to certify that a true and exact copy of the foregoing Notice of Appearance of Counsel was filed with the Clerk of the District Court using the CM/ECF system on this the 13th day of January 2025, which sent notification of such filing to all parties registered with the Court's electronic filing system and was also served on the following via U.S. Mail, postage prepaid:

| | |
|---|---|
| Jeffrey Ryan Fenton<br>17195 Silver Parkway, #150<br>Fenton, MI  48430 | Thomas Anderson<br>1187 Old Hickory Blvd., Ste 125<br>Brentwood, TN  37027 |
| *Pro se Plaintiff* | *Pro se Defendant* |

                                                    */s/ Courtney C. Williams*
                                                      Courtney C. Williams