**$124.48** postage receipt from mailing notices for ECF 96, 97, and 98 to the defendants or their counsel, at fifteen different addresses, without ECF filing privileges. This also required a full day of labor to create mailing labels, certified mail receipts, to print, collate, staple, stuff envelopes, and prep for mailing.




**PLAINTIFF'S EXHIBIT A**

# CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2024, I am mailing the foregoing papers to the defendants or their counsel, by first class mail, at the addresses below. If for any reason, beyond my control, I am unable to complete this on the date specified, I will mail them on the very next mailing day.

VALERIE HENNING MOCK
WILSON ELSER MOSKOWITZ EDELMAN & DICKER
17197 N LAUREL PARK DR STE 201
LIVONIA, MI 48152-7901

BRIAN JOSEPH GALLAGHER
LENNON MILLER PLC
151 S ROSE ST STE 900
KALAMAZOO, MI 49007-4719

SANDRA J. DENSHAM
PLUNKETT COONEY
333 BRIDGE ST NW STE 530
GRAND RAPIDS, MI 49504-5365

MICHAEL L. GUTIERREZ
BUTZEL LONG PC
300 OTTAWA AVE NW STE 620
GRAND RAPIDS, MI 49503-2308

BRET CHANESS
RUBIN LUBLIN, LLC
3145 AVALON RIDGE PL STE 100
PEACHTREE CORNERS, GA 30071-1570

ALAN RHENEY
SPRAGINS, BARNETT & COBB, PLC
312 E LAFAYETTE ST
JACKSON, TN 38301-6220

BANK OF AMERICA, N.A.
ATTN: OFFICER, MANAGER, OR AGENT
4909 SAVARESE CIR
TAMPA, FL 33634-2413

MARY BETH AUSBROOKS
ROTHSCHILD & AUSBROOKS, PLLC
110 GLANCY ST STE 109
GOODLETTSVILLE, TN 37072-2314

R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE STE 540
NASHVILLE, TN 37203-6802

CARL A NEUHOFF, JR.
HOSTETTLER, NEUHOFF & DAVIS, LLC
421 E IRIS DR STE 300
NASHVILLE, TN 37204-3140

KATHRYN LYNN YARBROUGH

THOMPSONS STATION, TN 37179-█

ALEXANDER SERGEY KOVAL

NASHVILLE, TN 37211-█

HENRY EDWARD HILDEBRAND III

NASHVILLE, TN 37205-█

CHARLES M. WALKER

NASHVILLE, TN 37215-█

THOMAS E. ANDERSON

BRENTWOOD, TN 37027-█

## ELECTRONIC SERVICE OPTIONS

This document will also be available on the Internet, on my list[1] of documents filed by myself in this lawsuit, since the release of my lawsuit service package[2].

Executed on October 4, 2024

**JEFFREY RYAN FENTON, PRO SE**

17195 SILVER PARKWAY, #150
FENTON, MI, 48430-3426
CONTACT@JEFFFENTON.COM
(P) 615.837.1300

---

[1] https://jefffenton.com/digital-service-package-for-lawsuit/fenton-filings-since-service/

[2] https://jefffenton.com/digital-service-package-for-lawsuit/
ECF 69, PID.5030-5042 | https://rico.jefffenton.com/evidence/1-23-cv-01097_fenton-vs-story-lawsuit-service-pack-details.pdf

