# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JEFFREY RYAN FENTON, | ) |
| | ) |
|     Plaintiff, | ) Case No.: 3:24-cv-01282 |
| | ) District Judge William Campbell |
| v. | ) |
| | ) |
| VIRGINIA LEE STORY, *et al.* | ) |

## NOTICE OF WITHDRAW

Marcus Shute, Jr., of Gordon Rees Scully Mansukhani, LLP hereby gives notice of his withdrawal in the above action for Defendant, Mary Bath Ausbrooks. Coutrney C. Williams and Carolina V. Martin will continue to represent this Defendant. Any and all correspondence pertaining to Defendant, Mary Beth Ausbrooks at the address below.

    Respectfully Submitted,

    s/ Marcus Shute, Jr.
    Courtney C. Williams (TN Bar No. 037140)
    Carolina V. Martin (TN Bar No. 033425)
    Marcus Shute, Jr (TN Bar No. 034032)
    Gordon Rees Scully Mansukhani, LLP
    4031 Aspen Grove Drive, Suite 290
    Franklin, TN 37067
    Tel: 615-772-9021
    ccwilliams@grsm.com
    cvmartin@grsm.com
    mshute@grsm.com

    *Attorneys for Mary Beth Ausbrooks*

## CERTIFICATE OF SERVICE

       This is to certify that a true and exact copy of the foregoing Notice of Withdraw was filed with the Clerk of the District Court using the CM/ECF system on this the 29th day of January 2025, which sent notification of such filing to all parties registered with the Court's electronic filing system and was also served on the following via U.S. Mail, postage prepaid:

| | |
|---|---|
| Jeffrey Ryan Fenton<br>17195 Silver Parkway, #150<br>Fenton, MI 48430 | Thomas Anderson<br>1187 Old Hickory Blvd., Ste 125<br>Brentwood, TN 37027 |
| *Pro se Plaintiff* | *Pro se Defendant* |
| | *s/ Marcus Shute, Jr.*<br>Marcus Shute, Jr. |