# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| | |
|---|---|
| JEFFREY RYAN FENTON <br><br> *Plaintiff(s)* <br> v. <br> VIRGINIA LEE STORY et al., <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) **3:24-CV-01282** <br> ) <br> ) Civil Action No. 1:23-cv-1097 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**RECEIVED**
**JAN 21 2025**
US DISTRICT COURT
MID DIST TENN

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE, STE 540
NASHVILLE, TN 37203-6802

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  AUG 2 1 2024
~~05/23/2024~~

*Signature of Clerk or Deputy Clerk*

RICO SERVICE: SHIPPED via USPS on 10/28/2024 at 11:52 AM          M.D. Tenn. Case 3:24-cv-01282 (FENTON v. STORY et al.)

Case 3:24-cv-01282    Document 201    Filed 01/21/25    Page 1 of 17 PageID #: 493

Civil Action No. 1:23-cv-1097

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  **BANKERS TITLE & ESCROW CORPORATION**
was received by me on *(date)* __August 21, 2024__.

☒ **Other** *(specify):*

    Service of defendant BANKERS TITLE & ESCROW CORPORATION was initiated pursuant to F.R.Civ.P. 4(h)(1)(A) and Mich. Ct. R. 2.105(D) by delivering the *lawsuit service package* as itemized in ECF 69 and 69-1 of this lawsuit, via *certified* U.S. mail with tracking number 70202450000036715945, return receipt requested, to the registered agent, "R L MOORE" with *restricted delivery*, at the address listed with the Tennessee Secretary of State, Division of Business Services, for SOS Control #000259388. This package was successfully delivered to BANKERS TITLE & ESCROW CORPORATION on **August 27, 2024**, at 1:55 PM. (See attached receipt copies and proofs from the USPS.)

    Despite serving this with the *return receipt requested*, per court guidelines, the *return receipt* mysteriously disappeared, which was the case in many of the lawsuit service packages sent. Postmaster Danielle Weisenstein, from the Linden Michigan Post Office, researched the delivery of this parcel and confirmed that it *was* successfully delivered, while providing the U.S. Postal Service's internal delivery confirmation with 'signature image' from the mail carrier's electronic keypad, signed by the recipient at the time of the delivery. (See attached receipt copies and proofs from the USPS.)

    As a layer of redundancy to ensure that every defendant in this lawsuit was provided as much notice as possible, *alternative service* was executed via *email* using Streak Email Tracking Software, as explained in the MOTION FOR ALTERNATIVE SERVICE, filed in ECF 177 and 177-1. The attached screenshots show that Bankers Title & Escrow Corporation was provided email notice at nashville@banktitle.com on **September 24, 2024**, which was successfully received and viewed at least once that same day. Likewise, the link in the email to Plaintiff's website (service.jefffenton.com), where the entire lawsuit service package can be quickly and easily downloaded for free, was clicked on at least one time. For information about Streak Email Tracking Software please see https://www.streak.com. A video demonstration of this software can be viewed online at https://www.youtube.com/watch?v=dMKtSYU-rd8.

    Due to concerns related to the delay of several outstanding defendants making an appearance in this matter, on October 28, 2024 at 11:52 AM, out of an abundance of caution, service of defendant BANKERS TITLE & ESCROW CORPORATION was initiated again, by delivering the *lawsuit service package*, this time using *registered* mail for better chain of custody controls and accountability. This package was shipped using tracking number RF753202366US, return receipt requested, with *delivery restricted* to the registered agent, "R L MOORE". Service was successfully delivered and signed for on **November 2, 2024**, at 12:31 PM. (See attached receipt copies and proofs from the USPS.)

    Per Mich. Ct. R. 2.105(K)(3), "(3) An action shall not be dismissed for improper service of process unless the service failed to *inform* the defendant of the action within the time provided in these rules for service." Rule 2.105(K)(3) - Process; Manner of Service.

    My efforts in this matter have been to err on the side of caution, for the benefit of the defendants, while successfully completing service with the highest degree of reliability I know how, for this price point.

