AO 440 (Rev. 06/12) Summons in a Civil Action **3:24-cv-01282**

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan

JEFFREY RYAN FENTON

*Plaintiff(s)*

v.

VIRGINIA LEE STORY et al.,

*Defendant(s)*

**3:24-cv-01282**

Civil Action No. 1:23-cv-1097

RECEIVED
JAN 21 2025
US DISTRICT COURT
MID DIST TENN

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

MCARTHUR SANDERS REAL ESTATE, INC.
203 ROYAL OAKS BLVD
FRANKLIN, TN 37067-3012

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: AUG 21 2024 ~~08/23/2024~~

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:23-cv-1097

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* MCARTHUR SANDERS REAL ESTATE, INC.

was received by me on *(date)* August 21, 2024 .

☒ *Other (specify):*

Service of defendant MCARTHUR SANDERS REAL ESTATE, INC. was initiated pursuant to F.R.Civ.P. 4(h)(1)(A) and Mich. Ct. R. 2.105(D) by delivering the *lawsuit service package* as itemized in ECF 69 and 69-1 of this lawsuit, via *certified* U.S. mail with tracking number 70202450000036715198, return receipt requested, to the *registered agent address* as listed with the Tennessee Secretary of State, Division of Business Services, for SOS Control #000104429. This package was successfully delivered to defendant MCARTHUR SANDERS REAL ESTATE, INC. on August 26, 2024, at 3:25 PM, as evidenced by the signature image from the recipient on the postal carriers' electronic keypad. (See the attached receipt copies and proofs from the USPS.)

Mich. Ct. R. 2.105(D) states: "Process may be served on a private corporation (domestic or foreign) by: (1) serving a summons and a copy of the complaint on an officer or the resident agent; (2) serving a summons and a copy of the complaint on a director, trustee, or person in charge of an office or business establishment of the corporation and sending a summons and a copy of the complaint by registered mail, addressed to the principal office of the corporation".

Due to the high number of defendants in this case, production of the *lawsuit service packages* was both costly and very time and resource intensive to produce. As such there were only enough lawsuit service packages prepared to provide *one* per defendant to start. As service progressed, additional lawsuit service packages continued to be produced and sent out to defendants requiring additional service attempts.

Per Mich. Ct. R. 2.105(K)(3), "(3) An action shall not be *dismissed* for improper service of process unless the service failed to *inform* the defendant of the action within the time provided in these rules for service." Rule 2.105(K)(3) - Process; Manner of Service.

In the spirit of Mich. Ct. R. 2.105(K)(3) above, service was *deemed satisfied* either upon full completion of service as outlined in Mich. Ct. R. 2.105, per the entity type, or upon first appearance in this matter by counsel, since they obviously were *informed* about this action prior to the *date of first appearance* by their counsel as evidenced in the record.

Especially in situations where the registered agent address and the principal address for the business are the same, such as in this case, or where the registered agent and the known business owner are the same person, it is cost prohibitive, inefficient, and largely illogical, to redundantly serve the same individual.

Sandra J. Densham of Plunkett Cooney made an appearance in this matter on behalf of defendant MCARTHUR SANDERS REAL ESTATE, INC. on September 13. Since service was only sent to MCARTHUR SANDERS REAL ESTATE, INC. at their business address, not at the personal residence of any of the partners, service is deemed completed as of the date of first appearance in this matter, that being on September 13, 2024, though first notice of the action was delivered weeks earlier.

I declare under penalty of perjury that this information is true.

Date: 10/21/2024 Marsha Ann Fenton

*Server's signature*

Marsha Ann Fenton

*Printed name and title*

17195 Silver Pkwy, #150, Fenton, MI 48430-3426

*Server's address*




Tre Hargett
Secretary of State

**Division of Business Services**
**Department of State**
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

## Filing Information

Name: **MCARTHUR SANDERS REAL ESTATE, INC.**

### General Information

**SOS Control #** **000104429**
Filing Type: For-profit Corporation - Domestic
06/10/1981 4:30 PM
Status: Active
Duration Term: Perpetual

