AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan ▼

|  |  |
|---|---|
| JEFFREY RYAN FENTON | ) ) ) ) |
| _Plaintiff(s)_ | ) |
| v. | ) ) |
| VIRGINIA LEE STORY et al., | ) ) ) |
| _Defendant(s)_ | ) |

**3:24-CV-01282**

Civil Action No. 1:23-cv-1097

**RECEIVED**

**JAN 21 2025**

US DISTRICT COURT
MID DIST TENN

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Mary Elizabeth Maney Ausbrooks
120 Meadows Road
White House, TN 37188


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

AUG 1 9 2024

Date: ___5/23/2024___

CLERK OF COURT

_Paula J. Wood_

_Signature of Clerk or Deputy Clerk_

maʒ

Civil Action No. 1:23-cv-1097

## AMENDED PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*        MARY ELIZABETH AUSBROOKS

was received by me on *(date)*        August 21, 2024        .

☒ Other *(specify):*

Proofs of Service for defendants ROTHSCHILD & AUSBROOKS, PLLC (hereinafter "R&A") and Mary Elizabeth Ausbrooks were filed in this lawsuit in ECF 95-1, PID.5237-5246 (see attached 'Exhibit-A'). However, due to concerns related to the delay of several outstanding defendants making an appearance in this matter, including defendants Ausbrooks and R&A, out of an abundance of caution, service of the aforementioned was initiated *three more times*, using *registered* and *certified* mail, both requesting a *return receipt* and without, in an effort to bypass any potential screening criteria being used to either dodge service or defeat confirmation of service as required by the court's rules.

Despite executing service with *restricted delivery* exactly as outlined in Mich. Ct. R. 2.105(A), somehow <u>*every*</u> individual bar defendant in this lawsuit managed to defeat, or persuade their mail carrier(s) to help defeat, the successful *confirmation of service* as intended in this rule, by either interfering with return of the *"return receipt requested"*, returning it blank and unsigned devoid of any delivery information, or returning it signed by someone <u>other</u> than the named defendant to whom the lawsuit service was clearly *addressed*, despite delivery being *restricted* to that specific individual. (See 'Exhibit-A' filed in ECF 96-1, PID.5265-5285.)

On October 17, 2024, at 11:55 AM service of defendants R&A and Mary Elizabeth Ausbrooks was initiated for the *second time* (see attached "SECOND SERVICE ATTEMPT"), at what is believed to be her *home address* in White House, Tennessee. Pursuant to F.R.Civ.P. 4(e)(1) and Mich. Ct. R. 2.105 by sending her the lawsuit service package as itemized in ECF 69 and 69-1 of this lawsuit, via *registered* U.S. mail with tracking number RF753202318US, electronic return receipt requested, with delivery restricted to the addressee. USPS tracking records show that delivery was attempted on October 25 at 11:11 AM, but *no authorized recipient* was available, so a *notice* was left. Followed by a *reminder* from the USPS on October 30. On November 9th, 2024, the status of the package was changed to "unclaimed" and began its "return to sender", which I received back in Michigan on December 9th.

On October 28, 2024, at 3:46 PM service of defendants R&A and Mary Elizabeth Ausbrooks was initiated for the *third time* (see attached "THIRD SERVICE ATTEMPT"), to the *Registered Agent Address* for R&A, as listed by the Tennessee Secretary of State, Division of Business Services, for SOS Control #000381114 (see attached 'Exhibit-B'). This was also the same address provided for defendant Ausbrooks by the Board of Professional Responsibility for the Supreme Court of Tennessee (see attached 'Exhibit-C'). Please note that defendant "Mary Beth Ausbrooks" is the Registered Agent listed with the Tennessee Secretary of State for R&A, with no other owner or partner names listed, with only the business address for R&A listed as both the Principal and Registered Agent Address, so there was no other known party *names* or *addresses* by which to notice R&A regarding this lawsuit, except for our best guess about her home address in White House, Tennessee, which we twice tried to serve her at.

The *third attempt* at service was initiated pursuant to F.R.Civ.P. 4(e)(1) and Mich. Ct. R. 2.105 by delivering to defendants R&A and Mary Elizabeth Ausbrooks the lawsuit service package as itemized in ECF 69 and 69-1 of this lawsuit, via *registered* U.S. mail (for improved chain of custody controls and accountability) with tracking number RF708196483US, with *delivery restricted* to the addressee. This time an electronic *return receipt* was requested instead of the traditional green card, to prevent it from potentially getting detached and lost in the mail. This package was **successfully delivered** and **signed for** by defendant Ausbrooks on **November 21, 2024, at 2:41 PM.** (See the attached receipt copies and proofs from the USPS.)

| CONTINUED ON NEXT PAGE |
|:---:|

https://rico.jefffenton.com/evidence/2024-12-14_rothschild-ausbrooks-proof-of-service.pdf

M.D. Tenn. Case 3:24-cv-01282 (FENTON v. STORY et al.)

