DEFENDANT: ROTHCHILD & AUSBROOKS                                          RECEIVED SERVICE: 8/26/2024

AO 440 (Rev. 06/12)  Summons in a Civil Action



# UNITED STATES DISTRICT COURT
### for the
Western District of Michigan ☑

|  |  |
|---|---|
| JEFFREY RYAN FENTON | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| *Plaintiff(s)* | |
| v. | Civil Action No. 1:23-cv-1097 |
| VIRGINIA LEE STORY et al., | |
| *Defendant(s)* | |

## SUMMONS IN A CIVIL ACTION

*RECEIVED JAN 21 2025 US DISTRICT COURT MID DIST TENN*

To: *(Defendant's name and address)*  Rothschild & Ausbrooks, PLLC
~~1222 16th Avenue South, Suite 12~~
~~Nashville, TN 37212~~

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

AUG 1 9 2024

*CLERK OF COURT*

Date: _____ ~~5/23/2024~~ _____        *Paula G. Woods*

*Signature of Clerk or Deputy Clerk*

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:14 AM                    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

Case 3:24-cv-01282      Document 205      Filed 01/21/25      Page 1 of 17 PageID #: 562

DEFENDANT: ROTHCHILD & AUSBROOKS                                     RECEIVED SERVICE: 8/26/2024

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-1097

**PLAINTIFF'S
EXHIBIT
A-2**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ.*

This summons for *(name of individual and title, if any)*          ROTHSCHILD & AUSBROOKS, PLLC

was received by me on *(date)*          8/21/2024          .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:

Pursuant to F.R.Civ.P. 4(h)(1)(A) and Mich. Ct. R. 2.105, defendant ROTHSCHILD & AUSBROOKS, PLLC was served via certified U.S. mail, using tracking number 70202450000036715211 on 08/26/2024. See attached receipt copies from the USPS.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/26/2024          *Marsha Ann Fenton*
                          *Server's signature*

                          Marsha Ann Fenton
                          *Printed name and title*

                          17195 Silver Pkwy, #150, Fenton, MI 48430-3426
                          *Server's address*

Additional information regarding attempted service, etc:

Office moved to: 110 Glancy Street, Suite 109, Goodlettsville, TN 37072-2314. Signed for by Judy Dobbins. See attached return receipt.

DEFENDANT: ROTHCHILD & AUSBROOKS                                      RECEIVED SERVICE: 8/26/2024



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024                          11:14 AM

```
Product          Qty  Unit   Price
                      Price
------------------------------------
Priority Mail®    1          $14.25
  Goodlettsville, TN 37072
  Weight: 3 lb 10.80 oz
  Expected Delivery Date
    Mon 08/26/2024
  Insurance                  $0.00
    Up to $100.00 Included
  Restricted Del            $12.75
    Recipient name
      ROTHCHILD AUSBROOKS
    Tracking #:
      70202450000036715211
  Return Receipt             $4.10
    Tracking #:
      9590 9402 8627 3244 0678 65
Total                       $31.10

------------------------------------
Grand Total:                $31.10
------------------------------------
Credit Card Remit           $31.10
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 014241
  Transaction #: 670
  AID: A0000000031010      Chip
  AL: VISA CREDIT
  PIN: Not Required
------------------------------------

UFN: 255460-0451
Receipt #: 840-54930036-1-5522912-2
Clerk: 6
```



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Goodlettsville, TN 37072

| Certified Mail Fee | |
|---|---|
| $ | $4.10 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☒ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $12.75 |
| ☒ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $14.25 |
| Total Postage and Fees | |
| $ | $31.10 |

Postmark
AUG 24 2024
08/24/2024
USPS

**ROTHCHILD & AUSBROOKS**
**110 GLANCY ST, STE 109**
**GOODLETTSVILLE, TN 37072-2314**



USPS TRACKING #
NASHVILLE TN 370
26 AUG 2024 PM 4 L

9590 9402 8627 3244 0678 65

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**ROTHCHILD & AUSBROOKS**
**110 GLANCY ST, STE 109**
**GOODLETTSVILLE, TN 37072-2314**

9590 9402 8627 3244 0678 65



7020 2450 0000 3671 5211

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Judy Dobbins*            ☐ Agent
                           ☐ Addressee

B. Received by (Printed Name)       C. Date of Delivery
*Judy DOBBINS*

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

RESTRICTED DELIVERY

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053         Domestic Return Receipt

**PLAINTIFF'S EXHIBIT**
**A-3**

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:14 AM          Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: ROTHCHILD & AUSBROOKS                                    RECEIVED SERVICE: 8/26/2024

**ALERT: TROPICAL STORM FRANCINE, FLOODING, AND SEVERE WEATHER IN THE SOUTHERN U.S. M...**

# USPS Tracking®                                                FAQs >



Remove ✕

**Tracking Number:**

## 70202450000036715211

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 2:19 pm on August 26, 2024 in GOODLETTSVILLE, TN 37072.

