WORST IN CLASS

Board of Professional Responsibility

ATTORNEY LOGIN

Board of Professional Responsibility
of the Supreme Court of Tennessee

Search

ABOUT THE BOARD  FOR THE PUBLIC  FOR LEGAL PROFESSIONALS  NEWS & PUBLICATIONS

# Attorney Details

**Name:**
Story, Virginia Lee

**Address:**
136 4th Ave S
Franklin, TN 37064-2622

**BPR Number:**
011700

**Status:**
Active

**Office County:**
WILLIAMSON

**Licensed in TN Since:**
1985

**Law School:**
Nashville School of Law

## Public Information:

No Public Information Available

## Informational Releases for Public Discipline:

| Date | Title |
| --- | --- |
| 07/20/1989 | Release of Information RE: Virginia Lee Story |

## Names Used:

| Name |
| --- |
| Virginia Lee Story |

\* Information accurate as of Tuesday, December 03, 2024 11:00 AM UTC

RECEIVED
FEB 06 2025
US DISTRICT COURT
MID DIST TENN

PLAINTIFF'S EXHIBIT A

ABOUT THE BOARD
FOR THE PUBLIC
FOR LEGAL PROFESSIONALS
NEWS & PUBLICATIONS
LINKS OF INTERESTS

## Mission Statement

To assist the Court in protecting the public from harm from unethical lawyers by administering the disciplinary process; to assist the public by providing information about the judicial system and the disciplinary system for lawyers; and, to assist lawyers by interpreting and applying the Court's disciplinary rules.

© 2024 Board of Professional Responsibility of the Supreme Court of Tennessee.  PRIVACY STATEMENT | DISCLAIMER

https://rico.jefffenton.com/evidence/tnsc-board-of-professional-responsibility-weaponization.pdf    M.D. Tenn. Case 3:24-cv-01282 (FENTON v. STORY et al.)
https://www.tbpr.org/attorneys/011700    Case 3:24-cv-01282   Document 207-1   Filed 02/06/25   Page 1 of 20 PageID #: 620    1/1

Board of Professional Responsibility

**WORST IN CLASS**

ATTORNEY LOGIN 🔒

# Board of Professional Responsibility
of the Supreme Court of Tennessee

Search

ABOUT THE BOARD     FOR THE PUBLIC     FOR LEGAL PROFESSIONALS     NEWS & PUBLICATIONS

## Attorney Details

**PLAINTIFF'S EXHIBIT B**

**Name:**
Binkley, Michael Weimar

**Address:**
135 4th Ave S Ste 286
Franklin, TN 37064-2564

**BPR Number:**
005930

**Status:**
Active

**Office County:**
Williamson

**Licensed in TN Since:**
1978

**Law School:**
Vanderbilt University - Vanderbilt Law School

## Public Information:

No Public Information Available

## Informational Releases for Public Discipline:

No Public Discipline

## Names Used:

**Name**

Michael Weimar Binkley

\* Information accurate as of Tuesday, December 03, 2024 11:00 AM UTC

ABOUT THE BOARD
FOR THE PUBLIC
FOR LEGAL PROFESSIONALS
NEWS & PUBLICATIONS
LINKS OF INTERESTS

## Mission Statement

To assist the Court in protecting the public from harm from unethical lawyers by administering the disciplinary process; to assist the public by providing information about the judicial system and the disciplinary system for lawyers; and, to assist lawyers by interpreting and applying the Court's disciplinary rules.

© 2024 Board of Professional Responsibility of the Supreme Court of Tennessee.

PRIVACY STATEMENT | DISCLAIMER

2024-02

https://rico.jefffenton.com/evidence/tnsc-board-of-professional-responsibility-weaponization.pdf    M.D. Tenn. Case 3:24-cv-01282 (FENTON v. STORY et al.)

https://www.tbpr.org/attorneys/005930

Case 3:24-cv-01282    Document 207-1    Filed 02/06/25    Page 2 of 20 PageID #: 621    1/1

