

PLAINTIFF'S
EXHIBIT
T

RECEIVED
FEB 06 2025
US DISTRICT COURT
MID DIST TENN

# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

**JEFFREY RYAN FENTON,**
PLAINTIFF

v.

**VIRGINIA LEE STORY ET AL.,**
DEFENDANTS

**CASE NO. 3:24-cv-01282**

| | |
|---|---|
| **EVIDENCE TITLE:** | 2024-02-26_tennessee-bureau-of-investigation-recorded-call.mp3 |
| **Internet URL:** | https://rico.jefffenton.com/evidence/2024-02-26_tennessee-bureau-of-investigation-recorded-call.mp3 |
| **RELATED DOC:** | https://rico.jefffenton.com/evidence/2025-01-20_declaration-explaining-my-pursuit-of-justice.pdf |
| **ECF LOCATION:** | |

**Description:** Plaintiff called the Tennessee Bureau of Investigation in an effort to press criminal RICO charges against the defendants, specifically seeking to file official corruption and official misconduct charges against former Williamson County judge Michael W. Binkley, but he was told by the TBI, "We do not do that here."

The .mp3 audio file on this disc is evidence in this federal civil rights, conspiracy, fraud, and racketeering lawsuit.