UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEFFREY RYAN FENTON, | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:24-cv-01282 |
| VIRGINIA LEE STORY, et al., | ) |
| Defendant. | ) |

## NOTICE OF JUDGE ASSIGNMENT

All District Judges of the Middle District of Tennessee have recused in this matter. Chief Judge Jeffery S. Sutton of the Sixth Circuit Court of Appeals has designated United States District Judge Patricia A. Gaughan to preside over the case.

Accordingly, the case is hereby reassigned to Judge Gaughan.

LYNDA M. HILL, CLERK OF COURT

*[signature: Vicki R. Kinkade]*

By: VICKI R. KINKADE
CHIEF DEPUTY CLERK