UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| Jeffrey Ryan Fenton, | ) | CASE NO. 3:24 CV 1282 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| Vs. | ) | |
| | ) | |
| Virginia Lee Story, *et al.*, | ) | Order |
| | ) | |
| Defendants. | ) | |

This matter is hereby forwarded to the *pro se* staff attorney for initial review.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge[1]

Dated: 2/11/25

---

[1] United States District Judge for the Northern District of Ohio, Eastern Division, sitting by designation.