# (616) 456-2404



October 23, 2024, at 2:33 PM



RECEIVED

FEB 2 6 2025

US DIST     COURT
MID DIST TENN

Good afternoon. My name is Ryan Cobb. I'm calling for Jeffrey Fenton.

I'm an assistant United States Attorney in Grand Rapids, Michigan.

I'm calling regarding the lawsuit you've filed in the Western District of Michigan against a host of parties including Judge Walker, who is a bankruptcy judge down in Tennessee.

I'll be representing him and I'm planning on filing a motion to dismiss your claims against him.

Under local rules, I need to try to discuss that with you, which is what I'm doing now, happy to explain the basis for the motion to dismiss. If you want to return my call, my number is 616-456-2404, and then you can just ask to speak to me Ryan Cobb (ryan cobb). Again, 616-456-2404. Thank you.

---

I don't know how to describe the feeling, when you've been forced to accept the fact that you have been betrayed by your own government, while fighting for years against alleged "public servants" and powerful people who hold offices of public trust, when never was there any basis for trusting them in the first place, let alone placing them in charge of our lives, families, liberty, and property, with almost no meaningful mechanisms of transparency or accountability whatsoever. People who hold their own words higher than those of our creator and our federal constitution.

Then for the first time to get a phone call from a **United States Attorney**, and to think for just a split second that finally someone had seen the evidence in my case, showing the crimes committed against me and my family, under the color of law, by the conspiring Tennessee courts and counsel, and **called in the calvary to protect me**, to help hold the bad actors accountable... finally... better late than never. Only to realize a sentence or two later just how outrageously incorrect my momentary lapse from reality had been.

Instead "our" government had sent in **another attorney**, employed by our tax dollars, **seeking to defeat me and justice**, by dismissing my lawsuit with more frivolous claims. To continue cheating myself and my family out of our lives, liberty, and property, when they never had an ethical or lawful cause for touching any of it in the first place.

Sadly, this is the *"practice of law"* in the United States of America today. If truth be known, there is no greater threat to this nation or the people, either foreign or domestic, than those who pretend to *"practice law"* in our courts every day, without respect for the inalienable natural rights of every man, woman, and child; many whom have no honest interest, reverence, or concern about real justice.

▷  ● 00:00                                                                                                    00:52

 Outlook

**Fenton v. Story et al., No. 1:23-cv-1097 (W.D. Mich.)**

**From** Cobb, Ryan (USAMIW) <Ryan.Cobb@usdoj.gov>
**Date** Fri 10/25/2024 12:34 PM
**To**     contact@jefffenton.com <contact@jefffenton.com>



Mr. Fenton,

I will be representing Judge Walker in this action. I'm writing to seek concurrence in removing Judge Walker's private address from the pleadings filed in this matter. He has privacy and safety concerns about having that address be publicly available and we would like it redacted from the filings. If you concur, I will send you a stipulation to redact it from the filings. If not, I will go ahead and file a motion.

Thank you,
Ryan Cobb


Ryan Cobb
Assistant United States Attorney | Civil Division Chief
United States Attorney's Office, Western District of Michigan
P.O. Box 208, Grand Rapids, Michigan 49501
Ryan.Cobb@usdoj.gov  | (616) 456-2404

 Outlook

---

## RE: Fenton v. Story et al., No. 1:23-cv-1097 (W.D. Mich.)

---

**From** Jeff Fenton
**Date** Sat 10/26/2024 5:24 AM
**To** Cobb, Ryan (USAMIW) <Ryan.Cobb@usdoj.gov>

> **PLAINTIFF'S
> EXHIBIT**
> **C**

Hello Mr. Cobb,

Unfortunately, I did not receive (or see) this email until after you filed your motion with the court yesterday.

I have absolutely no objection to your client keeping his address confidential, though it was obtained from public sources.

My only concern is the amount of work which your motion proposes taxing me with being overly broad, excessive, unnecessary, and unsustainable currently; unless the court orders a substantial stay (without jeopardizing any timelines) so that I can dig through documents, make the redactions, reprint and refile them… while this could have a very substantial, unforeseen, and difficult to calculate and predict, ripple effect by changing the page citations throughout the entire lawsuit of over 5,000 pages, which would be insane to merely redact a few sentences, which contain his street address on them. That would be extremely overburdensome for the simple outcome desired.

Additionally, the court might want me to serve the redacted documents to the defendants again, which would burden me with thousands of dollars' worth of expenses which I don't have the resources to even consider. That would require significant consideration/compensation/assistance provided by your client, the government, or the court to facilitate.

Another substantial concern is that this whole process could cost me a month of down-time, during a transition between courts, when I have no time to spare. That presents problems on several fronts, including the holding costs of suspending relief in these matters.

I understand that you said your client is concerned about his privacy and safety, though this information was publicly obtained and is readily available through other sources, while I had no idea this concern existed. I am very concerned about my privacy and safety also due to the criminal actions by many of the defendants in this case, which I have been trying to protect myself against, by seeking a protective order (ECF 17), for almost a year now, without relief. Hence, I am sympathetic to the concern and willing to work with you, but in a far less dramatic capacity, without gutting this case or causing citations problems, the full extent of which can't even be meaningfully calculated or understood without significant work.

To my knowledge, defendant Walker's address isn't listed anywhere publicly except on the FAC (literally one line) and summonses (literally two lines), along with some proofs (literally one or two lines) of defendants dodging service or refusing to confirm service by correctly signing their names per the rules for USPS restricted delivery, as required by the court. (They created the last problem themselves.) I don't know of more than a half-dozen pages this involves, out of over a 5,000-page court record currently, while of those roughly six pages, only one or two lines needs to be redacted from each.

Here is what I suggest, if you are willing to work together toward getting this done quickly, rather than arguing over it in motions and objections while waiting for the court to decide:

- If you withdraw your current motion, so we don't need to waste time and resources arguing this before the court, and instead you file a motion asking the court to simply redact his address from the very few pages it is on in the court record.
- Then I am willing to redact his street address from those documents which are available through my websites, while agreeing not to include his address on any documents which I create in the future, either produced for the public or filed in court.
- In my mind this makes far more sense and is a far more productive use of time and resources, than having the court be the arbitrator of this matter. We don't fundamentally have opposing interests, except as to the means of execution.

It would be substantially more efficient to have the court redact that which they have in their files, and I would then be happy to redact that which I provide publicly, without creating a substantial workload for anyone or making this into a major project.

