AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Michigan ☑

)
)
)   RECEIVED
)   FEB 2 6 2025
)   US DISTRICT COURT
)   MID DIST TENN
)
)

JEFFREY RYAN FENTON

_____
*Plaintiff(s)*
v.                                    Civil Action No. 1:23-cv-1097

VIRGINIA LEE STORY et al.,

_____
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Virginia Lee Story
███████████████
Franklin, TN 37069

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____1 / 2 / 2024_____          _____
                                              *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan ▾

|  |  |
|---|---|
| JEFFREY RYAN FENTON | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| _Plaintiff(s)_ | |
| v. | Civil Action No. 1:23-cv-1097 |
| VIRGINIA LEE STORY et al., | |
| _Defendant(s)_ | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Virginia Lee Story

Franklin, TN 37069

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _1 / 2 / 2024_

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Michigan ☑

| | |
|---|---|
| JEFFREY RYAN FENTON<br><br>*Plaintiff(s)*<br>v.<br><br>VIRGINIA LEE STORY et al.,<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:23-cv-1097

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kathryn Lynn Yarbrough
▉▉▉▉▉▉▉▉▉▉
Thompsons Station, TN 37179

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____1 / 2 / 2024_____

_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
### for the
#### Western District of Michigan ☑

)
)
)
)
**JEFFREY RYAN FENTON** )
_____ )
*Plaintiff(s)* )
v. ) Civil Action No. 1:23-cv-1097
)
)
**VIRGINIA LEE STORY et al.,** )
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kathryn Lynn Yarbrough
█████████████████
Thompsons Station, TN 37179

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____1 / 2 / 2024_____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Michigan ☑

|  |  |
|---|---|
| JEFFREY RYAN FENTON | ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )   Civil Action No. 1:23-cv-1097 |
|  | ) ) ) |
| VIRGINIA LEE STORY et al., | ) ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Michael Weimar Binkley
███████████████████
Franklin, TN 37069

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____1 / 2 / 2024_____          _____
                                                        *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

### for the

### Western District of Michigan  ▼

|  |  |
|---|---|
| JEFFREY RYAN FENTON _____ *Plaintiff(s)* v. _____ VIRGINIA LEE STORY et al., _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:23-cv-1097 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Michael Weimar Binkley

Franklin, TN 37069

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____1 / 2 / 2024_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan  ▼

| | )
|---|---|
| JEFFREY RYAN FENTON | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. 1:23-cv-1097 |
| | ) |
| | ) |
| VIRGINIA LEE STORY et al., | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Elaine Beaty Beeler

████████████████

Franklin, TN 37064

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____1 / 2 / 2024_____

_____
_Signature of Clerk or Deputy Clerk_

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan ☑

|  |  |
|---|---|
| JEFFREY RYAN FENTON | ) ) ) ) ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. 1:23-cv-1097 |
|  | ) ) ) |
| VIRGINIA LEE STORY et al., | ) ) ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Elaine Beaty Beeler
▬▬▬▬▬▬▬▬▬▬
Franklin, TN 37064

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____1 / 2 / 2024_____          _____
                                        _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan  ▼

JEFFREY RYAN FENTON

_Plaintiff(s)_

v.

VIRGINIA LEE STORY et al.,

_Defendant(s)_

Civil Action No. 1:23-cv-1097

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Sara Rebecca Baxter

███████████████

White, GA 30184

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:  _____1 / 2 / 2024_____

_____
_Signature of Clerk or Deputy Clerk_

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan  ▾

|  |  |  |
|---|---|---|
| JEFFREY RYAN FENTON | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:23-cv-1097 |
| | ) | |
| VIRGINIA LEE STORY et al., | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sara Rebecca Baxter

████████████████

White, GA 30184

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Jeffrey Fenton
> 17195 Silver Parkway #150
> Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____1 / 2 / 2024_____          _____
                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Western District of Michigan ▼

|  |  |
|---|---|
| JEFFREY RYAN FENTON | ) ) ) ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. 1:23-cv-1097 |
|  | ) ) ) |
| VIRGINIA LEE STORY et al., | ) ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Mary Elizabeth Maney Ausbrooks

White House, TN 37188

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
> Jeffrey Fenton
> 17195 Silver Parkway #150
> Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____1 / 2 / 2024_____       _____
                                          _Signature of Clerk or Deputy Clerk_

# UNITED STATES DISTRICT COURT

### for the

### Western District of Michigan  ▼

|  |  |
|---|---|
| JEFFREY RYAN FENTON | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. 1:23-cv-1097 |
| | ) ) ) |
| VIRGINIA LEE STORY et al., | ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mary Elizabeth Maney Ausbrooks

███████████

White House, TN 37188

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Jeffrey Fenton
> 17195 Silver Parkway #150
> Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____1 / 2 / 2024_____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Western District of Michigan ▾

)
)
)
| JEFFREY RYAN FENTON | )
| --- | --- |
| | )
| *Plaintiff(s)* | )
| v. | ) Civil Action No. 1:23-cv-1097
| | )
| | )
| VIRGINIA LEE STORY et al., | )
| | )
| *Defendant(s)* | )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Alexander Sergey Koval
████████████████████
Nashville, TN 37211

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____1 / 2 / 2024_____          _____
                                                        *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

### for the

### Western District of Michigan ▼

| | |
|---|---|
| JEFFREY RYAN FENTON | ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:23-cv-1097 |
| | ) |
| | ) |
| VIRGINIA LEE STORY et al., | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Alexander Sergey Koval

███████████████████

Nashville, TN 37211

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Jeffrey Fenton
> 17195 Silver Parkway #150
> Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____ 1 / 2 / 2024 _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Michigan ☑

|  |  |
|---|---|
| JEFFREY RYAN FENTON<br>_____<br>*Plaintiff(s)*<br>v.<br><br>VIRGINIA LEE STORY et al.,<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:23-cv-1097

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Henry Edward Hildebrand III

Nashville, TN 37205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____1 / 2 / 2024_____                    _____
                                                                            *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
### for the
Western District of Michigan  ☑

|  |  |
|---|---|
| JEFFREY RYAN FENTON<br>_____<br>*Plaintiff(s)*<br>v.<br><br>VIRGINIA LEE STORY et al.,<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:23-cv-1097<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Henry Edward Hildebrand III

▬▬▬▬▬▬▬▬▬

Nashville, TN 37205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____1 / 2 / 2024_____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Michigan   ▾

|  |  |
|---|---|
| JEFFREY RYAN FENTON | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) )  Civil Action No. 1:23-cv-1097 |
|  | ) ) |
| VIRGINIA LEE STORY et al., | ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Charles M. Walker

▮▮▮▮▮▮▮▮▮▮▮

Nashville, TN 37215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____1 / 2 / 2024_____          _____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan  ▼

|  | ) |  |
|---|---|---|
|  | ) |  |
| **JEFFREY RYAN FENTON** | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:23-cv-1097 |
| | ) | |
| | ) | |
| **VIRGINIA LEE STORY et al.,** | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Charles M. Walker

Nashville, TN 37215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____1 / 2 / 2024_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan ☑

|  |  |  |
|---|---|---|
| JEFFREY RYAN FENTON | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 1:23-cv-1097 |
| | ) ) | |
| VIRGINIA LEE STORY et al., | ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Thomas Earl Eugene Anderson

████████████
Nashville, TN  37206


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Jeffrey Fenton
> 17195 Silver Parkway #150
> Fenton, MI 48430


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____1 / 2 / 2024_____          _____

                                                                    *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
## for the
### Western District of Michigan ☑

)
)
)
)
JEFFREY RYAN FENTON )
_____ )
*Plaintiff(s)* )
v. ) Civil Action No. 1:23-cv-1097
)
)
VIRGINIA LEE STORY et al., )
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Thomas Earl Eugene Anderson

█████████████

Nashville, TN 37206

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
       Jeffrey Fenton
       17195 Silver Parkway #150
       Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____1 / 2 / 2024_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan ☑

|  |  |
|---|---|
| JEFFREY RYAN FENTON | ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:23-cv-1097 |
|  | ) ) ) |
| VIRGINIA LEE STORY et al., | ) ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Roy Patrick Martin
▬▬▬▬▬▬▬▬▬▬▬▬
College Grove, TN 37046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____1 / 2 / 2024_____        _____
                                            *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

### for the

Western District of Michigan  ▼

|  |  |
|---|---|
| JEFFREY RYAN FENTON | ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:23-cv-1097 |
|  | ) |
| VIRGINIA LEE STORY et al., | ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Roy Patrick Marlin ███████████████

College Grove, TN 37046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____1 / 2 / 2024_____ _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Western District of Michigan ▼

)
)
JEFFREY RYAN FENTON )
―――――――――――――――― )
*Plaintiff(s)* )
v. ) Civil Action No. 1:23-cv-1097
)
)
VIRGINIA LEE STORY et al., )
―――――――――――――――― )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Samuel Forrest Anderson
▉▉▉▉▉▉▉▉▉▉▉
Nashville, TN 37215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____1 / 2 / 2024_____            ――――――――――――――――――――――
                                              *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
### for the
### Western District of Michigan ☑

|  |  |
|---|---|
| JEFFREY RYAN FENTON | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. 1:23-cv-1097 ) ) |
| VIRGINIA LEE STORY et al., | ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Samuel Forrest Anderson

Nashville, TN 37215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____1 / 2 / 2024_____         _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Western District of Michigan  ▼

|  |  |  |
|---|---|---|
| JEFFREY RYAN FENTON | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) ) | Civil Action No. 1:23-cv-1097 |
| VIRGINIA LEE STORY et al., | ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  William Neal McBrayer

▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Brentwood, TN 37027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____1 / 2 / 2024_____

_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan ▾

|  |  |
|---|---|
| JEFFREY RYAN FENTON _____ *Plaintiff(s)* v. VIRGINIA LEE STORY et al., _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:23-cv-1097 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* William Neal McBrayer

Brentwood, TN 37027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____1 / 2 / 2024_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Western District of Michigan    ▼

)
)
)
)
JEFFREY RYAN FENTON )
)
_____ )
*Plaintiff(s)* )
v. )    Civil Action No. 1:23-cv-1097
)
)
)
VIRGINIA LEE STORY et al., )
)
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Andy Dwane Bennett

████████████████

Hermitage, TN 37076

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____1 / 2 / 2024_____    _____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
### for the
### Western District of Michigan  ☑

<table>
<tr><td>

JEFFREY RYAN FENTON

_____
*Plaintiff(s)*

v.

VIRGINIA LEE STORY et al.,

_____
*Defendant(s)*
</td><td>

)
)
)
)
)
)
)
)
)
)
)
)
</td><td>

Civil Action No. 1:23-cv-1097
</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Andy Dwane Bennett

█████████████████

Hermitage, TN 37076

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Jeffrey Fenton
> 17195 Silver Parkway #150
> Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____ 1 / 2 / 2024 _____          _____
                                           *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Michigan  ▾

|  |  |
|---|---|
| JEFFREY RYAN FENTON<br>_____<br>*Plaintiff(s)*<br>v.<br><br>VIRGINIA LEE STORY et al.,<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:23-cv-1097<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Frank Goad Clement Jr.

▮▮▮▮▮▮▮▮▮▮
Nashville, TN 37205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____1 / 2 / 2024_____

_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

### for the

### Western District of Michigan ▼

|  |  |
|---|---|
| JEFFREY RYAN FENTON _____ *Plaintiff(s)* v. _____ VIRGINIA LEE STORY et al., _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:23-cv-1097 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Frank Goad Clement Jr.

▆▆▆▆▆▆▆▆▆▆▆▆

Nashville, TN 37205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Jeffrey Fenton
> 17195 Silver Parkway #150
> Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____1 / 2 / 2024_____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan ☑

|   |   |
|---|---|
| JEFFREY RYAN FENTON <br> ──────────────────── <br> *Plaintiff(s)* <br> v. <br> <br> VIRGINIA LEE STORY et al., <br> ──────────────────── <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 1:23-cv-1097 <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  James Michael Hivner

████████████████████

Bartlett, TN 38133

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

         Jeffrey Fenton
         17195 Silver Parkway #150
         Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____1 / 2 / 2024_____

            _____
                 *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

### for the

Western District of Michigan ☑

)
)
)
)
JEFFREY RYAN FENTON )
_____ )
*Plaintiff(s)* )
v. ) Civil Action No. 1:23-cv-1097
)
)
)
VIRGINIA LEE STORY et al., )
_____ )
*Defendant(s)* )

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   James Michael Hivner

█████████████████

Bartlett, TN 38133

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____1 / 2 / 2024_____        _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Michigan    ▼

|  |  |  |
|---|---|---|
| **JEFFREY RYAN FENTON** | ) ) ) ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 1:23-cv-1097 |
| | ) ) | |
| **VIRGINIA LEE STORY et al.,** | ) ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   John Brandon Coke
████████████████████
Nashville, TN 37211

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   _____1 / 2 / 2024_____                    _____
                                                  *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
### for the
### Western District of Michigan ☑

|  |  |
|---|---|
| JEFFREY RYAN FENTON | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | )     Civil Action No. 1:23-cv-1097 |
|  | ) ) ) |
| VIRGINIA LEE STORY et al., | ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* John Brandon Coke

█████████████████
Nashville, TN 37211

A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                            Jeffrey Fenton
                            17195 Silver Parkway #150
                            Fenton, MI 48430

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                       *CLERK OF COURT*

Date: _____ 1 / 2 / 2024 _____                     _____
                                       *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Michigan   ▾

|  |  |
|---|---|
| JEFFREY RYAN FENTON<br>_____<br>*Plaintiff(s)*<br>v.<br>_____<br>VIRGINIA LEE STORY et al.,<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)     Civil Action No. 1:23-cv-1097<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sandra Jane Leach Garrett

██████████████████

Brentwood, TN 37027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
          Jeffrey Fenton
          17195 Silver Parkway #150
          Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____ 1 / 2 / 2024 _____          _____
                                                          *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
### for the

Western District of Michigan  ▼

|  |  |
|---|---|
| JEFFREY RYAN FENTON | ) ) ) ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. 1:23-cv-1097 |
|  | ) ) ) |
| VIRGINIA LEE STORY et al., | ) ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Sandra Jane Leach Garrett

███████████████

Brentwood, TN 37027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____1 / 2 / 2024_____      _____
_Signature of Clerk or Deputy Clerk_

## I.   JURISDICTION AND VENUE

"[T]he traditional justification for diversity jurisdiction is to minimize potential bias against out-of-state parties." *Firstar Bank, N.A. v. Faul*, 253 F.3d 982, 991 (7th Cir. 2001) (citing *Guar. Trust Co. of N.Y. v. York*, 326 U.S. 99, 111 (1945); *Bagdon v. Bridgestone/Firestone, Inc.*, 916 F.2d 379, 382 (7th Cir.1990)). Diversity jurisdiction is meant to "open[] the federal courts' doors to those who might otherwise suffer from local prejudice against out-of-state parties." *Hertz Corp. v. Friend*, 130 S. Ct. 1181 (2010) (citations omitted) (reversing district court's finding that jurisdiction was lacking). The facts and evidence clearly show that Plaintiff has suffered prejudice on many occasions in the Chancery Court for Williamson County Tennessee—and in the United States Bankruptcy Court Middle District of Tennessee (hereinafter "bankruptcy court").

The district court has subject matter jurisdiction pursuant to 28 U.S. Code § 1332 since litigants are citizens of different states and the matter in controversy exceeds the sum or value of $75,000, and pursuant to 18 U.S. Code § 1964 because counts 9 and 10 involve RICO, and pursuant to 28 U.S. Code § 1331 because counts 11 through 14 involve other federal laws/constitutional issues. Litigants in this matter are residents of at least two different states.

## II.   PARTIES

**Plaintiff:**

- **Jeffrey Ryan Fenton** is a U.S. citizen residing and domiciled in Genesee County, Michigan, with an address of 17195 Silver Parkway #150, Fenton, MI 48430-3426.

**Defendants:**

- **Virginia Lee Story** (BPR# 011700) is believed to be a U.S. citizen residing and domiciled at ███████████████ TN 37069███
- **Michael Weimar Binkley** (BPR# 005930) is believed to be a U.S. citizen residing and domiciled at ███████████ TN 37069███
- **Kathryn Lynn Yarbrough** (BPR# 032789) is believed to be a U.S. citizen residing and domiciled at ███████████████████ TN 37179███

Page 4 of 138

Initials: _____

## I.    JURISDICTION AND VENUE

"[T]he traditional justification for diversity jurisdiction is to minimize potential bias against out-of-state parties." *Firstar Bank, N.A. v. Faul*, 253 F.3d 982, 991 (7th Cir. 2001) (citing *Guar. Trust Co. of N.Y. v. York*, 326 U.S. 99, 111 (1945); *Bagdon v. Bridgestone/Firestone, Inc.*, 916 F.2d 379, 382 (7th Cir.1990)).  Diversity jurisdiction is meant to "open[] the federal courts' doors to those who might otherwise suffer from local prejudice against out-of-state parties." *Hertz Corp. v. Friend*, 130 S. Ct. 1181 (2010) (citations omitted) (reversing district court's finding that jurisdiction was lacking).  The facts and evidence clearly show that Plaintiff has suffered prejudice on many occasions in the Chancery Court for Williamson County Tennessee—and in the United States Bankruptcy Court Middle District of Tennessee (hereinafter "bankruptcy court").

The district court has subject matter jurisdiction pursuant to 28 U.S. Code § 1332 since litigants are citizens of different states and the matter in controversy exceeds the sum or value of $75,000, and pursuant to 18 U.S. Code § 1964 because counts 9 and 10 involve RICO, and pursuant to 28 U.S. Code § 1331 because counts 11 through 14 involve other federal laws/constitutional issues.  Litigants in this matter are residents of at least two different states.

## II.    PARTIES

**Plaintiff:**

- **Jeffrey Ryan Fenton** is a U.S. citizen residing and domiciled in Genesee County, Michigan, with an address of 17195 Silver Parkway #150, Fenton, MI 48430-3426.

