UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| JEFFREY RYAN FENTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:24-cv-01282 |
| | ) | Jury Demanded |
| VIRGINIA LEE STORY, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

STATE DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO MOTIONS TO DISMISS

Under Local Rule 7.01(a)(3), a party opposing a motion must file a memorandum of law in response 14 days after service of the motion. The response shall not exceed 25 pages without leave of court. LR.7.01(a)(3). The State Defendants served their motion to dismiss on December 20, 2024. (Dkt., 190.) Plaintiff had until January 3, 2025 to respond. He did not file his First Objections to All Motions to Dismiss until February 25, 2025. (Dkt., 211.) His response also exceeded the 25-page limit. (*Id.*) Since the response was not timely filed, the State Defendants request that it not be considered in ruling on their Motion to Dismiss.

1

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

s/ Peako Jenkins
PEAKO JENKINS, BPR #32190
Assistant Attorney General
Law Enforcement and Special
Prosecutions Division
P.O. Box 20207
Nashville, Tennessee 37202-0207
Office: 615-741-8059
Fax: 615-532-2541
Email: peako.jenkins@ag.tn.gov

## CERTIFICATE OF SERVICE

I certify a true and exact copy of the foregoing has been sent via U.S. Mail on **February 27, 2025**, to the following:

Jeffrey Ryan Fenton
17198 Silver Parkway, #150
Fenton, MI 48430-3426
615-837-1300
contact@jefffenton.com

I certify a true and exact copy of the foregoing has been forwarded via the Court's electronic filing system on **February 27, 2025**, to the following:

Lisa M. Parsons
4068 Rural Plains Circle, Suite 100
Franklin, TN 37064

Sarah M. Mathews
Megan R. Calme
Wilson Elser
Moskowitz Edelman & Dicker, LLP
3102 West End Avenue, Suite 400
Nashville, TN 37203

Anica Clarissa Jones
U.S. Attorney's Office

2

719 Church Street, Suite 3300
Nashville, TN 37203

Sandra J. Densham
Plunkett Cooney
333 Bridge Street, NW, Suite 530
Grand Rapids, MI 49504

Thomas Anderson
1187 Old Hickory Boulevard, Suite 125
Brentwood, TN 37027

Laura C. Baucus
Dykema Gossett PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
Bret Chaness
Rublin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071

Dawn Nicole Williams
Dykema Gossett PLLC
Capitol View Building
201 Townsend Street, Suite 900
Lansing, MI 48933

Benjamin E. Goldammer
Danica G. Suedekum
Kay Griffin, PLLC
222 Second Avenue North, Suite 340-M
Nashville, TN 37201

George H. Cate, III
Kimberly Michelle Ingram-Hogan
Erik Halvorson
Bradley Arant Boult Cummings, LLP
1221 Broadway, Suite 2400
Nashville, TN 37203

/s/ Peako Jenkins
PEAKO JENKINS
Assistant Attorney General

3