Civil Action No. ~~1:23-cv-1097~~ (MIWD)
M.D. Tenn. Case 3:24-cv-01282

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   SPRAGINS, BARNETT & COBB, PLC

was received by me on *(date)*   August 21, 2024

**RECEIVED**

**MAR 0 3 2025**

U.S. DISTRICT COURT
MIDDLE DIST OF TN

☒ **Other (specify):**

  Service of defendant SPRAGINS, BARNETT & COBB, PLC was initiated pursuant to F.R.Civ.P. 4(h)(1)(A) and Mich. Ct. R. 2.105(D) by delivering the *lawsuit service package* as itemized in ECF 6 and 169-1 of this lawsuit, via *certified* U.S. mail with tracking number 70202450000036715143, *return receipt* requested, to the registered agent, "Alan Rheney" with *restricted delivery*, at the address listed with the Tennessee Secretary of State, Division of Business Services, for SOS Control #000334328. This package was successfully delivered on **September 3, 2024**, at 1:21 PM, as evidenced by the signed USPS return receipt attached, with tracking number 9590940286273244068312. (See attached receipt copies and proofs from the USPS.)

  Due to the high number of defendants in this case, production of the lawsuit service packages was both costly and very time and resource intensive to produce. As such there were only enough lawsuit service packages prepared to provide one per defendant to start. Especially in situations such as this, where the registered agent address and the principal address for the business are the same, it didn't make sense to redundantly serve the same person at the same address. As service progressed, additional lawsuit service packages continued to be produced and sent out to defendants requiring additional service attempts.

  As a layer of redundancy to ensure that every defendant in this lawsuit was provided as much notice as possible, *alternative service* was also executed via *email* using Streak Email Tracking Software, as explained in the MOTION FOR ALTERNATIVE SERVICE, filed in ECF 177 and 177-1. The attached screenshots show that SPRAGINS, BARNETT & COBB, PLC was provided email notice at **cbarnett@spraginslaw.com** on **September 24, 2024**, which was successfully received and viewed at least once that same day. For information about Streak Email Tracking Software please see https://www.streak.com. A video demonstration of this software can be viewed online at https://www.youtube.com/watch?v=dMKtSYU-rd8.

  Due to concerns related to the delay of *several* outstanding defendants making an appearance in this matter, on October 28, 2024 at 11:52 AM, out of an abundance of caution, service of defendant SPRAGINS, BARNETT & COBB, PLC was initiated again, by delivering the *lawsuit service package*, this time using *registered mail* for better chain of custody controls and accountability. This package was shipped using tracking number RF753202397US, electronic *return receipt* requested, with *delivery restricted* again to the registered agent, "ALAN RHENEY". Service was successfully delivered and signed for on **November 13 2024**, at 12:18 PM. (See attached receipt copies and proofs from the USPS.)

  Per Mich. Ct. R. 2.105(K)(3), "(3) An action shall **not** be dismissed for improper service of process unless the service failed to inform the defendant of the action within the time provided in these rules for service." Rule 2.105(K)(3) - Process; Manner of Service.

  My efforts in this matter have been to err on the side of caution, for the benefit of the defendants, while successfully completing service with the highest degree of reliability I know how, for this price point.

I declare under penalty of perjury that this information is true.

Date: 1/18/2025

*Marsha Ann Fenton*
*Server's signature*

Marsha Ann Fenton
*Printed name and title*

17195 Silver Pkwy, #150, Fenton, MI 48430-3426
*Server's address*

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan ▼

)
)
)
JEFFREY RYAN FENTON )
_____ )    3:24-CV-01282
*Plaintiff(s)* )
v. )    Civil Action No. ~~1:23-cv-4097~~
)
)
)
VIRGINIA LEE STORY et al., )
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Spragins, Bartnett, & Cobb, ~~PLCNO~~ PLC
312 East Lafayette Street
Jackson, TN 38301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

AUG 1 9 2024

CLERK OF COURT

Date: _~~5/23/2024~~_    *Paula J. Wood*
_____
*Signature of Clerk or Deputy Clerk*



# Division of Business Services
## Department of State
### State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

**Tre Hargett**
Secretary of State

# Filing Information

**Name:** SPRAGINS, BARNETT & COBB, PLC

## General Information

| | | | |
|---|---|---|---|
| SOS Control # | 000334328 | Formation Locale: | TENNESSEE |
| Filing Type: | Limited Liability Company - Domestic 07/09/1997 9:28 AM | Date Formed: | 07/09/1997 |
| | | Fiscal Year Close | 12 |
| Status: | Active | Member Count: | 6 |
| Duration Term: | Expires: 07/09/2047 | | |
| Business Type: | Professional Limited Liability Company | | |
| Managed By: | Member Managed | | |

