> **DOCUMENTS REGARDING** (CASE: 3:24-CV-01282):
>
> 1. NOTICE TO ALL BAR MEMBERS
>
> RECEIVED
> MAR 1 3 2025
> U.S. DISTRICT COURT
> MIDDLE DISTRICT OF TN

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2025, I mailed the foregoing or above-named papers to the United States District Court for the Middle District of Tennessee, at their address below, for filing in case number 3:24-cv-01282.

I previously certified that I would mail notice to the defendants or their counsel on or before February 28, 2025, but I was **not** able to meet that deadline.

Due to the extra work and complications caused by not having ECF filing privileges, like the members of the court enjoy, while only being able to afford sending one mailing (at the most) per month to each defendant, combined with the work of printing and preparing each mailing, to send to seventeen different addresses, trying to timely synchronize and provide Certificates of Service for each to both the court and the defendants, while also needing to work with a small town branch of the United States Postal Service, who often has only one person working the counter, limiting what hours they are willing to process bulk certified mailings at the counter for me, further

compounded by my disabilities and struggles with time management, as the court has been notified, I could not make my projected goal this month, and in doing so caused myself a substantial amount of re-work to recreate and reference Amended Certificates of Service, as provided herein.

I'm still trying to figure out the best way for me to provide timely notice to all parties, with the limited resources I have access to, as simply, affordably, yet responsibly and completely, as I can or know how, with the resources within my reach, until I am able to receive some assistance, accommodations, or relief from the court.

Starting after this batch of documents is mailed to the defendants, until the court approves my "MOTION TO FILE ELECTRONICALLY AND FOR REMOTE PARTICIPATION (EXPEDITED CONSIDERATION REQUESTED)[1]", I will begin providing notice of each filing to the defendants by email, near the filing date, while also providing an aggregate batch of notices mailed to each defendant roughly once each month, to alleviate some of this problem as explained in my "NOTICE REGARDING FUTURE FILING NOTICES FOR THE DEFENDANTS[2]", executed on February 27, 2025.

Therefore, I hereby certify that I will execute service of the defendants or their counsel for the document(s) named in the top section titled, "DOCUMENTS REGARDING", being sent by first class or priority mail, with postage prepaid, on or before Monday March 10, 2025, at the addresses listed below.

I apologize for any delay and confusion caused by the Certificates of Service originally filed and those amended herein.

---

[1] DOC 197, PID 445-486 | https://rico.jefffenton.com/evidence/2025-01-10_motion-for-ecf-and-remote-participation.pdf

[2] https://rico.jefffenton.com/evidence/2025-02-27_notice-regarding-future-filing-notices.pdf

I encourage anyone currently interested in being quickly notified about my filings in this matter to either monitor the docket in PACER, setup PACER notifications about new filings in this matter, and checking my website section titled, "FENTON FILINGS SINCE SERVICE[3]", which I created a direct shortcut to at https://notice.jefffenton.com, as is further explained in my "NOTICE REGARDING FUTURE FILING NOTICES FOR THE DEFENDANTS[4]".

UNITED STATES DISTRICT COURT (TNMD)
719 CHURCH ST
NASHVILLE, TN 37203-6940

MEGAN CALME & SARAH MATHEWS
WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
3102 WEST END AVE STE 400
NASHVILLE, TN 37203-1623

PEAKO ANDREA JENKINS
TENNESSEE ATTORNEY GENERAL'S OFFICE
PO BOX 20207
NASHVILLE, TN 37202-4015

KATHRYN LYNN YARBROUGH
223 TOWN CENTER PKWY UNIT 1897
SPRING HILL, TN 37174-3040

LISA M. CARSON
BUERGER, MOSELEY & CARSON, PLC
4068 RURAL PLAINS CIR STE 100
FRANKLIN, TN 37064-8039

CAROLINA MARTIN & COURTNEY WILLIAMS
GORDON & REES SCULLY MANSUKHANI, LLP
4031 ASPEN GROVE DR STE 290
FRANKLIN, TN 37067-2951

---

[3] https://jefffenton.com/digital-service-package-for-lawsuit/fenton-filings-since-service/

[4] https://rico.jefffenton.com/evidence/2025-02-27_notice-regarding-future-filing-notices.pdf

