# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **Jeffrey Ryan Fenton,** | ) | CASE NO. 3: 24 CV 1282 |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| v. | ) | |
| | ) | **Judgment Entry** |
| **Virginia Lee Story,** *et al.*, | ) | |
| Defendants. | ) | |

In accordance with the Court's accompanying Memorandum of Opinion and Order, judgment is entered in favor of Defendants, and this action is dismissed. The Court further certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Court Judge

Dated: 3/26/25