IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JEFFREY RYAN FENTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 3:24-cv-01282 |
| | ) | JUDGE GAUGHAN |
| VIRGINIA LEE STORY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT HONORABLE CHARLES WALKER'S RESPONSE IN OPPOSITION TO PLAINTIFF'S RULE 59 MOTION

Defendant, the Honorable Charles Walker (Judge Walker), by and through the United States Attorney for the Middle District of Tennessee and the undersigned Assistant United States Attorney, files this Response in Opposition to Plaintiff's Rule 59 Motion (ECF No. 238), stating as follows:

On March 26, 2025, the Court issued a Memorandum of Opinion & Order (the "Order") dismissing Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6). ECF No. 236. The Court further certified, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith. ECF Nos. 236-237. Nevertheless, Plaintiff filed a Rule 59 Motion to Alter the Judgment. ECF No. 238.

Judge Walker respectfully opposes Plaintiff's Motion. The Court's Order was correct in all respects and need not be revisited. The Court thoroughly reviewed the record and reached a sound decision. Plaintiff's motion should be denied.

//

//

*[signature on next page]*

Respectfully submitted,

ROBERT E. MCGUIRE
Acting United States Attorney
Middle District of Tennessee

s/ Anica C. Jones
ANICA C. JONES, B.P.R. # 025325
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: (615) 736-5151
Email: anica.jones@usdoj.gov
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2025, a copy of the foregoing was filed electronically.
Notice of this filing will be sent to the following, if registered, by operation of the Court's
electronic filing system. If not registered, notice was sent by First Class, United States mail,
postage prepaid, to the following:

| | |
|---|---|
| Jeffrey Ryan Fenton<br>17195 Silver Parkway #150<br>Fenton, MI 48430 | Valerie Henning Mock<br>Wilson Elser Moskowitz Edelman & Dicker<br>LLP (Livonia)<br>17197 N Laurel Park Drive, Ste. 201<br>Livonia, MI 48152 |
| Brian Joseph Gallagher<br>Lennon Miller PLC<br>151 S Rose Street, Ste. 900<br>Kalamazoo, MI 49007 | Peako Andrea Jenkins<br>Tennessee Attorney General's Office<br>P.O. Box 20207<br>Nashville, TN 37202-0207 |
| Sandra J. Densham<br>Plunkett Cooney (Grand Rapids)<br>333 Bridge Street, NW, Ste. 530<br>Grand Rapids, MI 49504 | Thomas E. Anderson<br>1187 Old Hickory Blvd., Ste. 125<br>Brentwood, TN 37027 |
| Laura C. Baucus<br>Dykema Gossett PLLC (Bloomfield Hills)<br>39577 Woodward Avenue, Ste. 300<br>Bloomfield Hills, MI 48304 | Bret Chaness<br>Rubin Lublin, LLC<br>3145 Avalon Ridge Place, Ste 100<br>Peachtree Corners, GA 30071 |

2

| | |
|---|---|
| Benjamin E. Goldammer<br>Danica G Suedekum<br>Kay Griffin, PLLC<br>222 Second Avenue North, Suite 340-M<br>Nashville, TN 37201 | Michael L. Gutierrez<br>Tyler A. Burk<br>Butzel Long PC (GR)<br>300 Ottawa Avenue, NW, Ste. 620<br>Grand Rapids, MI 49503 |
| Dawn Nicole Williams<br>Dykema Gossett PLLC (Lansing)<br>Capitol View Bldg.<br>201 Townsend Street, Ste. 900<br>Lansing, MI 48933 | Carolina V. Martin<br>Gordon & Rees Scully Mansukhani LLP<br>4031 Aspen Grove Drive, Suite 290<br>Franklin, TN 37067 |
| Anthony M. Noel<br>Leitner, Williams, Dooley, and Napolitan,<br>PLLC<br>750 Old Hickory Boulevard<br>Building One, Suite 200<br>Brentwood, TN 37027 | Gregory Brown<br>Lowe Yeager & Brown PLLC<br>920 Volunteer Landing, Suite 200<br>Knoxville, TN 37915 |
| Megan R. Calme<br>Wilson Elser Moskowitz Edelman & Dicker,<br>LLP<br>3102 West End Avenue, Suite 400<br>Nashville, TN 37203 | George H. Cate, III<br>Bradley Arant Boult Cummings LLP<br>(Nashville, TN Office)<br>1221 Broadway, Suite 2400<br>Nashville, TN 37203 |

s/ Anica C. Jones
ANICA C. JONES
Assistant United States Attorney