IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEFFREY RYAN FENTON, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.: 3:24-cv-01282 |
| | ) JUDGE GAUGHAN |
| VIRGINIA LEE STORY, et al., | ) |
| Defendants. | ) |

**DEFENDANTS ELAINE BEATY BEELER, WILLIAMSON COUNTY, TENNESSEE AND WILLIAMSON COUNTY SHERIFF'S OFFICE'S RESPONSE IN OPPOSITION TO PLAINTIFF'S RULE 59 MOTION**

Come Defendants Elaine Beeler, Williamson County, Tennessee and Williamson County Sheriff's Office, and file this Response in Opposition to Plaintiff's Rule 59 Motion (Doc. 238).

On March 26, 2025, the Court dismissed the Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6). (Doc. 236). The Court certified, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this decision would not be taken in good faith. (Docs. 236-237). Plaintiff has moved the Court to alter the judgment pursuant to Federal Rule of Civil Procedure 59. (Doc. 238).

These Defendants assert that the Motion is not well-taken, based on the reasons outlined in the Court's Order dated March 26, 2025 (Doc. 236). The motion should be denied.

Respectfully submitted,

BUERGER, MOSELEY & CARSON, PLC

/s/ Lisa M. Carson
Lisa M. Carson, BPR #14782
4068 Rural Plains Circle, Suite 100
Franklin, TN 37064
Telephone: (615) 794-8850
Email: lcarson@buergerlaw.com
*Attorney for Defendants Elaine Beaty Beeler,
Williamson County, Tennessee and
Williamson County Sheriff's Office*

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following, if registered, by operation of the Court's electronic filing system. If not registered, notice was sent by First Class, United States mail, postage prepaid, to the following:

| | |
|---|---|
| Jeffrey Ryan Fenton<br>17195 Silver Parkway #150<br>Fenton, MI 48430 | Valerie Henning Mock<br>Wilson Elser Moskowitz Edelman & Dicker LLP (Livonia)<br>17197 N Laurel Park Drive, Ste. 201<br>Livonia, MI 48152 |
| Brian Joseph Gallagher<br>Lennon Miller PLC<br>151 S Rose Street, Ste. 900<br>Kalamazoo, MI 49007 | Peako Andrea Jenkins<br>Tennessee Attorney General's Office<br>P.O. Box 20207<br>Nashville, TN 37202-0207 |
| Sandra J. Densham<br>Plunkett Cooney (Grand Rapids)<br>333 Bridge Street, NW, Ste. 530<br>Grand Rapids, MI 49504 | Thomas E. Anderson<br>1187 Old Hickory Blvd., Ste. 125<br>Brentwood, TN 37027 |
| Laura C. Baucus<br>Dykema Gossett PLLC (Bloomfield Hills)<br>39577 Woodward Avenue, Ste. 300<br>Bloomfield Hills, MI 48304 | Bret Chaness<br>Rubin Lublin, LLC<br>3145 Avalon Ridge Place, Ste 100<br>Peachtree Corners, GA 30071 |

| | |
|---|---|
| Benjamin E. Goldammer<br>Danica G Suedekum<br>Kay Griffin, PLLC<br>222 Second Avenue North, Suite 340-M<br>Nashville, TN 37201 | Michael L. Gutierrez<br>Tyler A. Burk<br>Butzel Long PC (GR)<br>300 Ottawa Avenue, NW, Ste. 620<br>Grand Rapids, MI 49503 |
| Dawn Nicole Williams<br>Dykema Gossett PLLC (Lansing)<br>Capitol View Bldg.<br>201 Townsend Street, Ste. 900<br>Lansing, MI 48933 | Carolina V. Martin<br>Gordon & Rees Scully Mansukhani LLP<br>4031 Aspen Grove Drive, Suite 290<br>Franklin, TN 37067 |
| Anthony M. Noel<br>Leitner, Williams, Dooley, and Napolitan, PLLC<br>750 Old Hickory Boulevard<br>Building One, Suite 200<br>Brentwood, TN 37027 | Gregory Brown<br>Lowe Yeager & Brown PLLC<br>920 Volunteer Landing, Suite 200<br>Knoxville, TN 37915 |
| Megan R. Calme<br>Wilson Elser Moskowitz Edelman & Dicker, LLP<br>3102 West End Avenue, Suite 400<br>Nashville, TN 37203 | George H. Cate, III<br>Bradley Arant Boult Cummings LLP<br>(Nashville, TN Office)<br>1221 Broadway, Suite 2400<br>Nashville, TN 37203 |
| Robert E. McGuire<br>Anica C. Jones<br>United States Attorney's Office<br>719 Church St, Suite 3300<br>Nashville, TN 37203 | |

       /s/ Lisa M. Carson
       Lisa M. Carson