# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESEE
# NASHVILLE DIVISION

| | |
|---|---|
| JEFFREY RYAN FENTON, ) | |
| ) | **CASE NO. 3:24-cv-01282** |
| ) | **JUDGE CAMPBELL** |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| VIRGINIA LEE STORY ET AL., ) | |
| ) | |
| Defendants, ) | |

## DEFENDANTS VIRGINIA LEE STORY AND STORY AND ABERNATHY, PLLP'S RESPONSE IN OPPOSITION TO PLAINTIFF'S RULE 59 MOTION

Defendants, Virginia Lee Story and Story and Abernathy, PLLP, by and through their attorneys, Wilson Elser Moskowitz Edelman & Dicker LLP, file this Response in Opposition to Plaintiff's Rule 59 Motion (ECF No. 238), stating as follows:

On March 26, 2025, the Court issued a Memorandum of Opinion & Order dismissing Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12. ECF No. 236. The Court further stated that pursuant to 28 U.S.C. § 1915(a)(3), an appeal from this decision could not be taken in good faith. ECF Nos. 236-237. However, Plaintiff filed a Rule 59 Motion to Alter the Judgment. ECF No. 238.

These Defendants respectfully oppose Plaintiff's Motion. The Court's Order was correct in all respects and need not be revisited. The Court thoroughly reviewed the record and reached a sound decision. Plaintiff's motion should be denied.

Respectfully Submitted,

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

/s/ *Sarah M. Mathews*
MEGAN R. CALME (38145)
SARAH M. MATHEWS (30246)
3102 West End Ave. Suite 400
Nashville, TN 37203

*Attorneys for Defendants, Virginia Lee Story, and Story and Abernathy, PLLP*

Dated: May 7, 2025

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically via the Court's ECF system. Notice of this filing will be sent to all parties listed below by US Mail, and the Court's electronic filing system for those registered, on this the 7th Day of May 2025.

Jeffrey Ryan Fenton
17195 Silver Parkway #150
Fenton, MI 48430-3426
contact@jefffenton.com

                               */s/ Sarah M. Mathews*
                               Sarah M. Mathews

3

304134948v.1
Case 3:24-cv-01282　　Document 242　　Filed 05/07/25　　Page 3 of 3 PageID #: 1816