IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEFFREY RYAN FENTON,<br><br>    Plaintiff,<br><br>v.<br><br>VIRGINIA LEE STORY, et. al.<br><br>    Defendants. | Case No. 3:24-cv-01282<br>Judge Patricia A. Gaughan |

### RUBIN LUBLIN TN, PLLC'S RESPONSE IN OPPOSITION TO PLAINTIFF'S RULE 59 MOTION

COMES NOW, Rubin Lublin TN, PLLC ("Rubin Lublin"), by and through counsel, and files this Response in Opposition to the Plaintiff's Rule 59 Motion [Doc. 238], respectfully showing this Honorable Court as follows:

Rubin Lublin filed a Motion to Dismiss while this case was pending in the Western District of Michigan. *See* [Docs. 86, 87]. That motion argued that there was improper venue, insufficiency of service of process, lack of personal jurisdiction, and the Complaint failed to state a claim. On March 26, 2025, this Court entered a Memorandum Opinion and Order (the "Opinion") granting all of the motions to dismiss filed here, including Rubin Lublin's. *See* [Doc. 236]. On April 23, 2025, the Plaintiff filed a rambling diatribe against the Opinion and sought to have it reconsidered under Rule 59. *See* [Doc. 238]. The filing is an incomprehensible *sixty-four* pages long. Under LR 7.01(2), a brief "shall [not] exceed twenty-five (25) pages without leave of court." For that reason alone, the motion should be denied. *See Brown v. Woodbury Auto Grp.*, No. 3:21-CV-955, 2022 WL 2057764, at *1 (M.D. Tenn. June 7, 2022), *report and recommendation adopted*, 2022 WL 2349142 (M.D. Tenn. June 29, 2022).

1

In any event, the Plaintiff's motion makes absolutely no mention of any claims against Rubin Lublin or discuss any of the grounds for dismissal raised by Rubin Lublin in its Motion to Dismiss. The Plaintiff has utterly failed to show that any part of the Order was incorrect or that the Rule 59 standard has been met. His motion should be swiftly denied.

Respectfully submitted, this 7th day of May, 2025.

/s/ Bret J. Chaness
BRET J. CHANESS (TN BPR No. 31643)
**RUBIN LUBLIN TN, PLLC**
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(678) 281-2730 (Telephone)
(470) 508-9203 (Facsimile)
bchaness@rlselaw.com

*Attorney for Rubin Lublin TN, PLLC*

## CERTIFICATE OF SERVICE

I hereby certify that I have, this 7th day of May, 2025, filed the within and foregoing via CM/ECF, which will serve electronic notice on all registered parties. I further certify that I have, this 7th day of May, 2025, served the Plaintiff in this matter with the within and foregoing by placing a true and correct copy of same in the United States Mail, with first-class prepaid postage affixed thereto, properly addressed as follows:

Jeffrey Fenton
17915 Silver Parkway #150
Fenton, Michigan 48430

/s/ Bret J. Chaness
BRET J. CHANESS (TN BPR No. 31643)