## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: June 24, 2025

Mr. Jeffrey Ryan Fenton
17195 Silver Parkway
Unit 150
Fenton, MI 48430

Re: Case No. 25-5592, *Jeffrey Fenton v. Virginia Story, et al*
Originating Case No. : 3:24-cv-01282

Dear Sir,

   This appeal has been docketed as case number **25-5592** with the caption that is enclosed on a separate page. Please review the caption for accuracy and notify the Clerk's office if any corrections should be made. The appellate case number and caption must appear on all filings submitted to the Court.

   As the appellant, when you submit motions, briefs or any other documents to the Clerk's office, send only **1** original, which you have signed. Copies are no longer necessary. **Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's office -- these documents are scanned and staples etc. create paper jams**. You must mail opposing counsel a copy of every document you send to the Clerk's office for filing.

   Opposing counsel will docket pleadings as an ECF filer. Check the ECF page on the court's web site www.ca6.uscourts.gov for additional information about ECF filing if you are not familiar with it. The following case opening items are due by **July 24, 2025**. The Disclosure of Corporate Affiliations is now an automated entry. Filers may still use the form 6CA-1 located on the Court's website if the automated entry does not provide sufficient space.

                         Appellee:      Appearance of Counsel
                                       Disclosure of Corporate Affiliation
                                       Application for Admission to 6th Circuit Bar (if applicable)

   The district court has denied or revoked your pauper status. You have until **July 24, 2025** to either pay the full $605.00 appeal filing fee to the U.S. District Court, or to file a motion in the Sixth Circuit Court of Appeals to waive the filing fee, with a financial affidavit and a copy of your prison trust account statement for the last six months (if applicable). **Failure to do one or the other will result in the dismissal of the appeal without further notice**.

The Clerk's office cannot give you legal advice but if you have questions, please contact the office for assistance.

                                      Sincerely yours,

                                      s/Ryan Orme
                                      Case Manager
                                      Direct Dial No. 513-564-7079

cc:  Mr. Gregory Brown
      Ms. Lisa M. Carson
      Mr. Bret Jacob Chaness
      Ms. Sandra J. Densham
      Mr. James R. Embrey Jr.
      Mr. Benjamin Goldammer
      Mr. William Scott Hickerson
      Ms. Kimberly Michelle Ingram-Hogan
      Ms. Peako Andrea Jenkins
      Ms. Anica C. Jones
      Ms. Sarah M. Mathews
      Mr. Anthony M. Noel
      Ms. Courtney Williams

Enclosure

## OFFICIAL COURT OF APPEALS CAPTION FOR 25-5592

JEFFREY RYAN FENTON

       Plaintiff - Appellant

v.

VIRGINIA LEE STORY, individually and in their official capacities; MICHAEL WEIMAR BINKLEY, individually and in their official capacities; KATHRYN LYNN YARBROUGH, individually and in their official capacities; ELAINE BEATY BEELER, individually and in their official capacities; MARY ELIZABETH AUSBROOKS, individually and in their official capacities; ALEXANDER S. KOVAL, individually and in their official capacities; HENRY E. HILDEBRAND, III, individually and in their official capacities; CHARLES M. WALKER, individually and in their official capacities; ROY PATRICK MARLIN, individually and in their official capacities; THOMAS E. ANDERSON, individually and in their official capacities; SAMUEL FORREST ANDERSON, individually and in their official capacities; FRANK G. CLEMENT, JR., individually and in their official capacities; ANDY D. BENNETT, individually and in their official capacities; WILLIAM NEAL MCBRAYER, individually and in their official capacities; JAMES M. HIVNER, individually and in their official capacities; JOHN BRANDON COKE, individually and in their official capacities; SANDRA GARRETT, individually and in their official capacities; ROTHSCHILD & AUSBROOKS, PLLC; SPRAGINS, BARNETT & COBB, PLC, also named as Spragins, Bartnett & Cobb, PLCNS in complaint; RUBIN LUBLIN TN, PLLC; STATE OF TENNESSEE; WILLIAMSON COUNTY, TN, Tennessee; TENNESSEE ADMINISTRATIVE OFFICE OF THE COURTS; TENNESSEE COURT OF APPEALS MIDDLE DIVISION; CHANCERY COURT FOR WILLIAMSON COUNTY, TN; STORY & ABERNATHY, PLLC; HOSTETTLER, NEUHOFF & DAVIS, LLC; BANKERS TITLE & ESCROW CORPORATION; CADENCE BANK, N.A.; MCARTHUR SANDERS REAL ESTATE; WILLIAMSON COUNTY, TN SHERIFF'S OFFICE; SUPREME COURT OF TENNESSEE; BOARD OF PROFESSIONAL RESPONSIBILITY OF THE SUPREME COURT OF TENNESSEE

       Defendants - Appellees