**DOCUMENTS REGARDING** (CASE: 3:24-CV-01282):

1. NOTICE OF APPEAL

RECEIVED
AUG 0 4 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

# AMENDED CERTIFICATE OF SERVICE AND
# NOTICE REGARDING FUTURE FILING NOTICES

I hereby certify that on June 17, 2025, I submitted the foregoing (or above-captioned) documents to the United States District Court for the Middle District of Tennessee at the address below, for filing in case number 3:24-cv-01282. The Court filed the documents on June 20, 2025, in Docket Entry ('DOC') 246, PID 1826–1831.

The original Certificate of Service[1], executed on June 17, 2025, and filed in DOC 246, PID 1827–1831, stated in part:

> "I further certify that on or before June 20, 2025, I am serving these same documents to the defendants or their counsel by first class or priority mail with postage prepaid at the addresses listed below."

I was unable to mail the filing notices within the intended timeframe. This amended certificate is being filed to correct the USPS mailing date, while clarifying how future filing notices

---

[1] https://rico.jefffenton.com/3-24-cv-01282/doc/246.pdf

FENTON v. STORY et al.    Page **1** of **8**    CASE NO. 3:24-cv-01282

Case 3:24-cv-01282    Document 249    Filed 08/04/25    Page 1 of 10 PageID #: 1839

will be provided.

I hereby certify that **at 6:59 PM EDT on June 24, 2025**, I transmitted the filing notices by email to the addresses listed on the PACER docket for this matter (see attached Exhibit A: email filing notices).

I further certify that **on or before August 1, 2025**, I will transmit this filing notice to the defendants or their counsel via United States mail, with postage prepaid, to the addresses listed below. If, for reasons beyond my control, mailing cannot be completed by that date, I will do so on the **next available business day.**

## IMPORTANT NOTICE REGARDING FUTURE FILING NOTICES

Due to the excessive cost and logistical burden of serving filing notices to more than a dozen law firms via USPS, this notice constitutes my final physical mailing. **Going forward, all filing notices will be delivered via email and publicly published on my website.**

To ensure timely and reliable access, my website now hosts a dedicated section that compiles, displays, and archives all filing notices I've emailed in this matter. This section includes direct links to the exact documents transmitted to opposing counsel by email. If a defendant does not receive an emailed notice due to circumstances beyond my control, the same documents remain accessible on the following publicly available webpage:

- **Shortcut URL:** https://notices.jefffenton.com
- **Full URL:** https://jefffenton.com/defendant-notices/
- **Link location:** "Defendant Notices" link near the center of the top navigation bar/menu (see attached Exhibit B: website navigation screenshot).

FENTON v. STORY et al.    Page **2** of 8    CASE NO. 3:24-cv-01282

Case 3:24-cv-01282    Document 249    Filed 08/04/25    Page 2 of 10 PageID #: 1840

## RULE 5(B) COMPLIANCE NOTE

Pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure—and with informal approval from the Sixth Circuit Court of Appeals—**I shall transmit all filing notices and updates to the defendants and/or their counsel via email.** Although the District Court has not granted CM/ECF access, the Court of Appeals has authorized email-based notice for filings related to my appeal. This process is adopted in good faith and aligns with the principles of timely, cost-effective service under applicable federal and district court rules. Consent-based delivery is documented through archived emails, delivery logs, and publication of notices on my designated website. To request changes to my email distribution list **(add, update, or remove an address)**, please send your request to: contact@jefffenton.com.

As an additional resource for the defendants, their counsel, and the public at large, **my website maintains three separate electronic court dockets**—one for each of the Federal Courts involved to date **(6th Cir.[2], TNMD[3], and MIWD[4])**. Each electronic docket includes links to view and download the accessible court filings therein. This section can be reached via the **"Court Docket"** link, located in the **drop-down menu,** near the center of the top navigation bar (see attached Exhibit C: website navigation screenshot).

On March 3, 2025, I filed a "NOTICE REGARDING FUTURE FILING NOTICES FOR THE DEFENDANTS[5]" in TNMD DOC 220, PID 1120–1128. **That notice is now rescinded and may be disregarded.** I will no longer bundle filing notices for monthly mailing.

