**Outlook**

**PLAINTIFF'S EXHIBIT A**

### FENTON v. STORY et al.: NOTICE OF APPEAL (DOC 246) Attached

**From** Jeff Fenton <jeff.fenton@live.com>
**Date** Tue 6/24/2025 6:59 PM
**To** Alexander Sergey Koval <akoval@cw13.com>; Anica Clarissa Jones <anica.jones@usdoj.gov>; Anthony M. Noel <tony.noel@leitnerfirm.com>; Benjamin E. Goldammer <bg@kaygriffin.com>; Bret Chaness <bchaness@rlselaw.com>; Carolina V. Martin <cvmartin@grsm.com>; Courtney C. Williams <CCWILLIAMS@GRSM.COM>; Danica G Suedekum <dgrosko@kaygriffin.com>; Dawn Nicole Williams <dwilliams@dykema.com>; Erik Halvorson <ehalvorson@bradley.com>; George H. Cate, III <gcate@bradley.com>; Gregory Brown <gb@lyb.law>; James R. Embrey, Jr. <jembrey@grsm.com>; Kathryn Yarbrough <kyarbrough@tnlaw.org>; Kimberly Michelle Ingram-Hogan <kingram@bradley.com>; Laura C. Baucus <lbaucus@dykema.com>; Laura Ellen Bassett <laura.bassett@leitnerfirm.com>; Lisa M. Carson <lcarson@buergerlaw.com>; Megan R. Calme <megan.calme@wilsonelser.com>; Peako Andrea Jenkins <peako.jenkins@ag.tn.gov>

**RECEIVED AUG 0 4 2025 U.S. DISTRICT COURT MIDDLE DISTRICT OF TN**

📎 1 attachment (195 KB)
246.pdf;



Please find attached the NOTICE OF APPEAL (DOC 246) which I have filed with the TNMD Court.

Should you have any difficulty accessing the attached PDF, a direct link to this same document on my website is also attached, along with a link to the entire docket to date.

Please let me know if you are unable to view this PDF document.

https://rico.jefffenton.com/3-24-cv-01282/doc/246.pdf

Full Docket: https://rico.jefffenton.com/3-24-cv-01282/

Thanks.
Jeff Fenton

x.com/@tninjustice
jeff.fenton@live.com
(615) 837-1300

17195 SILVER PKWY, #150
FENTON, MI 48430-3426

**3-MIN Video Intro** about my Federal Lawsuit: https://www.youtube.com/watch?v=AaYb-f8ux4o

FENTON v. STORY (1:23-cv-1097) http://rico.jefffenton.com/discovery/
https://casetext.com/case/fenton-v-story
Fraud on the Court by Officers of the Court: Williamson County Chancery Court Docket #48419B

**SLAM the GAVEL Podcast Interview** from 8/4/2024 about my RICO Lawsuit with Authors Brian Vukadinovich and Maryann Petri: https://www.youtube.com/watch?v=plg5eEEnVuU

**Brian Vukadinovich** is the author of MOTION for JUSTICE (I Rest My Case), and Rogues in Black Robes (Destroying Lives and Committing Crimes with No True Accountability).

**Maryann Petri** is the author of RAISED BY THESE WOLVES (How Family and Federal Courts are Failing our Children), Dismantling Family Court Corruption (Why Taking the Kids Was Not Enough). Maryann is also the host of SLAM the GAVEL Podcast, focused on all family court topics, trauma, and healing.

**PLAINTIFF'S EXHIBIT B**





**PLAINTIFF'S EXHIBIT C**

