

# U.S. District Court

## Tennessee Middle - Nashville

**THIS IS A COPY**

Receipt Date: Apr 21, 2026 4:08PM

JEFFREY RYAN FENTION
P.O. Box 400
Linden, MI 48551-0400

| Rcpt. No: 300007937 | Trans. Date: Apr 21, 2026 4:08PM | | | Cashier ID: #MG (4569) |

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|---------------------|-----|-------|-----|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | | | | Amt |
|----|--------|---|---|---|-----|
| PC | Check/Money Order | #00163269207 | 04/21/2026 | | $605.00 |
| | | | Total Due Prior to Payment: | | $605.00 |
| | | | Total Tendered: | | $605.00 |
| | | | Total Cash Received: | | $0.00 |

**Comments**: NOA for Jeffey Ryan Fenton, Case No. 3:24-cv-1282

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.