**$153.14** postage receipt from mailing notices for ECF 99, 100, 101, and 102 to the defendants or their counsel, at fifteen different addresses, without ECF filing privileges. This also required a full day of labor to create mailing labels, certified mail receipts, to print, collate, staple, stuff envelopes, and prep for mailing.

```
        UNITED STATES
     POSTAL SERVICE
        DOWNTOWN LANSING
       315 W ALLEGAN ST STE A
         LANSING, MI 48933-1523
             (800)275-8777
10/10/2024                      02:01 PM
------------------------------------------
Product             Qty    Unit      Price
                           Price
------------------------------------------
First-Class Mail®    1               $4.91
Large Envelope
    Nashville, TN 37205
    Weight: 0 lb 12.50 oz
    Estimated Delivery Date
        Tue 10/15/2024
    Certified Mail®                  $4.85
        Tracking #:
        70203160000230013288
Total                                $9.76

First-Class Mail®    1               $4.91
Large Envelope
    Goodlettsville, TN 37072
    Weight: 0 lb 12.70 oz
    Estimated Delivery Date
        Tue 10/15/2024
    Certified Mail®                  $4.85
        Tracking #:
        70203160000230013363
Total                                $9.76

First-Class Mail®    1               $4.91
Large Envelope
    Jackson, TN 38301
    Weight: 0 lb 12.60 oz
    Estimated Delivery Date
        Tue 10/15/2024
    Certified Mail®                  $4.85
        Tracking #:
        70203160000230013400
Total                                $9.76

First-Class Mail®    1               $4.91
Large Envelope
    Grand Rapids, MI 49503
    Weight: 0 lb 12.90 oz
    Estimated Delivery Date
        Sat 10/12/2024
    Certified Mail®                  $4.85
        Tracking #:
        70203160000230013349
Total                                $9.76

First-Class Mail®    1               $4.91
Large Envelope
    Grand Rapids, MI 49504
    Weight: 0 lb 12.80 oz
    Estimated Delivery Date
        Sat 10/12/2024
    Certified Mail®                  $4.85
        Tracking #:
        70203160000230013332
Total                                $9.76

First-Class Mail®    1               $4.91
Large Envelope
    Kalamazoo, MI 49007
    Weight: 0 lb 12.80 oz
    Estimated Delivery Date
        Sat 10/12/2024
    Certified Mail®                  $4.85
        Tracking #:
        70203160000230013325
Total                                $9.76

First-Class Mail®    1               $4.91
Large Envelope
    Livonia, MI 48152
    Weight: 0 lb 13.00 oz
    Estimated Delivery Date
        Tue 10/15/2024
    Certified Mail®                  $4.85
        Tracking #:
        70203160000230013370
Total                                $9.76

First-Class Mail®    1               $4.91
Large Envelope
    Brentwood, TN 37027
    Weight: 0 lb 12.70 oz
    Estimated Delivery Date
        Tue 10/15/2024
    Certified Mail®                  $4.85
        Tracking #:
        70203160000230013257
Total                                $9.76

First-Class Mail®    1               $4.91
Large Envelope
    Thompsons Station, TN 37179
    Weight: 0 lb 12.50 oz
    Estimated Delivery Date
        Tue 10/15/2024
    Certified Mail®                  $4.85
        Tracking #:
        70203160000230013295
Total                                $9.76

First-Class Mail®    1               $4.91
Large Envelope
    Nashville, TN 37204
    Weight: 0 lb 12.70 oz
    Estimated Delivery Date
        Tue 10/15/2024
    Certified Mail®                  $4.85
        Tracking #:
        70203160000230013301
Total                                $9.76

First-Class Mail®    1               $4.91
Large Envelope
    Nashville, TN 37203
    Weight: 0 lb 12.60 oz
    Estimated Delivery Date
        Tue 10/15/2024
    Certified Mail®                  $4.85
        Tracking #:
        70203160000230013318
Total                                $9.76

First-Class Mail®    1               $4.91
Large Envelope
    Tampa, FL 33634
    Weight: 0 lb 12.60 oz
    Estimated Delivery Date
        Tue 10/15/2024
    Certified Mail®                  $4.85
        Tracking #:
        70203160000230013356
Total                                $9.76

Priority Mail®       1              $11.65
    Norcross, GA 30071
    Weight: 0 lb 13.20 oz
    Expected Delivery Date
        Sat 10/12/2024
    Insurance                        $0.00
        Up to $100.00 included
    Certified Mail®                  $4.85
        Tracking #:
        70203160000230013387
Total                               $16.50

First-Class Mail®    1               $4.91
Large Envelope
    Nashville, TN 37215
    Weight: 0 lb 12.50 oz
    Estimated Delivery Date
        Tue 10/15/2024
    Certified Mail®                  $4.85
        Tracking #:
        70203160000230013264
Total                                $9.76

First-Class Mail®    1               $4.91
Large Envelope
    Nashville, TN 37211
    Weight: 0 lb 12.90 oz
    Estimated Delivery Date
        Tue 10/15/2024
    Certified Mail®                  $4.85
        Tracking #:
        70203160000230013271
Total                                $9.76
------------------------------------------
Grand Total:                       $153.14
------------------------------------------
Credit Card Remit                  $153.14
    Card Name: VISA
    Account #: XXXXXXXXXXXX8359
    Approval #: 310110
    Transaction #: 981
    AID: A0000000031010        Chip
    AL: VISA CREDIT
    PIN: Not Required
------------------------------------------
  Text your tracking number to 28777 (2USPS)
  to get the latest status. Standard Message
  and Data rates may apply. You may also
  visit www.usps.com USPS Tracking or call
              1-800-222-1811.

    Save this receipt as evidence of
  insurance. For information on filing an
           insurance claim go to
    https://www.usps.com/help/claims.htm
        or call 1-800-222-1811

          Preview your Mail
          Track your Packages
          Sign up for FREE @
    https://informeddelivery.usps.com

    All sales final on stamps and postage.
    Refunds for guaranteed services only.
        Thank you for your business.

       Tell us about your experience.
    Go to: https://postalexperience.com/Pos
    or scan this code with your mobile device.

          [QR code]

        or call 1-800-410-7420.

UFN: 255272-0204
Receipt #: 840-54930247-3-4433154-2
Clerk: 01
```