I declare under penalty of perjury that this information is true.

Date: __12/17/2024__                                    __*Marsha Ann Fenton*__
                                                                          *Server's signature*

                                                                      Marsha Ann Fenton
                                                                      *Printed name and title*

                                         17195 Silver Pkwy, #150, Fenton, MI 48430-3426
                                                                          *Server's address*



**Tre Hargett**
Secretary of State

# Division of Business Services
# Department of State
## State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

## Filing Information

Name: **BANKERS TITLE & ESCROW CORPORATION**

### General Information

| | | | |
|---|---|---|---|
| SOS Control # | 000259388 | Formation Locale: | TENNESSEE |
| Filing Type: | For-profit Corporation - Domestic 11/18/1992 3:52 PM | Date Formed: | 11/18/1992 |
| | | Fiscal Year Close | 12 |
| Status: | Active | | |
| Duration Term: | Perpetual | | |

Registered Agent Address
R L MOORE
STE 540
3310 WEST END AVE
NASHVILLE, TN  37203-6802

Principal Address
STE 540
3310 WEST END AVE
NASHVILLE, TN  37203-6802

The following document(s) was/were filed in this office on the date(s) indicated below:

| Date Filed | Filing Description | Image # |
|---|---|---|
| 04/05/2024 | 2023 Annual Report | B1546-3801 |
| 06/13/2023 | 2022 Annual Report | B1413-0993 |
| 06/02/2023 | Notice of Determination | B1391-2229 |
| 01/25/2022 | 2021 Annual Report | B1150-6122 |
| 06/17/2021 | 2020 Annual Report | B1055-4624 |
| 06/03/2021 | Notice of Determination | B1041-2225 |
| 01/31/2020 | 2019 Annual Report | B0810-3177 |
| 06/17/2019 | 2018 Annual Report | B0723-3577 |
| 06/01/2019 | Notice of Determination | B0624-6216 |
| 03/02/2018 | 2017 Annual Report | B0505-9426 |
| 03/30/2017 | 2016 Annual Report | B0373-5842 |
| 06/21/2016 | 2015 Annual Report | B0264-6656 |
| 06/01/2016 | Notice of Determination | B0255-6639 |
| 06/25/2015 | 2014 Annual Report | B0116-8230 |
| 06/02/2015 | Notice of Determination | B0107-0803 |
| 01/29/2014 | 2013 Annual Report | A0211-1805 |

RICO SERVICE SHIPPED VIA USPS on 10/28/2024 at 11:52 AM
Case 3:24-cv-01282    Document 201    Filed 01/21/25    M.D.Tenn. Case 3:24-cv-01282 (FENTON v. STORY et al.)
Page 3 of 17 PageID #: 495