Formation Locale: TENNESSEE
Date Formed: 06/10/1981
Fiscal Year Close 12

**Registered Agent Address**
THOMAS MCARTHUR JR
203 ROYAL OAKS BLVD
FRANKLIN, TN 37067-3012

**Principal Address**
203 ROYAL OAKS BLVD
FRANKLIN, TN 37067-3012

The following document(s) was/were filed in this office on the date(s) indicated below:

| Date Filed | Filing Description | Image # |
|---|---|---|
| 01/18/2024 | 2023 Annual Report | B1494-2353 |
| 01/26/2023 | 2022 Annual Report | B1327-7784 |
| 01/19/2022 | 2021 Annual Report | B1147-2170 |
| 02/03/2021 | 2020 Annual Report | B0978-6185 |
| 01/14/2020 | 2019 Annual Report | B0799-9587 |
| 01/15/2019 | 2018 Annual Report | B0638-2998 |
| 05/21/2018 | Articles of Amendment | B0547-3164 |
| | Principal Address 1 Changed From: 1619 GALLERIA BLVD To: 203 ROYAL OAKS BLVD | |
| | Principal City Changed From: BRENTWOOD To: FRANKLIN | |
| | Principal Postal Code Changed From: 37027-2926 To: 37067-3012 | |
| | Registered Agent Physical Address 1 Changed From: 1619 GALLERIA BLVD To: 203 ROYAL OAKS BLVD | |
| | Registered Agent Physical City Changed From: BRENTWOOD To: FRANKLIN | |
| | Registered Agent Physical Postal Code Changed From: 37027-2926 To: 37067-3012 | |
| 02/06/2018 | 2017 Annual Report | B0492-2214 |
| 02/22/2017 | 2016 Annual Report | B0349-7087 |
| 02/03/2016 | 2015 Annual Report | B0195-1256 |
| 01/05/2015 | 2014 Annual Report | B0035-2604 |
| 02/13/2014 | 2013 Annual Report | A0214-2767 |

# Filing Information

Name: **MCARTHUR SANDERS REAL ESTATE, INC.**

| | | |
|---|---|---|
| 02/13/2013 | 2012 Annual Report | 7147-1176 |
| 01/18/2012 | 2011 Annual Report | 6982-2346 |
| Principal County Changed From: WILLIAMSON To: WILLIAMSON COUNTY | | |
| 01/19/2011 | 2010 Annual Report | 6817-2445 |
| Principal Postal Code Changed From: 37027 To: 37027-2926 | | |
| Principal County Changed From: Williamson County To: Williamson | | |
| 02/24/2010 | 2009 Annual Report | 6661-0850 |
| 02/13/2009 | 2008 Annual Report | 6447-3145 |
| Principal Address Changed | | |
| Registered Agent Physical Address Changed | | |
| Mail Address Changed | | |
| 03/12/2008 | 2007 Annual Report | 6242-2690 |
| 01/31/2007 | 2006 Annual Report | 5942-1949 |
| 03/22/2006 | 2005 Annual Report | 5727-1993 |
| Registered Agent Changed | | |
| 03/01/2005 | 2004 Annual Report | 5373-1252 |
| 01/28/2004 | 2003 Annual Report | 5019-1562 |
| 03/28/2003 | 2002 Annual Report | 4771-0339 |
| 02/12/2002 | 2001 Annual Report | 4417-2069 |
| 01/30/2001 | 2000 Annual Report | 4106-3109 |
| 01/26/2001 | Articles of Amendment | 4103-0429 |
| Name Changed | | |
| 04/04/2000 | 1999 Annual Report | 3873-0538 |
| 06/18/1999 | Notice of Determination | ROLL 3699 |
| 03/24/1997 | CMS Annual Report Update | 3312-0592 |
| Registered Agent Physical Address Changed | | |
| 03/27/1995 | CMS Annual Report Update | 2985-0423 |
| Principal Address Changed | | |
| Registered Agent Physical Address Changed | | |
| Mail Address Changed | | |
| 06/18/1993 | Notice of Determination | ROLL 2704 |
| 08/23/1991 | Articles of Amendment | 2251-0448 |
| Name Changed | | |
| 06/21/1991 | Notice of Determination | ROLL 2203 |
| 06/16/1990 | Administrative Amendment | FYC/REVENU E |