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)   AUSBROOKS Page 2 of 2

Civil Action No. 1:23-cv-1097

## AMENDED PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   MARY ELIZABETH AUSBROOKS

was received by me on *(date)*   August 21, 2024   .

☒ Other *(specify)*:   CONTINUED FROM PREVIOUS PAGE

Not knowing which service attempts would ultimately prove successful and which would not, while trying to perfect service as quickly as possible for the court, on October 29 at 12:25 PM service of defendants R&A and Mary Elizabeth Ausbrooks was initiated for the *fourth time* (see attached "FOURTH SERVICE ATTEMPT"), at what is believed to be her *home address* in White House, Tennessee. In an effort to bypass any screening criteria possibly being used to evade service, this package was sent via *certified* U.S. mail with tracking number 70203160000230013578, without restricted delivery or requesting a return receipt. USPS tracking records show that delivery was attempted and a *notice* was left on October 31. Followed by a *reminder* from the USPS on November 5. On November 15, 2024, the status of the package was changed to "unclaimed" and began its "return to sender", which was received back in Michigan on November 22.

As a layer of redundancy to ensure that every defendant in this lawsuit was provided as much notice as was physically possible under the circumstances, alternative service was executed via email using Streak Email Tracking Software, as explained in the MOTION FOR ALTERNATIVE SERVICE, filed in ECF 177 and 177-1. Proofs of that service (see attached 'Exhibit-D') show that defendants R&A and Mary Elizabeth Ausbrooks was provided email notice at marybeth@rothschildbklaw.com on September 24, 2024, which was successfully received and viewed at least one time on September 25, 2024.

For information about Streak Email Tracking Software please see https://www.streak.com. A video demonstration of this software can be viewed online at https://www.youtube.com/watch?v=dMKtSYU-rd8.

"(3) An action shall not be *dismissed* for improper service of process unless the service failed to *inform* the defendant of the action within the time provided in these rules for service." Rule 2.105(K)(3) - Process; Manner of Service, Mich. Ct. R. 2.105(K)(3).

The court can decide whether service was sufficient with my first attempt, completed on 9/26/2024, as previously filed in ECF 95-1, PID.5238 & 5243. If not, certainly service was perfected for both Mary Elizabeth Ausbrooks and R&A on November 21, 2024, at 2:41 PM, upon receipt of registered mail article RF708196483US. (See the attached receipt copies and proofs from the USPS.)

My efforts in this matter have been to err on the side of caution, for the benefit of the defendants, while successfully completing service with the highest degree of reliability I know how, for this price point.

I declare under penalty of perjury that this information is true.

Date: *12/14/2024*   *Marsha Ann Fenton*
                          *Server's signature*

                          Marsha Ann Fenton
                          *Printed name and title*

                          17195 Silver Pkwy, #150, Fenton, MI 48430-3426
                          *Server's address*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Western District of Michigan    ▼

|  |  |
|---|---|
| JEFFREY RYAN FENTON | **3:24-cv-01282** |
| *Plaintiff(s)* | |
| v. | Civil Action No. 1:23-cv-1097 |
| VIRGINIA LEE STORY et al., | |
| *Defendant(s)* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rothschild & Ausbrooks, PLLC
~~1222 16th Avenue South, Suite 12~~
~~Nashville, TN 37212~~

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

AUG 1 9 2024

Date: _____~~5/23/2024~~_____

*CLERK OF COURT*

*Paula G. Woods*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)           ROTHSCHILD & AUSBROOKS, PLLC Page 1 of 2

Civil Action No. 1:23-cv-1097

## AMENDED PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     ROTHSCHILD & AUSBROOKS, PLLC

was received by me on *(date)*     August 21, 2024     .

**☒** Other *(specify)*:

Proofs of Service for defendants ROTHSCHILD & AUSBROOKS, PLLC (hereinafter "R&A") and Mary Elizabeth Ausbrooks were filed in this lawsuit in ECF 95-1, PID.5237-5246 (see attached 'Exhibit-A'). However, due to concerns related to the delay of several outstanding defendants making an appearance in this matter, including defendants Ausbrooks and R&A, out of an abundance of caution, service of the aforementioned was initiated *three more times*, using *registered* and *certified* mail, both requesting a *return receipt* and without, in an effort to bypass any potential screening criteria being used to either dodge service or defeat confirmation of service as required by the court's rules.

Despite executing service with *restricted delivery* exactly as outlined in Mich. Ct. R. 2.105(A), somehow *every* individual bar defendant in this lawsuit managed to defeat, or persuade their mail carrier(s) to help defeat, the successful *confirmation of service* as intended in this rule, by either interfering with return of the *"return receipt requested"*, returning it blank and unsigned devoid of any delivery information, or returning it signed by someone *other* than the named defendant to whom the lawsuit service was clearly *addressed*, despite delivery being *restricted* to that specific individual. (See 'Exhibit-A' filed in ECF 96-1, PID.5265-5285.)