---

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

● **Delivered**
**Delivered, Left with Individual**
GOODLETTSVILLE, TN 37072
August 26, 2024, 2:19 pm

● **Out for Delivery**
GOODLETTSVILLE, TN 37072
August 26, 2024, 6:10 am

● **Arrived at Post Office**
GOODLETTSVILLE, TN 37072
August 26, 2024, 4:54 am

● **Arrived at USPS Regional Destination Facility**
NASHVILLE TN DISTRIBUTION CENTER
August 26, 2024, 12:02 am

● **In Transit to Next Facility**
August 25, 2024

● **Arrived at USPS Regional Origin Facility**
DETROIT MI DISTRIBUTION CENTER
August 24, 2024, 10:47 pm

Feedback

PLAINTIFF'S
EXHIBIT
**A-4**

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:14 AM                Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: ROTHCHILD & AUSBROOKS                                    RECEIVED SERVICE: 8/26/2024

**Arrived at USPS Regional Facility**

PONTIAC MI DISTRIBUTION CENTER
August 24, 2024, 6:21 pm

**Departed USPS Facility**

LINDEN, MI 48451
August 24, 2024, 12:02 pm

**Departed Post Office**

LINDEN, MI 48451
August 24, 2024, 12:01 pm

**USPS in possession of item**

LINDEN, MI 48451
August 24, 2024, 11:03 am

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**                                              ⌄

**USPS Tracking Plus®**                                               ⌄

**Product Information**                                               ⌃

| | | |
|---|---|---|
| **Postal Product:** | **Features:** | See tracking for related item: |
| Priority Mail® | Certified Mail Restricted Delivery | 9590940286273244067865 (/go/ |
| | Up to $100 insurance included. Restrictions Apply ⓘ | **TrackConfirmAction?** |
| | | **tLabels=9590940286273244067865)** |

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

PLAINTIFF'S
EXHIBIT

# A-5

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:14 AM                    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

Case 3:24-cv-01282     Document 205     Filed 01/21/25     Page 5 of 17 PageID #: 566

DEFENDANT: MARY BETH AUSBROOKS                                    RECEIVED SERVICE: 8/26/2024

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Western District of Michigan ☑

PLAINTIFF'S EXHIBIT
# A-6

)
)
)
)
JEFFREY RYAN FENTON                      )
                                         )
_____                  )
*Plaintiff(s)*                            )        Civil Action No. 1:23-cv-1097
v.                                        )
                                         )
                                         )
                                         )
VIRGINIA LEE STORY et al.,                )
                                         )
_____                  )
*Defendant(s)*                            )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mary Elizabeth Maney Ausbrooks
                                      120 Meadows Road
                                      White House, TN 37188

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeffrey Fenton
                                        17195 Silver Parkway #150
                                        Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                              CLERK OF COURT

AUG 1 9 2024

Date: _____5/23/2024_____                           *Signature of Clerk or Deputy Clerk*

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:25 AM          Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

Case 3:24-cv-01282     Document 205     Filed 01/21/25     Page 6 of 17 PageID #: 567

DEFENDANT: MARY BETH AUSBROOKS                                    RECEIVED SERVICE: 8/26/2024

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-1097

PLAINTIFF'S
EXHIBIT
A-7

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ.*

This summons for *(name of individual and title, if any)* _____ MARY ELIZABETH MANEY AUSBROOKS _____

was received by me on *(date)* _____ 8/21/2024 _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:

Pursuant to F.R.Civ.P. 4(e)(1) and Mich. Ct. R. 2.105, defendant MARY ELIZABETH MANEY AUSBROOKS was served via certified U.S. mail with restricted delivery, using tracking number 70202450000036715204 on 08/26/2024. See attached receipt copies from the USPS.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ 0.00 _____ .

I declare under penalty of perjury that this information is true.

Date: 9/26/2024 _____

_____ *Marsha Ann Fenton* _____
Server's signature

_____ Marsha Ann Fenton _____
Printed name and title

_____ 17195 Silver Pkwy, #150, Fenton, MI  48430-3426 _____
Server's address

Additional information regarding attempted service, etc:

Unsure about residential address, served at her law firm. Signed for by "Judy Dobbins". See attached return receipt.

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:25 AM                 Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

Case 3:24-cv-01282    Document 205    Filed 01/21/25    Page 7 of 17 PageID #: 568

https://rico.jefffenton.com/evidence/2024-12-14_rothschild-ausbrooks-proof-of-service.pdf

M.D. Tenn. Case 3:24-cv-01282 (FENTON v. STORY et al.)