**KNOWN BAD ACTOR**

# Board of Professional Responsibility
## of the Supreme Court of Tennessee

Search

ABOUT THE BOARD    FOR THE PUBLIC    FOR LEGAL PROFESSIONALS    NEWS & PUBLICATIONS

## Attorney Details

**PLAINTIFF'S EXHIBIT C**

**Name:**
Yarbrough, Kathryn Lynn

**Address:**
223 Town Center Pkwy Unit 1897
Spring Hill, TN 37174-3040

**BPR Number:**
032789

**Status:**
Active

**Office County:**
Maury

**Licensed in TN Since:**
2014

**Law School:**
Nashville School of Law

## Public Information:

No Public Information Available

## Informational Releases for Public Discipline:

No Public Discipline

## Names Used:

**Name**

Kathryn Lynn Yarbrough

\* Information accurate as of Tuesday, December 03, 2024 11:00 AM UTC

ABOUT THE BOARD
FOR THE PUBLIC
FOR LEGAL PROFESSIONALS
NEWS & PUBLICATIONS
LINKS OF INTERESTS

## Mission Statement

To assist the Court in protecting the public from harm from unethical lawyers by administering the disciplinary process; to assist the public by providing information about the judicial system and the disciplinary system for lawyers; and, to assist lawyers by interpreting and applying the Court's disciplinary rules.

© 2024 Board of Professional Responsibility of the Supreme Court of Tennessee.    PRIVACY STATEMENT | DISCLAIMER

2024-02

# Board of Professional Responsibility
of the Supreme Court of Tennessee

Search

ABOUT THE BOARD    FOR THE PUBLIC    FOR LEGAL PROFESSIONALS    NEWS & PUBLICATIONS

## Attorney Details

**Name:**
Beeler, Elaine Beaty

**Address:**
135.4th Ave S Ste 236
Franklin, TN 37064-2538

**BPR Number:**
016583

**Status:**
Inactive (1/20/2023)

**Office County:**
Williamson

**Licensed in TN Since:**
1994

**Law School:**
Nashville School of Law

## Public Information:

**No Public Information Available**

## Informational Releases for Public Discipline:

**No Public Discipline**

## Names Used:

**Name**

Elaine Beaty Beeler

\* Information accurate as of Tuesday, December 03, 2024 11:00 AM UTC

**PLAINTIFF'S EXHIBIT D**

ABOUT THE BOARD

FOR THE PUBLIC

FOR LEGAL PROFESSIONALS

NEWS & PUBLICATIONS

LINKS OF INTERESTS

## Mission Statement

To assist the Court in protecting the public from harm from unethical lawyers by administering the disciplinary process; to assist the public by providing information about the judicial system and the disciplinary system for lawyers; and, to assist lawyers by interpreting and applying the Court's disciplinary rules.

© 2024 Board of Professional Responsibility of the Supreme Court of Tennessee.    PRIVACY STATEMENT | DISCLAIMER

2024-02

KNOWN BAD ACTOR

# Board of Professional Responsibility
of the Supreme Court of Tennessee

Search

ABOUT THE BOARD | FOR THE PUBLIC | FOR LEGAL PROFESSIONALS | NEWS & PUBLICATIONS

## Attorney Details

**PLAINTIFF'S EXHIBIT E**

**Name:**
Ausbrooks, Mary Elizabeth

**Address:**
110 Glancy St 109
Goodlettsville, TN 37072

**BPR Number:**
018097

**Status:**
Active

**Office County:**
Davidson

**Licensed in TN Since:**
1996

**Law School:**
University of Memphis - Cecil C. Humphreys School of Law

## Public Information:

**No Public Information Available**

## Informational Releases for Public Discipline:

**No Public Discipline**

## Names Used:

**Name**

Mary Elizabeth Ausbrooks

Mary Elizabeth Maney

* Information accurate as of Tuesday, December 03, 2024 11:00 AM UTC

ABOUT THE BOARD

FOR THE PUBLIC

FOR LEGAL PROFESSIONALS

NEWS & PUBLICATIONS

LINKS OF INTERESTS

## Mission Statement

To assist the Court in protecting the public from harm from unethical lawyers by administering the disciplinary process; to assist the public by providing information about the judicial system and the disciplinary system for lawyers; and, to assist lawyers by interpreting and applying the Court's disciplinary rules.