I'm completely willing to cooperate, but I will need to object to your motion as it stands, unless you withdraw it, because it is unreasonably broad and burdensome upon me, while being wholly inefficient and unnecessary. I'd compare your motion to demolishing a city block to kill a fly. It's unreasonably excessive overkill.

Likewise, in the amount of time which I expect I will need to invest in filing my objections in court (with my communication disabilities), I could have already completed the task on the public side, through my website. (In the amount of time I have spent writing you this email, probably a couple of hours, I could have already accomplished a substantial portion of this.) Hence, if that is the route you insist upon proceeding, it will take me substantially longer, because I must prioritize writing my objections first, to protect my greater interests of not being ordered to do something which is overly broad and burdensome by the court, that I simply don't have the time and resources to complete, without necessary provisions and the court making special allowances.

There is no need to restrain me, I am a man of my word. I will agree not to file anything else containing defendant Walker's address, publicly or in this case, while I can think of no need to do so as long as he remains represented in this matter. I have no other interest or care in his address than compelling his appearance in this lawsuit, so that I can proceed with litigating towards a remedy. Again, we have no opposing interests or objectives in this matter, except how to facilitate the very minor changes needed.

Please let me know if you are willing to withdraw your motion and work with me as I have described, or if I need to focus my energy on drafting my objection to your motion while refiling my own motion for a protective order in this matter, in an effort to obtain the same safety for myself and my family as your client seeks. In absence of some confirmation by you, I will assume the later and continue to invest my resources accordingly.

Thanks.
Jeff Fenton

x.com/@tninjustice

████████████████████

17195 SILVER PKWY, #150
FENTON, MI 48430-3426

PLAINTIFF'S
EXHIBIT
**C-2**

 Outlook

---

## RE: Fenton v. Story et al., No. 1:23-cv-1097 (W.D. Mich.)

**From** Cobb, Ryan (USAMIW) <Ryan.Cobb@usdoj.gov>
**Date** Mon 10/28/2024 9:58 AM
**To** Jeff Fenton

**PLAINTIFF'S EXHIBIT**
**D**

📎 1 attachment (17 KB)
Stipulation to redact v.1.docx;

Sorry—here is an updated stipulation with one additional page that needs to be redacted.

**From:** Cobb, Ryan (USAMIW)
**Sent:** Monday, October 28, 2024 9:11 AM
**To:** Jeff Fenton
**Subject:** RE: Fenton v. Story et al., No. 1:23-cv-1097 (W.D. Mich.)

Here is a draft stipulation that would resolve the issues raised in the motion, assuming the court accepts it and agrees to direct the clerk of court to make the redactions.

If it is acceptable to you, please sign it manually, scan it and return it to me (fax or email), and mail the original to me. (The court requires us to keep the original signed version in our file in case there's a question about it.) Once you've sent me the scanned version, I'll file it with the court.

Thanks you,

Ryan Cobb
Assistant United States Attorney | Civil Division Chief
United States Attorney's Office, Western District of Michigan
P.O. Box 208, Grand Rapids, Michigan 49501
Ryan.Cobb@usdoj.gov | (616) 808-2031

 Outlook

---

## RE: Fenton v. Story et al., No. 1:23-cv-1097 (W.D. Mich.)

---

**From** Cobb, Ryan (USAMIW) <Ryan.Cobb@usdoj.gov>
**Date** Mon 10/28/2024 4:05 PM
**To** Jeff Fenton



📎 1 attachment (112 KB)
ECF 137 Order restricting access.pdf;

You can disregard. The court entered an order restricting access to those documents today.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



JEFFREY RYAN FENTON,

                     Plaintiff,                              Case No:  1:23-cv-01097

v.                                                           Hon. Paul L. Maloney
                                                             United States District Judge
VIRGINIA LEE STORY, et al.,
                                                             Hon Ray Kent
                                                             United States Magistrate Judge
                     Defendants.
_____/

## ORDER TO REDACT

The Court has reviewed Defendant Hon. Charles Walker's expedited Motion for

Redaction and Refiling of Documents (ECF No. 131) and finds good cause under Federal Rule

of Civil Procedure 5.2(e) to remove Charles Walker's private home address from the publicly

available ECF in this action. Accordingly,

**IT IS HEREBY ORDERED**:

The Clerk of Court shall take the steps necessary to ensure that any filings that contain

Charles Walker's private home address cannot be publicly accessed. To the extent feasible, the

Clerk of Court shall redact the address from pages on which it is found and refile the redacted

pages; otherwise, access to these filings shall be restricted. These pages include without

limitation the following:

                    ECF No. 16-1, PageID.2293,
                    ECF No. 66, PageID.4874,
                    ECF No. 95-1, PageID.5252 and 5254.


Dated:                              _____
                                    HON. PAUL L. MALONEY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**PLAINTIFF'S
EXHIBIT
G**

JEFFREY RYAN FENTON,

     Plaintiff,

                      Case No. 1:23-cv-1097

v.

                      HONORABLE PAUL L. MALONEY

VIRGINIA LEE STORY, et al.,

     Defendants.

_____/

### **ORDER**

Pending before the Court is Defendant Hon. Charles M. Walker's motion for redaction and refiling of documents (ECF No. 131).  Judge Walker requests the Court remove access to his home address from the public record.  Upon due consideration of the motion by the Court,

     **IT IS HEREBY ORDERED** that the motion for redaction and refiling of documents (ECF No. 131) is GRANTED IN PART.

     **IT IS FURTHER ORDERED** that the Clerk of Court shall restrict access to the attachment to the motion for extension of time (ECF No. 16-1), the amended complaint (ECF No. 66), and the attachment to the summons returned executed (ECF No. 95-1).  Access shall be restricted to Plaintiff, counsel for the Defendants, and the Court.

Dated:  October 28, 2024                       /s/ Paul L. Maloney_____
                                       Paul L. Maloney
                                       United States District Judge

 Outlook

---

## RE: Fenton v. Story et al., No. 1:23-cv-1097 (W.D. Mich.)

---

**From** Jeff Fenton
**Date** Wed 10/30/2024 10:26 AM
**To** Cobb, Ryan (USAMIW) <Ryan.Cobb@usdoj.gov>
**Bcc**



This is not acceptable, and in fact, a felony crime by yourself and the court.