**Defendants:**

- **Virginia Lee Story** (BPR# 011700) is believed to be a U.S. citizen residing and domiciled at ████████████████ TN 37069████
- **Michael Weimar Binkley** (BPR# 005930) is believed to be a U.S. citizen residing and domiciled at ████████████ TN 37069████
- **Kathryn Lynn Yarbrough** (BPR# 032789) is believed to be a U.S. citizen residing and domiciled at ████████████████████ TN 37179████

- **Elaine Beaty Beeler (BPR# 016583)** is believed to be a U.S. citizen residing and domiciled at ███████████ TN 37064███
- **Mary Elizabeth Maney Ausbrooks (BPR# 018097)** is believed to be a U.S. citizen residing and domiciled at ███████████████ TN 37188███
- **Alexander Sergey Koval (BPR# 029541)** is believed to be a U.S. citizen residing and domiciled at ███████████████ TN 37211███
- **Henry Edward Hildebrand III (BPR# 032168)** is believed to be a U.S. citizen residing and domiciled at ███████████████ TN 37205███
- **Charles M. Walker (BPR# 019884)** is believed to be a U.S. citizen residing and domiciled at ███████████████ TN 37215███
- **Thomas Earl Eugene Anderson** is believed to be a U.S. citizen residing and domiciled at ███████████████ TN 37206███
- **Roy Patrick Marlin** is believed to be a U.S. citizen residing and domiciled at ███ ███████████████ TN 37046███
- **Samuel Forrest Anderson (BPR# 017022)** is believed to be a U.S. citizen residing and domiciled at ███████████ TN 37215███
- **James Michael Hivner (BPR# 020405)** is believed to be a U.S. citizen residing and domiciled at ███████████ TN 38133███
- **John Brandon Coke (BPR# 029107)** is believed to be a U.S. citizen residing and domiciled at ███████████ TN 37211███
- **Sandra Jane Leach Garrett (BPR# 013863)** is believed to be a U.S. citizen residing and domiciled at ███████████████ TN 37027███
- **Frank Goad Clement Jr. (BPR# 006619)** is believed to be a U.S. citizen residing and domiciled at ███████████ TN 37205███
- **Andy Dwane Bennett (BPR# 009894)** is believed to be a U.S. citizen residing and domiciled at ███████████████ TN 37076███
- **William Neal McBrayer (BPR# 013879)** is believed to be a U.S. citizen residing and domiciled at ███████████████ TN 37027███
- **Story and Abernathy, PLLP** is a law firm located at 136 4th Avenue South, Franklin, TN 37064 (hereinafter "SA").
- **Rothschild & Ausbrooks, PLLC** is a law firm located at 110 Glancy Street, Suite 109, Goodlettsville, TN 37072 (hereinafter "R&A").
- **Bankers Title & Escrow Corporation** is a closing and title insurance company located at 3310 West End Avenue, Suite 540, Nashville, TN 37203 (hereinafter "BT&EC").
- **Hostettler, Neuhoff & Davis, LLC** is a real estate brokerage and auction company located at 421 East Iris Drive, Suite 300, Nashville, TN 37204-3140. (hereinafter "HN&D").
- **McArthur Sanders Real Estate** is a real estate brokerage located at 203 North Royal Oaks Boulevard, Franklin, TN 37067-3012 (hereinafter "MSRE").
- **Spragins, Bartnett, & Cobb, PLCNS** is a law firm located at 312 East Lafayette, Jackson, TN 38301-6220 (hereinafter "SB&C").
- **Rubin Lublin TN, PLLC** is a law firm located at 1661 International Drive, Suite 400, Memphis, TN 38301-6220 (hereinafter "RLTN").
- **Bank of America Corporation** is a financial institution located at 4909 Savarese Circle, Tampa, FL 33634-2413 (hereinafter "BOA").

- **Elaine Beaty Beeler** (BPR# 016583) is believed to be a U.S. citizen residing and domiciled at ███████████ TN 37064███
- **Mary Elizabeth Maney Ausbrooks** (BPR# 018097) is believed to be a U.S. citizen residing and domiciled at ███████████████ TN 37188███
- **Alexander Sergey Koval** (BPR# 029541) is believed to be a U.S. citizen residing and domiciled at ███████████ TN 37211███
- **Henry Edward Hildebrand III** (BPR# 032168) is believed to be a U.S. citizen residing and domiciled at ███████████ TN 37205███
- **Charles M. Walker** (BPR# 019884) is believed to be a U.S. citizen residing and domiciled at ███████████ TN 37215███
- **Thomas Earl Eugene Anderson** is believed to be a U.S. citizen residing and domiciled at ███████████ TN 37206███
- **Roy Patrick Marlin** is believed to be a U.S. citizen residing and domiciled at ███ ███████████ TN 37046███
- **Samuel Forrest Anderson** (BPR# 017022) is believed to be a U.S. citizen residing and domiciled at ███████████ TN 37215███
- **James Michael Hivner** (BPR# 020405) is believed to be a U.S. citizen residing and domiciled at ███████████ TN 38133███
- **John Brandon Coke** (BPR# 029107) is believed to be a U.S. citizen residing and domiciled at ███████████ TN 37211███
- **Sandra Jane Leach Garrett** (BPR# 013863) is believed to be a U.S. citizen residing and domiciled at ███████████ TN 37027███
- **Frank Goad Clement Jr.** (BPR# 006619) is believed to be a U.S. citizen residing and domiciled at ███████████ TN 37205███
- **Andy Dwane Bennett** (BPR# 009894) is believed to be a U.S. citizen residing and domiciled at ███████████ TN 37076███
- **William Neal McBrayer** (BPR# 013879) is believed to be a U.S. citizen residing and domiciled at ███████████ TN 37027███
- **Story and Abernathy, PLLP** is a law firm located at 136 4th Avenue South, Franklin, TN 37064 (hereinafter "SA").
- **Rothschild & Ausbrooks, PLLC** is a law firm located at 110 Glancy Street, Suite 109, Goodlettsville, TN 37072 (hereinafter "R&A").
- **Bankers Title & Escrow Corporation** is a closing and title insurance company located at 3310 West End Avenue, Suite 540, Nashville, TN 37203 (hereinafter "BT&EC").
- **Hostettler, Neuhoff & Davis, LLC** is a real estate brokerage and auction company located at 421 East Iris Drive, Suite 300, Nashville, TN 37204-3140. (hereinafter "HN&D").
- **McArthur Sanders Real Estate** is a real estate brokerage located at 203 North Royal Oaks Boulevard, Franklin, TN 37067-3012 (hereinafter "MSRE").
- **Spragins, Bartnett, & Cobb, PLCNS** is a law firm located at 312 East Lafayette, Jackson, TN 38301-6220 (hereinafter "SB&C").
- **Rubin Lublin TN, PLLC** is a law firm located at 1661 International Drive, Suite 400, Memphis, TN 38301-6220 (hereinafter "RLTN").
- **Bank of America Corporation** is a financial institution located at 4909 Savarese Circle, Tampa, FL 33634-2413 (hereinafter "BOA").



▮▮▮▮▮▮▮▮▮ MA.

- **Michael Welmar Binkley** is believed to be a U.S. citizen residing and domiciled at ▮▮▮▮▮ ▮▮▮▮▮ MA.
- **Kathryn Lynn Yarbrough** is believed to be a U.S. citizen residing and domiciled at ▮▮▮▮▮ ▮▮▮▮▮ MA.
- **Elaine Beaty Beeler** is believed to be a U.S. citizen residing and domiciled at ▮▮▮▮▮ ▮▮▮▮▮ MA.
- **Sara B. McKinney,**
- **Mary Elizabeth Maney Ausbrooks** is believed to be a U.S. citizen residing and domiciled at ▮▮▮▮▮ TN.
- **Alexander Sergey Koval** is believed to be a U.S. citizen residing and domiciled at ▮▮▮▮▮ ▮▮▮▮▮ TN.
- **Henry Edward Hildebrand III** is believed to be a U.S. citizen residing and domiciled in Tennessee, with an address of P.O. Box 340019, Nashville, TN 37203-0019.
- **Roy Patrick Marlin** is believed to be a U.S. citizen residing and domiciled at ▮▮▮▮▮ ▮▮▮▮▮ TN.
- **Charles M. Walker** is believed to be a U.S. citizen residing and domiciled in Tennessee.
- **Thomas E. Anderson** is believed to be a U.S. citizen residing and domiciled at ▮▮▮▮▮ ▮▮▮▮▮ TN.
- **Samuel Forrest Anderson** is believed to be a U.S. citizen residing and domiciled in Tennessee.
- **Frank Goad Clement Jr.** is believed to be a U.S. citizen residing and domiciled at ▮▮▮▮▮ ▮▮▮▮▮ TN.
- **Andy Dwane Bennett** is believed to be a U.S. citizen residing and domiciled in Tennessee.
- **William Neal McBrayer** is believed to be a U.S. citizen residing and domiciled in Tennessee.
- **James Michael Hivner** is believed to be a U.S. citizen residing and domiciled at ▮▮▮▮▮ ▮▮▮▮▮ TN.
- **John Brandon Coke** is believed to be a U.S. citizen residing and domiciled at ▮▮▮▮▮ ▮▮▮▮▮ TN.
- **Sandra Jane Leach Garrett** is believed to be a U.S. citizen residing and domiciled at ▮▮▮▮▮ ▮▮▮▮▮ TN.
- **Story Abernathy Campbell Ashworth McGill Walters An Association of Attorneys** is a law firm located at 136 4th Ave S, Franklin, TN (hereinafter "SACAMW").
- **Rothschild & Ausbrooks, PLLC** is a law firm located at 1222 16th Avenue South, Suite 12, Nashville, TN (hereinafter "R&A").
- **Bank Of America, N.A.** is a financial institution located at 4909 Savarese Circle, Tampa FL 33634 (hereinafter "BOA").
- **Spragins, Bartnett, & Cobb, PLCNS** is a law firm located at 312 E Lafayette, Jackson, TN 38301 (hereinafter "SBC").
- **BancorpSouth Bank** is a financial institution located at 914 Murfreesboro Road, Franklin TN 37067 (hereinafter "BCSB").
- **Rubin Lublin TN, PLLC** is a law firm located at 119 S. Main Street, Suite 500, Memphis, TN 38103 (hereinafter "RLTN").
- **State of Tennessee** is a government entity with an office located at 425 5th Ave N Nashville, TN (hereinafter "the State").
- **Williamson County Tennessee** is a government entity with an office located at 1320 West Main Street, Franklin, TN 37064 (hereinafter "the County").
- **Tennessee Administrative Office of the Courts** is a government entity with an office located at 511 Union Street, Suite 600, Nashville, TN (hereinafter "Admin Office").
- **Tennessee Court of Appeals Middle Division** is a government entity with a ▮▮▮▮ 401 7th Avenue North, Nashville, TN (hereinafter "Appellate Court").

3

**PLAINTIFF'S EXHIBIT**

**A-2**

███████████████ MA.
- **Michael Welmar Binkley** is believed to be a U.S. citizen residing and domiciled at ███████
███████████████ MA.
- **Kathryn Lynn Yarbrough** is believed to be a U.S. citizen residing and domiciled at ██████
███████████ MA.
- **Elaine Beaty Beeler** is believed to be a U.S. citizen residing and domiciled at ████████████
███████████████ MA.
- **Sara B. McKinney,**
- **Mary Elizabeth Maney Ausbrooks** is believed to be a U.S. citizen residing and domiciled at ████████████████████████
███████████████ TN.
- **Alexander Sergey Koval** is believed to be a U.S. citizen residing and domiciled at ██████████
███████████████ TN.
- **Henry Edward Hildebrand III** is believed to be a U.S. citizen residing and domiciled in Tennessee, with an address of P.O. Box 340019, Nashville, TN 37203-0019.
- **Roy Patrick Marlin** is believed to be a U.S. citizen residing and domiciled at ████████████
███████████████ TN.
- **Charles M. Walker** is believed to be a U.S. citizen residing and domiciled in Tennessee.
- **Thomas E. Anderson** is believed to be a U.S. citizen residing and domiciled at ████████████
███████████ TN.
- **Samuel Forrest Anderson** is believed to be a U.S. citizen residing and domiciled in Tennessee.
- **Frank Goad Clement Jr.** is believed to be a U.S. citizen residing and domiciled at ██████████
███████████ TN.
- **Andy Dwane Bennett** is believed to be a U.S. citizen residing and domiciled in Tennessee.
- **William Neal McBrayer** is believed to be a U.S. citizen residing and domiciled in Tennessee.
- **James Michael Hivner** is believed to be a U.S. citizen residing and domiciled at ████████████
███████ TN.
- **John Brandon Coke** is believed to be a U.S. citizen residing and domiciled at ████████████
███████████ TN.
- **Sandra Jane Leach Garrett** is believed to be a U.S. citizen residing and domiciled at ████████
███████████ TN.
- **Story Abernathy Campbell Ashworth McGill Walters An Association of Attorneys** is a law firm located at 136 4th Ave S, Franklin, TN (hereinafter "SACAMW").
- **Rothschild & Ausbrooks, PLLC** is a law firm located at 1222 16th Avenue South, Suite 12, Nashville, TN (hereinafter "R&A").
- **Bank Of America, N.A.** is a financial institution located at 4909 Savarese Circle, Tampa FL 33634 (hereinafter "BOA").
- **Spragins, Bartnett, & Cobb, PLCNS** is a law firm located at 312 E Lafayette, Jackson, TN 38301 (hereinafter "SBC").
- **BancorpSouth Bank** is a financial institution located at 914 Murfreesboro Road, Franklin TN 37067 (hereinafter "BCSB").
- **Rubin Lublin TN, PLLC** is a law firm located at 119 S. Main Street, Suite 500, Memphis, TN 38103 (hereinafter "RLTN").
- **State of Tennessee** is a government entity with an office located at 425 5th Ave N Nashville, TN (hereinafter "the State").
- **Williamson County Tennessee** is a government entity with an office located at 1320 West Main Street, Franklin, TN 37064 (hereinafter "the County").
- **Tennessee Administrative Office of the Courts** is a government entity with an office located at 511 Union Street, Suite 600, Nashville, TN (hereinafter "Admin Office").
- **Tennessee Court of Appeals Middle Division** is a government entity with an 401 7th Avenue North, Nashville, TN (hereinafter "Appellate Court").



PLAINTIFF'S
EXHIBIT

**A-2**

3

**PLAINTIFF'S EXHIBIT**

**B-2**

- **Elaine Beaty Beeler** (BPR# 016583) is believed to be a U.S. citizen residing at ███████████ TN 37064-███
- **Mary Elizabeth Maney Ausbrooks** (BPR# 018097) is believed to be a U.S. citizen residing and domiciled at ███████████ TN 37188-███
- **Alexander Sergey Koval** (BPR# 029541) is believed to be a U.S. citizen residing and domiciled at ███████████ TN 37211-███
- **Henry Edward Hildebrand III** (BPR# 032168) is believed to be a U.S. citizen residing and domiciled at ███████████ TN 37205-███
- **Charles M. Walker** (BPR# 019884) is believed to be a U.S. citizen residing and domiciled at ███████████ TN 37215-███
- **Thomas Earl Eugene Anderson** is believed to be a U.S. citizen residing and domiciled at ███████████ TN 37206-███
- **Roy Patrick Marlin** is believed to be a U.S. citizen residing and domiciled at ███ ███████████ TN 37046-███
- **Samuel Forrest Anderson** (BPR# 017022) is believed to be a U.S. citizen residing and domiciled at ███████████ TN 37215-███
- **James Michael Hivner** (BPR# 020405) is believed to be a U.S. citizen residing and domiciled at ███████████ TN 38133-███
- **John Brandon Coke** (BPR# 029107) is believed to be a U.S. citizen residing and domiciled at ███████████ TN 37211-███
- **Sandra Jane Leach Garrett** (BPR# 013863) is believed to be a U.S. citizen residing and domiciled at ███████████ TN 37027-███
- **Frank Goad Clement Jr.** (BPR# 006619) is believed to be a U.S. citizen residing and domiciled at ███████████ TN 37205-███
- **Andy Dwane Bennett** (BPR# 009894) is believed to be a U.S. citizen residing and domiciled at ███████████ TN 37076-███
- **William Neal McBrayer** (BPR# 013879) is believed to be a U.S. citizen residing and domiciled at ███████████ TN 37027-███
- **Story and Abernathy, PLLP** is a law firm located at 136 4th Avenue South, Franklin, TN 37064 (hereinafter "SA").
- **Rothschild & Ausbrooks, PLLC** is a law firm located at 110 Glancy Street, Suite 109, Goodlettsville, TN 37072 (hereinafter "R&A").
- **Bankers Title & Escrow Corporation** is a closing and title insurance company located at 3310 West End Avenue, Suite 540, Nashville, TN 37203 (hereinafter "BT&EC").
- **Hostettler, Neuhoff & Davis, LLC** is a real estate brokerage and auction company located at 421 East Iris Drive, Suite 300, Nashville, TN 37204-3140. (hereinafter "HN&D").
- **McArthur Sanders Real Estate** is a real estate brokerage located at 203 North Royal Oaks Boulevard, Franklin, TN 37067-3012 (hereinafter "MSRE").
- **Spragins, Bartnett, & Cobb, PLCNS** is a law firm located at 312 East Lafayette, Jackson, TN 38301-6220 (hereinafter "SB&C").
- **Rubin Lublin TN, PLLC** is a law firm located at 1661 International Drive, Suite 400, Memphis, TN 38301-6220 (hereinafter "RLTN").
- **Bank of America Corporation** is a financial institution located at 4909 Savarese Circle, Tampa, FL 33634-2413 (hereinafter "BOA").

**PLAINTIFF'S EXHIBIT**

**B-2**

- **Elaine Beaty Beeler** (BPR# 016583) is believed to be a U.S. citizen residi█████ at ████████████████ TN 37064-███
- **Mary Elizabeth Maney Ausbrooks** (BPR# 018097) is believed to be a U.█████████████████ and domiciled at ████████████████ TN 37188-███
- **Alexander Sergey Koval** (BPR# 029541) is believed to be a U.S. citizen residing and domiciled at ████████████████ TN 37211-███
- **Henry Edward Hildebrand III** (BPR# 032168) is believed to be a U.S. citizen residing and domiciled at ████████████████ TN 37205-███
- **Charles M. Walker** (BPR# 019884) is believed to be a U.S. citizen residing and domiciled at ████████████████ TN 37215-███
- **Thomas Earl Eugene Anderson** is believed to be a U.S. citizen residing and domiciled at ████████ TN 37206-███
- **Roy Patrick Marlin** is believed to be a U.S. citizen residing and domiciled at ████ ████████████████ TN 37046-███
- **Samuel Forrest Anderson** (BPR# 017022) is believed to be a U.S. citizen residing and domiciled at ████████████████ TN 37215-███
- **James Michael Hivner** (BPR# 020405) is believed to be a U.S. citizen residing and domiciled at ████████████████ TN 38133-███
- **John Brandon Coke** (BPR# 029107) is believed to be a U.S. citizen residing and domiciled at ████████████████ TN 37211-███
- **Sandra Jane Leach Garrett** (BPR# 013863) is believed to be a U.S. citizen residing and domiciled at ████████████████ TN 37027-███
- **Frank Goad Clement Jr.** (BPR# 006619) is believed to be a U.S. citizen residing and domiciled at ████████████████ TN 37205-███
- **Andy Dwane Bennett** (BPR# 009894) is believed to be a U.S. citizen residing and domiciled at ████████████████ TN 37076-███
- **William Neal McBrayer** (BPR# 013879) is believed to be a U.S. citizen residing and domiciled at ████████████████ TN 37027-███
- **Story and Abernathy, PLLP** is a law firm located at 136 4th Avenue South, Franklin, TN 37064 (hereinafter "SA").
- **Rothschild & Ausbrooks, PLLC** is a law firm located at 110 Glancy Street, Suite 109, Goodlettsville, TN 37072 (hereinafter "R&A").
- **Bankers Title & Escrow Corporation** is a closing and title insurance company located at 3310 West End Avenue, Suite 540, Nashville, TN 37203 (hereinafter "BT&EC").
- **Hostettler, Neuhoff & Davis, LLC** is a real estate brokerage and auction company located at 421 East Iris Drive, Suite 300, Nashville, TN 37204-3140. (hereinafter "HN&D").
- **McArthur Sanders Real Estate** is a real estate brokerage located at 203 North Royal Oaks Boulevard, Franklin, TN 37067-3012 (hereinafter "MSRE").
- **Spragins, Bartnett, & Cobb, PLCNS** is a law firm located at 312 East Lafayette, Jackson, TN 38301-6220 (hereinafter "SB&C").
- **Rubin Lublin TN, PLLC** is a law firm located at 1661 International Drive, Suite 400, Memphis, TN 38301-6220 (hereinafter "RLTN").
- **Bank of America Corporation** is a financial institution located at 4909 Savarese Circle, Tampa, FL 33634-2413 (hereinafter "BOA").

https://rico.jeffenton.com/evidence/1-23-cv-01097_fenton-vs-story-first-amended-complaint.pdf