**Registered Agent Address**
ALAN RHENEY
312 E LAFAYETTE ST
JACKSON, TN 38301-6220

**Principal Address**
SHELBY THOMAS
312 E LAFAYETTE ST
JACKSON, TN 38301-6220

The following document(s) was/were filed in this office on the date(s) indicated below:

| Date Filed | Filing Description | Image # |
|---|---|---|
| 01/15/2024 | 2023 Annual Report | B1492-2117 |
| Member Count Changed From: 7 To: 6 | | |
| 01/25/2023 | 2022 Annual Report | B1327-2159 |
| 02/02/2022 | 2021 Annual Report | B1155-4993 |
| 01/06/2021 | 2020 Annual Report | B0964-2492 |
| Principal Address 3 Changed From: MRS. SHELBY THORNTON To: SHELBY THOMAS | | |
| 02/17/2020 | 2019 Annual Report | B0820-8251 |
| 02/22/2019 | 2018 Annual Report | B0657-5224 |
| 04/04/2018 | 2017 Annual Report | B0529-3818 |
| 01/23/2017 | 2016 Annual Report | B0335-3622 |
| Principal Address 3 Changed From: No value To: MRS. SHELBY THORNTON | | |
| 02/01/2016 | 2015 Annual Report | B0190-5987 |
| Member Count Changed From: 8 To: 7 | | |
| 02/17/2015 | 2014 Annual Report | B0054-8743 |
| 02/24/2014 | 2013 Annual Report | 7290-2531 |
| 04/01/2013 | 2012 Annual Report | 7184-0955 |

8/20/2024 6:09:34 PM     Page 1 of 2

Case 3:24-cv-01282     Document 221-1     Filed 03/04/25     Page 3 of 16 PageID #: 1150

RICO SERVICE: SHIPPED via USPS on 10/28/2024 at 11:52 AM     M.D. Tenn. Case 3:24-cv-01282 (FENTON v. STORY et al.)

# Filing Information

**Name:** SPRAGINS, BARNETT & COBB, PLC

| | |
|---|---|
| 03/22/2012  2011 Annual Report | 7021-0639 |
| Principal Address 1 Changed  From: 312 E LAFAYETTE  To: 312 E LAFAYETTE ST | |
| Principal Postal Code Changed  From: 38301  To: 38301-6220 | |
| Principal County Changed  From: No value  To: MADISON COUNTY | |
| Member Count Changed  From: 6  To: 8 | |
| 03/29/2011  2010 Annual Report | 6864-1630 |
| 04/07/2010  2009 Annual Report | 6702-0483 |
| Member Count Changed  From: 1  To: 6 | |
| 04/01/2009  2008 Annual Report | 6497-2773 |
| 03/31/2008  2007 Annual Report | 6270-2208 |
| 02/22/2007  2006 Annual Report | 5957-1717 |
| Member Count Changed | |
| Registered Agent Changed | |
| 02/22/2007  Articles of Amendment | 5955-2374 |
| Registered Agent Changed | |
| 03/22/2006  2005 Annual Report | 5780-0983 |
| 10/06/2005  Articles of Amendment | 5577-1134 |
| Name Changed | |
| Registered Agent Physical Address Changed | |
| Registered Agent Changed | |
| 03/17/2005  2004 Annual Report | 5393-2427 |
| 02/27/2004  2003 Annual Report | 5051-2286 |
| Registered Agent Changed | |
| 03/19/2003  2002 Annual Report | 4759-2323 |
| 01/24/2002  2001 Annual Report | 4401-3485 |
| 01/11/2001  2000 Annual Report | 4084-2838 |
| Member Count Changed | |
| 02/10/2000  1999 Annual Report | 3825-2191 |
| 08/05/1998  CMS Annual Report Update | 3546-1867 |
| Fiscal Year Close Changed | |
| 07/09/1997  Conversion | 3362-0790 |

| Active Assumed Names (if any) | Date | Expires |
|---|---|---|

8/20/2024 6:09:34 PM                                                                                                         Page 2 of 2
Case 3:24-cv-01282    Document 221-1    Filed 03/04/25    Page 4 of 16 PageID #: 1151
RICO SERVICE: SHIPPED via USPS on 10/28/2024 at 11:52 AM            M.D. Tenn. Case 3:24-cv-01282 (FENTON v. STORY et al.)