ALEXANDER SERGEY KOVAL
CLARK & WASHINGTON, P.C.
1321 MURFREESBORO PIKE STE 320
NASHVILLE, TN 37217-2858

ANTHONY NOEL & LARUA BASSETT
LEITNER, WILLIAMS, DOOLEY, AND NAPOLITAN, PLLC
750 OLD HICKORY BLVD STE 200
BRENTWOOD TN 37027-4567

ANICA CLARISSA JONES
U.S. ATTORNEY'S OFFICE
719 CHURCH ST STE 3300
NASHVILLE, TN 37203-7155

SANDRA J. DENSHAM
PLUNKETT COONEY
333 BRIDGE ST NW STE 530
GRAND RAPIDS, MI 49504-5365

THOMAS E. ANDERSON
1187 OLD HICKORY BLVD STE 125
BRENTWOOD, TN 37027-4248

GREGORY BROWN & WILLIAM HICKERSON
LOWE YEAGER & BROWN, PLLC
920 VOLUNTEER LANDING LN STE 200
KNOXVILLE, TN 37915-2584

ALAN RHENEY
SPRAGINS, BARNETT & COBB, PLC
312 E LAFAYETTE ST
JACKSON, TN 38301-6220

BRET CHANESS
RUBIN LUBLIN, LLC
3145 AVALON RIDGE PL STE 100
PEACHTREE CORNERS, GA 30071-1570

R L MOORE
BANKERS TITLE & ESCROW CORPORATION
3310 WEST END AVE STE 540
NASHVILLE, TN 37203-6802

B. GOLDAMMER & D. SUEDEKUM
KAY GRIFFIN, PLLC
222 2ND AVE N STE 340M
NASHVILLE, TN 37201-1649

G. CATE & K. INGRAM-HOGAN
BRADLEY ARANT BOULT CUMMINGS, LLP
1221 BROADWAY STE 2400
NASHVILLE, TN 37203-7238

ERIK HALVORSON
BRADLEY ARANT BOULT CUMMINGS
1221 BROADWAY STE 2400
NASHVILLE, TN 37203-7238

## ELECTRONIC SERVICE OPTIONS

Many of my filings in this lawsuit are also made publicly available on the Internet, through my list[5] of documents filed by myself in this lawsuit, since the release of my lawsuit service package[6]. I typically try to do this as quickly as I can after filing them in court, depending upon my workload. Not every filing warrants being electronically published in this manner, while my time is extremely limited, therefore I cannot provide any guarantees about which documents will or will not be made available online, or exactly when.

For those interested, these files are usually "true" digitally created PDF files, in full color, often with optical character recognition enabled, sometimes with electronic bookmarks, and occasionally with a built-in table of contents which is hyperlinked for easy and efficient referencing, in my largest and most significant documents, such as my amended complaint[7].

## CERTIFICATION AND DECLARATION

By signing below, I, Jeffrey Ryan Fenton, certify that this document has been executed in good faith, in the honest pursuit of justice, and in strict compliance with F.R.Civ.P. 11(b).

Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury that the foregoing is true and correct.

All rights reserved.

Executed on March 2, 2025

JEFFREY RYAN FENTON, PRO SE
17195 SILVER PARKWAY, #150
FENTON, MI, 48430-3426
CONTACT@JEFFFENTON.COM
HTTPS://JEFFFENTON.COM
(P) 615.837.1300
#TNinjustice
#iAMhuman

---

[5] https://jefffenton.com/digital-service-package-for-lawsuit/fenton-filings-since-service/

[6] https://jefffenton.com/digital-service-package-for-lawsuit/
ECF 69, PID.5030-5042 | https://rico.jefffenton.com/evidence/1-23-cv-01097_fenton-vs-story-lawsuit-service-pack-details.pdf

[7] DOC 66, PID 4870-5007 | https://rico.jefffenton.com/evidence/3-24-cv-01282_fenton-vs-story-first-amended-complaint.pdf

# CERTIFIED MAIL

7020 3160 0002 3001 4186





**Retail**

U.S. POSTAGE PAID
PM
LINDEN, MI 48451
MAR 11, 2025

37203

**$17.57**

RDC 03

S2324P501528-6

# UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

## TRACKED ■ INSURED


PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

**FROM:** 17195 SILVER PKWY
PMB #150
FENTON, MI  48430-3426

**RECEIVED**
MAR 13 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

**TO:**

UNITED STATES DISTRICT COURT
ATTN: CLERK OF THE COURT
719 CHURCH ST
NASHVILLE, TN  37203-6940