---

[2]  https://rico.jefffenton.com/25-5592/
[3]  https://rico.jefffenton.com/3-24-cv-01282/
[4]  https://rico.jefffenton.com/1-23-cv-01097/
[5]  https://rico.jefffenton.com/3-24-cv-01282/doc/220.pdf

FENTON v. STORY et al.    Page 3 of 8    CASE NO. 3:24-cv-01282

Case 3:24-cv-01282    Document 249    Filed 08/04/25    Page 3 of 10 PageID #: 1841

*Note: I attempted sending monthly bulk mailing notices to reduce costs, but it led to timing challenges, shipping delays, logistical confusion, and added administrative burdens—all while remaining financially unsustainable.*

Please direct questions or concerns regarding these matters to: contact@jefffenton.com for prompt handling.

**UNITED STATES DISTRICT COURT (TNMD)**
**719 CHURCH ST**
**NASHVILLE, TN 37203-6940**

MEGAN CALME & SARAH MATHEWS
WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
3102 WEST END AVE STE 400
NASHVILLE, TN 37203-1623
megan.calme@wilsonelser.com
sarah.mathews@wilsonelser.com

PEAKO ANDREA JENKINS
TENNESSEE ATTORNEY GENERAL'S OFFICE
PO BOX 20207
NASHVILLE, TN 37202-4015
peako.jenkins@ag.tn.gov

KATHRYN LYNN YARBROUGH
223 TOWN CENTER PKWY UNIT 1897
SPRING HILL, TN 37174-3040
kyarbrough@tnlaw.org

LISA M. CARSON
BUERGER, MOSELEY & CARSON, PLC
4068 RURAL PLAINS CIR STE 100
FRANKLIN, TN 37064-8039
lcarson@buergerlaw.com

FENTON v. STORY et al.     Page 4 of 8     CASE NO. 3:24-cv-01282

Case 3:24-cv-01282     Document 249     Filed 08/04/25     Page 4 of 10 PageID #: 1842

CAROLINA MARTIN & COURTNEY WILLIAMS
GORDON & REES SCULLY MANSUKHANI, LLP
4031 ASPEN GROVE DR STE 290
FRANKLIN, TN 37067-2951
cvmartin@grsm.com
ccwilliams@grsm.com

ALEXANDER SERGEY KOVAL
CLARK & WASHINGTON, P.C.
1321 MURFREESBORO PIKE STE 320
NASHVILLE, TN 37217-2858
akoval@cw13.com

ANTHONY NOEL & LARUA BASSETT
LEITNER, WILLIAMS, DOOLEY, AND NAPOLITAN, PLLC
750 OLD HICKORY BLVD STE 200
BRENTWOOD TN 37027-4567
tony.noel@leitnerfirm.com
laura.bassett@leitnerfirm.com

ANICA CLARISSA JONES
U.S. ATTORNEY'S OFFICE
719 CHURCH ST STE 3300
NASHVILLE, TN 37203-7155
anica.jones@usdoj.gov

SANDRA J. DENSHAM
PLUNKETT COONEY
333 BRIDGE ST NW STE 530
GRAND RAPIDS, MI 49504-5365
sdensham@plunkettcooney.com

THOMAS E. ANDERSON
1187 OLD HICKORY BLVD STE 125
BRENTWOOD, TN 37027-4248
tommy@auctionzeppelin.com

GREGORY BROWN & WILLIAM HICKERSON
LOWE YEAGER & BROWN, PLLC
920 VOLUNTEER LANDING LN STE 200
KNOXVILLE, TN 37915-2584
gb@lyblaw.net
wsh@lyblaw.net

FENTON v. STORY et al.  Page 5 of 8  CASE NO. 3:24-cv-01282

Case 3:24-cv-01282    Document 249    Filed 08/04/25    Page 5 of 10 PageID #: 1843

ALAN RHENEY
SPRAGINS, BARNETT & COBB, PLC
312 E LAFAYETTE ST
JACKSON, TN 38301-6220
cbarnett@spraginslaw.com

BRET CHANESS
RUBIN LUBLIN, LLC
3145 AVALON RIDGE PL STE 100
PEACHTREE CORNERS, GA 30071-1570
bchaness@rlselaw.com

B. GOLDAMMER & D. SUEDEKUM
KAY GRIFFIN, PLLC
222 2ND AVE N STE 340M
NASHVILLE, TN 37201-1649
bg@kaygriffin.com
dgrosko@kaygriffin.com

G. CATE & K. INGRAM-HOGAN
BRADLEY ARANT BOULT CUMMINGS, LLP
1221 BROADWAY STE 2400
NASHVILLE, TN 37203-7238
gcate@bradley.com
kingram@bradley.com

DAWN WILLIAMS
DYKEMA GOSSETT PLLC
201 TOWNSEND ST STE 900
LANSING MI 48933-1529
dwilliams@dykema.com