**PLAINTIFF'S EXHIBIT B**

# CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2024, I filed the foregoing papers in person in the United States District Court for the Western District of Michigan, in Lansing Michigan, while also serving a copy of the documents by first class mail to the defendants or their counsel as listed below.

USDC WESTERN DISTRICT OF MICHIGAN
113 FEDERAL BLDG
315 W ALLEGAN ST RM 113
LANSING, MI    48933-1514

VALERIE HENNING MOCK
WILSON ELSER MOSKOWITZ EDELMAN & DICKER
17197 N LAUREL PARK DR STE 201
LIVONIA, MI 48152-7901

BRIAN JOSEPH GALLAGHER
LENNON MILLER PLC
151 S ROSE ST STE 900
KALAMAZOO, MI 49007-4719

SANDRA J. DENSHAM
PLUNKETT COONEY
333 BRIDGE ST NW STE 530
GRAND RAPIDS, MI 49504-5365

MICHAEL L. GUTIERREZ
BUTZEL LONG PC
300 OTTAWA AVE NW STE 620
GRAND RAPIDS, MI 49503-2308

BRET CHANESS
RUBIN LUBLIN, LLC
3145 AVALON RIDGE PL STE 100
PEACHTREE CORNERS, GA 30071-1570

ALAN RHENEY
SPRAGINS, BARNETT & COBB, PLC
312 E LAFAYETTE ST
JACKSON, TN 38301-6220

BANK OF AMERICA, N.A.
ATTN: OFFICER, MANAGER, OR AGENT
4909 SAVARESE CIR
TAMPA, FL 33634-2413

MARY BETH AUSBROOKS
ROTHSCHILD & AUSBROOKS, PLLC
110 GLANCY ST STE 109
GOODLETTSVILLE, TN 37072-2314

R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE STE 540
NASHVILLE, TN 37203-6802