# Filing Information

| Name: | BANKERS TITLE & ESCROW CORPORATION | |
|---|---|---|
| Principal Address 2 Changed  From: STE 410  To: STE 540 | | |
| Principal Postal Code Changed  From: 37203-6803  To: 37203-6802 | | |
| Registered Agent Physical Address 2 Changed  From: FL 4  To: STE 540 | | |
| Registered Agent Physical Postal Code Changed  From: 37203-1028  To: 37203-6802 | | |
| 07/19/2013 | 2012 Annual Report | A0192-1932 |
| Principal Address 2 Changed  From: FL 4  To: STE 410 | | |
| Principal Postal Code Changed  From: 37203-1028  To: 37203-6803 | | |
| 06/04/2013 | Notice of Determination | A0178-1172 |
| 04/04/2012 | 2011 Annual Report | A0117-2713 |
| Principal Address 1 Changed  From: 3310 WEST END AVENUE  To: 3310 WEST END AVE | | |
| Principal Postal Code Changed  From: 37203  To: 37203-1028 | | |
| Principal County Changed  From: No value  To: DAVIDSON COUNTY | | |
| 01/12/2011 | 2010 Annual Report | A0053-1153 |
| 04/05/2010 | 2009 Annual Report | 6694-2776 |
| 04/05/2010 | Application for Reinstatement | 6694-2778 |
| Filing Status Changed  From: Inactive - Dissolved (Administrative)  To: Active | | |
| Inactive Date Changed  From: 08/17/2009  To: No Value | | |
| 04/05/2010 | 2008 Annual Report | 6694-2777 |
| 08/17/2009 | Dissolution/Revocation - Administrative | ROLL 6580 |
| 06/03/2009 | Notice of Determination | ROLL 6550 |
| 02/13/2008 | 2007 Annual Report | 6214-0651 |
| 02/07/2007 | 2006 Annual Report | 5946-0366 |
| 01/10/2006 | 2005 Annual Report | 5645-0326 |
| 10/17/2005 | 2001 Annual Report | 5579-1381 |
| 10/17/2005 | 2002 Annual Report | 5579-1382 |
| 10/17/2005 | 2003 Annual Report | 5579-1383 |
| 10/17/2005 | 2004 Annual Report | 5579-1384 |
| 10/17/2005 | Application for Reinstatement | 5579-1385 |
| 09/20/2002 | Dissolution/Revocation - Administrative | ROLL 4607 |
| 06/21/2002 | Notice of Determination | ROLL 4538 |
| 02/15/2001 | 2000 Annual Report | 4125-0813 |
| 03/06/2000 | Administrative Amendment | 3843-0329 |
| 02/25/2000 | Application for Reinstatement | 3837-2228 |
| 02/25/2000 | 1999 Annual Report | 3837-2226 |
| 09/18/1998 | Dissolution/Revocation - Administrative | ROLL 3563 |
| 06/19/1998 | Notice of Determination | ROLL 3527 |

8/20/2024 6:18:45 PM                                                                                                                                        Page 2 of 3

RICO SERVICE SHIPPED 2/4 USPS 01/28/2024 at 01:52 AM

Case 3:24-cv-01282   Document 201   Filed 01/21/25   Page 4 of 17 PageID #: 496

M.D. Tenn. Case 3:24-cv-01282 (FENTON-STORY et al.)

## Filing Information

**Name:** BANKERS TITLE & ESCROW CORPORATION

| Date | Event | Reference |
|---|---|---|
| 10/06/1997 | Administrative Amendment | 3395-0794 |
| 09/15/1997 | Application for Reinstatement | 3385-1752 |
| 09/09/1997 | CMS Annual Report Update | 3385-0336 |
| | Fiscal Year Close Changed | |
| 08/15/1997 | Dissolution/Revocation - Administrative | ROLL 3377 |
| 05/16/1997 | Notice of Determination | ROLL 3343 |
| 11/09/1993 | CMS Annual Report Update | 2753-2183 |
| | Principal Address Changed | |
| | Registered Agent Physical Address Changed | |
| | Registered Agent Changed | |
| 11/18/1992 | Initial Filing | 2591-0004 |

Active Assumed Names (if any)        Date        Expires

8/20/2024 6:18:45 PM    Page 3 of 3

RICO SERVICE SHIPPED via USPS on 10/28/2024 at 11:52 AM    M.D. Tenn. Case 3:24-cv-01282 (FENTON v. STORY et al.)

Case 3:24-cv-01282    Document 201    Filed 01/21/25    Page 5 of 17 PageID #: 497

```
         UNITED STATES
         POSTAL SERVICE
              LINDEN
           215 S MAIN ST
         LINDEN, MI 48451-9998
            (800)275-8777
10/28/2024                    11:52 AM
----------------------------------------
Product            Qty   Unit    Price
                         Price
----------------------------------------
Priority Mail®      1            $15.75
   Nashville, TN 37203
   Weight: 4 lb 1.30 oz
   Expected Delivery Date
      Wed 10/30/2024
   Insurance                     $0.00
      Up to $100.00 included
   Restricted Del                $26.30
      Amount: $0.00
   Recipient name
      RL L MOORE
   Tracking #:
      RF753202366US
   e-Return Receipt              $2.62
Total                           $44.67

Grand Total:                   $137.81

Credit Card Remit              $137.81
   Card Name: VISA
   Account #: XXXXXXXXXXXX8359
   Approval #: 018225
   Transaction #: 743
   AID: A0000000031010      Chip
   AL: VISA CREDIT
   PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6843966-2
Clerk: 03
```