# Filing Information

Name: **MCARTHUR SANDERS REAL ESTATE, INC.**

| | | |
|---|---|---|
| Fiscal Year Close Changed | | |
| 01/10/1990 | Administrative Amendment | 1591-0140 |
| Mail Address Changed | | |
| 12/15/1989 | Notice of Determination | ROLL 1577 |
| 11/01/1988 | Registered Agent Change (by Entity) | 1022-1257A |
| Registered Agent Physical Address Changed | | |
| 09/22/1988 | Articles of Amendment | 967-0504 |
| Principal Address Changed | | |
| 05/27/1986 | Articles of Amendment | 613 03144 |
| Principal Address Changed | | |
| 05/27/1986 | Registered Agent Change (by Entity) | 613 03145 |
| Registered Agent Physical Address Changed | | |
| Registered Agent Changed | | |
| 05/06/1986 | Application for Reinstatement | 610 02576 |
| 02/12/1986 | Dissolution/Revocation - Administrative | 593 01397 |
| 10/15/1985 | Articles of Amendment | 570 01635 |
| Name Changed | | |
| 10/10/1984 | Articles of Amendment | 498 01152 |
| Principal Address Changed | | |
| 06/10/1981 | Initial Filing | 214 00655 |

| Active Assumed Names (if any) | Date | Expires |
|---|---|---|

DEFENDANT: MCARTHUR SANDERS REAL ESTATE, INC. **3:24-cv-01282** LAWSUIT DELIVERED: 8/26/2024 (DEEMED SERVED: 9/13/2024)

**UNITED STATES POSTAL SERVICE.**

FENTON
210 S LEROY ST
FENTON, MI 48430-9998
(800)275-8777

08/24/2024 02:06 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $14.25 |

Franklin, TN 37067
Weight: 3 lb 11.00 oz
Expected Delivery Date
Mon 08/26/2024
Insurance $0.00
Up to $100.00 included
Restricted Del $12.75
Recipient name
THOMAS MCARTHUR JR
Tracking #:
70202450000036715198
Return Receipt $4.10
Tracking #:
9590 9402 8627 3244 0682 68
Total $31.10

Grand Total: $200.20

Credit Card Remit $200.20
Card Name: VISA
Account #: XXXXXXXXXXXX8359
Approval #: 314260
Transaction #: 188
AID: A0000000031010 Chip
AL: VISA CREDIT
PIN: Not Required

UFN: 253200-0431
Receipt #: 840-54930020-3-6269723-1
Clerk: 05

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com

7020 2450 0000 3671 5198

Certified Mail Fee $4.10
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☒ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $14.25
Total Postage and Fees $31.10

Postmark Here 0431 05

**THOMAS MCARTHUR JR**
**MCARTHUR SANDERS REAL ESTATE, INC.**
**203 ROYAL OAKS BLVD**
**FRANKLIN, TN 37067-3012**

See Reverse for Instructions

**THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**THOMAS MCARTHUR JR**
**MCARTHUR SANDERS REAL ESTATE, INC.**
**203 ROYAL OAKS BLVD**
**FRANKLIN, TN 37067-3012**



9590 9402 8627 3244 0682 68

2. Article Number (Transfer from service label)
7020 2450 0000 3671 5198

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

**This USPS Return Receipt Mysteriously Disappeared, Was Never Returned Even After Successful Delivery.**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

RICO SERVICE SHIPPED via USPS on 8/24/2024 at 2:06 PM Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

**3:24-cv-01282**

Help

# Product Tracking & Reporting

UNITED STATES POSTAL SERVICE

Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | Customer Information

October 21, 2024

## USPS Tracking Intranet

## Delivery Signature and Address

**Tracking Number: 7020 2450 0000 3671 5198**

**This item was delivered on 08/26/2024 at 15:25:00**

< Return to Tracking Number View

| | |
|---|---|
| Signature |  |
| Address | **203 ROYAL OAKS BLVD, FRANKLIN, TN 37067** |

Enter up to 35 items separated by commas.