On October 17, 2024, at 11:55 AM service of defendants R&A and Mary Elizabeth Ausbrooks was initiated for the *second time* (see attached "SECOND SERVICE ATTEMPT"), at what is believed to be her *home address* in White House, Tennessee. Pursuant to F.R.Civ.P. 4(h)(1)(A) and Mich. Ct. R. 2.105 by sending her the lawsuit service package as itemized in ECF 69 and 69-1 of this lawsuit, via *registered* U.S. mail with tracking number RF753202318US, electronic return receipt requested, with delivery restricted to the addressee. USPS tracking records show that delivery was attempted on October 25 at 11:11 AM, but *no authorized recipient* was available, so a *notice* was left. Followed by a *reminder* from the USPS on October 30. On November 9th, 2024, the status of the package was changed to "unclaimed" and began its "return to sender", which I received back in Michigan on December 9th.

On October 28, 2024, at 3:46 PM service of defendants R&A and Mary Elizabeth Ausbrooks was initiated for the *third time* (see attached "THIRD SERVICE ATTEMPT"), to the *Registered Agent Address* for R&A, as listed by the Tennessee Secretary of State, Division of Business Services, for SOS Control #000381114 (see attached 'Exhibit-B'). This was also the same address provided for defendant Ausbrooks by the Board of Professional Responsibility for the Supreme Court of Tennessee (see attached 'Exhibit-C'). Please note that defendant "Mary Beth Ausbrooks" is the Registered Agent listed with the Tennessee Secretary of State for R&A, with no other owner or partner names listed, with only the business address for R&A listed as both the Principal and Registered Agent Address, so there was no other known party *names* or *addresses* by which to notice R&A regarding this lawsuit, except for our best guess about her home address in White House, Tennessee, which we twice tried to serve her at.

The *third attempt* at service was initiated pursuant to F.R.Civ.P. 4(h)(1)(A) and Mich. Ct. R. 2.105 by delivering to defendants R&A and Mary Elizabeth Ausbrooks the lawsuit service package as itemized in ECF 69 and 69-1 of this lawsuit, via *registered* U.S. mail (for improved chain of custody controls and accountability) with tracking number RF708196483US, with *delivery restricted* to the addressee. This time an electronic *return receipt* was requested instead of the traditional green card, to prevent it from potentially getting detached and lost in the mail. This package was **successfully delivered** and **signed for** by defendant Ausbrooks on **November 21, 2024, at 2:41 PM**. (See the attached receipt copies and proofs from the USPS.)

CONTINUED ON NEXT PAGE

*ma̸f*

Civil Action No. 1:23-cv-1097

# AMENDED PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  _____ ROTHSCHILD & AUSBROOKS, PLLC _____

was received by me on *(date)* _____ August 21, 2024 _____ .

☒ Other *(specify):*  ┌─────────────────────────────────┐
                       │ CONTINUED FROM PREVIOUS PAGE │
                       └─────────────────────────────────┘

Not knowing which service attempts would ultimately prove successful and which would not, while trying to perfect service as quickly as possible for the court, on October 29 at 12:25 PM service of defendants R&A and Mary Elizabeth Ausbrooks was initiated for the *fourth time* (see attached "FOURTH SERVICE ATTEMPT"), at what is believed to be her *home address* in White House, Tennessee. In an effort to bypass any screening criteria possibly being used to evade service, this package was sent via *certified* U.S. mail with tracking number 70203160000230013578, without restricted delivery or requesting a return receipt. USPS tracking records show that delivery was attempted and a *notice* was left on October 31. Followed by a *reminder* from the USPS on November 5. On November 15, 2024, the status of the package was changed to "unclaimed" and began its "return to sender", which was received back in Michigan on November 22.

As a layer of redundancy to ensure that every defendant in this lawsuit was provided as much notice as was physically possible under the circumstances, alternative service was executed via email using Streak Email Tracking Software, as explained in the MOTION FOR ALTERNATIVE SERVICE, filed in ECF 177 and 177-1. Proofs of that service (see attached 'Exhibit-D') show that defendants R&A and Mary Elizabeth Ausbrooks was provided email notice at marybeth@rothschildbklaw.com on September 24, 2024, which was successfully received and viewed at least one time on September 25, 2024.

For information about Streak Email Tracking Software please see https://www.streak.com. A video demonstration of this software can be viewed online at https://www.youtube.com/watch?v=dMKtSYU-rd8.

"(3) An action shall <u>not</u> be *dismissed* for improper service of process unless the service failed to *inform* the defendant of the action within the time provided in these rules for service." Rule 2.105(K)(3) - Process; Manner of Service, Mich. Ct. R. 2.105(K)(3).