. Case 1:23-cv-01097-PLM-RSK  ECF No. 95-1,  PageID.5244  Filed 09/30/24  Page 8 of 22

DEFENDANT: MARY BETH AUSBROOKS                                    RECEIVED SERVICE: 8/26/2024



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024                                    11:25 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $14.25 |

Goodlettsville, TN 37072
Weight: 3 lb 10.30 oz
Expected Delivery Date
    Mon 08/26/2024
Insurance                                    $0.00
    Up to $100.00 included
Restricted Del                               $12.75
    Recipient name
        MARY B AUSBROOKS
    Tracking #:
        7020245000036715204
Return Receipt                               $4.10
    Tracking #:
        9590 9402 8627 3244 0678 10
Total                                        $31.10

Grand Total:                                 $147.60

Credit Card Remit                            $147.60
    Card Name: VISA
    Account #: XXXXXXXXXXXXX8359
    Approval #: 014252
    Transaction #: 185
    AID: A0000000031010            Chip
    AL: VISA CREDIT
    PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6753461-2
Clerk: 06

**PLAINTIFF'S EXHIBIT A-8**

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Goodlettsville, TN 37072

Certified Mail Fee  $4.10
$
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)          $ $4.35
☐ Return Receipt (electronic)        $ $0.00
☒ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $
Postage  $14.25
$
Total Postage and Fees
$

Postmark Here
AUG 24 2024
08/24/2024
USPS

**MARY BETH AUSBROOKS**
**110 GLANCY ST, STE 109**
**GOODLETTSVILLE, TN 37072-2314**

---

USPS TRACKING #

NASHVILLE TN 370

9590 9402 8627 3244 0678 10

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI     48430-3426**

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**MARY BETH AUSBROOKS**
**110 GLANCY ST, STE 109**
**GOODLETTSVILLE, TN 37072-2314**

9590 9402 8627 3244 0678 10

7020 2450 0000 3671 5204

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Judy Dobbins_          ☐ Agent
                          ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
_Judy DOBBINS_
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

RESTRICTED DELIVERY

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                    ☐ Registered Mail Restricted Delivery
☒ Certified Mail Restricted Delivery  ☐ Signature Confirmation™
☐ Collect on Delivery                ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:25 AM          Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

Case 3:24-cv-01282    Document 205    Filed 01/21/25    Page 8 of 17 PageID #: 569

DEFENDANT: MARY BETH AUSBROOKS                    RECEIVED SERVICE: 8/26/2024

**ALERT: TROPICAL STORM FRANCINE, FLOODING, AND SEVERE WEATHER IN THE SOUTHERN U.S. M...**

# USPS Tracking®

FAQs >



Remove ✕

Tracking Number:

## 70202450000036715204

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 2:19 pm on August 26, 2024 in GOODLETTSVILLE, TN 37072.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Left with Individual**
GOODLETTSVILLE, TN 37072
August 26, 2024, 2:19 pm

● **Out for Delivery**
GOODLETTSVILLE, TN 37072
August 26, 2024, 6:10 am

● **Arrived at Post Office**
GOODLETTSVILLE, TN 37072
August 26, 2024, 4:54 am

● **Arrived at USPS Regional Destination Facility**
NASHVILLE TN DISTRIBUTION CENTER
August 26, 2024, 12:02 am

● **In Transit to Next Facility**
August 25, 2024

● **Arrived at USPS Regional Origin Facility**
DETROIT MI DISTRIBUTION CENTER
August 24, 2024, 10:45 pm

Feedback

**PLAINTIFF'S
EXHIBIT
A-9**

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:25 AM          Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: MARY BETH AUSBROOKS                                    RECEIVED SERVICE: 8/26/2024

**Arrived at USPS Regional Facility**

PONTIAC MI DISTRIBUTION CENTER
August 24, 2024, 6:21 pm

**Departed USPS Facility**

LINDEN, MI 48451
August 24, 2024, 12:02 pm

**Departed Post Office**

LINDEN, MI 48451
August 24, 2024, 12:01 pm

**USPS in possession of item**

LINDEN, MI 48451
August 24, 2024, 11:21 am

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**                                                    ⌄

**USPS Tracking Plus®**                                                      ⌄

**Product Information**                                                      ⌃

| Postal Product: | Features: | See tracking for related item: |
|---|---|---|
| Priority Mail® | Certified Mail Restricted Delivery | 9590940286273244067810 (/go/ |
| | Up to $100 insurance included. Restrictions Apply ⓘ | TrackConfirmAction? |
| | | tLabels=9590940286273244067810) |

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

**Need More Help?**

Contact USPS Tracking support for further assistance.

**PLAINTIFF'S
EXHIBIT
A-10**

RICO SERVICE: SHIPPED via USPS on 8/24/2024 at 11:25 AM           Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

Case 3:24-cv-01282     Document 205     Filed 01/21/25     Page 10 of 17 PageID #: 571



Tre Hargett
Secretary of State

# Division of Business Services
# Department of State
# State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

## Filing Information

PLAINTIFF'S
EXHIBIT
**B**

**Name:**   ROTHSCHILD & AUSBROOKS, PLLC

### General Information

| | | | |
|---|---|---|---|
| SOS Control # | 000381114 | Formation Locale: | TENNESSEE |
| Filing Type: | Limited Liability Company - Domestic 12/09/1999 11:27 AM | Date Formed: | 12/09/1999 |
| | | Fiscal Year Close | 12 |
| Status: | Active | Member Count: | 1 |
| Duration Term: | Perpetual | | |
| Managed By: | Member Managed | | |