**KNOWN BAD ACTOR**

# Board of Professional Responsibility
of the Supreme Court of Tennessee

Search

ABOUT THE BOARD    FOR THE PUBLIC    FOR LEGAL PROFESSIONALS    NEWS & PUBLICATIONS

## Attorney Details

**Name:**
Koval, Alexander Sergey

**Address:**
1321 Murfreesboro Pike Ste 320
Nashville, TN 37217-2858

**BPR Number:**
029541

**Status:**
Active

**Office County:**
Davidson

**Licensed in TN Since:**
2010

**Law School:**
Nashville School of Law

## Public Information:
No Public Information Available

## Informational Releases for Public Discipline:
No Public Discipline

## Names Used:

**Name**

Alexander Sergey Koval

\* Information accurate as of Tuesday, December 03, 2024 11:00 AM UTC

**PLAINTIFF'S EXHIBIT F**

ABOUT THE BOARD
FOR THE PUBLIC
FOR LEGAL PROFESSIONALS
NEWS & PUBLICATIONS
LINKS OF INTERESTS

## Mission Statement

To assist the Court in protecting the public from harm from unethical lawyers by administering the disciplinary process; to assist the public by providing information about the judicial system and the disciplinary system for lawyers; and, to assist lawyers by interpreting and applying the Court's disciplinary rules.

© 2024 Board of Professional Responsibility of the Supreme Court of Tennessee.    PRIVACY STATEMENT | DISCLAIMER

2024-02

Board of Professional Responsibility
of the Supreme Court of Tennessee

Search

ABOUT THE BOARD    FOR THE PUBLIC    FOR LEGAL PROFESSIONALS    NEWS & PUBLICATIONS

## Attorney Details

**Name:**
Hildebrand, Henry Edward III

**Address:**
320 Seven Springs Way Ste 110
Brentwood, TN 37027-4558

**BPR Number:**
004630

**Status:**
Active

**Office County:**
Davidson

**Licensed in TN Since:**
1976

**Law School:**
George Washington University - George Washington Law

## Public Information:
No Public Information Available

## Informational Releases for Public Discipline:
No Public Discipline

## Names Used:

**Name**

Henry Edward Hildebrand III

* Information accurate as of Friday, December 06, 2024 8:00 AM UTC

PLAINTIFF'S EXHIBIT G

ABOUT THE BOARD
FOR THE PUBLIC
FOR LEGAL PROFESSIONALS
NEWS & PUBLICATIONS
LINKS OF INTERESTS

## Mission Statement

To assist the Court in protecting the public from harm from unethical lawyers by administering the disciplinary process; to assist the public by providing information about the judicial system and the disciplinary system for lawyers; and, to assist lawyers by interpreting and applying the Court's disciplinary rules.

© 2024 Board of Professional Responsibility of the Supreme Court of Tennessee.    PRIVACY STATEMENT | DISCLAIMER
2024-02

https://rico.jefffenton.com/evidence/tnsc-board-of-professional-responsibility-weaponization.pdf    M.D. Tenn. Case 3:24-cv-01282 (FENTON v. STORY et al.)
https://www.tbpr.org/attorneys/004630    Case 3:24-cv-01282    Document 207-1    Filed 02/06/25    Page 7 of 20 PageID #: 626    1/1

# Board of Professional Responsibility
of the Supreme Court of Tennessee

Search

ABOUT THE BOARD    FOR THE PUBLIC    FOR LEGAL PROFESSIONALS    NEWS & PUBLICATIONS

## Attorney Details

**Name:**
Walker, Charles M.

**Address:**
701 Broadway Ste 260
Nashville, TN 37203-3983

**BPR Number:**
019884

**Status:**
Federal Exempt (3/6/2017)

**Office County:**
Davidson

**Licensed in TN Since:**
1999

**Law School:**
University of Illinois Chicago School of Law

## Public Information:
No Public Information Available

## Informational Releases for Public Discipline:
No Public Discipline

## Names Used:

**Name**

Charles M. Walker

* Information accurate as of Tuesday, December 03, 2024 11:00 AM UTC

PLAINTIFF'S EXHIBIT H

ABOUT THE BOARD
FOR THE PUBLIC
FOR LEGAL PROFESSIONALS
NEWS & PUBLICATIONS
LINKS OF INTERESTS

## Mission Statement

To assist the Court in protecting the public from harm from unethical lawyers by administering the disciplinary process; to assist the public by providing information about the judicial system and the disciplinary system for lawyers; and, to assist lawyers by interpreting and applying the Court's disciplinary rules.