Please call me at your soonest convenience at ███████████

Thanks
Jeff Fenton



PLAINTIFF'S
EXHIBIT

I

**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

JEFFREY RYAN FENTON,
PLAINTIFF

v.

VIRGINIA LEE STORY ET AL.,
DEFENDANTS

CASE NO. 3:24-cv-01282

| | |
|---|---|
| **EVIDENCE TITLE:** | 2024-10-30_call-with-assistant-united-states-attorney-cobb.mp3 |
| **Internet URL:** | https://rico.jefffenton.com/evidence/2024-10-30_call-with-assistant-united-states-attorney-cobb.mp3 |
| **Related Doc:** | https://rico.jefffenton.com/evidence/2024-10_comms-with-usat-ryan-cobb-about-redactions.pdf |
| **ECF Location:** | |

**Description:** Recorded phone call between Plaintiff & Assistant United States Attorney Ryan Cobb, in Michigan, regarding the excessively broad & burdensome redactions proposed by Attorney Cobb and executed by the court, blocking public access to Plaintiff's entire Amended Complaint, to allegedly conceal *four words* in Walker's address.

The .mp3 audio file on this disc is evidence in this federal civil rights, conspiracy, fraud, and racketeering lawsuit.

 **Outlook**

## Fenton v. Story - Joint Motion (attached)

**From** Jones, Anica (USATNM) <Anica.Jones@usdoj.gov>
**Date** Fri 11/1/2024 3:11 PM
**To** contact@jefffenton.com <contact@jefffenton.com>



📎 1 attachment (18 KB)
Joint Stipulation to Redact.docx;

Good afternoon, Mr. Fenton.

I received your voicemail, but unfortunately, I cannot return your call this afternoon because I am taking part in training. I can give you a call next week, but in the meantime, I understand that you are willing to jointly agree to remove Judge Walker's information from the docket. Please take a look at this draft motion and let me know if I can type in your signature on the signature line. Assuming you approve of this draft, I can get this filed on Monday.

Let me know if you have questions.

Thanks, and have a good weekend.

Anica

 **Anica C. Jones**
**Chief, Civil Division**
**Middle District of Tennessee**
U.S. Attorney's Office | 719 Church Street, Suite 3300 | Nashville, Tennessee 37203
T: (615) 736-5151 | C: (615) 289-6815 | F: (615) 401-6626
E-Mail: Anica.Jones@usdoj.gov

Please be advised that any emails sent to or from this email address are subject to retention and archiving by the United States Department of Justice.

 Outlook

---

**RE: Fenton v. Story - Joint Motion (attached)**

**From** Jeff Fenton

**Date** Fri 11/1/2024 3:30 PM

**To**    Jones, Anica (USATNM) <Anica.Jones@usdoj.gov>



Thank you mam.

I'm working at the moment to try to unredact the court record in Michigan, since there are only four words in my FAC which are specific to his address (street number, street name, Nashville), yet they chose to redact 32,741 words instead (my entire complaint) in lieu of just four words.

That is overly broad and unduly burdensome, that I even need to waste my time with this, but unfortunately I must.

I tried to describe that to United States Attorney Cobb, while comparing that to demolishing an entire city to kill a fly.

I'll be happy to help you squash the fly. Please don't squash the entire city or redact my FAC. 😊

I will look over your document this weekend and either have it back to you Monday, or address any outstanding concerns in the matter which we can discuss.

In an act of good faith, I will begin redacting his street address from the documents which I have hosted online regarding my lawsuit.

If I could get EVERYONE to make an appearance in the matter, and quit playing games dodging service, I would redact EVERYONE'S address… again, I have no interests contrary to their privacy. But some of them have chosen to be extremely evasive and have wasted a lot of extra time and money while trying to repeatedly serve them… with other outrageous antics such as mailing service back weeks later, etc… so forcing me to fight to get them served, and to substantiate that the service was GOOD, are my only interests regarding any of their addresses. If you are in a position to help button this up and end this needless waste of time trying to wrestle over service, I would honestly be happy to remove all of their addresses at the same time, while I could do so without requiring much more time than just redacting defendant Walker's.

Anyhow, I don't know what relationship you have with the others, if any, but I just thought I would throw that out there, in the interest of expediting past the bologna and protecting everyone's interests.

I assure you, the core issue of removing his address is of absolutely no concern to me at all. I take no issue with it. All I care about is implementation and not compromising the cohesion and comprehensibility of my lawsuit by the court or the public. (While trying not to create any more work for myself than necessary.)

Have a great weekend, and thanks for reaching out!

Thanks.
Jeff Fenton

 Outlook

## RE: Fenton v. Story - Joint Motion (attached)

**From** Jones, Anica (USATNM) <Anica.Jones@usdoj.gov>
**Date** Mon 11/4/2024 12:29 PM
**To** Jeff Fenton

Thanks for your response, Mr. Fenton. I only represent Judge Walker. Please let me know if I can move forward with filing the joint motion to redact Judge Walker's information today.

**PLAINTIFF'S
EXHIBIT**

**L**

 Outlook

---

## Re: Fenton v. Story - Joint Motion (attached)

**From** Jeff Fenton

**Date** Tue 11/5/2024 2:30 PM

**To** Jones, Anica (USATNM) <Anica.Jones@usdoj.gov>

> **PLAINTIFF'S**
> **EXHIBIT**
> # M

Hello Ms. Jones,

As previously expressed, I have no conflicts with redacting the four words comprising Judge Walker's address throughout any portion of the complaint and lawsuit, but that must be done without redacting or sealing substantial portions of any documents, otherwise I will need to seek leave from the court to resubmit the documents with just his address redacted, so not to compromise the integrity of my entire lawsuit, along with the public's interest in being able to follow the lawsuit without substantive portions missing.

Again, we are just talking about literally four words.

A stipulation limiting the redaction to the four words only (in a couple of different documents), I'd be happy to sign, but as previously stated it is overly broad and an unreasonable burdensome to redact and force me to refile entire documents.

In my mind, that is not only unreasonable, but shows motives to cover-up and hide the facts, evidence, and sworn testimony in my complaint, which are significantly contrary to the honest interests of Justice.

I'm is still needing to waste time in an attempt to correct this with the Michigan court, while it was a wholly unreasonable action on the part of the court in the first place.

Again, we are talking about the need to simply redact four words in two or three different documents.

Courts redact sensitive words and sentences all the time without redacting or sealing entire documents.