Case 3:24-cv-01282    Document 212-2    Filed 02/26/25    Page 44 of 122 PageID #: 829
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Western District of Michigan  ▼

|  |  |  |
|---|---|---|
| JEFFREY RYAN FENTON | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | Civil Action No. 1:23-cv-1097 |
| v. | ) ) ) | |
| VIRGINIA LEE STORY et al., | ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mary Elizabeth Maney Ausbrooks

████████████████

White House, TN 37188

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

AUG 1 9 2024

Date: _~~5/23/2024~~_

*CLERK OF COURT*

*Paula J. Wood*

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan ▾

| | )  |
|---|---|
| JEFFREY RYAN FENTON | )  |
| _Plaintiff(s)_ | )  Civil Action No. 1:23-cv-1097 |
| v. | )  |
| VIRGINIA LEE STORY et al., | )  |
| _Defendant(s)_ | )  |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Mary Elizabeth Maney Ausbrooks

█████████████

White House, TN 37188

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

AUG 1 9 2024

CLERK OF COURT

Date: ~~5/23/2024~~

_Paula J. Wood_

_Signature of Clerk or Deputy Clerk_

DEFENDANT: CHARLES M. WALKER

RECEIVED SERVICE: 8/26/2024

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Western District of Michigan ▼

**FILED- LN**

September 30, 2024 11:54 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: eod  scanned by: 200/9|30

|  |  |
|---|---|
| JEFFREY RYAN FENTON | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) ) Civil Action No. 1:23-cv-1097 |
| VIRGINIA LEE STORY et al., | ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Charles M. Walker

Nashville, TN 37215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

AUG 1 9 2024

Date: ~~5/23/2024~~

*CLERK OF COURT*

*Paula J. Wood*

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

### for the

Western District of Michigan  ▼

**FILED- LN**
September 30, 2024 11:54 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: eod  scanned by:_200/9|30_

|  |  |
|---|---|
| JEFFREY RYAN FENTON | ) ) ) ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. 1:23-cv-1097 ) ) |
| VIRGINIA LEE STORY et al., | ) ) ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Charles M. Walker
▮▮▮▮▮▮▮▮▮▮▮
Nashville, TN 37215


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


AUG 1 9 2024

*CLERK OF COURT*

Date:  ~~5 / 23 / 2024~~                    _Paula J. Wood_
                                                          *Signature of Clerk or Deputy Clerk*

DEFENDANT: CHARLES M. WALKER

RECEIVED SERVICE: 8/26/2024



**UNITED STATES POSTAL SERVICE.**

FENTON
210 S LEROY ST
FENTON, MI 48430-9998
(800)275-8777

08/24/2024                    02:06 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|

Priority Mail®    1        $14.25
  Nashville, TN 37215
  Weight: 3 lb 10.90 oz
  Expected Delivery Date
    Mon 08/26/2024
Insurance                 $0.00
  Up to $100.00 included
Restricted Del         $12.75
  Recipient name
    CHARLES M WALKER
  Tracking #:
    70203160000230014889
Return Receipt         $4.10
  Tracking #:
    9590 9402 8627 3244 0681 83
Total                $31.10

Grand Total:          $200.20

Credit Card Remit     $200.20
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 314260
  Transaction #: 188
  AID: A0000000031010   Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 253200-0431
Receipt #: 840-54930020-3-6269723-1
Clerk: 05

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

Certified Mail Fee    $4.10
Extra Services & Fees
Postage    $14.25
Total Postage and Fees    $31.10

**CHARLES M. WALKER**

**NASHVILLE, TN 37215-**

USPS TRACKING #
9590 9402 8627 3244 0681 83

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI 48430-3426**

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**CHARLES M. WALKER**

**NASHVILLE, TN 37215-**



9590 9402 8627 3244 0681 83

2. Article Number (Transfer from service label)
7020 3160 0002 3001 4889

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name) Sheena Walker
C. Date of Delivery

D. Is delivery address different from Item 1? ☐ Yes ☐ No

3. Service Type
☑ Certified Mail Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



**UNITED STATES POSTAL SERVICE.**

FENTON
210 S LEROY ST
FENTON, MI 48430-9998
(800)275-8777

08/24/2024                                    02:06 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $14.25 |

Nashville, TN 37215
Weight: 3 lb 10.90 oz
Expected Delivery Date
  Mon 08/26/2024
Insurance                                      $0.00
  Up to $100.00 included
Restricted Del                                 $12.75
  Recipient name
    CHARLES M WALKER
  Tracking #:
    70203160000230014889
Return Receipt                                 $4.10
  Tracking #:
    9590 9402 8627 3244 0681 83
Total                                          $31.10

Grand Total:                                   $200.20

Credit Card Remit                              $200.20
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 314260
  Transaction #: 188
  AID: A0000000031010          Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 253200-0431
Receipt #: 840-54930020-3-6269723-1
Clerk: 05



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

Nashville, TN 37215

Certified Mail Fee        $4.10
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $_____
☐ Return Receipt (electronic)    $_____
☑ Certified Mail Restricted Delivery $_____
☐ Adult Signature Required       $_____
☐ Adult Signature Restricted Delivery $_____
Postage        $14.25
Total Postage and Fees
$
Postmark
Here

**CHARLES M. WALKER**

**NASHVILLE, TN  37215-**

USPS TRACKING #
NASHVILLE TN 370

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 8627 3244 0681 83

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**CHARLES M. WALKER**

**NASHVILLE, TN  37215-**

9590 9402 8627 3244 0681 83

2. Article Number (Transfer from service label)
7020 3160 0002 3001 4889

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____          ☐ Agent
                             ☐ Addressee
B. Received by (Printed Name)      C. Date of Delivery
Sheena Walker

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type                          ☐ Priority Mail Express®
☐ Adult Signature                        ☐ Registered Mail™
☐ Adult Signature Restricted Delivery    ☐ Registered Mail Restricted Delivery
☐ Certified Mail®                        ☐ Signature Confirmation™
☑ Certified Mail Restricted Delivery     ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE STE 540
NASHVILLE, TN 37203-6802

CARL A NEUHOFF, JR.
HOSTETTLER, NEUHOFF & DAVIS, LLC
421 E IRIS DR STE 300
NASHVILLE, TN 37204-3140

KATHRYN LYNN YARBROUGH
███████████
THOMPSONS STATION, TN 37179-████

ALEXANDER SERGEY KOVAL
█████████████████
NASHVILLE, TN 37211-████

HENRY EDWARD HILDEBRAND III
███████████████
NASHVILLE, TN 37205-████

CHARLES M. WALKER
█████████████████
NASHVILLE, TN 37215-████

THOMAS E. ANDERSON
██████████████
BRENTWOOD, TN  37027-████

FENTON v. STORY et al.          Page 2 of 3          Case 1:23-cv-01097-PLM-RSK

Case 3:24-cv-01282     Document 212-2     Filed 02/26/25     Page 51 of 122 PageID #: 836
https://rico.jefffenton.com/evidence/2024-10-03-motion-all-filings-be-under-penalty-of-perjury.pdf     Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE STE 540
NASHVILLE, TN 37203-6802

CARL A NEUHOFF, JR.
HOSTETTLER, NEUHOFF & DAVIS, LLC
421 E IRIS DR STE 300
NASHVILLE, TN 37204-3140

KATHRYN LYNN YARBROUGH

THOMPSONS STATION, TN 37179-

ALEXANDER SERGEY KOVAL

NASHVILLE, TN 37211-

HENRY EDWARD HILDEBRAND III

NASHVILLE, TN 37205-

CHARLES M. WALKER

NASHVILLE, TN 37215-

THOMAS E. ANDERSON

BRENTWOOD, TN 37027-

FENTON v. STORY et al.          Page 2 of 3          Case 1:23-cv-01097-PLM-RSK

Case 3:24-cv-01282    Document 212-2    Filed 02/26/25    Page 52 of 122 PageID #: 837
https://rico.jefffenton.com/evidence/2024-10-03-motion-all-filings-be-under-penalty-of-perjury.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: MICHAEL W. BINKLEY

RECEIVED SERVICE: 8/26/2024



**LINDEN**
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/23/2024                    02:51 PM
--------------------------------------------
Product          Qty  Unit   Price
                      Price
--------------------------------------------
Priority Mail®    1          $14.25
  Franklin, TN 37069
  Weight: 3 lb 10.60 oz
  Expected Delivery Date
    Mon 08/26/2024
  Insurance                  $0.00
    Up to $100.00 included
  Restricted Del             $12.75
    Recipient name
      MICHAEL W BINKLEY
    Tracking #:
    → 70203160000230014711
  Return Receipt             $4.10
    Tracking #:
      9590 9402 8627 3244 0685 03
Total                        $31.10
--------------------------------------------
Grand Total:                 $31.10
--------------------------------------------
Credit Card Remit            $31.10
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 313215
  Transaction #: 660
  AID: A0000000031010    Chip
  AL: VISA CREDIT
  PIN: Not Required
--------------------------------------------
UFN: 255460-0451
Receipt #: 840-54930036-1-5521667-2
Clerk: 6

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Franklin, TN 37069

| Certified Mail Fee | | |
|---|---|---|
| | $4.10 | 0451 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☑ Return Receipt (electronic) | $12.75 | |
| ☑ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | | |
| Postage | $14.25 | |
| | | 08/23/2024 |
| Total Postage and Fees | | USPS |
| $31.10 | | |

**MICHAEL W. BINKLEY**

**FRANKLIN, TN 37069-**

7020 3160 0002 3001 4711

---

COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**MICHAEL W. BINKLEY**

**FRANKLIN, TN  37069-**



9590 9402 8627 3244 0685 03

2. Article Number (Transfer from service label)

7020 3160 0002 3001 4711

PS Form 3811, July 2020 PSN 7530-02-000-9053

---

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                              ☐ Agent
                               ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

**This USPS Return Receipt Mysteriously Disappeared, Was Never Returned Even After Successful Delivery.**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

RICO SERVICES SHIPPED VIA USPS 8/23/2024 @ 2:51 PM     212-2     Filed 02/26/25     Page 53 of 122 - RICO (DRY et al.)

RECEIVED SERVICE: 8/26/2024



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/23/2024                    02:51 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $14.25 |

Franklin, TN 37069
Weight: 3 lb 10.60 oz
Expected Delivery Date
    Mon 08/26/2024

Insurance                              $0.00
    Up to $100.00 included
Restricted Del                        $12.75
    Recipient name
    MICHAEL W BINKLEY
    Tracking #:
    → 70203160000230014711
Return Receipt                         $4.10
    Tracking #:
    9590 9402 8627 3244 0685 03
Total                                 $31.10
------------------------------------------
Grand Total:                          $31.10
------------------------------------------
Credit Card Remit                     $31.10
    Card Name: VISA
    Account #: XXXXXXXXXXXXX8359
    Approval #: 313215
    Transaction #: 660
    AID: A0000000031010         Chip
    AL: VISA CREDIT
    PIN: Not Required
------------------------------------------
UFN: 255460-0451
Receipt #: 840-54930036-1-5521667-2
Clerk: 6

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Franklin, TN 37069

| Certified Mail Fee | $4.10 | |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☑ Return Receipt (electronic) | $12.75 | |
| ☑ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | | |
| Postage | $14.25 | |
| Total Postage and Fees | $31.10 | |

7020 3160 0002 3001 4711

Postmark Here
0451
6
AUG 2024
08/23/2024
USPS

**MICHAEL W. BINKLEY**

**FRANKLIN, TN 37069-**

---

COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**MICHAEL W. BINKLEY**

**FRANKLIN, TN 37069-**



9590 9402 8627 3244 0685 03

2. Article Number (Transfer from service label)
7020 3160 0002 3001 4711

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)       C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

**This USPS Return Receipt Mysteriously Disappeared, Was Never Returned Even After Successful Delivery.**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

DEFENDANT: ELAINE B. BEELER

RECEIVED SERVICE: 8/26/2024



LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024                                    11:25 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|

Priority Mail®          1                     $14.25
  Franklin, TN 37064
  Weight: 3 lb 10.80 oz
  Expected Delivery Date
    Mon 08/26/2024
  Insurance                                   $0.00
    Up to $100.00 included
  Restricted Del                              $12.75
    Recipient name
      ELAINE B BEELER
    Tracking #:
    ✔ → 7020316000230014704
  Return Receipt                              $4.10
    Tracking #:
    9590 9402 8627 3244 0684 97
Total                                         $31.10

Grand Total:                                  $147.60

Credit Card Remit                             $147.60
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 014252
  Transaction #: 185
  AID: A0000000031010          Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6753461-2
Clerk: 06



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

Franklin TN 37064

| Certified Mail Fee | | 0451 |
|---|---|---|
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☒ Return Receipt (hardcopy) | $4.10 | |
| ☐ Return Receipt (electronic) | $ | |
| ☒ Certified Mail Restricted Delivery | $10.00 | |
| ☐ Adult Signature Required | $ | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $14.25 | |
| Total Postage and Fees | $31.10 | |

AUG 24 2024
08/24/2024

Sent To  **ELAINE B. BEELER**
Street
City  **FRANKLIN, TN 37064-**

7020 3160 0002 3001 4704

USPS TRACKING #
NASHVILLE TN 370

9590 9402 8627 3244 0684 97

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**ELAINE B. BEELER**

**FRANKLIN, TN 37064-**

9590 9402 8627 3244 0684 97

2. Article Number (Transfer from service label)

7020 3160 0002 3001 4704

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

**This USPS Return Receipt**
**Was Mysteriously Missing**
**A Signature and Any**
**Information About Delivery**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

DEFENDANT: ELAINE B. BEELER

RECEIVED SERVICE: 8/26/2024



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024                    11:25 AM

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|

Priority Mail®      1              $14.25
  Franklin, TN 37064
  Weight: 3 lb 10.80 oz
  Expected Delivery Date
    Mon 08/26/2024
  Insurance                      $0.00
    Up to $100.00 included
  Restricted Del                $12.75
    Recipient name
      ELAINE B BEELER
    Tracking #:
    → 7020316000230014704
  Return Receipt                 $4.10
    Tracking #:
    9590 9402 8627 3244 0684 97
Total                           $31.10

Grand Total :                  $147.60

Credit Card Remit              $147.60
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 014252
  Transaction #: 185
  AID: A0000000031010        Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6753461-2
Clerk: 06



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Franklin, TN 37064

| | | | 0451 |
|---|---|---|---|
Certified Mail Fee                    $4.10        0c
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)       $4.10
☐ Return Receipt (electronic)     $
☒ Certified Mail Restricted Delivery $10.00
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery $0.00
Postage                           $14.25
Total Postage and Fees
$31.10

Sent To  **ELAINE B. BEELER**

Street and
**FRANKLIN, TN 37064-**

USPS TRACKING #
NASHVILLE TN 370
24 AUG 2024 PM 2 L

9590 9402 8627 3244 0684 97

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI      48430-3426**

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

**ELAINE B. BEELER**

**FRANKLIN, TN 37064-**

9590 9402 8627 3244 0684 97

2. Article Number (Transfer from service label)

7020 3160 0002 3001 4704

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X                                 ☐ Agent
                                  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

**This USPS Return Receipt**
**Was Mysteriously Missing**
**A Signature and Any**
**Information About Delivery**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
  Delivery
☐ Signature Confirmation™
☐ Signature Confirmation
  Restricted Delivery

Domestic Return Receipt



DEFENDANT: VIRGINIA LEE STORY

RECEIVED SERVICE: 8/26/2024



LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024                          11:25 AM

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|

Priority Mail®         1                $14.25
  Franklin, TN 37064
  Weight: 3 lb 10.60 oz
  Expected Delivery Date
  Mon 08/26/2024
  Insurance                            $0.00
    Up to $100.00 included
Restricted Del                         $12.75
  Recipient name
    VIRGINIA L STORY
  Tracking #:
    → 70203160000230014919
Return Receipt                          $4.10
  Tracking #:
    9590 9402 8627 3244 0682 20
Total                                  $31.10

- - - - - - - - - - - - - - - - - - - - - - -
Grand Total:                          $147.60
- - - - - - - - - - - - - - - - - - - - - - -
Credit Card Remit                     $147.60
  Card Name: VISA
  Account #: XXXXXXXXXXXXX8359
  Approval #: 014252
  Transaction #: 185
  AID: A0000000031010          Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6753461-2
Clerk: 06



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®

Franklin, TN 37064

| Certified Mail Fee | $4.10 | 0451 |
|---|---|---|
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ | |
| ☐ Return Receipt (electronic) | $ | |
| ☒ Certified Mail Restricted Delivery | $10.00 | |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | | |
| Postage | $11.25 | |
| Total Postage and Fees | $ | |

AUG 24 2024
Postmark
Here
08/24/2024

VIRGINIA LEE STORY

FRANKLIN, TN    37064-

7020 3160 0002 3001 4919

USPS TRACKING #



9590 9402 8627 3244 0682 20

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

17195 SILVER PKWY
PMB #150
FENTON, MI   48430-3426

---

SENDER: COMPLETE THIS SECTION

"Restricted Delivery" but not signed by DEFENDANT as required.

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

VIRGINIA LEE STORY

FRANKLIN, TN   37064-

9590 9402 8627 3244 0682 20

2. Article Number (Transfer from service label)
7020 3160 0002 3001 4919

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X           ☐ Agent
                                ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
                                8/26/24

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

RESTRICTED DELIVERY

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

RECEIVED SERVICE: 8/26/2024



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024                              11:25 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|

Priority Mail®              1                   $14.25
   Franklin, TN 37064
   Weight: 3 lb 10.60 oz
   Expected Delivery Date
   Mon 08/26/2024
   Insurance                                      $0.00
      Up to $100.00 included
   Restricted Del                               $12.75
      Recipient name
         VIRGINIA L STORY
      Tracking #:
         70203160000230014919
   Return Receipt                                $4.10
      Tracking #:
         9590 9402 8627 3244 0682 20
   Total                                         $31.10

Grand Total:                                    $147.60

Credit Card Remit                               $147.60
   Card Name: VISA
   Account #: XXXXXXXXXXXX8359
   Approval #: 014252
   Transaction #: 185
   AID: A0000000031010         Chip
   AL: VISA CREDIT
   PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6753461-2
Clerk: 06



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Franklin, TN 37064

| | | |
|---|---|---|
| Certified Mail Fee | $4.10 | |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☑ Return Receipt (hardcopy) | $ | |
| ☐ Return Receipt (electronic) | $ | Postmark |
| ☑ Certified Mail Restricted Delivery | $10.00 | Here |
| ☐ Adult Signature Required | $ | |
| ☐ Adult Signature Restricted Delivery $ | $0.00 | |
| Postage | $14.25 | |

AUG 24 2024

Total Postage and Fees

VIRGINIA LEE STORY

FRANKLIN, TN    37064-

---

USPS TRACKING #

9590 9402 8627 3244 0682 20

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---



"Restricted Delivery" but <u>not</u> signed by DEFENDANT as required.