 **UNITED STATES POSTAL SERVICE**

December 10, 2024

Dear Marsha Fenton:

The following is in response to your request for proof of delivery on your item with the tracking number: **RF75 3202 397U S**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | November 13, 2024, 12:18 pm |
| Location: | JACKSON, TN 38301 |
| Postal Product: | Priority Mail® |
| Extra Services: | Registered Mail Restricted Delivery |
| | Return Receipt Electronic |
| Recipient Name: | ALAN RHENEY |

| Shipment Details | |
|---|---|
| Weight: | 4lb, 1.0oz |

| Destination Delivery Address | |
|---|---|
| Street Address: | 312 E LAFAYETTE ST |
| City, State ZIP Code: | JACKSON, TN 38301-6220 |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | *[signature]* Jennifer Smith |
| Address of Recipient: | 312 E LAFAYETTE ST, JACKSON, TN 38301 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**contact@jefffenton.com**

| | |
|---|---|
| **From:** | auto-reply@usps.com |
| **Sent:** | Tuesday, December 10, 2024 10:39 AM |
| **To:** | contact@jefffenton.com |
| **Subject:** | USPS Return Receipt (Electronic) Info for RF753202397US |
| **Attachments:** | RF753202397US.pdf |



Tracking #: RF753202397US

Hello Marsha Fenton,

**Thank you for using USPS.com® to request a Return Receipt (Electronic) letter for your shipment.**

Tracking #:    RF753202397US

Service Type:    Priority Mail®

Attachment:    Return Receipt (Electronic) letter (PDF) provided by the U.S. Postal Service®.

Your Return Receipt (Electronic) letter is in the attached PDF. You will need Adobe Acrobat Reader installed on your device to open the PDF. Download Adobe Acrobat Reader for free.

If you need help or have questions about USPS Tracking® services and features, visit USPS Tracking FAQs.

### Want to Track on the Go?

Track packages with USPS Text Tracking® service. Simply text your tracking number to 28777 (2USPS) or select the Text Update option on the USPS Tracking site. Standard Message and Data Rates may apply. For more information, visit USPS Text Tracking.

Case 3:24-cv-01282    Document 221-1    Filed 03/04/25    Page 7 of 16 PageID #: 1154

RICO SERVICE: SHIPPED via USPS on 10/28/2024 at 11:52 AM     M.D. Tenn. Case 3:24-cv-01282 (FENTON v. STORY et al.)

ALERT: EFFECTIVE NOVEMBER 29, 2024, INTERNATIONAL MAIL SERVICE TO CANADA IS TEMP…

# USPS Tracking®

FAQs >



Remove ✕

**Tracking Number:**

# RF753202397US

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 12:18 pm on November 13, 2024 in JACKSON, TN 38301.

### Delivered
**Delivered, Left with Individual**
JACKSON, TN 38301
November 13, 2024, 12:18 pm

### Out for Delivery
JACKSON, TN 38301
November 13, 2024, 9:20 am

### Arrived at Post Office
JACKSON, TN 38301
November 13, 2024, 9:09 am

### Processing at USPS Facility
MEMPHIS, TN 38101
November 6, 2024, 6:22 pm

### Processing at USPS Facility
MEMPHIS, TN 38101
November 6, 2024, 6:19 pm

### Processing at USPS Facility
DETROIT, MI 48233
October 31, 2024, 12:03 am

### Processing at USPS Facility

1 of 2    12/10/2024, 10:36 AM

Case 3:24-cv-01282   Document 221-1   Filed 03/04/25   Page 8 of 16 PageID #: 1155

RICO SERVICE: SHIPPED via USPS on 10/28/2024 at 11:52 AM    M.D. Tenn. Case 3:24-cv-01282 (FENTON v. STORY et al.)

DETROIT, MI 48233
October 30, 2024, 11:53 pm

**Processing at USPS Facility**
PONTIAC, MI 48340
October 29, 2024, 4:34 pm

**Arrived at USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
October 28, 2024, 6:16 pm

**Departed USPS Facility**
LINDEN, MI 48451
October 28, 2024, 2:33 pm

**USPS in possession of item**
LINDEN, MI 48451
October 28, 2024, 11:47 am

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

**Text & Email Updates**    ⌄

**Return Receipt Electronic**    ⌃

✓ Confirmation

Your Proof of Delivery record is complete and will be processed shortly.

Your confirmation will be sent to the following:

contact@jefffenton.com

**Product Information**    ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

2 of 2                                                                                                                              12/10/2024, 10:36 AM

Case 3:24-cv-01282    Document 221-1    Filed 03/04/25    Page 9 of 16 PageID #: 1156

RICO SERVICE: SHIPPED via USPS on 10/28/2024 at 11:52 AM    M.D. Tenn. Case 3:24-cv-01282 (FENTON v. STORY et al.)