ERIK HALVORSON
BRADLEY ARANT BOULT CUMMINGS
1221 BROADWAY STE 2400
NASHVILLE, TN 37203-7238
ehalvorson@bradley.com

FENTON v. STORY et al.    Page 6 of 8    CASE NO. 3:24-cv-01282

Case 3:24-cv-01282    Document 249    Filed 08/04/25    Page 6 of 10 PageID #: 1844

## ADDITIONAL ELECTRONIC SERVICE OPTIONS

According to guidance from the Sixth Circuit Court of Appeals, *pro se* litigants are required to include a **wet signature** with every filing—**electronic signatures are not permitted**—even when documents are submitted via email. To meet this requirement, source documents must be **printed, manually signed, and scanned** prior to filing. Unfortunately, this process diminishes several advanced features inherent in "true" digitally created PDF files, including Optical Character Recognition ('OCR') with embedded fonts, internal navigation, and search optimization.

To help compensate for the diminished functionality of these "flat" scanned PDFs, many of my filings in this matter have also been **digitally optimized** for improved public access, readability, and navigation. These enhanced versions are generated from the **same source documents** but retain smart features by **using electronic signatures** instead of manual execution. As a result, they preserve native PDF capabilities such as **OCR functionality, full-text search, clickable hyperlinks, bookmarks,** and—in my most significant filings, such as my Amended Complaint[6]—a **hyperlinked table of contents**.

This collection includes my most important filings in this matter since the release of my **lawsuit service package**[7] and is located on a page titled "FENTON FILINGS SINCE SERVICE[8]." This section can be reached through the "Defendant Notices" **drop-down menu** near the center of the top navigation bar, using the abbreviated link **"Filings Since Service"** (see attached Exhibit B: website navigation screenshot). These documents are curated in **reverse chronological order**, with my most recent filings listed first for quick and easy discovery.

---

[6]  DOC 66, PID 4870-5007 | https://rico.jefffenton.com/evidence/3-24-cv-01282_fenton-vs-story-first-amended-complaint.pdf

[7]  https://jefffenton.com/digital-service-package-for-lawsuit/
    ECF 69, PID 5030-5042 | https://rico.jefffenton.com/evidence/1-23-cv-01097_fenton-vs-story-lawsuit-service-pack-details.pdf

[8]  https://jefffenton.com/defendant-notices/fenton-filings-since-service/

FENTON v. STORY et al.                Page **7** of 8                CASE NO. 3:24-cv-01282

Case 3:24-cv-01282    Document 249    Filed 08/04/25    Page 7 of 10 PageID #: 1845

I generally aim to optimize and publish these documents promptly after filing them in court and serving notice to the defendants. However, not every filing merits digital enhancement or public release in this format. Given my time constraints, I cannot guarantee which filings will be digitally optimized for publication—but **I prioritize enhancing my most substantive documents** for improved public access, readability, and navigation.

## CERTIFICATION AND DECLARATION

By signing below, I, Jeffrey Ryan Fenton, certify that this document has been executed in good faith, in the honest pursuit of justice, and in strict compliance with F.R.Civ.P. 11(b).

Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury that the foregoing is true and correct.

All rights and remedies available under applicable law, equity, and procedural rules are expressly reserved.

Executed on July 31, 2025.

JEFFREY RYAN FENTON, PRO SE
17195 SILVER PARKWAY, #150
FENTON, MI, 48430-3426
CONTACT@JEFFFENTON.COM
HTTPS://JEFFFENTON.COM
(P) 615.837.1300
#TNinjustice
#iAMhuman

FENTON v. STORY et al.     Page 8 of 8     CASE NO. 3:24-cv-01282

Case 3:24-cv-01282     Document 249     Filed 08/04/25     Page 8 of 10 PageID #: 1846



PRESS FIRMLY TO SEAL　7020 3160 0002 2999 6073　LY TO SEAL

LINDEN, MI 48451
AUG 01, 2025
RDC 03　37203　$19.12
S2324P501528-6

 | **PRIORITY® MAIL**

FROM:
**17195 SILVER PKWY**
**PMB #150**
**FENTON, MI    48430-3426**

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com*.
** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

RECEIVED
AUG 04 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

TO:

**UNITED STATES DISTRICT COURT**
**ATTN: CLERK OF THE COURT**
**719 CHURCH ST**
**NASHVILLE, TN    37203-6940**

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

## TRACKED ■ INSURED


PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP



# UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

## TRACKED ■ INSURED



PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

## VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 20 lbs.