CARL A NEUHOFF, JR.
HOSTETTLER, NEUHOFF & DAVIS, LLC
421 E IRIS DR STE 300
NASHVILLE, TN  37204-3140

KATHRYN LYNN YARBROUGH

THOMPSONS STATION, TN 37179-

ALEXANDER SERGEY KOVAL

NASHVILLE, TN 37211-

HENRY EDWARD HILDEBRAND III

NASHVILLE, TN 37205-

CHARLES M. WALKER

NASHVILLE, TN 37215-

THOMAS E. ANDERSON

BRENTWOOD, TN  37027-

## ELECTRONIC SERVICE OPTIONS

This document will also be available on the Internet, on my list[1] of documents filed by myself in this lawsuit, since the release of my lawsuit service package[2].

## CERTIFICATION AND DECLARATION

By signing below, I, Jeffrey Ryan Fenton, certify that this document has been executed in good faith, in the honest pursuit of justice, and in strict compliance with F.R.Civ.P. 11(b).

Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 10, 2024

*[signature]*

JEFFREY RYAN FENTON, PRO SE
17195 SILVER PARKWAY, #150
FENTON, MI, 48430-3426
CONTACT@JEFFFENTON.COM
(P) 615.837.1300

---

[1] https://jefffenton.com/digital-service-package-for-lawsuit/fenton-filings-since-service/
[2] https://jefffenton.com/digital-service-package-for-lawsuit/
ECF 69, PID.5030-5042 | https://rico.jefffenton.com/evidence/1-23-cv-01097_fenton-vs-story-lawsuit-service-pack-details.pdf