R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE, STE 540
NASHVILLE, TN            37203-6802



Registered No. RF753202366US

Reg. Fee $15.75
Handling Charge
Return Receipt
Postage $0.00
Restricted Delivery
Received by $2.62

Date Stamp: LINDEN, MI 48451   OCT 28 2024   0451 03

Customer Must Declare Full Value $  $0.00
Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse)

FROM:
MARISA M FENTON
17195 SILVER PKWY
PMB #150
FENTON, MI 48430-3426

TO:
R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE, STE 540
NASHVILLE, TN 37203-6802

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
January 2014 (7530-02-000-9051)              (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®


**UNITED STATES POSTAL SERVICE**

December 10, 2024

Dear Marsha Fenton:

The following is in response to your request for proof of delivery on your item with the tracking number: **RF75 3202 366U S**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | November 2, 2024, 12:31 pm |
| **Location:** | NASHVILLE, TN 37203 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Registered Mail Restricted Delivery |
| | Return Receipt Electronic |
| **Recipient Name:** | RL L MOORE |

| Shipment Details | |
|---|---|
| **Weight:** | 4lb, 2.0oz |

| Destination Delivery Address | |
|---|---|
| **Street Address:** | 3310 WEST END AVE STE 540 |
| **City, State ZIP Code:** | NASHVILLE, TN 37203-6802 |

**Recipient Signature**

| Signature of Recipient: | *Ken Buett / Ken Buett* |
|---|---|
| Address of Recipient: | 3310 West End #700 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# USPS Tracking®

FAQs >



**Tracking Number:**

# RF753202366US

Remove ✕

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:31 pm on November 2, 2024 in NASHVILLE, TN 37203.

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

NASHVILLE, TN 37203
November 2, 2024, 12:31 pm

**Out for Delivery**

NASHVILLE, TN 37203
November 2, 2024, 8:21 am

**Arrived at Post Office**

NASHVILLE, TN 37203
November 2, 2024, 8:10 am

**Processing at USPS Facility**

NASHVILLE, TN 37230
November 2, 2024, 1:56 am

**Processing at USPS Facility**

NASHVILLE, TN 37230
November 2, 2024, 1:55 am

**Processing at USPS Facility**

DETROIT, MI 48233
October 31, 2024, 12:02 am

**Processing at USPS Facility**

DETROIT, MI 48233

1 of 2                                                                                   11/18/2024, 5:35 AM

RICO SERVICE - SHIPPED via USPS on 10/28/2024 at 11:52 AM
Case 3:24-cv-01282    Document 201    Filed 01/21/25    Page 8 of 17 PageID #: 500 (DENT-ODOM-STORY et al.)

October 30, 2024, 11:52 pm

**Processing at USPS Facility**
PONTIAC, MI 48340
October 29, 2024, 4:35 pm

**Arrived at USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
October 28, 2024, 6:16 pm

**Departed USPS Facility**
LINDEN, MI 48451
October 28, 2024, 2:33 pm

**USPS in possession of item**
LINDEN, MI 48451
October 28, 2024, 11:43 am

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**

**Return Receipt Electronic**

✓ Confirmation

Your Proof of Delivery record is complete and will be processed shortly.

Your confirmation will be sent to the following:

contact@jefffenton.com

**Product Information**

**Postal Product:**
Priority Mail®

**Features:**
Registered Mail Restricted Delivery
Return Receipt Electronic

See Less ∧

2 of 2    11/18/2024, 5:35 AM

RICO SERVICE SUPP B 2/4 - USPS 01/28/2025 01:52 AM    M.D. Tenn. Case 3:24-cv-01282 (FENTON v. HISTORY et al.)
Case 3:24-cv-01282   Document 201   Filed 01/21/25   Page 9 of 17 PageID #: 501