Select Search Type: Quick Search Submit

Product Tracking & Reporting, All Rights Reserved
Version: 24.4.3-de6c5246

**This page is the U.S. Postal Service's internal delivery confirmation with "signature image" from the mail carrier's electronic keypad, signed by the recipient at the time of delivery.**

**This page was provided by Postmaster Danielle Weisenstein, from the Linden Post Office in Genessee County Michigan, who researched this parcel and provided this confirmation.**

**ALERT: TROPICAL STORM FRANCINE, FLOODING, AND SEVERE WEATHER IN THE SOUTHERN U.S. M...**

**3:24-cv-01282**

# USPS Tracking®

FAQs >



Remove ✕

**Tracking Number:**

## 70202450000036715198

**Copy** **Add to Informed Delivery (https://informeddelivery.usps.com/)**

## Latest Update

Your item was delivered to an individual at the address at 3:25 pm on August 26, 2024 in FRANKLIN, TN 37067.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Left with Individual**
FRANKLIN, TN 37067
August 26, 2024, 3:25 pm

Feedback

**Out for Delivery**
FRANKLIN, TN 37067
August 26, 2024, 7:52 am

**Arrived at Post Office**
FRANKLIN, TN 37064
August 26, 2024, 7:41 am

**Arrived at USPS Regional Destination Facility**
NASHVILLE TN DISTRIBUTION CENTER
August 26, 2024, 12:01 am

**In Transit to Next Facility**
August 25, 2024

**Arrived at USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
August 24, 2024, 6:16 pm

**Departed USPS Facility**

FLINT, MI 48502
August 24, 2024, 5:16 pm

**Departed USPS Facility**

FENTON, MI 48430
August 24, 2024, 3:20 pm

**Departed Post Office**

FENTON, MI 48430
August 24, 2024, 3:14 pm

**USPS in possession of item**

FENTON, MI 48430
August 24, 2024, 1:53 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

## Text & Email Updates

## USPS Tracking Plus®

## Product Information

Feedback

**Postal Product:**
Priority Mail®

**Features:**
Certified Mail Restricted Delivery
Up to $100 insurance included. Restrictions Apply ⓘ

**See tracking for related item: 9590940286273244068268 (/go/TrackConfirmAction?tLabels=9590940286273244068268)**

**See Less**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs >

# USPS Tracking®

**This is the tracking for the Return Receipt. This shows that the Return Receipt was purchased, but it was never mailed back from Tennessee.**

Remove ✕

**Tracking Number:**

## 9590940286273244068268

**Copy** **Add to Informed Delivery (https://informeddelivery.usps.com/)**

### Latest Update

The U.S. Postal Service has received electronic notification on August 24, 2024 at 1:53 pm that you have associated a return receipt to your item.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

**Pre-Shipment**
**Return Receipt Associated**
August 24, 2024, 1:53 pm

What Do **USPS** Tracking Statuses Mean? **(https://faq.usps.com/s/article/Where-is-my-package)**

### Text & Email Updates

### USPS Tracking Plus®

### Product Information

**Postal Product:**
USPS Ground Advantage™

**Features:**
Return Receipt
USPS Tracking®

**See tracking for related item: 70202450000036715198 (/go/TrackConfirmAction?tLabels=70202450000036715198)**

CERTIFIED MAIL



PRESS FIRMLY TO SEAL

7020 3160 0002 3001 3820

Retail





37203

RDC 03

U.S. POSTAGE PAID
PM
LINDEN, MI 48451
JAN 16, 2025

$15.30

S2324P501513-03

UNITED STATES POSTAL SERVICE®

PRIORITY® MAIL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com.*
** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

FROM: 17195 SILVER PKWY
PMB #150
FENTON, MI 48430-3426

RECEIVED
JAN 21 2025
US DISTRICT COURT
MID DIST TENN.

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED

UNITED STATES DISTRICT COURT
ATTN: CLERK OF THE COURT
719 CHURCH ST
NASHVILLE, TN 37203-6940

3:24-cv-01282

PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. ... © U.S. Postal Service; July 2022; All rights reserved.