The court can decide whether service was sufficient with my first attempt, completed on 9/26/2024, as previously filed in ECF 95-1, PID.5238 & 5243. If not, certainly service was perfected for both Mary Elizabeth Ausbrooks and R&A on November 21, 2024, at 2:41 PM, upon receipt of registered mail article RF708196483US. (See the attached receipt copies and proofs from the USPS.)

My efforts in this matter have been to err on the side of caution, for the benefit of the defendants, while successfully completing service with the highest degree of reliability I know how, for this price point.

I declare under penalty of perjury that this information is true.

Date: __12/14/2024__          _Marsha Ann Fenton_
                              _____
                                   *Server's signature*

                                   Marsha Ann Fenton
                              _____
                                  *Printed name and title*

                              17195 Silver Pkwy, #150, Fenton, MI  48430-3426
                              _____
                                     *Server's address*



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

10/17/2024            11:55 AM
--------------------------------------
Product      Qty    Unit     Price
                     Price
--------------------------------------

Priority Mail®    1         $14.80
   White House, TN 37188
   Weight: 3 lb 15.70 oz
   Expected Delivery Date
     Sat 10/19/2024
   Insurance             $0.00
     Up to $100.00 included
   Restricted Del        $26.30
     Amount: $0.00
     Recipient name
       MARY E AUSBROOKS
     Tracking #:
       RF753202318US
   e-Return Receipt       $2.62
Total                   $43.72

Grand Total:          $165.93

Credit Card Remit      $165.93
   Card Name: VISA
   Account #: XXXXXXXXXXXX8359
   Approval #: 017145
   Transaction #: 086
   AID: A0000000031010     Chip
   AL: VISA CREDIT
   PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-1-5595507-2
Clerk: 6

---

**MARY ELIZABETH MANEY AUSBROOKS**

# 120 MEADOWS RD

## WHITE HOUSE, TN 37188-9500



Registered No. RF 7 271

| Reg. Fee | | Date Stamp |
| Handling Charge | Return Receipt | LINDEN, MI 48451 |
| Postage | Restricted Delivery | OCT 17 2024 |
| Received by | | |

To Be Completed By Post Office

Customer Must Declare Full Value $

Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

**OFFICIAL USE**

FROM: Marsha A. Fenton
17195 Silver Pkwy
PMB # 150
Fenton, Mi 48430-3426

TO: Mary Elizabeth Maney Ausbrooks
120 Meadows Rd
White House, TN 37188-9500

PS Form **3806,**    **Receipt for Registered Mail**    *Copy 1 - Customer*
January 2014 (7530-02-000-9051)      *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com®*

**UNITED STATES POSTAL SERVICE**          *We Redeliver For You!*

Download Informed Delivery APP to manage your redeliveries.

**Sorry we missed you while you were out.**

Date: _11-15-24_

The item was sent by: RETURNED TO SENDER

It was sent to: _____

At this address: 17195 SILVER PKWY #150

**About the missed delivery:**

It was a:

X Package          ___ Letter          ___ Large envelope

☐ USPS® Smart Parcel Locker Eligible
*(Smaller than 17Hx13Wx23D)*

Available for pickup date: _11-16-24_

This is the:

X First attempt          ☐ Final notice

Article number:

**5293 0655 4535 3144**

ITEM UNCLAIMED.

**We have item/s for you which we could not deliver because:**

☐ It requires a payment of $_____ for:
    ___Postage due      ___Customs
☐ Receptacle full/item oversized
☐ No secure location available
☐ No authorized recipient available
☐ Signature required
    ___must be 18+ years old   ___must be 21+ years old
X Other: REGISTERED MAIL SENT

*Please see reverse to schedule redelivery or pickup.*
PS Form 3849, September 2022   TO MARY AUSBROOKS BEING RETURNED

**Choose one option for redelivery or pickup.**

1. Go online to *usps.com/redelivery*.
2. **Let your carrier know** when and where you'd like them to leave the item, then leave this form in your mailbox. *(Not an option for Restricted Delivery or Adult Signature Items.)*

   **Please redeliver on this date:** _____
   **and leave at (check one):**
   ☐ Front door  ☐ Back door  ☐ Porch  ☐ Garage
   ☐ Other_____

3. **Go to your local Post Office™**, located at:

   **Fenton Post Office**
   **210 S. Leroy St.**
   **Fenton MI 48430**
   M-F 0900-1700; Saturdays; 0900-1500

4. **Sign up to manage your redeliveries** at *informeddelivery.com*.

5. **Send someone to serve as your representative:** Sign below and provide the name of the person you want to pick up your item at your local Post Office™ listed in item 3. See item 2 for restrictions.