**Registered Agent Address**
MARY BETH AUSBROOKS
STE 109
110 GLANCY ST
GOODLETTSVILLE, TN 37072

**Principal Address**
STE 109
110 GLANCY ST
GOODLETTSVILLE, TN 37072

The following document(s) was/were filed in this office on the date(s) indicated below:

| Date Filed | Filing Description | Image # |
|---|---|---|
| 01/22/2024 | 2023 Annual Report | B1495-7444 |

Principal Address 1 Changed  From: 1222 16TH AVE S  To: 110 GLANCY ST
Principal Address 2 Changed  From: STE 12  To: STE 109
Principal City Changed  From: NASHVILLE  To: GOODLETTSVILLE
Principal Postal Code Changed  From: 37212-2926  To: 37072
Registered Agent Physical Address 1 Changed  From: 1222 16TH AVE S  To: 110 GLANCY ST
Registered Agent Physical Address 2 Changed  From: STE 12  To: STE 109
Registered Agent Physical City Changed  From: NASHVILLE  To: GOODLETTSVILLE
Registered Agent Physical Postal Code Changed  From: 37212-2926  To: 37072

| Date Filed | Filing Description | Image # |
|---|---|---|
| 03/22/2023 | 2022 Annual Report | B1361-4627 |
| 03/16/2022 | 2021 Annual Report | B1179-8430 |
| 02/23/2021 | 2020 Annual Report | B0982-3971 |
| 02/04/2021 | Administrative Amendment | B0979-3352 |
| 03/24/2020 | 2019 Annual Report | B0839-8213 |
| 04/02/2019 | 2018 Annual Report | B0680-4419 |
| 03/22/2018 | 2017 Annual Report | B0518-4417 |

8/20/2024 6:07:12 PM                                                                                         Page 1 of 3

# Filing Information

PLAINTIFF'S
EXHIBIT
**B-2**

**Name:**     ROTHSCHILD & AUSBROOKS, PLLC

| | | |
|---|---|---|
| 03/31/2017 | 2016 Annual Report | B0370-9518 |
| 03/28/2016 | 2015 Annual Report | B0219-3396 |

Registered Agent First Name Changed  From: EDGAR  To: MARY

Registered Agent Middle Name Changed  From: M  To: BETH

Registered Agent Last Name Changed  From: ROTHSCHILD III  To: AUSBROOKS

Registered Agent Physical Address 1 Changed  From: 1222 16TH AVE S STE 12  To: 1222 16TH AVE S

Registered Agent Physical Address 2 Changed  From: No Value  To: STE 12

| | | |
|---|---|---|
| 03/23/2015 | 2014 Annual Report | B0071-4885 |
| 03/14/2014 | 2013 Annual Report | 7302-0352 |
| 03/26/2013 | 2012 Annual Report | 7176-0300 |
| 02/22/2012 | 2011 Annual Report | 6998-2958 |

Principal Address 2 Changed  From: SUITE 12  To: STE 12

Principal Postal Code Changed  From: 37212  To: 37212-2926

| | | |
|---|---|---|
| 03/02/2011 | 2010 Annual Report | 6839-3037 |
| 03/01/2010 | 2009 Annual Report | 6665-0042 |

Member Count Changed  From: 2  To: 1

| | | |
|---|---|---|
| 06/30/2009 | Articles of Amendment | 6561-1606 |

Name Changed

| | | |
|---|---|---|
| 02/20/2009 | 2008 Annual Report | 6453-1745 |
| 01/02/2009 | Articles of Amendment | 6415-2519 |

Name Changed

| | | |
|---|---|---|
| 01/17/2008 | 2007 Annual Report | 6180-2287 |
| 02/02/2007 | 2006 Annual Report | 5939-2258 |
| 06/08/2006 | Articles of Amendment | 5804-1036 |

Name Changed

| | | |
|---|---|---|
| 01/06/2006 | 2005 Annual Report | 5641-0112 |
| 09/12/2005 | Articles of Amendment | 5551-1181 |

Name Changed

| | | |
|---|---|---|
| 04/13/2005 | 2004 Annual Report | 5431-0200 |
| 03/26/2004 | 2003 Annual Report | 5085-3522 |
| 03/10/2003 | 2002 Annual Report | 4748-1799 |