© 2024 Board of Professional Responsibility of the Supreme Court of Tennessee.    PRIVACY STATEMENT | DISCLAIMER

2024-02

**KNOWN BAD ACTOR**

ATTORNEY LOGIN 🔒

Board of Professional Responsibility
of the Supreme Court of Tennessee

Search

ABOUT THE BOARD   FOR THE PUBLIC   FOR LEGAL PROFESSIONALS   NEWS & PUBLICATIONS

# Attorney Details

**Name:**
Anderson, Samuel Forrest

**Address:**
5107 Maryland Way Ste 115
Brentwood, TN 37027-7555

**BPR Number:**
017022

**Status:**
Active

**Office County:**
WILLIAMSON

**Licensed in TN Since:**
1995

**Law School:**
University of Memphis - Cecil C. Humphreys School of Law

## Public Information:

No Public Information Available

## Informational Releases for Public Discipline:

No Public Discipline

## Names Used:

**Name**

Samuel Forrest Anderson

\* Information accurate as of Tuesday, December 03, 2024 11:00 AM UTC

**PLAINTIFF'S EXHIBIT I**

ABOUT THE BOARD
FOR THE PUBLIC
FOR LEGAL PROFESSIONALS
NEWS & PUBLICATIONS
LINKS OF INTERESTS

# Mission Statement

To assist the Court in protecting the public from harm from unethical lawyers by administering the disciplinary process; to assist the public by providing information about the judicial system and the disciplinary system for lawyers; and, to assist lawyers by interpreting and applying the Court's disciplinary rules.

© 2024 Board of Professional Responsibility of the Supreme Court of Tennessee.   PRIVACY STATEMENT | DISCLAIMER
2024-02

Board of Professional Responsibility
of the Supreme Court of Tennessee

Search

ABOUT THE BOARD  FOR THE PUBLIC  FOR LEGAL PROFESSIONALS  NEWS & PUBLICATIONS

# Attorney Details

**Name:**
Hivner, James Michael

**Address:**
401 7th Ave N
Nashville, TN 37219-1400

**BPR Number:**
020405

**Status:**
Active

**Office County:**
DAVIDSON

**Licensed in TN Since:**
2000

**Law School:**
University of Alabama - School of Law

## Public Information:
**No Public Information Available**

## Informational Releases for Public Discipline:
**No Public Discipline**

## Names Used:

**Name**

James Michael Hivner

\* Information accurate as of Tuesday, December 03, 2024 11:00 AM UTC

**PLAINTIFF'S EXHIBIT J**

ABOUT THE BOARD
FOR THE PUBLIC
FOR LEGAL PROFESSIONALS
NEWS & PUBLICATIONS
LINKS OF INTERESTS

# Mission Statement

To assist the Court in protecting the public from harm from unethical lawyers by administering the disciplinary process; to assist the public by providing information about the judicial system and the disciplinary system for lawyers; and, to assist lawyers by interpreting and applying the Court's disciplinary rules.

© 2024 Board of Professional Responsibility of the Supreme Court of Tennessee.   PRIVACY STATEMENT | DISCLAIMER
2024-02

**KNOWN ENABLER**

# Attorney Details

**Name:**
Coke, John Brandon

**Address:**
Nashville City Center
511 Union St Ste 600
Nashville, TN 37219-1768

**BPR Number:**
029107

**Status:**
Active

**Office County:**
Davidson

**Licensed in TN Since:**
2010

**Law School:**
Samford University - Cumberland School of Law

## Public Information:
**No Public Information Available**

## Informational Releases for Public Discipline:
**No Public Discipline**

## Names Used:

**Name**

John Brandon Coke

* Information accurate as of Tuesday, December 03, 2024 11:00 AM UTC

PLAINTIFF'S EXHIBIT K

## Mission Statement

To assist the Court in protecting the public from harm from unethical lawyers by administering the disciplinary process; to assist the public by providing information about the judicial system and the disciplinary system for lawyers; and, to assist lawyers by interpreting and applying the Court's disciplinary rules.

© 2024 Board of Professional Responsibility of the Supreme Court of Tennessee.     PRIVACY STATEMENT | DISCLAIMER
2024-02