People are making this much more difficult for me than it needs to be. (Which causes me to question their motives.)

Please revise your stipulation for precise, extremely limited redactions (4 words), without any language consenting to the court performing substantive redactions of entire documents or sections, and I will be happy to join you in executing the stipulation.

Otherwise, I need to focus on explaining to both the Michigan and Tennessee courts why more substantive redactions are contrary to the honest interests of Justice while pointing out how unnecessary broad and burdensome redacting or sealing entire documents to literally redact four words is.

This seems really simple and common sense to me. If I must seek leave to refile my entire FAC, that will take me a couple of weeks to do once approved by the court.

Thank you.
Jeff Fenton

Get Outlook for iOS

**PLAINTIFF'S EXHIBIT**
**M-2**

 Outlook

---

## RE: Fenton v. Story - Joint Motion (attached)

**From** Jones, Anica (USATNM) <Anica.Jones@usdoj.gov>
**Date** Tue 11/5/2024 3:08 PM
**To** Jeff Fenton

---

📎 1 attachment (17 KB)
Joint Stipulation to Redact.docx;


Mr. Fenton, I don't know what "four words" you are talking about. If you have specific edits to the attached stipulation that I sent last week (and I am re-attaching), please send them back to me. Otherwise, I will move forward with filing a motion for the redactions.

Thanks,
Anica

PLAINTIFF'S
EXHIBIT

N

 Outlook

## RE: Fenton v. Story - Joint Motion (attached)

**From** Jones, Anica (USATNM) <Anica.Jones@usdoj.gov>

**Date** Tue 11/5/2024 3:11 PM

**To** Jeff Fenton

📎 1 attachment (17 KB)
Joint Stipulation to Redact.docx;

That was the wrong attachment. Here is the correct one.



 Outlook

## RE: Fenton v. Story - Joint Motion (attached)

**From** Jeff Fenton
**Date** Wed 11/6/2024 2:07 PM
**To** Jones, Anica (USATNM) <Anica.Jones@usdoj.gov>

📎 1 attachment (3 MB)
20241106_JOINT MOTION TO REDACT PORTIONS OF FILED DOCUMENTS.pdf;

```
╔════════════════════╗
║   PLAINTIFF'S      ║
║    EXHIBIT         ║
║                    ║
║       P            ║
╚════════════════════╝
```

Hello Ms. Jones,

Please find that motion/stipulation attached executed.

I tweaked the language a little bit to where I was comfortable with it. I don't believe there are any material changes which will affect your client's privacy interests.

Please let me know if you are good with this or if we need to address anything else at this time.

Thanks.
Jeff Fenton

x.com/@tninjustice
jeff.fenton@live.com
Mobile: (810) 428-6500
Landline: (810) 735-7456

17195 SILVER PKWY, #150
FENTON, MI 48430-3426

**3-MIN Video Intro** about my Federal Lawsuit: https://www.youtube.com/watch?v=AaYb-f8ux4o

FENTON v. STORY (1:23-cv-1097) http://rico.jefffenton.com/discovery/
https://casetext.com/case/fenton-v-story
Fraud on the Court by Officers of the Court: Williamson County Chancery Court Docket #48419B

**SLAM the GAVEL Podcast Interview** from 8/4/2024 about my RICO Lawsuit with Authors Brian Vukadinovich and Maryann Petri: https://www.youtube.com/watch?v=plg5eEEnVuU

**Brian Vukadinovich** is the author of MOTION for JUSTICE (I Rest My Case), and Rogues in Black Robes (Destroying Lives and Committing Crimes with No True Accountability).

**Maryann Petri** is the author of RAISED BY THESE WOLVES (How Family and Federal Courts are Failing our Children), Dismantling Family Court Corruption (Why Taking the Kids Was Not Enough). Maryann is also the host of SLAM the GAVEL Podcast, focused on all family court topics, trauma, and healing.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**PLAINTIFF'S EXHIBIT Q**

JEFFREY RYAN FENTON,              )
                                  )
            Plaintiff,            )
                                  )
v.                                )          CASE NO.: 3:24-cv-01282
                                  )          JUDGE CAMPBELL
VIRGINIA LEE STORY, et al.,       )          MAGISTRATE JUDGE HOLMES
                                  )
            Defendants.           )

**EXPEDITED CONSIDERATION REQUESTED**

**JOINT MOTION TO REDACT PORTIONS OF FILED DOCUMENTS**

Pursuant to Local Rule 5.03, Plaintiff and Defendant Hon. Charles Walker (Judge Walker) request that portions of filed documents be redacted, and agree as follows:

1. Judge Walker is a federal bankruptcy judge. He has expressed privacy and safety concerns relating to his private address being publicly disclosed in filings in this action.

2. There is good cause to remove judge Walker's address from the filings in this action. Judge Walker's privacy and security interests outweigh the public's interest in this private information, and the details of his address are not relevant to the merits in this action. *See In re Knoxville News-Sentinel Co., Inc.*, 723 F.2d 470, 474 (6th Cir. 1983); *Malhan v. Grewal*, Civil Action No. 16-8495 (CCC), 2020 WL 6689753, at *2 (D. N.J. Nov. 13, 2020); *Scheffler v. City of New Hope*, Case No. 18-cv-1690 (SRN/LIB) 2018 WL 6012181, at *2 (D. Minn. Nov. 16, 2018) (recognizing that "Judges, in particular, have a critical need to maintain their privacy because of the possible threat posed by dissatisfied litigants. . . ."); *Concerned Pastors for Social Action v. Khouri,* Case No. 16-10277, 2016 WL 8261002, at *1 (E.D. Mich. Oct. 25, 2016) (finding that witnesses' home addresses were irrelevant to the merits of the action and ordering redactions).

3.   Redacting more than Judge Walker's address from the filings could have significant consequences, contrary to the interests of justice, which do not benefit the privacy interests mentioned, while potentially compromising the public's interest and ability to follow this lawsuit and understand how different elements and documents interact and relate with each other.

4.   It is therefore agreed that the redactions shall be limited to a maximum of one sentence per document, and that entire pages, sections, and documents shall not be redacted or sealed in the record related to this concern.

5.   It is further agreed that Judge Walker's name and state of domicile shall not be redacted or concealed in this lawsuit, but that his address number, street name, city, and zip code should be redacted by the Clerk of the Court, pursuant to this motion, for his privacy.