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**VIRGINIA LEE STORY**

**FRANKLIN, TN    37064-**



9590 9402 8627 3244 0682 20

2. Article Number (Transfer from service label)

7020 3160 0002 3001 4919

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Kim Rudel                    ☐ Agent
                                ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 8/26/24

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

RESTRICTED DELIVERY

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                     ☐ Registered Mail Restricted Delivery
☑ Certified Mail Restricted Delivery  ☐ Signature Confirmation™
☐ Collect on Delivery                 ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

DEFENDANT: KATHRYN YARBROUGH       SECOND SERVICE ATTEMPT       RECEIVED SERVICE: 9/06/2024

**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

09/04/2024                          01:45 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|

Priority Mail®          1                    $14.25
  Thompsons Station, TN 37179
  Weight: 3 lb 12.00 oz
  Expected Delivery Date
    Fri 09/06/2024
  Insurance                                  $0.00
    Up to $100.00 included
  Restricted Del                            $12.75
    Recipient name
      KATHRYN I. YARBROUGH
    Tracking #:
    ➔ 70203160000230014698
  Return Receipt                             $4.10
    Tracking #:
      9590 9402 8627 3244 0684 80
Total                                       $31.10

Grand Total:                                $85.40

Credit Card Remit                           $85.40
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 214054
  Transaction #: 241
  AID: A0000000031010      Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6764826-2
Clerk: 06

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Thompsons Station, TN 37179

| Certified Mail Fee | $4.10 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $12.75 |
| ☒ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | |
| Postage | $14.25 |
| Total Postage and Fees | $31.10 |

Postmark Here
SEP 04 2024
09/04/2024

Sent To  KATHRYN YARBROUGH
Street and Apt. No., or PO Box No.
City, State, ZIP+4®  THOMPSONS STATION, TN 37179-

7020 3160 0002 3001 4698

---

USPS TRACKING #

9590 9402 8627 3244 0684 80

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box •

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---

**SENDER: COMPLETE THIS SECTION**

■ Complete Items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

**KATHRYN YARBROUGH**

THOMPSONS STATION, TN 37179-

9590 9402 8627 3244 0684 80

2. Article Number (Transfer from service label)
7020 3160 0002 3001 4698

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                            ☐ Agent
                             ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

RESTRICTED DELIVERY

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt





**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

09/04/2024            01:45 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $14.25 |

Thompsons Station, TN 37179
Weight: 3 lb 12.00 oz
Expected Delivery Date
  Fri 09/06/2024

| | | |
|---|---|---|
| Insurance | | $0.00 |
|   Up to $100.00 included | | |
| Restricted Del | | $12.75 |
|   Recipient name | | |
|     KATHRYN I. YARBROUGH | | |
|   Tracking #: | | |
|   → 70203160000230014698 | | |
| Return Receipt | | $4.10 |
|   Tracking #: | | |
|   9590 9402 8627 3244 0684 80 | | |
| Total | | $31.10 |

Grand Total:           $85.40

Credit Card Remit      $85.40
  Card Name: VISA
  Account #: XXXXXXXXXXX6359
  Approval #: 214054
  Transaction #: 241
  AID: A0000000031010    Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6764826-2
Clerk: 06

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information visit our website at www.usps.com®.

Thompsons Station, TN 37179

| | | |
|---|---|---|
| Certified Mail Fee | $4.10 | |
| $ | | |

Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy)    $
☐ Return Receipt (electronic)    $12.75
☑ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required    $0.00
☐ Adult Signature Restricted Delivery $

Postage    $14.25

Total Postage and Fees
$31.10

Postmark Here
SEP 04 2024
09/04/2024

**KATHRYN YARBROUGH**

Sent To

Street and Apt. No.

City, State, ZIP+4®

**THOMPSONS STATION, TN 37179-**

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

---

**USPS TRACKING #**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 8627 3244 0684 80

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X      ☐ Agent<br>        ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>**KATHRYN YARBROUGH**<br><br>**THOMPSONS STATION, TN 37179-** | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>RESTRICTED<br>DELIVERY |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 8627 3244 0684 80 | 3. Service Type      ☐ Priority Mail Express®<br>☐ Adult Signature      ☐ Registered Mail™<br>☐ Adult Signature Restricted Delivery ☐ Registered Mail Restricted<br>☐ Certified Mail®        Delivery<br>☑ Certified Mail Restricted Delivery ☐ Signature Confirmation™<br>☐ Collect on Delivery    ☐ Signature Confirmation<br>☐ Collect on Delivery Restricted Delivery  Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery<br>  (over $500) |
| 2. Article Number (Transfer from service label)<br>7020 3160 0002 3001 4698 | Domestic Return Receipt |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | |



DEFENDANT: ALEXANDER S. KOVAL

RECEIVED SERVICE: 8/26/2024





**This USPS Return Receipt
Mysteriously Disappeared
It was Never Returned After
The Successful Delivery**

DEFENDANT: ALEXANDER S. KOVAL



**UNITED STATES POSTAL SERVICE.**

```
                LINDEN
            215 S MAIN ST
         LINDEN, MI 48451-9998
            (800)275-8777
08/24/2024                    10:59 AM

Product        Qty    Unit      Price
                      Price

Priority Mail®  1             $14.25
   Nashville, TN 37211
   Weight: 3 lb 10.80 oz
   Expected Delivery Date
      Mon 08/26/2024
   Insurance                  $0.00
      Up to $100.00 included
   Restricted Del            $12.75
      Recipient name
         ALEXANDER S KOVAL
   Tracking #:
✓   ▶  70203160000230014728
Total                        $27.00


Grand Total:                $120.30

Credit Card Remit           $120.30
   Card Name: VISA
   Account #: XXXXXXXXXXXX8359
   Approval #: 904295
   Transaction #: 184
   AID: A0000000031010       Chip
   AL: VISA CREDIT
   PIN: Not Required


UFN: 255460-0451
Receipt #: 840-54930036-3-6753228-2
Clerk: 06
```

**This USPS Return Receipt
Mysteriously Disappeared
It was Never Returned After
The Successful Delivery**

DEFENDANT: HENRY EDWARD HILDEBRAND III

RECEIVED SERVICE: 8/26/2024





**This USPS Return Receipt
Mysteriously Disappeared
It was Never Returned After
The Successful Delivery**

```
         UNITED STATES
         POSTAL SERVICE.

              LINDEN
           215 S MAIN ST
        LINDEN, MI 48451-9998
           (800)275-8777
08/24/2024                    10:59 AM
----------------------------------------
Product          Qty    Unit      Price
                        Price
----------------------------------------
Priority Mail®     1             $14.25
  Nashville, TN 37205
  Weight: 3 lb 10.40 oz
  Expected Delivery Date
    Mon 08/26/2024
  Insurance                      $0.00
    Up to $100.00 included
  Restricted Del                $12.75
    Recipient name
      HENRY E HILDEBRAND
    Tracking #:
      70203160000230014803
  Return Receipt                 $4.10
    Tracking #:
      9590 9402 8627 3244 0683 98
Total                           $31.10
----------------------------------------

Grand Total:                   $120.30
----------------------------------------
Credit Card Remit              $120.30
   Card Name: VISA
   Account #: XXXXXXXXXXXXX8359
   Approval #: 904295
   Transaction #: 184
   AID: A0000000031010       Chip
   AL: VISA CREDIT
   PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6753228-2
Clerk: 06
```



RECEIVED SERVICE: 8/26/2024

**This USPS Return Receipt
Mysteriously Disappeared
It was Never Returned After
The Successful Delivery**

DEFENDANT: CHARLES M. WALKER

RECEIVED SERVICE: 8/26/2024

---

**UNITED STATES POSTAL SERVICE.**

FENTON
210 S LEROY ST
FENTON, MI 48430-9998
(800)275-8777

08/24/2024                          02:06 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail | 1 | | $14.25 |

Nashville, TN 37215
Weight: 3 lb 10.90 oz
Expected Delivery Date
Mon 08/26/2024

| Insurance | | $0.00 |
|---|---|---|

Up to $100.00 Included

| Restricted Del | | $12.75 |
|---|---|---|

Recipient name
CHARLES M WALKER
Tracking #:
✓ 70203160000230014889

| Return Receipt | | $4.10 |
|---|---|---|

Tracking #:
9590 9402 8627 3244 0681 83

Total                                $31.10

Grand Total:                        $200.20

Credit Card Remit                   $200.20
Card Name: VISA
Account #: XXXXXXXXXXXXX8359
Approval #: 314260
Transaction #: 188
AID: A0000000031010          Chip
AL: VISA CREDIT
PIN: Not Required

UFN: 253200-0431
Receipt #: 840-54930020-3-6259723-1
Clerk: 05

---

4889
3001
0002
3160
7020

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Nashville, TN 37215

| Certified Mail Fee | | |
|---|---|---|
| $ | | |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☑ Return Receipt (hardcopy) | $ | |
| ☐ Return Receipt (electronic) | $ | |
| ☑ Certified Mail Restricted Delivery | $ | |
| ☐ Adult Signature Required | $ | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $14.25 | |
| Total Postage and Fees | | |
| $ | | |

Postmark Here

**CHARLES M. WALKER**

**NASHVILLE, TN   37215-**

---

USPS TRACKING #

9590 9402 8627 3244 0681 83

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI   48430-3426**

---

"Restricted Delivery" but <u>not</u> signed by
DEFENDANT as required.

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**CHARLES M. WALKER**

**NASHVILLE, TN   37215-**

9590 9402 8627 3244 0681 83

2. Article Number (Transfer from service label)
7020 3160 0002 3001 4889

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
Sheena Walker

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---



DEFENDANT: CHARLES M. WALKER

RECEIVED SERVICE: 8/26/2024


## UNITED STATES POSTAL SERVICE.

FENTON
210 S LEROY ST
FENTON, MI 48430-9998
(800)275-8777

08/24/2024                          02:06 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $14.25 |

Nashville, TN 37215
Weight: 3 lb 10.90 oz
Expected Delivery Date
    Mon 08/26/2024
Insurance                               $0.00
    Up to $100.00 Included
Restricted Del                         $12.75
    Recipient name
    CHARLES M. WALKER
    Tracking #:
    7020316000020014889
Return Receipt                          $4.10
    Tracking #:
    9590 9402 8627 3244 0681 83
Total                                  $31.10

Grand Total:                          $200.20

Credit Card Remit                     $200.20
    Card Name: VISA
    Account #: XXXXXXXXXXXXX8359
    Approval #: 314260
    Transaction #: 188
    AID: A0000000031010       Chip
    AL: VISA CREDIT
    PIN: Not Required

UFN: 253200-0431
Receipt #: 840-54930020-3-6269723-1
Clerk: 05



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Nashville TN 37215

Certified Mail Fee   $ 1.10

Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy)      $ 4.10
☐ Return Receipt (electronic)    $ 12.757
☑ Certified Mail Restricted Delivery $ 10.75
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $

Postage   $14.25

Total Postage and Fees

**CHARLES M. WALKER**

**NASHVILLE, TN  37215-**

USPS TRACKING #
NASHVILLE TN 370

9590 9402 8627 3244 0681 83

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI   48430-3426**

---

"Restricted Delivery" but <u>not</u> signed by
DEFENDANT as required.

**SENDER: *COMPLETE THIS SECTION***

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**CHARLES M. WALKER**

**NASHVILLE, TN   37215-**



9590 9402 8627 3244 0681 83

2. Article Number (Transfer from service label)
7020 3160 0002 3001 4889

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                              ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Shreena walker

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

DEFENDANT: SAMUEL F. ANDERSON

RECEIVED SERVICE· 8/26/2024



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information visit our website at www.usps.com®

Nashville TN 37915

| Certified Mail Fee | $4.10 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ |
| ☒ Certified Mail Restricted Delivery | $10.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $14.25 |
| Total Postage and Fees | $31.10 |

7020 3160 0002 3001 4759

**SAMUEL F. ANDERSON**

**NASHVILLE, TN 37215-**

08/24/2024

---

**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024                    10:59 AM

| Product | Qty | Unit Price | Price |

Priority Mail®        1              $14.25
  Nashville, TN 37215
  Weight: 3 lb 10.70 oz
  Expected Delivery Date
    Mon 08/26/2024
  Insurance                      $0.00
    Up to $100.00 included
  Restricted Del               $12.75
    Recipient name
      SAMUEL F ANDERSON
    Tracking #:
      70203160000230014759
  Return Receipt               $4.10
    Tracking #:
      9590 9402 8627 3244 0684 42
Total                          $31.10

Grand Total:                  $120.30

Credit Card Remit             $120.30
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 904295
  Transaction #: 184
  AID: A0000000031010      Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6753228-2
Clerk: 06

---

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

3. Service Type
☐ Adult Signature                ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery  ☐ Registered Mail™
☒ Certified Mail®                ☐ Registered Mail Restricted Delivery
☒ Certified Mail Restricted Delivery  ☐ Signature Confirmation™
☐ Collect on Delivery            ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**SAMUEL F. ANDERSON**

**NASHVILLE, TN 37215-**



9590 9402 8627 3244 0684 42

2. Article Number (Transfer from service label)
7020 3160 0002 3001 4759

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt

DEFENDANT: SAMUEL F. ANDERSON

RECEIVED SERVICE: 8/26/2024

**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024                    10:59 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|

Priority Mail®          1                    $14.25
  Nashville, TN 37215
  Weight: 3 lb 10.70 oz
  Expected Delivery Date
    Mon 08/26/2024
  Insurance                                   $0.00
    Up to $100.00 included
  Restricted Del                             $12.75
    Recipient name
      SAMUEL F ANDERSON
    Tracking #:
      70203160000230014759
  Return Receipt                              $4.10
    Tracking #:
      9590 9402 8627 3244 0684 42
Total                                        $31.10

Grand Total:                                $120.30

Credit Card Remit                           $120.30
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 904295
  Transaction #: 184
  AID: A0000000031010         Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6753220-2
Clerk: 06

---

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Nashville, TN 37215

Certified Mail Fee        $4.10
Extra Services & Fees (check box, add fee as appropriate)
  ☐ Return Receipt (hardcopy)        $
  ☐ Return Receipt (electronic)      $
  ☑ Certified Mail Restricted Delivery $10.00
  ☐ Adult Signature Required         $0.00
  ☐ Adult Signature Restricted Delivery $
Postage        $14.25
Total Postage and Fees      $31.10

Postmark
AUG 24 2024

08/24/2024

SAMUEL F. ANDERSON

NASHVILLE, TN    37215-

7020 3160 0002 3001 4759

---

COMPLETE THIS SECTION

COMPLETE THIS SECTION ON DELIVERY

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**SAMUEL F. ANDERSON**

**NASHVILLE, TN    37215-**

9590 9402 8627 3244 0684 42

2. Article Number (Transfer from service label)
7020 3160 0002 3001 4759

A. Signature
X                          ☐ Agent
                           ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

This USPS Return Receipt
Mysteriously Disappeared
It was Never Returned After
The Successful Delivery

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt



DEFENDANT: JAMES MICHAEL HIVNER

RECEIVED SERVICE: 8/27/2024

**UNITED STATES POSTAL SERVICE.**

FENTON
210 S LEROY ST
FENTON, MI 48430-9998
(800)275-8777

08/24/2024                    02:06 PM

| Product | Qty | Unit Price | Price |
|---------|-----|-----------|-------|

Priority Mail®          1            $16.95
   Memphis, TN 38133
   Weight: 3 lb 10.80 oz
   Expected Delivery Date
      Tue 08/27/2024
   Insurance                          $0.00
      Up to $100.00 Included
   Restricted Del                    $12.75
      Recipient name
         JAMES M HIVNER
      Tracking #:
   ➔  70203160000230014834
   Return Receipt                     $4.10
      Tracking #:
         9590 9402 8627 3244 0683 81
Total                                $33.80

Grand Total:                        $200.20

Credit Card Remit                   $200.20
   Card Name: VISA
   Account #: XXXXXXXXXXXXX8359
   Approval #: 314260
   Transaction #: 188
   AID: A000000031010       Chip
   AL: VISA CREDIT
   PIN: Not Required

UFN: 253200-0431
Receipt #: 840-54930020-3-6269723-1
Clerk: 05

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Memphis, TN 38133

Certified Mail Fee                    $4.10
Extra Services & Fees (check box, add fee as appropriate)
  ☐ Return Receipt (hardcopy)       $_____
  ☐ Return Receipt (electronic)     $_____      Postmark
  ☑ Certified Mail Restricted Delivery $0.00       Here
  ☐ Adult Signature Required        $0.00
  ☐ Adult Signature Restricted Delivery $0.00
Postage                              $16.95
                                              08/24/2024
Total Postage and Fees
     $33.80

7020 3160 0002 3001 4834

**JAMES MICHAEL HIVNER**

**BARTLETT, TN   38133-**

**This USPS Return Receipt
Mysteriously Disappeared
It was Never Returned After
The Successful Delivery**

DEFENDANT: JAMES MICHAEL HIVNER

RECEIVED SERVICE: 8/27/2024

## UNITED STATES POSTAL SERVICE.

FENTON
210 S LEROY ST
FENTON, MI 48430-9998
(800)275-8777

08/24/2024                    02:06 PM

| Product | Qty | Unit Price | Price |
|---------|-----|-----------|-------|
| Priority Mail® | 1 | | $16.95 |

Memphis, TN 38133
Weight: 3 lb 10.80 oz
Expected Delivery Date
Tue 08/27/2024
Insurance                                        $0.00
Up to $100.00 Included
Restricted Del                                  $12.75
Recipient name
JAMES M HIVNER
Tracking #:
→ 70203160000230014834
Return Receipt                                   $4.10
Tracking #:
9590 9402 8627 3244 0683 81
Total                                           $33.80

---

Grand Total:                                   $200.20

---

Credit Card Remit                              $200.20
Card Name: VISA
Account #: XXXXXXXXXXXX8359
Approval #: 314260
Transaction #: 188
AID: A0000000031010        Chip
AL: VISA CREDIT
PIN: Not Required

---

UFN: 253200-0431
Receipt #: 840-54930020-3-6269723-1
Clerk: 05

---

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Memphis, TN 38133

| Certified Mail Fee | | 0431 |
|---|---|---|
| $ $4.10 | | 21040105 |

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)         $ $12.75
☒ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required            $ $0.00
☐ Adult Signature Restricted Delivery $

Postage
$16.95

Total Postage and Fees
$32.60

Postmark
Here

08/24/2024

7020 3160 0002 3001 4834

**JAMES MICHAEL HIVNER**

**BARTLETT, TN    38133-**

This USPS Return Receipt
Mysteriously Disappeared
It was Never Returned After
The Successful Delivery

DEFENDANT: ANDY DWANE BENNETT

RECEIVED SERVICE: 9/3/2024



## UNITED STATES
## POSTAL SERVICE.

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/28/2024                    04:09 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|

---

Priority Mail®       1              $14.25
  Hermitage, TN 37076
  Weight: 3 lb 11.20 oz
  Expected Delivery Date
    Fri 08/30/2024
  Insurance                         $0.00
    Up to $100.00 included
  Restricted Del                   $12.75
    Recipient name
      ANDY D BENNETT
    Tracking #:
  ➡  70202450000036715150
  Return Receipt                    $4.10
    Tracking #:
      9590 9402 8627 3244 0682 99
Total                              $31.10

---

Grand Total:                      $303.60

---

Credit Card Remit                 $303.60
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 518290
  Transaction #: 717
  AID: A0000000031010      Chip
  AL: VISA CREDIT
  PIN: Not Required

---

UFN: 255460-0451
Receipt #: 840-54930036-1-5531338-2
Clerk: 6

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information visit our website at www.usps.com®

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
  ☒ Return Receipt (hardcopy)        $
  ☐ Return Receipt (electronic)      $
  ☒ Certified Mail Restricted Delivery $
  ☐ Adult Signature Required         $
  ☐ Adult Signature Restricted Delivery $
Postage

Total Postage and Fees

Postmark
AUG 28 2024

**ANDY DWANE BENNETT**

**HERMITAGE, TN  37076-**

7020 2450 0000 3671 5150

---

COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

**ANDY DWANE BENNETT**



**HERMITAGE, TN  37076-**

9590 9402 8627 3244 0682 99

2. Article Number (Transfer from service label)

7020 2450 0000 3671 5150

PS Form 3811, July 2020 PSN 7530-02-000-9053

---

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

**This USPS Return Receipt
Mysteriously Disappeared
It was Never Returned After
The Successful Delivery**

3. Service Type
☐ Adult Signature                 ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery  ☐ Registered Mail™
☐ Certified Mail®                 ☐ Registered Mail Restricted Delivery
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery             ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery  ☐ Signature Confirmation Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)

Domestic Return Receipt

RECEIVED SERVICE: 9/3/2024



**UNITED STATES POSTAL SERVICE.**

```
            LINDEN
        215 S MAIN ST
     LINDEN, MI 48451-9998
        (800)275-8777
08/28/2024                    04:09 PM
--------------------------------------
Product          Qty    Unit    Price
                        Price
--------------------------------------
Priority Mail®     1            $14.25
   Hermitage, TN 37076
   Weight: 3 lb 11.20 oz
   Expected Delivery Date
      Fri 08/30/2024
   Insurance                     $0.00
      Up to $100.00 included
   Restricted Del               $12.75
      Recipient name
         ANDY D BENNETT
      Tracking #:
         70202450000036715150
   Return Receipt                $4.10
      Tracking #:
         9590 9402 8627 3244 0682 99
Total                           $31.10
--------------------------------------
Grand Total:                   $303.60
--------------------------------------
Credit Card Remit              $303.60
   Card Name: VISA
   Account #: XXXXXXXXXXXX8359
   Approval #: 518290
   Transaction #: 717
   AID: A0000000031010      Chip
   AL: VISA CREDIT
   PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-1-5531338-2
Clerk: 6
```

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

| Certified Mail Fee | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☑ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ |
| ☑ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $14.25 |
| Total Postage and Fees | |

Postmark Here   AUG 28 2024

**ANDY DWANE BENNETT**

**HERMITAGE, TN 37076-**

7020 2450 0000 3671 5150

---

**THIS SECTION**



■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**ANDY DWANE BENNETT**

**HERMITAGE, TN  37076-**

9590 9402 8627 3244 0682 99

2. Article Number (Transfer from service label)

7020 2450 0000 3671 5150

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                               ☐ Agent
                                ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

DEFENDANT: FRANK GOAD CLEMENT JR.