Case 3:24-cv-01282    Document 221-1    Filed 03/04/25    Page 10 of 16 PageID #: 1157

RICO SERVICE: EMAIL VIEWED 1 TIME     M.D. Tenn. Case 3:24-cv-01282 (FENTON v. STORY et al.)

# UNITED STATES DISTRICT COURT
## for the
### Western District of Michigan ▼

JEFFREY RYAN FENTON

*Plaintiff(s)*

v.

Civil Action No. 1:23-cv-1097

VIRGINIA LEE STORY et al.,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Spragins, Bartnett, & Cobb, PLC ~~PLCNS~~
312 East Lafayette Street
Jackson, TN 38301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey Fenton
17195 Silver Parkway #150
Fenton, MI 48430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

AUG 1 9 2024

CLERK OF COURT

Date: ~~5/23/2024~~

*/s/ Paula J. Wood*

*Signature of Clerk or Deputy Clerk*






# USPS Tracking®

FAQs >

**COMPLETED**

Remove ✕

Tracking Number:

# 70202450000036715143

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 1:21 pm on September 3, 2024 in JACKSON, TN 38301.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
JACKSON, TN 38301
September 3, 2024, 1:21 pm

### Redelivery Scheduled for Next Business Day
JACKSON, TN 38301
August 31, 2024, 8:11 am

### Out for Delivery
JACKSON, TN 38301
August 31, 2024, 6:10 am

### Arrived at Post Office
JACKSON, TN 38301
August 31, 2024, 3:19 am

### Arrived at USPS Regional Destination Facility
MEMPHIS TN DISTRIBUTION CENTER
August 30, 2024, 8:01 pm

### In Transit to Next Facility
August 30, 2024

### Arrived at USPS Regional Origin Facility
DETROIT MI DISTRIBUTION CENTER

August 29, 2024, 1:51 am

**Arrived at USPS Regional Facility**
PONTIAC MI DISTRIBUTION CENTER
August 28, 2024, 8:24 pm

**Departed USPS Facility**
FLINT, MI 48502
August 28, 2024, 7:38 pm

**Departed USPS Facility**
LINDEN, MI 48451
August 28, 2024, 4:59 pm

**Departed Post Office**
LINDEN, MI 48451
August 28, 2024, 4:03 pm

**USPS in possession of item**
LINDEN, MI 48451
August 28, 2024, 3:56 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌃

| Postal Product: | Features: | See tracking for related item: |
|---|---|---|
| Priority Mail® | Certified Mail Restricted Delivery | 9590940286273244068312 (/go/TrackConfirmAction?tLabels=9590940286273244068312) |
| | Up to $100 insurance included. Restrictions Apply ⓘ | |

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# USPS Tracking®

FAQs >



**Tracking Number:**

Remove ✕

## 9590940286273244068312

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered in or at the mailbox at 1:59 pm on September 12, 2024 in FENTON, MI 48430.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
**Delivered, In/At Mailbox**
FENTON, MI 48430
September 12, 2024, 1:59 pm

### Return Receipt Associated
August 28, 2024, 3:56 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates    ⌄

USPS Tracking Plus®    ⌄

Product Information    ⌃

| Postal Product: | Features: | See tracking for related item: 70202450000036715143 (/go/TrackConfirmAction?tLabels=70202450000036715143) |
|---|---|---|
| USPS Ground | Return Receipt | |

Case 3:24-cv-01282    Document 221-1    Filed 03/04/25    Page 15 of 16 PageID #: 1162

RICO SERVICE: SHIPPED via USPS on 8/28/2024 at 4:09 PM    M.D. Tenn. Case 3:24-cv-01282 (FENTON v. STORY et al.)

**CERTIFIED MAIL**

PRESS FIRMLY TO SEAL    7020 3160 0002 3001 3950    MLY TO SEAL

Retail



U.S. POSTAGE PAID
PM
LINDEN, MI 48451
FEB 27, 2025

37203

$17.57

RDC 03    S2324P501513-03

# UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

FROM: 17195 SILVER PKWY
PMB #150
FENTON, MI  48430-3426

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

RECEIVED
MAR 0 3 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN
TO:

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**UNITED STATES DISTRICT COURT**
**ATTN: CLERK OF THE COURT**
**719 CHURCH ST**
**NASHVILLE, TN  37203-6940**

## TRACKED ■ INSURED



PS00001000014    EP14F October 2023
OD: 12 1/2 x 9 1/2