> **$107.40** in postage receipts from mailing notices for ECF 109, 110, and 111 to the defendants or their counsel, at fifteen different addresses, without ECF filing privileges. This also required a full day of labor to create mailing labels, certified mail receipts, to print, collate, staple, stuff envelopes, and prep for mailing.

```
UNITED STATES POSTAL SERVICE
        LINDEN
     215 S MAIN ST
  LINDEN, MI 48451-9998
     (800)275-8777
10/22/2024                 04:57 PM
------------------------------------
Product         Qty    Unit   Price
                       Price
------------------------------------
First-Class Mail®  1            $2.31
Large Envelope
    Nashville, TN 37203
    Weight: 0 lb 3.50 oz
    Estimated Delivery Date
         Fri 10/25/2024
    Certified Mail®             $4.85
        Tracking #:
        70203160000230013479
Total                           $7.16

First-Class Mail®  1            $2.31
Large Envelope
    Kalamazoo, MI 49007
    Weight: 0 lb 3.50 oz
    Estimated Delivery Date
         Fri 10/25/2024
    Certified Mail®             $4.85
        Tracking #:
        70203160000230013394
Total                           $7.16

First-Class Mail®  1            $2.31
Large Envelope
    Nashville, TN 37204
    Weight: 0 lb 3.50 oz
    Estimated Delivery Date
         Fri 10/25/2024
    Certified Mail®             $4.85
        Tracking #:
        70203160000230013486
Total                           $7.16

First-Class Mail®  1            $2.31
Large Envelope
    Grand Rapids, MI 49503
    Weight: 0 lb 3.50 oz
    Estimated Delivery Date
         Fri 10/25/2024
    Certified Mail®             $4.85
        Tracking #:
        70203160000230013424
Total                           $7.16

First-Class Mail®  1            $2.31
Large Envelope
    Grand Rapids, MI 49504
    Weight: 0 lb 3.50 oz
    Estimated Delivery Date
         Fri 10/25/2024
    Certified Mail®             $4.85
        Tracking #:
        70203160000230013431
Total                           $7.16

First-Class Mail®  1            $2.31
Large Envelope
    Nashville, TN 37215
    Weight: 0 lb 3.50 oz
    Estimated Delivery Date
         Fri 10/25/2024
    Certified Mail®             $4.85
        Tracking #:
        70203160000230013523
Total                           $7.16
```

```
First-Class Mail®  1            $2.31
Large Envelope
    Brentwood, TN 37027
    Weight: 0 lb 3.50 oz
    Estimated Delivery Date
         Fri 10/25/2024
    Certified Mail®             $4.85
        Tracking #:
        70203160000230013530
Total                           $7.16

First-Class Mail®  1            $2.31
Large Envelope
    Livonia, MI 48152
    Weight: 0 lb 3.50 oz
    Estimated Delivery Date
         Thu 10/24/2024
    Certified Mail®             $4.85
        Tracking #:
        70203160000230013448
Total                           $7.16

First-Class Mail®  1            $2.31
Large Envelope
    Norcross, GA 30071
    Weight: 0 lb 3.50 oz
    Estimated Delivery Date
         Fri 10/25/2024
    Certified Mail®             $4.85
        Tracking #:
        70203160000230013417
Total                           $7.16

First-Class Mail®  1            $2.31
Large Envelope
    Goodlettsville, TN 37072
    Weight: 0 lb 3.50 oz
    Estimated Delivery Date
         Fri 10/25/2024
    Certified Mail®             $4.85
        Tracking #:
        70203160000230013462
Total                           $7.16

First-Class Mail®  1            $2.31
Large Envelope
    Nashville, TN 37205
    Weight: 0 lb 3.50 oz
    Estimated Delivery Date
         Fri 10/25/2024
    Certified Mail®             $4.85
        Tracking #:
        70203160000230013516
Total                           $7.16

First-Class Mail®  1            $2.31
Large Envelope
    Nashville, TN 37211
    Weight: 0 lb 3.50 oz
    Estimated Delivery Date
         Fri 10/25/2024
    Certified Mail®             $4.85
        Tracking #:
        70203160000230013509
Total                           $7.16

First-Class Mail®  1            $2.31
Large Envelope
    Jackson, TN 38301
    Weight: 0 lb 3.50 oz
    Estimated Delivery Date
         Fri 10/25/2024
    Certified Mail®             $4.85
        Tracking #:
        70203160000230013455
Total                           $7.16
```

```
First-Class Mail®  1            $2.31
Large Envelope
    Thompsons Station, TN 37179
    Weight: 0 lb 3.50 oz
    Estimated Delivery Date
         Fri 10/25/2024
    Certified Mail®             $4.85
        Tracking #:
        70203160000230013493
Total                           $7.16

------------------------------------
Grand Total:                  $100.24
------------------------------------
Credit Card Remit             $100.24
    Card Name: VISA
    Account #: XXXXXXXXXXXX6036
    Approval #: 022947
    Transaction #: 675
    AID: A0000000031010      Chip
    AL: VISA CREDIT
    PIN: Not Required
------------------------------------

UFN: 255460-0451
Receipt #: 840-54930036-3-6834691-2
Clerk: 03
```

```
UNITED STATES POSTAL SERVICE
        LINDEN
     215 S MAIN ST
  LINDEN, MI 48451-9998
     (800)275-8777
10/23/2024                 01:22 PM
------------------------------------
Product         Qty    Unit   Price
                       Price
------------------------------------
First-Class Mail®  1            $2.31
Large Envelope
    Bloomfield Hills, MI 48304
    Weight: 0 lb 3.60 oz
    Estimated Delivery Date
         Fri 10/25/2024
    Certified Mail®             $4.85
        Tracking #:
        70203160000230013561
Total                           $7.16

------------------------------------
Grand Total:                    $7.16
------------------------------------
Credit Card Remit               $7.16
    Card Name: VISA
    Account #: XXXXXXXXXXXX8359
    Approval #: 213222
    Transaction #: 127
    AID: A0000000031010      Chip
    AL: VISA CREDIT
    PIN: Not Required
------------------------------------

UFN: 255460-0451
Receipt #: 840-54930036-1-5602843-2
Clerk: 6
```



**PLAINTIFF'S EXHIBIT C**

# CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2024, I am filing the foregoing papers in person, in the United States District Court in the Western District of Michigan, located in Lansing Michigan. I further certify that on October 22, 2024, I am serving these same documents to the defendants or their counsel, by first class mail, at the addresses below. If for any reason beyond my control, I am unable to complete either, I will do so on the very next business day.