**contact@jefffenton.com**

| | |
|---|---|
| **From:** | auto-reply@usps.com |
| **Sent:** | Tuesday, December 10, 2024 10:39 AM |
| **To:** | contact@jefffenton.com |
| **Subject:** | USPS Return Receipt (Electronic) Info for RF753202366US |
| **Attachments:** | RF753202366US.pdf |



Tracking #: **RF753202366US**

Hello Marsha Fenton,

**Thank you for using USPS.com® to request a Return Receipt (Electronic) letter for your shipment.**

Tracking #:   RF753202366US

Service Type:   Priority Mail®

Attachment:   Return Receipt (Electronic) letter (PDF) provided by the U.S. Postal Service®.

Your Return Receipt (Electronic) letter is in the attached PDF. You will need Adobe Acrobat Reader installed on your device to open the PDF. Download Adobe Acrobat Reader for free.

If you need help or have questions about USPS Tracking® services and features, visit USPS Tracking FAQs.

### Want to Track on the Go?

Track packages with USPS Text Tracking® service. Simply text your tracking number to 28777 (2USPS) or select the Text Update option on the USPS Tracking site. Standard Message and Data Rates may apply. For more information, visit USPS Text Tracking.

1

RICO SERVICE: SHIPPED via USPS on 12/28/2024 at 11:52 AM    M.D. Tenn. Case 3:24-cv-01282 (FENTON v. OSTROY et al.)
Case 3:24-cv-01282    Document 201    Filed 01/21/25    Page 10 of 17 PageID #: 502







```
                UNITED STATES
                POSTAL SERVICE.
                    FENTON
                210 S LEROY ST
              FENTON, MI 48430-9998
                 (800)275-8777
08/24/2024                          02:06 PM
─────────────────────────────────────────────
Product              Qty    Unit       Price
                            Price
─────────────────────────────────────────────
Priority Mail®        1                $14.25
   Nashville, TN 37203
   Weight: 3 lb 10.70 oz
   Expected Delivery Date
       Mon 08/26/2024
   Insurance                            $0.00
      Up to $100.00 included
   Restricted Del                      $12.75
      Recipient name
         R L MOORE
      Tracking #:
         70202450000036715945
   Return Receipt                       $4.10
      Tracking #:
         9590 9402 8627 3244 0683 74
Total                                  $31.10

─────────────────────────────────────────────
Grand Total:                          $200.20
─────────────────────────────────────────────
Credit Card Remit                     $200.20
   Card Name: VISA
   Account #: XXXXXXXXXXXX8359
   Approval #: 314260
   Transaction #: 188
   AID: A0000000031010         Chip
   AL: VISA CREDIT
   PIN: Not Required
─────────────────────────────────────────────
UFN: 253200-0431
Receipt #: 840-54930020-3-6269723-1
Clerk: 05
```

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Certified Mail Fee  $4.10        0431 05

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)     $0.00
☐ Return Receipt (electronic)   $12.75     Postmark
☒ Certified Mail Restricted Delivery $0.00   Here
☐ Adult Signature Required      $0.00
☐ Adult Signature Restricted Delivery $

Postage  $14.25

Total Postage and Fees   08/24/2024
$31.10

R L MOORE
BANKERS TITLE & ESCROW
3310 WEST END AVE, STE 540
NASHVILLE, TN   37203-6802

## This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery

# Product Tracking & Reporting

Home    Search    Reports    Manual Entry    Rate Comp

**USPS Tracking Intranet**
**Delivery Signature and Address**

Tracking Number: 7020 2450 0000 3671 5945

This item was delivered on 08/27/2024 at 13:55:00

< Return to Tracking Number View

This page is the U.S. Postal Service's internal delivery confirmation with "signature image" from the mail carrier's electronic keypad, signed by the recipient at the time of delivery.

This page was provided by Postmaster Danielle Weisenstein, from the Linden Post Office in Genessee County Michigan, who researched this parcel and provided this confirmation.



Enter up to 35 items separated by commas.