   Addressee signature: _____
   Name of representative: _____

6. **Call us at 800-ASK-USPS (800-275-8777).**

| Delivery Section | |
|---|---|
| Signature | X |
| Printed Name | |
| Delivery Address | |

**USPS**

**5293 0655 4535 3144**

*We Redeliver For You!*®
PS Form **3849**, September 2022 *(Reverse)*          **UNITED STATES POSTAL SERVICE**®

RICO SERVICE: SHIPPED via USPS on 10/17/2024 at 11:55 AM          M.D. Tenn. Case 3:24-cv-01282 (FENTON v. STORY et al.)



**U.S. POSTAGE PAID**
PM
LINDEN, MI 48451
OCT 17, 2024

**$43.72**

S2324P50´¹329.C

37188

**RDC 03**

*Retail*

RESTRICTED
DELIVERY

FROM:
17195 SILVER PKWY
PMB #150
FENTON, MI
48430-3426

NOT.
11-1C

TO:
MARY ELIZABETH MANEY AUSBROOKS

RESTRICTED
DELIVERY

REGISTERED MAIL

12/11/24, 8:40 PM                    USPS.com® - USPS Tracking® Results

**ALERT: EFFECTIVE NOVEMBER 29, 2024, INTERNATIONAL MAIL SERVICE TO CANADA IS TEM...**

# USPS Tracking®

FAQs >

## UNCLAIMED—RETURNED

**Tracking Number:**                                              Remove ✕

## RF753202318US

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item has been delivered to the original sender at 11:55 am on December 9, 2024 in FENTON, MI 48430.

**Delivered**
**Delivered, To Original Sender**
FENTON, MI 48430
December 9, 2024, 11:55 am

**Notice Left (No Authorized Recipient Available)**
FENTON, MI 48430
November 15, 2024, 8:50 am

**Processing at USPS Facility**
FENTON, MI 48430
November 15, 2024, 4:33 am

**Processing at USPS Facility**
DETROIT, MI 48233
November 12, 2024, 11:59 pm

**Arrived at USPS Regional Origin Facility**
DETROIT MI DISTRIBUTION CENTER
November 12, 2024, 12:15 pm

**Processing at USPS Facility**
CHICAGO, IL 60699

Feedback

November 11, 2024, 2:12 am

**Arrived at USPS Regional Origin Facility**
CHICAGO IL DISTRIBUTION CENTER
November 11, 2024, 12:15 am

**Processing at USPS Facility**
NASHVILLE, TN 37230
November 10, 2024, 4:42 am

**Processing at USPS Facility**
NASHVILLE, TN 37230
November 9, 2024, 11:54 pm

**Processing at USPS Facility**
NASHVILLE, TN 37230
November 9, 2024, 11:49 pm

**Unclaimed/Being Returned to Sender**
WHITE HOUSE, TN 37188
November 9, 2024, 12:06 pm

**Unclaimed/Being Returned to Sender**
WHITE HOUSE, TN 37188
November 9, 2024, 12:05 pm

**Unclaimed/Being Returned to Sender**
WHITE HOUSE, TN 37188
November 9, 2024, 11:26 am

**Reminder to Schedule Redelivery of your item**
October 30, 2024

**Notice Left (No Authorized Recipient Available)**
WHITE HOUSE, TN 37188
October 25, 2024, 11:11 am

**Processing at USPS Facility**
NASHVILLE, TN 37230
October 23, 2024, 12:15 pm

**Processing at USPS Facility**
NASHVILLE, TN 37230

October 23, 2024, 5:30 am

**Processing at USPS Facility**
NASHVILLE, TN 37230
October 23, 2024, 2:05 am

**Processing at USPS Facility**
NASHVILLE, TN 37230
October 23, 2024, 2:01 am

**Processing at USPS Facility**
DETROIT, MI 48233
October 21, 2024, 12:04 am

**Processing at USPS Facility**
DETROIT, MI 48233
October 21, 2024, 12:03 am

**In Transit to Next Facility**
October 20, 2024

**Arrived at USPS Regional Origin Facility**
DETROIT MI DISTRIBUTION CENTER
October 19, 2024, 4:01 am

**Processing at USPS Facility**
PONTIAC, MI 48340
October 18, 2024, 4:02 pm

**Arrived at USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
October 17, 2024, 7:16 pm

**Departed USPS Facility**
LINDEN, MI 48451
October 17, 2024, 2:51 pm

**USPS in possession of item**
LINDEN, MI 48451
October 17, 2024, 11:40 am

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

## Text & Email Updates ⌄

## Return Receipt Electronic ⌃

⊘ Confirmation
Your Proof of Delivery record is complete and will be processed shortly.