Principal Address Changed

Registered Agent Physical Address Changed

| | | |
|---|---|---|
| 01/09/2003 | Articles of Amendment | 4693-1287 |

Principal Address Changed

Registered Agent Physical Address Changed

# Filing Information

**PLAINTIFF'S EXHIBIT B-3**

Name:    ROTHSCHILD & AUSBROOKS, PLLC

| 01/24/2002 | 2001 Annual Report | 4401-2937 |
| 03/29/2001 | 2000 Annual Report | 4162-0782 |
| 12/09/1999 | Initial Filing | 3778-2127 |

| Active Assumed Names (if any) | Date | Expires |

ATTORNEY LOGIN 🔒

# Board of Professional Responsibility
## of the Supreme Court of Tennessee

Search

ABOUT THE BOARD      FOR THE PUBLIC      FOR LEGAL PROFESSIONALS      NEWS & PUBLICATIONS

# Attorney Details

**Name:**
Ausbrooks, Mary Elizabeth

**Address:**
110 Glancy St 109
Goodlettsville, TN 37072

**BPR Number:**
018097

**Status:**
Active

**Office County:**
Davidson

**Licensed in TN Since:**
1996

**Law School:**
University of Memphis - Cecil C. Humphreys School of Law

## Public Information:

**No Public Information Available**

## Informational Releases for Public Discipline:

**No Public Discipline**

## Names Used:

**Name**

Mary Elizabeth Ausbrooks

Mary Elizabeth Maney

\* Information accurate as of Tuesday, December 03, 2024 11:00 AM UTC

PLAINTIFF'S
EXHIBIT

**C**

ABOUT THE BOARD

FOR THE PUBLIC

FOR LEGAL PROFESSIONALS

NEWS & PUBLICATIONS

LINKS OF INTERESTS

# Mission Statement

To assist the Court in protecting the public from harm from unethical lawyers by administering the disciplinary process; to assist the public by providing information about the judicial system and the disciplinary system for lawyers; and, to assist lawyers by interpreting and applying the Court's disciplinary rules.

© 2024 Board of Professional Responsibility of the Supreme Court of Tennessee.                    PRIVACY STATEMENT | DISCLAIMER