Board of Professional Responsibility
of the Supreme Court of Tennessee

Search

ABOUT THE BOARD   FOR THE PUBLIC   FOR LEGAL PROFESSIONALS   NEWS & PUBLICATIONS

# Attorney Details

**Name:**
Garrett, Sandra Jane Leach

**Address:**
10 Cadillac Dr Ste 220
Brentwood, TN 37027-5078

**BPR Number:**
013863

**Status:**
Active

**Office County:**
Williamson

**Licensed in TN Since:**
1989

**Law School:**
Vanderbilt University - Vanderbilt Law School

## Public Information:
No Public Information Available

## Informational Releases for Public Discipline:
No Public Discipline

## Names Used:

**Name**

Sandra Jane Leach Garrett

* Information accurate as of Tuesday, December 03, 2024 11:00 AM UTC



PLAINTIFF'S EXHIBIT L

ABOUT THE BOARD
FOR THE PUBLIC
FOR LEGAL PROFESSIONALS
NEWS & PUBLICATIONS
LINKS OF INTERESTS

## Mission Statement

To assist the Court in protecting the public from harm from unethical lawyers by administering the disciplinary process; to assist the public by providing information about the judicial system and the disciplinary system for lawyers; and, to assist lawyers by interpreting and applying the Court's disciplinary rules.

© 2024 Board of Professional Responsibility of the Supreme Court of Tennessee.   PRIVACY STATEMENT | DISCLAIMER

2024-02

# Board of Professional Responsibility
of the Supreme Court of Tennessee

Search

ABOUT THE BOARD    FOR THE PUBLIC    FOR LEGAL PROFESSIONALS    NEWS & PUBLICATIONS

## Attorney Details

**Name:**
Clement, Frank G. Jr.

**Address:**
401 7th Ave N 215
Nashville, TN 37219-1400

**BPR Number:**
006619

**Status:**
Active

**Office County:**
DAVIDSON

**Licensed in TN Since:**
1979

**Law School:**
Nashville School of Law

## Public Information:
**No Public Information Available**

## Informational Releases for Public Discipline:
**No Public Discipline**

## Names Used:

**Name**

Frank G. Clement Jr.

* Information accurate as of Tuesday, December 03, 2024 11:00 AM UTC

PLAINTIFF'S EXHIBIT M

ABOUT THE BOARD
FOR THE PUBLIC
FOR LEGAL PROFESSIONALS
NEWS & PUBLICATIONS
LINKS OF INTERESTS

## Mission Statement

To assist the Court in protecting the public from harm from unethical lawyers by administering the disciplinary process; to assist the public by providing information about the judicial system and the disciplinary system for lawyers; and, to assist lawyers by interpreting and applying the Court's disciplinary rules.

© 2024 Board of Professional Responsibility of the Supreme Court of Tennessee.    PRIVACY STATEMENT | DISCLAIMER

2024-02

Board of Professional Responsibility

ATTORNEY LOGIN

Board of Professional Responsibility
of the Supreme Court of Tennessee

Search

ABOUT THE BOARD    FOR THE PUBLIC    FOR LEGAL PROFESSIONALS    NEWS & PUBLICATIONS

# Attorney Details

**Name:**
Bennett, Andy Dwane

**Address:**
401 7th Ave N
Nashville, TN 37219-1400

**BPR Number:**
009894

**Status:**
Active

**Office County:**
DAVIDSON

**Licensed in TN Since:**
1982

**Law School:**
Vanderbilt University - Vanderbilt Law School

## Public Information:
No Public Information Available

## Informational Releases for Public Discipline:
No Public Discipline

## Names Used:

**Name**

Andy Dwane Bennett

* Information accurate as of Tuesday, December 03, 2024 11:00 AM UTC

PLAINTIFF'S EXHIBIT N

## Mission Statement

To assist the Court in protecting the public from harm from unethical lawyers by administering the disciplinary process; to assist the public by providing information about the judicial system and the disciplinary system for lawyers; and, to assist lawyers by interpreting and applying the Court's disciplinary rules.

© 2024 Board of Professional Responsibility of the Supreme Court of Tennessee.    PRIVACY STATEMENT | DISCLAIMER
2024-02

# Attorney Details

**Name:**
McBrayer, William Neal

**Address:**
401 7th Ave N Ste 203
Nashville, TN 37219-1400

**BPR Number:**
013879

**Status:**
Active

**Office County:**
Davidson

**Licensed in TN Since:**
1989

**Law School:**
William and Mary - Marshall-Wythe School of Law

## Public Information:
**No Public Information Available**

## Informational Releases for Public Discipline:
**No Public Discipline**

## Names Used:

**Name**

William Neal McBrayer

* Information accurate as of Tuesday, December 03, 2024 11:00 AM UTC

PLAINTIFF'S
EXHIBIT
O

ABOUT THE BOARD
FOR THE PUBLIC
FOR LEGAL PROFESSIONALS
NEWS & PUBLICATIONS
LINKS OF INTERESTS

## Mission Statement

To assist the Court in protecting the public from harm from unethical lawyers by administering the disciplinary process; to assist the public by providing information about the judicial system and the disciplinary system for lawyers; and, to assist lawyers by interpreting and applying the Court's disciplinary rules.