6.   It is critical to Plaintiff and hence agreed by the parties herein, that this motion not have a broader impact than specifically intended and as is minimalistically necessary to conceal Judge Walker's residential street address from the public.

7.   Accordingly, the Clerk of Court should redact the specific words in this lawsuit which contain or disclose Judge Walker's address number, street name, city, and zip code.

8.   These filings include ECF No. 16-1, PageID.2293; ECF No. 66, PageID.4874, and ECF No. 95-1, PageID.5252, 5254.

9.   The parties may not include Judge Walker's unredacted address in any future filings in this action.

Dated:  November 6, 2024

/s/ *Anica C. Jones*
Anica C. Jones
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
(615) 736-5151
Anica.Jones@usdoj.gov

**PLAINTIFF'S
EXHIBIT
Q-2**

Attorney for Defendant Charles Walker

Dated:  November 6, 2024

Jeffrey R. Fenton (pro se)
17195 Silver Parkway #150
Fenton, MI 84830
(615) 837-1300
contact@jefffenton.com
Plaintiff

PLAINTIFF'S
EXHIBIT
Q-3

 Outlook

## RE: Fenton v. Story - Joint Motion (attached)

**From** Jones, Anica (USATNM) <Anica.Jones@usdoj.gov>

**Date** Fri 11/8/2024 11:11 AM

**To**    Jeff Fenton

📎 2 attachments (335 KB)

DE 158 - Motion to Redact.pdf; DE 159 - Memo ISO Motion to Redact.pdf;

Good morning, Mr. Fenton, and thank you for your response. I filed the attached motion and memorandum late on Tuesday evening (before receiving your email below on Wednesday), so there is no longer a need to enter a joint stipulation. I appreciate your edits and the time you spent on this. However, I needed to move quickly given the circumstances.

**PLAINTIFF'S EXHIBIT**

**R**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PLAINTIFF'S
EXHIBIT

**S**

JEFFREY RYAN FENTON,          )
                              )
          Plaintiff,          )
                              )
v.                            )     CASE NO.: 3:24-cv-01282
                              )     JUDGE CAMPBELL
VIRGINIA LEE STORY, et al.,   )     MAGISTRATE JUDGE HOLMES
                              )
          Defendants.         )

**EMERGENCY MOTION**
**TO REDACT OR SEAL PORTIONS OF FILED DOCUMENTS**

Pursuant to Local Rule 5.03, Defendant Honorable Charles Walker (Judge Walker) requests that portions of filed documents be redacted or sealed, stating as follows:

1.      Judge Walker is a federal bankruptcy judge. He has expressed privacy and safety concerns relating to his private address being publicly disclosed in filings in this action.

2.      There is good cause to remove judge Walker's address from the filings in this action. Judge Walker's privacy and security interests outweigh the public's interest in this private information, and the details of his address are not relevant to the merits in this action. *See In re Knoxville News-Sentinel Co., Inc.*, 723 F.2d 470, 474 (6th Cir. 1983); *Malhan v. Grewal*, Civil Action No. 16-8495 (CCC), 2020 WL 6689753, at *2 (D. N.J. Nov. 13, 2020); *Scheffler v. City of New Hope*, Case No. 18-cv-1690 (SRN/LIB) 2018 WL 6012181, at *2 (D. Minn. Nov. 16, 2018) (recognizing that "Judges, in particular, have a critical need to maintain their privacy because of the possible threat posed by dissatisfied litigants. . . ."); *Concerned Pastors for Social Action v. Khouri,* Case No. 16-10277, 2016 WL 8261002, at *1 (E.D. Mich. Oct. 25, 2016) (finding that witnesses' home addresses were irrelevant to the merits of the action and ordering redactions).

1

3.     Accordingly, Defendant asks that the Clerk of Court redact from the ECF in this case any filings that include Judge Walker's private address or, alternatively, seal the specific pages containing the information.  These filings include ECF No. 16-1, PageID.2293; ECF No. 66, PageID.4874; and ECF No. 95-1, PageID.5252, 5254.

4.     Defendant further asks the Court to order Plaintiff to refrain from including Judge Walker's unredacted address in any future filings in this action.

5.     Pursuant to Local Rule 7.01, Defendant's counsel made attempts to consult with Plaintiff regarding this motion.  Defendant's counsel left Plaintiff a voicemail on October 31.  Emails were exchanged between Plaintiff and Defendant's counsel on November 1, 4, and 5.  Defendant's counsel left Plaintiff another voicemail on November 5.  At the time of this filing, Defendant's counsel has not secured Plaintiff's assent to filing this motion jointly.

For the reasons discussed above, Defendant's motion should be granted.

Respectfully submitted,

THOMAS J. JAWORSKI
Acting United States Attorney
Middle District of Tennessee

s/ Anica C. Jones
ANICA C. JONES, B.P.R. #025325
Assistant United States Attorney
United States Attorney's Office
719 Church Street, Suite 3300
Nashville, TN  37203
Telephone: (615) 736-5151
anica.jones@usdoj.gov

**PLAINTIFF'S EXHIBIT**

**S-2**

PLAINTIFF'S
EXHIBIT

T

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JEFFREY RYAN FENTON,                    )
                                        )
          Plaintiff,                    )
                                        )
v.                                      )      CASE NO.: 3:24-cv-01282
                                        )      JUDGE CAMPBELL
VIRGINIA LEE STORY, et al.,             )      MAGISTRATE JUDGE HOLMES
                                        )
          Defendants.                   )

**MEMORANDUM IN SUPPORT OF EMERGENCY MOTION
TO REDACT OR SEAL PORTIONS OF FILED DOCUMENTS**

Pursuant to Local Rule 5.03, Defendant Honorable Charles Walker (Judge Walker)

requests that portions of filed documents be redacted or sealed, stating as follows:

1.       Judge Walker is a federal bankruptcy judge. He has expressed privacy and safety

concerns relating to his private address being publicly disclosed in filings in this action.

2.       There is good cause to remove Judge Walker's address from the filings in this

action. Judge Walker's privacy and security interests outweigh the public's interest in this private

information, and the details of his address are not relevant to the merits in this action. *See In re

Knoxville News-Sentinel Co., Inc.*, 723 F.2d 470, 474 (6th Cir. 1983); *Malhan v. Grewal*, Civil

Action No. 16-8495 (CCC), 2020 WL 6689753, at *2 (D. N.J. Nov. 13, 2020); *Scheffler v. City of

New Hope*, Case No. 18-cv-1690 (SRN/LIB) 2018 WL 6012181, at *2 (D. Minn. Nov. 16, 2018)

(recognizing that "Judges, in particular, have a critical need to maintain their privacy because of

the possible threat posed by dissatisfied litigants. . . ."); *Concerned Pastors for Social Action v.