RECEIVED SERVICE: 8/30/2024



UNITED STATES
POSTAL SERVICE.

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/28/2024                    04:09 PM

| Product | Qty | Unit Price | Price |
| --- | --- | --- | --- |

Priority Mail®        1              $14.25
    Nashville, TN 37205
    Weight: 3 lb 11.40 oz
    Expected Delivery Date
        Fri 08/30/2024
    Insurance                            $0.00
        Up to $100.00 included
    Restricted Del                      $12.75
        Recipient name
            FRANK G CLEMENT
        Tracking #:
        70202450000036715167
    Return Receipt                       $4.10
        Tracking #:
        9590 9402 8627 3244 0682 82
Total                                   $31.10

Grand Total:                          $303.60

Credit Card Remit                     $303.60
    Card Name: VISA
    Account #: XXXXXXXXXXXX8359
    Approval #: 518290
    Transaction #: 717
    AID: A0000000031010         Chip
    AL: VISA CREDIT
    PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-1-5531338-2
Clerk: 6

---

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☑ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postage

Total Postage and Fees
$31.10

Postmark
AUG 28 2024
08/28/2024
USPS

FRANK GOAD CLEMENT JR.

NASHVILLE, TN   37205-

7020 2450 0000 3671 5167

---

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FRANK GOAD CLEMENT JR.

NASHVILLE, TN   37205-


9590 9402 8627 3244 0682 82

2. Article Number (Transfer from service label)
7020 2450 0000 3671 5167

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

This USPS Return Receipt
Mysteriously Disappeared
It was Never Returned After
The Successful Delivery

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

DEFENDANT: FRANK GOAD CLEMENT JR.

RECEIVED SERVICE: 8/30/2024


# UNITED STATES
# POSTAL SERVICE.

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/28/2024                    04:09 PM

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|

Priority Mail®        1              $14.25
  Nashville, TN 37205
  Weight: 3 lb 11.40 oz
  Expected Delivery Date
    Fri 08/30/2024
  Insurance                          $0.00
    Up to $100.00 included
  Restricted Del                     $12.75
    Recipient name
      FRANK G CLEMENT
    Tracking #:
→     70202450000036715167
  Return Receipt                     $4.10
    Tracking #:
      9590 9402 8627 3244 0682 82
Total                                $31.10

Grand Total:                         $303.60

Credit Card Remit                    $303.60
  Card Name: VISA
  Account #: XXXXXXXXXXXXX8359
  Approval #: 518290
  Transaction #: 717
  AID: A0000000031010       Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-1-5531338-2
Clerk: 6

---

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

| Certified Mail Fee | $ | |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☒ Return Receipt (hardcopy) | $ | |
| ☐ Return Receipt (electronic) | $ | Postmark |
| ☒ Certified Mail Restricted Delivery | $ | Here |
| ☐ Adult Signature Required | $ | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | .25 | |
| Total Postage and Fees | $31.10 | |

AUG 28 2024

08/28/2024
USPS

FRANK GOAD CLEMENT JR.

NASHVILLE, TN   37205-

7020 2450 0000 3671 5167

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X                                    ☒ Agent
                                     ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

1. Article Addressed to:

**FRANK GOAD CLEMENT JR.**

**NASHVILLE, TN   37205-**

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

# This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery



9590 9402 8627 3244 0682 82

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number *(Transfer from service label)*

7020 2450 0000 3671 5167

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

DEFENDANT: WILLIAM NEAL MCBRAYER

RECEIVED SERVICE: 8/31/2024



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/28/2024                    04:09 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $14.25 |
| Brentwood, TN 37027 | | | |
| Weight: 3 lb 11.00 oz | | | |
| Expected Delivery Date | | | |
| Fri 08/30/2024 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Restricted Del | | | $12.75 |
| Recipient name | | | |
| WILLIAM N MCBRAYER | | | |
| Tracking #: | | | |
| 70202450000036715136 | | | |
| Return Receipt | | | $4.10 |
| Tracking #: | | | |
| 9590 9402 8627 3244 0682 75 | | | |
| Total | | | $31.10 |

Grand Total:                   $303.60

Credit Card Remit              $303.60
Card Name: VISA
Account #: XXXXXXXXXXXX8359
Approval #: 518290
Transaction #: 717
AID: A0000000031010      Chip
AL: VISA CREDIT
PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-1-5531338-2
Clerk: 6

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

| Certified Mail Fee | |
|---|---|
| $ | |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt *(hardcopy)* | $ |
| ☐ Return Receipt *(electronic)* | $ |
| ☒ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | |
| $14.25 | |
| Total Postage and Fees | |
| $ | |

Postmark
AUG 28 2024
08/28/2024
USPS

**WILLIAM NEAL MCBRAYER**

**BRENTWOOD, TN 37027-**

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**WILLIAM NEAL MCBRAYER**

**BRENTWOOD, TN 37027-**

9590 9402 8627 3244 0682 75

7020 2450 0000 3671 5136

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X                                    ☐ Agent
                                     ☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt



DEFENDANT: WILLIAM NEAL MCBRAYER

RECEIVED SERVICE: 8/31/2024

**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/28/2024                    04:09 PM

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|

Priority Mail®          1                    $14.25
Brentwood, TN 37027
Weight: 3 lb 11.00 oz
Expected Delivery Date
Fri 08/30/2024
Insurance                                    $0.00
Up to $100.00 included
Restricted Del                              $12.75
Recipient name
WILLIAM N MCBRAYER
Tracking #:
70202450000036715136
Return Receipt                               $4.10
Tracking #:
9590 9402 8627 3244 0682 75
Total                                       $31.10

Grand Total:                               $303.60

Credit Card Remit            $303.60
Card Name: VISA
Account #: XXXXXXXXXXXX8359
Approval #: 518290
Transaction #: 717
AID: A0000000031010        Chip
AL: VISA CREDIT
PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-1-5531338-2
Clerk: 6

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☒ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark
AUG 28 2024
LINDEN, MI
08/28/2024
USPS

7020 2450 0000 3671 5136

**WILLIAM NEAL MCBRAYER**

**BRENTWOOD, TN 37027-**

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**WILLIAM NEAL MCBRAYER**

**BRENTWOOD, TN  37027-**



9590 9402 8627 3244 0682 75

7020 2450 0000 3671 5136

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                      ☐ Agent
                                       ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                     ☐ Registered Mail Restricted Delivery
☒ Certified Mail Restricted Delivery  ☐ Signature Confirmation™
☐ Collect on Delivery                 ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

Domestic Return Receipt

DEFENDANT: TENNESSEE SUPREME COURT          JUSTICE SHARON G. LEE          RECEIVED SERVICE: 9/12/2024

---

**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

09/10/2024                          02:07 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $18.85 |

Knoxville, TN 37919
Weight: 9 lb 2.2 oz
Expected Delivery Date
    Thu 09/12/2024

Insurance                                        $0.00
    Up to $100.00 included
Restricted Del                                  $12.75
    Recipient name
        SHARRON G LEE
    Tracking #:
      70202450000036716188
Return Receipt                                   $4.10
    Tracking #:
      9590 9402 8418 3156 9888 87
Total                                           $35.70

Grand Total:                                    $35.70

Credit Card Remit                               $35.70
    Card Name: VISA
    Account #: XXXXXXXXXXXX8359
    Approval #: 310170
    Transaction #: 818
    AID: A0000000031010      Chip
    AL: VISA CREDIT
    PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-1-5548556-2
Clerk: 6

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee
Extra Services & Fees *(check box, add fee as appropriate)*
☒ Return Receipt *(hardcopy)*
☐ Return Receipt *(electronic)*
☒ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery
Postage
Total Postage and Fees

LINDEN, MI 48451

Postmark
Here

SEP 10 2024

09/10/2024

7020 2450 0000 3671 6188

**SHARON GAIL LEE**

**KNOXVILLE, TN  37919-**

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**SHARON GAIL LEE**

**KNOXVILLE, TN  37919-**

9590 9402 8418 3156 9888 87

7020 2450 0000 3671 6188

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                          ☐ Agent
                                           ☐ Addressee
B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

---



DEFENDANT: TENNESSEE SUPREME COURT      JUSTICE SHARON G. LEE      RECEIVED SERVICE: 9/12/2024

# UNITED STATES POSTAL SERVICE.

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

09/10/2024                        02:07 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|

Priority Mail®      1                      $18.85
  Knoxville, TN 37919
  Weight: 9 lb 2.2 oz
  Expected Delivery Date
    Thu 09/12/2024
Insurance                                 $0.00
  Up to $100.00 included
Restricted Del                           $12.75
  Recipient name
    SHARRON G LEE
  Tracking #:
    70202450000036716188
Return Receipt                            $4.10
  Tracking #:
    9590 9402 8418 3156 9888 87
Total                                    $35.70

Grand Total:                             $35.70

Credit Card Remit                        $35.70
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 310170
  Transaction #: 818
  AID: A0000000031010       Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-1-5548566-2
Clerk: 6

---

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☒ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$35.70

LINDEN, MI 48451
Postmark Here
SEP 10 2024

7020 2450 0000 3671 6188

SHARON GAIL LEE

KNOXVILLE, TN 37919-

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

---

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**SHARON GAIL LEE**

**KNOXVILLE, TN  37919-**

9590 9402 8418 3156 9888 87

2. Article Number (Transfer from service label)
7020 2450 0000 3671 6188

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                 ☐ Agent
                                  ☐ Addressee
B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

**This USPS Return Receipt
Mysteriously Disappeared
It was Never Returned After
The Successful Delivery**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt

R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE STE 540
NASHVILLE, TN 37203-6802

CARL A NEUHOFF, JR.
HOSTETTLER, NEUHOFF & DAVIS, LLC
421 E IRIS DR STE 300
NASHVILLE, TN 37204-3140

KATHRYN LYNN YARBROUGH
███████
THOMPSONS STATION, TN 37179-████

ALEXANDER SERGEY KOVAL
███████████
NASHVILLE, TN 37211-████

HENRY EDWARD HILDEBRAND III
███████
NASHVILLE, TN 37205-████

CHARLES M. WALKER
███████████
NASHVILLE, TN 37215-████

THOMAS E. ANDERSON
███████
BRENTWOOD, TN  37027-████

R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE STE 540
NASHVILLE, TN 37203-6802

CARL A NEUHOFF, JR.
HOSTETTLER, NEUHOFF & DAVIS, LLC
421 E IRIS DR STE 300
NASHVILLE, TN 37204-3140

KATHRYN LYNN YARBROUGH
████████████
THOMPSONS STATION, TN 37179-████

ALEXANDER SERGEY KOVAL
████████████
NASHVILLE, TN 37211-████

HENRY EDWARD HILDEBRAND III
████████████
NASHVILLE, TN 37205-████

CHARLES M. WALKER
████████████
NASHVILLE, TN 37215-████

THOMAS E. ANDERSON
████████████
BRENTWOOD, TN 37027-████

FENTON v. STORY et al.          Page 2 of 3          Case 1:23-cv-01097-PLM-RSK

Case 3:24-cv-01282    Document 212-2    Filed 02/26/25    Page 80 of 122 PageID #: 865
https://rico.jefffenton.com/evidence/2024-10-03_counter-affidavit-correcting-storys-false-claims.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE STE 540
NASHVILLE, TN 37203-6802

CARL A NEUHOFF, JR.
HOSTETTLER, NEUHOFF & DAVIS, LLC
421 E IRIS DR STE 300
NASHVILLE, TN  37204-3140

KATHRYN LYNN YARBROUGH
█████████
THOMPSONS STATION, TN 37179-████

ALEXANDER SERGEY KOVAL
█████████
NASHVILLE, TN 37211-███

HENRY EDWARD HILDEBRAND III
█████████
NASHVILLE, TN 37205-███

CHARLES M. WALKER
█████████
NASHVILLE, TN 37215-███

THOMAS E. ANDERSON
█████████
BRENTWOOD, TN  37027-███

FENTON v. STORY et al.                  Page 2 of 3                  Case 1:23-cv-01097-PLM-RSK

Case 3:24-cv-01282    Document 212-2    Filed 02/26/25    Page 81 of 122 PageID #: 866
https://rico.jefffenton.com/evidence/2024-10-04_motion-for-sanctions-against-story-for-lying.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE STE 540
NASHVILLE, TN 37203-6802

CARL A NEUHOFF, JR.
HOSTETTLER, NEUHOFF & DAVIS, LLC
421 E IRIS DR STE 300
NASHVILLE, TN 37204-3140

KATHRYN LYNN YARBROUGH

THOMPSONS STATION, TN 37179-

ALEXANDER SERGEY KOVAL

NASHVILLE, TN 37211-

HENRY EDWARD HILDEBRAND III

NASHVILLE, TN 37205-

CHARLES M. WALKER

NASHVILLE, TN 37215-

THOMAS E. ANDERSON

BRENTWOOD, TN 37027-

FENTON v. STORY et al.          Page 2 of 3          Case 1:23-cv-01097-PLM-RSK

Case 3:24-cv-01282    Document 212-2    Filed 02/26/25    Page 82 of 122 PageID #: 867
https://rico.jefffenton.com/evidence/2024-10-04_motion-for-sanctions-against-story-for-lying.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE STE 540
NASHVILLE, TN 37203-6802

CARL A NEUHOFF, JR.
HOSTETTLER, NEUHOFF & DAVIS, LLC
421 E IRIS DR STE 300
NASHVILLE, TN  37204-3140

KATHRYN LYNN YARBROUGH
██████████████
THOMPSONS STATION, TN 37179-███

ALEXANDER SERGEY KOVAL
██████████████
NASHVILLE, TN 37211-███

HENRY EDWARD HILDEBRAND III
██████████████
NASHVILLE, TN 37205-███

CHARLES M. WALKER
██████████████
NASHVILLE, TN 37215-███

THOMAS E. ANDERSON
██████████████
BRENTWOOD, TN  37027-███

FENTON v. STORY et al.                 Page 2 of 3                 Case 1:23-cv-01097-PLM-RSK

R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE STE 540
NASHVILLE, TN 37203-6802

CARL A NEUHOFF, JR.
HOSTETTLER, NEUHOFF & DAVIS, LLC
421 E IRIS DR STE 300
NASHVILLE, TN 37204-3140

KATHRYN LYNN YARBROUGH

THOMPSONS STATION, TN 37179-███

ALEXANDER SERGEY KOVAL

NASHVILLE, TN 37211-███

HENRY EDWARD HILDEBRAND III

NASHVILLE, TN 37205-███

CHARLES M. WALKER

NASHVILLE, TN 37215-███

THOMAS E. ANDERSON

BRENTWOOD, TN 37027-███

MARY BETH AUSBROOKS
ROTHSCHILD & AUSBROOKS, PLLC
110 GLANCY ST STE 109
GOODLETTSVILLE, TN 37072-2314

R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE STE 540
NASHVILLE, TN 37203-6802

CARL A NEUHOFF, JR.
HOSTETTLER, NEUHOFF & DAVIS, LLC
421 E IRIS DR STE 300
NASHVILLE, TN 37204-3140

KATHRYN LYNN YARBROUGH
████████████
THOMPSONS STATION, TN 37179-███

ALEXANDER SERGEY KOVAL
████████████
NASHVILLE, TN 37211-███

HENRY EDWARD HILDEBRAND III
████████████
NASHVILLE, TN 37205-███

CHARLES M. WALKER
████████████
NASHVILLE, TN 37215-███

THOMAS E. ANDERSON
████████████
BRENTWOOD, TN 37027-███

FENTON v. STORY et al.        Page 2 of 3        Case 1:23-cv-01097-PLM-RSK

Case 3:24-cv-01282    Document 212-2    Filed 02/26/25    Page 85 of 122 PageID #: 870
https://rico.jefffenton.com/evidence/2024-10-08_motion-for-sanctions-against-story-for-lying.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

MARY BETH AUSBROOKS
ROTHSCHILD & AUSBROOKS, PLLC
110 GLANCY ST STE 109
GOODLETTSVILLE, TN 37072-2314

R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE STE 540
NASHVILLE, TN 37203-6802

CARL A NEUHOFF, JR.
HOSTETTLER, NEUHOFF & DAVIS, LLC
421 E IRIS DR STE 300
NASHVILLE, TN 37204-3140

KATHRYN LYNN YARBROUGH

THOMPSONS STATION, TN 37179-

ALEXANDER SERGEY KOVAL

NASHVILLE, TN 37211-

HENRY EDWARD HILDEBRAND III

NASHVILLE, TN 37205-

CHARLES M. WALKER

NASHVILLE, TN 37215-

THOMAS E. ANDERSON

BRENTWOOD, TN 37027-

FENTON v. STORY et al.                    Page 2 of 3                    Case 1:23-cv-01097-PLM-RSK

Case 3:24-cv-01282    Document 212-2    Filed 02/26/25    Page 86 of 122 PageID #: 871
https://rico.jefffenton.com/evidence/2024-10-08_motion-for-sanctions-against-story-for-lying.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

MARY BETH AUSBROOKS
ROTHSCHILD & AUSBROOKS, PLLC
110 GLANCY ST STE 109
GOODLETTSVILLE, TN 37072-2314

R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE STE 540
NASHVILLE, TN 37203-6802