U.S.D.C. WESTERN DISTRICT OF MICHIGAN
113 FEDERAL BLDG
315 W ALLEGAN ST RM 113
LANSING, MI    48933-1514

VALERIE HENNING MOCK
WILSON ELSER MOSKOWITZ EDELMAN & DICKER
17197 N LAUREL PARK DR STE 201
LIVONIA, MI 48152-7901

BRIAN JOSEPH GALLAGHER
LENNON MILLER PLC
151 S ROSE ST STE 900
KALAMAZOO, MI 49007-4719

SANDRA J. DENSHAM
PLUNKETT COONEY
333 BRIDGE ST NW STE 530
GRAND RAPIDS, MI 49504-5365

MICHAEL L. GUTIERREZ
BUTZEL LONG PC
300 OTTAWA AVE NW STE 620
GRAND RAPIDS, MI 49503-2308

BRET CHANESS
RUBIN LUBLIN, LLC
3145 AVALON RIDGE PL STE 100
PEACHTREE CORNERS, GA 30071-1570

ALAN RHENEY
SPRAGINS, BARNETT & COBB, PLC
312 E LAFAYETTE ST
JACKSON, TN 38301-6220

LAURA C. BAUCUS
DYKEMA GOSSETT PLLC
39577 WOODWARD AVE STE 300
BLOOMFIELD HILLS, MI 48304-5086

MARY BETH AUSBROOKS
ROTHSCHILD & AUSBROOKS, PLLC
110 GLANCY ST STE 109
GOODLETTSVILLE, TN 37072-2314

R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE STE 540
NASHVILLE, TN 37203-6802

CARL A NEUHOFF, JR.
HOSTETTLER, NEUHOFF & DAVIS, LLC
421 E IRIS DR STE 300
NASHVILLE, TN 37204-3140

KATHRYN LYNN YARBROUGH

THOMPSONS STATION, TN 37179-███

ALEXANDER SERGEY KOVAL

NASHVILLE, TN 37211-███

HENRY EDWARD HILDEBRAND III

NASHVILLE, TN 37205-███

CHARLES M. WALKER

NASHVILLE, TN 37215-███

THOMAS E. ANDERSON

BRENTWOOD, TN 37027-███

## ELECTRONIC SERVICE OPTIONS

This document will also be available on the Internet, on my list[1] of documents filed by myself in this lawsuit, since the release of my lawsuit service package[2].

## CERTIFICATION AND DECLARATION

By signing below, I, Jeffrey Ryan Fenton, certify that this document has been executed in good faith, in the honest pursuit of justice, and in strict compliance with F.R.Civ.P. 11(b).

Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 21, 2024

JEFFREY RYAN FENTON, PRO SE
17195 SILVER PARKWAY, #150
FENTON, MI, 48430-3426
CONTACT@JEFFFENTON.COM
(P) 615.837.1300

---

[1] https://jefffenton.com/digital-service-package-for-lawsuit/fenton-filings-since-service/
[2] https://jefffenton.com/digital-service-package-for-lawsuit/
ECF 69, PID.5030-5042 | https://rico.jefffenton.com/evidence/1-23-cv-01097_fenton-vs-story-lawsuit-service-pack-details.pdf







This was mailed via USPS "PRIORITY MAIL" (at a higher expedited rate) and still took 6-DAYS from being mailed in Michigan directly from the local Post Office, to being "received" by the United States District Court for the Middle District of Tennessee. This should be considered the minimum amount of time allotted for mailing each way, without ECF privileges.

**PLAINTIFF'S EXHIBIT D**