Select Search Type:   Quick Search     Submit

Product Tracking & Reporting, All Rights Reserved
Version: 24.4.3-de6c5246

https://pts-2.usps.gov/pts2-web/tcIntranetTrackingNumResponse/deliverySignatureAndAddress?deliveryDate=1724784900000&signatureLabelId=52D...   1/1

RICO SERVICE: SHIPPED via USPS on 9/24/2024 at 2:06 PM
Case 3:24-cv-01282   Document 201   Filed 01/21/25   M.D. Tenn. Case 3:24-cv-01282 (FENTON-STORY et al.)   Page 13 of 17 PageID #: 505

ALERT: TROPICAL STORM FRANCINE, FLOODING, AND SEVERE WEATHER IN THE SOUTHERN U.S. M...

# USPS Tracking®

FAQs >

**COMPLETED**

Remove ✕

**Tracking Number:**

**70202450000036715945**

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:55 pm on August 27, 2024 in NASHVILLE, TN 37203.

## Get More Out of USPS Tracking:

**USPS Tracking Plus®**

### Delivered
**Delivered, Front Desk/Reception/Mail Room**
NASHVILLE, TN 37203
August 27, 2024, 1:55 pm

### Arrived at USPS Regional Facility
NASHVILLE TN DISTRIBUTION CENTER
August 25, 2024, 4:25 pm

### In Transit to Next Facility
August 25, 2024, 1:59 pm

### Departed USPS Regional Facility
DETROIT MI DISTRIBUTION CENTER
August 25, 2024, 5:32 am

### Arrived at USPS Regional Origin Facility
DETROIT MI DISTRIBUTION CENTER
August 24, 2024, 9:17 pm

### Arrived at USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER
August 24, 2024, 6:16 pm

**Departed USPS Facility**

FLINT, MI 48502
August 24, 2024, 5:16 pm

**Departed USPS Facility**

FENTON, MI 48430
August 24, 2024, 3:20 pm

**Departed Post Office**

FENTON, MI 48430
August 24, 2024, 3:14 pm

**USPS in possession of item**

FENTON, MI 48430
August 24, 2024, 1:58 pm

Hide Tracking History

What Do **USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**                                                                                           ⌄

**USPS Tracking Plus®**                                                                                            ⌄

**Product Information**                                                                                            ⌃

| Postal Product: | Features: | See tracking for related item: |
|---|---|---|
| Priority Mail® | Certified Mail Restricted Delivery | 9590940286273244068374 (/go/TrackConfirmAction?tLabels=9590940286273244068374) |
|  | Up to $100 insurance included. Restrictions Apply ⓘ |  |

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

# USPS Tracking®

FAQs >

> This is the tracking for the Return Receipt.
> This shows that the Return Receipt was purchased,
> but it was never mailed back from Tennessee.

Remove ✕

**Tracking Number:**

## 9590940286273244068374

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

The U.S. Postal Service has received electronic notification on August 24, 2024 at 1:58 pm that you have associated a return receipt to your item.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

● **Pre-Shipment**
  **Return Receipt Associated**
  August 24, 2024, 1:58 pm

Feedback

What Do **USPS** Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                            ⌄

USPS Tracking Plus®                                             ⌄

Product Information                                             ⌃

| Postal Product: | Features: | See tracking for related item: 70202450000036715945 (/go/TrackConfirmAction?tLabels=70202450000036715945) |
|---|---|---|
| USPS Ground Advantage™ | Return Receipt USPS Tracking® | |

**CERTIFIED MAIL**

7020 3160 0002 3001 3820



**UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL**

Retail

37203
RDC 03

U.S. POSTAGE PAID
PM
LINDEN, MI 48451
JAN 16, 2025
$15.30
S2324P501513-03

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FROM:** 17195 SILVER PKWY
PMB #150
FENTON, MI 48430-3426

RECEIVED
JAN 21 2025
US DISTRICT COURT
MID DIST TENN.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**


PS00001000014
EP14F July 2022
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

**UNITED STATES DISTRICT COURT**
**ATTN: CLERK OF THE COURT**
**719 CHURCH ST**
**NASHVILLE, TN 37203-6940**

3:24-CV-01282