Your confirmation will be sent to the following:

contact@jefffenton.com

## Product Information ⌃

**Postal Product:**
Priority Mail®

**Features:**
Registered Mail Restricted Delivery
Return Receipt Electronic

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

**UNITED STATES POSTAL SERVICE.**

FENTON
210 S LEROY ST
FENTON, MI 48430-9998
(800)275-8777

10/28/2024                    03:46 PM

--------------------------------------
Product          Qty   Unit    Price
                       Price
--------------------------------------
Priority Mail®     1           $14.80
Goodlettsville, TN 37072
Weight: 4 lb 00.00 oz
Expected Delivery Date
    Wed 10/30/2024
Insurance                      $0.00
    Up to $100.00 included
Restricted Del                $26.30
    Amount: $0.00
    Recipient name
      MARY BETH AUSBROOKS
    Tracking #:
      RF708196483US
e-Return Receipt               $2.62
Total                         $43.72

--------------------------------------
Grand Total:                  $88.39
--------------------------------------
Credit Card Remit             $88.39
    Card Name: VISA
    Account #: XXXXXXXXXXXX8359
    Approval #: 418254
    Transaction #: 598
    AID: A0000000031010       Chip
    AL: VISA CREDIT
    PIN: Not Required
--------------------------------------

UFN: 253200-0431
Receipt #: 840-54930020-4-7760418-2
Clerk: 14

---

# MARY BETH AUSBROOKS
## ROTHSCHILD & AUSBROOKS, PLLC
# 110 GLANCY ST STE 109
# GOODLETTSVILLE, TN 37072-2314



PS Form **3806**, **Receipt for Registered Mail**      Copy 1 - Customer
January 2014 (7530-02-000-9051)                  (See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com®*

DEFENDANT: ROTHSCHILD & AUSBROOKS, PLLC     THIRD SERVICE ATTEMPT     RECEIVED SERVICE: 11/12/2024 at 2:41 PM
AND MARY ELIZABETH AUSBROOKS

USPS.com® - USPS Tracking® Results     https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&...

ALERT: EFFECTIVE NOVEMBER 29, 2024, INTERNATIONAL MAIL SERVICE TO CANADA IS TEMPORARILY SUS...

# USPS Tracking®

FAQs >



**Tracking Number:**

Remove ✕

## RF708196483US

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 2:41 pm on November 21, 2024 in GOODLETTSVILLE, TN 37072.

**Delivered**
**Delivered, Left with Individual**
GOODLETTSVILLE, TN 37072
November 21, 2024, 2:41 pm

**Redelivery Scheduled for Next Business Day**
GOODLETTSVILLE, TN 37072
November 2, 2024, 10:07 am

**Out for Delivery**
GOODLETTSVILLE, TN 37072
November 2, 2024, 9:42 am

**Arrived at Post Office**
GOODLETTSVILLE, TN 37072
November 2, 2024, 9:31 am

**Processing at USPS Facility**
NASHVILLE, TN 37230
November 2, 2024, 3:10 am

**Processing at USPS Facility**
NASHVILLE, TN 37230
November 2, 2024, 2:00 am

**Processing at USPS Facility**
NASHVILLE, TN 37230
November 2, 2024, 1:52 am

**Processing at USPS Facility**
DETROIT, MI 48233

Feedback

1 of 2     12/10/2024, 10:31 AM

Case 3:24-cv-01282    Document 204    Filed 01/21/25    Page 16 of 25 PageID #: 552

RICO SERVICE: SHIPPED via USPS on 10/28/2024 at 3:46 PM     M.D. Tenn. Case 3:24-cv-01282 (FENTON v. STORY et al.)

USPS.com® - USPS Tracking® Results

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&...

October 31, 2024, 12:02 am

**Processing at USPS Facility**
DETROIT, MI 48233
October 30, 2024, 11:52 pm

**Processing at USPS Facility**
PONTIAC, MI 48340
October 29, 2024, 4:34 pm

**Arrived at USPS Regional Origin Facility**
PONTIAC MI DISTRIBUTION CENTER
October 29, 2024, 4:26 pm

**Departed Post Office**
FENTON, MI 48430
October 28, 2024, 5:23 pm

**USPS in possession of item**
FENTON, MI 48430
October 28, 2024, 3:39 pm

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ∨

**Return Receipt Electronic** ∧

☑ Confirmation
Your Proof of Delivery record is complete and will be processed shortly.