2024-02

PLAINTIFF'S
EXHIBIT
D





| NAME | DATE MAILED | TRACKING NUMBER | DATE DELIVERED | RETURN RECEIPT TRACKING NUMBER | GREEN CARD RETURNED | GREEN CARD SIGNED | GREEN CARD SIGNED BY NAMED DEFENDANT |
|---|---|---|---|---|---|---|---|
| **STORY AND ABERNATHY, PLLP** | 8/24/2024 at 11:25 AM | 7020316000230011758 | 8/26/2024 at 11:09 AM | 9590940286273244068244 | ☑ | ☑ | ☑ |
| » VIRGINIA LEE STORY | 8/24/2024 at 11:25 AM | 7020316000230014919 | 8/26/2024 at 11:08 AM | 9590940286273244068220 | ☑ | ☑ | ☐ |
| » KATHRYN LYNN YARBROUGH (1ST ATTEMPT @ STORY'S OFFICE) | 8/24/2024 at 11:25 AM | 7020316000230014902 | REFUSED/RETURNED | 9590940286273244068213 | ☐ | ☐ | ☐ |
| » KATHRYN LYNN YARBROUGH (2ND ATTEMPT @ HOME) | 9/04/2024 at 1:45 PM | 7020316000230014698 | 9/06/2024 at 11:28 AM | 9590940286273244068480 | ☑ | ☑ | ☐ |
| » KATHRYN LYNN YARBROUGH (3RD ATTEMPT @ PMB) | 10/17/2024 at 11:55 AM | RF753202335US | 10/25/2024 at 1:05 PM | ELECTRONIC: D SIGNED | ☐ | ☑ | ☐ |
| **CHANCERY COURT FOR WILLIAMSON COUNTY TN** | 8/28/2024 at 4:09 PM | 7020245000000367115105 | 9/03/2024 at 11:13 AM | 9590940286273244068350 | ☑ | ☑ | ☑ |
| » MICHAEL WEIMAR BINKLEY | 8/23/2024 at 2:51 PM | 7020316000230014711 | 8/26/2024 at 12:39 PM | 9590940286273244068503 | ☐ | ☐ | ☐ |
| » ELAINE BEATY BEELER | 8/24/2024 at 11:25 AM | 7020316000230014704 | 8/26/2024 at 2:30 PM | 9590940286273244068497 | ☑ | ☑ | ☑ |
| WILLIAMSON COUNTY SHERIFF'S OFFICE | 8/28/2024 at 4:09 PM | 7020245000000367115112 | 8/30/2024 at 10:13 AM | 9590940286273244068367 | ☑ | ☑ | ☑ |
| **ROTHSCHILD & AUSBROOKS, PLLC** | 8/24/2024 at 11:14 AM | 7020245000000367115211 | 8/26/2024 at 2:19 PM | 9590940286273244067865 | ☑ | ☑ | ☑ |
| » MARY ELIZABETH MANEY AUSBROOKS (1ST ATTEMPT @ WORK) | 8/24/2024 at 11:25 AM | 7020245000000367115204 | 8/26/2024 at 2:19 PM | 9590940286273244067810 | ☑ | ☑ | ☑ |
| — MARY ELIZABETH MANEY AUSBROOKS (2ND ATTEMPT @ HOME) | 10/17/2024 at 11:25 AM | RF753202318US | UNCLAIMED & RETURNED | | ☐ | ☐ | ☐ |
| »— MARY ELIZABETH MANEY AUSBROOKS (3RD ATTEMPT @ WORK) | 10/28/2024 at 3:46 PM | RF708196483US | 11/21/2024 at 2:41 PM | ELECTRONIC: D SIGNED | ☐ | ☐ | ☐ |
| »— MARY ELIZABETH MANEY AUSBROOKS (4TH ATTEMPT @ HOME) | 10/29/2024 at 12:25 PM | 7020316000230013578 | REFUSED/UNCLAIMED | | ☐ | ☐ | ☐ |
| ALEXANDER SERGEY KOVAL (1ST ATTEMPT @ HOME) | 8/24/2024 at 10:59 AM | 7020316000230014728 | 8/26/2024 at 11:29 AM | 9590940286273244068473 | ☑ | ☑ | ☑ |
| — ALEXANDER SERGEY KOVAL (2ND ATTEMPT @ WORK) | 10/21/2024 at 10:41 AM | RF753202406US | REFUSED/UNCLAIMED | | ☐ | ☐ | ☐ |
| »— ALEXANDER SERGEY KOVAL (3RD ATTEMPT @ HOME) | 10/28/2024 at 3:46 PM | RF708196470US | REFUSED/UNCLAIMED | | ☐ | ☐ | ☐ |
| »»— ALEXANDER SERGEY KOVAL (4TH ATTEMPT @ WORK) | 10/29/2024 at 12:25 PM | 7020316000230013585 | 10/31/2024 at 10:36 AM | | ☐ | ☐ | ☐ |
| **HOSTETTLER, NEUHOFF & DAVIS, LLC** | 8/24/2024 at 2:06 PM | 7020316000230014933 | 8/26/2024 at 10:26 AM | 9590940286273244068190 | ☑ | ☑ | ☑ |
| » CARL A NEUHOFF JR (2ND ATTEMPT @ RA via REG MAIL) | 10/28/2024 at 11:52 AM | RF753202383US | 11/04/2024 at 3:03 PM | ELECTRONIC: RA SIGNED | ☐ | ☐ | ☐ |