© 2024 Board of Professional Responsibility of the Supreme Court of Tennessee.                    PRIVACY STATEMENT | DISCLAIMER
2024-02

https://rico.jefffenton.com/evidence/tnsc-board-of-professional-responsibility-weaponization.pdf    M.D. Tenn. Case 3:24-cv-01282 (FENTON v. STORY et al.)
Case 3:24-cv-01282    Document 207-1    Filed 02/06/25    Page 15 of 20 PageID #: 634
https://www.tbpr.org/attorneys/013879                                                                 1/1

**KNOWN BAD ACTOR**

Board of Professional Responsibility

ATTORNEY LOGIN 🔒

Board of Professional Responsibility
of the Supreme Court of Tennessee

Search

ABOUT THE BOARD   FOR THE PUBLIC   FOR LEGAL PROFESSIONALS   NEWS & PUBLICATIONS

# Attorney Details

**Name:**
Woodruff, Joseph Addison

**Address:**
135 4th Ave S Ste 286
Franklin, TN 37064-2564

**BPR Number:**
012869

**Status:**
Active

**Office County:**
WILLIAMSON

**Licensed in TN Since:**
1987

**Law School:**
University of Alabama - School of Law

## Public Information:
**No Public Information Available**

## Informational Releases for Public Discipline:
**No Public Discipline**

## Names Used:

**Name**

Joseph Addison Woodruff

* Information accurate as of Tuesday, December 03, 2024 11:00 AM UTC

**PLAINTIFF'S EXHIBIT P**

## Mission Statement

To assist the Court in protecting the public from harm from unethical lawyers by administering the disciplinary process; to assist the public by providing information about the judicial system and the disciplinary system for lawyers; and, to assist lawyers by interpreting and applying the Court's disciplinary rules.

© 2024 Board of Professional Responsibility of the Supreme Court of Tennessee.   PRIVACY STATEMENT | DISCLAIMER

2024-02

**WHISTLEBLOWER KNOWN TO CONFRONT JUDICIAL MISCONDUCT** | ATTORNEY LOGIN

Board of Professional Responsibility
of the Supreme Court of Tennessee                                                Search

ABOUT THE BOARD    FOR THE PUBLIC    FOR LEGAL PROFESSIONALS    NEWS & PUBLICATIONS

## Attorney Details   **RETALIATED AGAINST BY BPR**

PLAINTIFF'S EXHIBIT Q

**Name:**
Reguli, Connie Lynn

**Address:**
1646 Westgate Cir Ste 101
Brentwood, TN 37027-8560

**BPR Number:**
016867

**Status:**
Suspended (4/22/2022)

**Office County:**
Williamson

**Licensed in TN Since:**
1994

**Law School:**
Nashville School of Law

## Public Information:

| Date | Title |
| --- | --- |
| 08/02/2021 | Petition for Discipline filed - 2021-3191-6-AJ |

## Informational Releases for Public Discipline:

| Date | Title |
| --- | --- |
| 11/20/2023 | Order of Temporary Suspension |
| 11/20/2023 | Williamson County Lawyer Temporarily Suspended |
| 04/22/2022 | Suspended pending further orders of the Supreme Court - serious crime |
| 04/22/2022 | Williamson County Lawyer Suspended |
| 04/22/2022 | SC Order of Enforcement |
| 04/11/2022 | Supplemental Petition for Discipline filed - #2021-3191-6-AJ |
| 04/29/2019 | Supplemental Petition for Discipline filed - #2018-2958-6-AW |
| 05/01/2018 | Petition for Discipline filed - #2018-2858-6-AW |
| 12/30/2015 | Williamson County Attorney on Probation |
| 12/28/2015 | Supreme Court Judgment and Opinion - #2012-2139-6-SG |
| 12/28/2015 | Probation of 11 months and 29 days |
| 12/10/2014 | Circuit Court Decision - #2012-2139-6-SG |

| Date | Title |
|---|---|
| 12/27/2013 | Hearing Panel Judgment and Amended Judgment - #2012-2139-6-SG |
| 07/16/2012 | Petition for Discipline filed (SG) |
| 04/19/2011 | Williamson County Lawyer Censured |
| 04/12/2011 | Order of Enforcement - Public Censure |
| 02/08/2011 | Chancery Court Decision - #2009-1804-6-KH |
| 02/12/2010 | Hearing Panel Judgment - #2009-1804-6-KH |
| 08/10/2009 | Supplemental Petition for Discipline filed (KH) |
| 02/11/2009 | Petition for Discipline filed (KH). |