Khouri,* Case No. 16-10277, 2016 WL 8261002, at *1 (E.D. Mich. Oct. 25, 2016) (finding that

witnesses' home addresses were irrelevant to the merits of the action and ordering redactions).

3.      Accordingly, Defendant asks that the Clerk of Court redact from the ECF in this case any filings that include Judge Walker's private address or, alternatively, seal the specific pages containing the information.  These filings include ECF No. 16-1, PageID.2293; ECF No. 66, PageID.4874; and ECF No. 95-1, PageID.5252, 5254.

4.      Defendant further asks the Court to order Plaintiff to refrain from including Judge Walker's unredacted address in any future filings in this action.

5.      Pursuant to Local Rule 7.01, Defendant's counsel made attempts to consult with Plaintiff regarding this motion.  Defendant's counsel left Plaintiff a voicemail on October 31. Emails were exchanged between Plaintiff and Defendant's counsel on November 1, 4, and 5. Defendant's counsel left Plaintiff another voicemail on November 5.  At the time of this filing, Defendant's counsel has not secured Plaintiff's assent to filing this motion jointly.

For the foregoing reasons, Defendant requests that this motion be granted.

Respectfully submitted,

THOMAS J. JAWORSKI
Acting United States Attorney
Middle District of Tennessee

s/ Anica C. Jones
ANICA C. JONES, B.P.R. #025325
Assistant United States Attorney
United States Attorney's Office
719 Church Street, Suite 3300
Nashville, TN  37203
Telephone: (615) 736-5151
anica.jones@usdoj.gov

PLAINTIFF'S
EXHIBIT
T-2

2

 Outlook

## Re: Fenton v. Story - Joint Motion (attached)

**From** Jeff Fenton
**Date** Fri 11/8/2024 9:02 PM
**To**     Jones, Anica (USATNM) <Anica.Jones@usdoj.gov>

You sent me the wrong attachment, and once you sent me the correct document I got it back to you within 24 hours executed.

I regret wasting any time on this, since I must now appeal overly broad and burdensome nonsense, contrary to the interests of Justice, under the guise of redacting four words, which I find it hard to believe have ever been the real concern, considering the actions taken.

You've created weeks more work for me, while making it sound as if I failed or refused to cooperate.

There have been a lot of people involved in covering up the multiple felony crimes committed by the courts and counsel in the preceding matters, while many of them held offices of public trust, swearing to uphold the constitution of the United States of America, while behaving like outlaws.

I will be clarifying the efforts I made to work with you on this matter, along with the real concerns I voiced, and how you chose not to care about the real interests of Justice in this matter, to instead create more work for me while helping to hide the truth from the public.

Please don't contact me directly again, but take all matters before the court for both transparency and accountability.

Get Outlook for iOS



PLAINTIFF'S
EXHIBIT
**U**





PLAINTIFF'S
EXHIBIT

V

**Evidence Title:**

2024-10_redacted-pages-provided-to-court-for-walker.zip

DIGITAL
MEDIA
PDF

COMPUTER
DVD-ROM
FROM PC

**Case No. 3:24-cv-01282**
JEFFREY RYAN FENTON
v
VIRGINIA LEE STORY et al.

https://rico.jefffenton.com/evidence/2024-10_redacted-pages-provided-to-court-for-walker.zip

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

**JEFFREY RYAN FENTON,**
PLAINTIFF

v.

**VIRGINIA LEE STORY ET AL.,**
DEFENDANTS

**CASE NO. 3:24-cv-01282**

| EVIDENCE TITLE: | 2024-10_redacted-pages-provided-to-court-for-walker.zip |
|---|---|
| Internet URL: | https://rico.jefffenton.com/evidence/2024-10_redacted-pages-provided-to-court-for-walker.zip |
| RELATED DOC: | https://rico.jefffenton.com/evidence/2025-02-10_tn-motion-to-minimize-or-remove-redactions.pdf |
| ECF LOCATION: | |

**Description:** Redacted PDF's from ECF 16-1 (PID 2271-2323) W:2293; 66 (PID 4870-5007) W:4874; 90-2, W:5170; 90-4, W:5172; 95-1 (PID 5237-5258) W:5252, W:5254; 96, W:5263; 96-1, W:5273; 96-2, W:5293; 97, W:5300; 98, W:5326; 99, W:5335; 100, W:5352; 100-1, W:5362; 101, W:5383; 102, W:5467; 109, W:5582; 110, W:5592; 111, W:5607.

The pdf files on this disc are evidence in this federal civil rights, conspiracy, fraud, and racketeering lawsuit.