CARL A NEUHOFF, JR.
HOSTETTLER, NEUHOFF & DAVIS, LLC
421 E IRIS DR STE 300
NASHVILLE, TN 37204-3140

KATHRYN LYNN YARBROUGH

THOMPSONS STATION, TN 37179-

ALEXANDER SERGEY KOVAL

NASHVILLE, TN 37211-

HENRY EDWARD HILDEBRAND III

NASHVILLE, TN 37205-

CHARLES M. WALKER

NASHVILLE, TN 37215-

THOMAS E. ANDERSON

BRENTWOOD, TN 37027-

FENTON v. STORY et al.          Page 2 of 3          Case 1:23-cv-01097-PLM-RSK

MARY BETH AUSBROOKS
ROTHSCHILD & AUSBROOKS, PLLC
110 GLANCY ST STE 109
GOODLETTSVILLE, TN 37072-2314

R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE STE 540
NASHVILLE, TN 37203-6802

CARL A NEUHOFF, JR.
HOSTETTLER, NEUHOFF & DAVIS, LLC
421 E IRIS DR STE 300
NASHVILLE, TN 37204-3140

KATHRYN LYNN YARBROUGH
███████████
THOMPSONS STATION, TN 37179-███

ALEXANDER SERGEY KOVAL
███████████
NASHVILLE, TN 37211-███

HENRY EDWARD HILDEBRAND III
███████████
NASHVILLE, TN 37205-███

CHARLES M. WALKER
███████████
NASHVILLE, TN 37215-███

THOMAS E. ANDERSON
███████████
BRENTWOOD, TN 37027-███

FENTON v. STORY et al.          Page 2 of 3          Case 1:23-cv-01097-PLM-RSK

Case 3:24-cv-01282    Document 212-2    Filed 02/26/25    Page 88 of 122 PageID #: 873
https://rico.jefffenton.com/evidence/2024-10-08-motion-all-filings-be-under-penalty-of-perjury.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

DEFENDANT: MICHAEL W. BINKLEY

RECEIVED SERVICE: 8/26/2024



LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/23/2024                    02:51 PM
-----------------------------------------
Product          Qty  Unit    Price
                      Price
-----------------------------------------
Priority Mail®     1          $14.25
  Franklin, TN 37069
  Weight: 3 lb 10.60 oz
  Expected Delivery Date
    Mon 08/26/2024
  Insurance                   $0.00
    Up to $100.00 included
  Restricted Del              $12.75
    Recipient name
    MICHAEL W BINKLEY
    Tracking #:
    70203160000230014711
  Return Receipt              $4.10
    Tracking #:
    9590 9402 8627 3244 0685 03
Total                         $31.10
-----------------------------------------
Grand Total:                  $31.10
-----------------------------------------
Credit Card Remit             $31.10
  Card Name: VISA
  Account #: XXXXXXXXXXXXX8359
  Approval #: 313215
  Transaction #: 660
  AID: A0000000031010    Chip
  AL: VISA CREDIT
  PIN: Not Required
-----------------------------------------
UFN: 255460-0451
Receipt #: 840-54930036-1-5521667-2
Clerk: 6

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Franklin, TN 37069

Certified Mail Fee                  $4.10

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $0.00
☑ Return Receipt (electronic)      $12.75
☑ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required         $0.00
☐ Adult Signature Restricted Delivery $

Postage                            $14.25

Total Postage and Fees             $31.10

AUG 4 2024
08/23/2024
USPS

7020 3160 0002 3001 4711

**MICHAEL W. BINKLEY**

**FRANKLIN, TN 37069-**

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

**MICHAEL W. BINKLEY**

**FRANKLIN, TN  37069-**



9590 9402 8627 3244 0685 03

2. Article Number (Transfer from service label)

7020 3160 0002 3001 4711

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                           ☐ Agent
                            ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

**This USPS Return Receipt Mysteriously Disappeared, Was Never Returned Even After Successful Delivery.**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

DEFENDANT: MICHAEL W. BINKLEY

RECEIVED SERVICE: 8/26/2024



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/23/2024                          02:51 PM

------------------------------------------------

Product          Qty    Unit      Price
                        Price

------------------------------------------------

Priority Mail®     1              $14.25
    Franklin, TN 37069
    Weight: 3 lb 10.60 oz
    Expected Delivery Date
       Mon 08/26/2024
    Insurance                      $0.00
       Up to $100.00 included
    Restricted Del                $12.75
       Recipient name
          MICHAEL W BINKLEY
       Tracking #:
✔  →   70203160000230014711
    Return Receipt                 $4.10
       Tracking #:
          9590 9402 8627 3244 0685 03
Total                             $31.10

------------------------------------------------

Grand Total:                      $31.10

------------------------------------------------

Credit Card Remit                 $31.10
    Card Name: VISA
    Account #: XXXXXXXXXXXX8359
    Approval #: 313215
    Transaction #: 660
    AID: A0000000031010        Chip
    AL: VISA CREDIT
    PIN: Not Required

------------------------------------------------

UFN: 255460-0451
Receipt #: 840-54930036-1-5521667-2
Clerk: 6

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

7020 3160 0002 3001 4711

Franklin, TN 37069

Certified Mail Fee                    $4.10

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)      $0.00
☑ Return Receipt (electronic)    $12.75
☑ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required       $0.00
☐ Adult Signature Restricted Delivery $

Postage                           $14.25

Total Postage and Fees
$31.10

**MICHAEL W. BINKLEY**

**FRANKLIN, TN 37069-**

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

LINDEN, MI 0451 6
AUG 4 2024
08/23/2024 USPS

---

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X                              ☐ Agent
                               ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

**This USPS Return Receipt Mysteriously Disappeared, Was Never Returned Even After Successful Delivery.**

---

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:



**MICHAEL W. BINKLEY**

**FRANKLIN, TN  37069-**

9590 9402 8627 3244 0685 03

2. Article Number (Transfer from service label)

7020 3160 0002 3001 4711

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

DEFENDANT: ELAINE B. BEELER

RECEIVED SERVICE: 8/26/2024



UNITED STATES POSTAL SERVICE

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024                     11:25 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|

Priority Mail®          1                  $14.25
  Franklin, TN 37064
  Weight: 3 lb 10.80 oz
  Expected Delivery Date
  Mon 08/26/2024
  Insurance                                 $0.00
  Up to $100.00 included
  Restricted Del                           $12.75
  Recipient name
    ELAINE B BEELER
  Tracking #:
    → 70203160000230014704
  Return Receipt                            $4.10
  Tracking #:
    9590 9402 8627 3244 0684 97
Total                                      $31.10

Grand Total:                              $147.60

Credit Card Remit                         $147.60
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 014252
  Transaction #: 185
  AID: A0000000031010        Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6753461-2
Clerk: 06

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Franklin TN 37064                          0451 06

Certified Mail Fee          $4.10
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)      $10.00
☐ Return Receipt (electronic)    $1.__
☒ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required       $0.00
☐ Adult Signature Restricted Delivery $
Postage        $14.25
Total Postage and Fees   $31.10

Postmark Here   AUG 24 2024   08/24/2024

Sent To   ELAINE B. BEELER
Street and Apt. No., or PO Box No.
City, State, ZIP+4®   FRANKLIN, TN 37064-

PS Form 3800

USPS TRACKING #
NASHVILLE TN 370
24 AUG 2024 PM 2 L

9590 9402 8627 3244 0684 97

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

Sender: Please print your name, address, and ZIP+4® in this box•

# 17195 SILVER PKWY
# PMB #150
# FENTON, MI    48430-3426

### SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

**ELAINE B. BEELER**

**FRANKLIN, TN 37064-**



9590 9402 8627 3244 0684 97

2. Article Number (Transfer from service label)

7020 3160 0002 3001 4704

PS Form 3811, July 2020 PSN 7530-02-000-9053

### COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                               ☐ Agent
                                ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

**This USPS Return Receipt
Was Mysteriously Missing
A Signature and Any
Information About Delivery**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024                                    11:25 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|

Priority Mail®          1                    $14.25
  Franklin, TN 37064
  Weight: 3 lb 10.80 oz
  Expected Delivery Date
  Mon 08/26/2024
  Insurance                                   $0.00
    Up to $100.00 included
  Restricted Del                             $12.75
    Recipient name
    ELAINE B BEELER
    Tracking #:
    → 70203160000230014704
  Return Receipt                              $4.10
    Tracking #:
    9590 9402 8627 3244 0684 97
Total                                        $31.10

Grand Total:                                $147.60

Credit Card Remit                           $147.60
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 014252
  Transaction #: 185
  AID: A0000000031010          Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6753461-2
Clerk: 06



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Franklin TN 37064

| | | |
|---|---|---|
| Certified Mail Fee | $4.10 | 0451 |
| $ | | 06 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☑ Return Receipt (hardcopy) | $ | |
| ☐ Return Receipt (electronic) | $ | Postmark |
| ☑ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $ | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $14.25 | AUG 24 2024 |
| $ | | 08/24/2024 |
| Total Postage and Fees | | |
| $31.10 | | |

Sent To **ELAINE B. BEELER**
Street

City **FRANKLIN, TN 37064**

PS Form 3800                See Reverse for Instructions

USPS TRACKING #
NASHVILLE TN 370

9590 9402 8627 3244 0684 97

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. | A. Signature |
| ■ Print your name and address on the reverse so that we can return the card to you. | X ☐ Agent ☐ Addressee |
| ■ Attach this card to the back of the mailpiece, or on the front if space permits. | B. Received by (Printed Name)    C. Date of Delivery |

1. Article Addressed to:

**ELAINE B. BEELER**

**FRANKLIN, TN 37064**

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

**This USPS Return Receipt Was Mysteriously Missing A Signature and Any Information About Delivery**

9590 9402 8627 3244 0684 97

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

7020 3160 0002 3001 4704

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt



DEFENDANT: KATHRYN YARBROUGH  SECOND SERVICE ATTEMPT  RECEIVED SERVICE: 9/06/2024

**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

09/04/2024                01:45 PM

Product          Qty   Unit    Price
                       Price

Priority Mail®    1            $14.25
Thompsons Station, TN 37179
Weight: 3 lb 12.00 oz
Expected Delivery Date
Fri 09/06/2024
Insurance                      $0.00
Up to $100.00 included
Restricted Del                 $12.75
Recipient name
KATHRYN L YARBROUGH
Tracking #:
70203160000230014698
Return Receipt                 $4.10
Tracking #:
9590 9402 8627 3244 0684 80
Total                          $31.10

Grand Total:                   $85.40

Credit Card Remit              $85.40
Card Name: VISA
Account #: XXXXXXXXXXXX8359
Approval #: 214054
Transaction #: 241
AID: A0000000031010      Chip
AL: VISA CREDIT
PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6764826-2
Clerk: 06

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Thompsons Station, TN 37179

Certified Mail Fee                    $4.10
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $12.75
☒ Certified Mail Restricted Delivery  $10.00
☐ Adult Signature Required       $0.00
☐ Adult Signature Restricted Delivery $
Postage                          $14.25
Total Postage and Fees
$31.10

Postmark
Here
SEP 04 2024
09/04/2024

KATHRYN YARBROUGH

THOMPSONS STATION, TN 37179-

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

7020 3160 0002 3001 4698

---

USPS TRACKING #

9590 9402 8627 3244 0684 80

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

* Sender: Please print your name, address, and ZIP+4® in this box*

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---

SENDER: *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

**KATHRYN YARBROUGH**

THOMPSONS STATION, TN 37179-

9590 9402 8627 3244 0684 80

2. Article Number *(Transfer from service label)*
7020 3160 0002 3001 4698

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                               ☐ Agent
                                ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

RESTRICTED
DELIVERY

3. Service Type
☐ Adult Signature                ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery  ☐ Registered Mail™
☐ Certified Mail®                ☐ Registered Mail Restricted
☒ Certified Mail Restricted Delivery   Delivery
☐ Collect on Delivery            ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery  ☐ Signature Confirmation
☐ Insured Mail                   Restricted Delivery
☐ Insured Mail Restricted Delivery
  (over $500)

Domestic Return Receipt



**UNITED STATES POSTAL SERVICE**

```
              LINDEN
          215 S MAIN ST
       LINDEN, MI 48451-9998
          (800)275-8777

09/04/2024                    01:45 PM
--------------------------------------
Product          Qty  Unit      Price
                      Price
--------------------------------------
Priority Mail®     1            $14.25
  Thompsons Station, TN 37179
  Weight: 3 lb 12.00 oz
  Expected Delivery Date
    Fri 09/06/2024
  Insurance                      $0.00
    Up to $100.00 included
  Restricted Del               $12.75
    Recipient name
       KATHRYN L YARBROUGH
    Tracking #:
    → 70203160000230014698
  Return Receipt                 $4.10
    Tracking #:
    9590 9402 8627 3244 0684 80
Total                          $31.10

--------------------------------------
Grand Total:                   $85.40
--------------------------------------
Credit Card Remit              $85.40
  Card Name: VISA
  Account #: XXXXXXXXXXXXX8359
  Approval #: 214054
  Transaction #: 241
  AID: A0000000031010       Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6764826-2
Clerk: 06
```



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Thompsons Station, TN 37179

| | |
|---|---|
| Certified Mail Fee | $4.10 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☒ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $12.75 |
| ☒ Certified Mail Restricted Delivery | $10.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $14.25 |
| Total Postage and Fees | $31.10 |

Postmark Here
SEP 04 2024
09/04/2024

**KATHRYN YARBROUGH**

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

**THOMPSONS STATION, TN 37179-**

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

---

**USPS TRACKING #**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 8627 3244 0684 80

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

**17195 SILVER PKWY
PMB #150
FENTON, MI   48430-3426**

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**KATHRYN YARBROUGH**

**THOMPSONS STATION, TN 37179-**



9590 9402 8627 3244 0684 80

2. Article Number (Transfer from service label)

7020 3160 0002 3001 4698

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

 RESTRICTED DELIVERY

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

DEFENDANT: ALEXANDER S. KOVAL

RECEIVED SERVICE: 8/26/2024





**This USPS Return Receipt
Mysteriously Disappeared
It was Never Returned After
The Successful Delivery**

DEFENDANT: ALEXANDER S. KOVAL





**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024                    10:59 AM

| Product | Qty | Unit Price | Price |
|---------|-----|-----------|-------|

Priority Mail®        1              $14.25
  Nashville, TN 37211
  Weight: 3 lb 10.80 oz
  Expected Delivery Date
    Mon 08/26/2024
  Insurance                          $0.00
  Up to $100.00 included
  Restricted Del                    $12.75
    Recipient name
      ALEXANDER S KOVAL
    Tracking #:
✔→    70203160000230014728
Total                               $27.00

Grand Total:                       $120.30

Credit Card Remit                  $120.30
    Card Name: VISA
    Account #: XXXXXXXXXXXX8359
    Approval #: 904295
    Transaction #: 184
    AID: A0000000031010          Chip
    AL: VISA CREDIT
    PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6753228-2
Clerk: 06

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

7020 3160 0000 2300 4728

Certified Mail Fee        $0.00
Extra Services & Fees (check box, add fee as appropriate)
  ☐ Return Receipt (hardcopy)      $
  ☐ Return Receipt (electronic)    $
  ☒ Certified Mail Restricted Delivery  $0.00
  ☐ Adult Signature Required       $0.00
  ☐ Adult Signature Restricted Delivery $
Postage        $11.25
Total Postage and Fees
$

**ALEXANDER KOVAL**

**NASHVILLE, TN 37211-**

Postmark Here
AUG 24 2024
08/24/2024
USPS

**This USPS Return Receipt
Mysteriously Disappeared
It was Never Returned After
The Successful Delivery**

RICO SERVICES SHIPPED via USPS on 8/24/2024 at 10:59 AM    Case 3:24-cv-01097-FLM-RSK (FENTON v. STORY et al.)

Case 3:24-cv-01283   Document 212-2   Filed 02/26/25   Page 96 of 122 PageID #: 881

DEFENDANT: HENRY EDWARD HILDEBRAND III

RECEIVED SERVICE: 8/26/2024



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024                          10:59 AM
--------------------------------------
Product          Qty   Unit    Price
                       Price
--------------------------------------

Priority Mail®    1              $14.25
    Nashville, TN 37205
    Weight: 3 lb 10.40 oz
    Expected Delivery Date
        Mon 08/26/2024
    Insurance                     $0.00
    Up to $100.00 included
    Restricted Del               $12.75
        Recipient name
        HENRY E HILDEBRAND
        Tracking #:
        7020316000230014803
    Return Receipt                $4.10
        Tracking #:
        9590 9402 8627 3244 0683 98
Total                            $31.10

--------------------------------------
Grand Total:                    $120.30
--------------------------------------
Credit Card Remit               $120.30
    Card Name: VISA
    Account #: XXXXXXXXXXXX8359
    Approval #: 904295
    Transaction #: 184
    AID: A0000000031010       Chip
    AL: VISA CREDIT
    PIN: Not Required
--------------------------------------

UFN: 255460-0451
Receipt #: 840-54930036-3-6753228-2
Clerk: 06

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Nashville TN 37205

Certified Mail Fee          $4.10
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery  $10.00
☐ Adult Signature Required       $10.00
☐ Adult Signature Restricted Delivery $
Postage                     $14.25
Total Postage and Fees      $31.10

Postmark Here
AUG 24 2024
08/24/2024

**HENRY HILDEBRAND III**

**NASHVILLE, TN 37205-**

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

4803
3001
2300
0160
7020

**This USPS Return Receipt
Mysteriously Disappeared
It was Never Returned After
The Successful Delivery**

RICO SERVICES SHIPPED VIA USPS on 8/24/2024 at 10:59 AM    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

Case 1:24-cv-01283-JMC Document 212-2    Filed 02/26/25    Page 97 of 122 PageID #: 882



UNITED STATES
POSTAL SERVICE.

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024                          10:59 AM
--------------------------------------------
Product              Qty    Unit      Price
                            Price
--------------------------------------------
Priority Mail®        1              $14.25
    Nashville, TN 37205
    Weight: 3 lb 10.40 oz
    Expected Delivery Date
      Mon 08/26/2024
    Insurance                        $0.00
    Up to $100.00 included
    Restricted Del                  $12.75
    Recipient name
        HENRY E HILDEBRAND
    Tracking #:
        70203160000230014803
    Return Receipt                   $4.10
    Tracking #:
        9590 9402 8627 3244 0683 98
Total                               $31.10
--------------------------------------------

--------------------------------------------
Grand Total:                       $120.30
--------------------------------------------
Credit Card Remit                  $120.30
    Card Name: VISA
    Account #: XXXXXXXXXXXX8359
    Approval #: 904295
    Transaction #: 184
    AID: A0000000031010        Chip
    AL: VISA CREDIT
    PIN: Not Required
--------------------------------------------

UFN: 255460-0451
Receipt #: 840-54930036-3-6753228-2
Clerk: 06



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Nashville TN 37205

Certified Mail Fee          $4.10
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $12.75
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required       $0.00
☐ Adult Signature Restricted Delivery $
Postage          $14.25
Total Postage and Fees
$31.10

Postmark
Here
AUG 24 2024
08/24/2024

HENRY HILDEBRAND III

NASHVILLE, TN 37205-

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

**This USPS Return Receipt**
**Mysteriously Disappeared**
**It was Never Returned After**
**The Successful Delivery**

DEFENDANT: CHARLES M. WALKER

RECEIVED SERVICE: 8/26/2024



**FENTON**
210 S LEROY ST
FENTON, MI 48430-9998
(800)275-8777

08/24/2024                          02:06 PM
------------------------------------------------
Product              Qty    Unit    Price
                            Price
------------------------------------------------
Priority Mail®        1             $14.25
   Nashville, TN 37215
   Weight: 3 lb 10.90 oz
   Expected Delivery Date
       Mon 08/26/2024
   Insurance                        $0.00
      Up to $100.00 included
   Restricted Del                   $12.75
      Recipient name
         CHARLES M WALKER
   Tracking #:
      70203160000230014889
   Return Receipt                   $4.10
      Tracking #:
         9590 9402 8627 3244 0681 83
Total                               $31.10

------------------------------------------------
Grand Total:                       $200.20
------------------------------------------------
Credit Card Remit                  $200.20
   Card Name: VISA
   Account #: XXXXXXXXXXXX8359
   Approval #: 314260
   Transaction #: 188
   AID: A0000000031010        Chip
   AL: VISA CREDIT
   PIN: Not Required
------------------------------------------------

UFN: 253200-0431
Receipt #: 840-54930020-3-6269723-1
Clerk: 05

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com™.