Your confirmation will be sent to the following:

contact@jefffenton.com

**Product Information** ∧

**Postal Product:**
Priority Mail®

**Features:**
Registered Mail Restricted Delivery
Return Receipt Electronic

**See Less** ∧



**UNITED STATES**
**POSTAL SERVICE**

December 10, 2024

Dear Marsha Fenton:

The following is in response to your request for proof of delivery on your item with the tracking number:
**RF70 8196 483U S**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | November 21, 2024, 2:41 pm |
| **Location:** | GOODLETTSVILLE, TN 37072 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Registered Mail Restricted Delivery |
| | Return Receipt Electronic |
| **Recipient Name:** | MARY BETH AUSBROOKS |

## Shipment Details

| | |
|---|---|
| **Weight:** | 4lb, 0.0oz |

## Destination Delivery Address

| | |
|---|---|
| **Street Address:** | 110 GLANCY ST STE 109 |
| **City, State ZIP Code:** | GOODLETTSVILLE, TN 37072-2314 |

## Recipient Signature

Signature of Recipient: *[signature]*

Address of Recipient: *[handwritten] 110 Glnd 109*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**contact@jefffenton.com**

| | |
|---|---|
| **From:** | auto-reply@usps.com |
| **Sent:** | Tuesday, December 10, 2024 11:56 AM |
| **To:** | contact@jefffenton.com |
| **Subject:** | USPS Return Receipt (Electronic) Info for RF708196483US |
| **Attachments:** | RF708196483US.pdf |



Tracking #: **RF708196483US**

Hello Marsha Fenton,

**Thank you for using USPS.com® to request a Return Receipt (Electronic) letter for your shipment.**

Tracking #:   RF708196483US

Service Type:   Priority Mail®

Attachment:   Return Receipt (Electronic) letter (PDF) provided by the U.S. Postal Service®.

Your Return Receipt (Electronic) letter is in the attached PDF. You will need Adobe Acrobat Reader installed on your device to open the PDF. Download Adobe Acrobat Reader for free.

If you need help or have questions about USPS Tracking® services and features, visit USPS Tracking FAQs.

**Want to Track on the Go?**

Track packages with USPS Text Tracking® service. Simply text your tracking number to 28777 (2USPS) or select the Text Update option on the USPS Tracking site. Standard Message and Data Rates may apply. For more information, visit USPS Text Tracking.

1

Case 3:24-cv-01282    Document 204    Filed 01/21/25    Page 19 of 25 PageID #: 555
RICO SERVICE: SHIPPED via USPS on 10/28/2024 at 3:46 PM                    M.D. Tenn. Case 3:24-cv-01282 (FENTON v. STORY et al.)





Defendant Ausbrooks and ROTHSCHILD & AUSBROOKS, PLLC, have refused to make an appearance in this matter, despite having been successfully served by the USPS, with Restricted Delivery on 8/26/2024, with a return receipt requested, and received back from Tennessee, signed by Judy Dobbins.

This package was sent with minimal restrictions, via Certified Mail, without a signed Return Receipt required. Though this lacks proofs required by the court, this defendant (along with others) has clouded and defeated the required proofs, so it's a matter of compounding proofs to demonstrate to the court that Plaintiff has met the burden of "reasonable efforts" to serve this defendant, while clearly providing her with sufficient notice to protect her interests via equal and due process, if she elects to do so.

Despite executing service with Restricted Delivery exactly as outlined in Mich. Ct. R. 2.105(A), somehow ***every*** individual bar defendant in this lawsuit managed to defeat, or persuade their mail carrier(s) to help defeat, the successful ***confirmation of service*** as intended in this rule, by either interfering with return of the "return receipt requested", returning it blank and unsigned devoid of any delivery information, or returning it signed by someone other than the named defendant to whom the lawsuit service was clearly addressed, despite delivery being restricted to that specific individual.

In the case of defendant Ausbrooks, on 8/26/2024 service was signed for by Judy Dobbins, instead of directly by defendant Ausbrooks as addressed. Therefore, out of an abundance of caution, service was resent to defendant Ausbrooks (and other defendants) many different ways, using both Registered and Certified Mail, both at her residence as well as at her law firm, ROTHSCHILD & AUSBROOKS, PLLC, where she is listed as the Registerd Agent with the TN Secretary of State.

It has been long believed that the defendants who were involved in the bankrupcy fraud in the U.S. Bankrupcy Court for the Middle District of Tennessee, have been dodging service and refusing to make an appearance in this matter, despite having been successfully served, some multiple times. In an effort to ensure that service is perfected to these critical defendants, efforts to reserve them have continued, both with and without Restricting Delivery, both with and without requesting a Return Receipt. In an attempt to bypass any screening criterea they might be using. To provide the highest probability of delivery, by as many means as are known, fiscally responsible and within reach.



RICO SERVICE: SHIPPED via USPS on 10/29/2024 at 12:25 PM          M.D. Tenn. Case 3:24-cv-01282 (FENTON v. STORY et al.)

# USPS Tracking®

FAQs >

## UNCLAIMED—RETURNED

Remove ✕

**Tracking Number:**

## 70203160000230013578

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item has been delivered to the original sender at 2:03 pm on November 22, 2024 in FENTON, MI 48430.