| » THOMAS E. ANDERSON | 8/23/2024 at 4:29 PM | 7020316000230014896 | 8/26/2024 at 2:16 PM | 9590940286273244068206 | ☑ | ☑ | ☑ |
| **MCARTHUR SANDERS REAL ESTATE** | 8/24/2024 at 2:06 PM | 7020245000000367115198 | 8/26/2024 at 3:25 PM | 9590940286273244068268 | ☐ | ☐ | ☐ |
| » ROY PATRICK MARLIN | 8/24/2024 at 10:59 AM | 7020316000230014780 | 8/26/2024 | 9590940286273244068411 | ☑ | ☑ | ☑ |
| — ROY PATRICK MARLIN (2ND ATTEMPT @ WORK) | 9/04/2024 at 1:45 PM | 7020316000230017330 | 9/06/2024 at 10:40 AM | 9590940286273244067551 | ☑ | ☑ | ☑ |
| **BANKERS TITLE & ESCROW CORPORATION** | 8/24/2024 at 2:06 PM | 7020245000000367115945 | 8/27/2024 at 1:55 PM | 9590940286273244068374 | ☐ | ☐ | ☐ |
| » R L MOORE (2ND ATTEMPT @ RA via REG MAIL) | 10/28/2024 at 11:52 AM | RF753202366US | 11/02/2024 at 12:31 PM | ELECTRONIC: A SIGNED | ☐ | ☐ | ☐ |
| » SAMUEL FORREST ANDERSON (1ST ATTEMPT @ HOME) | 8/24/2024 at 10:59 AM | 7020316000230014759 | 8/26/2024 at 11:40 AM | 9590940286273244068442 | ☐ | ☐ | ☐ |
| — SAMUEL FORREST ANDERSON (2ND ATTEMPT @ WORK) | 10/17/2024 at 11:55 AM | RF753320985US | 10/23/2024 at 11:00 AM | ELECTRONIC: D SIGNED | ☐ | ☐ | ☐ |
| BK: HENRY EDWARD HILDEBRAND III (1ST ATTEMPT @ HOME) | 8/24/2024 at 10:59 AM | 7020316000230014803 | 8/26/2024 at 2:59 PM | 9590940286273244068398 | ☐ | ☐ | ☐ |
| — BK: HENRY EDWARD HILDEBRAND III (2ND ATTEMPT @ WORK) | 10/21/2024 at 10:41 AM | RF753202352US | 10/28/2024 at 9:12 AM | ELECTRONIC: A SIGNED | ☐ | ☐ | ☐ |
| — BK: HENRY EDWARD HILDEBRAND III (3RD ATTEMPT @ HOME) | 10/29/2024 at 12:25 PM | RF753310567US | 11/15/2024 at 10:48 AM | ELECTRONIC: A SIGNED | ☐ | ☐ | ☐ |
| BK: CHARLES M. WALKER | 8/24/2024 at 2:06 PM | 7020316000230014889 | 8/26/2024 at 1:20 PM | 9590940286273244068183 | ☑ | ☐ | ☐ |
| — BK: CHARLES M. WALKER (2ND ATTEMPT) | 10/21/2021 at 10:41 AM | RF753202349US | 10/28/2024 at 9:15 AM | ELECTRONIC: D SIGNED | ☐ | ☐ | ☐ |
| **BANK OF AMERICA N.A.** | 9/18/2024 at 9:10 AM | 7020245000000367116195 | 9/23/2024 at 10:43 AM | 9590940286273244067575 | ☐ | ☐ | ☐ |
| — C T CORPORATION (2ND ATTEMPT @ RA) | 10/17/2024 at 11:55 AM | RF753202321US | 10/21/2024 at 9:57 AM | ELECTRONIC: A SIGNED | ☐ | ☐ | ☐ |
| » RUBIN LUBLIN TN, PLLC | 9/04/2024 at 10:06 AM | 7020316000230017262 | 9/09/2024 at 4:31 PM | 9590940286273244067742 | ☑ | ☐ | ☐ |
| — RUBIN LUBLIN TN, PLLC (RA: Northwest Reg Agt) | 9/04/2024 at 10:06 AM | 7020245000000367115129 | 9/05/2024 at 10:27 AM | 9590940286273244068305 | ☑ | ☑ | ☑ |
| **CADENCE BANK** | 9/03/2024 at 2:20 PM | 7020316000230014957 | 9/06/2024 at 12:58 PM | 9590940286273244067797 | ☑ | ☑ | ☑ |
| » CADENCE BANK (RA: CT Corporation System) | 9/03/2024 at 2:20 PM | 7020316000230014940 | 9/05/2024 at 10:15 AM | 9590940286273244067780 | ☑ | ☑ | ☑ |
| » SPRAGINS, BARNETT, & COBB PLC | 8/28/2024 at 4:09 PM | 7020245000000367115143 | 9/03/2024 at 1:21 PM | 9590940286273244068312 | ☑ | ☑ | ☑ |
| — ALAN RHENEY (2ND ATTEMPT @ RA via REG MAIL) | 10/28/2024 at 11:52 AM | RF753202397US | 11/13/2024 at 12:18 PM | ELECTRONIC: A SIGNED | ☑ | ☑ | ☑ |

| | DATE MAILED | TRACKING NUMBER | DATE DELIVERED | RETURN RECEIPT TRACKING NUMBER | GREEN CARD RETURNED | GREEN CARD SIGNED | GREEN CARD SIGNED BY NAMED DEFENDANT |
|---|---|---|---|---|---|---|---|
| **TENNESSEE COURT OF APPEALS MIDDLE DIVISION** | | | | | | | |
| » JAMES MICHAEL HIVNER | 9/05/2024 at 4:25 PM | 70202450000036716157 | 9/07/2024 at 10:49 AM | 9590940284183156988917 | ☑ | ☑ | ☑ |
| » FRANK GOAD CLEMENT JR. | 8/24/2024 at 2:06 PM | 70203160000230014834 | 8/27/2024 at 1:43 PM | 9590940286273244068381 | ☑ | ☐ | ☐ |
| » ANDY DWANE BENNETT | 8/28/2024 at 4:09 PM | 70202450000036715167 | 8/30/2024 at 2:41 PM | 9590940286273244068282 | ☑ | ☑ | ☑ |
| » WILLIAM NEAL MCBRAYER | 8/28/2024 at 4:09 PM | 70202450000036715150 | 9/03/2024 at 10:05 AM | 9590940286273244068299 | ☐ | ☐ | ☐ |
| **SUPREME COURT OF THE STATE OF TENNESSEE** | 8/28/2024 at 4:09 PM | 70202450000036715136 | 8/31/2024 at 12:35 PM | 9590940286273244068275 | ☐ | ☐ | ☐ |
| **TNSC- ADMINISTRATIVE OFFICE OF THE COURTS** | 8/28/2024 at 4:09 PM | 70202450000036715082 | 8/30/2024 at 9:25 AM | 9590940286273244067827 | ☑ | ☑ | ☑ |
| » JOHN BRANDON COKE | 8/24/2024 at 2:06 PM | 70202450000036715075 | 8/30/2024 at 12:25 PM | 9590940286273244067834 | ☑ | ☐ | ☑ |
| — JOHN BRANDON COKE (2ND ATTEMPT @ WORK) | 9/04/2024 at 10:06 AM | 70202450000036715181 | UNCLAIMED & RETURNED | 9590940286273244068251 | ☐ | ☐ | ☐ |
| **TNSC - BOARD OF PROFESSIONAL RESPONSIBILITY** | 9/04/2024 at 10:06 AM | 70202450000036715846 | 9/07/2024 at 12:35 PM | 9590940286273244067766 | ☑ | ☑ | ☑ |
| » SANDRA JANE LEACH GARRETT | 9/04/2024 at 10:06 AM | 70203160000230017163 | 9/09/2027 at 1:01 PM | 9590940286273244067759 | ☑ | ☐ | ☑ |
| — SANDRA GARRETT (2ND ATTEMPT @ WORK) | 8/23/2024 at 4:29 PM | 70203160000230014797 | REFUSED/UNCLAIMED | 9590940286273244068404 | ☐ | ☐ | ☐ |
| **STATE OF TENNESSEE (OFFICIALS SERVED BELOW):** | 9/18/2024 at 9:10 AM | 70202450000036716232 | 9/20/2024 at 11:30 AM | 9590940286273244067612 | ☑ | ☑ | ☑ |
| » TN - GOVERNOR BILL LEE | 8/28/2024 at 4:09 PM | | | | | | |
| — TN - GOVERNOR BILL LEE (ALL TN SUMMONSES) | 9/18/2024 at 9:10 AM | 70202450000036715099 | 9/11/2024 at 1:34 PM | 9590940286273244068343 | ☑ | ☑ | ☑ |
| — TN - ATTORNEY GENERAL JONATHAN SKRMETTI | 9/03/2024 at 2:20 PM | 70202450000036716201 | 9/20/2024 at 3:43 PM | 9590940286273244067582 | ☑ | ☐ | ☐ |
| — TN - JONATHAN SKRMETTI (ALL TN SUMMONSES) | 9/18/2024 at 9:10 AM | 70202450000036715853 | 9/06/2024 at 7:37 AM | 9590940286273244067773 | ☑ | ☑ | ☑ |
| — TN - SECRETARY TRE HARGETT | 9/05/2024 at 4:25 PM | 70202450000036716218 | 9/20/2024 at 7:14 AM | 9590940286273244067599 | ☑ | ☑ | ☑ |
| » TN - TREASURER DAVID LILLARD | 9/05/2024 at 4:25 PM | 70202450000036716119 | 9/09/2024 at 12:40 PM | 9590940286273244067537 | ☑ | ☑ | ☑ |
| » TN - SENATOR RICHARD BRIGGS | 8/28/2024 at 4:09 PM | 70203160000230017279 | 9/09/2024 at 12:40 PM | 9590940286273244067544 | ☐ | ☐ | ☐ |
| » TN - JUSTICE SHARON G. LEE | 9/10/2024 at 2:07 PM | 70203160000230014988 | 8/29/2024 at 11:48 PM | 9590940286273244068169 | ☐ | ☐ | ☐ |
| **COUNTY OF WILLIAMSON TENNESSEE (OFF BELOW):** | 8/28/2024 at 4:09 PM | 70202450000036716188 | 9/12/2024 at 2:41 PM | 9590940284183156988887 | ☐ | ☐ | ☐ |
| » WC - ROGERS ANDERSON (MAYOR) | 8/28/2024 at 4:09 PM | 70203160000230014971 | 8/30/2024 at 10:52 AM | 9590940286273244067841 | ☑ | ☑ | ☑ |
| — WC - ROGERS ANDERSON (ALL WC SUMMONSES) | 9/18/2024 at 9:10 AM | 70202450000036716225 | 9/20/2024 at 11:47 AM | 9590940286273244067605 | ☐ | ☐ | ☐ |
| » WC - JEFF WHIDBY (COUNTY CLERK) | 9/05/2024 at 4:25 PM | 70202450000036716133 | 9/09/2024 at 2:38 PM | 9590940284183156988962 | ☑ | ☑ | ☑ |
| » WC - STACEY EDMONSON (DISTRICT ATTORNEY) | 9/05/2024 at 4:25 PM | 70202450000036716126 | 9/07/2024 at 12:01 PM | 9590940286273244067513 | ☑ | ☑ | ☑ |
| » WC - SHERRY ANDERSON (REGISTER OF DEEDS) | 9/05/2024 at 4:25 PM | 70202450000036716140 | 9/09/2024 at 2:35 PM | 9590940284183156988955 | ☑ | ☑ | ☑ |
| » WC - LISA CARSON (COUNTY ATTORNEY) | 9/18/2024 at 9:10 AM | 70202450000036716249 | 9/20/2024 at 12:28 PM | 9590940286273244067629 | ☑ | ☑ | ☑ |

67— LAWSUIT SERVICES PACKAGES PRODUCED & MAILED AS OF DECEMBER 12, 2024 (Costing Approximately $100 Each for Materials and Postage, without Counting Time or Labor.)

67 Lawsuit Service Packages Weighing 3.875 lbs Each (finished) = 260 lbs of Paper (plus drafts, setup, and waste), 469 Labels, 67 Flash Drives....

For a list of documents & media in each lawsuit service package, please see https://rico.jefffenton.com/evidence/1-23-cv-01097_fenton-vs-story-lawsuit-service-pack-details.pdf

A Motion for Alternative Service was filed in ECF 177, PID.234-243, on 11/25/2024. (https://rico.jefffenton.com/3-24-cv-01282/ecf/177.pdf)

**For Alternative Service please visit https://service.jefffenton.com**