## Names Used:

**Name**

Connie Lynn Reguli

\* Information accurate as of Tuesday, December 03, 2024 11:00 AM UTC

ABOUT THE BOARD

FOR THE PUBLIC

FOR LEGAL PROFESSIONALS

NEWS & PUBLICATIONS

LINKS OF INTERESTS

## Mission Statement

To assist the Court in protecting the public from harm from unethical lawyers by administering the disciplinary process; to assist the public by providing information about the judicial system and the disciplinary system for lawyers; and, to assist lawyers by interpreting and applying the Court's disciplinary rules.

**PLAINTIFF'S EXHIBIT Q-2**

**WHISTLEBLOWER KNOWN TO CONFRONT JUDICIAL MISCONDUCT** | ATTORNEY LOGIN 🔒

Board of Professional Responsibility
of the Supreme Court of Tennessee                                    Search

ABOUT THE BOARD    FOR THE PUBLIC    FOR LEGAL PROFESSIONALS    NEWS & PUBLICATIONS

# Attorney Details   **RETALIATED AGAINST BY BPR**    PLAINTIFF'S EXHIBIT R

**Name:**
Manookian, Brian Philip

**Address:**
PO Box 150229
Nashville, TN 37215-0229

**BPR Number:**
026455

**Status:**
Disbarred - Permanent (2/16/2024)

**Office County:**
Davidson

**Licensed in TN Since:**
2007

**Law School:**
Vanderbilt University - Vanderbilt Law School

## Public Information:

| Date | Title |
|---|---|
| 10/26/2021 | Amendment to Hearing Panel Report and Recommendation - #2017-2805-5-WM - |

## Informational Releases for Public Discipline:

| Date | Title |
|---|---|
| 02/16/2024 | Supreme Court Opinion - Majority |
| 02/16/2024 | Supreme Court Opinion - Separate |
| 02/16/2024 | Davidson County Lawyer Disbarred |
| 10/01/2021 | Davidson County Chancery Court Judgment - #20-0833-I |
| 08/25/2021 | Hearing Panel Report and Recommendation - #2017-2805-5-WM |
| 08/06/2020 | Third Supplemental Petition for Discipline filed - #2017-2805-5-WM |
| 10/11/2019 | Davidson County Lawyer Temporarily Suspended |
| 10/11/2019 | Order Reinstating Temporary Suspension |
| 05/24/2019 | Second Supplemental Petition for Discipline filed - #2107-2805-5-WM |
| 05/17/2019 | Order Granting Petition For Dissolution Of Order Of Temporary Suspension |
| 05/17/2019 | Davidson County Lawyer Reinstated |
| 02/27/2019 | Davidson County Lawyer Remains On Temporary Suspension |

| Date | Title |
|---|---|
| 11/21/2018 | Davidson County Lawyer Remains on Temporary Suspension |
| 11/21/2018 | Order Denying Verified Petition for Dissolution or Amendment of Order of Temporary Suspension |
| 09/21/2018 | Davidson County Lawyer Temporarily Suspended |
| 09/21/2018 | Order of Temporary Suspension |
| 03/22/2018 | Supplemental Petition for Discipline filed - #2107-2805-5-WM |
| 12/18/2017 | Petition for Discipline filed - #2017-2805-5-WM |

## Names Used:

**Name**

Brian Philip Manookian

\* Information accurate as of Tuesday, December 03, 2024 11:00 AM UTC

ABOUT THE BOARD
FOR THE PUBLIC
FOR LEGAL PROFESSIONALS
NEWS & PUBLICATIONS
LINKS OF INTERESTS

# Mission Statement

To assist the Court in protecting the public from harm from unethical lawyers by administering the disciplinary process; to assist the public by providing information about the judicial system and the disciplinary system for lawyers; and, to assist lawyers by interpreting and applying the Court's disciplinary rules.

© 2024 Board of Professional Responsibility of the Supreme Court of Tennessee.  PRIVACY STATEMENT | DISCLAIMER

2024-02

**PLAINTIFF'S EXHIBIT R-2**