PLAINTIFF'S EXHIBIT V-2

Hash List

Created by using HashMyFiles

| Full Path | File Size | Modified Time | SHA-256 |
|---|---|---|---|
| W:\2024-10_redacted-pages-provided-to-court-for-walker\2024-10_redacted-pages-provided-to-court-for-walker-checksums.htm | 44,744 | 2/10/2025 7:15:47 AM | e99435377f913506b989818697f281c8e7b668042e30a031dee4aa9951c181acb |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\2024-10_redacted-pages-provided-to-court-for-walker-checksums.md5 | 103,145 | 2/10/2025 7:16:38 AM | 2771479956bac3d05464fadd86f33789dc78647cd5cf33df58791235208 7a896 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\2024-10_redacted-pages-provided-to-court-for-walker.zip | 143,995,650 | 2/10/2025 6:57:58 AM | 97a4bf1e1cb053097d0713ed72c0cf4297981fc234069 0a5982d10f8addf0337 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\Redaction Notes.txt | 769 | 2/10/2025 6:51:07 AM | c16fd3cc406932acc19dcdec3c81fe2b924be0783a50b24a6828fb961cbcda46 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 100\100 (redacted pages only).pdf | 233,194 | 11/23/2024 4:17:07 PM | d4a10ea60fc4ba9e2070b79d76c8348dca025531285a6fbd121ca8694a1744b9 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 100\100 (walkers page).pdf | 229,000 | 11/23/2024 5:56:19 PM | fb3dac628d2539062 2a322eca70a582c365abcff2b94f3e7a934fbe1768b45d5 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 100\100.pdf | 1,838,595 | 11/21/2024 7:29:14 PM | b1a0522bfa02165512ca5d4e674627ae94279dc1ddab4d05508 17dcc00c096e2 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 100\ecf-100.zip | 6,079,685 | 11/21/2024 7:41:58 PM | 348abac981b9eeb062bfdd01d4724f80820fa3b1d6cf2392fcd25511e9ac3d3 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 100-I\100-I (redacted pages only).pdf | 7,047,799 | 11/23/2024 4:46:03 PM | 747badddf9adfc4ffea010a5a0481e71d8002e9ccec5ee6c2181bbf4db1f8ed |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 100-I\100-I (walkers page).pdf | 729,269 | 11/23/2024 5:57:01 PM | 1c8f45df60b642f5adcb048505048 49a7cc7799b286e10b9bb4d6e8fec83c2d9 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 100-I\100-I.pdf | 4,554,956 | 11/21/2024 7:37:34 PM | 4c1cfdc986d143c9938af37c6fb993613ba6962e4849ab86f27ecb8cbb491f87 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 101\101 (redacted pages only).pdf | 224,236 | 11/23/2024 4:20:05 PM | 2915df92b5fc886600ade66627aff7d66695cca44e93e73a18c57d14f54697f |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 101\101 (walkers page).pdf | 220,068 | 11/23/2024 5:57:21 PM | e6dadad9ce04fa2e0130ca36275f0ebb0b968b153cd2a08cc31d5d10a0981b9a |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 101\101.pdf | 1,357,073 | 11/23/2024 7:46:56 PM | 273574fa70c864877969b91c592e970a890edb9acec8b8b8461a83e619c2bc7b |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 101\ecf-101.zip | 3,422,775 | 11/21/2024 7:48:50 PM | 4bdb547cdf85db192891B845cf076bc7d8662dbe5b827ad5cefcff7e2bcda039 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 102\102 (redacted pages only).pdf | 55,302 | 11/23/2024 4:21:56 PM | 9651814449171225793e29c86ef319cffdc8375449e1414371ffd0c6ac754e6f |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 102\102 (walkers page).pdf | 50,967 | 11/23/2024 5:57:37 PM | c71f4e588a1a5d9b46242c8670096539cd5ff96a1969a9915ac353bb43c14168 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 102\102.pdf | 2,124,029 | 11/23/2024 8:02:20 PM | 13cf8bfcc9cd3e7b135d6bf96d9a4e794d28cf9430fd5fb146d1B758d913ce2a |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 109\109 (redacted pages only).pdf | 41,263 | 11/23/2024 4:23:10 PM | 12fb1a9a441ccf8d7838e47aff479888ec11a3c4af73db525f2762396873a47fa |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 109\109 (walkers page).pdf | 37,102 | 11/23/2024 5:57:53 PM | 70a840e798bf952a46cdc2211a1f607079c412837c06b4dc58dd80520d18f2d27 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 109\109.pdf | 1,264,627 | 11/21/2024 8:05:37 PM | 7ebb23bbfd12e0fb90d1e8cd490841811783205477199180073d9abf912529 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 110\110 (redacted pages only).pdf | 46,235 | 11/23/2024 4:24:17 PM | e536b2d8000ca01231227997a52db05ef1247bbe844f9de158687 038fbb3 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 110\110 (walkers page).pdf | 42,079 | 11/23/2024 5:58:08 PM | 7c87f2a588dacd6c8783ced1c2b02ef79a13f14c07e98fa46a9384c38cd6ba64 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 110\110.pdf | 2,225,665 | 11/21/2024 8:08:43 PM | 3193c9fac4b4badbb2883bd3c186e58013a29b2b7e2d22aa034732bb8ba9b612 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 111\111 (redacted pages only).pdf | 44,159 | 11/23/2024 4:25:27 PM | 0d5c94bddbdc4fcf2f70dd650cecfe7d8b8fc81ea7a9094182742dd7aac0e5f7 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 111\111 (walkers page).pdf | 40,004 | 11/23/2024 5:58:23 PM | 28dbfdf702073084fdbb4c536c54d28ca46b6ec1c36be39dda4cd80cfcb0628 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 111\111.pdf | 3,934,141 | 11/21/2024 8:12:23 PM | 424446e6b0cc447b168afd547cbe92f0f9dde31e0814eb34895bf6408408 5bea |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 16-I\16-I (redacted pages only).pdf | 3,721,911 | 11/23/2024 1:57:25 PM | bc64cc2293f9fa06fbb40e3cda994640b2d1ed0d2ce04f56f9113d5f78b3fccb |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 16-I\16-I (walkers page).pdf | 258,899 | 11/23/2024 5:49:57 PM | c2ed3247e4c51fa8ccf4c6fa8bcb5e653696ceb7d5595376a782457afbb8831 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 16-I\16-I.pdf | 4,221,344 | 11/13/2024 7:12:04 AM | 711a20c4f3f514caa7d993e03a0dd563799ca6dc7e7ff02547445d909fc94b14 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 16-I\ecf-16.zip | 4,117,956 | 11/13/2024 7:19:36 AM | 100c6709cdc1a4c14ab5e44b1eec71f9b67336f9a3596e02a3913919dd7d0272 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 60\66 (redacted pages only).pdf | 1,200,240 | 11/23/2024 1:12:44 PM | e72f5b922ec6e842519c17127fb52bfc61e845a83399fca3e6ece2b44f85f20 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 66\66 (walkers page).pdf | 992,171 | 11/23/2024 5:51:23 PM | 21463fbba7248a58bfbda7338f9d221c05e48a97286acfa9b64157bd17594bb |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 66\66.pdf | 5,359,964 | 11/13/2024 6:26:17 AM | 72595da3e4e6d2bd74465634 1c6e73b39340259a7030b9d94f8a05c91156a06 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 66\ecf-66.zip | 7,406,353 | 11/13/2024 6:35:18 AM | b08c953cf678dfb38e1bc8ca41a0f49123d185c65ba8c9113fc16ad2898fce63 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 90-2\90-2 (redacted pages only).pdf | 803,910 | 11/23/2024 4:05:15 PM | c6be3d9682cd8c2c1fc9fd00f49ab5b2e2bf0091be6195f76b85ad3c9b9a9d7e |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 90-2\90-2 (walkers page).pdf | 794,145 | 11/23/2024 5:52:01 PM | 198b63721570 0c7e0af81be43cb61bcf05341ba2340a7a8cd50c8f3794280c |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 90-2\90-2.pdf | 406,688 | 11/21/2024 4:57:10 PM | cd9e5497e9c8a6f7a52d35816e5b01ce18f15031339d409e128ea8f0296ac |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 90-4\90-4 (redacted pages only).pdf | 914,504 | 11/23/2024 4:10:11 PM | c96179d6a09ee4ac287939a76341d414f5f1ebd3b1d06e1d9833b14b02a5d6c5 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 90-4\90-4 (walkers page).pdf | 899,357 | 11/23/2024 5:52:29 PM | 9f3ddbf421567656605 1283c87bc06b39afec13d13194f9d525760b947e0756cd |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 90-4\90-4.pdf | 458,478 | 11/21/2024 4:49:55 PM | 1eed208cf5be5b517d2dd64f0caaf2b2c524ff03bb641401 2f0bbcc19b15d94c |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 90-4\ecf-90.zip | 6,133,305 | 11/21/2024 5:04:18 PM | dc42ce2ce30d7429dd0b372fc4601326ab87e30dc883238b51d6b3e37f1738bd |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 95-1\95-1 (redacted pages only).pdf | 1,822,112 | 11/23/2024 1:25:25 PM | 97dfb12539ea04619c623b486f167e3a9cadd0366d33b51ea1da5a8db38982c |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 95-1\95-1 (walkers page).pdf | 1,372,717 | 11/23/2024 5:53:18 PM | fcc80a9c4250e227ca4e615763f8155171 3a9ce9acd642b4b39d84ce52de7621 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 95-1\95-1.pdf | 6,158,044 | 11/21/2024 5:14:29 PM | f1bb6d1c907acb513da130f99c74a73251c5bee3d703574d1d6cb89722 9a484b |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 95-1\ecf-95.zip | 10,870,816 | 11/21/2024 5:20:04 PM | c36dfdba8a171ac85e49f73eed2bc6e106acc465b25b419d07d0538b7bd6f60a4 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 96\96 (redacted pages only).pdf | 42,628 | 11/23/2024 4:11:40 PM | 28789fedd8f0957ec568cb52dacef983cae09818a24001848860993481f3dc41 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 96\96 (walkers page).pdf | 38,487 | 11/23/2024 5:53:43 PM | 6cd0d7750450322f6fc2d2c3d891b701fcb3878d9ba2e430f6b50400369542 1f |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 96\96.pdf | 1,029,780 | 11/21/2024 4:38:02 PM | 03002bd4f85fe70f2e3c78abb2ec1d9a6ca991a7334595887 1e6a0f34fb0fcf9 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 96\ecf-96.zip | 12,867,043 | 11/21/2024 5:25:59 PM | 9792f2c6aa4f0f7327f823493586cab3cc0fbc06da00f279df0bf2f55a1aa244 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 96-1\96-1 (redacted pages only).pdf | 10,551,251 | 11/23/2024 1:22:52 PM | a9cfc53ab97805fb63c554d81e62f755a3d0cd439b2cf8268c93ddca42c7bd8f |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 96-1\96-1 (walkers page).pdf | 953,046 | 11/23/2024 5:54:37 PM | 824a9bbd3414fae6941 4fa2df05e31ba72f0b003b5124ata44db1d3f37d3 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 96-1\96-1.pdf | 8,584,738 | 11/21/2024 5:23:27 PM | 6db4a4253108455851367df2b9aa2bd0064c37e832253c8cc340acf9b20ab320 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 96-2\96-2 (redacted pages only).pdf | 685,252 | 11/23/2024 1:35:10 PM | cfebb217a14cf8c0a4a84d32c2d9dba6765ba503cc49352c2891f5da59c160f5 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 96-2\96-2 (walkers page).pdf | 675,108 | 11/23/2024 5:55:16 PM | b7be1e52dcca231389804c0e30693466c018dc2f63511301 5c8c82f24cd1cbf03 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 96-2\96-2.pdf | 5,353,621 | 11/21/2024 4:59:34 PM | 1f34c93eacc7e884b394cf35e09f0be9c3aebe08bfb3ba5354597ff6c6454b4 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 97\97 (redacted pages only).pdf | 43,141 | 11/23/2024 3:18:55 PM | f88b0cf047977d563ae13b705e52fd6c9709015801 fd203300f561fc2ec4b30d |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 97\97 (walkers page).pdf | 38,997 | 11/23/2024 5:55:32 PM | 684e3b21c28a6c25e3e7eed1edc2358924e0fbf09284a6252a03cf968e2e7e379 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 97\97.pdf | 1,371,751 | 11/21/2024 7:53:27 PM | 9aecc8cc04ccddc68a4e67ec05168fc766f4f6e129e9f899db32f5998bfd44b |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 98\98 (redacted pages only).pdf | 39,228 | 11/23/2024 1:33:47 PM | e2691964c5fc4fcfc0abbc70c9c0f3fd458ec1c097b8cc73e24a78cda6af51 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 98\98 (walkers page).pdf | 34,804 | 11/23/2024 5:55:46 PM | f7ad5fc569a39778fa331b7906d21a1ab144dca99f21aa583fe9cddbc822b649 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 98\98.pdf | 6,651,872 | 11/21/2024 7:57:52 PM | 473fce043e469ac23f77e223bb2ad5322b4465d50d20809807 33441a0eaff |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 99\99 (redacted pages only).pdf | 237,604 | 11/23/2024 4:15:42 PM | 3bd656925e766609b7044a620fc4d0ff1b2d078c3f0fa9fc3810a1a9e9fb0d9e |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 99\99 (walkers page).pdf | 228,684 | 11/23/2024 5:56:00 PM | 807fe48d18433fc89141bfc9342db3cf126d5108d6d652e0c0231581b56d1bb5 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 99\99.pdf | 1,323,271 | 11/23/2024 5:31:26 PM | 52dde07d7f5f81fd6b2ac712da7c595586178d4120c2ed7ee8ee4cef9afe6b7 |
| W:\2024-10_redacted-pages-provided-to-court-for-walker\ECF 99\ecf-99.zip | 3,335,177 | 11/23/2024 5:34:03 PM | e2f3ebccb365afa72a7008568011724bfd05934d03dd8117e4f4295561be39ba |