7020 3160 0002 3001 4889

| | |
|---|---|
| Certified Mail Fee | |
| $4.10 | 0431 |
| Extra Services & Fees (check box, add fee as appropriate) | 05 |
| ☐ Return Receipt (hardcopy) $ | |
| ☐ Return Receipt (electronic) $ $12.75 | Postmark |
| ☑ Certified Mail Restricted Delivery $ $0.00 | Here |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $14.25 | AUG 24 2024 |
| Total Postage and Fees $31.10 | |

**CHARLES M. WALKER**

**NASHVILLE, TN  37215-**

USPS TRACKING #
NASHVILLE TN 370
AUG 26 2024 PM 2 L

9590 9402 8627 3244 0681 83

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

Sender: Please print your name, address, and ZIP+4® in this box®

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---

**"Restricted Delivery" but not signed by DEFENDANT as required.**

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**CHARLES M. WALKER**

**NASHVILLE, TN  37215-**

9590 9402 8627 3244 0681 83

2. Article Number (Transfer from service label)
7020 3160 0002 3001 4889

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _Julia Walker_                    ☐ Agent
                                    ☐ Addressee

B. Received by (Printed Name)       C. Date of Delivery
Sheena Walker

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature                   ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery  ☐ Registered Mail™
☐ Certified Mail®                   ☐ Registered Mail Restricted Delivery
☑ Certified Mail Restricted Delivery  ☐ Signature Confirmation™
☐ Collect on Delivery               ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

---



DEFENDANT: CHARLES M. WALKER

RECEIVED SERVICE: 8/26/2024


**UNITED STATES POSTAL SERVICE.**

FENTON
210 S LEROY ST
FENTON, MI 48430-9998
(800)275-8777

08/24/2024                    02:06 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|

Priority Mail®        1                  $14.25
   Nashville, TN 37215
   Weight: 3 lb 10.90 oz
   Expected Delivery Date
     Mon 08/26/2024
   Insurance                        $0.00
    Up to $100.00 included
   Restricted Del                  $12.75
    Recipient name
     CHARLES M WALKER
    Tracking #:
     → 70203160000230014889
   Return Receipt                   $4.10
    Tracking #:
     9590 9402 8627 3244 0681 83
Total                              $31.10

Grand Total:                      $200.20

Credit Card Remit                 $200.20
   Card Name: VISA
   Account #: XXXXXXXXXXXX8359
   Approval #: 314260
   Transaction #: 188
   AID: A0000000031010          Chip
   AL: VISA CREDIT
   PIN: Not Required

UFN: 253200-0431
Receipt #: 840-54930020-3-6269723-1
Clerk: 05

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Nashville, TN 37215

| Certified Mail Fee | $4.10 |
|---|---|
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☑ Return Receipt (hardcopy) | $4.10 |
| ☐ Return Receipt (electronic) | $17.05 |
| ☑ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | |
| Postage | $14.25 |
| Total Postage and Fees | $31.10 |

Postmark Here

**CHARLES M. WALKER**

**NASHVILLE, TN 37215-**

USPS TRACKING #

9590 9402 8627 3244 0681 83

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

**Sender: Please print your name, address, and ZIP+4® in this box**

**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

---

"Restricted Delivery" but **not** signed by DEFENDANT as required.

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**CHARLES M. WALKER**

**NASHVILLE, TN    37215-**

9590 9402 8627 3244 0681 83

2. Article Number *(Transfer from service label)*
7020 3160 0002 3001 4889

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Julius Walker_          ☐ Agent
                                      ☐ Addressee
B. Received by *(Printed Name)*       C. Date of Delivery
_Snleena walker_

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☑ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

DEFENDANT: SAMUEL F. ANDERSON

RECEIVED SERVICE: 8/26/2024



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777
08/24/2024                    10:59 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|

Priority Mail®        1              $14.25
  Nashville, TN 37215
  Weight: 3 lb 10.70 oz
  Expected Delivery Date
    Mon 08/26/2024
  Insurance                        $0.00
    Up to $100.00 included
  Restricted Del                  $12.75
    Recipient name
      SAMUEL F ANDERSON
    Tracking #:
      7020316000230014759
  Return Receipt                   $4.10
    Tracking #:
      9590 9402 8627 3244 0684 42
Total                             $31.10

Grand Total:                     $120.30

Credit Card Remit                $120.30
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 904295
  Transaction #: 184
  AID: A0000000031010    Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-3-6753228-2
Clerk: 06

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Nashville TN 37215

Certified Mail Fee                    $4.10
Extra Services & Fees (check box, add fee as appropriate)
  ☐ Return Receipt (hardcopy)      $_____
  ☐ Return Receipt (electronic)    $_____
  ☑ Certified Mail Restricted Delivery $10.00
  ☐ Adult Signature Required       $_____
  ☐ Adult Signature Restricted Delivery $_____
Postage                            $14.25
Total Postage and Fees
  $31.10

**SAMUEL F. ANDERSON**

**NASHVILLE, TN    37215-**

7020 3160 0002 3001 4759

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

Postmark
AUG 24 2024
08/24/2024

---

| | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>**SAMUEL F. ANDERSON**<br>**NASHVILLE, TN   37215-** | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br>**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery** |



9590 9402 8627 3244 0684 42

| 3. Service Type | |
|---|---|
| ☐ Adult Signature | ☐ Priority Mail Express® |
| ☐ Adult Signature Restricted Delivery | ☐ Registered Mail™ |
| ☐ Certified Mail® | ☐ Registered Mail Restricted Delivery |
| ☑ Certified Mail Restricted Delivery | ☐ Signature Confirmation™ |
| ☐ Collect on Delivery | ☐ Signature Confirmation Restricted Delivery |
| ☐ Collect on Delivery Restricted Delivery | |
| ☐ Insured Mail | |
| ☐ Insured Mail Restricted Delivery (over $500) | |

2. Article Number (Transfer from service label)
7020 3160 0002 3001 4759

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt

# UNITED STATES POSTAL SERVICE.

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/24/2024                    10:59 AM
--------------------------------------
Product              Qty    Unit    Price
                            Price
--------------------------------------

| Priority Mail® | 1 | | $14.25 |
| Nashville, TN 37215 | | | |
| Weight: 3 lb 10.70 oz | | | |
| Expected Delivery Date | | | |
| Mon 08/26/2024 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Restricted Del | | | $12.75 |
| Recipient name | | | |
| SAMUEL F ANDERSON | | | |
| Tracking #: | | | |
| 70203160000230014759 | | | |
| Return Receipt | | | $4.10 |
| Tracking #: | | | |
| 9590 9402 8627 3244 0684 42 | | | |
| Total | | | $31.10 |

--------------------------------------
Grand Total:                    $120.30
--------------------------------------
Credit Card Remit               $120.30
    Card Name: VISA
    Account #: XXXXXXXXXXXX8359
    Approval #: 904295
    Transaction #: 184
    AID: A0000000031010        Chip
    AL: VISA CREDIT
    PIN: Not Required
--------------------------------------
UFN: 255460-0451
Receipt #: 840-54930036-3-6753228-2
Clerk: 06

---

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
### Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Nashville TN 37915

| Certified Mail Fee | | |
| $ | $4.10 | |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☒ Return Receipt (hardcopy) | $ | $0.00 |
| ☐ Return Receipt (electronic) | $ | $1.75 |
| ☒ Certified Mail Restricted Delivery | $ | $0.00 |
| ☐ Adult Signature Required | $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | | |
| Postage | | |
| $ | $14.25 | |
| Total Postage and Fees | | |
| $ | $31.10 | |

LINDEN, MI 48451-51
06
Postmark
AUG 24 2024
08/24/2024

**SAMUEL F. ANDERSON**

**NASHVILLE, TN   37215-**

PS Form 3800, April 2015 PSN 7530-02-000-9047    See reverse for instructions

7020 3160 0002 3001 4759

---

| **[COMPLETE T]HIS SECTION** | **COMPLETE THIS SECTION ON DELIVERY** | |
|---|---|---|
| ■ Complete items 1, 2, and 3. | A. Signature | |
| ■ Print your name and address on the reverse | X | ☐ Agent |
| so that we can return the card to you. | | ☐ Addressee |
| ■ Attach this card to the back of the mailpiece, | B. Received by (Printed Name) | C. Date of Delivery |
| or on the front if space permits. | | |
| 1. Article Addressed to: | D. Is delivery address different from item 1? ☐ Yes | |
| | If YES, enter delivery address below: ☐ No | |

1. Article Addressed to:

**SAMUEL F. ANDERSON**

**NASHVILLE, TN   37215-**

**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

9590 9402 8627 3244 0684 42

| 3. Service Type | |
|---|---|
| ☐ Adult Signature | ☐ Priority Mail Express® |
| ☐ Adult Signature Restricted Delivery | ☐ Registered Mail™ |
| ☐ Certified Mail® | ☐ Registered Mail Restricted Delivery |
| ☒ Certified Mail Restricted Delivery | ☐ Signature Confirmation™ |
| ☐ Collect on Delivery | ☐ Signature Confirmation Restricted Delivery |
| ☐ Collect on Delivery Restricted Delivery | |
| ☐ Insured Mail | |
| ☐ Insured Mail Restricted Delivery (over $500) | |

2. Article Number (Transfer from service label)

7020 3160 0002 3001 4759

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt



DEFENDANT: JAMES MICHAEL HIVNER                                                    RECEIVED SERVICE: 8/27/2024



### UNITED STATES POSTAL SERVICE.

FENTON
210 S LEROY ST
FENTON, MI 48430-9998
(800)275-8777

08/24/2024                                   02:06 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $16.95 |

Memphis, TN 38133
Weight: 3 lb 10.80 oz
Expected Delivery Date
   Tue 08/27/2024
Insurance                                        $0.00
   Up to $100.00 included
Restricted Del                                  $12.75
   Recipient name
      JAMES M HIVNER
   Tracking #:
   ➡ 70203160000230014834
Return Receipt                                   $4.10
   Tracking #:
      9590 9402 8627 3244 0683 81
Total                                           $33.80

Grand Total:                                   $200.20

Credit Card Remit                              $200.20
   Card Name: VISA
   Account #: XXXXXXXXXXXX8359
   Approval #: 314260
   Transaction #: 188
   AID: A0000000031010          Chip
   AL: VISA CREDIT
   PIN: Not Required

UFN: 253200-0431
Receipt #: 840-54930020-3-6269723-1
Clerk: 05

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com.

Memphi s, TN 38133

| Certified Mail Fee | $4.10 | 0431 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☑ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $12.75 | Postmark |
| ☑ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | | |

Postage         $16.95                              08/24/2024

Total Postage and Fees
$33.80

**JAMES MICHAEL HIVNER**

**BARTLETT, TN     38133-**

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

### This USPS Return Receipt
### Mysteriously Disappeared
### It was Never Returned After
### The Successful Delivery



## UNITED STATES POSTAL SERVICE.

**FENTON**
210 S LEROY ST
FENTON, MI 48430-9998
(800)275-8777

08/24/2024                    02:06 PM

------------------------------------
Product          Qty    Unit    Price
                        Price
------------------------------------

Priority Mail®      1              $16.95
  Memphis, TN 38133
  Weight: 3 lb 10.80 oz
  Expected Delivery Date
    Tue 08/27/2024
  Insurance                        $0.00
    Up to $100.00 included
  Restricted Del                  $12.75
    Recipient name
      JAMES M HIVNER
    Tracking #:
    ➔ 70203160000230014834
  Return Receipt                   $4.10
    Tracking #:
    9590 9402 8627 3244 0683 81
Total                             $33.80

------------------------------------
Grand Total:                     $200.20
------------------------------------
Credit Card Remit                $200.20
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 314260
  Transaction #: 188
  AID: A0000000031010        Chip
  AL: VISA CREDIT
  PIN: Not Required
------------------------------------

UFN: 253200-0431
Receipt #: 840-54930020-3-6269723-1
Clerk: 05

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Memphi, TN 38133

| Certified Mail Fee | | |
|---|---|---|
| $ | $4.10 | 0431 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $12.75 | Postmark |
| ☑ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | | |
| Postage | $16.95 | 08/24/2024 |
| $ | | |
| Total Postage and Fees | | |
| $33.80 | | |
| $ | | |

**JAMES MICHAEL HIVNER**

**BARTLETT, TN    38133-**

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

---

## This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery

DEFENDANT: ANDY DWANE BENNETT

RECEIVED SERVICE: 9/3/2024



**LINDEN**
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/28/2024                              04:09 PM

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|
| Priority Mail® | 1 | | $14.25 |

Hermitage, TN 37076
Weight: 3 lb 11.20 oz
Expected Delivery Date
     Fri 08/30/2024

| | | |
|---|---|---|
| Insurance | | $0.00 |
| Up to $100.00 included | | |
| Restricted Del | | $12.75 |
| Recipient name | | |
| ANDY D BENNETT | | |
| Tracking #: | | |
| 70202450000036715150 | | |
| Return Receipt | | $4.10 |
| Tracking #: | | |
| 9590 9402 8627 3244 0682 99 | | |
| Total | | $31.10 |

Grand Total:                           $303.60

Credit Card Remit                      $303.60
     Card Name: VISA
     Account #: XXXXXXXXXXXX8359
     Approval #: 518290
     Transaction #: 717
     AID: A0000000031010         Chip
     AL: VISA CREDIT
     PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-1-5531338-2
Clerk: 6

---

## U.S. Postal Service™
### CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

OFFICIAL USE

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)        $_____
☐ Return Receipt (electronic)       $_____      Postmark
☒ Certified Mail Restricted Delivery $_____       Here
☐ Adult Signature Required          $_____     AUG 28 2024
☐ Adult Signature Restricted Delivery $_____

Postage        $14.25                     08/28/2024

Total Postage and Fees
$

ANDY DWANE BENNETT

HERMITAGE, TN  37076-

7020 2450 0000 3671 5150

---

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**ANDY DWANE BENNETT**

**HERMITAGE, TN  37076-**

9590 9402 8627 3244 0682 99

2. Article Number (Transfer from service label)

7020 2450 0000 3671 5150

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                     ☐ Registered Mail Restricted Delivery
☒ Certified Mail Restricted Delivery  ☐ Signature Confirmation™
☐ Collect on Delivery                 ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053              Domestic Return Receipt



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/28/2024                04:09 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|

Priority Mail®          1                    $14.25
  Hermitage, TN 37076
  Weight: 3 lb 11.20 oz
  Expected Delivery Date
    Fri 08/30/2024
  Insurance                            $0.00
    Up to $100.00 Included
  Restricted Del                      $12.75
    Recipient name
      ANDY D BENNETT
    Tracking #:
      70202450000036715150
  Return Receipt                       $4.10
    Tracking #:
      9590 9402 8627 3244 0682 99
Total                                  $31.10

Grand Total:                          $303.60

Credit Card Remit                     $303.60
  Card Name: VISA
  Account #: XXXXXXXXXXXX8359
  Approval #: 518290
  Transaction #: 717
  AID: A0000000031010        Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-1-5531338-2
Clerk: 6

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☑ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postage          $14.25

Total Postage and Fees

Postmark
Here
AUG 28 2024
08/28/2024
USPS

**ANDY DWANE BENNETT**

**HERMITAGE, TN  37076-**

5150  3671  0000  2450  7020

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _____     ☐ Agent
           ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

**This USPS Return Receipt**
**Mysteriously Disappeared**
**It was Never Returned After**
**The Successful Delivery**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

**ANDY DWANE BENNETT**

**HERMITAGE, TN  37076-**

9590 9402 8627 3244 0682 99

2. Article Number (Transfer from service label)

7020 2450 0000 3671 5150

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt



DEFENDANT: FRANK GOAD CLEMENT JR.

RECEIVED SERVICE: 8/30/2024



**UNITED STATES POSTAL SERVICE.**

```
                LINDEN
           215 S MAIN ST
        LINDEN, MI 48451-9998
           (800)275-8777

08/28/2024                     04:09 PM
-----------------------------------------
Product          Qty   Unit    Price
                       Price
-----------------------------------------

Priority Mail®    1            $14.25
  Nashville, TN 37205
  Weight: 3 lb 11.40 oz
  Expected Delivery Date
    Fri 08/30/2024
  Insurance                    $0.00
    Up to $100.00 included
  Restricted Del               $12.75
    Recipient name
      FRANK G CLEMENT
    Tracking #:
      70202450000036715167
  Return Receipt               $4.10
    Tracking #:
      9590 9402 8627 3244 0682 82
Total                          $31.10
-----------------------------------------

Grand Total:                   $303.60
-----------------------------------------
Credit Card Remit              $303.60
    Card Name: VISA
    Account #: XXXXXXXXXXXX8359
    Approval #: 518290
    Transaction #: 717
    AID: A0000000031010        Chip
    AL: VISA CREDIT
    PIN: Not Required
-----------------------------------------

UFN: 255460-0451
Receipt #: 840-54930036-1-5531338-2
Clerk: 6
```

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | |
| $ | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $14.25 |
| Total Postage and Fees | |
| $ | |

Postmark
LINDEN, MI
AUG 28 2024
USPS

**FRANK GOAD CLEMENT JR.**

**NASHVILLE, TN   37205-**

See Reverse for Instructions

---

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**FRANK GOAD CLEMENT JR.**

**NASHVILLE, TN   37205-**

9590 9402 8627 3244 0682 82

2. Article Number (Transfer from service label)

7020 2450 0000 3671 5167

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X                            ☐ Agent
                             ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:         ☐ No

**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt





**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/28/2024　　　　　　　　　04:09 PM
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Product　　　　　　Qty　Unit　Price
　　　　　　　　　　　　　Price
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Priority Mail®　　　1　　　　　$14.25
　Nashville, TN 37205
　Weight: 3 lb 11.40 oz
　Expected Delivery Date
　　Fri 08/30/2024
　Insurance　　　　　　　　　　$0.00
　　Up to $100.00 included
　Restricted Del　　　　　　　$12.75
　　Recipient name
　　　FRANK G CLEMENT
　Tracking #:
　→ 70202450000036715167
　Return Receipt　　　　　　　$4.10
　Tracking #:
　　9590 9402 8627 3244 0682 82
Total　　　　　　　　　　　　　$31.10
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Grand Total:　　　　　　　　　$303.60
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Credit Card Remit　　　　　　$303.60
　Card Name: VISA
　Account #: XXXXXXXXXXXX8359
　Approval #: 518290
　Transaction #: 717
　AID: A0000000031010　　　Chip
　AL: VISA CREDIT
　PIN: Not Required
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -
UFN: 255460-0451
Receipt #: 840-54930036-1-5531338-2
Clerk: 6

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | |
| $ | |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) $ | |
| ☐ Return Receipt (electronic) $ | |
| ☑ Certified Mail Restricted Delivery $ | Postmark |
| ☐ Adult Signature Required $ | AUG 28 2024 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage | |
| $14.25 | |
| Total Postage and Fees | USPS |
| $ | |

FRANK GOAD CLEMENT JR.

NASHVILLE, TN　37205-

See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**FRANK GOAD CLEMENT JR.**

**NASHVILLE, TN　37205-**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 8627 3244 0682 82

2. Article Number *(Transfer from service label)*
7020 2450 0000 3671 5167

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X　　　　　　　　　　　☐ Agent
　　　　　　　　　　　　☐ Addressee

B. Received by *(Printed Name)*　　C. Date of Delivery

D. Is delivery address different from item 1?　☐ Yes
　If YES, enter delivery address below:　　　☐ No

**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



DEFENDANT: WILLIAM NEAL MCBRAYER

RECEIVED SERVICE: 8/31/2024



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/28/2024                            04:09 PM
-------------------------------------------
Product          Qty   Unit    Price
                       Price
-------------------------------------------
Priority Mail®     1            $14.25
  Brentwood, TN 37027
  Weight: 3 lb 11.00 oz
  Expected Delivery Date
    Fri 08/30/2024
  Insurance                     $0.00
    Up to $100.00 included
  Restricted Del                $12.75
    Recipient name
      WILLIAM N MCBRAYER
    Tracking #:
      70202450000036715136
  Return Receipt                $4.10
    Tracking #:
      9590 9402 8627 3244 0682 75
Total                           $31.10

Grand Total:                   $303.60
-------------------------------------------
Credit Card Remit              $303.60
  Card Name: VISA
  Account #: XXXXXXXXXXXXX8359
  Approval #: 518290
  Transaction #: 717
  AID: A0000000031010       Chip
  AL: VISA CREDIT
  PIN: Not Required
-------------------------------------------
UFN: 255460-0451
Receipt #: 840-54930036-1-5531338-2
Clerk: 6

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

LINDEN, MI

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☑ Certified Mail Restricted Delivery  $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery  $

Postage
$14.25

Total Postage and Fees
$

Postmark
Here
AUG 28 2024

USPS

**WILLIAM NEAL MCBRAYER**

**BRENTWOOD, TN  37027-**

7020 2450 0000 3671 5136

Instructions

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**WILLIAM NEAL MCBRAYER,**

**BRENTWOOD, TN  37027-**

9590 9402 8627 3244 0682 75

2. Article Number *(Transfer from service label)*

7020 2450 0000 3671 5136

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt





**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

08/28/2024                                04:09 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|

Priority Mail®          1                    $14.25
  Brentwood, TN 37027
  Weight: 3 lb 11.00 oz
  Expected Delivery Date
    Fri 08/30/2024
  Insurance                                  $0.00
    Up to $100.00 included
  Restricted Del                            $12.75
    Recipient name
      WILLIAM N MCBRAYER
    Tracking #:
      70202450000036715136
  Return Receipt                             $4.10
    Tracking #:
      9590 9402 8627 3244 0682 75
Total                                       $31.10

Grand Total:                               $303.60

Credit Card Remit                          $303.60
  Card Name: VISA
  Account #: XXXXXXXXXXXXX8359
  Approval #: 518290
  Transaction #: 717
  AID: A0000000031010        Chip
  AL: VISA CREDIT
  PIN: Not Required

UFN: 255460-0451
Receipt #: 840-54930036-1-5531338-2
Clerk: 6

---

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☑ Certified Mail Restricted Delivery  $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postmark
Here
AUG 28 2024

Postage
$14.25

Total Postage and Fees
$

WILLIAM NEAL MCBRAYER

BRENTWOOD, TN 37027-

7020 2450 0000 3671 5136

---



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**WILLIAM NEAL MCBRAYER**

BRENTWOOD, TN  37027-

9590 9402 8627 3244 0682 75

7020 2450 0000 3671 5136

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                 ☐ Agent
                                  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery

3. Service Type
☐ Adult Signature                ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery  ☐ Registered Mail™
☐ Certified Mail®                ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery  ☐ Signature Confirmation™
☐ Collect on Delivery            ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

DEFENDANT: TENNESSEE SUPREME COURT          JUSTICE SHARON G. LEE          RECEIVED SERVICE: 9/12/2024

## UNITED STATES POSTAL SERVICE.

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800) 275-8777

09/10/2024                                02:07 PM
------------------------------------------------
Product              Qty    Unit      Price
                            Price
------------------------------------------------
Priority Mail®        1               $18.85
    Knoxville, TN 37919
    Weight: 9 lb 2.2 oz
    Expected Delivery Date
       Thu 09/12/2024
    Insurance                         $0.00
       Up to $100.00 included
    Restricted Del                    $12.75
       Recipient name
       SHARRON G LEE
    Tracking #:
✔   → 70202450000036716188
    Return Receipt                    $4.10
       Tracking #:
       9590 9402 8418 3156 9888 87
Total                                 $35.70

------------------------------------------------
Grand Total:                          $35.70
------------------------------------------------
Credit Card Remit                     $35.70
    Card Name: VISA
    Account #: XXXXXXXXXXXX8359
    Approval #: 310170
    Transaction #: 818
    AID: A0000000031010        Chip
    AL: VISA CREDIT
    PIN: Not Required
------------------------------------------------
UFN: 255460-0451
Receipt #: 840-54930036-1-5548566-2
Clerk: 6

### U.S. Postal Service™
### CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

7020 2450 0000 3671 6188

| Certified Mail Fee | $ | |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☑ Return Receipt (hardcopy) | $ | |
| ☐ Return Receipt (electronic) | $ | Postmark |
| ☑ Certified Mail Restricted Delivery | $ | Here |
| ☐ Adult Signature Required | $ | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $18.85 | SEP 10 2024 |
| Total Postage and Fees | | 09/10/2024 |

LINDEN, MI 48451

**SHARON GAIL LEE**

**KNOXVILLE, TN 37919-**

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**SHARON GAIL LEE**

**KNOXVILLE, TN 37919-**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 8418 3156 9888 87

2. Article Number *(Transfer from service label)*
7020 2450 0000 3671 6188

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by *(Printed Name)*     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                    ☐ Registered Mail Restricted
☑ Certified Mail Restricted Delivery    Delivery
☐ Collect on Delivery                ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation
☐ Insured Mail                          Restricted Delivery
☐ Insured Mail Restricted Delivery
  (over $500)

Domestic Return Receipt

RICO SERVICE SHIPPED VIA USPS on 9/10/2024 at 2:07PM
Case 1:23-cv-01097-PLM-RSK Document 212-2    Filed 02/26/25    Page 111 of 122 PageID #: 896
Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)



**UNITED STATES POSTAL SERVICE.**

LINDEN
215 S MAIN ST
LINDEN, MI 48451-9998
(800)275-8777

09/10/2024                    02:07 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $18.85 |

Knoxville, TN 37919
Weight: 9 lb 2.2 oz
Expected Delivery Date
    Thu 09/12/2024

Insurance                                    $0.00
    Up to $100.00 included
Restricted Del                              $12.75
    Recipient name
        SHARRON G LEE
    Tracking #:
        7020245000036716188
Return Receipt                               $4.10
    Tracking #:
        9590 9402 8418 3156 9888 87
Total                                       $35.70

----------------------------------------

Grand Total:                                $35.70

----------------------------------------

Credit Card Remit                           $35.70
    Card Name: VISA
    Account #: XXXXXXXXXXXX8359
    Approval #: 310170
    Transaction #: 818
    AID: A0000000031010       Chip
    AL: VISA CREDIT
    PIN: Not Required

----------------------------------------

UFN: 255460-0451
Receipt #: 840-54930036-1-5548566-2
Clerk: 6

---

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

**OFFICIAL USE**

| | |
|---|---|
| Certified Mail Fee | |
| $ | |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☑ Return Receipt (hardcopy) | $_____ |
| ☐ Return Receipt (electronic) | $_____ |
| ☑ Certified Mail Restricted Delivery | $_____ |
| ☐ Adult Signature Required | $_____ |
| ☐ Adult Signature Restricted Delivery | $_____ |
| Postage | $18.85 |
| Total Postage and Fees | |

Postmark Here
SEP 10 2024
09/10/2024
LINDEN, MI 48451

**SHARON GAIL LEE**

**KNOXVILLE, TN 37919-**

7020 2450 0000 3671 6188

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**SHARON GAIL LEE**

**KNOXVILLE, TN 37919-**

9590 9402 8418 3156 9888 87

7020 2450 0000 3671 6188

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

**This USPS Return Receipt Mysteriously Disappeared It was Never Returned After The Successful Delivery**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



MARY BETH AUSBROOKS
ROTHSCHILD & AUSBROOKS, PLLC
110 GLANCY ST STE 109
GOODLETTSVILLE, TN 37072-2314

R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE STE 540
NASHVILLE, TN 37203-6802

CARL A NEUHOFF, JR.
HOSTETTLER, NEUHOFF & DAVIS, LLC
421 E IRIS DR STE 300
NASHVILLE, TN 37204-3140

KATHRYN LYNN YARBROUGH
█████████
THOMPSONS STATION, TN 37179-████

ALEXANDER SERGEY KOVAL
█████████
NASHVILLE, TN 37211-████

HENRY EDWARD HILDEBRAND III
█████████
NASHVILLE, TN 37205-████

CHARLES M. WALKER
█████████
NASHVILLE, TN 37215-████

THOMAS E. ANDERSON
█████████
BRENTWOOD, TN 37027-████

FENTON v. STORY et al.                Page 2 of 3                Case 1:23-cv-01097-PLM-RSK

MARY BETH AUSBROOKS
ROTHSCHILD & AUSBROOKS, PLLC
110 GLANCY ST STE 109
GOODLETTSVILLE, TN 37072-2314

R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE STE 540
NASHVILLE, TN 37203-6802

CARL A NEUHOFF, JR.
HOSTETTLER, NEUHOFF & DAVIS, LLC
421 E IRIS DR STE 300
NASHVILLE, TN  37204-3140

KATHRYN LYNN YARBROUGH
█████████████████
THOMPSONS STATION, TN 37179-████

ALEXANDER SERGEY KOVAL
████████████
NASHVILLE, TN 37211-████

HENRY EDWARD HILDEBRAND III
██████████████
NASHVILLE, TN 37205-████

CHARLES M. WALKER
████████████
NASHVILLE, TN 37215-████

THOMAS E. ANDERSON
██████████████
BRENTWOOD, TN  37027-████

MARY BETH AUSBROOKS
ROTHSCHILD & AUSBROOKS, PLLC
110 GLANCY ST STE 109
GOODLETTSVILLE, TN 37072-2314

R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE STE 540
NASHVILLE, TN 37203-6802

CARL A NEUHOFF, JR.
HOSTETTLER, NEUHOFF & DAVIS, LLC
421 E IRIS DR STE 300
NASHVILLE, TN  37204-3140

KATHRYN LYNN YARBROUGH

THOMPSONS STATION, TN 37179-

ALEXANDER SERGEY KOVAL

NASHVILLE, TN 37211-

HENRY EDWARD HILDEBRAND III

NASHVILLE, TN 37205-

CHARLES M. WALKER

NASHVILLE, TN 37215-

THOMAS E. ANDERSON

BRENTWOOD, TN  37027-

MARY BETH AUSBROOKS
ROTHSCHILD & AUSBROOKS, PLLC
110 GLANCY ST STE 109
GOODLETTSVILLE, TN 37072-2314

R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE STE 540
NASHVILLE, TN 37203-6802

CARL A NEUHOFF, JR.
HOSTETTLER, NEUHOFF & DAVIS, LLC
421 E IRIS DR STE 300
NASHVILLE, TN 37204-3140

KATHRYN LYNN YARBROUGH
██████████████

THOMPSONS STATION, TN 37179-████

ALEXANDER SERGEY KOVAL
██████████████

NASHVILLE, TN 37211-████

HENRY EDWARD HILDEBRAND III
██████████████

NASHVILLE, TN 37205-████

CHARLES M. WALKER
██████████████

NASHVILLE, TN 37215-████

THOMAS E. ANDERSON
██████████████

BRENTWOOD, TN 37027-████

FENTON v. STORY et al.          Page 2 of 3          Case 1:23-cv-01097-PLM-RSK

Case 3:24-cv-01282    Document 212-2    Filed 02/26/25    Page 116 of 122 PageID #: 901
https://rico.jefffenton.com/evidence/2024-10-09_concerns-about-transferring-to-tennessee.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

LAURA C. BAUCUS
DYKEMA GOSSETT PLLC
39577 WOODWARD AVE STE 300
BLOOMFIELD HILLS, MI 48304-5086

MARY BETH AUSBROOKS
ROTHSCHILD & AUSBROOKS, PLLC
110 GLANCY ST STE 109
GOODLETTSVILLE, TN 37072-2314

R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE STE 540
NASHVILLE, TN 37203-6802

CARL A NEUHOFF, JR.
HOSTETTLER, NEUHOFF & DAVIS, LLC
421 E IRIS DR STE 300
NASHVILLE, TN 37204-3140

KATHRYN LYNN YARBROUGH

THOMPSONS STATION, TN 37179-

ALEXANDER SERGEY KOVAL

NASHVILLE, TN 37211-

HENRY EDWARD HILDEBRAND III

NASHVILLE, TN 37205-

CHARLES M. WALKER

NASHVILLE, TN 37215-

THOMAS E. ANDERSON

BRENTWOOD, TN 37027-

FENTON v. STORY et al.          Page 2 of 3          Case 1:23-cv-01097-PLM-RSK

Case 3:24-cv-01282    Document 212-2    Filed 02/26/25    Page 117 of 122 PageID #: 902

LAURA C. BAUCUS
DYKEMA GOSSETT PLLC
39577 WOODWARD AVE STE 300
BLOOMFIELD HILLS, MI 48304-5086

MARY BETH AUSBROOKS
ROTHSCHILD & AUSBROOKS, PLLC
110 GLANCY ST STE 109
GOODLETTSVILLE, TN 37072-2314

R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE STE 540
NASHVILLE, TN 37203-6802

CARL A NEUHOFF, JR.
HOSTETTLER, NEUHOFF & DAVIS, LLC
421 E IRIS DR STE 300
NASHVILLE, TN 37204-3140

KATHRYN LYNN YARBROUGH

THOMPSONS STATION, TN 37179-

ALEXANDER SERGEY KOVAL

NASHVILLE, TN 37211-

HENRY EDWARD HILDEBRAND III

NASHVILLE, TN 37205-

CHARLES M. WALKER

NASHVILLE, TN 37215-

THOMAS E. ANDERSON

BRENTWOOD, TN 37027-

FENTON v. STORY et al.          Page 2 of 3          Case 1:23-cv-01097-PLM-RSK

Case 3:24-cv-01282    Document 212-2    Filed 02/26/25    Page 118 of 122 PageID #: 903

LAURA C. BAUCUS
DYKEMA GOSSETT PLLC
39577 WOODWARD AVE STE 300
BLOOMFIELD HILLS, MI 48304-5086

MARY BETH AUSBROOKS
ROTHSCHILD & AUSBROOKS, PLLC
110 GLANCY ST STE 109
GOODLETTSVILLE, TN 37072-2314

R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE STE 540
NASHVILLE, TN 37203-6802

CARL A NEUHOFF, JR.
HOSTETTLER, NEUHOFF & DAVIS, LLC
421 E IRIS DR STE 300
NASHVILLE, TN 37204-3140

KATHRYN LYNN YARBROUGH
██████████
THOMPSONS STATION, TN 37179-███

ALEXANDER SERGEY KOVAL
██████████
NASHVILLE, TN 37211-███

HENRY EDWARD HILDEBRAND III
██████████
NASHVILLE, TN 37205-███

CHARLES M. WALKER
██████████
NASHVILLE, TN 37215-███

THOMAS E. ANDERSON
██████████
BRENTWOOD, TN 37027-███

LAURA C. BAUCUS
DYKEMA GOSSETT PLLC
39577 WOODWARD AVE STE 300
BLOOMFIELD HILLS, MI 48304-5086

MARY BETH AUSBROOKS
ROTHSCHILD & AUSBROOKS, PLLC
110 GLANCY ST STE 109
GOODLETTSVILLE, TN 37072-2314

R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE STE 540
NASHVILLE, TN 37203-6802

CARL A NEUHOFF, JR.
HOSTETTLER, NEUHOFF & DAVIS, LLC
421 E IRIS DR STE 300
NASHVILLE, TN 37204-3140

KATHRYN LYNN YARBROUGH

THOMPSONS STATION, TN 37179-

ALEXANDER SERGEY KOVAL

NASHVILLE, TN 37211-

HENRY EDWARD HILDEBRAND III

NASHVILLE, TN 37205-

CHARLES M. WALKER

NASHVILLE, TN 37215-

THOMAS E. ANDERSON

BRENTWOOD, TN 37027-

FENTON v. STORY et al.          Page 2 of 3          Case 1:23-cv-01097-PLM-RSK

Case 3:24-cv-01282    Document 212-2    Filed 02/26/25    Page 120 of 122 PageID #: 905
https://rico.jefffenton.com/evidence/2024-10-21_objection-to-tenn-defendants-motion-to-dismiss.pdf   Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

LAURA C. BAUCUS
DYKEMA GOSSETT PLLC
39577 WOODWARD AVE STE 300
BLOOMFIELD HILLS, MI 48304-5086

MARY BETH AUSBROOKS
ROTHSCHILD & AUSBROOKS, PLLC
110 GLANCY ST STE 109
GOODLETTSVILLE, TN 37072-2314

R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE STE 540
NASHVILLE, TN 37203-6802

CARL A NEUHOFF, JR.
HOSTETTLER, NEUHOFF & DAVIS, LLC
421 E IRIS DR STE 300
NASHVILLE, TN 37204-3140

KATHRYN LYNN YARBROUGH

THOMPSONS STATION, TN 37179-

ALEXANDER SERGEY KOVAL

NASHVILLE, TN 37211-

HENRY EDWARD HILDEBRAND III

NASHVILLE, TN 37205-

CHARLES M. WALKER

NASHVILLE, TN 37215-

THOMAS E. ANDERSON

BRENTWOOD, TN 37027-

FENTON v. STORY et al.          Page 2 of 3          Case 1:23-cv-01097-PLM-RSK

Case 3:24-cv-01282    Document 212-2    Filed 02/26/25    Page 121 of 122 PageID #: 906
https://rico.jefffenton.com/evidence/2024-10-20_objection-to-storys-motion-to-dismiss.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)

LAURA C. BAUCUS
DYKEMA GOSSETT PLLC
39577 WOODWARD AVE STE 300
BLOOMFIELD HILLS, MI 48304-5086

MARY BETH AUSBROOKS
ROTHSCHILD & AUSBROOKS, PLLC
110 GLANCY ST STE 109
GOODLETTSVILLE, TN 37072-2314

R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE STE 540
NASHVILLE, TN 37203-6802

CARL A NEUHOFF, JR.
HOSTETTLER, NEUHOFF & DAVIS, LLC
421 E IRIS DR STE 300
NASHVILLE, TN 37204-3140

KATHRYN LYNN YARBROUGH
THOMPSONS STATION, TN 37179-

ALEXANDER SERGEY KOVAL
NASHVILLE, TN 37211-

HENRY EDWARD HILDEBRAND III
NASHVILLE, TN 37205-

CHARLES M. WALKER
NASHVILLE, TN 37215-

THOMAS E. ANDERSON
BRENTWOOD, TN 37027-

FENTON v. STORY et al.          Page 2 of 3          Case 1:23-cv-01097-PLM-RSK

Case 3:24-cv-01282    Document 212-2    Filed 02/26/25    Page 122 of 122 PageID #: 907
https://rico.jefffenton.com/evidence/2024-10-20_objection-to-storys-motion-to-dismiss.pdf    Case 1:23-cv-01097-PLM-RSK (FENTON v. STORY et al.)