### Get More Out of USPS Tracking:

    USPS Tracking Plus®

### Delivered
**Delivered, To Original Sender**
FENTON, MI 48430
November 22, 2024, 2:03 pm

**Processing at USPS Facility**
FENTON, MI 48430
November 22, 2024, 5:03 am

**In Transit to Next Facility**
November 21, 2024

**Arrived at USPS Regional Facility**
DETROIT MI DISTRIBUTION CENTER
November 20, 2024, 12:11 am

**In Transit to Next Facility**
November 19, 2024, 9:16 pm

**Departed USPS Facility**
INDIANAPOLIS, IN 46219
November 19, 2024, 7:12 pm

**Arrived at USPS Regional Facility**
INDIANAPOLIS IN DISTRIBUTION CENTER
November 19, 2024, 5:56 pm

**In Transit to Next Facility**

Feedback

Case 3:24-cv-01282     Document 204     Filed 01/21/25     Page 22 of 25 PageID #: 558

RICO SERVICE: SHIPPED via USPS on 10/29/2024 at 12:25 PM     M.D. Tenn. Case 3:24-cv-01282 (FENTON v. STORY et al.)

November 18, 2024, 8:31 pm

**Arrived at USPS Regional Facility**
NASHVILLE TN DISTRIBUTION CENTER
November 18, 2024, 7:43 pm

**In Transit to Next Facility**
November 18, 2024, 4:46 pm

**Arrived at USPS Regional Facility**
INDIANAPOLIS IN DISTRIBUTION CENTER
November 17, 2024, 6:00 pm

**Arrived at USPS Facility**
INDIANAPOLIS, IN 46219
November 17, 2024, 8:52 am

**In Transit to Next Facility**
November 17, 2024, 5:12 am

**Departed USPS Regional Facility**
NASHVILLE TN DISTRIBUTION CENTER
November 17, 2024, 2:28 am

**Arrived at USPS Regional Destination Facility**
NASHVILLE TN DISTRIBUTION CENTER
November 15, 2024, 10:04 pm

**Unclaimed/Being Returned to Sender**
WHITE HOUSE, TN 37188
November 15, 2024, 4:48 am

**Reminder to Schedule Redelivery of your item**
November 5, 2024

**Notice Left (No Authorized Recipient Available)**
WHITE HOUSE, TN 37188
October 31, 2024, 11:20 am

**Out for Delivery**
WHITE HOUSE, TN 37188
October 31, 2024, 6:32 am

**Arrived at Post Office**
WHITE HOUSE, TN 37188
October 31, 2024, 6:21 am

**Arrived at USPS Facility**
WHITE HOUSE, TN 37188
October 31, 2024, 5:31 am

**In Transit to Next Facility**

12/12/24, 1:44 PM      USPS.com® - USPS Tracking® Results

October 30, 2024, 3:37 pm

**Arrived at USPS Regional Facility**
NASHVILLE TN DISTRIBUTION CENTER
October 30, 2024, 2:56 pm

**In Transit to Next Facility**
October 30, 2024, 12:04 pm

**In Transit to Next Facility**
October 30, 2024, 9:04 am

**Departed USPS Regional Facility**
DETROIT MI DISTRIBUTION CENTER
October 30, 2024, 5:37 am

**Arrived at USPS Regional Origin Facility**
DETROIT MI DISTRIBUTION CENTER
October 29, 2024, 11:56 pm

**Arrived at USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
October 29, 2024, 7:38 pm

**Departed USPS Facility**
LINDEN, MI 48451
October 29, 2024, 2:44 pm

**USPS in possession of item**
LINDEN, MI 48451
October 29, 2024, 12:22 pm

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates      ∨

USPS Tracking Plus®      ∨

Product Information      ∧

**Postal Product:**
Priority Mail®

**Features:**
Certified Mail™
Up to $100 insurance included. Restrictions Apply ⓘ

**See Less ∧**

Case 3:24-cv-01282    Document 204    Filed 01/21/25    Page 24 of 25 PageID #: 560

RICO SERVICE: SHIPPED via USPS on 10/29/2024 at 12:25 PM      M.D. Tenn. Case 3:24-cv-01282 (FENTON v. STORY et al.)

7020 3160 0002 3001 3820

Retail

U.S. POSTAGE PAID
PM
LINDEN, MI 48451
JAN 16, 2025

**$15.30**

37203

RDC 03

S2324P501513-03

# UNITED STATES POSTAL SERVICE ®

# PRIORITY® MAIL

FROM: **17195 SILVER PKWY PMB #150**
**FENTON, MI    48430-3426**

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

RECEIVED
JAN 21 2025
US DISTRICT COURT
MID DIST TENN.

# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

# TRACKED ■ INSURED

**UNITED STATES DISTRICT COURT**
**ATTN: CLERK OF THE COURT**
**719 CHURCH ST**
**NASHVILLE, TN    37203-6940**

3:24-cv-01282

PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP